| | | |
|---|---|---|
| **Donna M Jackson/WAWD/09/USCOURTS**<br>03/30/2007 10:02 AM | To | "Carol Hudson" <chudson@gmtlaw.com> |
| | cc | |
| | bcc | |
| | Subject | Re: Kelley v. Microsoft - Cover Sheet, Summons, Complaint |

Your case number is: C07-0475MJP.   Summons will be issued once filing fee is received.   Thx!

~Donna Jackson
"Carol Hudson" <chudson@gmtlaw.com>

| | | |
|---|---|---|
|  | **"Carol Hudson" <chudson@gmtlaw.com>**<br>03/29/2007 04:56 PM | To <newcases.seattle@wawd.uscourts.gov> |
| | | cc |
| | | Subject  Kelley v. Microsoft - Cover Sheet, Summons, Complaint |

Attached for filing are a Cover Sheet, Summons and Complaint.  We will send a check for the filing fee via messenger on Friday, March 30, 2007.  We will request that the messenger pick up the Summons when they deliver the check.

<<complaint(1).pdf>> <<cover sheet.pdf>> <<summons(1).pdf>>

Carol Hudson, Legal Secretary
Gordon Murray Tilden LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA  98154-1007
Phone:  206.467.6477
Fax:  206.467.6292

chudson@gmtlaw.com    complaint(1).pdf    cover sheet.pdf    summons(1).pdf