```
____ FILED      ____ ENTERED
____ LODGED     ____ RECEIVED

APR ○ ○ 2007    LK

         AT SEATTLE
   CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                        DEPUTY
```

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASH. AT SEATTLE

| | |
|---|---|
| DIANNE L. KELLEY,<br><br>  Plaintiff/Petitioner | Cause #:  CV7 475<br>                    P |
| vs.<br>MICROSOFT CORPORATION, A WASHINGTON CORPORATION,<br><br>  Defendant/Respondent | Declaration of Service of:<br>SUMMONS AND COMPLAINT - CLASS ACTION; CIVIL COVER SHEET<br><br>Hearing Date: |

Declaration:

The undersigned hereby declares: That s(he) is now and at all times herein mentioned, a citizen of the United States and a resident of the State of Washington, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the date and time of Mar 30 2007 2:11PM at the address of 925 4TH AVE STE 2900 SEATTLE, within the County of KING, State of WASHINGTON, the declarant duly served the above described documents upon MICROSOFT CORPORATION, A WASHINGTON CORPORATION by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with KEVIN ROBERTS, VICE PRESIDENT IN THE OFFICE OF PTSGE CORP., REGISTERED AGENT.

No information was provided that indicates that the subjects served are members of the U.S. military.

I hereby declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated: April 2, 2007 at Seattle, WA

by _____ /s/ J. Bradford _____          Service Fee Total: $ 44.35
           J. Bradford

07-CV-00475-RCPT

[ORI]GINAL [O]F SERVICE

Page 1 of 1

Gordon, Murray & Tilden
1001 4th Ave, #4000
Seattle, WA  98154
206 467-6477