The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DIANNE L. KELLEY, <br><br> Plaintiff, <br><br> v. <br><br> MICROSOFT CORPORATION, a Washington Corporation, <br><br> Defendant. | No. CV07-00475 MJP <br><br> NOTICE OF APPEARANCE |

TO:        Clerk of the Court

TO:        The Above-Named Plaintiff

AND TO:    Jeffrey I. Tilden
           Jeffrey M. Thomas
           Michael Rosenberger
           Mark A. Wilner
           GORDON MURRAY TILDEN LLP
           Attorneys for Plaintiffs

PLEASE TAKE NOTICE that Microsoft Corporation, the defendant above-named, hereby makes and enters its appearance in the above-entitled action by its undersigned attorneys and requests that all future papers or pleadings except original process be served upon their said attorneys at their address stated below.

NOTICE OF APPEARANCE (CV07-00475 MJP) – 1
SEA 1995974v1 0017352-000001

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington 98101-1688
(206) 622-3150 · Fax: (206) 628-7699

Dockets.Justia.com

1   DATED this 19th day of April, 2007.

                                    Davis Wright Tremaine LLP
                                    Attorneys for Defendant
                                    Microsoft Corporation


                                    By */s/ Stephen M. Rummage*
                                        Stephen M. Rummage, WSBA #11168
                                        Cassandra Kinkead, WSBA #22845
                                        Charles S. Wright, WSBA #31940
                                        2600 Century Square
                                        1501 Fourth Avenue
                                        Seattle, WA 98101-1688
                                        Telephone: (206) 628-7755
                                        Fax: (206) 628-7699
                                        E-mail:  steverummage@dwt.com
                                                 cassikinkead@dwt.com
                                                 charleswright@dwt.com

                                    *Of Counsel*:

                                    Charles B. Casper
                                    Montgomery, McCracken, Walker &
                                    Rhoads, LLP
                                    123 South Broad St.
                                    Philadelphia, PA 19109-1029
                                    Telephone: (215) 772-7223
                                    Fax: (215) 731-3750
                                    E-mail:  ccasper@mmwr.com

NOTICE OF APPEARANCE (CV07-00475 MJP) – 2
SEA 1995974v1 0017352-000001

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington 98101-1688
(206) 622-3150 · Fax: (206) 628-7699

# CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2007, I presented the Notice of Appearance to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following persons:

| | |
|---|---|
| Jeffrey I. Tilden: | jtilden@gmtlaw.com |
| Jeffrey M. Thomas: | jthomas@gmtlaw.com |
| Michael Rosenberger: | mrosenberger@gmtlaw.com |
| Mark A. Wilner: | mwilner@gmtlaw.com |

DATED this 19th day of April, 2007.

Davis Wright Tremaine LLP
Attorneys for Defendant

By */s/ Stephen M. Rummage*
    Stephen M. Rummage, WSBA #11168
    Davis Wright Tremaine LLP
    2600 Century Square
    1501 Fourth Avenue
    Seattle, WA 98101-1688
    Telephone: (206) 628-7513
    Fax: (206) 628-7699
    E-mail: steverummage@dwt.com

NOTICE OF APPEARANCE (CV07-00475 MJP) – 3
SEA 1995974v1 0017352-000001

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington 98101-1688
(206) 622-3150 · Fax: (206) 628-7699