The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DIANNE L. KELLEY, <br><br> Plaintiff, <br><br> v. <br><br> MICROSOFT CORPORATION, a Washington Corporation, <br><br> Defendant. | No. CV07-00475 MJP <br><br> STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER OR MOVE AGAINST COMPLAINT |

## STIPULATION

Plaintiff Dianne L. Kelley and defendant Microsoft Corporation, through their undersigned counsel, stipulate and agree as follows:

On March 29, 2007, Kelley filed a Complaint against Microsoft, seeking recovery under the Washington Consumer Protection Act and alleging unjust enrichment. Kelley served her Complaint on Microsoft on or about March 30, 2007. Accordingly, absent an extension of time, Federal Rule of Civil Procedure 12(a)(1)(A) would require Microsoft to answer, move or otherwise respond to the Complaint on or before April 19, 2007.

To allow Microsoft's counsel adequate time to investigate the allegations of the Complaint, Microsoft's counsel has requested an extension of time within which to answer, move or otherwise respond to the Complaint, and Kelley's counsel has agreed to that request. Based on the foregoing, the parties hereby stipulate and agree that the time for Microsoft to

STIPULATION AND ORDER EXTENDING TIME TO ANSWER OR MOVE AGAINST COMPLAINT (CV07-00475 MJP) – 1
SEA 1996007v1 0050022-000275

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington 98101-1688
(206) 622-3150 · Fax: (206) 628-7699

Dockets.Justia.com

answer, move or otherwise respond to the Complaint in this action should be extended to and including May 14, 2007.

DATED this 19th day of April, 2007.

        Davis Wright Tremaine LLP
        Attorneys for Defendant
        Microsoft Corporation

By */s/ Stephen M. Rummage*
    Stephen M. Rummage, WSBA #11168
    Cassandra Kinkead, WSBA #22845
    Charles S. Wright, WSBA #31940
    2600 Century Square
    1501 Fourth Avenue
    Seattle, WA 98101-1688
    Telephone: (206) 628-7755
    Fax: (206) 628-7699
    E-mail: steverummage@dwt.com
    E-mail: cassikinkead@dwt.com
    E-mail: charleswright@dwt.com

*Of Counsel*:

Charles B. Casper
Montgomery, McCracken, Walker & Rhoads, LLP
123 South Broad St.
Philadelphia, PA 19109-1029
Telephone: (215) 772-7223
Fax: (215) 731-3750
E-mail: ccasper@mmwr.com

DATED this 19th day of April, 2007.

        GORDON MURRAY TILDEN LLP
        Attorneys for Plaintiff Dianne L. Kelley

By */s/ Jeffrey M. Thomas*
    Jeffrey I. Tilden, WSBA #12219
    Jeffrey M. Thomas, WSBA #21175
    Michael Rosenberger, WSBA #17730
    Mark A. Wilner, WSBA #31550
    1001 Fourth Avenue, Suite 4000
    Seattle, WA 98154-1007
    Telephone: (206) 467-6477
    Fax: (206) 467-6292
    Email: jtilden@gmtlaw.com
    Email: jthomas@gmtlaw.com
    Email: mrosenberger@gmtlaw.com
    Email: mwilner@gmtlaw.com

STIPULATION AND ORDER EXTENDING TIME TO ANSWER OR MOVE AGAINST COMPLAINT (CV07-00475 MJP) – 2
SEA 1996007v1 0050022-000275

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington  98101-1688
(206) 622-3150 · Fax: (206) 628-7699

**ORDER**

IT IS SO ORDERED.

The time for defendant Microsoft Corporation to answer, move or otherwise respond to the Complaint in this action is extended to and including May 14, 2007.

DATED this ___ day of April, 2007.

_____
MARSHA J. PECHMAN
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER EXTENDING TIME TO ANSWER OR MOVE AGAINST COMPLAINT (CV07-00475 MJP) – 3
SEA 1996007v1 0050022-000275

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington 98101-1688
(206) 622-3150 · Fax: (206) 628-7699