Kelley v. Microsoft Corporation | Doc. 5
Case 2:07-cv-00475-MJP    Document 5    Filed 04/20/2007    Page 1 of 3
Case 2:07-cv-00475-MJP    Document 4    Filed 04/19/2007    Page 1 of 3

The Honorable Marsha J. Pechman

07-CV-00475-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DIANNE L. KELLEY, <br><br> Plaintiff, <br><br> v. <br><br> MICROSOFT CORPORATION, a Washington Corporation, <br><br> Defendant. | No. CV07-00475 MJP <br><br> STIPULATION AND ▓▓▓▓▓ ORDER EXTENDING TIME TO ANSWER OR MOVE AGAINST COMPLAINT |

## STIPULATION

Plaintiff Dianne L. Kelley and defendant Microsoft Corporation, through their undersigned counsel, stipulate and agree as follows:

On March 29, 2007, Kelley filed a Complaint against Microsoft, seeking recovery under the Washington Consumer Protection Act and alleging unjust enrichment. Kelley served her Complaint on Microsoft on or about March 30, 2007. Accordingly, absent an extension of time, Federal Rule of Civil Procedure 12(a)(1)(A) would require Microsoft to answer, move or otherwise respond to the Complaint on or before April 19, 2007.

To allow Microsoft's counsel adequate time to investigate the allegations of the Complaint, Microsoft's counsel has requested an extension of time within which to answer, move or otherwise respond to the Complaint, and Kelley's counsel has agreed to that request. Based on the foregoing, the parties hereby stipulate and agree that the time for Microsoft to

STIPULATION AND ORDER EXTENDING TIME TO ANSWER OR
MOVE AGAINST COMPLAINT (CV07-00475 MJP) – 1
SEA 1996007v1 0050022-000275

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington 98101-1688
(206) 622-3150 · Fax: (206) 628-7699

Dockets.Justia.com

1 | answer, move or otherwise respond to the Complaint in this action should be extended to and
2 | including May 14, 2007.

3 | DATED this 19th day of April, 2007.

4 | Davis Wright Tremaine LLP
Attorneys for Defendant
5 | Microsoft Corporation

6 | By /s/ Stephen M. Rummage
Stephen M. Rummage, WSBA #11168
Cassandra Kinkead, WSBA #22845
7 | Charles S. Wright, WSBA #31940
2600 Century Square
8 | 1501 Fourth Avenue
Seattle, WA 98101-1688
9 | Telephone: (206) 628-7755
Fax: (206) 628-7699
10 | E-mail: steverummage@dwt.com
E-mail: cassikinkead@dwt.com
11 | E-mail: charleswright@dwt.com

12 | *Of Counsel*:

13 | Charles B. Casper
Montgomery, McCracken, Walker &
14 | Rhoads, LLP
123 South Broad St.
15 | Philadelphia, PA 19109-1029
Telephone: (215) 772-7223
16 | Fax: (215) 731-3750
E-mail: ccasper@mmwr.com

17 |
DATED this 19th day of April, 2007.
18 |

19 | GORDON MURRAY TILDEN LLP
Attorneys for Plaintiff Dianne L. Kelley

20 | By /s/ Jeffrey M. Thomas
Jeffrey I. Tilden, WSBA #12219
21 | Jeffrey M. Thomas, WSBA #21175
Michael Rosenberger, WSBA #17730
22 | Mark A. Wilner, WSBA #31550
1001 Fourth Avenue, Suite 4000
23 | Seattle, WA 98154-1007
Telephone: (206) 467-6477
24 | Fax: (206) 467-6292
Email: jtilden@gmtlaw.com
25 | Email: jthomas@gmtlaw.com
Email: mrosenberger@gmtlaw.com
26 | Email: mwilner@gmtlaw.com

27 |

STIPULATION AND ORDER EXTENDING TIME TO ANSWER OR
MOVE AGAINST COMPLAINT (CV07-00475 MJP) – 2
SEA 1996007v1 0050022-000275

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington 98101-1688
(206) 622-3150 · Fax: (206) 628-7699

## ORDER

IT IS SO ORDERED.

The time for defendant Microsoft Corporation to answer, move or otherwise respond to the Complaint in this action is extended to and including May 14, 2007.

DATED this 20 day of April, 2007.

*[signature]*

MARSHA J. PECHMAN
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER EXTENDING TIME TO ANSWER OR
MOVE AGAINST COMPLAINT (CV07-00475 MJP) – 3
SEA 1996007v1 0050022-000275

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington 98101-1688
(206) 622-3150 · Fax: (206) 628-7699