Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DIANNE L. KELLEY,<br><br>        Plaintiff,<br><br>   v.<br><br>MICROSOFT CORPORATION, a Washington Corporation,<br><br>        Defendant. | NO. C07-0475 MJP<br><br>PLAINTIFF'S NOTICE OF SUBSTITUTION OF COUNSEL<br><br>(Clerk's Action Requested)<br><br><u>CLASS ACTION</u> |

TO: The Clerk of the Court; and

TO: The Defendant and their Counsel of Record

PLEASE TAKE NOTICE that, effective May 1, 2007, the law firm of GORDON MURRAY TILDEN LLP has changed its name to GORDON TILDEN THOMAS & CORDELL LLP. Accordingly, GORDON TILDEN THOMAS & CORDELL LLP hereby substitutes for GORDON MURRAY TILDEN LLP as counsel for plaintiff, DIANNE L. KELLEY. Except as to the foregoing, there is no change in the address or in the attorneys assigned to handle the matter.

PLAINTIFF'S NOTICE OF SUBSTITUTION OF COUNSEL - 1
No. C07-0475 MJP

**GORDON TILDEN THOMAS & CORDELL LLP**
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

Dockets.Justia.com

DATED this ____2____ day of May, 2007.

                                **GORDON TILDEN THOMAS & CORDELL LLP**

                                By _____
                                Jeffrey I. Tilden, WSBA #12219
                                Jeffrey M. Thomas, WSBA #21175
                                Michael Rosenberger, WSBA #17730
                                Mark A. Wilner, WSBA #31550
                                1001 Fourth Avenue, Suite 4000
                                Seattle, WA 98154-1007
                                Telephone: (206) 467-6477
                                Facsimile: (206) 467-6292
                                Email: jtilden@gordontilden.com
                                Email: jthomas@gordontilden.com
                                Email: mrosenberger@gordontilden.com
                                Email: mwilner@gordontilden.com

PLAINTIFF'S NOTICE OF SUBSTITUTION OF COUNSEL - 2
No. C07-0475 MJP

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

## CERTIFICATE OF SERVICE

I hereby certify that on May __3__, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following.

Counsel for Defendant Microsoft Corporation

Stephen M. Rummage, WSBA #11168
Cassandra Kinkead, WSBA #22845
Charles S. Wright, WSBA #31940
Davis Wright Tremaine LLP
2600 Century Square
1501 Fourth Avenue
Seattle, Washington 98101-1688
steverummage@dwt.com
cassandrakinkead@dwt.com
charleswright@dwt.com

**GORDON TILDEN THOMAS & CORDELL LLP**

By /s/ Michael Rosenberger
Michael Rosenberger, WSBA #17730
Attorneys for Plaintiff
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154-1007
Telephone: (206) 467-6477
Facsimile: (206) 467-6292
Email: mrosenberger@gordontilden.com

PLAINTIFF'S NOTICE OF SUBSTITUTION OF
COUNSEL - 3
No. C07-0475 MJP

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292