The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DIANNE L. KELLEY, | ) |
| Plaintiff, | ) No. C07-0475 MJP |
| v. | ) NOTICE OF ATTORNEY ASSOCIATION |
| MICROSOFT CORPORATION, a Washington Corporation, | ) |
| Defendant. | ) |

TO:        CLERK OF COURT

AND TO:    DEFENDANT, MICROSOFT CORPORATION

AND TO:    Stephen M. Rummage, Cassandra Kinkead, and Charles Wright

PLEASE TAKE NOTICE that William C. Smart, Mark A. Griffin and Ian S. Birk of Keller Rohrback L.L.P. are hereby associated as attorneys of record with Gordon Tilden Thomas & Cordell LLP for plaintiff Dianne L. Kelley and request that all future papers or pleadings be served upon her said attorneys at the address stated below.

///

///

///

NOTICE OF ATTORNEY ASSOCIATION
(C07-0475 MJP) Page - 1

N:\CLIENTS\07000\11\MICROSOFT.ADV.KELLEY\NOA.DOC

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Dockets.Justia.com

DATED this 10th day of May, 2007.

KELLER ROHRBACK L.L.P.

By /s/William C. Smart
    William C. Smart, WSBA #8192
    Mark A. Griffin, WSBA #16296
    Ian S. Birk, WSBA #31431
    Attorneys for Plaintiff
    Keller Rohrback L.L.P.
    1201 Third Avenue, Suite 3200
    Seattle, WA 98101
    Telephone: (206) 623-1900
    Facsimile:  (206) 623-3384
    Email:  wsmart@kellerrohrback.com;
    mgriffin@kellerrohrback.com;
    ibirk@kellerrohrback.com

NOTICE OF ATTORNEY ASSOCIATION
(C07-0475 MJP) Page - 2

N:\CLIENTS\07000\11\MICROSOFT.ADV.KELLEY\NOA.DOC

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the persons listed below:

Stephen M. Rummage
Cassandra Kinkead
Charles S. Wright
Davis Wright Tremaine LLP
2600 Century Square
1501 Fourth Avenue

Seattle, WA 98101

_____
Shannon McKeon

NOTICE OF ATTORNEY ASSOCIATION
(C07-0475 MJP) Page - 3

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

N:\CLIENTS\07000\11\MICROSOFT.ADV.KELLEY\NOA.DOC