The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DIANNE L. KELLEY,<br><br>                     Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION, a Washington Corporation,<br><br>                     Defendant. | No. C07-0475 MJP<br><br>NOTICE OF APPEARANCE OF ATTORNEYS MARK A. GRIFFIN AND IAN S. BIRK |

TO:          CLERK OF COURT

AND TO:    DEFENDANT, MICROSOFT CORPORATION

AND TO:    Stephen M. Rummage, Cassandra Kinkead, and Charles Wright

PLEASE TAKE NOTICE that Mark A. Griffin and Ian S. Birk of Keller Rohrback L.L.P. hereby appear as attorneys of record for the plaintiff Dianne L. Kelley and request that all future papers or pleadings be served upon her said attorneys at the address stated below.

///

///

///

NOTICE OF ATTORNEY ASSOCIATION
(C07-0475 MJP) Page - 1

N:\CLIENTS\07000\11\KELLY V. MSFT\NOTICE.APPEARANCE.DOC

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Dockets.Justia.com

1     DATED this 10th day of May, 2007.

2                                   KELLER ROHRBACK L.L.P.

5                               By /s/Ian S. Birk
                                  William C. Smart, WSBA #8192
                                  Mark A. Griffin, WSBA #16296
                                  Ian S. Birk, WSBA #31431
                                  Attorneys for Plaintiff
                                  Keller Rohrback L.L.P.
                                  1201 Third Avenue, Suite 3200
                                  Seattle, WA 98101
                                  Telephone: (206) 623-1900
                                  Facsimile:  (206) 623-3384
                                  Email:  wsmart@kellerrohrback.com;
                                  mgriffin@kellerrohrback.com;
                                  ibirk@kellerrohrback.com

NOTICE OF ATTORNEY ASSOCIATION
(C07-0475 MJP) Page - 2

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

N:\CLIENTS\07000\11\KELLY V. MSFT\NOTICE.APPEARANCE.DOC

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the persons listed below:

Stephen M. Rummage
Cassandra Kinkead
Charles S. Wright
Davis Wright Tremaine LLP
2600 Century Square
1501 Fourth Avenue

Seattle, WA 98101

_____
Shannon McKeon

NOTICE OF ATTORNEY ASSOCIATION
(C07-0475 MJP) Page - 3

N:\CLIENTS\07000\11\KELLY V. MSFT\NOTICE.APPEARANCE.DOC

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384