The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DIANNE KELLEY,

      Plaintiff,

v.

MICROSOFT CORPORATION, a Washington Corporation,

      Defendant.

No. C 07-475 MJP

[PROPOSED] ORDER GRANTING MICROSOFT CORPORATION'S MOTION TO DISMISS

This matter came before the Court on Microsoft Corporation's motion to dismiss. The Court has considered the files and records in this case, including the materials presented in support of and in opposition to the motion. The Court has determined that plaintiff has failed to state a claim upon which relief may be granted. Accordingly, it is hereby

ORDERED that Microsoft Corporation's motion to dismiss is GRANTED. This matter is dismissed in its entirety with prejudice.

DATED this _____ day of June, 2007.

_____
The Honorable Marsha J. Pechman
United States District Judge

[PROPOSED] ORDER GRANTING MOTION TO DISMISS (CV 07-475 MJP)

SEA 2028394v1 0025936-000689

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington 98101-1688
(206) 622-3150 · Fax: (206) 628-7699

Presented by:

Davis Wright Tremaine LLP
Attorneys for Microsoft Corporation

By /s/ Stephen M. Rummage
    Stephen M. Rummage, WSBA #11168
    Cassandra Kinkead, WSBA #22845
    Charles S. Wright, WSBA #31940
    2600 Century Square
    1501 Fourth Avenue
    Seattle, WA 98101-1688
    Telephone: (206) 622-3150
    Fax: (206) 628-7699
    E-mail:    steverummage@dwt.com
                cassandrakinkead@dwt.com
                charleswright@dwt.com

[PROPOSED] ORDER GRANTING MOTION TO DISMISS (CV 07-475 MJP)

SEA 2028394v1 0025936-000689

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington 98101-1688
(206) 622-3150 · Fax: (206) 628-7699