Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DIANNE L. KELLEY, <br><br> Plaintiff, <br><br> v. <br><br> MICROSOFT CORPORATION, a Washington Corporation, <br><br> Defendant. | NO. C07-0475 MJP <br><br> MOTION FOR APPROVAL TO FILE OVER-LENGTH BRIEF <br><br> <u>CLASS ACTION</u> |

Pursuant to this Court's CR 7(f), plaintiff Dianne L. Kelley seeks approval to file an over-length motion relating to application of Washington law not exceeding 30 pages. The page limit ordinarily applicable to civil motions is 12. Because plaintiff proposes to represent a nationwide class, however, plaintiff expects choice of law to be an important and disputed issue, and respectfully submits that additional briefing is warranted.

MOTION FOR APPROVAL TO FILE OVER-LENGTH
BRIEF - 1
No. C07-0475 MJP

**GORDON TILDEN THOMAS & CORDELL LLP**
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

Dockets.Justia.com

DATED this 4th day of June, 2007.

                    **GORDON TILDEN THOMAS & CORDELL LLP**

                    By _____
                    Jeffrey I. Tilden, WSBA #12219
                    Jeffrey M. Thomas, WSBA #21175
                    Michael Rosenberger, WSBA #17730
                    Mark A. Wilner, WSBA #31550
                    1001 Fourth Avenue, Suite 4000
                    Seattle, WA 98154-1007
                    Telephone: (206) 467-6477
                    Facsimile: (206) 467-6292
                    Email: jtilden@gordontilden.com
                    Email: jthomas@gordontilden.com
                    Email: mrosenberger@gordontilden.com
                    Email: mwilner@gordontilden.com


                    KELLER ROHRBACK L.L.P.


                    By /s/ Ian S. Birk
                    William C. Smart, WSBA #8192
                    Ian S. Birk, WSBA #31431
                    Attorneys for Plaintiff
                    Keller Rohrback L.L.P.
                    1201 Third Avenue, Suite 3200
                    Seattle, WA 98101
                    Telephone: (206) 623-1900
                    Facsimile: (206) 623-3384
                    E-mail: wsmart@kellerrohrback.com
                    E-mail: ibirk@kellerrohrback.com

MOTION FOR APPROVAL TO FILE OVER-LENGTH
BRIEF - 2
No. C07-0475 MJP

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following.

Counsel for Defendant Microsoft Corporation

Stephen M. Rummage, WSBA #11168
Cassandra Kinkead, WSBA #22845
Charles S. Wright, WSBA #31940
Davis Wright Tremaine LLP
2600 Century Square
1501 Fourth Avenue
Seattle, Washington 98101-1688
steverummage@dwt.com
cassandrakinkead@dwt.com
charleswright@dwt.com

**GORDON TILDEN THOMAS & CORDELL LLP**

By _____
Jeffrey I. Tilden, WSBA #12219
Attorneys for Plaintiff
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154-1007
Telephone: (206) 467-6477
Facsimile: (206) 467-6292
Email: jtilden@gordontilden.com

MOTION FOR APPROVAL TO FILE OVER-LENGTH
BRIEF - 3
No. C07-0475 MJP

**GORDON TILDEN THOMAS & CORDELL LLP**
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292