Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DIANNE L. KELLEY, | NO. C07-0475 MJP |
| Plaintiff, | |
| v. | ORDER RE COURT APPROVAL TO FILE OVER-LENGTH BRIEF |
| MICROSOFT CORPORATION, a Washington Corporation, | <u>CLASS ACTION</u> |
| Defendant. | |

THIS MATTER was heard on Plaintiff's Motion for Approval to File Over-Length Brief. Having reviewed the motion and otherwise being familiar with the issues, the motion is granted.

DATED this _____ day of June, 2007.

_____
Honorable Marsha J. Pechman

ORDER GRANTING MOTION FOR APPROVAL TO FILE
OVER-LENGTH BRIEF - 1
No. C07-0475 MJP

**GORDON TILDEN THOMAS & CORDELL LLP**
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

Dockets.Justia.com

Presented by:

GORDON TILDEN THOMAS & CORDELL LLP

By _____
Jeffrey I. Tilden, WSBA #12219
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154-1007

KELLER ROHRBACK L.L.P.


By /s/Ian S. Birk
William C. Smart, WSBA #8192
Ian S. Birk, WSBA #31431
Attorneys for Plaintiff
Keller Rohrback L.L.P.
1201 Third Avenue, Suite 3200

Attorneys for Plaintiffs
ORDER GRANTING MOTION FOR APPROVAL TO FILE
OVER-LENGTH BRIEF - 2
No. C07-0475 MJP

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292