The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DIANNE L. KELLEY, <br><br> Plaintiff, <br><br> v. <br><br> MICROSOFT CORPORATION, a Washington Corporation, <br><br> Defendant. | No. CV07-00475 MJP <br><br> NOTICE OF CHANGE OF ADDRESS |

PLEASE TAKE NOTICE THAT as of June 11, 2007, the address for Davis Wright Tremaine LLP, counsel herein for defendant, Microsoft Corporation, will change.

FORMER ADDRESS:

2600 Century Square
1501 Fourth Avenue
Seattle, WA 98101-1688
Main Phone: (206) 622-3150
Fax: (206) 628-7699
Email addresses will not change.

NEW ADDRESS:

1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Main Phone: (206) 622-3150
Main Fax: (206) 757-7700

New Direct:

Stephen M. Rummage:  (206) 757-8136
Cassandra Kinkead:      (206) 757-8078
Charles S. Wright:         (206) 757-8175

NOTICE OF CHANGE OF ADDRESS (07-00475) – 1
SEA 2016712v1 0025936-000689

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington 98101-1688
(206) 622-3150 · Fax: (206) 628-7699

1    DATED this 5th day of June, 2007.

                                        Davis Wright Tremaine LLP
                                        Attorneys for Defendant
                                        Microsoft Corporation

                                        By */s/ Stephen M. Rummage*
                                            Stephen M. Rummage, WSBA #11168
                                            Cassandra Kinkead, WSBA #22845
                                            Charles S. Wright, WSBA #31940
                                            1501 Fourth Avenue, Suite 2600
                                            Seattle, WA 98101-1688
                                            Telephone: (206) 622-3150
                                            Fax: (206) 628-7699
                                            E-mail: steverummage@dwt.com
                                            E-mail: cassikinkead@dwt.com
                                            E-mail: charleswright@dwt.com

NOTICE OF CHANGE OF ADDRESS (07-00475) – 2
SEA 2016712v1 0025936-000689

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington 98101-1688
(206) 622-3150 · Fax: (206) 628-7699

# CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2007, I electronically filed the foregoing Notice of Change of Address with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Jeffrey I. Tilden: | jtilden@gordontildencom |
| Jeffrey M. Thomas: | jthomas@gordontilden.com |
| Michael Rosenberger: | mrosenberger@gordontilden.com |
| Mark A. Wilner: | mwilner@gordontilden.com |
| William C. Smart: | wsmart@kellerrohrback@dwt.com |
| Mark A. Griffin: | mgriffin@kellerrohrback@dwt.com |
| Ian S. Birk: | ibirk@kellerrohrback@dwt.com |

DATED this 5th day of June, 2007.

Davis Wright Tremaine LLP
Attorneys for Defendant
Microsoft Corporation

By */s/ Stephen M. Rummage*
    Stephen M. Rummage, WSBA #11168
    Davis Wright Tremaine LLP
    2600 Century Square
    1501 Fourth Avenue
    Seattle, WA 98101-1688
    Telephone: (206) 628-7513
    Fax: (206) 628-7699
    E-mail: steverummage@dwt.com

NOTICE OF CHANGE OF ADDRESS (07-00475) – 3
SEA 2016712v1 0025936-000689

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington  98101-1688
(206) 622-3150 · Fax: (206) 628-7699