UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DIANNE L. KELLEY,

    Plaintiff,

v.

MICROSOFT CORPORATION,

    Defendant.

No. C07-475MJP

ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION TO FILE OVER-LENGTH BRIEF

   This matter comes before the Court on Plaintiff's motion for leave to file an overlength brief. (Dkt. No. 14.)

   Plaintiff's request is denied without prejudice. The Court cannot grant leave to file additional pages without more information from Plaintiff. Plaintiff has not indicated the <u>type</u> of motion she intends to file. The Court would expect that Plaintiff intends to file a class certification motion, which can be up to 24 pages under the local rules. <u>See</u> Local Civil Rule 7(e)(3). But Plaintiff states that "[t]he page limit ordinarily applicable to civil motions is 12." Plaintiff also indicates in her request that additional pages are necessary to discuss choice of law, which Plaintiff anticipates will be an "important and disputed issue." This generalized statement is not sufficient to support an overlength brief. Without more information about the type of motion Plaintiff intends to file and the complexity of these choice of law issues, the Court is not willing to grant leave to file excess pages.

   Dated: June 6, 2007.

                  /s/ Marsha J. Pechman
                  Marsha J. Pechman
                  United States District Judge

ORDER - 1