Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DIANNE L. KELLEY,<br><br>        Plaintiff,<br><br>    v.<br><br>MICROSOFT CORPORATION, a Washington Corporation,<br><br>        Defendant. | NO. C07-0475 MJP<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER DENYING MICRSOFT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT |

THIS MATTER came before the Court on Microsoft's Motion to Dismiss Plaintiff's First Amended Complaint. Having reviewed the pleadings and submissions of the parties and otherwise being familiar with the issues, the Court hereby DENIES Microsoft's Motion to Dismiss.

DATED this _____ day of June, 2007.

_____
Honorable Marsha J. Pechman

[PROPOSED] ORDER DENYING MICROSOFT'S MOTION TO DISMISS - 1
No. C07-0475 MJP

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

Dockets.Justia.com

Presented by:

GORDON TILDEN THOMAS & CORDELL LLP

By _____
Jeffrey M. Thomas, WSBA #21175


KELLER ROHRBACK L.L.P.

By _____ for
William C. Smart, WSBA #8192
Ian S. Birk, WSBA #31431

Attorneys for Plaintiffs

[PROPOSED] ORDER DENYING MICROSOFT'S MOTION
TO DISMISS - 2
No. C07-0475 MJP

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

# CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following.

| Counsel for Defendant Microsoft Corporation<br><br>Stephen M. Rummage, WSBA #11168<br>Cassandra Kinkead, WSBA #22845<br>Charles S. Wright, WSBA #31940<br>Davis Wright Tremaine LLP<br>1201 Third Avenue Suite 2200<br>Seattle, Washington 98101-3045<br>steverummage@dwt.com<br>cassikinkead@dwt.com<br>charleswright@dwt.com | |
|---|---|

**GORDON TILDEN THOMAS & CORDELL LLP**

By _____
Jeffrey M. Thomas, WSBA #21175
Attorneys for Plaintiff
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154-1007
Telephone: (206) 467-6477
Facsimile: (206) 467-6292
Email: jthomas@gordontilden.com

[PROPOSED] ORDER DENYING MICROSOFT'S MOTION TO DISMISS - 3
No. C07-0475 MJP

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292