Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DIANNE L. KELLEY,<br><br>    Plaintiff,<br><br>  v.<br><br>MICROSOFT CORPORATION, a Washington Corporation,<br><br>    Defendant. | NO. C07-0475 MJP<br><br><u>CLASS ACTION</u><br><br>PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF HER OPPOSITION TO MICROSOFT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT<br><br><u>Noted on Motion Calendar</u>:<br>June 22, 2007 |

Plaintiff hereby submits as additional authority, in support of her argument that a plaintiff need not allege or prove reliance under the Washington Consumer Protection Act, the Court of Appeals, Division One's published opinion in <u>Schnall v. AT&T Wireless Services, Inc.</u> (No. 57523-6-I), which was filed on June 18, 2007. <u>See</u> <u>Schnall</u> at 5-11.

PLAINTIFF'S NOTICE OF SUPPLEMENTAL
AUTHORITY - 1
No. C07-0475 MJP

**GORDON TILDEN THOMAS & CORDELL LLP**
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

DATED this 19th day of June, 2007.

**GORDON TILDEN THOMAS & CORDELL LLP**

By _____
Jeffrey I. Tilden, WSBA #12219
Jeffrey M. Thomas, WSBA #21175
Michael Rosenberger, WSBA #17730
Mark A. Wilner, WSBA #31550


**KELLER ROHRBACK L.L.P.**

By _____
William C. Smart, WSBA #8192
Mark A. Griffin, WSBA #16296
Ian S. Birk, WSBA #31431

Attorneys for Plaintiff

---

PLAINTIFF'S NOTICE OF SUPPLEMENTAL
AUTHORITY - 2
No. C07-0475 MJP

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following.

Counsel for Defendant Microsoft Corporation

Stephen M. Rummage, WSBA #11168
Cassandra Kinkead, WSBA #22845
Charles S. Wright, WSBA #31940
Davis Wright Tremaine LLP
1201 Third Avenue Suite 2200
Seattle, Washington 98101-3045
steverummage@dwt.com
cassikinkead@dwt.com
charleswright@dwt.com


GORDON TILDEN THOMAS & CORDELL LLP

By _____
Jeffrey M. Thomas, WSBA #21175
Attorneys for Plaintiff
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154-1007
Telephone: (206) 467-6477
Facsimile: (206) 467-6292
Email: jthomas@gordontilden.com

PLAINTIFF'S NOTICE OF SUPPLEMENTAL
AUTHORITY - 3
No. C07-0475 MJP

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292