UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DIANNE KELLY,

        Plaintiff,

v.

MICROSOFT CORPORATION,

        Defendant.

No. C07-475MJP

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Marsha J. Pechman, United States District Judge:

The Court held an in-chambers scheduling conference in this matter on June 29, 2007. Plaintiff was represented by Jeffrey Tilden, Ian Birk, Mark Wilner, and Jeffrey Thomas. Defendant was represented by Stephen Rummage and Charles Casper. Mr. Casper participated by phone.

Per that conference, it is ORDERED that:

(1)    Plaintiffs may file separate motions on the issues of choice of law and class certification.

(2)    These two motions may each be no more than twenty-four (24) pages in length. Responses may be no more than twenty-four (24) pages in length. Replies may not exceed twelve (12) pages in length.

(3)    If Plaintiffs do not rely on expert testimony to support their motion for class certification, Defendant may have forty-five (45) days to respond to that motion. If Plaintiffs do rely on expert testimony, Defendant may have sixty (60) days to respond to that motion.

MINUTE ORDER - 1

(4)  The Court will consider the motion for class certification and the motion on choice of law issues at the same time. Plaintiffs shall note their motions accordingly.

(5)  Trial is set for October 27, 2008.

The Clerk is directed to send copies of this order to all counsel of record.

Dated this 29th day of June, 2007.

> BRUCE RIFKIN, Clerk
> By /s/ Mary Duett
> Deputy Clerk

MINUTE ORDER - 2