FILED ___ ENTERED
LODGED ___ RECEIVED

JUL 3 - 2007

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

FILED ___ ENTERED
LODGED ___ RECEIVED

JUN 28 2007  DJ

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DIANNE L. KELLEY, Individually and on behalf of all others similarly situated,<br><br>**Plaintiff**<br><br>v.<br><br>MICROSOFT CORPORATION, a Washington Corporation,<br><br>**Defendant** | Case Number: CV07-0475 MJP<br><br>**APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE** |

Pursuant to Local General Rule 2(d) of the United States District Court for the Western District of Washington, <u>Charles B. Casper</u> hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of <u>Microsoft Corporation</u>.

The particular need for my appearance and participation is:
<u>See attached</u>

I, <u>Charles B. Casper</u>, understand that I am charged with knowing and complying with all applicable local rules;

I have not been disbarred or formally censured by a court of record or by a state bar association; and there are no pending disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

_____       6/26/07
Signature of Applicant                Date

**I have enclosed the required filing fee of $75.00**
Receipt number (to be completed by the court): _____

| Charles B. Casper | |
|---|---|
| APPLICANT'S NAME: | |
| Montgomery, McCracken, Walker & Rhoads, LLP | |
| APPLICANT'S FIRM: | |
| 123 South Broad Street<br>Philadelphia, PA 19109 | |
| APPLICANT'S ADDRESS (Street Address Room/Suite) | |
| 215-772-1500 | |
| PHONE NUMBER (include area code) | |

## STATEMENT OF LOCAL COUNSEL

I am authorized, and will be prepared, to handle this matter, including trial, in the event the applicant is unable to be present upon any date assigned by the court.

DATED this 27th day of June, 2007.

_____
Signature of Local Counsel

| Stephen M. Rummage | |
|---|---|
| LOCAL COUNSEL NAME | WASHINGTON STATE BAR NUMBER<br>WSBA #11168 |
| Davis Wright Tremaine LLP | |
| LAW FIRM | |
| 1201 Third Avenue, Suite 2200<br>Seattle, WA 98101-3045 | |
| APPLICANT'S ADDRESS (Street Address Room/Suite) | |
| 206-622-3150 | |
| PHONE NUMBER (include area code) | |

ATTACHMENT

This attachment is based upon the application of Charles B. Casper. The applicant is associated with Stephen M. Rummage, who has an office in this district and is admitted to practice before this court, and Davis Wright Tremaine LLP, as required by Local General Rule 2(d).

The particular need for my appearance and participation is that I and my firm, Montgomery, McCracken, Walker & Rhoads, LLP, have significant experience in this technical area of law, have an ongoing relationship with the defendant and have developed significant understanding of defendant's business that defendant feels will be of particular assistance to its defense of this case.

**ORDER**

IT IS ORDERED that the application of to appear and participate in this action is hereby approved.

DATED this day of _July 3_, 20_07_.

BRUCE     RIFKIN,     CLERK
UNITED STATES DISTRICT COURT

BY: _____