Kelley v. Microsoft Corporation
Case 2:07-cv-00475-MJP   Document 28   Filed 07/13/2007   Page 1 of 4   Doc. 28
Case 2:07-cv-00475-MJP   Document 27   Filed 07/12/2007   Page 1 of 26

The Honorable Marsha J. Pechman

___ FILED   ___ ENTERED
___ LODGED  ___ RECEIVED

JUL 1 3 2007

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

07-CV-00475-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DIANNE L. KELLEY, )
        Plaintiff, )   No. CV07-00475 MJP
v. )   STIPULATION AND
     ) [PROPOSED] ORDER
MICROSOFT CORPORATION, a Washington ) GRANTING LEAVE TO FILE
Corporation, ) AMENDED COMPLAINT
     ) SUBJECT TO CONDITIONS
        Defendant. )

## STIPULATION

Plaintiff Dianne L. Kelley and defendant Microsoft Corporation, through their undersigned counsel, stipulate and agree as follows:

On March 29, 2007, Ms. Kelley filed a Complaint against Microsoft, seeking recovery under the Washington Consumer Protection Act and alleging unjust enrichment. On May 8, 2007, before Microsoft filed a responsive pleading, Ms. Kelley filed an Amended Complaint, asserting additional causes of action under the Magnuson-Moss Warranty Act and for breach of contract. On May 25, 2007, Microsoft filed a motion to dismiss the Amended Complaint in its entirety, and the parties completed briefing on Microsoft's motion to dismiss on June 22, 2007.

Ms. Kelley has now asked Microsoft to stipulate to the filing of a Second Amended Complaint, which would add Kenneth Hansen as an additional named plaintiff but would not

STIPULATION AND ORDER GRANTING LEAVE TO FILE SECOND
AMENDED COMPLAINT (CV07-00475 MJP) – 1
SEA 2051516v2 0025936-000689

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

otherwise add to or elaborate on the substantive allegations of Ms. Kelley's Amended Complaint. Subject to the Court's approval, the parties stipulate and agree as follows:

1. The proposed Second Amended Complaint attached hereto as Exhibit A should be allowed;

2. Microsoft's pending motion to dismiss shall be deemed directed to the Second Amended Complaint, as the Second Amended Complaint does not modify the substantive allegations set forth in the Amended Complaint; and

3. The discovery that Microsoft served on Ms. Kelley on Friday, July 6, 2007, shall be deemed to have been served on the new plaintiff, Kenneth Hansen, although Mr. Hansen may respond to these discovery requests on or before August 13, 2007.

DATED this 12th day of July, 2007.

    Davis Wright Tremaine LLP
    Attorneys for Defendant
    Microsoft Corporation

By /s/ Stephen M. Rummage
    Stephen M. Rummage, WSBA #11168
    Cassandra Kinkead, WSBA #22845
    Charles S. Wright, WSBA #31940
    Suite 2200
    1201 Third Avenue
    Seattle, WA 98101-3045
    Telephone: (206) 757-8136
    Fax: (206) 757-7136
    E-mail: steverummage@dwt.com
    E-mail: cassikinkead@dwt.com
    E-mail: charleswright@dwt.com

Charles B. Casper
Montgomery, McCracken, Walker & Rhoads, LLP
123 South Broad St.
Philadelphia, PA 19109-1029
Telephone: (215) 772-7223
Fax: (215) 731-3750
E-mail: ccasper@mmwr.com

STIPULATION AND ORDER GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT (CV07-00475 MJP) – 2
SEA 2051516v2 0025936-000689

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

DATED this 12th day of July, 2007.

> GORDON TILDEN THOMAS &
> CORDELL LLP
> Attorneys for Plaintiff Dianne L. Kelley
>
> By /s/ *Jeffrey M. Thomas*
> Jeffrey I. Tilden, WSBA #12219
> Jeffrey M. Thomas, WSBA #21175
> Michael Rosenberger, WSBA #17730
> Mark A. Wilner, WSBA #31550
> 1001 Fourth Avenue, Suite 4000
> Seattle, WA 98154-1007
> Telephone: (206) 467-6477
> Fax: (206) 467-6292
> Email: jtilden@gmtlaw.com
> Email: jthomas@gmtlaw.com
> Email: mrosenberger@gmtlaw.com
> Email: mwilner@gmtlaw.com

**ORDER**

IT IS HEREBY ORDERED AS FOLLOWS:

1. Plaintiff Dianne Kelley is hereby granted leave to file her Second Amended Complaint in the form attached hereto as Exhibit A.

2. Microsoft's pending motion to dismiss shall be deemed directed to the Second Amended Complaint and, thus, the ruling from the Court shall be effective as to the Second Amended Complaint.

3. The discovery that Microsoft served on Ms. Kelley on Friday, July 6, 2007, shall be deemed to have been served on the new plaintiff, Kenneth Hansen, although Mr. Hansen may respond to these discovery requests on or before August 13, 2007.

DATED this 13 day of July, 2007.

*[signature]*
MARSHA J. PECHMAN
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER GRANTING LEAVE TO FILE SECOND
AMENDED COMPLAINT (CV07-00475 MJP) - 3
SEA 2051516v2 0025936-000689

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

# CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2007, I electronically filed the foregoing Stipulation and [Proposed] Order Granting Leave to File Amended Complaint Subject to Conditions with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Jeffrey I. Tilden: | jtilden@gordontildencom |
| Jeffrey M. Thomas: | jthomas@gordontilden.com |
| Michael Rosenberger: | mrosenberger@gordontilden.com |
| Mark A. Wilner: | mwilner@gordontilden.com |
| William C. Smart: | wsmart@kellerrohrback@dwt.com |
| Mark A. Griffin: | mgriffin@kellerrohrback@dwt.com |
| Ian S. Birk: | ibirk@kellerrohrback@dwt.com |

DATED this 12th day of July, 2007.

Davis Wright Tremaine LLP
Attorneys for Defendant
Microsoft Corporation

By /s/ Stephen M. Rummage
Stephen M. Rummage, WSBA #11168
Davis Wright Tremaine LLP
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
Telephone: (206) 757-8136
Fax: (206) 757-7136
E-mail: steverummage@dwt.com

STIPULATION AND ORDER GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT (CV07-00475 MJP) – 4
SEA 2051516v2 0025936-000689

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700