1

2

3

4

5                                  UNITED STATES DISTRICT COURT
                                 WESTERN DISTRICT OF WASHINGTON
                                            AT SEATTLE

6

7     DIANNE KELLEY,

8                               Plaintiff(s),              No. C07-0475MJP

9     v.                                                   MINUTE ORDER

10    MICROSOFT CORPORATION,

11                              Defendant(s).

12

13        The following Minute Order is made by direction of the Court, the Honorable Marsha J.

14    Pechman, United States District Judge:

15        The Court grants oral argument on Defendant's motion to dismiss. (Dkt. No. 12.) Oral

16    argument on this motion will be held on **August 7, 2007, at 4:00 p.m.**, in Judge Marsha Pechman's

17    Courtroom of the U.S. District Court at 700 Stewart Street in Seattle, WA.  Each side will have

18    twenty (20) minutes to present its argument, including rebuttal.

19        Dated this 20th day of July, 2007.

20

21                                                        BRUCE RIFKIN, Clerk
                                                          By /s/ Mary Duett
22                                                        Deputy Clerk

23

24

25

26

MINUTE ORDER - 1

Dockets.Justia.com