1
2
3
4
5
6
7
8
9                                                      Honorable Marsha J. Pechman
10
11
12                    UNITED STATES DISTRICT COURT
13           WESTERN DISTRICT OF WASHINGTON AT SEATTLE
14
15  DIANNE L. KELLEY and KENNETH
16  HANSEN,                                        NO.  C07-0475 MJP
17
18              Plaintiffs,                         STIPULATION AND [PROPOSED]
19                                                  ORDER DISMISSING CONTRACT
20        v.                                        CAUSE OF ACTION
21
22  MICROSOFT CORPORATION, a Washington             CLASS ACTION
23  Corporation,
24
25              Defendant.
26
27
28                              **STIPULATION**
29
30       Pending before this Court is Microsoft's motion to dismiss.  In regard to Plaintiffs'
31
32  common law breach of contract claim, Microsoft represents in its reply brief that the version of
33
34  the XP End User License Agreement (EULA) attached to the Thomas Declaration (Dkt. 18, Ex.
35
36  A) is not the version of the XP EULA that would have been provided with Plaintiffs' computers
37
38  (Dkt. 20 at 6).  Based upon that representation, the parties hereby stipulate that Plaintiffs' breach
39
40  of contract claim may be dismissed, without prejudice.  This Stipulation relates only to Plaintiffs'
41
42  breach of contract claim.
43
44
45

STIPULATION AND [PROPOSED] ORDER DISMISSING          **GORDON TILDEN THOMAS & CORDELL LLP**
BREACH OF CONTRACT CAUSE OF ACTION - 1               1001 Fourth Avenue, Suite 4000
No. C07-0475 MJP                                     Seattle, WA  98154
                                                     Phone (206) 467-6477
                                                     Fax (206) 467-6292

Dockets.Justia.com

DATED this 3rd day of August, 2007.

| | |
|---|---|
| **GORDON TILDEN THOMAS & CORDELL LLP** | **DAVIS WRIGHT TREMAINE LLP** |
| By _Jeffrey I. Tilden, WSBA #12219_ Jeffrey M. Thomas, WSBA #21175 Michael Rosenberger, WSBA #17730 Mark A. Wilner, WSBA #31550 | By _An Stephen M. Rummage, WSBA #11168_ Cassandra L. Kinkead, WSBA #22845 Charles S. Wright, WSBA #31940 (per telephone authzah) |
| **KELLER ROHRBACK L.L.P.** | **MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP** |
| By _William C. Smart, WSBA #8192_ for Ian S. Birk, WSBA #31431 | By _fr Charles B. Casper_ (per telephone authzah) |
| Attorneys for Plaintiffs | Attorneys for Defendant |

## ORDER

Based upon the above stipulation, Plaintiffs' common law breach of contract claim is

dismissed, without prejudice.

DATED this ___ day of _____, 2007.

_____
MARSHA J. PECHMAN
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER DISMISSING
BREACH OF CONTRACT CAUSE OF ACTION - 2
No. C07-0475 MJP

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following.

Counsel for Defendant Microsoft Corporation

Stephen M. Rummage, WSBA #11168
Cassandra L. Kinkead, WSBA #22845
Charles S. Wright, WSBA #31940
Davis Wright Tremaine LLP
1201 Third Avenue Suite 2200
Seattle, Washington 98101-3045
steverummage@dwt.com
cassandrakinkead@dwt.com
charleswright@dwt.com

Counsel for Defendant Microsoft Corporation
– Admitted Pro Hac Vice

Charles B. Casper
Montgomery, McCracken, Walker & Rhoads
123 South Broad Street
Philadelphia, PA 19109
ccasper@mmwr.com


GORDON TILDEN THOMAS & CORDELL LLP


By _____
    Jeffrey M. Thomas, WSBA #21175
    Attorneys for Plaintiffs
    1001 Fourth Avenue, Suite 4000
    Seattle, WA 98154-1007
    Telephone: (206) 467-6477
    Facsimile: (206) 467-6292
    Email: jthomas@gordontilden.com


STIPULATION AND [PROPOSED] ORDER DISMISSING
BREACH OF CONTRACT CAUSE OF ACTION - 3
No. C07-0475 MJP

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292