07-CV-00475-ORD

Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DIANNE L. KELLEY and KENNETH HANSEN, <br><br> Plaintiffs, <br><br> v. <br><br> MICROSOFT CORPORATION, a Washington Corporation, <br><br> Defendant. | NO. C07-0475 MJP <br><br> STIPULATION AND [PROPOSED] ORDER DISMISSING CONTRACT CAUSE OF ACTION <br><br> CLASS ACTION |

## STIPULATION

Pending before this Court is Microsoft's motion to dismiss. In regard to Plaintiffs' common law breach of contract claim, Microsoft represents in its reply brief that the version of the XP End User License Agreement (EULA) attached to the Thomas Declaration (Dkt. 18, Ex. A) is not the version of the XP EULA that would have been provided with Plaintiffs' computers (Dkt. 20 at 6). Based upon that representation, the parties hereby stipulate that Plaintiffs' breach of contract claim may be dismissed, without prejudice. This Stipulation relates only to Plaintiffs' breach of contract claim.

STIPULATION AND [PROPOSED] ORDER DISMISSING
BREACH OF CONTRACT CAUSE OF ACTION - 1
No. C07-0475 MJP

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

DATED this 3rd day of August, 2007.

| GORDON TILDEN THOMAS & CORDELL LLP | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| By _____<br>Jeffrey I. Tilden, WSBA #12219<br>Jeffrey M. Thomas, WSBA #21175<br>Michael Rosenberger, WSBA #17730<br>Mark A. Wilner, WSBA #31550 | By _____<br>Stephen M. Rummage, WSBA #11168<br>Cassandra L. Kinkead, WSBA #22845<br>Charles S. Wright, WSBA #31940<br>(per telephone authorization) |
| KELLER ROHRBACK L.L.P. | MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP |
| By _____<br>William C. Smart, WSBA #8192<br>Ian S. Birk, WSBA #31431 | By _____<br>Charles B. Casper<br>(per telephone authorization) |
| Attorneys for Plaintiffs | Attorneys for Defendant |

## ORDER

Based upon the above stipulation, Plaintiffs' common law breach of contract claim is dismissed, without prejudice.

DATED this 6 day of August, 2007.

_____
MARSHA J. PECHMAN
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER DISMISSING
BREACH OF CONTRACT CAUSE OF ACTION - 2
No. C07-0475 MJP

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following.

Counsel for Defendant Microsoft Corporation

Stephen M. Rummage, WSBA #11168
Cassandra L. Kinkead, WSBA #22845
Charles S. Wright, WSBA #31940
Davis Wright Tremaine LLP
1201 Third Avenue Suite 2200
Seattle, Washington 98101-3045
steverummage@dwt.com
cassandrakinkead@dwt.com
charleswright@dwt.com

Counsel for Defendant Microsoft Corporation – Admitted Pro Hac Vice

Charles B. Casper
Montgomery, McCracken, Walker & Rhoads
123 South Broad Street
Philadelphia, PA 19109
ccasper@mmwr.com

GORDON TILDEN THOMAS & CORDELL LLP

By _____
Jeffrey M. Thomas, WSBA #21175
Attorneys for Plaintiffs
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154-1007
Telephone: (206) 467-6477
Facsimile: (206) 467-6292
Email: jthomas@gordontilden.com

STIPULATION AND [PROPOSED] ORDER DISMISSING
BREACH OF CONTRACT CAUSE OF ACTION - 3
No. C07-0475 MJP

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292