Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DIANNE L. KELLEY and KENNETH HANSEN,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION, a Washington Corporation,<br><br>Defendant. | NO. C07-0475 MJP<br><br>CLASS ACTION<br><br>[Proposed] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL DISCOVERY AND TO DEEM CERTAIN REQUESTS FOR ADMISSION "ADMITTED" |

THIS MATTER came before the Court on Plaintiffs' Motion to Compel Discovery and to Deem Certain Requests for Admission "Admitted" ("Motion"). Having reviewed the Motion and the submissions of the parties, and otherwise being familiar with the issues, the Court finds that the following relief should be ordered.

NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

1. Plaintiff's Motion is GRANTED.

2. The following Requests for Admission ("RFAs") shall be deemed ADMITTED as originally posed by plaintiffs: RFAs 4-6, 10-13, 16-23, 25, 27, 29, 31, 33, 45-46, 62, 64, 76-79, 80-93, and 97.

[Proposed] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL DISCOVERY AND TO DEEM CERTAIN REQUESTS FOR ADMISSION "ADMITTED" - 1
No. C07-0475 MJP

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

Dockets.Justia.com

3. Defendant's objections to Requests for Production ("RFPs") 2-4 and 6-13 as set forth in Plaintiffs' First Set of Interrogatories and Requests for Production of Documents Propounded to Defendant with Responses thereto, dated August 2, 2007, are hereby STRICKEN.

4. Defendants must provide full and complete responses to RFPs 2-4 and 6-13 within seven (7) days from the date this order is entered.

5. Defendant's objections to Interrogatory No. 5 and RFP 20, as set forth in Plaintiffs' Third Set of Interrogatories and Requests for Production of Documents Propounded to Defendant with Responses thereto, dated August 13, 2007, are hereby STRICKEN.

6. Defendants must provide full and complete answers and responses to Interrogatory No. 5 and RFP 20 within seven (7) days from the date this order is entered.

DATED this _____ day of _____, 2007.

_____
Honorable Marsha J. Pechman

Presented by:

**GORDON TILDEN THOMAS & CORDELL LLP**

By _____
Jeffrey I. Tilden, WSBA #12219
Jeffrey M. Thomas, WSBA #21175
Michael Rosenberger, WSBA #17730
Mark A. Wilner, WSBA #31550

**KELLER ROHRBACK L.L.P.**

By _____ for:
William C. Smart, WSBA #8192
Ian S. Birk, WSBA #31431
Attorneys for Plaintiffs

[Proposed] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL DISCOVERY AND TO DEEM CERTAIN REQUESTS FOR ADMISSION "ADMITTED" - 2
No. C07-0475 MJP

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

# CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following.

| Counsel for Defendant Microsoft Corporation | Counsel for Defendant Microsoft Corporation – Admitted Pro Hac Vice |
|---|---|
| Stephen M. Rummage, WSBA #11168<br>Cassandra L. Kinkead, WSBA #22845<br>Charles S. Wright, WSBA #31940<br>Davis Wright Tremaine LLP<br>1201 Third Avenue Suite 2200<br>Seattle, Washington 98101-3045<br>steverummage@dwt.com<br>cassandrakinkead@dwt.com<br>charleswright@dwt.com | Charles B. Casper<br>Montgomery, McCracken, Walker & Rhoads<br>123 South Broad Street<br>Philadelphia, PA 19109<br>ccasper@mmwr.com |

**GORDON TILDEN THOMAS & CORDELL LLP**

By _____[signature]_____
Mark A. Wilner, WSBA #31550
Attorneys for Plaintiff
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154-1007
Telephone: (206) 467-6477
Facsimile: (206) 467-6292
Email: mwilner@gordontilden.com

---

[Proposed] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL DISCOVERY AND TO DEEM CERTAIN REQUESTS FOR ADMISSION "ADMITTED" - 3
No. C07-0475 MJP

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292