# EXHIBIT A

Exhibit A Page 4

| RFA # | Terminology Microsoft Says It Does Not Understand |
|---|---|
| 4, 10, 22 | "necessary to properly run" e.g., Vista Home Basic |
| 5, 11, 13 | "certified," e.g., as Windows Vista Capable |
| 6, 12 | "certification," e.g. in reference to the Windows Vista Capable sticker |
| 6, 12, 16 | "properly run," e.g., Vista Home Basic |
| 16, 22 | "indicate," e.g. that a PC with a Windows Vista Capable sticker ran only Vista Home Basic |
| 20-21 | "certified to work with PCs," e.g., of different versions of Vista |
| 23, 25, 27, 29 | "at the time of sale" |
| 23 | "explanation as to meaning," e.g., meaning of the sticker |
| 25 | "explanation as to the limitations," i.e., of the term Windows Vista Capable |
| 27 | "as to the meaning of" in reference to Windows Vista Capable |
| 29 | "as to the limitations of" in reference to Windows Vista Capable |
| 31, 33 | "display materials for the benefit of consumers" |
| 31 | "meaning of" in reference to Windows Vista Capable |
| 33 | "limitations of" in reference to Windows Vista Capable |
| 45, 46 | "maintain consumer demand" |
| 62 | "Vista Upgrade EULA" |
| 64 | "the OEM License Agreement" |
| 76-79 | "monitored," e.g., OEM advertising materials |
| 80-83 | "established procedures" |
| 80, 82-83 | "minimize the likelihood of errors" |
| 81 | "the likelihood of errors" |
| 84-85, 88-89 | "there had been concern or opinion within Microsoft," i.e., as to the misleading nature of the sticker |
| 86-87, 90-91 | "there had been concern or opinion expressed or otherwise made known to Microsoft," i.e., as to the misleading nature of the sticker |
| 92-93 | "Vista features" |
| 97 | "secured rights," i.e., of a contractor who published Windows Vista The Official Magazine |

Exhibit A Page 5