# EXHIBIT B

Exhibit B-1

Dockets.Justia.com

# GORDON TILDEN THOMAS & CORDELL LLP
### ATTORNEYS AT LAW

1001 Fourth Avenue, Suite 4000 · Seattle, Washington 98154-1007
Telephone: (206) 467-6477 · Facsimile: (206) 467-6292
Email: MWILNER@GORDONTILDEN.COM

August 3, 2007

*Sent via Email & U.S. Mail*

Stephen M. Rummage
Davis Wright Tremaine LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045

    Re:    **Kelley, Hansen v. Microsoft**

Dear Steve:

    We would like to schedule a Rule 37 conference regarding Microsoft's objections to plaintiffs' discovery requests. We expect the conference to last approximately two to three hours. Do you or someone else on the Microsoft defense team have a three hour time slot anytime from 1:00 p.m. to 5:30 p.m. on August 15th or 16th, or 1:00 p.m. to 4:00 p.m. on the 17th? We are happy to come over to your new offices if that helps.

    To help prepare for the conference, we have put our initial concerns with Microsoft's discovery responses into the following nonexhaustive list of topics areas:

- whether Microsoft is standing on stated objections or not;
- the propriety of objecting on grounds that certain requests according to Microsoft seek information not relevant to class certification issues;
- whether Microsoft should admit or deny certain RFAs without rephrasing the question asked in its answer;
- the fact that, although Microsoft said that certain documents "will" be produced, none were.

    We most likely will have other topics to discuss. We are continuing to evaluate Microsoft's answers and objections, and additional discovery responses from Microsoft are due in the near future. We already know, however, that a Rule 37 conference is necessary and, thus, would like to get one scheduled. Please let us know as soon as possible what dates and times work for you.

**Exhibit B-2**

Stephen M. Rummage
August 3, 2007
Page 2

Cordially,

*[signature]*

Mark A. Wilner

MAW:jl
cc: Jeffrey I. Tilden
Jeffrey M. Thomas
Michael Rosenberger
William C. Smart
Ian S. Birk

**Exhibit B-3**