# EXHIBIT C

Exhibit C-1

Dockets.Justia.com

# GORDON TILDEN THOMAS & CORDELL LLP
### ATTORNEYS AT LAW

1001 FOURTH AVENUE, SUITE 4000 · SEATTLE, WASHINGTON 98154-1007
TELEPHONE: (206) 467-6477 · FACSIMILE: (206) 467-6292
EMAIL: MWILNER@GORDONTILDEN.COM

August 7, 2007

*Sent via Facsimile & U.S. Mail*

Stephen M. Rummage
Cassandra L. Kinkead
Davis Wright Tremaine LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045

Re:   Kelley, Hansen v. Microsoft

Dear Steve and Cassie:

We received Cassie's email last week with an attached proposed stipulated protective order prepared by Microsoft. We do not believe agreeing to be bound to a blanket protective order comports with our obligations as counsel in a putative class action seeking to obtain redress for alleged consumer protection violations. The proposed order also is extremely broad and complicated. We are open to considering a simpler, narrowly-tailored protective order; however, as a general operating principle, we view blanket protective orders with skepticism given the recent court decisions and the frustrations such orders create for counsel and courts in attempting to comply with them. We would prefer to address any issues regarding production of what Microsoft deems a "sensitive" document on a case-by-case basis.

Cordially,

Mark A. Wilner

MAW:jl
cc:   Jeffrey I. Tilden
      Jeffrey M. Thomas
      Michael Rosenberger
      William C. Smart
      Ian S. Birk

**Exhibit C-2**