# EXHIBIT E

**Exhibit E-1**

HP & Windows Vista



# Express Upgrade to Windows Vista® from HP

» Return to original page

**The Express Upgrade to Windows Vista® from HP Program**



Eligibility and ordering for the Express Upgrade to Windows Vista has now ended. All Proof of Purchase details must be submitted to the Fulfillment Center by May 31, 2007 for the order to be valid. Please see the Express Upgrade FAQ for additional information on the program.

**Related Links**

- » HP systems eligible for an Express Upgrade to Windows Vista
- » Worldwide Express Upgrade to Windows Vista from HP program
- » Frequently Asked Questions (FAQ's) for the HP Express Upgrade to Windows Vista Program
- » Learn more about Windows Vista from Microsoft

Not all Windows Vista features are available for use on all Windows Vista Capable PCs. All Windows Vista Capable PCs will run the core experiences of Windows Vista, such as innovations in organizing and finding information, security and reliability. Some features available in premium editions of Windows Vista--like the new Windows Aero™ user interface--require advanced or additional hardware. Check www.windowsvista.com for details.

Price, terms and conditions may vary. Shipping and handling costs and other fees may apply. Limited time offer. Proof of purchase required. Information subject to change without notice.

» Return to original page

Privacy statement                    Using this site means you accept its terms

© 2007 Hewlett-Packard Development Company, L.P.

**Exhibit E-2**

Dell recommends Windows Vista™

**FAQS**

- **What is Microsoft® Windows Vista™?**
  Windows Vista is Microsoft's upcoming operating system release with new features, advanced security, a compelling new interface and more. To prepare you for an optimal Windows Vista experience, Dell has worked closely with Microsoft in the design of Vista Capable and Premium Ready PCs from Dell.

- **When will Microsoft Windows Vista be available from Dell?**
  The anticipated date of general availability from Microsoft is January 30, 2007 (subject to change).

- **Can I upgrade Windows XP Home Edition, Media Center Edition or Professional to Microsoft Windows Vista as part of the Express Upgrade to Windows Vista program?**
  Yes! During the eligibility period, there are several express upgrade paths for qualifying systems. For US, Canada, United Kingdom, Ireland, France, Belgium, Spain, Austria, Germany, Japan, Australia, New Zealand, Malaysia, Singapore, the Nordics, Italy and some countries in Latin America, the following upgrade paths will be available (anticipated pricing noted for US only; subject to change)

- **What do I need to be eligible for a Microsoft Windows Vista upgrade?**
  - You must have purchased an eligible Windows Vista Capable1 or Windows Vista Premium Ready1 system with a licensed copy of Windows XP Home, Windows XP Home – Media Center Edition or Windows XP Professional no earlier than October 26, 2006 and no later than March 15, 2007.
  - You must redeem your upgrade online no later than March 31, 2007.
  - You must provide valid credit card information at the time of redemption for payment of the upgrade fee (as applicable) and associated shipping and handling charges.

- **What if I did not select the upgrade to Windows Vista™ at the time I purchased my system from Dell?**
  If the qualifying system was purchased during the program eligibility window, (October 26,

**Exhibit E-3**

2006 – March 15, 2007), that system is eligible for an Express Upgrade from Dell. Customers will not be allowed to redeem an upgrade after March 31, 2007, even if the system was purchased during the eligibility window.

- **What information will I have to provide in order to redeem my Upgrade to Windows Vista™ from Dell?**
  Name and Address
  System Service tag
  COA serial number
  OS SKU and language purchased
  Credit card information
  Email address

- **When does the Express Upgrade to Windows Vista™ promotion start and end?**
  The Program begins October 26, 2006 and ends March 15, 2007. The last day to redeem an upgrade is March 31, 2007. (Note: these timeframes assume the Windows Vista launch for consumers by Microsoft, January 30, 2007. Changes in launch could impact dates noted.)

Valid Upgrade Paths

| Windows XP Purchased | Windows Vista Upgrade Offer** | Dell US Price (anticipated) |
|---|---|---|
| Windows XP Home Edition | Windows Vista Home Basic | Discounted price + Shipping & Handling Charge |
| Windows XP Media Center Edition 2005 | Windows Vista Home Premium | Free + Shipping & Handling Charge |
| Windows XP Professional | Windows Vista Business | Free + Shipping & Handling Charge |
| Windows XP Professional x64 Edition | Windows Vista Business x64* | Free + Shipping & Handling Charge |

*Only on Dell Precision™ Workstations
**Not all Windows Vista™ features are available for use on all Windows Vista Capable PCs. All Windows Vista Capable PCs will run the core experiences of Windows Vista, such as innovations in organizing and finding information, security, and reliability. Some features available in premium editions of Windows Vista -- like the new Windows® Aero™ user interface -- require advanced or additional hardware. Check

https://www.dellvistaupgrade.com/faqs.aspx

6/1/2007

**Exhibit E-4**

www.windowsvista.com/getready for details.

- **Will Dell automatically ship the Windows Vista upgrade package, based on my selection of the Express Upgrade at the time of purchase?**
No. Upon receipt of your PC, you MUST go to www.dellvistaupgrade.com to complete the redemption and provide valid credit card information to purchase your Express Upgrade by March 31st, 2007. There will be no exceptions.

- **How is the Express Upgrade to Windows Vista™ from Dell any different than what is offered by other companies?**
Due to our direct relationship with customers, Dell is able to allow customers to choose the Express Upgrade to Windows Vista™ version at the time that they purchase their Dell PC. Many customers purchasing systems from retail suppliers may have to fax or mail their invoice to prove their purchase of a licensed version of Microsoft Windows XP. Due to your direct relationship with Dell, you will NOT be required to mail or fax anything!

- **What is included with the Express Upgrade to Windows Vista upgrade package?**
1. Microsoft operating system upgrade DVD
2. Dell Upgrade DVD – includes the Dell Upgrade Assistant (tool that walks the customer through the process), BIOS, drivers, and application patches (if available).
3. New Windows Vista license or Certificate of Authenticity (COA)
4. Dell produced tech sheet/upgrade instructions

- **Why do I have to provide my Windows XP Certificate of Authenticity (COA) serial number when I redeem my upgrade?**
This program only allows for one Upgrade per system purchased. Each system is licensed with only one copy of the Microsoft Windows operating system. This COA is your proof of that license. If you have more than one upgrade to redeem (multiple), you may be able to purchase Microsoft Windows Vista through volume licensing channels. If you are interested in learning more about licensing Microsoft operating systems through Dell, please contact www.Dell.com/softwarelicensing/microsoft.

- **When will I receive my Express Upgrade to Windows Vista™ DVD and upgrade package and will I have an option for a CD-format?**
Dell's goal is to make the upgrade package available four to eight weeks after the Windows Vista general availability launch date. It is a requirement that participating Dell systems must be configured with a DVD-ROM to participate in this program.

- **Will any of my personal information be sent to Microsoft?**
No. Only the COA serial and date purchased will be the sent to Microsoft.

https://www.dellvistaupgrade.com/faqs.aspx

**Exhibit E-5**

- **Is this Express Upgrade to Windows Vista™ Program offered worldwide?**
  The Dell Express Upgrade to Windows Vista™ will be offered in over 20 countries worldwide. Customer data must be entered in English only and there may be certain country-specific requirements not listed here.

- **Are there taxes associated with my order?**
  For U.S. customers, Sales Tax shall be calculated and charged at the time of shipment. Sales Tax may be applicable on Shipping and Handling for some states. For product shipping to any other country, the product shall ship Delivered Duty Unpaid (DDU).

  For products that ship DDU, the seller's obligation is to deliver the goods to a named place of destination. The buyer is responsible for all costs and risks associated with the goods upon importation at the named place of destination. The buyer's responsibility includes import clearance of the goods and payment of any applicable duties, taxes and fees.

- **I'm a US customer and eligible for a sales, use, or other tax exemption. How do I receive the exemption to which I'm entitled?**

  If you are eligible for a tax exemption, please indicate your exemption status by checking the "Tax Exempt" check-box on the "Confirm Your Selections" page before confirming your order. Please also print a copy of your "Thank You For Your Order" page when asked to do so. If you claim an exemption, your order will be placed in a "pending" status awaiting receipt of documentation supporting your exemption. To release your order for shipment, you must fax a copy of both your printed "Thank You For Your Order" page and your tax certificates or other documentation supporting your exemption to Dell at 866-297-3280. Your order will be released for shipment upon receipt and verification of your exemption documentation. Tax exemptions will be applied to your order according to your verified exemption eligibility.

- **Can I call a toll-free number to place my order instead of entering data on the internet? Will the operator speak my language?**
  Toll-free numbers will be made available on October 26 for the US, Canada and the UK. The toll-free number for the US and Canada is (866) 634-7426. The toll-free number for the UK is (808) 234-8397. Beginning November 13, Dell plans to provide toll-free numbers will for Ireland, Germany, France, Austria, Belgium, Spain, The Nordics and Italy, Japan, Malaysia, Singapore, Australia, New Zealand, Latin America and Brazil. Dell plans languaged options for telephone assistance in English, French, German, Spanish, Japanese and Brazilian Portuguese.

**Exhibit E-6**

- **How will I know that my Express Upgrade to Windows Vista™ redemption is complete?**
  You should print out your Redemption Registration.
  After your information (including the COA and credit card information) has been validated, you will receive an email confirmation, including an Order Tracking Number. An email will also be sent that includes the carrier tracking number once your Express Upgrade to Windows Vista™ has shipped.

- **What if I am eligible, but don't redeem the Upgrade before March 31?**
  Unfortunately, if an eligible customer does not redeem the Upgrade before March 31, that customer cannot receive an upgrade through this program.

- **Can customers purchasing systems before October 26 order the Express Upgrade?**
  No. Eligible systems are only those purchased between October 26, 2006 through March 15, 2007.

- **Will returns be allowed?**
  There will be no returns accepted for the Express Upgrade to Windows Vista™ upgrade kits.

- **What methods of payment will be accepted for applicable charges (including Shipping and Handling fees) for this Program?**
  Only credit cards (Visa, Mastercard and American Express) will be accepted for payment. Expiration dates must be April 2007 or later.

- **How can I track the status of my Express Upgrade to Windows Vista™ order?**
  Upon successful completion and validation of your Express Upgrade to Windows Vista™ Redemption, you will receive a Order Tracking number.

- **What are the different versions of Windows Vista™?**

  Windows Vista Home Basic™ is the entry-level offering for consumers.

  Windows Vista Home Premium™ is the mainstream edition of Windows Vista for consumer desktop and mobile PCs.

  Windows Vista Business™ is the primary edition of Windows Vista for business desktops and mobile PCs in businesses of all sizes.

  Windows Vista Ultimate™ and Windows Vista Enterprise™ are two additional versions of

**Exhibit E-7**

the Windows Vista operating system which are not included in Dell's Express Upgrade offering.

- **How do I find out which Dell devices will have Windows Vista™ drivers available?**
  Drivers to support Microsoft Windows Vista can be found from the Dell support web site: http://www.support.dell.com. You should also check with the hardware manufacturer for specific drivers.

- **Can I install Microsoft Windows Vista before General Availability of the Windows Vista code?**
  You may be able to purchase Microsoft Windows Vista through volume licensing channels. If you are interested in learning more about licensing Microsoft operating systems through Dell, please contact www.Dell.com/softwarelicensing/microsoft.

---

[1]Based on currently available information from Microsoft. Requirements subject to change. Since the operating system and drivers are not final at this time, Windows Vista has not been tested on all user configurations. Dell systems must be configured with a minimum of 512MB system memory (RAM) for "Windows Vista Capable" designation. Systems which meet only minimum requirements for the "Windows Vista Capable" designation will not provide the full benefits of "Premium Ready," including the Aero interface. Some Dell systems may not meet the requirements for "Premium Ready," no matter the configuration. Please visit www.windowsvista.com/getready for more information.

▲ Top

Copyright 1999-2006 Dell Inc.
Conditions of Sale and Site Terms | Privacy Policy | About Dell | Contact Us

**Exhibit E-8**

Gateway and Windows Vista

Gateway recommends Windows Vista™ Business.

### Express Upgrade to Windows Vista™
Get the Best of Today and Tomorrow

To ensure that our customers have the latest technology, Microsoft, in coordination with Gateway, is offering an Express Upgrade to Windows Vista™ Program. This program allows customers who purchase a qualifying Vista Capable PC to receive an upgrade from Windows XP to the comparable version of Windows Vista:

| Windows XP Version will upgrade to | Windows Vista Version |
|---|---|
| Microsoft Windows® XP Home | Windows Vista™ Home Basic |
| Microsoft Windows® XP Home | Windows Vista™ Home Premium |
| Microsoft Windows® XP Media Center | Windows Vista™ Home Premium |
| Microsoft Windows® XP Tablet | Windows Vista™ Business |
| Microsoft Windows® XP Professional | Windows Vista™ Business |

### How the Express Upgrade Program Works

1. If you buy a Vista Capable Gateway PC between October 26, 2006, and March 15, 2007, you will be eligible for the program.
2. Visit https://upgradeweb.moduslink.com/Gateway to submit your upgrade request. All requests must be made no later than March 31, 2007. Be sure to keep your proof of purchase—for example, a purchase receipt. Upgrade fees may apply.
3. You will receive your Windows Vista installation package by mail once it becomes available, in April 2007.**

** Software fulfillment provided by ModusLink Corporation.



Not all Windows Vista features are available for use on all Windows Vista Capable PCs. All Windows Vista Capable PCs will run the core experiences of Windows Vista, such as innovations in organizing and finding information, security, and reliability. Some features available in premium editions of Windows Vista—like the new Windows Aero™ user interface—require advanced or additional hardware. Check www.windowsvista.com/getready for details. All upgrade requests must be received by 3/31/07. Upgrade fees may apply.

Tell Us What You Think [+]

**Exhibit E-9**

Gateway a 7indows Vista

©2007 Gateway, Inc. All rights reserved.

**Exhibit E-10**

# Support & Download

**acer**

Empowering People

home | contact us | sitemap | search

Worldwide Locations ▼

About Acer | Products & Services | Support & Downloads | Global Operations

**Worldwide**
- Acer Empowering Technology
- Downloads
- Certificates
- Service Inquiries
- International Travelers
- Warranty
- Upgrade Support for Windows Vista™
- Technical Support
- FAQ for Windows Vista™
- Windows® Anytime Upgrade

## Upgrade Support for Windows Vista™

*You are here: Home / Support & Downloads / Upgrade Support for Windows Vista™*

You can now upgrade your Windows® XP-based PC to Windows Vista™ if you've purchased an Acer Windows Vista™ Capable PC. Acer has worked closely with Microsoft® to ensure that the Windows® XP-based desktop or notebook PC you bought can run Windows Vista™. This support site will guide you through the upgrade process and answer your questions about upgrading a Windows Vista™ Capable PC, the minimum system requirements, and the upgrade options.

### Good Reasons to Upgrade



Get the best today and tomorrow

Windows Vista™ is the next generation of Microsoft® Windows® operating systems, designed to enhance the functionality of your Acer desktop or notebook PC and grace you with a richer, better computing experience – at home and at work.
Windows Vista™ features superb PC innovations, including:

- Improved security and protection from harmful software with Windows® Defender and User Account Control (UAC)
- Increased stability and reliability
- Better search and organization tools, including Instant Search
- Easy-to-use management and self-diagnostics
- Parental controls

For more information about Windows Vista™...

A **Windows Vista™ Capable PC** must meet the following requirements:

- A modern CPU (at least 800 MHz)
- 512 MB or more of system memory (RAM)
- A graphics processing unit (GPU) capable of running Microsoft® DirectX® 9

A PC designated as **Windows Vista™ Premium Ready** meets the minimum requirements for Home Premium, Ultimate, Business, or Enterprise edition of Windows Vista™. A "Windows Vista™


Designed for Windows® XP
Windows Vista™ Capable

Copyright ©1995-2007
Acer Inc.
All Rights Reserved.
Legal Notices & Privacy Guidelines

http://global.acer.com/support/win_vista.htm

Page 1 of 4

6/1/2007

**Exhibit E-11**

A **Windows Vista™ Premium Ready PC** includes at least:

- 1 GHz 32-bit (x86) or 64-bit (x64) processor
- 1 GB of system memory
- A graphics processor that runs Windows® Aero™
  Supports Microsoft® DirectX® 9 graphics with a WDDM (Windows Vista™ Display Driver Model) driver, Pixel Shader 2.0 and 32 bits per pixel
- 128 MB of graphics memory
- 40 GB of hard drive capacity with 15 GB free space
- External or internal DVD-ROM drive
- Audio output capability
- Internet access capability

**Check Your Windows® XP-based Acer PC Before Upgrading**

With an upgrade to Windows Vista™, your PC will provide great new features and functionality and should work with the next generation of applications, devices and peripherals.

**Watch for Windows® XP-based Acer PCs carrying the Windows Vista™ Capable logo**

To help you identify Windows Vista™ Capable PCs, Windows®XP-based Acer PCs that meet the minimum system requirements carry the Windows Vista™ Capable logo.

Not all Windows Vista™ features are available for use on all Windows Vista™ Capable PCs. All Windows Vista™ Capable PCs will run the core experiences of Windows Vista™, such as innovations in organizing and finding information; security; and reliability. Some features available in premium editions of Windows Vista™ -- like the new Windows® Aero™ user interface -- require advanced or additional hardware. Check www.windowsvista.com/getready for details.

Windows Vista™ Capable PCs come with Windows® XP installed, and can be upgraded to Windows Vista™. You **must** purchase the Windows Vista™ operating system in order to upgrade. For more information on Windows Vista™ please visit: www.microsoft.com/windowsvista.

To find out which of Acer's latest PCs are Windows Vista™ Capable and/or Windows Vista™ Premium Ready, please click here.

**Windows Vista™ Upgrade and Technical FAQ**

The Windows Vista™ upgrade process depends on the Windows® XP edition and language you currently have on your computer. For details, please click here

**Exhibit E-12**

# Support & Download

To upgrade to Windows Vista™, you may have to change the configuration or some system settings. For detailed upgrade guidelines and FAQ, please click here.

After upgrading to Windows Vista™, you may encounter usage problems for some applications and drivers. For OS-related questions and issues, refer to the Windows Vista™ technical FAQ. Please click here.

## Download Support for Acer BIOS, Drivers and Applications (Windows Vista™)

1. To download the required BIOS, drivers and applications for your Windows Vista™ upgrade, please jump to your local Acer webpage:

   [Select your location ▼]

2. To purchase an Acer upgrade DVD, please contact your regional Acer call center (link to Acer's call center). You may be responsible for material, transportation and handling costs.

## Express Upgrade to Windows Vista™ Program

Acer worked closely with Microsoft® Authorized Fulfillment Centers (AFCs) to offer you the Express Upgrade to Windows Vista™ program from **October 26, 2006 to March 31, 2007**. If you have placed your order but have not yet received the upgrade kit, please contact the relevant Moduslink office directly to inquire about the status of your delivery.

| Region | Europe, Middle East Africa | Americas | Asia Pacific (except China) |
|---|---|---|---|
| Toll-Free Phone | Germany: 00800 666 44 666<br>UK: 00800 666 44 666<br>France: 00800 666 44 666<br>Italy: 00800 666 44 666<br>Netherlands: 00800 666 44 666<br>Spain: 900 973154 | USA and Canada:<br>800 817 5602 | Australia: 1800 603517<br>Korea: 00 798 6517346<br>Japan: 00 531 650399<br>Singapore: 1800 2221111 |
| Phone | +31 880016102 | +1 801 4311504 | +65 62423642 |
| Fax | +31 5554433946 | +1 801 4315616 | +65 62417132 |
| Website | https://upgradeweb.moduslink.com/vista/Acer | | |
| Email Address | MSTUPVISTAEMEA@moduslink.com | MSTUPVISTANA@moduslink.com | MSTUPVISTAASIA@moduslink.com |
| Mailing Address | Technical Upgrade Program Vista<br>P.O. Box 252<br>7300 AG Apeldoorn<br>The Netherlands | Technical Upgrade Program<br>P.O. Box 1918<br>Orem<br>UT 84059-1918 | Express Upgrade to Windows Vista™ Program<br>Blk 750 Chai Chee Road<br>#01-03, Suite 987<br>Techno park @ Chai Chee |

**Exhibit E-13**

Support & Download

Page 4 of 4

### Windows Vista™ Upgrade Solution for China:

Singapore 46900

http://www.acer.com.cn/event/salevista/sale_in_vista.asp

Phone: +86 021 51179898

Microsoft®, Windows®, and Windows Vista™ are either registered trademarks or trademarks of Microsoft Corporation in the United States and/or other countries.

With respect to the upgrade software available during the designated redemption period, Acer Incorporated provides the software "as is," and hereby disclaims all warranties and conditions, express, implied or statutory, including the warranties of merchantability and fitness for a particular purpose. All information contained on this webpage, specifically regarding the designated redemption period and the availability of the upgrade program, is subject to Microsoft®'s respective upgrade policies and periodical updates. Please refer to http://www.windowsvista.com/getready. Acer Incorporated will not assume any legal liability or responsibility for the accuracy, completeness, or usefulness of any information or process disclosed, nor represent that its use will not infringe privately owned rights.

Top ▲

http://global.acer.com/support/win_vista.htm

6/1/2007

**Exhibit E-14**