# EXHIBIT F

# Vista Capable Tent Card

## SIDE A

Face size of 4" x 6"



### Introducing Windows XP-based PCs that are ready for the future.

When you purchase a PC with the Windows Vista™ Capable sticker on it, your PC will deliver core experiences such as innovations in organizing and finding information, security, and reliability. All Windows Vista Capable PCs will run these core experiences at a minimum. For even better experiences that come with the premium editions of Windows Vista, including the Windows® Aero™ user experience, ask for Windows Vista Premium Ready PCs. Premium editions are Windows Vista Home Premium, Windows Vista Business and Windows Vista Ultimate.

### Which Windows Vista edition is right for you?

|  | Home Basic | Home Premium | Business | Ultimate |
|---|---|---|---|---|
| Most secure Windows ever with Windows Defender and Windows Firewall | ✓ | ✓ | ✓ | ✓ |
| Quickly find anything on your PC and on the Internet with Instant Search | ✓ | ✓ | ✓ | ✓ |
| Easily organize, edit and share your digital photos with Windows Photo Gallery | ✓ | ✓ | ✓ | ✓ |
| Elegant Windows Aero user interface with Flip3D navigation |  | ✓ |  | ✓ |
| Best choice for laptops with enhanced Windows Mobility Center and Tablet PC* support |  | ✓ | ✓ | ✓ |
| Make face-to-face meetings more productive with Meeting Space | ✓(view only) | ✓ | ✓ | ✓ |
| Experience photos and entertainment in your living room with Windows Media Center |  | ✓ |  | ✓ |
| Share entertainment in your home with Media Center Extenders* including Xbox 360™ |  | ✓ |  | ✓ |
| Protect against hardware failure with advanced business Backup features |  |  | ✓ | ✓ |
| Easier connectivity with advanced business Networking and Remote Desktop |  |  | ✓ | ✓ |
| Better protect your data against loss or theft with Windows BitLocker™ Drive Encryption* |  |  |  | ✓ |

*These Windows Vista features may require advanced or additional hardware.
For details go to www.windowsvista.com/getready

Part No. 098-105469

## SIDE B



The guide below will help you purchase the computer that's right for you today and in the future. Look for these PC hardware specifications to make sure you can get the Windows Vista edition and features you want.

### PC hardware specifications

**Windows Vista Capable PCs** can deliver the core experiences in Windows Vista and come with at least:
- A modern processor (at least 800MHz)
- 512 MB of system memory
- A graphics processor that is DirectX® 9 Capable

**Windows Vista Premium Ready PCs** deliver even better Windows Vista experiences, can run Windows Vista Home Premium, Windows Vista Business or Windows Vista Ultimate and come with at least:
- 1 GHz 32-bit (x86) or 64-bit (x64) processor
- 1 GB of system memory
- A graphics processor that runs Windows Aero
- 128 MB of graphics memory
- 40 GB of hard drive capacity with 15 GB free space
- DVD-ROM Drive
- Audio output capability
- Internet access capability

 Windows Vista

**Exhibit F-2**

# Vista Capable Brochure

## Inside  8" x 9" folding to 4" x 9"

### Introducing Windows Vista™

**WINDOWS VISTA WILL OFFER NEW AND RICH EXPERIENCES AT HOME AND AT WORK.**

When you purchase a PC with the Windows Vista Capable sticker on it, your PC will deliver core experiences such as innovations in organizing and finding information, security, and reliability. All Windows Vista Capable PCs will run these core experiences at a minimum. For even better experiences that come with the premium editions of Windows Vista, including the Windows® Aero™ user experience, ask for Windows Vista Premium Ready PCs. Premium editions are Windows Vista Home Premium, Windows Vista Business and Windows Vista Ultimate.

#### Which Windows Vista edition is right for you?

| | Home Basic | Home Premium | Business | Ultimate |
|---|---|---|---|---|
| **Most secure Windows ever** with Windows Defender and Windows Firewall | ✓ | ✓ | ✓ | ✓ |
| **Quickly find anything** on your PC and on the Internet with Instant Search | ✓ | ✓ | ✓ | ✓ |
| **Easily organize, edit and share** your digital photos with Windows Photo Gallery | ✓ | ✓ | ✓ | ✓ |
| **Elegant Windows Aero user interface** with Flip3D navigation | | ✓ | ✓ | ✓ |
| **Best choice for laptops** with enhanced Windows Mobility Center and Tablet PC* support | | ✓ | ✓ | ✓ |
| **Make face-to-face meetings more productive** with Meeting Space | | ✓ | ✓ | ✓ |
| **Experience photos and entertainment** in your living room with Windows Media Center* | | ✓ | | ✓ |
| **Share entertainment** in your home with Media Center Extenders* including Xbox 360™ | | ✓ | | ✓ |
| **Protect against hardware failure** with advanced business Backup features | | | ✓ | ✓ |
| **Easier connectivity** with advanced business Networking and Remote Desktop | | | ✓ | ✓ |
| **Better protect your data** against loss or theft with Windows BitLocker™ Drive Encryption* | | | | ✓ |

*These Windows Vista features may require advanced or additional hardware. For details go to www.windowsvista.com/getready

---

The guide below will help you purchase the computer that's right for you today and in the future! Look for these PC hardware specifications to make sure you can run the Windows Vista edition and features you want. Certain functionality such as watching and recording TV requires additional hardware.*

#### PC hardware specifications

○ **Windows Vista Capable PCs** can deliver the core experiences in Windows Vista and come with at least:
- A modern processor (at least 800MHz)
- 512 MB of system memory
- A graphics processor that is DirectX® 9 Capable

○ **Windows Vista Premium Ready PCs** deliver even better Windows Vista experiences, can run Windows Vista Home Premium, Windows Vista Business or Windows Vista Ultimate and come with at least:
- 1 GHz 32-bit (x86) or 64-bit (x64) processor
- 1 GB of system memory
- A graphics processor that runs Windows Aero
- 128 MB of graphics memory
- 40 GB of hard drive capacity with 15 GB free space
- DVD-ROM Drive
- Audio output capability
- Internet access capability

**Windows XP is the best option when purchasing a PC today.**

INSIDE LEFT                                    INSIDE RIGHT

**Exhibit F-3**