# EXHIBIT H

**Exhibit H-1**

Dockets.Justia.com

C. MULLANEY-SUNDLIE CONFIDENTIAL; August 29, 2007

Page 1

1       UNITED STATES DISTRICT COURT

2     WESTERN DISTRICT OF WASHINGTON AT SEATTLE

3    _____

4    DIANNE L. KELLEY and KENNETH   )
     HANSEN,                        )
5                                   )
               Plaintiffs,          )
6                                   )
          vs.                       ) No. C070475 MJP
7                                   )
     MICROSOFT CORPORATION, a       )
8    Washington corporation,        )
                                    )
9              Defendant.           )

10   _____

11   VIDEOTAPED 30(b)(6) DEPOSITION UPON ORAL EXAMINATION OF

12                MICROSOFT CORPORATION

13              CHRISTINE MULLANEY SUNDLIE

14           (CONTAINS CONFIDENTIAL TESTIMONY

15           SUBJECT TO PROTECTIVE ORDER)

16   _____

17                     1:52 P.M.

18                  AUGUST 29, 2007

19           1001 FOURTH AVENUE, SUITE 4000

20                 SEATTLE, WASHINGTON

21

22

23

24   REPORTED BY: JULIE R. HEAD, CRR, RPR, CCR No. 3119

25

**Exhibit H-2**

C. MULLANEY-SUNDLIE CONFIDENTIAL; August 29, 2007

Page 10

1  Q. Sure.
2     Do you know who's responsible for ensuring
3  compliance with that type of consent decree?
4  A. Not directly, no.
5  Q. When you were a senior program manager for a
6  year -- approximately a year ago, what program were you
7  involved with?
8  A. I was responsible for shipping the regulatory
9  products that were required via the Korean Fair Trade
10 Commission Order.
11 Q. And, prior to that time, what was your job?
12 A. I was a group program manager.
13 Q. And what were your responsibilities as a group
14 program manager?
15 A. I was responsible for managing the OEM desktop
16 operating system license agreements anc -- ancillary
17 programs in the OEM division.
18 Q. Did you have any direct responsibility for the
19 Windows Vista Capable logo program?
20 A. I was involved in the implementation of the
21 logo program.
22 Q. Starting when?
23 A. The Vista Capable program would be when we --
24 prior to first -- us first announcing it to the OEMs and
25 working with them, which would have been somewhere in

Page 11

1  2005.
2  Q. Have you ever given sworn testimony on behalf
3  of Microsoft before?
4  A. No.
5  Q. Have you ever given sworn testimony before?
6  A. No.
7  Q. Have you ever been a 30(b)(6) designee before?
8  A. No.
9  Q. It's my understanding that you have been
10 designated to testify to the subjects listed in Exhibit
11 No. 1, Exhibit A, numbers one through four, six and
12 seven; is that correct?
13 A. No.
14 Q. What categories are you going to testify on
15 with regard to Exhibit No. 1?
16 A. Items number one through six.
17 Q. Okay. Would you take this pen and write your
18 name in on the right-hand margin next to items number
19 one through six, so that we can understand that that's
20 what you're doing?
21    MR. CASPER: Mr. Smart, while she's doing
22 that, I would just clarify for the record that today's
23 earlier designee already testified about number five
24 with respect to retailers, and, so, Microsoft has not
25 designated Ms. Mullaney Sundlie to designate -- to talk

Page 12

1  about retailers with respect to number five.
2     MR. SMART: I understand that. Thank you.
3  Q. (BY MR. SMART:) Thank you.
4     Ms. Mullaney Sundy -- Sundlie, could you give
5  me a thumbnail sketch of your educational background,
6  please?
7  A. Well, I graduated high school. I was a member
8  of the honor society -- National Honor Society. I have
9  attended probably up to my junior year in college at
10 both Rutgers University and New York University.
11 Q. Any other formal education past high school
12 other than as identified?
13 A. No.
14 Q. Okay. Thank you.
15    The first category that you've been called to
16 testify on is the number of persons in the United States
17 who purchased a computer to which a Windows Vista
18 Capable sticker was affixed, but not also bearing the
19 Premium Ready designation, correct?
20 A. Correct.
21 Q. How many of those people were there?
22 A. I don't know.
23 Q. Who would know that?
24 A. Microsoft would not know it because we don't
25 have records as to purchase -- computers purchased with

Page 13

1  the Windows Vista Capable sticker.
2  Q. What -- What kind of records do you keep by
3  which you can keep track of the dollars that are
4  associated with the sales of Windows Vista Capable
5  computers?
6  A. In terms of computers? We don't keep track of
7  computers. We don't sell computers.
8  Q. What do you keep track of in order to
9  determine how much money you are entitled to from the
10 OEMs or the retailers who sell computers that have
11 Windows Vista Capable stickers attached?
12 A. The number of licenses that are sold and the
13 associating revenue per license.
14 Q. Okay. And how do you keep track of that?
15 A. There are various ways to keep track of that.
16 Q. Tell me all of the ways that exist, if you
17 would, please.
18    MR. CASPER: I'm going to object to this as
19 beyond the scope of the 30(b)(6) deposition notice.
20    MR. SMART: Well, I don't agree with that.
21 Q. (BY MR. SMART:) You can go ahead, please.
22 A. Okay. So, the way -- the various ways that we
23 keep track of licenses. There are various channels that
24 Microsoft does business with, and I --
25 Q. When you use the term channel -- and I -- I

4 (Pages 10 to 13)

Yamaguchi Obien Mangio, LLC * www.yomreporting.com
520 Pike Street, Suite 1320, Seattle, Washington 98101 * (206) 622-6875 * 1 (800) 831-6973

**Exhibit H-3**

C. MULLANEY-SUNDLIE CONFIDENTIAL; August 29, 2007

Page 14

1  did not mean to interrupt you, but I just -- if you're
2  going to use a term like that, I want to know what it
3  means before you get too far down the road.
4      A.  Distribution channels.
5      Q.  Okay.
6      A.  Ways people -- things are sold.
7      Q.  Okay.
8      A.  It's common in any sales environment.
9          We have a retail channel, we have a direct OEM
10 channel, we have a system builder channel, we have a
11 volume licensing channel, and then we also have various
12 channels that are very focused on specific vertical
13 markets, such as Microsoft Developer Network, which
14 would be focused on developers and very technical.
15 Those are our channels.
16         Depending on the channel, the way -- the means
17 of distribution are different.
18         In the retail channel, we sell what we call
19 full package product and that would be the type of
20 product you'd see with a Microsoft logo on it that's
21 sitting in software stores such as Best Buy or Software
22 Etc, stores like that across the globe.
23         In the direct OEM channel, OEMs are
24 responsible for pre-installing our software on their
25 specific customer systems, and that's how the software's

Page 15

1  distributed.
2          In the volume licensing channel, we have
3  customers who purchase -- customers of varying size that
4  purchase licenses and the method -- means of
5  distribution, there, is the customer signs a license
6  agreement and then deploys the product and, as it
7  deploys the product, reports to Microsoft the number of
8  licenses for each product that it's deployed.
9          And then, in the system builder channel,
10 the -- it's similar to retail, in that the system
11 builders are very small -- typically very small OEMs.
12 They build their own machines -- the machines are
13 often -- can be branded or non-branded, and the product
14 is sold in a cardboard box with a break-the-seal license
15 on it, and the customers -- the system builders purchase
16 those licenses from distributors and the distributors
17 ship the licenses to them, and then the customer
18 would -- the system builder would build the machine,
19 pre-install the software, attach -- affix the code to it
20 and then provide the customer with the system that
21 they've manufactured.
22     Q.  So, what records does Microsoft then keep with
23 regard to, for instance, the sales of Windows Vista
24 Basic?
25     A.  Well, Windows Vista Home Basic is tracked like

Page 16

1  any other product.  It has what we call SKUs, which are
2  stock keeping units, which is a common manufacturing
3  term.  The stock keeping units -- depending on the
4  channel -- all have individual part numbers for the
5  product and Home Basic would have its own stock keeping
6  unit for -- for each channel, and then those things
7  would be ordered -- each unit would be ordered and then
8  we would track how many units were ordered, how many
9  were returned.
10     Q.  Does Microsoft have ways of verifying the
11 implementation or the activation of each of the licenses
12 associated with each of the sales?
13         MR. CASPER:  I'm going to object as beyond the
14 scope of the 30(b)(6) designation, and, also object on
15 grounds of lack of foundation.
16     A.  Let's see.  So, can you repeat the question,
17 please?
18     Q.  (BY MR. SMART:)  Sure.
19         Does Microsoft have ways of verifying the
20 number of sales by information given to it through the
21 activation process when somebody installs, for instance,
22 Vista Home Basic and activates the license?
23         MR. CASPER:  Same objection.
24     A.  All right.  So, from an act -- Activation is
25 not the same as a sale of a license.  An activation --

Page 17

1  We don't activate every product.  Activation is a means
2  of having the customer insert a product key -- or record
3  a product key in the product, either prior to or after
4  installation of the product on their system, and
5  activation is a means of us ensuring that the product
6  key that they're inserting is not a pirated product
7  key -- in other words, they're not stealing the software
8  from us.
9      Q.  (BY MR. SMART:)  So, is the primary means of
10 identifying how many copies of Windows Vista Home Basic
11 have been sold through the reporting from the customer?
12     A.  Which customer?
13     Q.  Any of the customers you identified through
14 the various channels you described a few minutes ago.
15     A.  Reporting is different based on the channel.
16     Q.  Okay.
17     A.  And reporting by the customer is different
18 based on the channel.
19     Q.  Okay.  Tell me how the data is consolidated so
20 as to get a report as to how many copies of Windows
21 Vista Home Basic have been sold.
22     A.  Well, in -- We have databases that contain
23 sales data.  If you're purchasing -- If you're an OE --
24 a direct OEM and you've purchased a license, the
25 reporting, in terms of the number of licenses of a given

5 (Pages 14 to 17)

**Exhibit H-4**

C. MULLANEY-SUNDLIE CONFIDENTIAL; August 29, 2007

**Page 18**

1  product that you've acquired to pre-install, comes
2  through an authorized replicator and I'm sure it's an
3  automated system because, otherwise, we wouldn't be able
4  to do the volume of sales that we do.
5     Q.  Let me stop you there for a second. An
6  authorized replicator is a machine that prints copies of
7  the software?
8     A.  No, it's not a machine that prints copies of
9  the software.
10    Q.  What is it?
11    A.  An authorized replicator is a partner who is
12 permitted to perform various services on behalf of an
13 OEM or on behalf of Microsoft -- depending on -- on the
14 channel.
15    Q.  And, so, do the authorized replicators then
16 report to you how many copies have been made and sold --
17 for instance, to an OEM?
18    A.  They don't report how many copies have been
19 made and sold. They report how many Certificate of
20 Authenticities have been shipped to a particular OEM for
21 a given product.
22    Q.  Okay. It's the Certificate of Authenticity
23 that triggers a sale?
24    A.  In the direct OEM channel, yes.
25    Q.  Okay. And it's different for the other

**Page 19**

1  channels; is that right?
2     A.  Yes.
3     Q.  Okay. So, just taking direct OEMs, somebody
4  counts the number of Certificates of Authenticity; is
5  that right?
6     A.  The authorized replicator reports to us how
7  many are shipped. I'm not sure what you mean by
8  somebody counts.
9     Q.  Somebody has to count them before they can
10 report to you the number that are shipped, don't they?
11    A.  I don't think so. I think that they print the
12 number that are ordered and then ship the number that
13 are ordered. I'm sure someone confirms that they're
14 shipping what they printed.
15    Q.  Okay. And then, at Microsoft, the records are
16 then collected and consolidated so as you get some sort
17 of a summary, right?
18    A.  Yes.
19    Q.  Okay. What's that called?
20    A.  It would be a sales report.
21    Q.  Okay. And the sales reports, are they kept
22 separately by channel?
23    A.  It depends on what you mean by separately.
24    Q.  Well, are the sales reports kept in each
25 channel of sales for, for instance, Windows Vista Home

**Page 20**

1  Basic?
2     A.  We have a means of identifying which channel
3  the license -- sold the license, if that's what you're
4  asking.
5     Q.  That's what I'm asking. And what is the means
6  of identification?
7     A.  Again, it's the stock keeping unit.
8     Q.  Okay. So, after these copies of Windows Vista
9  Home Basic have been sold, how are the numbers tabulated
10 in a fashion that's a consolidated fashion so that
11 Microsoft knows how much money it's making and how many
12 copies of the software has been sold in a particular
13 time period?
14    A.  Again, this information is collected in a
15 database.
16    Q.  And is that a sales report database?
17    A.  It's the database -- There are various
18 databases. The one that I am aware of is called MS
19 Sales.
20    Q.  Okay. And MS Sales means Microsoft Sales; is
21 that right?
22    A.  Yes.
23    Q.  Okay. So, if Microsoft wanted to produce a
24 document that showed how many copies of Windows Vista
25 Home Basic had been sold in a particular time frame, it

**Page 21**

1  could call up a report from the database called MS
2  Sales; is that right?
3     A.  That's correct, but that's not the number --
4  That's not a number that would equivocate to the number
5  of computers to which a Vista Capable sticker was
6  affixed.
7     Q.  Okay. If Microsoft wanted to find out the
8  number of dollars that it had achieved through the sales
9  of Windows Vista Home Basic, would it call up a report
10 from the same database?
11    A.  Yes.
12    Q.  Okay. If Microsoft wanted to determine how
13 much a particular OEM was entitled to by way of of a
14 discount as a result of selling Windows Vista Home Basic
15 software through the Windows Vista logo program or any
16 other co-marketing program, would it consult with the
17 same database?
18    A.  Yes.
19    Q.  Okay. And how --
20    A.  But --
21    Q.  How are those --
22       MR. CASPER:  Please let her finish her answer
23 to the question.
24    A.  But -- But, to clarify, we don't -- The
25 product is sold at a price. It's not sold -- We don't

6 (Pages 18 to 21)

Yamaguchi Obien Mangio, LLC * www.yomreporting.com
520 Pike Street, Suite 1320, Seattle, Washington 98101 * (206) 622-6875 * 1 (800) 831-6973

**Exhibit H-5**

C. MULLANEY-SUNDLIE CONFIDENTIAL; August 29, 2007

Page 38

1 generated by Microsoft with respect to
2 other channels of sales outside the OEM
3 channels that identify compliance with
4 various milestones for retailers or
5 other sellers of Microsoft products in
6 conjunction with the Windows Vista
7 Capable program?")
8     A.   The Windows Vista Capable program is a program
9 targeted to our OEM channel, not to retailers, not to
10 volume license customers or any other kind of channel.
11    Q.   (BY MR. SMART:)  Okay.  So, I take it, then,
12 that there are no other similar reports for the other
13 channels?
14         MR. CASPER:  Object to the form of the
15 question as vague and ambiguous.
16    A.   I don't know what you mean by similar reports.
17    Q.   (BY MR. SMART:)  Okay.
18    A.   If I'm saying that the channels don't have
19 anything to do with the program, I'm not sure what
20 reports you'd be referring to.
21    Q.   In order to get the number of particular kinds
22 of Windows Vista Capable licenses that have been sold
23 through an OEM channel, we would look at the reports
24 from the OEMs to Microsoft, right?
25         MR. CASPER:  I'm going to object to the form

Page 39

1 of the question as vague and ambiguous and misstating
2 the witness's testimony.
3         THE WITNESS:  There's no such thing as a
4 Windows Vista Capable license.
5    Q.   (BY MR. SMART:)  Okay.  For the purpose of
6 determining the number of licenses that were sold to
7 OEMs during the time period that the Windows Vista
8 Capable program was in existence, what are the reports
9 that you would look to to determine how many such
10 licenses were sold through OEMs?
11    A.   The Microsoft sales reports that I've referred
12 to previously.
13    Q.   Okay.  Now, for sales of licenses during that
14 same time period through other channels, what reports
15 would you look to?
16    A.   The Microsoft sales reports to which I
17 referred to earlier.
18    Q.   Okay.  So, have you fully now -- have you now
19 fully described all of the reports that exist for the
20 purpose of determining how many licenses were sold
21 during the Windows Vista Capable program period?
22         MR. CASPER:  Object to the question as being
23 beyond the scope of the 30(b)(6) designation, lack of
24 foundation.
25    A.   And the answer is yes.

Page 40

1    Q.   (BY MR. SMART:)  Okay.  So, it's just the
2 database through MS Sales?
3    A.   Yes.
4    Q.   And just the sales reports?
5    A.   Yes.
6    Q.   Okay.  Now, what other types of incentives
7 does Microsoft give to its sellers other than those
8 which are identified in -- sorry.  Let me ask it this
9 way:  What other types of incentives does Microsoft give
10 to the sellers of its window Vistas capable licenses
11 other than those that are identified in the marketing
12 agreement that we just discussed?
13         MR. CASPER:  Object to the form of the
14 question:  It assumes facts not in evidence; it
15 mischaracterizes the witness's testimony.
16    Q.   (BY MR. SMART:)  You can go ahead and answer
17 the question, ma'am.
18    A.   Again, there's no such thing as a Windows
19 Vista Capable license.
20    Q.   Okay.  I'll ask it again this way:  What other
21 incentives does Microsoft give to license -- to sellers
22 of licenses that were sold during the Windows Vista
23 Capable period, other than those in the marketing
24 agreement that we just described?
25         MR. CASPER:  Object to the form of the

Page 41

1 question as vague and ambiguous, particularly with
2 respect to the term sellers.
3    Q.   (BY MR. SMART:)  What I'm looking for is
4 incentives given to those other than OEMs.
5    A.   I don't know.  I'm not privy to that
6 information.
7    Q.   Would it be fair to say, then, that you do not
8 know what audits and reports exist from which other
9 sellers from other channels other than OEMs could be
10 determined?
11        MR. CASPER:  Object to the form of the
12 question as vague and ambiguous.
13    A.   I've already indicated to you the various
14 channels -- primary channels that Microsoft sells its
15 products through.  I've already indicated to you that we
16 keep the sales information regarding our licenses of the
17 various products for each channel in that same database.
18 I don't know how better to answer your question.  I'm
19 not sure what your reference to audits and something
20 else is.
21    Q.   (BY MR. SMART:)  In the database, do you keep
22 track of documents that identify which licenses were
23 sold during the time period in which the Windows Vista
24 Capable program was running?
25    A.   If you're asking whether our license sales

11 (Pages 38 to 41)

**Exhibit H-6**

C. MULLANEY-SUNDLIE CONFIDENTIAL; August 29, 2007

Page 42

1  records contain data that can tell us from X date to Y
2  date we sold X number -- Y -- Z number of licenses of a
3  given product, the answer is yes.
4      Q.  Okay.  And tell me how -- tell me how it does
5  that.
6      A.  Like any financial system would do it.
7          There's a -- Customer places an order on a
8  given date, we record the order on that date -- or our
9  distributors report the order on that date, the
10 distributors report to us the orders for a given time
11 period, and that set of orders is recorded for that time
12 period.
13     Q.  And is there a way to coordinate that
14 information with those sellers who are participating in
15 the Windows Vista Capable logo program?
16         MR. CASPER:  Object to the form of the
17 question as vague and ambiguous.
18     A.  So, to clarify, yes, we could tell you that a
19 given number of licenses for a given product were sold
20 during a given period of time and we could tell you
21 which OEM purchased what number of products.  That
22 doesn't mean, however, that we, Microsoft, can correlate
23 that license information -- purchase information -- with
24 the exact number of systems of a given make and model
25 that qualify for the Vista Capable program according to

Page 43

1  the OEM's documentation to us.
2      Q.  (BY MR. SMART:)  But you could get a ballpark,
3  right?
4      A.  No.
5      Q.  The OEMs who participated in the Windows Vista
6  Capable license -- excuse me -- the Windows Vista
7  Capable logo program were required to affix the Windows
8  Vista Capable logo to their computers, right?
9      A.  Correct.
10     Q.  So, if one copy of Windows Vista Basic went
11 from one computer to an OEM participating in that
12 program, then you would have the ability to at least say
13 that one such copy was sold with each of those Windows
14 Vista Capable computers, right?
15     A.  No.
16     Q.  Why not?
17     A.  Because the way the OEMs manufacture -- And
18 our returns data would show this.  The way the OEMs
19 manufacture the computers, they have a process -- and
20 each OEM could have an individual process, so I'm
21 speaking in very general terms, here.  They have a
22 process by which they take an order from a customer --
23 and their customers can be many -- it can be an
24 individual consumer buying online; it can be a retailer
25 who's buying a large number of systems for them; it

Page 44

1  could be, you know, a large corporation placing an
2  order -- there's any number of cust -- types of
3  customers.  They take an order from a customer.  They
4  determine, based on that order, whether they need to
5  customize a given model that the customer's ordering or
6  whether they can ship it just the way it is.
7          When the PC gets to the manufacturing floor,
8  each PC is individually installed with the desired
9  operating system -- it could be a non-Microsoft
10 operating system; it could be a Microsoft operating
11 system; it could be any version of a Microsoft operating
12 system.
13         At the point where the customer has defined
14 what operating system they want, the operating system
15 gets installed by the manufacturer.  When it goes down
16 the line, other things can happen -- one thing would be
17 the person on the manufacturing line would have to
18 figure out what operating system is installed.  The --
19 That -- The reason they would figure that out is because
20 they have to figure out which Certificate of
21 Authenticity to apply to the PC.
22         Once they apply the Certificate of
23 Authenticity, they may have other things that they do to
24 the PC -- requirements by Microsoft from a logo program
25 perspective or requirements by other vendors in terms of

Page 45

1  license agreements they have with them or marketing
2  agreements they have with them.  There's any number of
3  components that they have to deal with.
4          The -- It's entirely possible and likely,
5  depending on the type of order that they're receiving
6  and their way of processing that order, that the logo
7  does not get applied until the very end of the process,
8  once they know exactly what operating system was
9  installed on the system and they've verified that via
10 the Certificate of Authenticity that's applied on the
11 system.
12         So, it's not this magic process that happens
13 where they know exactly what number of systems shipped
14 with a logo, potentially.  Now, again, you'd have to
15 verify that with each and every OEM as to their process.
16     Q.  Microsoft receives reports from the OEMs
17 concerning how many Windows Vista Capable computers it
18 sells, right?
19     A.  No.
20     Q.  Microsoft audits the number of Windows
21 Vista-capable computers sold by OEMs, does it not?
22     A.  No.
23     Q.  Have you searched for -- Have you asked any
24 other department at Microsoft whether it audits such
25 sales?

12 (Pages 42 to 45)

Yamaguchi Obien Mangio, LLC * www.yomreporting.com
520 Pike Street, Suite 1320, Seattle, Washington 98101 * (206) 622-6875 * 1 (800) 831-6973

**Exhibit H-7**

C. MULLANEY-SUNDLIE CONFIDENTIAL; August 29, 2007

Page 46

1  A. I know that they don't.
2  Q. And you know that they don't for what reason,
3  ma'am?
4  A. Because I worked in the OEM division and I'm
5  familiar with the OEMs' processes and our methodology
6  for doing business in the very -- various programs.
7  Q. Does the MS sales database tell you how many
8  computers were sold with Express Upgrades to Windows
9  Vista Basic?
10 A. No.
11 Q. How would you learn that number?
12 A. You'd have to ask the individual OEMs.
13 Q. What records does Microsoft keep with regard
14 to Express Upgrades to Windows Vista Basic?
15 A. We would keep records of the number of
16 licenses for the Express Upgrade products that were
17 ordered by the OEMs.
18 Q. And where are those documents kept and what
19 are they called?
20 A. Again, this would be in the Microsoft sales
21 database.
22 Q. Okay. So, same database?
23 A. Yeah.
24 Q. And if you wanted to get a report, you'd just
25 call it up as a report by what name?

Page 47

1  A. It would be a Microsoft sales report.
2  Q. Okay. Tell me what it's called to determine
3  what numbers of Express Upgrade licenses were sold
4  during a particular time period? How would you describe
5  it?
6  A. It would be a Microsoft sales report.
7  Q. Okay. By what name?
8  A. A Microsoft sales report.
9  Q. Well, a Microsoft sales report doesn't refer
10 to a specific OEM or a specific time period, correct?
11 A. Correct.
12 Q. So, how would you tailor the report?
13 A. I would have to query the database for cust --
14 the customer name and the specific stock keeping unit
15 for the Mic -- the Express Upgrade program product, and
16 then the specific time frame that we're looking at.
17 Q. Okay. And what is the SKU number for the
18 Express Upgrade?
19 A. I have no idea.
20 Q. Okay. Who at Microsoft would know that?
21 A. The information would be in the database and
22 our sales operations group would have record of all of
23 the stock keeping units that we have for the Express
24 Upgrade program.
25 Q. Okay. And then are there also compilation

Page 48

1  documents that say, overall, how many such licenses or
2  Express Upgrades were sold during particular time
3  periods?
4  A. We would -- We can -- We could generate such a
5  report, but I'm not aware of any documents that are --
6  that have been created specifically for that purpose on
7  a regular basis.
8  Q. But it's easy to do just by querying the
9  database correctly?
10 A. Yes.
11 Q. Okay.
12    Let's take a short break, if we could, please.
13    THE VIDEOGRAPHER: We are now going off the
14 record in the continuing deposition of Christine
15 Mullaney Sundlie. The time is now 2:50 p.m.
16    (Recess taken.)
17    THE VIDEOGRAPHER: We are now back on the
18 record in the continuing deposition of Christine
19 Mullaney Sundlie. The time is now 3:01 p.m.
20 Q. (BY MR. SMART:) Ms. Mullaney Sundlie, did any
21 of the OEMs ever report to Microsoft, for any purpose,
22 the number of licenses sold by them during the Windows
23 Vista Capable program?
24 A. No.
25 Q. How do you know that?

Page 49

1  A. Because of the OEMs don't directly report to
2  us.
3  Q. Is it your testimony that nobody at Microsoft
4  has any information concerning the number of licenses
5  sold by any OEM during the Windows Vista Capable
6  program?
7     MR. CASPER: Objection: Mischaracterizes the
8  witness's testimony.
9  A. Restate the question.
10 Q. (BY MR. SMART:) Is it your testimony, ma'am,
11 that no one at Microsoft has any information concerning
12 the number of licenses sold by any OEM during the
13 Windows Vista Capable program?
14    MR. CASPER: Same objection.
15 A. We can -- We can tell what licenses OEMs
16 purchased from Microsoft during the time period. We
17 can't confirm for you how many licenses shipped,
18 pre-installed, on computers by the OEM during that same
19 time period.
20 Q. (BY MR. SMART:) Okay. Does anybody at
21 Microsoft have any information concerning how many
22 licenses -- XP licenses -- were in channel prior to the
23 time the Windows Vista Capable program was started?
24 A. Which channel?
25 Q. In channel for sale during the -- or through

13 (Pages 46 to 49)

Yamaguchi Obien Mangio, LLC * www.yomreporting.com
520 Pike Street, Suite 1320, Seattle, Washington 98101 * (206) 622-6875 * 1 (800) 831-6973

**Exhibit H-8**

C. MULLANEY-SUNDLIE CONFIDENTIAL; August 29, 2007

Page 110

1  this case?
2      A.  Yes.
3      Q.  In your request -- Answer -- strike that.
4          In your work that you performed relating to
5  answering the requests for production of documents, did
6  you look for any e-mails or meeting minutes, senior
7  executive notes or minutes, presentations, OEM documents
8  in the possession of Microsoft, comments or feedback
9  from OEMs regarding the Windows Vista Capable program,
10 or any of the other documents that you have said in this
11 deposition that you have not looked for?
12     A.  I did not specifically look for each and every
13 document or each and every e-mail that would have been
14 in my possession.
15     Q.  Did anybody --
16         MR. CASPER:  Wait.  Please let her finish.
17     Q.  (BY MR. SMART:)  I'm sorry, I didn't mean to
18 interrupt.
19     A.  I am aware of the documents that we've
20 discussed today because they were part of discussions
21 with my attorneys.
22     Q.  Meaning you located some e-mails, but they
23 weren't produced to us in this case; is that right?
24         MR. CASPER:  Objection:  That mischaracterizes
25 the witness's testimony.

Page 111

1      A.  So, did I locate some e-mails?  Yes.  Did I
2  locate e-mails specifically related to what you detailed
3  before in that long list?  Not specifically, no.
4      Q.  (BY MR. SMART:)  Okay.  Do you know why no
5  e-mails have been produced to us in this litigation?
6      A.  I have no idea.
7      Q.  Do you know why no board meeting minutes have
8  been produced to us in this litigation?
9      A.  I have no idea.
10     Q.  Do you know why no minutes, memoranda, or
11 other notes of senior executives have been delivered to
12 us in this litigation?
13     A.  I do not know.
14     Q.  Do you know why no presentations have been
15 delivered to us in this litigation?
16     A.  No.
17     Q.  Do you know why no OEM documents in the
18 possession of Microsoft have been delivered to us in
19 this litigation?
20     A.  It's -- Meaning documents created by the OEMs?
21     Q.  Yes.
22     A.  No.
23     Q.  Do you know why no comments or feedback from
24 the OEMs regarding the Windows Vista Capable program
25 have been given to us in this litigation?

Page 112

1      A.  No.
2      Q.  Do you know why no documents from the
3  Microsoft database that you've discussed during your
4  deposition have been given to us in this litigation?
5      A.  Again, there's not documents in the database,
6  but in terms of creating reports, no, I don't know.
7      Q.  Do you know why no reports that have come from
8  that database which are in Microsoft's position have
9  been given to us in this litigation?
10     A.  No.
11         MR. SMART:  Well, I will note for the record
12 that we have made an extensive request for production to
13 Microsoft and we haven't received any of these
14 documents.  I'm noting that for the record because we
15 have a variety of deadlines and motions that are going
16 to be coming up in the near future; that we think that
17 these documents are long overdue to be produced.  We
18 don't know why they haven't been produced.  And I'm
19 telling you, Mr. Casper, that I expect that they will be
20 produced in short order.  And I will have further
21 questions of this witness when I have those documents.
22         MR. CASPER:  This is not the time or the place
23 for a discussion about the production of documents.
24 Mr. Rummage and I will be happy to talk to you in a
25 meet-and-confer process if you have questions about

Page 113

1  document production.  We're always available to do
2  that -- we'll be happy to -- but statements on the
3  record of this deposition have -- have no effect and
4  aren't something that -- that we can properly act on.
5          MR. SMART:  Well, of course, we've already had
6  a meet and confer and haven't got any other documents
7  other than the ones that are in Exhibit No. 3.  As I'm
8  sure you well know.
9          So, with that, I think I'm done for the day.
10         MR. CASPER:  Let's take a break, if we might.
11         MR. SMART:  Sure.  You bet.
12         THE VIDEOGRAPHER:  We are now going off the
13 record in the continuing deposition of Christine
14 Mullaney Sundlie.  The time is now 4:51 p.m.
15         (Recess taken.)
16         THE VIDEOGRAPHER:  We are now back on the
17 record in the continuing deposition of Christine
18 Mullaney Sundlie.  The time is now 5:02 p.m.
19              EXAMINATION
20 BY MR. CASPER:
21     Q.  Ms. Mullaney Sundlie, you were asked some
22 questions earlier today about the Express Upgrade
23 process.  Do you recall those questions?
24     A.  Yes.
25     Q.  And what is an Express Upgrade?

29 (Pages 110 to 113)

Yamaguchi Obien Mangio, LLC * www.yomreporting.com
520 Pike Street, Suite 1320, Seattle, Washington 98101 * (206) 622-6875 * 1 (800) 831-6973

**Exhibit H-9**

Page 114

1  A. An Express Upgrade is an upgrade which was
2  provided by the OEMs to their customers for PCs that
3  were purchased by those customers that qualified for the
4  Windows Vista Capable logo.
5  Q. So, a customer of an OEM could get an Express
6  Upgrade to Windows Vista once it came out?
7  A. Yes.
8  Q. Could -- Can you tell me what the mechanics
9  were, basically, of fulfilling the customer's request
10 for those upgrades, the ones who wanted to have them?
11 A. Okay.
12     For the direct OEMs, the OEM could contract
13 with any authorized replicator -- which would be a
14 fulfillment vendor -- and the authorized replicator
15 would manage the program on their behalf and fulfill --
16 take the customer's information in and then fulfill the
17 media and the Certificate of Authenticity for Windows
18 Vista back to the customer based on specific information
19 that they were required to obtain from the customer
20 regarding the purchase.
21     In the case of --
22 Q. Before you go to another case, let me ask you
23 a question about that. So, in the case of -- of OEMs --
24 that is, the direct OEMs you just described -- would the
25 number of Express Upgrade fulfillments be available from

Page 115

1  those authorized replicators to Microsoft?
2  A. The number would be available upon request.
3  Q. Okay. And would the names and addresses of
4  the people who got those upgrades be available to
5  Microsoft?
6  A. Not at all.
7  Q. Okay. Was -- Was there another mechanism for
8  fulfilling Express Upgrade requests?
9  A. Yes. For our smaller OEMs, which we call
10 system builders, Microsoft contracted with an authorized
11 replicator to manage fulfillment of the Express Upgrade
12 program on our behalf, which is basically on their
13 behalf, because the license was still -- the support and
14 other relationships with the system builder were still
15 between the end user customer and the system builder,
16 and, in those cases, the authorized replicator would be
17 fulfilling on behalf of Microsoft for the system builder
18 and asked for similar information or the same
19 information that the OEMs would be required to ask for
20 of the consumer about their purchase.
21 Q. In the case of customers of system builders
22 who obtained Express Upgrades, what information would be
23 available to Microsoft from the fulfillment contractor?
24 A. We would know -- We would be able to request
25 the number of upgrades that were fulfilled and, also,

Page 116

1  the customer's personally identifiable information --
2  their shipping information, basically.
3  Q. You're referring to their name and address?
4  A. Yes.
5  Q. Would Microsoft also be able to obtain,
6  through both of these channels, the version of -- or
7  edition of Windows Vista that was fulfilled?
8  A. Yes. That would be part of the license
9  purchase that they would have had to make in order to
10 perform the fulfillment activity.
11 Q. Okay. You testified earlier, when you were
12 being questioned about sales through the system builder
13 channel, I believe -- if I'm remembering correctly --
14 that licenses sold by system builders could be known in
15 their aggregate number by Microsoft from MS Sales. Is
16 that what you meant to say?
17 A. What I meant to say, in all of our
18 transactions, whether it's to the direct OEMs or the
19 system builders in the OEM channel, it's always the
20 number of licenses that the OEM or the system builder
21 acquires from Microsoft that we have information on. We
22 never have information -- Except in the case I just
23 talked about for the Express Upgrade program where we
24 managed, on behalf of the system builders, the program,
25 we never have information that specifically tells us how

Page 117

1  many consumers actually acquired a given product or a
2  given PC.
3  Q. Okay. You testified earlier about the
4  communications that Microsoft has with the OEMs
5  regarding the Windows Vista Capable program, and you
6  mentioned that there were word processing documents.
7  Have -- Have you attempted to determine how many word
8  processing documents are -- are in Microsoft's
9  possession regarding the Windows Vista Capable program,
10 in so far as it relates to communications with OEMs?
11 A. Not the specific number, no.
12 Q. And do you know if all the documents that are
13 available in Microsoft's records are included in Exhibit
14 3 which is before you?
15 A. No, I don't.
16 Q. You also mentioned a presentation that I
17 believe you said was -- was also relating to the Windows
18 Vista Capable program and the communications with OEMs.
19 What -- What did you mean when you -- you spoke of one
20 presentation?
21 A. Okay. When we're managing a program, in order
22 to make sure that we are communicating clearly to OEMs,
23 we often -- most of the time I would say -- start with a
24 single presentation and modify it over time, and then
25 what we're able to do is actually communicate to them

30 (Pages 114 to 117)

Yamaguchi Obien Mangio, LLC * www.yomreporting.com
520 Pike Street, Suite 1320, Seattle, Washington 98101 * (206) 622-6875 * 1 (800) 831-6973

**Exhibit H-10**