The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DIANNE KELLEY and KENNETH HANSEN, <br><br> Plaintiffs, <br><br> v. <br><br> MICROSOFT CORPORATION, a Washington corporation, <br><br> Defendant. | No. C07-475 MJP <br><br> DECLARATION OF STEPHEN M. RUMMAGE IN SUPPORT OF MOTION FOR ENTRY OF PROTECTIVE ORDER <br><br> **Note on Motion Calendar**: <br><br> September 25, 2007 |

Stephen M. Rummage declares as follows:

1. *Identity of Declarant.* I am a partner in the law firm of Davis Wright Tremaine LLP. I am one of counsel of record for defendant Microsoft Corporation in this matter. I make this Declaration based on my personal knowledge.

2. *Plaintiffs' Agreement with Respect to Production.* Early in this case, Plaintiffs pressed for the production of confidential documents in advance of the Court's entry of a Protective Order establishing a framework for dealing with confidential documents and testimony. To facilitate prompt discovery, we made an agreement with Plaintiffs to produce documents before getting a Protective Order in place, based on their written agreement that "any documents marked 'CONFIDENTIAL' … will not be filed with the Court for any purpose until the Court has entered a Protective Order setting forth procedures for handling

DECLARATION OF STEPHEN M. RUMMAGE IN SUPPORT
OF MOTION FOR ENTRY OF PROTECTIVE ORDER
 (C07-0475 MJP) — 1

SEA 2082993v1 0025936-000689

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

documents designated as 'CONFIDENTIAL.'"  A copy of that agreement is attached hereto as Exhibit A.

3. ***Submission of Stipulated Protective Order.***  On August 30, 2007, the parties filed with the Court their Stipulated Protective Order, setting forth their agreement as to how they (and the Court) should handle material designated as "CONFIDENTIAL."

4. ***Rule 30(B)(6) Deposition.***  On August 29, 2007, the day before the Stipulated Protective Order was filed (but at a time when the parties were in substantial agreement as to its terms), Plaintiffs conducted a Rule 30(b)(6) deposition of three Microsoft designees. Microsoft indicated that all transcripts should be treated as "CONFIDENTIAL" until Microsoft could make its designations of confidential material pursuant to the parties' agreement.  Under the Stipulated Protective Order, Microsoft had 14 days from the receipt of the deposition transcripts to make its designations.  Accordingly, based on the date when the transcripts arrived, Microsoft had until September 18, 2007, to designate which portions of the transcripts should be deemed confidential.

5. ***Declaration on Motion to Compel.***  On Monday, September 10, I filed a Declaration in Opposition to Plaintiffs' Motion to Compel Discovery.  That Declaration attached certain documents that Microsoft deemed non-confidential, including excerpts from the Deposition of Christine Mullaney Sundlie, excerpts which Microsoft had decided it would not designate, and non-confidential documents that Microsoft was in the process of preparing for production to Plaintiffs.  (These documents were non-confidential because they were customer-facing materials, i.e., documents that members of Plaintiffs' proposed class would have seen.)  My Declaration did not attach any documents that Microsoft had produced to Plaintiffs and designated as confidential.

6. ***Letter from Mr. Wilner.***  On the day after I filed my Declaration, I received a letter from Plaintiffs' counsel Mark Wilner, attached as Exhibit B, which objected to the inclusion of materials from Ms. Sundlie's deposition.  Believing this was a matter that counsel

DECLARATION OF STEPHEN M. RUMMAGE IN SUPPORT
OF MOTION FOR ENTRY OF PROTECTIVE ORDER
(C07-0475 MJP) — 2

SEA 2082993v1 0025936-000689

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

could work out most effectively through conversation, I promptly called Mr. Wilner. Over the next few days, we had constructive conversations as we tried to work out a procedure that would allow Plaintiffs to file whatever documents they deemed necessary in support of their Reply Brief, while still preserving Microsoft's confidentiality interests. All of this was happening against the backdrop of the Stipulated Protective Order, which would have provided a framework for dealing with this issue, but which had not yet been entered.

7. ***Designations.*** To assist Plaintiffs, we provided them with early designations of the confidential portions of the Sundlie Deposition – the only deposition we submitted in support of Microsoft's opposition to the Motion to Compel. A copy of my email sent on the evening of Thursday, September 13, 2007, is attached as Exhibit C. We intended to get Mr. Wilner our remaining designations on Friday, September 14, 2007, four days early under our agreement, to facilitate his filing. (Unfortunately, the need to prepare this motion has made it impossible to complete the designations today. We will timely serve them by September 18.)

8. ***The Court's Order.*** On the evening of September 13, 2007, the Court entered its order denying the parties' request for entry of a Stipulated Protective Order. The Court's order "direct[ed] the parties to revise their protective order to reflect the sealing procedure articulated in Local Civil Rule 5(g). To submit documents under seal, the party submitting the documents must file a motion to seal those documents."

9. ***Revised Protective Order.*** In light of the Court's order, we spoke with Mr. Wilner this morning in an effort to implement the Court's directions. We also immediately revised Paragraph 13 of the Stipulated Protective Order to reflect those directions. We provided the revised Stipulated Protective Order, as well as a proposed Joint Motion requesting its entry, to Plaintiffs for their review. We hoped that it could be presented for entry jointly today, September 14, 2007, and that it would then provide the foundation for Plaintiffs' filing of documents under seal today in accordance with the procedures contemplated by the Court's Order.

DECLARATION OF STEPHEN M. RUMMAGE IN SUPPORT
OF MOTION FOR ENTRY OF PROTECTIVE ORDER
 (C07-0475 MJP) — 3

SEA 2082993v1 0025936-000689

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

1   10.  *Mr. Wilner's Response.*  Over the noon hour today, September 14, 2007, I received an email from Mr. Wilner, a copy of which is attached hereto as Exhibit D.  In it, Mr. Wilner advised that Plaintiffs will file "CONFIDENTIAL" documents later today – without filing them under seal unless Microsoft files a motion with the Court in the interim, seeking their protection.  (We had previously told Mr. Wilner that we could not prepare an effective motion on a few hours' notice, on a Friday afternoon, when the lawyers involved have other commitments.)  Further, Mr. Wilner advised that Plaintiffs would not sign our proposed Protective Order, prepared as the Court directed.

11.  *Motion to Seal.*  Microsoft is filing this afternoon a motion to seal the documents that Mr. Wilner plans to file with his reply brief.  Because of the shortness of time, Microsoft will not be in a position to file supporting materials concerning that motion – having learned only a few hours ago what documents Plaintiffs intended to put at issue.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 14th day of September, 2007, at Seattle, Washington.

*/s/ Stephen M. Rummage*
Stephen M. Rummage

DECLARATION OF STEPHEN M. RUMMAGE IN SUPPORT
OF MOTION FOR ENTRY OF PROTECTIVE ORDER
(C07-0475 MJP) — 4

SEA 2082993v1 0025936-000689

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington  98101-3045
(206) 622-3150 · Fax: (206) 757-7700

# CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2007, I electronically filed the foregoing Declaration of Stephen M. Rummage in Support of Motion for Entry of Protective Order with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Jeffrey I. Tilden: | jtilden@gordontilden.com |
| Jeffrey M. Thomas: | jthomas@gordontilden.com |
| Michael Rosenberger: | mrosenberger@gordontilden.com |
| Mark A. Wilner: | mwilner@gordontilden.com |
| William C. Smart: | wsmart@kellerrohrback.com |
| Mark A. Griffin: | mgriffin@kellerrohrback.com |
| Ian S. Birk: | ibirk@kellerrohrback@dwt.com |

DATED this 14th day of September, 2007.

Davis Wright Tremaine LLP
Attorneys for Defendant
Microsoft Corporation

By */s/ Stephen M. Rummage*
Stephen M. Rummage, WSBA #11168
Davis Wright Tremaine LLP
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
Telephone: (206) 757-8136
Fax: (206) 757-7136
E-mail: steverummage@dwt.com

DECLARATION OF STEPHEN M. RUMMAGE IN SUPPORT OF MOTION FOR ENTRY OF PROTECTIVE ORDER (C07-0475 MJP) — 5

SEA 2082993v1 0025936-000689

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700