Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DIANNE L. KELLEY and KENNETH HANSEN,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>MICROSOFT CORPORATION, a Washington Corporation,<br><br>　　　　　　　Defendant. | NO. C07-0475 MJP<br><br>STIPULATION AND [Proposed] ORDER EXTENDING PLAINTIFFS' DEADLINE TO FILE MOTION FOR CLASS CERTIFICATION AND MOTION RE: CHOICE OF LAW<br><br>CLASS ACTION |

**STIPULATION**

The Court entered a Minute Order stating *inter alia* that plaintiffs may file separate motions on the issues of choice of law and class certification. Dkt. 25 at 1. In support of their motions, plaintiffs plan on presenting documents that defendant has designated as "confidential." The deadline to file plaintiffs' motions and supporting papers is September 25, 2007. CR 23(f)(3).

Defendant has filed a Motion for Entry of Protective Order. Dkt. 43. The motion is noted for hearing without oral argument on September 25, 2007—the same day plaintiffs are required to file their class certification and choice of law motions. The Court's decision on defendant's motion for a protective order will impact the procedures plaintiffs should follow

STIPULATION AND [Proposed] ORDER EXTENDING PLAINTIFFS' DEADLINE TO FILE MOTION FOR CLASS CERTIFICATION AND MOTION RE: CHOICE OF LAW - 1
No. C07-0475 MJP

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

Dockets.Justia.com

when filing their class certification and choice of law papers, specifically relating to filing documents defendant has marked "confidential."

Accordingly, the parties stipulate that the current deadline of September 25, 2007 for plaintiffs to file their class certification and choice of law motions should be extended by one week to October 2, 2007 or such later time as may be necessary for the Court to rule on defendant's motion for a protective order.

The deadline for filing motions for class certification may be extended "for good cause." CR 23(f)(3). The parties believe the current circumstances establish good cause for the modest extension requested.

DATED this 24th day of September, 2007.

| GORDON TILDEN THOMAS & CORDELL LLP | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| By  s/Mark A. Wilner<br>   Jeffrey I. Tilden, WSBA #12219<br>   Jeffrey M. Thomas, WSBA #21175<br>   Michael Rosenberger, WSBA #17730<br>   Mark A. Wilner, WSBA #31550 | By  s/Stephen M. Rummage<br>   Stephen M. Rummage, WSBA #11168<br>   Cassandra L. Kinkead, WSBA #22845<br>   Charles S. Wright, WSBA #31940 |
| **KELLER ROHRBACK L.L.P.** | **MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP** |
| By  s/ William C. Smart<br>   William C. Smart, WSBA #8192<br>   Ian S. Birk, WSBA #31431 | By  s/ Charles B. Casper<br>   Charles B. Casper<br>   Admitted Pro Hac Vice |
| Attorneys for Plaintiffs | Attorneys for Defendant |

STIPULATION AND [Proposed] ORDER EXTENDING
PLAINTIFFS' DEADLINE TO FILE MOTION FOR CLASS
CERTIFICATION AND MOTION RE: CHOICE OF LAW - 2
No. C07-0475 MJP

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

## ORDER

Based upon the above stipulation, plaintiffs' deadline for filing their motions on the issues of choice of law and class certification is extended to October 2, 2007, or three court days after the Court's ruling on defendant's Motion for Entry of Protective Order, whichever occurs later.

DATED this ___ day of _____, 2007.

_____
MARSHA J. PECHMAN
UNITED STATES DISTRICT JUDGE

STIPULATION AND [Proposed] ORDER EXTENDING
PLAINTIFFS' DEADLINE TO FILE MOTION FOR CLASS
CERTIFICATION AND MOTION RE: CHOICE OF LAW - 3
No. C07-0475 MJP

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following.

| Counsel for Defendant Microsoft Corporation | Counsel for Defendant Microsoft Corporation – Admitted Pro Hac Vice |
|---|---|
| Stephen M. Rummage, WSBA #11168<br>Cassandra L. Kinkead, WSBA #22845<br>Charles S. Wright, WSBA #31940<br>Davis Wright Tremaine LLP<br>1201 Third Avenue Suite 2200<br>Seattle, Washington 98101-3045<br>steverummage@dwt.com<br>cassandrakinkead@dwt.com<br>charleswright@dwt.com | Charles B. Casper<br>Montgomery, McCracken, Walker & Rhoads<br>123 South Broad Street<br>Philadelphia, PA  19109<br>ccasper@mmwr.com |

**GORDON TILDEN THOMAS & CORDELL** LLP

By  s/Mark A. Wilner
   Mark A. Wilner, WSBA #31550
   Attorneys for Plaintiffs
   1001 Fourth Avenue, Suite 4000
   Seattle, WA  98154-1007
   Telephone:  (206) 467-6477
   Facsimile:  (206) 467-6292
   Email:  mwilner@gordontilden.com

STIPULATION AND [Proposed] ORDER EXTENDING
PLAINTIFFS' DEADLINE TO FILE MOTION FOR CLASS
CERTIFICATION AND MOTION RE: CHOICE OF LAW - 4
No. C07-0475 MJP

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA  98154
Phone (206) 467-6477
Fax (206) 467-6292