Kelley v. Microsoft Corporation  Doc. 51
Case 2:07-cv-00475-MJP   Document 51   Filed 09/24/2007   Page 1 of 4
Case 2:07-cv-00475-MJP   Document 50   Filed 09/24/2007   Page 1 of 4

07-CV-00475-ORD

___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

SEP 2 4 2007

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                              DEPUTY

Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DIANNE L. KELLEY and KENNETH HANSEN,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>MICROSOFT CORPORATION, a Washington Corporation,<br><br>　　　　　Defendant. | NO. C07-0475 MJP<br><br>STIPULATION AND [~~Proposed~~] ORDER EXTENDING PLAINTIFFS' DEADLINE TO FILE MOTION FOR CLASS CERTIFICATION AND MOTION RE: CHOICE OF LAW<br><br>CLASS ACTION |

## STIPULATION

The Court entered a Minute Order stating *inter alia* that plaintiffs may file separate motions on the issues of choice of law and class certification. Dkt. 25 at 1. In support of their motions, plaintiffs plan on presenting documents that defendant has designated as "confidential." The deadline to file plaintiffs' motions and supporting papers is September 25, 2007. CR 23(f)(3).

Defendant has filed a Motion for Entry of Protective Order. Dkt. 43. The motion is noted for hearing without oral argument on September 25, 2007—the same day plaintiffs are required to file their class certification and choice of law motions. The Court's decision on defendant's motion for a protective order will impact the procedures plaintiffs should follow

STIPULATION AND [Proposed] ORDER EXTENDING
PLAINTIFFS' DEADLINE TO FILE MOTION FOR CLASS
CERTIFICATION AND MOTION RE: CHOICE OF LAW - 1
No. C07-0475 MJP

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

when filing their class certification and choice of law papers, specifically relating to filing documents defendant has marked "confidential."

Accordingly, the parties stipulate that the current deadline of September 25, 2007 for plaintiffs to file their class certification and choice of law motions should be extended by one week to October 2, 2007 or such later time as may be necessary for the Court to rule on defendant's motion for a protective order.

The deadline for filing motions for class certification may be extended "for good cause." CR 23(f)(3). The parties believe the current circumstances establish good cause for the modest extension requested.

DATED this 24th day of September, 2007.

| GORDON TILDEN THOMAS & CORDELL LLP | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| By  s/Mark A. Wilner<br>　Jeffrey I. Tilden, WSBA #12219<br>　Jeffrey M. Thomas, WSBA #21175<br>　Michael Rosenberger, WSBA #17730<br>　Mark A. Wilner, WSBA #31550 | By  s/Stephen M. Rummage<br>　Stephen M. Rummage, WSBA #11168<br>　Cassandra L. Kinkead, WSBA #22845<br>　Charles S. Wright, WSBA #31940 |
| KELLER ROHRBACK L.L.P. | MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP |
| By  s/ William C. Smart<br>　William C. Smart, WSBA #8192<br>　Ian S. Birk, WSBA #31431 | By  s/ Charles B. Casper<br>　Charles B. Casper<br>　Admitted Pro Hac Vice |
| Attorneys for Plaintiffs | Attorneys for Defendant |

STIPULATION AND [Proposed] ORDER EXTENDING
PLAINTIFFS' DEADLINE TO FILE MOTION FOR CLASS
CERTIFICATION AND MOTION RE: CHOICE OF LAW - 2
No. C07-0475 MJP

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

### ORDER

Based upon the above stipulation, plaintiffs' deadline for filing their motions on the issues of choice of law and class certification is extended to October 2, 2007, or three court days after the Court's ruling on defendant's Motion for Entry of Protective Order, whichever occurs later.

DATED this 24 day of Sept., 2007.

MARSHA J. PECHMAN
UNITED STATES DISTRICT JUDGE

STIPULATION AND [Proposed] ORDER EXTENDING
PLAINTIFFS' DEADLINE TO FILE MOTION FOR CLASS
CERTIFICATION AND MOTION RE: CHOICE OF LAW - 3
No. C07-0475 MJP

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following.

Counsel for Defendant Microsoft Corporation

Stephen M. Rummage, WSBA #11168
Cassandra L. Kinkead, WSBA #22845
Charles S. Wright, WSBA #31940
Davis Wright Tremaine LLP
1201 Third Avenue Suite 2200
Seattle, Washington 98101-3045
steverummage@dwt.com
cassandrakinkead@dwt.com
charleswright@dwt.com

Counsel for Defendant Microsoft Corporation – Admitted Pro Hac Vice

Charles B. Casper
Montgomery, McCracken, Walker & Rhoads
123 South Broad Street
Philadelphia, PA 19109
ccasper@mmwr.com

**GORDON TILDEN THOMAS & CORDELL LLP**

By _s/Mark A. Wilner_
Mark A. Wilner, WSBA #31550
Attorneys for Plaintiffs
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154-1007
Telephone: (206) 467-6477
Facsimile: (206) 467-6292
Email: mwilner@gordontilden.com

STIPULATION AND [Proposed] ORDER EXTENDING
PLAINTIFFS' DEADLINE TO FILE MOTION FOR CLASS
CERTIFICATION AND MOTION RE: CHOICE OF LAW - 4
No. C07-0475 MJP

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292