1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45

Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DIANNE L. KELLEY and KENNETH HANSEN,<br><br>              Plaintiffs,<br><br>    v.<br><br>MICROSOFT CORPORATION, a Washington Corporation,<br><br>              Defendant. | NO.  C07-0475 MJP<br><br>MOTION TO SEAL<br><br>CLASS ACTION<br><br>NOTE ON MOTION CALENDAR:<br>October 22, 2007 |

Pursuant to Paragraph 13 of the Court's Protective Order (Dkt. 57), plaintiffs have filed

or will file under seal the following materials that Microsoft has designated "CONFIDENTIAL"

or which contain excerpts from materials Microsoft has designated "CONFIDENTIAL:"

1.    **Plaintiffs' Motion for Application of Washington Law** [*only 2:11,
      2:13-16, 2:18-24, 3:12-20, and 14:15-16  contain excerpts from materials
      containing confidentiality designations*]

2.    **Smart Declaration, Exhibit C**:  Designed for Microsoft Windows and
      Windows Vista Logo Licensing Agreement;

3.    **Smart Declaration, Exhibit D**:  Microsoft Business Terms Documents
      for OEM Customers;

MOTION TO SEAL - 1
No. C07-0475 MJP

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA  98154
Phone (206) 467-6477
Fax (206) 467-6292

Dockets.Justia.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45

4.    **Smart Declaration, Exhibit F:**  OEM Marketing Bulletin:  Windows Vista Capable Program;

5.    **Plaintiffs' Motion for Class Certification** [*only 3:1-5, 3:7-41, 4:1-9, and 15:11-17 contain excerpts from materials containing confidentiality designations*];

6.    **Tilden Declaration, Exhibit A**:  OEM Marketing Bulletin:  Windows Vista Capable Program; and

7.    **Tilden Declaration, Exhibit L**:  Pages 1-2, 50-51, 67-69, and 88 from the Transcript of the 30(b)(6) Deposition of Microsoft (Mark Croft) [*only 50:1-9 contain confidentiality designations*].

Pursuant to the terms of the Protective Order and other applicable law, Microsoft bears the

burden to justify sealing or redacting each of the above.

DATED this 5th day of October, 2007.

**GORDON TILDEN THOMAS & CORDELL** LLP

By_____
Jeffrey I. Tilden, WSBA #12219
Jeffrey M. Thomas, WSBA #21175
Michael Rosenberger, WSBA #17730
Mark A. Wilner, WSBA #31550

**KELLER ROHRBACK L.L.P.**

By_____
William C. Smart, WSBA #8192
Ian S. Birk, WSBA #31431

Attorneys for Plaintiffs

MOTION TO SEAL - 2
No. C07-0475 MJP

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following.

Counsel for Defendant Microsoft Corporation

Stephen M. Rummage, WSBA #11168
Cassandra L. Kinkead, WSBA #22845
Charles S. Wright, WSBA #31940
Davis Wright Tremaine LLP
1201 Third Avenue Suite 2200
Seattle, Washington 98101-3045
steverummage@dwt.com
cassandrakinkead@dwt.com
charleswright@dwt.com

Counsel for Defendant Microsoft Corporation – Admitted Pro Hac Vice

Charles B. Casper
Montgomery, McCracken, Walker & Rhoads
123 South Broad Street
Philadelphia, PA  19109
ccasper@mmwr.com

**GORDON TILDEN THOMAS & CORDELL** LLP

By _____
Mark A. Wilner, WSBA #31550
Attorneys for Plaintiff
1001 Fourth Avenue, Suite 4000
Seattle, WA  98154-1007
Telephone:  (206) 467-6477
Facsimile:  (206) 467-6292
Email:  mwilner@gordontilden.com

MOTION TO SEAL - 3
No. C07-0475 MJP