The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DIANNE L. KELLEY and KENNETH HANSEN, <br><br> Plaintiffs, <br><br> v. <br><br> MICROSOFT CORPORATION, a Washington Corporation, <br><br> Defendant. | No. C07-0475 MJP <br><br> DECLARATION OF WILLIAM C. SMART <br><br> <u>CLASS ACTION</u> |

I, William C. Smart, declare as follows:

1. <u>Identity and Competency.</u> I am an attorney with the law firm of Keller Rohrback L.L.P. Together with Gordon Tilden Thomas & Cordell, L.L.P., we represent the plaintiffs.

2. <u>Adequacy of Counsel.</u> My practice has focused exclusively on civil litigation since I became a lawyer 29 years ago. I have tried roughly 60 cases, between 12 and 20 to a jury. I have litigated matters in the courts of Washington, Alaska, Oregon, Montana, Ohio, and various administrative tribunals. I am a past Trustee of the Washington Defense Trial Lawyers. I, along with the other attorneys at my firm working this case, have had substantial experience representing defendants and plaintiffs in class actions in state and federal court. This court has found Keller Rohrback L.L.P. to be adequate class counsel on past occasions. It is my understanding that none of the attorneys representing plaintiffs, whether at my firm or at Gordon

DECLARATION OF WILLIAM C. SMART
(C07-0475 MJP) Page - 1

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

N:\CLIENTS\27673\1\PLEADINGS\WCS.DEC.DOC

Dockets.Justia.com

Tilden Thomas & Cordell, L.L.P., has any personal or professional interest that would prevent us from vigorously representing the interests of the proposed class. We are committed to this lawsuit and will devote all necessary resources to it.

3. <u>No Knowledge of Similar Lawsuits Against Microsoft</u>. I am not aware of any lawsuit similar to this one being brought against Microsoft. I understand that my co-counsel are unaware of any such lawsuits as well.

4. <u>Authentication of Documents</u>. Attached as exhibits are true and correct copies of the following documents:

| Exhibit Name | Tab |
|---|---|
| Confidential Memo, from Microsoft to OEMs [MS-KELL 13027-13030] | A |
| List of Fortune 100 Companies in 2007 printed from http://money.cnn.com/magazines/fortune/fortune500/2007/full_list/ (last accessed September 25, 2007) | B |
| Designed for Microsoft Windows and Windows Vista Logo License Agreement [MS-KELL 5000044-59; Microsoft Designated "CONFIDENTIAL"] | C |
| Microsoft Business Terms Document for OEM Customers [MS-KELL 207-19; Microsoft Designated "CONFIDENTIAL"] | D |
| Microsoft Windows XP Home Edition – End User License Agreement for Microsoft Software [MS-KELL 11631 – 11641] | E |
| OEM Marketing Bulletin: Windows Vista Capable Program [MS-KELL 39-58; Microsoft Designated "CONFIDENTIAL"] | F |
| Pages 1, 7-8, and the reporter's certificate from the Transcript of the 30(b)(6) Deposition of Microsoft (Mark Tindall) | G |
| Pages 1, 6-7, 9, 29, 39, and the reporter's certificate from the Transcript of the 30(b)(6) Deposition of Microsoft (Mark Croft) | H |
| Pages 1, 6-7, 11, 20-21, and the reporter's certificate from the Transcript of the 30(b)(6) Deposition of Microsoft (Christine Mullaney Sundlie) | I |

DECLARATION OF WILLIAM C. SMART
(C07-0475 MJP) Page - 2

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

N:\CLIENTS\27673\1\PLEADINGS\WCS.DEC.DOC

| Exhibit Name | Tab |
|---|---|
| News.Com Article dated July 20, 2007 entitled Next Version of Windows: Call It 7 | J |
| Microsoft's Initial Disclosures | K |
| Letter from Stephen M. Rummage to Jeffrey M. Thomas and Ian S. Birk dated August 29, 2007 | L |
| Microsoft Press Release dated May 18, 2006 [MS-KELL 13525-13529] | M |
| Defendants' Revised Form of Order Granting Plaintiffs' Motion for Class Certification filed on April 12, 2006, in Odom v. Microsoft, et al., King Cty. Super. Ct., No. 04-2-10618-4 SEA | N |

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 5th day of October, 2007, at Seattle, Washington.

_____
William C. Smart

DECLARATION OF WILLIAM C. SMART
(C07-0475 MJP) Page - 3

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

N:\CLIENTS\27673\1\PLEADINGS\WCS.DEC.DOC

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following.

| Counsel for Defendant Microsoft Corporation | Counsel for Defendant Microsoft Corporation – Admitted Pro Hac Vice |
|---|---|
| Stephen M. Rummage, WSBA #11168<br>Cassandra L. Kinkead, WSBA #22845<br>Charles S. Wright, WSBA #31940<br>Davis Wright Tremaine LLP<br>1201 Third Avenue Suite 2200<br>Seattle, Washington 98101-3045<br>steverummage@dwt.com<br>cassandrakinkead@dwt.com<br>charleswright@dwt.com | Charles B. Casper<br>Montgomery, McCracken, Walker & Rhoads<br>123 South Broad Street<br>Philadelphia, PA 19109<br>ccasper@mmwr.com |

**GORDON TILDEN THOMAS & CORDELL** LLP

By _____
Mark A. Wilner, WSBA #31550
Attorneys for Plaintiff
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154-1007
Telephone: (206) 467-6477
Facsimile: (206) 467-6292
Email: mwilner@gordontilden.com

DECLARATION OF WILLIAM C. SMART
(C07-0475 MJP) Page - 4

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

N:\CLIENTS\27673\1\PLEADINGS\WCS.DEC.DOC