# Exhibit B

Exhibit B
Page 10 of 133



I'M PETER, VP of Operations.
THIS IS MY STORY »

The Internet home of: FORTUNE  Money  BUSINESS 2.0  FORTUNE SMALL BUSINESS

CNNMoney.com

HOME   NEWS   MARKETS   MY PORTFOLIO   TECHNOLOGY   JOBS   PERSONAL FINANCE   LUXURY

# FORTUNE 500  2007

Our annual ranking of America's largest corporations

| Full list | Companies | States | Industries | CEOs |
| Top performers | Employers | Cities | Women CEOs | Climbers |
| Arrivals | Exits | Losers | 50/50 | FAQ |

## Full list

Current view: 1-100

| Rank | Company | Revenues ($ millions) | Profits ($ millions) |
|---|---|---|---|
| 1 | Wal-Mart Stores | 351,139.0 | 11,284.0 |
| 2 | Exxon Mobil | 347,254.0 | 39,500.0 |
| 3 | General Motors | 207,349.0 | -1,978.0 |
| 4 | Chevron | 200,567.0 | 17,138.0 |
| 5 | ConocoPhillips | 172,451.0 | 15,550.0 |
| 6 | General Electric | 168,307.0 | 20,829.0 |
| 7 | Ford Motor | 160,126.0 | -12,613.0 |
| 8 | Citigroup | 146,777.0 | 21,538.0 |
| 9 | Bank of America Corp. | 117,017.0 | 21,133.0 |
| 10 | American Intl. Group | 113,194.0 | 14,048.0 |
| 11 | J.P. Morgan Chase & Co. | 99,973.0 | 14,444.0 |
| 12 | Berkshire Hathaway | 98,539.0 | 11,015.0 |
| 13 | Verizon Communications | 93,221.0 | 6,197.0 |
| 14 | Hewlett-Packard | 91,658.0 | 6,198.0 |
| 15 | Intl. Business Machines | 91,424.0 | 9,492.0 |
| 16 | Valero Energy | 91,051.0 | 5,463.0 |
| 17 | Home Depot | 90,837.0 | 5,761.0 |

**FORTUNE 500 Headquarters**

Click to enlarge
Show FORTUNE 500 Companies:
Top 50 | 25 Most profitable | Full list

**What readers say...**

- In respond to Jayson's comments, it is true that most americans ar...
- I don't want to sound like an elitist snob, but just consider this ...
- Iâ€™m British, and I understand that you may well feel that I shouldnR...

Have your say

**GALLERY**

Exhibit B
Page 11 of 133

| 18 | McKesson | 88,050.0 | 751.0 |
| 19 | Cardinal Health | 81,895.1 | 1,000.1 |
| 20 | Morgan Stanley | 76,688.0 | 7,472.0 |
| 21 | UnitedHealth Group | 71,542.0 | 4,159.0 |
| 22 | Merrill Lynch | 70,591.0 | 7,499.0 |
| 23 | Altria Group | 70,324.0 | 12,022.0 |
| 24 | Goldman Sachs Group | 69,353.0 | 9,537.0 |
| 25 | Procter & Gamble | 68,222.0 | 8,684.0 |
| 26 | Kroger | 66,111.2 | 1,114.9 |
| 27 | AT&T | 63,055.0 | 7,356.0 |
| 28 | Boeing | 61,530.0 | 2,215.0 |
| 29 | AmerisourceBergen | 61,203.1 | 467.7 |
| 30 | Marathon Oil | 60,643.0 | 5,234.0 |
| 31 | State Farm Insurance Cos | 60,528.0 | 5,315.5 |
| 32 | Costco Wholesale | 60,151.2 | 1,103.2 |
| 33 | Target | 59,490.0 | 2,787.0 |
| 34 | Dell | 57,095.0 | 2,614.0 |
| 35 | Wellpoint | 56,953.0 | 3,094.9 |
| 36 | Johnson & Johnson | 53,324.0 | 11,053.0 |
| 37 | MetLife | 53,275.0 | 6,293.0 |
| 38 | Sears Holdings | 53,012.0 | 1,490.0 |
| 39 | Pfizer | 52,415.0 | 19,337.0 |
| 40 | Dow Chemical | 49,124.0 | 3,724.0 |
| 41 | Wells Fargo | 47,979.0 | 8,482.0 |
| 42 | United Technologies | 47,829.0 | 3,732.0 |
| 43 | United Parcel Service | 47,547.0 | 4,202.0 |
| 44 | Walgreen | 47,409.0 | 1,750.6 |
| 45 | Lowe's | 46,927.0 | 3,105.0 |
| 46 | Wachovia Corp. | 46,810.0 | 7,791.0 |
| 47 | Lehman Brothers Holdings | 46,709.0 | 4,007.0 |
| 48 | Time Warner | 44,788.0 | 6,552.0 |



### Women CEOs

Avon's Andrea Jung is one of just 12 women leading Fortune 500 companies. That number will rise to 13 in June when WellPoint gets a new chief.
See them all

GALLERY



### Most profitable

Exxon Mobil was the most profitable company last year by far, raking in $39.5 billion. Who else made the top 20?
See them all

GALLERY



### Big deals

Last year saw the biggest buyout frenzy since 2000, as 42 Fortune 1,000 corporations were acquired. Who was part of the buyout binge?
See them all

Exhibit B
Page 12 of 133

| | | | |
|---|---|---:|---:|
| 49 | Microsoft | 44,282.0 | 12,599.0 |
| 50 | Freddie Mac | 44,002.0 | 2,211.0 |
| 51 | CVS/Caremark | 43,813.8 | 1,368.9 |
| 52 | Motorola | 43,739.0 | 3,661.0 |
| 53 | Sprint Nextel | 43,531.0 | 1,329.0 |
| 54 | Medco Health Solutions | 42,543.7 | 630.2 |
| 55 | Caterpillar | 41,517.0 | 3,537.0 |
| 56 | Safeway | 40,185.0 | 870.6 |
| 57 | Lockheed Martin | 39,620.0 | 2,529.0 |
| 58 | Caremark Rx | 36,750.2 | 1,074.0 |
| 59 | Archer Daniels Midland | 36,596.1 | 1,312.1 |
| 60 | Sunoco | 36,081.0 | 979.0 |
| 61 | Allstate | 35,796.0 | 4,993.0 |
| 62 | Intel | 35,382.0 | 5,044.0 |
| 63 | PepsiCo | 35,137.0 | 5,642.0 |
| 64 | Walt Disney | 34,285.0 | 3,374.0 |
| 65 | Sysco | 32,628.4 | 855.3 |
| 66 | Prudential Financial | 32,488.0 | 3,428.0 |
| 67 | Johnson Controls | 32,413.0 | 1,028.0 |
| 68 | FedEx | 32,294.0 | 1,806.0 |
| 69 | Honeywell Intl. | 31,367.0 | 2,083.0 |
| 70 | Ingram Micro | 31,357.5 | 265.8 |
| 71 | Alcoa | 30,896.0 | 2,248.0 |
| 72 | Best Buy | 30,848.0 | 1,140.0 |
| 73 | Northrop Grumman | 30,304.0 | 1,542.0 |
| 74 | DuPont | 28,982.0 | 3,148.0 |
| 75 | Hess | 28,720.0 | 1,916.0 |
| 76 | Federated Dept. Stores | 28,711.0 | 995.0 |
| 77 | Cisco Systems | 28,484.0 | 5,580.0 |
| 78 | New York Life Insurance | 28,365.1 | 1,035.4 |
| 79 | American Express | 27,145.0 | 3,707.0 |
| 80 | TIAA-CREF | 26,756.8 | 2,333.8 |

Exhibit B
Page 13 of 133

| 81 | Washington Mutual | 26,561.0 | 3,558.0 |
| 82 | Hartford Financial Services | 26,500.0 | 2,745.0 |
| 83 | Delphi | 26,392.0 | -5,464.0 |
| 84 | Comcast | 25,700.0 | 2,533.0 |
| 85 | Aetna | 25,568.6 | 1,701.7 |
| 86 | Tyson Foods | 25,559.0 | -196.0 |
| 87 | HCA | 25,477.0 | 1,036.0 |
| 88 | News Corp. | 25,327.0 | 2,314.0 |
| 89 | Travelers Cos. | 25,090.0 | 4,208.0 |
| 90 | Massachusetts Mutual Life Insurance | 24,863.4 | 1,266.0 |
| 91 | Countrywide Financial | 24,444.6 | 2,674.8 |
| 92 | General Dynamics | 24,212.0 | 1,856.0 |
| 93 | International Paper | 24,186.0 | 1,050.0 |
| 94 | Coca-Cola | 24,088.0 | 5,080.0 |
| 95 | Liberty Mutual Ins. Group | 23,520.0 | 1,626.0 |
| 96 | Raytheon | 23,274.0 | 1,283.0 |
| 97 | 3M | 22,923.0 | 3,851.0 |
| 98 | Deere | 22,768.9 | 1,693.8 |
| 99 | Merck | 22,636.0 | 4,433.8 |
| 100 | Halliburton | 22,576.0 | 2,348.0 |

Current view: 1-100

From the April 30th, 2007 issue

**Sponsored Links**

**Refinance at 5.125% Fixed**
Get $200,000 loan for $854/month. Calculate Your New Payment. Act Now!
Refinance.LoanOffer.com

**What's Your Credit Score?**
See your 2007 credit report and score instantly and online.
www.FreeCreditReport.com

**Retire in luxury!**
New Costa Rica land. Ocean & mountain views. Predevelopment pricing.
www.CostaLandSales.com

Buy a link here

- Advertise with Us • Magazine Customer Service • Download Fortune Lists • Reprints

- Career Opportunities • Special Sections • Conferences • Business Leader Council

\* : Time reflects local markets trading time.    † - Intraday data delayed 15 minutes for Nasdaq, and 20 minutes for other exchanges.

© 2007 Cable News Network. A Time Warner Company    ALL RIGHTS RESERVED.
• TERMS UNDER WHICH THIS SERVICE IS PROVIDED TO YOU.    • PRIVACY POLICY