# Exhibit E

Exhibit E
Page 47 of 133

Dockets.Justia.com

Microsoft® Windows® XP Home Edition

END-USER LICENSE AGREEMENT FOR MICROSOFT SOFTWARE

IMPORTANT—READ CAREFULLY: This End-User License Agreement ("EULA") is a legal agreement between you (either an individual or a single entity) and the manufacturer ("Manufacturer") of the computer system or computer system component ("HARDWARE") with which you acquired the Microsoft software product(s) identified on the Certificate of Authenticity ("COA") affixed to the HARDWARE or on the associated product documentation ("SOFTWARE"). The SOFTWARE includes Microsoft computer software, and may include associated media, printed materials, "online" or electronic documentation, and Internet based services. Note, however, that any software, documentation, or web services that are included in the SOFTWARE, or accessible via the SOFTWARE, and are accompanied by their own license agreements or terms of use are governed by such agreements rather than this EULA. The terms of a printed paper EULA, which may accompany the SOFTWARE, supersede the terms of any on-screen EULA. This EULA is valid and grants the end-user rights ONLY if the SOFTWARE is genuine and a genuine Certificate of Authenticity for the SOFTWARE is included. For more information on identifying whether your software is genuine, please see http://www.microsoft.com/piracy/howtotell.

YOU AGREE TO BE BOUND BY THE TERMS OF THIS EULA BY INSTALLING, COPYING, OR OTHERWISE USING THE SOFTWARE. IF YOU DO NOT AGREE TO THE TERMS OF THIS EULA, YOU MAY NOT USE OR COPY THE SOFTWARE, AND YOU SHOULD PROMPTLY CONTACT MANUFACTURER FOR INSTRUCTIONS ON RETURN OF THE UNUSED PRODUCT(S) FOR A REFUND IN ACCORDANCE WITH MANUFACTURER'S RETURN POLICIES.

SOFTWARE PRODUCT LICENSE

The term "COMPUTER" as used herein shall mean the HARDWARE, if the HARDWARE is a single computer system, or shall mean the computer system with which the HARDWARE operates, if the HARDWARE is a computer system component.

1. GRANT OF LICENSE. Manufacturer grants you the following rights provided that you comply with all terms and conditions of this EULA:

    1.1 Installation and use. You may install, use, access, display and run one copy of the SOFTWARE on the COMPUTER. The SOFTWARE may not be used by more than two (2) processors at any one time on the COMPUTER, unless a higher number is indicated on the COA.

    1.2 SOFTWARE as a Component of the COMPUTER - Transfer. This license may not be shared, transferred to or used concurrently on different computers. The SOFTWARE is licensed with the COMPUTER as a single integrated product and may only be used with the COMPUTER. If the SOFTWARE is not accompanied by HARDWARE, you may not use the SOFTWARE. You may permanently transfer all of your rights under this EULA only as part of a permanent sale or transfer of the COMPUTER, provided you retain no copies of the SOFTWARE. If the SOFTWARE is an upgrade, any transfer must also include all prior versions of the SOFTWARE. This transfer must also include the Certificate of Authenticity label. The transfer may not be an indirect transfer, such as a consignment. Prior to the transfer, the end user receiving the Software must agree to all the EULA terms.

    1.3 Mandatory Activation. The license rights granted under this EULA are limited to the first thirty (30) days after you first install the SOFTWARE unless you supply information required to activate your licensed copy in the manner described during the setup sequence of the SOFTWARE. You can activate the SOFTWARE through the use of the Internet or telephone; toll charges may apply. You may also need to reactivate the SOFTWARE if you modify your computer hardware or alter the SOFTWARE. There are technological measures in

EULA WinXPSP2 Pro rev 0204

this SOFTWARE that are designed to prevent unlicensed use of the SOFTWARE. Microsoft will use those measures to confirm you have a legally licensed copy of the SOFTWARE. If you are not using a licensed copy of the SOFTWARE, you are not allowed to install the SOFTWARE or future SOFTWARE updates. Microsoft Licensing, GP, Microsoft Ireland Operations Limited and/or Microsoft (China) Co. Limited (collectively "MS"), Microsoft Corporation and its subsidiaries will not collect any personally identifiable information from your COMPUTER during this process.

    1.4    Device Connections. You may permit a maximum of five (5) computers or other electronic devices (each a "Device") to connect to the COMPUTER to utilize one or more of the following services of the SOFTWARE: File Services, Print Services, Internet Information Services, Internet Connection Sharing and telephony services. The five connection maximum includes any indirect connections made through "multiplexing" or other software or hardware which pools or aggregates connections. This five connection maximum does not apply to other uses of the SOFTWARE, such as synchronizing data between a Device and the COMPUTER, provided only one user uses, accesses, displays or runs the SOFTWARE at any one time. This Section 1.4 does not grant you rights to access a COMPUTER Session from any Device. A "Session" means any use of the SOFTWARE that enables functionality similar to that available to an end user who is interacting with the COMPUTER through any combination of input, output and display peripherals.

    1.5    Remote Assistance/NetMeeting. The SOFTWARE contains Remote Assistance, and NetMeeting technologies that enable the SOFTWARE or applications installed on the COMPUTER (sometimes referred to as a host device) to be accessed remotely from other Devices. When you are using Remote Assistance or NetMeeting (or other software which provides similar functionality for a similar purpose) you may share a Session with other users without any limit on the number of Device connections and without acquiring additional licenses for the SOFTWARE. For Microsoft and non-Microsoft applications, you should consult the license agreement accompanying the applicable software or contact the applicable licensor to determine whether use of the software with Remote Assistance or NetMeeting is permitted without an additional license. This EULA does not include a license to use Microsoft Remote Desktop technologies (or other software which provides similar functionality for a similar purpose) to host a Session from the COMPUTER to any other Device. Those technologies are available for license with Windows XP Professional Edition. Except as otherwise permitted by the NetMeeting and Remote Assistance features described above, *a license for the SOFTWARE may not be shared or used concurrently on different computers, such as a workstation, terminal or other device.*

    1.6    Back-up Copy. YOU MAY MAKE A SINGLE BACK-UP COPY OF THE SOFTWARE. YOU MAY USE ONE (1) BACK-UP COPY SOLELY FOR YOUR ARCHIVAL PURPOSES AND TO REINSTALL THE SOFTWARE ON THE COMPUTER. EXCEPT AS EXPRESSLY PROVIDED IN THIS EULA OR BY LOCAL LAW, YOU MAY NOT OTHERWISE MAKE COPIES OF THE SOFTWARE, INCLUDING THE PRINTED MATERIALS ACCOMPANYING THE SOFTWARE. YOU MAY NOT LOAN, RENT, LEASE, LEND OR OTHERWISE TRANSFER THE CD OR BACK-UP COPY TO ANOTHER USER.

2.    AUTOMATIC INTERNET-BASED SERVICES. The SOFTWARE features described below are enabled by default to connect via the Internet to Microsoft computer systems automatically, without separate notice to you. You consent to the operation of these features, unless you choose to switch them off or not use them. Microsoft does not use these features to collect any information that will be used to identify you or contact you. For more information about these features, please see the privacy statement at http://go.microsoft.com/fwlink/?LinkId=25243.

    2.1    Windows Update Features. If you connect hardware to your COMPUTER, it may not have the drivers needed to communicate with that hardware. The SOFTWARE's update feature can obtain the correct drivers from Microsoft and install them on your device. You can switch this update feature off.

2.2 *Web Content Features.* Under the SOFTWARE's default configuration, if you are connected to the Internet, several features of the SOFTWARE are enabled by default to retrieve content from Microsoft computer systems and display it to you. When you activate such a feature, it uses standard Internet protocols, which transmit the type of operating system, browser and language code of your COMPUTER to the Microsoft computer system so that the content can be viewed properly from your COMPUTER. These features only operate when you activate them, and you may choose to switch them off or not use them. Examples of these features include Windows Catalog, Search Assistant, and the Headlines and Search features of Help and Support Center.

2.3 *Digital Certificates.* The SOFTWARE uses digital certificates based on the x.509 standard. These digital certificates confirm the identity of Internet users sending x.509 standard encrypted information. The software retrieves certificates and updates certificate revocation lists. These security features operate only when you use the Internet.

2.4 *Auto Root Update.* The Auto Root Update feature updates the list of trusted certificate authorities. You can switch off the Auto Root Update feature.

2.5 *Windows Media Player.* Some features of Windows Media Player automatically contact Microsoft computer systems if you use Windows Media Player or specific features of it: features that (A) check for new codecs if your COMPUTER does not have the correct ones for content you attempt to play (this feature may be switched off), and (B) check for new versions of Windows Media Player (this feature will operate only when you are using Windows Media Player).

2.6 *Windows Media Digital Rights Management.* Content providers are using the digital rights management technology for Windows Media contained in this SOFTWARE ("WM-DRM") to protect the integrity of their content ("Secure Content") so that their intellectual property, including copyright, in such content is not misappropriated. Portions of this SOFTWARE and third party applications such as media players use WM-DRM to play Secure Content ("WM-DRM Software"). If the WM-DRM Software's security has been compromised, owners of Secure Content ("Secure Content Owners") may request that Microsoft revoke the WM-DRM Software's right to copy, display and/or play Secure Content. Revocation does not alter the WM-DRM Software's ability to play unprotected content. A list of revoked WM-DRM Software is sent to your COMPUTER whenever you download a license for Secure Content from the Internet. Microsoft may, in conjunction with such license, also download revocation lists onto your COMPUTER on behalf of Secure Content Owners. Secure Content Owners may also require you to upgrade some of the WM-DRM components in this SOFTWARE ("WM-DRM Upgrades") before accessing their content. When you attempt to play such content, WM-DRM Software built by Microsoft will notify you that a WM-DRM Upgrade is required and then ask for your consent before the WM-DRM Upgrade is downloaded. WM-DRM Software built by third parties may do the same. If you decline the upgrade, you will not be able to access content that requires the WM-DRM Upgrade; however, you will still be able to access unprotected content and Secure Content that does not require the upgrade. WM-DRM features that access the Internet, such as acquiring new licenses and/or performing a required WM-DRM Upgrade, can be switched off. When these features are switched off, you will still be able to play Secure Content if you have a valid license for such content already stored on your COMPUTER.

3. RESERVATION OF RIGHTS AND OWNERSHIP. Manufacturer, MS and its suppliers (including Microsoft Corporation) reserve all rights not expressly granted to you in this EULA. The SOFTWARE is protected by copyright and other intellectual property laws and treaties. Manufacturer, MS and its suppliers (including Microsoft Corporation) own the title, copyright, and other intellectual property rights in the SOFTWARE. The SOFTWARE is licensed, not sold.

4. LIMITATIONS ON REVERSE ENGINEERING, DECOMPILATION, AND DISASSEMBLY. You may not reverse engineer, decompile, or disassemble the SOFTWARE, except and only to the extent that such activity is expressly permitted by applicable law notwithstanding this limitation.

5.   NO RENTAL/COMMERCIAL HOSTING. You may not rent, lease, lend or provide commercial hosting services with the SOFTWARE to others.

6.   SEPARATION OF COMPONENTS. The SOFTWARE is licensed as a single product. Its component parts may not be separated for use on more than one computer.

7.   SPEECH/HANDWRITING RECOGNITION. If the SOFTWARE includes speech and/or handwriting recognition component(s), you should understand that speech and handwriting recognition are inherently statistical processes; that recognition errors are inherent in the processes; that it is your responsibility to provide for the handling of such errors and to monitor the recognition processes and correct any errors. Neither Manufacturer, MS, Microsoft Corporation, nor their suppliers shall be liable for any damages arising out of errors in the speech and handwriting recognition processes.

8.   LANGUAGE VERSION SELECTION. Manufacturer may have elected to provide you with a one-time selection of two or more language versions of the SOFTWARE as part of the SOFTWARE setup process. In such event, you are licensed to use only one (1) of the language versions provided. Once you have used a language version, you are not licensed to use any of the other language versions that Manufacturer may have included with the COMPUTER. Notwithstanding the preceding, if Manufacturer has elected to provide you with a Multilingual User Interface ("MUI") for certain language versions with additional language version support of the SOFTWARE, the preceding limitation to select and use only one language version of the SOFTWARE shall not apply, so long as (A) you acknowledge that the MUI, and the language support contained therein, is a part of the SOFTWARE, (B) you only use the MUI with the SOFTWARE, and (C) you comply with all of the other terms and conditions of this EULA.

9.   MULTIPLE EULAS OR COAS. The package for the SOFTWARE may contain multiple versions of this EULA, such as multiple translations and/or multiple media versions (e.g., in the user documentation and in the software). In this case, you are only licensed to use the SOFTWARE for which a COA is provided. If the COMPUTER is accompanied by more than one (1) COA for a Microsoft operating system, you are licensed to use each Microsoft operating system(s) for which a COA is provided.

10.  TRADEMARKS. This EULA does not grant you any rights in connection with any trademarks or service marks of Manufacturer, MS or its suppliers (including Microsoft Corporation).

11.  PRODUCT SUPPORT. Support for the SOFTWARE is *not* provided by MS, Microsoft Corporation, or their affiliates or subsidiaries. For SOFTWARE support, please refer to Manufacturer's support number provided in the documentation for the HARDWARE. Should you have any questions concerning this EULA, or if you desire to contact Manufacturer for any other reason, please refer to the address provided in the documentation for the HARDWARE.

12.  LINKS TO THIRD PARTY SITES. You may link to third party sites through the use of the SOFTWARE. The third party sites are not under the control of MS or Microsoft, and MS or Microsoft are not responsible for the contents of any third party sites, any links contained in third party sites, or any changes or updates to third party sites. MS or Microsoft are not responsible for webcasting or any other form of transmission received from any third party sites. MS or Microsoft are providing these links to third party sites to you only as a convenience, and the inclusion of any link does not imply an endorsement by MS or Microsoft of the third party site.

13.  ADDITIONAL SOFTWARE/SERVICES. This EULA applies to updates, supplements, add-on components, product support services, or Internet-based services components, of the SOFTWARE that you may obtain from Manufacturer, MS, Microsoft Corporation or their subsidiaries after the date you obtain your initial copy of the SOFTWARE, unless you accept updated terms or another agreement governs. If other terms are not provided along with such Supplemental Components and the Supplemental Components are provided to you by MS, Microsoft Corporation or their subsidiaries then you will be licensed by such entity under the same terms and conditions of this EULA, except that (i) MS, Microsoft Corporation or their subsidiaries providing the Supplemental Components will be the licensor with respect to such Supplemental Components in lieu of the "Manufacturer" for the purposes of the EULA,

EULA WinXPSP2 Pro rev 0204

and (ii) TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, THE SUPPLEMENTAL COMPONENTS AND ANY (IF ANY) SUPPORT SERVICES RELATED TO THE SUPPLEMENTAL COMPONENTS ARE PROVIDED *AS IS AND WITH ALL FAULTS*. ALL OTHER DISCLAIMERS, LIMITATION OF DAMAGES, AND SPECIAL PROVISIONS PROVIDED BELOW AND/OR OTHERWISE WITH THE SOFTWARE SHALL APPLY TO SUCH SUPPLEMENTAL COMPONENTS. MS, Microsoft Corporation or their subsidiaries reserve the right to discontinue any Internet-based services provided to you or made available to you through the use of the SOFTWARE.

14.  UPGRADES. If the SOFTWARE is labeled as an upgrade, you must be properly licensed to use a product identified by MS or Microsoft Corporation as being eligible for the upgrade in order to use the SOFTWARE ("Eligible Product"). For the purpose of upgrade(s) only, "HARDWARE" shall mean the computer system or computer system component with which you received the Eligible Product. SOFTWARE labeled as an upgrade replaces and/or supplements (and may disable, if upgrading a Microsoft software product) the Eligible Product which came with the HARDWARE. After upgrading, you may no longer use the SOFTWARE that formed the basis for your upgrade eligibility (unless otherwise provided). You may use the resulting upgraded product only in accordance with the terms of this EULA and only with the HARDWARE. If the SOFTWARE is an upgrade of a component of a package of software programs that you licensed as a single product, the SOFTWARE may be used and transferred only as part of that single product package and may not be separated for use on more than one computer.

15.  NOT FOR RESALE SOFTWARE. SOFTWARE identified as "Not For Resale" or "NFR," may not be sold or otherwise transferred for value, or used for any purpose other than demonstration, test or evaluation.

16.  ACADEMIC EDITION SOFTWARE. To use SOFTWARE identified as "Academic Edition" or "AE," you must be a "Qualified Educational User." For qualification-related questions, please contact the Microsoft Sales Information Center/One Microsoft Way/Redmond, WA 98052-6399 or the Microsoft subsidiary serving your country.

17.  NOTICES REGARDING THE MPEG-4 VISUAL STANDARD. The SOFTWARE includes MPEG-4 visual decoding technology. This technology is a format for data compression of video information. For this technology, MPEG LA, L.L.C. requires this notice:

> USE OF THIS PRODUCT IN ANY MANNER THAT COMPLIES WITH THE MPEG-4 VISUAL STANDARD IS PROHIBITED, EXCEPT FOR USE DIRECTLY RELATED TO (A) DATA OR INFORMATION (i) GENERATED BY AND OBTAINED WITHOUT CHARGE FROM A CONSUMER NOT THEREBY ENGAGED IN A BUSINESS ENTERPRISE, AND (ii) FOR PERSONAL USE ONLY; AND (B) OTHER USES SPECIFICALLY AND SEPARATELY LICENSED BY MPEG LA, L.L.C.

If you have questions regarding this notice, please contact MPEG LA, L.L.C., 250 Steele Street, Suite 300, Denver, Colorado 80206; Telephone 303 331.1880; FAX 303 331.1879; www.mpegla.com.

18.  EXPORT RESTRICTIONS. You acknowledge that the SOFTWARE is subject to U.S. export jurisdiction. You agree to comply with all applicable international and national laws that apply to the SOFTWARE, including the U.S. Export Administration Regulations, as well as end-user, end-use, and destination restrictions issued by U.S. and other governments. For additional information see <http://www.microsoft.com/exporting/>.

19.  END USER PROOF OF LICENSE. If you acquired the SOFTWARE on a device, or on a compact disc or other media, a genuine Microsoft "Proof of License" COA label with a genuine copy of the SOFTWARE identifies a licensed copy of the SOFTWARE. To be valid, the label must be affixed to the COMPUTER, or appear on the SOFTWARE packaging. If you receive the label separately, it is invalid. You should keep the label on the COMPUTER or packaging to prove that you are licensed to use the SOFTWARE.

EULA WinXPSP2 Pro rev 0204

20. TERMINATION. Without prejudice to any other rights, Manufacturer or MS may terminate this EULA if you fail to comply with the terms and conditions of this EULA. In such event, you must destroy all copies of the SOFTWARE and all of its component parts.

21. NOTICE REGARDING SECURITY. To help protect against breaches of security and malicious software, periodically back up your data and system information, use security features such as firewalls, and install and use security updates.

---

22. LIMITED WARRANTY FOR SOFTWARE ACQUIRED IN THE US AND CANADA.

Manufacturer warrants that the SOFTWARE will perform substantially in accordance with the accompanying materials for a period of ninety (90) days from the date of receipt.

If an implied warranty or condition is created by your state/jurisdiction and federal or state/provincial law prohibits disclaimer of it, you also have an implied warranty or condition, BUT ONLY AS TO DEFECTS DISCOVERED DURING THE PERIOD OF THIS LIMITED WARRANTY (NINETY DAYS). AS TO ANY DEFECTS DISCOVERED AFTER THE NINETY-DAY PERIOD, THERE IS NO WARRANTY OR CONDITION OF ANY KIND. Some states/jurisdictions do not allow limitations on how long an implied warranty or condition lasts, so the above limitation may not apply to you.

Any supplements or updates to the SOFTWARE, including without limitation, any (if any) service packs or hot fixes provided to you after the expiration of the ninety-day Limited Warranty period are not covered by any warranty or condition, express, implied or statutory.

LIMITATION ON REMEDIES; NO CONSEQUENTIAL OR OTHER DAMAGES. Your exclusive remedy for any breach of this Limited Warranty is as set forth below. Except for any refund elected by Manufacturer, YOU ARE NOT ENTITLED TO ANY DAMAGES, INCLUDING BUT NOT LIMITED TO CONSEQUENTIAL DAMAGES, if the SOFTWARE does not meet Manufacturer's Limited Warranty, and, to the maximum extent allowed by applicable law, even if any remedy fails of its essential purpose. The terms of Section 24 ("Exclusion of Incidental, Consequential and Certain Other Damages") are also incorporated into this Limited Warranty. Some states/jurisdictions do not allow the exclusion or limitation of incidental or consequential damages, so the above limitation or exclusion may not apply to you. This Limited Warranty gives you specific legal rights. You may have other rights which vary from state/jurisdiction to state/jurisdiction.

YOUR EXCLUSIVE REMEDY. Manufacturer's and its suppliers' (including MS', Microsoft Corporation's (including its subsidiaries) and their respective suppliers') entire liability and your exclusive remedy for any breach of this Limited Warranty or for any other breach of this EULA or for any other liability relating to the SOFTWARE shall be, at Manufacturer's option from time to time exercised subject to applicable law, (a) return of the amount paid (if any) for the product(s) in accordance with Manufacturer's return policies, or (b) repair or replacement of the SOFTWARE that does not meet this Limited Warranty and that is returned to Manufacturer with the Certificate of Authenticity and a copy of your receipt at the address specified by Manufacturer. You will receive the remedy elected by Manufacturer without charge, except that you are responsible for any expenses specified in Manufacturer's warranty remedy documentation. This Limited Warranty is void if failure of the SOFTWARE has resulted from accident, abuse, misapplication, abnormal use or a virus. Any replacement SOFTWARE will be warranted for the remainder of the original warranty period or thirty (30) days, whichever is longer, and Manufacturer will use commercially reasonable efforts to provide your remedy within a commercially reasonable time of your compliance with Manufacturer's warranty remedy procedures.

---

23. DISCLAIMER OF WARRANTIES. The Limited Warranty that appears above is the only express warranty made to you and is provided in lieu of any other express warranties or similar obligations (if any) created by any advertising, documentation, packaging, or other communications. Except for the Limited Warranty and to the maximum extent permitted by applicable law, Manufacturer and its suppliers (including MS, Microsoft Corporation (including its subsidiaries) and their respective suppliers) provide the SOFTWARE and support services (if any) AS IS AND WITH ALL FAULTS, and hereby disclaim all other warranties and conditions, whether express, implied or

statutory, including, but not limited to, any (if any) implied warranties, duties or conditions of merchantability, of fitness for a particular purpose, of reliability or availability, of accuracy or completeness of responses, of results, of workmanlike effort, of lack of viruses, and of lack of negligence, all with regard to the SOFTWARE, and the provision of or failure to provide support or other services, information, software, and related content through the SOFTWARE or otherwise arising out of the use of the SOFTWARE. ALSO, THERE IS NO WARRANTY OR CONDITION OF TITLE, QUIET ENJOYMENT, QUIET POSSESSION, CORRESPONDENCE TO DESCRIPTION OR NON-INFRINGEMENT WITH REGARD TO THE SOFTWARE.

24. EXCLUSION OF INCIDENTAL, CONSEQUENTIAL AND CERTAIN OTHER DAMAGES. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT SHALL MANUFACTURER OR ITS SUPPLIERS (INCLUDING MS, MICROSOFT CORPORATION (INCLUDING ITS SUBSIDIARIES) AND THEIR RESPECTIVE SUPPLIERS) BE LIABLE FOR ANY SPECIAL, INCIDENTAL, PUNITIVE, INDIRECT, OR CONSEQUENTIAL DAMAGES WHATSOEVER (INCLUDING, BUT NOT LIMITED TO, DAMAGES FOR LOSS OF PROFITS OR CONFIDENTIAL OR OTHER INFORMATION, FOR BUSINESS INTERRUPTION, FOR PERSONAL INJURY, FOR LOSS OF PRIVACY, FOR FAILURE TO MEET ANY DUTY OF GOOD FAITH OR OF REASONABLE CARE, FOR NEGLIGENCE, AND FOR ANY OTHER PECUNIARY OR OTHER LOSS WHATSOEVER) ARISING OUT OF OR IN ANY WAY RELATED TO THE USE OF OR INABILITY TO USE THE SOFTWARE, THE PROVISION OF OR FAILURE TO PROVIDE SUPPORT OR OTHER SERVICES, INFORMATION, SOFTWARE, AND RELATED CONTENT THROUGH THE SOFTWARE, OR OTHERWISE ARISING OUT OF THE USE OF THE SOFTWARE, OR OTHERWISE UNDER OR IN CONNECTION WITH ANY PROVISION OF THIS EULA, EVEN IN THE EVENT OF THE FAULT, TORT (INCLUDING NEGLIGENCE), MISREPRESENTATION, STRICT LIABILITY, BREACH OF CONTRACT OR BREACH OF WARRANTY OF MANUFACTURER OR ANY SUPPLIER (INCLUDING MS, MICROSOFT CORPORATION (INCLUDING ITS SUBSIDIARIES) AND THEIR RESPECTIVE SUPPLIERS), AND EVEN IF MANUFACTURER OR ANY SUPPLIER (INCLUDING MS, MICROSOFT CORPORATION (INCLUDING ITS SUBSIDIARIES) AND THEIR RESPECTIVE SUPPLIERS) HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

25. LIMITATION OF LIABILITY AND REMEDIES. NOTWITHSTANDING ANY DAMAGES THAT YOU MIGHT INCUR FOR ANY REASON WHATSOEVER (INCLUDING, WITHOUT LIMITATION, ALL DAMAGES REFERENCED HEREIN AND ALL DIRECT OR GENERAL DAMAGES IN CONTRACT OR ANYTHING ELSE), THE ENTIRE LIABILITY OF MANUFACTURER AND ANY OF ITS SUPPLIERS (INCLUDING MS, MICROSOFT CORPORATION (INCLUDING ITS SUBSIDIARIES) AND THEIR RESPECTIVE SUPPLIERS) UNDER ANY PROVISION OF THIS EULA AND YOUR EXCLUSIVE REMEDY HEREUNDER (EXCEPT FOR ANY REMEDY OF REPAIR OR REPLACEMENT ELECTED BY MANUFACTURER WITH RESPECT TO ANY BREACH OF THE LIMITED WARRANTY) SHALL BE LIMITED TO THE GREATER OF THE ACTUAL DAMAGES YOU INCUR IN REASONABLE RELIANCE ON THE SOFTWARE UP TO THE AMOUNT ACTUALLY PAID BY YOU FOR THE SOFTWARE OR US$5.00. THE FOREGOING LIMITATIONS, EXCLUSIONS AND DISCLAIMERS (INCLUDING SECTIONS 22, 23, AND 24) SHALL APPLY TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, EVEN IF ANY REMEDY FAILS ITS ESSENTIAL PURPOSE.

26. U.S. GOVERNMENT LICENSE RIGHTS. All software provided to the U.S. Government pursuant to solicitations issued on or after December 1, 1995, is provided with the commercial license rights and restrictions described elsewhere herein. All software provided to the U.S. Government pursuant to solicitations issued prior to December 1, 1995, is provided with "Restricted Rights" as provided for in FAR, 48 CFR 52.227-14 (JUNE 1987) or DFAR, 48 CFR 252.227-7013 (OCT 1988), as applicable.

27. APPLICABLE LAW. If you acquired this SOFTWARE in the United States, this EULA is governed by the laws of the State of Washington. If you acquired this SOFTWARE in Canada, unless expressly prohibited by local law, this EULA is governed by the laws in force in the Province of Ontario, Canada; and, in respect of any dispute which may arise hereunder, you consent to the jurisdiction of the federal and provincial courts sitting in Toronto, Ontario. If you acquired this SOFTWARE in the

EULA WinXPSP2 Pro rev 0204

European Union, Iceland, Norway, or Switzerland, then local law applies. If you acquired this SOFTWARE in any other country, then local law may apply.

28. **ENTIRE AGREEMENT; SEVERABILITY.** This EULA (including any addendum or amendment to this EULA which is included with the SOFTWARE) are the entire agreement between you and Manufacturer relating to the SOFTWARE and support or other services (if any) and they supersede all prior or contemporaneous oral or written communications, proposals and representations with respect to the SOFTWARE or any other subject matter covered by this EULA. If any provision of this EULA is held to be void, invalid, unenforceable or illegal, the other provisions shall continue in full force and effect.

---

Si vous avez acquis le Logiciel au CANADA, la garantie limitée suivante s'applique :

GARANTIE LIMITÉE

Le Fabricant (identifié ci-dessus en anglais comme « Manufacturer ») garantit que le Logiciel fonctionnera substantiellement en conformité avec la documentation qui l'accompagne pour une période de quatre-vingt-dix (90) jours suivant la date de réception.

Si une garantie ou condition implicite est créée par votre État ou votre territoire et qu'une loi fédérale ou provinciale ou d'un État en interdit le déni, vous jouissez également d'une garantie ou condition implicite, MAIS UNIQUEMENT POUR LES DÉFAUTS DÉCOUVERTS DURANT LA PÉRIODE DE LA PRÉSENTE GARANTIE LIMITÉE (QUATRE-VINGT-DIX JOURS). IL N'Y A AUCUNE GARANTIE OU CONDITION DE QUELQUE NATURE QUE CE SOIT QUANT AUX DÉFAUTS DÉCOUVERTS APRÈS CETTE PÉRIODE DE QUATRE-VINGT-DIX JOURS. Certains États ou territoires ne permettent pas de limiter la durée d'une garantie ou condition implicite de sorte que la limitation ci-dessus peut ne pas s'appliquer à vous.

Tous les suppléments ou toutes les mises à jour relatifs au Logiciel, notamment, les ensembles de services ou les réparations à chaud (le cas échéant) qui vous sont fournis après l'expiration de la période de quatre-vingt-dix jours de la garantie limitée ne sont pas couverts par quelque garantie ou condition que ce soit, expresse, implicite ou en vertu de la loi.

LIMITATION DES RECOURS; ABSENCE DE DOMMAGES INDIRECTS OU AUTRES. Votre recours exclusif pour toute violation de la présente garantie limitée est décrit ci-après. Sauf pour tout remboursement au choix du Fabricant et dans la mesure maximale permise par le droit applicable, même si tout recours n'atteint pas son but essentiel, VOUS N'AVEZ DROIT À AUCUNS DOMMAGES, NOTAMMENT DES DOMMAGES INDIRECTS. Les termes de la clause « Exclusion des dommages accessoires, indirects et de certains autres dommages » sont également intégrés à la présente garantie limitée. Certains États ou territoires ne permettent pas l'exclusion ou la limitation des dommages indirects ou accessoires de sorte que la limitation ou l'exclusion ci-dessus peut ne pas s'appliquer à vous. La présente garantie limitée vous donne des droits légaux spécifiques. Vous pouvez avoir d'autres droits qui peuvent varier d'un territoire ou d'un État à un autre.

VOTRE RECOURS EXCLUSIF. La seule responsabilité du Fabricant et de ses fournisseurs (y compris Microsoft Licensing, GP, Microsoft Ireland Operations Limited, Microsoft (China) Co. Limited (« MS ») Microsoft Corporation (y compris leurs filiales) et leurs fournisseurs respectifs) et votre recours exclusif pour toute violation de la présente garantie limitée ou pour toute autre violation du présent contrat ou pour toute autre responsabilité relative au Logiciel seront, selon le choix du Fabricant exercé de temps à autre sous réserve du droit applicable, a) le remboursement du prix payé, le cas échéant, pour le(s) produit(s) conformément aux politiques de retour du Fabricant, ou b) la réparation ou le remplacement du Logiciel qui ne respecte pas la présente garantie limitée et qui est retourné au Fabricant avec le Certificat d'authenticité et une copie de votre reçu à l'adresse spécifiée par le Fabricant. Vous recevrez la compensation choisie par le Fabricant, sans frais, sauf que vous êtes responsable pour toutes dépenses telles que spécifiées dans la documentation du Fabricant concernant les recours en cas de garantie. La

présente garantie limitée est nulle si la défectuosité du Logiciel est causée par un accident, un usage abusif, une mauvaise application, un usage anormal ou un virus. Tout Logiciel de remplacement sera garanti pour le reste de la période initiale de la garantie ou pendant trente (30) jours, selon la plus longue entre ces deux périodes, et le Fabricant utilisera des efforts commercialement raisonnables pour vous fournir la compensation choisie dans un délai commercialement raisonnable après que vous vous soyez conformé aux procédures du Fabricant concernant les recours en cas de garantie.

DÉNI DE GARANTIES. La garantie limitée qui apparaît ci-dessus constitue la seule garantie expresse qui vous est donnée et remplace toutes autres garanties expresses ou obligations similaires (s'il en est) créées par une publicité, un document, un emballage ou une autre communication. Sauf en ce qui a trait à la garantie limitée et dans la mesure maximale permise par le droit applicable, le Fabricant et ses fournisseurs (y compris MS, Microsoft Corporation (y compris leurs filiales) et leurs fournisseurs respectifs) fournissent le Logiciel et les services de soutien technique (le cas échéant) TELS QUELS ET AVEC TOUS LES DÉFAUTS et par les présentes ils dénient toutes autres garanties et conditions, expresses, implicites ou en vertu de la loi, notamment, mais sans limitation, (le cas échéant) les garanties, devoirs ou conditions implicites de qualité marchande, d'adaptation à une fin particulière, de fiabilité ou de disponibilité, d'exactitude ou d'exhaustivité des réponses, des résultats, des efforts déployés selon les règles de l'art, d'absence de virus et d'absence de négligence, le tout à l'égard du Logiciel et de la prestation ou de l'omission de la prestation des services de soutien technique ou autres services, renseignements, logiciels et contenu qui s'y rapporte grâce au Logiciel ou provenant autrement de l'utilisation du Logiciel. PAR AILLEURS, IL N'Y A AUCUNE GARANTIE OU CONDITION QUANT AU TITRE DE PROPRIÉTÉ, À LA JOUISSANCE OU À LA POSSESSION PAISIBLE, À LA CONCORDANCE À UNE DESCRIPTION NI QUANT À UNE ABSENCE DE CONTREFAÇON CONCERNANT LE LOGICIEL.

EXCLUSION DES DOMMAGES ACCESSOIRES, INDIRECTS ET DE CERTAINS AUTRES DOMMAGES. DANS LA MESURE MAXIMALE PERMISE PAR LE DROIT APPLICABLE, EN AUCUN CAS LE FABRICANT OU SES FOURNISSEURS (Y COMPRIS MS, MICROSOFT CORPORATION (Y COMPRIS LEURS FILIALES) ET LEURS FOURNISSEURS RESPECTIFS) NE SERONT RESPONSABLES DES DOMMAGES SPÉCIAUX, INCIDENTS, PUNITIFS, INDIRECTS OU ACCESSOIRES DE QUELQUE NATURE QUE CE SOIT (Y COMPRIS, MAIS SANS LIMITATION, LES DOMMAGES POUR PERTE DE PROFIT OU POUR PERTE DE RENSEIGNEMENTS, CONFIDENTIELS OU AUTRES, POUR L'INTERRUPTION DES ACTIVITÉS, POUR BLESSURES CORPORELLES, VIOLATION DE LA VIE PRIVÉE, OMISSION DE REMPLIR TOUT DEVOIR DE BONNE FOI OU DE SOIN RAISONNABLE, POUR NÉGLIGENCE OU POUR TOUTE AUTRE PERTE PÉCUNIAIRE OU AUTRE PERTE DE QUELQUE NATURE QUE CE SOIT) SE RAPPORTANT DE QUELQUE MANIÈRE QUE CE SOIT À L'UTILISATION DU LOGICIEL OU À L'INCAPACITÉ DE S'EN SERVIR, À LA FOURNITURE OU À L'OMISSION DE FOURNIR DES SERVICES DE SOUTIEN TECHNIQUE OU AUTRES SERVICES, DES RENSEIGNEMENTS, LOGICIELS ET CONTENU QUI S'Y RAPPORTE GRÂCE AU LOGICIEL OU AUTREMENT EN VERTU DES TERMES DE TOUTE DISPOSITION DU PRÉSENT CONTRAT OU RELATIVEMENT À UNE TELLE DISPOSITION, MÊME EN CAS DE FAUTE, DE DÉLIT CIVIL (Y COMPRIS LA NÉGLIGENCE), DE FAUSSE REPRÉSENTATION, DE RESPONSABILITÉ STRICTE, DE VIOLATION DE CONTRAT OU DE VIOLATION DE GARANTIE DU FABRICANT OU DE TOUT FOURNISSEUR (Y COMPRIS MS, MICROSOFT CORPORATION (Y COMPRIS LEURS FILIALES) ET LEURS FOURNISSEURS RESPECTIFS), ET CE, MÊME SI LE FABRICANT OU TOUT FOURNISSEUR (Y COMPRIS MS, MICROSOFT CORPORATION (Y COMPRIS LEURS FILIALES) ET LEURS FOURNISSEURS RESPECTIFS) A ÉTÉ AVISÉ DE LA POSSIBILITÉ DE TELS DOMMAGES.

LIMITATION DE RESPONSABILITÉ ET RECOURS. MALGRÉ LES DOMMAGES QUE VOUS PUISSIEZ SUBIR POUR QUELQUE MOTIF QUE CE SOIT (Y COMPRIS NOTAMMENT, MAIS SANS LIMITATION, TOUS LES DOMMAGES SUSMENTIONNÉS ET TOUS LES DOMMAGES DIRECTS OU GÉNÉRAUX, CONTRACTUELS OU AUTRES), LA SEULE RESPONSABILITÉ DU FABRICANT ET DE L'UN DE SES FOURNISSEURS (Y COMPRIS MS, MICROSOFT CORPORATION (Y COMPRIS LEURS FILIALES) ET LEURS FOURNISSEURS RESPECTIFS) AUX

TERMES DE TOUTE DISPOSITION DU PRÉSENT CONTRAT ET VOTRE RECOURS EXCLUSIF EN VERTU DES PRÉSENTES (SAUF EN CE QUI CONCERNE TOUT RECOURS DE RÉPARATION OU DE REMPLACEMENT CHOISI PAR LE FABRICANT À L'ÉGARD DE TOUT MANQUEMENT À LA GARANTIE LIMITÉE) SE LIMITE AU PLUS ÉLEVÉ DES DOMMAGES RÉELS QUE VOUS AVEZ SUBIS EN VOUS FIANT RAISONNABLEMENT SUR LE LOGICIEL JUSQU'À CONCURRENCE DU MONTANT QUE VOUS AVEZ RÉELLEMENT PAYÉ POUR LE LOGICIEL OU 5,00 $US. LES LIMITES, EXCLUSIONS ET DÉNIS QUI PRÉCÈDENT (Y COMPRIS LES CLAUSES CI-DESSUS) S'APPLIQUENT DANS LA MESURE MAXIMALE PERMISE PAR LE DROIT APPLICABLE, MÊME SI TOUT RECOURS N'ATTEINT PAS SON BUT ESSENTIEL.

À moins que cela ne soit prohibé par le droit local applicable, le présent contrat est régi par les lois en vigueur dans la province d'Ontario, Canada. En cas de tout différend qui pourrait surgir en vertu des présentes, vous consentez à la juridiction des tribunaux fédéraux et provinciaux siégeant à Toronto, dans la province d'Ontario.

The following MANUFACTURER'S GUARANTEE applies to you if you acquired this SOFTWARE in any other country:

*Statutory rights not affected* - The following guarantee is not restricted to any territory and does not affect any statutory rights that you may have from your reseller or from Manufacturer if you acquired the SOFTWARE directly from Manufacturer. If you acquired the SOFTWARE or any support services in Australia, New Zealand or Malaysia, please see the "Consumer rights" section below.

*The guarantee* - The SOFTWARE is designed and offered as general-purpose software, not for any user's particular purpose. You accept that no SOFTWARE is error free and you are strongly advised to back-up your files regularly. Provided that you have a valid license, Manufacturer guarantees that (a) for a period of ninety (90) days from the date of receipt of your license to use the SOFTWARE or the shortest period permitted by applicable law it will perform substantially in accordance with the materials that accompany the SOFTWARE; and (b) any support services provided by Manufacturer shall be substantially as described in applicable materials provided to you by Manufacturer. In the event that the SOFTWARE fails to comply with this guarantee, Manufacturer will either (a) repair or replace the SOFTWARE or (b) return the amount you paid (if any) for the product(s) in accordance with Manufacturer's return policies. This guarantee is void if failure of the SOFTWARE results from accident, abuse or misapplication. Any replacement SOFTWARE will be guaranteed for the remainder of the original guarantee period or thirty (30) days, whichever period is longer. You agree that the above guarantee is your sole guarantee in relation to the SOFTWARE and any support services.

*Exclusion of All Other Terms* - To the maximum extent permitted by applicable law and subject to the guarantee above, Manufacturer and its suppliers (including MS, Microsoft Corporation (including its subsidiaries) and their respective suppliers) disclaim all warranties, conditions and other terms, either express or implied (whether by statute, common law, collaterally or otherwise) including but not limited to implied warranties of satisfactory quality and fitness for particular purpose with respect to the SOFTWARE and the written materials that accompany the SOFTWARE. Any implied warranties that cannot be excluded are limited to ninety (90) days or to the shortest period permitted by applicable law, whichever is greater.

*Limitation of Liability* - To the maximum extent permitted by applicable law and except as provided in the Manufacturer Guarantee, Manufacturer and its suppliers (including MS, Microsoft Corporation (including its subsidiaries) and their respective suppliers) shall not be liable for any damages whatsoever (including without limitation, damages for loss of business profits, business interruption, loss of business information or other pecuniary loss) arising out of the use or inability to use the SOFTWARE, even if Manufacturer and its suppliers (including MS, Microsoft Corporation (including its subsidiaries) and their respective suppliers) have been advised of the possibility of such damages. In any case

Manufacturer's and any of its suppliers' (including MS', Microsoft Corporation's (including its subsidiaries') and their respective suppliers') entire liability under any provision of this EULA shall be limited to the amount actually paid by you for the SOFTWARE. These limitations do not apply to any liabilities that cannot be excluded or limited by applicable laws.

*Consumer rights* - Consumers in Australia, New Zealand or Malaysia may have the benefit of certain rights and remedies by reason of the Trade Practices Act and similar state and territory laws in Australia, the Consumer Guarantees Act in New Zealand and the Consumer Protection Act in Malaysia in respect of which liability cannot lawfully be modified or excluded. If you acquired the SOFTWARE in New Zealand for the purposes of a business, you confirm that the Consumer Guarantees Act does not apply. If you acquired the SOFTWARE in Australia and if Manufacturer breaches a condition or warranty implied under any law which cannot lawfully be modified or excluded by this agreement then, to the extent permitted by law, Manufacturer's and any of its suppliers' (including MS', Microsoft Corporation's (including its subsidiaries') and their respective suppliers') liability is limited, at Manufacturer's option, to: (i) in the case of the SOFTWARE: (a) repairing or replacing the SOFTWARE; or (b) the cost of such repair or replacement; and (ii) in the case of support services, if any: (a) re-supply of the services; or (b) the cost of having the services supplied again.

EULA WinXPSP2 Pro rev 0204