# Exhibit G

Dockets.Justia.com

Page 1

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

---

DIANNE L. KELLEY and KENNETH )
HANSEN,                       )
                              )
            Plaintiffs,       )
                              )
    vs.                       ) No. C070475 MJP
                              )
MICROSOFT CORPORATION, a      )
Washington corporation,       )
                              )
            Defendant.        )

---

VIDEOTAPED 30(b)(6) DEPOSITION UPON ORAL EXAMINATION OF

MICROSOFT CORPORATION

MARK TINDALL

(CONTAINS CONFIDENTIAL TESTIMONY

SUBJECT TO PROTECTIVE ORDER)

---

8:52 A.M.

AUGUST 29, 2007

1001 FOURTH AVENUE, SUITE 4000

SEATTLE, WASHINGTON

REPORTED BY: JULIE R. HEAD, CRR, RPR, CCR No. 3119

Exhibit G
Page 81 of 133

Yamaguchi Obien Mangio, LLC * www.yomreporting.com
520 Pike Street, Suite 1320, Seattle, Washington 98101 * (206) 622-6875 * 1 (800) 831-6973
d0eaa0b0-d906-477b-bb31-1bc5c7870cce

Page 6

1     SEATTLE, WASHINGTON; AUGUST 29, 2007
2         8:52 A.M.
3           --oOo--
4
08:52:29  5     THE VIDEOGRAPHER: Good morning. We are now
08:52:30  6 on the record.
08:52:31  7     Today's date is August 29th, 2007, and the
08:52:34  8 time is now 8:52 a.m. The location of today's
08:52:38  9 deposition is Gordon, Murray, Tilden, 1001 Fourth
08:52:44 10 Avenue, Suite 4000, Seattle, Washington 98154.
08:52:49 11     My name is Tania Grant, video specialist
08:52:52 12 representing Yamaguchi, Obien & Mangio in Seattle,
08:52:54 13 Washington.
08:52:56 14     Cause number is C07-0475 MJP, entitled Dianne
08:53:05 15 L. Kelley v Microsoft Corporation. The deponent this
08:53:09 16 morning is Mark Tindall.
08:53:11 17     The video deposition is requested by the
08:53:13 18 plaintiffs' counsel with Keller Rohrback.
08:53:16 19     Would counsel and all present please identify
08:53:18 20 yourselves and state whom you represent.
08:53:20 21     MR. SMART: My name is Will Smart from Keller
08:53:23 22 Rohrback. I'm here with Ian Birk, Mark Wilner, and Jeff
08:53:27 23 Tilden for the plaintiffs.
08:53:28 24     MS. KINKEAD: Cassandra Kinkead with Davis,
08:53:30 25 Wright, Tremaine on behalf of Defendant Microsoft

Page 7

08:53:31  1 Corporation.
08:53:33  2     MS. NORMAN: Linda Norman of Microsoft
08:53:34  3 Corporation on behalf of Mr. -- Microsoft.
08:53:40  4     MR. CASPER: Charles Casper, Montgomery,
08:53:40  5 McCracken, Walker & Rhoads for Microsoft.
08:53:44  6     MR. SMART: Okay.
08:53:48  7     THE VIDEOGRAPHER: The court reporter today is
08:53:48  8 Julie Head with the firm Yamaguchi, Obien & Mangio.
08:53:52  9     Please swear in the witness and we may
08:53:54 10 proceed.
         11         MARK TINDALL,
         12     sworn as a witness by the Notary Public,
         13         testified as follows:
         14         EXAMINATION
         15 BY MR. SMART:
08:54:07 16     Q. Mr. Tindall, my name is Will Smart. You and I
08:54:10 17 have just been introduced. We have not met before, have
08:54:12 18 we?
08:54:13 19     A. No.
08:54:13 20     Q. Could you state your full name and address for
08:54:15 21 the record, please, sir?
08:54:17 22     A. Mark Edward Tindall. Address is 2008 3rd
08:54:22 23 Avenue North in Seattle, Washington. Zip code is 98109.
08:54:28 24     Q. And what is located at 2008 3rd?
08:54:32 25     A. My home.

Page 8

08:54:33  1     Q. Okay. How long have you resided there, sir?
08:54:35  2     A. Approximately six years.
08:54:39  3     Q. And what is your employment, sir?
08:54:41  4     A. I work for the Microsoft Corporation.
08:54:44  5     Q. In what capacity?
08:54:46  6     A. I do global marketing.
08:54:47  7     Q. Do you have a title?
08:54:48  8     A. I do. I'm the -- currently, the lead program
08:54:51  9 manager.
08:54:53 10     Q. And what are the job responsibilities of the
08:54:55 11 lead program manager?
08:54:58 12     A. My job involves taking what we call at
08:55:01 13 Microsoft customer campaigns, in working with our global
08:55:07 14 subsidiaries to roll those out and make those -- bring
08:55:12 15 those to life globally.
08:55:14 16     Q. And how long have you been engaged in that
08:55:16 17 particular occupation?
08:55:18 18     A. I started my current role in December of 2006.
08:55:25 19     Q. That would be after the Windows Vista campaign
08:55:29 20 had been going on for some time?
08:55:32 21     A. Yes. The product -- Windows Vista had not
08:55:36 22 launched at that time, but, yes, the campaign had been
08:55:39 23 going on.
08:55:39 24     Q. How long have you been employed at Microsoft,
08:55:41 25 sir?

Page 9

08:55:41  1     A. I began in January of 2003, so, approximately
08:55:46  2 four and a half years.
08:55:47  3     Q. And what jobs did you hold at Microsoft prior
08:55:50  4 to the time you became the lead program manager?
08:55:54  5     A. Most of the roles were in -- or, actually, all
08:55:58  6 of the roles prior to this were in the -- what was
08:56:00  7 called the -- currently called the Entertainment and
08:56:03  8 Devices Division on the retail team, so, I've been a
08:56:08  9 group manager in that group since joining the company,
08:56:12 10 but I've had several different product lines that I've
08:56:16 11 managed within that.
08:56:17 12     Q. Okay. And what titles did you hold before
08:56:19 13 your current title as lead program manager?
08:56:21 14     A. They were all group manager.
08:56:23 15     Q. All right. Did you have association with
08:56:27 16 Windows Vista program prior to December of 2006?
08:56:32 17     A. Yes.
08:56:32 18     Q. Could you describe what that association was,
08:56:34 19 please?
08:56:36 20     A. Yes. My team, in the retail group at
08:56:40 21 Microsoft, is responsible for doing retail marketing on
08:56:44 22 behalf of the company. In -- In so far as my team was
08:56:50 23 responsible for, specifically, the launch of Windows
08:56:53 24 Vista in the US retail marketplace, we were responsible
08:56:57 25 for working with all the business groups within the

Exhibit G
Page 82 of 133

3 (Pages 6 to 9)

Yamaguchi Obien Mangio, LLC * www.yomreporting.com
520 Pike Street, Suite 1320, Seattle, Washington 98101 * (206) 622-6875 * 1 (800) 831-6973

d0eaa0b0-d906-477b-bb31-1bc5c7870cce

MARK TINDALL CONFIDENTIAL; August 29, 2007

                                                                    80

1                    REPORTER'S CERTIFICATE

2

3        I, JULIE R. HEAD, the undersigned Certified Court

4   Reporter and Notary Public, do hereby certify:

5        That the sworn testimony and/or proceedings, a

6   transcript of which is attached, was given before me at

7   the time and place stated therein; that any and/or all

8   witness(es) were by me duly sworn to testify to the

9   truth; that the sworn testimony and/or proceedings were

10  by me stenographically recorded and transcribed under

11  my supervision, to the best of my ability; that the

12  foregoing transcript contains a full, true, and

13  accurate record of all the sworn testimony and/or

14  proceedings given and occurring at the time and place

15  stated in the transcript; that I am in no way related

16  to any party to the matter, nor to any counsel, nor do

17  I have any financial interest in the event of the case.

18       WITNESS MY HAND AND SEAL THIS 31st day of August,

19  2007.

20

21

22  JULIE R. HEAD, CRR, RPR
    Certified Court Reporter
23  CCR No. 3119
    Notary Public in and for the
24  State of Washington, residing in
    Snohomish County.  Commission
25  Expires 8-09-11.



Exhibit G
Page 83 of 133