# Exhibit H

Dockets.Justia.com

Case 2:07-cv-00475-MJP    Document 61-6    Filed 10/05/2007    Page 2 of 6

Page 1

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

DIANNE L. KELLEY and KENNETH )
HANSEN,                       )
                             )
              Plaintiffs,     )
                             )
     vs.                      )  No. C070475 MJP
                             )
MICROSOFT CORPORATION, a      )
Washington corporation,       )
                             )
              Defendant.      )

VIDEOTAPED 30(b)(6) DEPOSITION UPON ORAL EXAMINATION OF

MICROSOFT CORPORATION

MARK CROFT

(CONTAINS CONFIDENTIAL TESTIMONY

SUBJECT TO PROTECTIVE ORDER)

11:01 A.M.

AUGUST 29, 2007

1001 FOURTH AVENUE, SUITE 4000

SEATTLE, WASHINGTON

REPORTED BY: JULIE R. HEAD, CRR, RPR, CCR No. 3119

**Exhibit H**
**Page 85 of 133**

Yamaguchi Obien Mangio, LLC * www.yomreporting.com
520 Pike Street, Suite 1320, Seattle, Washington 98101 * (206) 622-6875 * 1 (800) 831-6973

9a2e9a57-ff13-4bd9-814c-d1bcb2f45d52

Page 6

11:02:38  1   Corporation for Microsoft Corporation.
11:02:41  2          THE VIDEOGRAPHER:  The court reporter today is
11:02:43  3   Julie Head with the firm Yamaguchi, Obien & Mangio.
11:02:46  4          Please swear in the witness and we may
11:02:48  5   proceed.
          6                  MARK CROFT,
          7   sworn as a witness by the Notary Public,
          8          testified as follows:
          9              EXAMINATION
         10   BY MR. SMART:
11:03:02 11       Q.  Mr. Croft, my name is Will Smart.  You and I
11:03:04 12   have just been introduced, correct?
11:03:06 13       A.  Yes.  Hello.
11:03:06 14       Q.  We have never met before, right?
11:03:08 15       A.  That's correct.
11:03:08 16       Q.  Okay.  Would you state your full name and
11:03:10 17   address for the record, please, sir?
11:03:11 18       A.  My name is Mark Andrew Croft.  My residential
11:03:16 19   address is 3048 137th Avenue Northeast, Bellevue,
11:03:24 20   Washington State.  Zip code is 98005.
11:03:28 21       Q.  How long have you resided there, sir?
11:03:32 22       A.  Just a shade under ten years.
11:03:34 23       Q.  Okay.  And what is your employment, sir?
11:03:36 24       A.  My current employment is with Microsoft
11:03:39 25   Corporation and I'm employed in the marketing function.

Page 7

11:03:43  1       Q.  What is your title?
11:03:45  2       A.  My title is director of marketing.
11:03:48  3       Q.  How long have you been the director of
11:03:50  4   marketing for Microsoft?
11:03:52  5       A.  That title, now, just over two years.
11:03:57  6       Q.  And, so, give me an approximate start date for
11:04:01  7   your becoming the director of marketing.
11:04:06  8       A.  Hum.  That would have been June/July of 2005.
11:04:16  9       Q.  All right.  And were you employed by Microsoft
11:04:18 10   before that?
11:04:18 11       A.  I was.
11:04:19 12       Q.  In what capacity, sir?
11:04:21 13       A.  I was a group marketing manager.
11:04:27 14       Q.  For how long?
11:04:29 15       A.  That title would have been two to three years
11:04:33 16   predating the director title.
11:04:35 17       Q.  And which group were you the marketing manager
11:04:37 18   for?
11:04:38 19       A.  That -- That group marketing manager role was
11:04:41 20   in a division of Microsoft known as the Windows
11:04:45 21   Division.
11:04:49 22       Q.  And before you were the group marketing
11:04:51 23   manager for the Windows Division, what position did you
11:04:55 24   hold?
11:04:56 25       A.  I was a lead marketing manager.

Page 8

11:05:03  1       Q.  Working on what project?
11:05:04  2       A.  That was -- The project was Windows 2000 and
11:05:11  3   Windows XP.
11:05:17  4       Q.  And before that, sir?
11:05:19  5       A.  I was a product manager.
11:05:21  6       Q.  Which product?
11:05:23  7       A.  Windows 2000.
11:05:26  8       Q.  Can you give me a thumbnail sketch of your
11:05:28  9   educational background, please?
11:05:31 10       A.  Yes.  I have a first degree, a Bachelor of
11:05:35 11   Science, in engineering and then a master's degree in
11:05:41 12   services engineering.  Both of those degrees were --
11:05:46 13   originate from the UK university system.
11:05:49 14       Q.  And when did you get your master's, sir?
11:05:51 15       A.  I qualified for that in 1984.
11:05:56 16       Q.  And how old are you, sir?
11:05:58 17       A.  46.
11:06:04 18       Q.  Who did you work for -- for before you came to
11:06:06 19   work for Microsoft?
11:06:09 20       A.  Immediately before Microsoft, I was
11:06:11 21   self-employed.
11:06:16 22       Q.  And then before that?
11:06:17 23       A.  I was employed by -- get my sequence right,
11:06:23 24   here.  I -- I was employed by Unisys Corporation -- I'm
11:06:28 25   sorry, Ernst & Young.

Page 9

11:06:30  1       Q.  When you were self-employed, what job did you
11:06:32  2   do?
11:06:33  3       A.  I was a freelance IT consultant.
11:06:41  4       Q.  Have you ever given a deposition before, sir?
11:06:44  5       A.  I have not.
11:06:47  6       Q.  Have you ever been designated as a 30(b)(6)
11:06:52  7   designee before?
11:06:52  8       A.  Not that I'm aware.
11:06:54  9       Q.  Have you ever given sworn testimony in any
11:06:56 10   context?
11:06:57 11       A.  No.
11:06:59 12       Q.  All right.  Showing you Exhibit No. 1 to the
11:07:02 13   depositions here today, sir.  This is a notice of
11:07:07 14   30(b)(6) deposition, and I presume you have seen that
11:07:10 15   before; is that right?
11:07:11 16       A.  I have.
11:07:12 17       Q.  Okay.  And it's my understanding that you have
11:07:14 18   been designate -- designated by Microsoft to testify to
11:07:18 19   category number eight, which is the nature and location
11:07:21 20   of all -- all documents relating to any consumer
11:07:24 21   research undertaken by or on behalf of Microsoft with
11:07:27 22   respect to the Windows Vista Capable sticker program;
11:07:32 23   that right?
11:07:32 24       A.  Yes.
11:07:33 25       Q.  Okay.  And are you going to testify on

Exhibit H
Page 86 of 133

Yamaguchi Obien Mangio, LLC * www.yomreporting.com
520 Pike Street, Suite 1320, Seattle, Washington 98101 * (206) 622-6875 * 1 (800) 831-6973

9a2e9a57-ff13-4bd9-814c-d1bcb2f45d52

Page 26

| | |
|---|---|
| 11:26:29 1 | MR. CASPER: Objection: The question is |
| 11:26:31 2 | calling for speculation. |
| 11:26:35 3 | A. I'm not sure. |
| 4 | Q. (BY MR. SMART:) Did you look for any? |
| 11:26:37 5 | A. I did not. |
| 11:26:38 6 | Q. Why not? |
| 11:26:40 7 | A. The -- Much of this relates to work done |
| 11:26:44 8 | several years ago that -- you know, I do not have files |
| 11:26:49 9 | that go back that far, specific to e-mail. |
| 11:26:55 10 | Q. Did you look anywhere at Microsoft for any |
| 11:26:58 11 | such documents kept by anybody who participated in the |
| 11:27:01 12 | reviews in the meetings that you have identified? |
| 11:27:04 13 | A. No. I relied on the input from the two |
| 11:27:08 14 | people: Mr. Cook and Mr. Srinavasan. |
| 11:27:11 15 | Q. When you say you relied on the info, you |
| 11:27:13 16 | wouldn't have relied on them for any info regarding |
| 11:27:17 17 | e-mails, notes, or meeting minutes because you didn't |
| 11:27:19 18 | ask them about that, right? |
| 11:27:21 19 | A. I focused on -- on documents rather than |
| 11:27:25 20 | e-mail. |
| 11:27:30 21 | Q. You didn't ask Mr. Srinavasan or Mr. Cook for |
| 11:27:32 22 | any notes or meeting minutes that they kept, correct? |
| 11:27:35 23 | A. Correct. |
| 11:27:36 24 | Q. And you didn't ask them for any e-mails, |
| 11:27:38 25 | right? |

Page 27

| | |
|---|---|
| 11:27:38 1 | A. Correct. |
| 11:27:38 2 | Q. And you didn't ask them for any other kind of |
| 11:27:41 3 | documents that may have been kept by any of the |
| 11:27:43 4 | participants that participated in those reviews, |
| 11:27:45 5 | correct? |
| 11:27:46 6 | A. No. |
| 11:27:46 7 | MR. CASPER: Objection -- Objection: |
| 11:27:47 8 | Misstates the witness's testimony. |
| 9 | Q. (BY MR. SMART:) The answer was no? |
| 11:27:53 10 | A. Yes. |
| 11:27:54 11 | Q. Okay. |
| 11:27:54 12 | A. Me -- Meaning that I specifically consulted |
| 11:27:57 13 | with both of those colleagues on the nature of research |
| 11:28:01 14 | documents relative to this program. |
| 11:28:04 15 | Q. Yes. But I'm not talking about the research |
| 11:28:05 16 | documents themselves, now, sir. I'm talking about |
| 11:28:07 17 | e-mails, notes, meeting minutes, or other documents |
| 11:28:11 18 | generated by people who were in the reviews. Did you |
| 11:28:13 19 | ever ask anybody for those documents? |
| 11:28:16 20 | A. I did not. |
| 11:28:16 21 | Q. Do you know anybody at Microsoft who did? |
| 11:28:18 22 | A. I am not aware. |
| 11:28:23 23 | Q. Who else was involved in the review meetings? |
| 11:28:38 24 | A. During the period that I was active on this |
| 11:28:40 25 | project, Mr. Cook, Mr. Srinavasan. Another colleague of |

Page 28

| | |
|---|---|
| 11:28:48 1 | mine was also involved, part time: Mr. Patrick Kennedy. |
| 11:28:55 2 | Q. Did you ask Mr. Kennedy what documents he |
| 11:28:58 3 | possessed? |
| 11:28:59 4 | A. I did not need to. |
| 11:29:01 5 | Q. And, therefore, did not do it, right? |
| 11:29:04 6 | A. Correct. |
| 11:29:05 7 | Q. What reports were made to senior management |
| 11:29:08 8 | about the Riley Rowe findings? |
| 11:29:12 9 | A. The -- The actual -- The final report itself |
| 11:29:16 10 | was our -- was our -- was our main document. |
| 11:29:21 11 | Q. What reports were made to senior management -- |
| 11:29:23 12 | whether they were main documents or not -- concerning |
| 11:29:25 13 | the Riley Rowe findings? |
| 11:29:28 14 | MR. CASPER: Object to the form of the |
| 11:29:29 15 | question as vague and ambiguous. |
| 11:29:32 16 | A. So, our -- |
| 11:29:33 17 | MR. CASPER: And it's around the term -- your |
| 11:29:35 18 | use of the term reports, whether you're referring to the |
| 11:29:37 19 | written reports or whether you're referring to oral |
| 11:29:39 20 | discussions in the meetings. |
| 21 | Q. (BY MR. SMART:) I want to know if there's any |
| 22 | document that makes any recommendation about the Riley |
| 23 | Rowe findings. |
| 11:29:52 24 | A. There is no other document, that I'm aware of, |
| 11:29:54 25 | beyond the Riley Rowe report itself. |

Page 29

| | |
|---|---|
| 11:29:57 1 | Q. Did you ask anybody if there are any other |
| 11:29:59 2 | documents that exist beyond the Riley Rowe report? |
| 11:30:02 3 | A. I asked Mr. Cook and Mr. Srinavasan. |
| 11:30:08 4 | Q. Who made the final decision to incorporate the |
| 11:30:11 5 | Riley Rowe findings in any other Microsoft document? |
| 11:30:16 6 | A. I'm not aware. |
| 11:30:17 7 | Q. Who made the decision to go forward with the |
| 11:30:22 8 | Longhorn Ready program which now is the Vista Capable |
| 11:30:27 9 | program? |
| 11:30:28 10 | A. That program was supported by a variety of |
| 11:30:32 11 | Microsoft people. |
| 11:30:34 12 | Q. I appreciate that. I'm saying: Who made the |
| 11:30:36 13 | decision? |
| 11:30:37 14 | MR. CASPER: Objection: Lack of foundation; |
| 11:30:38 15 | you're beyond the scope of this witness's designation. |
| 11:30:43 16 | MR. SMART: No, we're not. |
| 17 | Q. (BY MR. SMART:) You may answer, sir. |
| 11:30:46 18 | A. I'd say over the period of the course of this |
| 11:30:48 19 | project, multiple people who were involved over -- |
| 11:30:54 20 | guiding the project. |
| 11:30:54 21 | Q. Who were they? |
| 11:31:03 22 | A. Mr. Cook and Mr. Srinavasan were critical |
| 11:31:08 23 | people on -- through -- through -- through much of the |
| 11:31:12 24 | time on this project, assisted by myself. |
| 11:31:16 25 | Q. Who were the senior managers who you had to |

Exhibit H
Page 87 of 133                                              8 (Pages 26 to 29)

Obien Mangio, LLC * www.yomreporting.com
520 Pike Street, Suite 1320, Seattle, Washington 98101 * (206) 622-6875 * 1 (800) 831-6973

9a2e9a57-ff13-4bd9-814c-d1bcb2f45d52

Page 38

| | |
|---|---|
| 11:41:01 | 1 |
| 11:41:03 | 2 |
| 11:41:03 | 3 |
| 11:41:10 | 4 |
| 11:41:14 | 5 |
| 11:41:18 | 6 |
| 11:41:19 | 7 |
| 11:41:22 | 8 |
| 11:41:24 | 9 |
| 11:41:25 | 10 |
| 11:41:25 | 11 |
| 11:41:29 | 12 |
| 11:41:31 | 13 |
| 11:41:32 | 14 |
| 11:41:35 | 15 |
| 11:41:40 | 16 |
| 11:41:43 | 17 |
| 11:41:43 | 18 |
| 11:41:45 | 19 |
| 11:41:46 | 20 |
| 11:41:47 | 21 |
| 11:41:49 | 22 |
| 11:41:54 | 23 |
| 11:41:57 | 24 |
| 11:41:59 | 25 |

1 programs. Do I have that right?
2    A. Yes.
3    Q. Okay. How many reports were there and from
4 whom relating to how the term Windows Vista Capable
5 would be understood in other languages?
6    A. I'm not aware of the exact number.
7    Q. And who created the reports?
8    A. Mr. Cook would have that information.
9    Q. So, you do not?
10    A. Correct.
11    Q. Okay. And do you not -- You don't have any
12 information that you can tell me as to who actually
13 generated the reports, right?
14    A. My -- Mr. Cook informed me that that work was
15 undertaken through our worldwide localization teams.
16    Q. And who make up the worldwide localization
17 teams?
18    A. I'm not aware.
19    Q. And you didn't ask?
20    A. Correct.
21    Q. Did you go to any worldwide localization teams
22 to determine what documents they might have about
23 consumer research relating to the Windows Vista Capable
24 program or its predecessor?
25    A. No. I established its existence through

Page 39

| | |
|---|---|
| 11:42:01 | 1 |
| 11:42:07 | 2 |
| 11:42:09 | 3 |
| 11:42:13 | 4 |
| 11:42:14 | 5 |
| 11:42:16 | 6 |
| 11:42:18 | 7 |
| 11:42:23 | 8 |
| 11:42:25 | 9 |
| 11:42:26 | 10 |
| 11:42:32 | 11 |
| 11:42:36 | 12 |
| | 13 |
| | 14 |
| 11:42:48 | 15 |
| 11:42:50 | 16 |
| 11:42:51 | 17 |
| 11:42:53 | 18 |
| 11:42:55 | 19 |
| 11:42:56 | 20 |
| 11:42:57 | 21 |
| 11:42:59 | 22 |
| 11:42:59 | 23 |
| 11:43:00 | 24 |
| 11:43:00 | 25 |

1 Mr. Cook.
2    Q. Mr. Cook told you that the other category of
3 information that he had was research regarding other
4 logo programs, correct?
5    A. Yes.
6    Q. Did any -- Do any of the other logo programs
7 have consumer research that in any way bears on the
8 Windows Vista Capable program?
9    MR. CASPER: Objection to the form of the
10 question; it's vague and ambiguous.
11    A. Microsoft possesses research that generically
12 applies to the nature of -- of logos and stickers.
13    Q. (BY MR. SMART:) Okay. And tell me how many
14 reports or documents Microsoft has in that regard.
15    A. Oh, I'm not aware.
16    Q. Okay. Did you ask?
17    A. I established, through Mr. Cook, their
18 existence.
19    Q. Did you ask how many there were?
20    A. I did not.
21    Q. Did you ask what the names of the documents
22 were?
23    A. I did not.
24    Q. Why not?
25    A. As Mr. Cook was the expert on bringing to this

Page 40

| | |
|---|---|
| 11:43:04 | 1 |
| 11:43:13 | 2 |
| 11:43:16 | 3 |
| 11:43:19 | 4 |
| 11:43:21 | 5 |
| 11:43:26 | 6 |
| 11:43:31 | 7 |
| 11:43:32 | 8 |
| 11:43:34 | 9 |
| 11:43:37 | 10 |
| | 11 |
| | 12 |
| | 13 |
| 11:43:46 | 14 |
| 11:43:47 | 15 |
| 11:43:50 | 16 |
| 11:43:53 | 17 |
| 11:43:55 | 18 |
| 11:43:58 | 19 |
| | 20 |
| | 21 |
| 11:44:05 | 22 |
| 11:44:09 | 23 |
| 11:44:13 | 24 |
| 11:44:18 | 25 |

1 project the -- the nature -- the findings of research.
2    Q. Are you -- Are you finished with your answer?
3    A. I am.
4    Q. How was it determined, then, that you would be
5 here to answer questions relating to the nature and
6 location of all such documents rather than Mr. Cook?
7    MR. CASPER: I'm going to object to the form
8 of the question -- or I'm going to object to the
9 question to the extent it calls for any information
10 that's protected by the attorney-client privilege.
11    Q. (BY MR. SMART:) And I'm not asking for that.
12 I'm just asking if Mr. Cook's the guy that knows about
13 it, why are you here testifying today, sir?
14    MR. CASPER: And I would -- I would caution
15 you not to reveal any communications with Microsoft's
16 lawyers in giving your answer to this question.
17    A. Thank you.
18    I was the manager responsible for the project
19 during part of the period of this -- of this program.
20    Q. (BY MR. SMART:) Have you completed your
21 answer?
22    A. Yes.
23    Q. Who determined the level of effort that you
24 would go to in order to discover the nature and location
25 of all documents relating to any consumer research

Page 41

| | |
|---|---|
| 11:44:21 | 1 |
| 11:44:23 | 2 |
| 11:44:26 | 3 |
| 11:44:28 | 4 |
| 11:44:30 | 5 |
| 11:44:31 | 6 |
| 11:44:34 | 7 |
| 11:44:36 | 8 |
| | 9 |
| | 10 |
| 11:44:41 | 11 |
| 11:44:46 | 12 |
| 11:44:51 | 13 |
| 11:44:53 | 14 |
| 11:44:53 | 15 |
| 11:44:57 | 16 |
| 11:45:00 | 17 |
| 11:45:04 | 18 |
| 11:45:16 | 19 |
| 11:45:31 | 20 |
| 11:45:36 | 21 |
| 11:45:39 | 22 |
| 11:45:43 | 23 |
| 11:46:06 | 24 |
| 11:46:11 | 25 |

1 undertaken by or on behalf of Microsoft with respect to
2 the Windows Vista Capable sticker programs?
3    A. That was a team decision.
4    Q. And who participated in the team?
5    MR. CASPER: I would -- I would give you the
6 same instructions: Be careful not to reveal any
7 communications between you and Microsoft's lawyers that
8 would be privileged.
9    Q. (BY MR. SMART:) I'm not asking for the
10 communications. I'm just asking who was on the team.
11    A. The core team at this time -- or dur -- during
12 part of this -- time of this program was Mr. Srinavasan.
13    Q. No, sir. You misunderstand the question.
14    A. Um-hum.
15    Q. I'm asking: Who determined what efforts you
16 would go through to locate the documents that are
17 identified in category number eight?
18    A. Oh, I'm -- I've relied on my own judgement.
19    Q. Okay. Did you have any participation in
20 drafting -- Well, let's do it this way: Take Exhibit
21 Number 3, sir, if you would, please. It's a document
22 containing -- it's a notebook containing documents that
23 were produced by Microsoft. And turn, if you would,
24 please, to the page that is Bates stamped number KELL,
25 bunch of zeros, 087, called the OEM marketing bulletin.

Exhibit H
Page 88 of 133                                          11 (Pages 38 to 41)
Obien Mangio, LLC * www.yomreporting.com
520 Pike Street, Suite 1320, Seattle, Washington 98101 * (206) 622-6875 * 1 (800) 831-6973
9a2e9a57-ff13-4bd9-814c-d1bcb2f45d52

88

1                    REPORTER'S CERTIFICATE

2

3        I, JULIE R. HEAD, the undersigned Certified Court

4    Reporter and Notary Public, do hereby certify:

5        That the sworn testimony and/or proceedings, a

6    transcript of which is attached, was given before me at

7    the time and place stated therein; that any and/or all

8    witness(es) were by me duly sworn to testify to the

9    truth; that the sworn testimony and/or proceedings were

10   by me stenographically recorded and transcribed under

11   my supervision, to the best of my ability; that the

12   foregoing transcript contains a full, true, and

13   accurate record of all the sworn testimony and/or

14   proceedings given and occurring at the time and place

15   stated in the transcript; that I am in no way related

16   to any party to the matter, nor to any counsel, nor do

17   I have any financial interest in the event of the case.

18        WITNESS MY HAND AND SEAL THIS 31st day of August,

19   2007.

20

21                                          

22   JULIE R. HEAD, CRR, RPR
     Certified Court Reporter
23   CCR No. 3119
     Notary Public in and for the
24   State of Washington, residing in
     Snohomish County.  Commission
25   Expires 8-09-11.

**Exhibit H**
**Page 89 of 133**

Yamaguchi Obien Mangio, LLC * www.yomreporting.com
520 Pike Street, Suite 1320, Seattle, Washington 98101 * (206) 622-6875 * 1 (800) 831-6973