# Exhibit I

Exhibit I
Page 90 of 133

Dockets.Justia.com

Page 1

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

---

DIANNE L. KELLEY and KENNETH )
HANSEN,                       )
                              )
         Plaintiffs,          )
                              )
    vs.                       ) No. C070475 MJP
                              )
MICROSOFT CORPORATION, a      )
Washington corporation,       )
                              )
         Defendant.           )

---

VIDEOTAPED 30(b)(6) DEPOSITION UPON ORAL EXAMINATION OF

MICROSOFT CORPORATION

CHRISTINE MULLANEY SUNDLIE

(CONTAINS CONFIDENTIAL TESTIMONY

SUBJECT TO PROTECTIVE ORDER)

---

1:52 P.M.

AUGUST 29, 2007

1001 FOURTH AVENUE, SUITE 4000

SEATTLE, WASHINGTON


REPORTED BY: JULIE R. HEAD, CRR, RPR, CCR No. 3119

Exhibit I
Page 91 of 133

Yamaguchi Obien Mangio, LLC * www.yomreporting.com
520 Pike Street, Suite 1320, Seattle, Washington 98101 * (206) 622-6875 * 1 (800) 831-6973

a5d59b39-1967-42f1-89e0-c26b913ab1ea

Page 6

```
13:53:07  1     MR. CASPER: Charles Casper of Montgomery,
13:53:08  2  McCracken, Walker & Rhoads for Microsoft.
13:53:10  3     MS. NORMAN: Linda Norman of Microsoft
13:53:12  4  Corporation for Microsoft and the witness.
13:53:14  5     THE VIDEOGRAPHER: The court reporter today is
13:53:15  6  Julie Head with the firm Yamaguchi, Obien & Mangio.
13:53:19  7     Please swear in the witness and we may
13:53:20  8  proceed.
          9        CHRISTINE MULLANEY SUNDLIE,
         10     sworn as a witness by the Notary Public,
         11        testified as follows:
         12           EXAMINATION
         13  BY MR. SMART:
13:53:35 14     Q. Ms. Mullaney Sundlie, is that the correct
13:53:37 15  pronunciation of your name?
13:53:38 16     A. Yes.
13:53:39 17     Q. And is that the way you like to be referred
13:53:41 18  to, as Mullaney Sundlie?
13:53:42 19     A. Yes.
13:53:43 20     Q. Thank you.
13:53:43 21        My name is Will Smart. You and I have just
13:53:45 22  been introduced. We don't know each other, do we?
13:53:48 23     A. No.
13:53:48 24     Q. Could you state your full name and address for
13:53:50 25  the record, please?
```

Page 7

```
13:53:51  1     A. Christine Mullaney Sundlie, 14190 Southeast
13:53:54  2  24th Street, Bellevue, Washington 98007.
13:54:00  3     Q. And what is your employment, ma'am?
13:54:02  4     A. I work for Microsoft Corporation.
13:54:04  5     Q. And what is your job title?
13:54:06  6     A. Principal program manager.
13:54:08  7     Q. And what is a principal program manager for
13:54:10  8  Microsoft?
13:54:12  9     A. I'm -- I am responsible for working in the
13:54:16 10  anti-trust division to analyze and manage various issues
13:54:21 11  related to our software products and business issues
13:54:25 12  surrounding them.
13:54:26 13     Q. And how long have you been a principal program
13:54:29 14  manager at Microsoft?
13:54:31 15     A. For a year.
13:54:34 16     Q. That would have been since approximately
13:54:36 17  August of 2006?
13:54:38 18     A. Yes.
13:54:38 19     Q. And what did you do prior to that time?
13:54:40 20     A. I was a senior program manager, a business
13:54:44 21  program manager.
13:54:45 22     Q. Working in the same area?
13:54:47 23     A. Yes.
13:54:48 24     Q. Okay. How long have you worked for Microsoft?
13:54:50 25     A. 17 years.
```

Page 8

```
13:54:52  1     Q. And has the bulk of your time been as a senior
13:54:56  2  program manager?
13:54:57  3     A. No.
13:54:57  4     Q. How long were you a senior program manager?
13:54:59  5     A. A year.
13:55:01  6     Q. Are there particular programs that you are
13:55:04  7  responsible for?
13:55:07  8     A. Currently, I'm responsible for working with
13:55:10  9  the Department of Justice Technical Committee around the
13:55:14 10  consent decree and I'm also involved in other activities
13:55:20 11  around Windows and various regulatory agencies around
13:55:24 12  the world and our compliance with orders and other
13:55:29 13  materials that the governments would like us to do.
13:55:32 14     Q. And which consent decree are you involved with
13:55:35 15  at this time?
13:55:37 16     A. I don't recall the date of the consent decree,
13:55:39 17  but it's the consent decree with the US Department of
13:55:42 18  Justice.
13:55:43 19     Q. Is there only one?
13:55:45 20     A. There are probably several, but the one that
13:55:48 21  I'm aware of is the one I'm working on.
13:55:50 22     Q. Okay.
13:55:51 23     A. And it's pretty -- people are pretty aware of
13:55:53 24  what I'm talking about, or should be.
13:55:56 25     Q. Now, it's my understanding that there is more
```

Page 9

```
13:55:58  1  than one consent decree in effect involving Microsoft
13:56:01  2  and I'm just wondering if you could explain which the
13:56:04  3  consent decree is that you're involved with.
13:56:07  4     A. The one that ends on November 12th, 2007.
13:56:10  5     Q. And what does it provide?
13:56:16  6     A. It provides for several things. It provides
13:56:18  7  for Microsoft to perform several things -- several
13:56:22  8  actions around documenting our protocols and Windows
13:56:25  9  APIs. It provides for the way we handle what the
13:56:31 10  Department of Justice terms middleware, and I'm sure
13:56:34 11  there are several other provisions in the decree that I
13:56:37 12  wouldn't be able to list for you without going through
13:56:40 13  the document in detail.
13:56:42 14     Q. Are you involved with any consent decrees that
13:56:46 15  affect Microsoft that prohibit Microsoft from using
13:56:49 16  false or misleading advertising information?
13:56:53 17     A. Not that I'm aware of.
13:56:54 18     Q. Do you know of who's responsible for ensuring
13:56:58 19  compliance with that type of consent decree at
13:57:01 20  Microsoft?
13:57:01 21     MR. CASPER: Objection: Assumes facts in
13:57:03 22  evidence -- facts not in evidence.
         23     Q. (BY MR. SMART:) You can go ahead and answer
         24  the question.
13:57:07 25     A. Can you repeat the question, please?
```

Exhibit I
Page 92 of 133

3 (Pages 6 to 9)

Yamaguchi Obien Mangio, LLC * www.yomreporting.com
520 Pike Street, Suite 1320, Seattle, Washington 98101 * (206) 622-6875 * 1 (800) 831-6973

a5d59b39-1967-42f1-89e0-c26b913ab1ea

Page 10

```
13:57:09  1    Q.  Sure.
13:57:09  2        Do you know who's responsible for ensuring
13:57:11  3    compliance with that type of consent decree?
13:57:14  4    A.  Not directly, no.
13:57:19  5    Q.  When you were a senior program manager for a
13:57:22  6    year -- approximately a year ago, what program were you
13:57:25  7    involved with?
13:57:26  8    A.  I was responsible for shipping the regulatory
13:57:30  9    products that were required via the Korean Fair Trade
13:57:35 10    Commission Order.
13:57:43 11    Q.  And, prior to that time, what was your job?
13:57:46 12    A.  I was a group program manager.
13:57:47 13    Q.  And what were your responsibilities as a group
13:57:49 14    program manager?
13:57:50 15    A.  I was responsible for managing the OEM desktop
13:57:55 16    operating system license agreements anc -- ancillary
13:58:00 17    programs in the OEM division.
13:58:02 18    Q.  Did you have any direct responsibility for the
13:58:08 19    Windows Vista Capable logo program?
13:58:10 20    A.  I was involved in the implementation of the
13:58:12 21    logo program.
13:58:15 22    Q.  Starting when?
13:58:20 23    A.  The Vista Capable program would be when we --
13:58:25 24    prior to first -- us first announcing it to the OEMs and
13:58:28 25    working with them, which would have been somewhere in
```

Page 11

```
13:58:31  1    2005.
13:58:36  2    Q.  Have you ever given sworn testimony on behalf
13:58:39  3    of Microsoft before?
13:58:40  4    A.  No.
13:58:41  5    Q.  Have you ever given sworn testimony before?
13:58:43  6    A.  No.
13:58:45  7    Q.  Have you ever been a 30(b)(6) designee before?
13:58:48  8    A.  No.
13:58:52  9    Q.  It's my understanding that you have been
13:58:54 10    designated to testify to the subjects listed in Exhibit
13:58:59 11    No. 1, Exhibit A, numbers one through four, six and
13:59:07 12    seven; is that correct?
13:59:08 13    A.  No.
13:59:09 14    Q.  What categories are you going to testify on
13:59:12 15    with regard to Exhibit No. 1?
13:59:16 16    A.  Items number one through six.
13:59:20 17    Q.  Okay.  Would you take this pen and write your
13:59:23 18    name in on the right-hand margin next to items number
13:59:26 19    one through six, so that we can understand that that's
13:59:29 20    what you're doing?
13:59:54 21        MR. CASPER:  Mr. Smart, while she's doing
13:59:55 22    that, I would just clarify for the record that today's
13:59:59 23    earlier designee already testified about number five
14:00:03 24    with respect to retailers, and, so, Microsoft has not
14:00:07 25    designated Ms. Mullaney Sundlie to designate -- to talk
```

Page 12

```
14:00:10  1    about retailers with respect to number five.
14:00:12  2        MR. SMART:  I understand that.  Thank you.
         3    Q.  (BY MR. SMART:)  Thank you.
14:00:30  4        Ms. Mullaney Sundy -- Sundlie, could you give
14:00:34  5    me a thumbnail sketch of your educational background,
14:00:39  6    please?
14:00:40  7    A.  Well, I graduated high school.  I was a member
14:00:42  8    of the honor society -- National Honor Society.  I have
14:00:46  9    attended probably up to my junior year in college at
14:00:50 10    both Rutgers University and New York University.
14:00:57 11    Q.  Any other formal education past high school
14:01:00 12    other than as identified?
14:01:02 13    A.  No.
14:01:02 14    Q.  Okay.  Thank you.
14:01:05 15        The first category that you've been called to
14:01:08 16    testify on is the number of persons in the United States
14:01:11 17    who purchased a computer to which a Windows Vista
14:01:14 18    Capable sticker was affixed, but not also bearing the
14:01:18 19    Premium Ready designation, correct?
14:01:20 20    A.  Correct.
14:01:21 21    Q.  How many of those people were there?
14:01:24 22    A.  I don't know.
14:01:25 23    Q.  Who would know that?
14:01:27 24    A.  Microsoft would not know it because we don't
14:01:31 25    have records as to purchase -- computers purchased with
```

Page 13

```
14:01:35  1    the Windows Vista Capable sticker.
14:01:36  2    Q.  What -- What kind of records do you keep by
14:01:39  3    which you can keep track of the dollars that are
14:01:41  4    associated with the sales of Windows Vista Capable
14:01:48  5    computers?
14:01:50  6    A.  In terms of computers?  We don't keep track of
14:01:53  7    computers.  We don't sell computers.
14:01:55  8    Q.  What do you keep track of in order to
14:01:58  9    determine how much money you are entitled to from the
14:02:02 10    OEMs or the retailers who sell computers that have
14:02:06 11    Windows Vista Capable stickers attached?
14:02:08 12    A.  The number of licenses that are sold and the
14:02:12 13    associating revenue per license.
14:02:15 14    Q.  Okay.  And how do you keep track of that?
14:02:18 15    A.  There are various ways to keep track of that.
14:02:20 16    Q.  Tell me all of the ways that exist, if you
14:02:22 17    would, please.
14:02:26 18        MR. CASPER:  I'm going to object to this as
14:02:29 19    beyond the scope of the 30(b)(6) deposition notice.
14:02:33 20        MR. SMART:  Well, I don't agree with that.
         21    Q.  (BY MR. SMART:)  You can go ahead, please.
14:02:36 22    A.  Okay.  So, the way -- the various ways that we
14:02:39 23    keep track of licenses.  There are various channels that
14:02:42 24    Microsoft does business with, and I --
14:02:44 25    Q.  When you use the term channel -- and I -- I
```

4 (Pages 10 to 13)

Exhibit 1
Page 93 of 133    Obien Mangio, LLC * www.yomreporting.com
520 Pike Street, Suite 1320, Seattle, Washington 98101 * (206) 622-6875 * 1 (800) 831-6973

a5d59b39-1967-42f1-89e0-c26b913ab1ea


## Page 18

```
14:08:41  1   product that you've acquired to pre-install, comes
14:08:45  2   through an authorized replicator and I'm sure it's an
14:08:48  3   automated system because, otherwise, we wouldn't be able
14:08:51  4   to do the volume of sales that we do.
14:08:54  5       Q.  Let me stop you there for a second.  An
14:08:56  6   authorized replicator is a machine that prints copies of
14:08:59  7   the software?
14:09:01  8       A.  No, it's not a machine that prints copies of
14:09:04  9   the software.
14:09:04 10       Q.  What is it?
14:09:05 11       A.  An authorized replicator is a partner who is
14:09:08 12   permitted to perform various services on behalf of an
14:09:15 13   OEM or on behalf of Microsoft -- depending on -- on the
14:09:21 14   channel.
14:09:25 15       Q.  And, so, do the authorized replicators then
14:09:28 16   report to you how many copies have been made and sold
14:09:30 17   for instance, to an OEM?
14:09:32 18       A.  They don't report how many copies have been
14:09:34 19   made and sold.  They report how many Certificate of
14:09:38 20   Authenticities have been shipped to a particular OEM for
14:09:44 21   a given product.
14:09:45 22       Q.  Okay.  It's the Certificate of Authenticity
14:09:48 23   that triggers a sale?
14:09:50 24       A.  In the direct OEM channel, yes.
14:09:52 25       Q.  Okay.  And it's different for the other
```

## Page 19

```
14:09:55  1   channels; is that right?
14:09:56  2       A.  Yes.
14:09:56  3       Q.  Okay.  So, just taking direct OEMs, somebody
14:10:00  4   counts the number of Certificates of Authenticity; is
14:10:04  5   that right?
14:10:06  6       A.  The authorized replicator reports to us how
14:10:09  7   many are shipped.  I'm not sure what you mean by
14:10:12  8   somebody counts.
14:10:13  9       Q.  Somebody has to count them before they can
14:10:15 10   report to you the number that are shipped, don't they?
14:10:21 11       A.  I don't think so.  I think that they print the
14:10:23 12   number that are ordered and then ship the number that
14:10:25 13   are ordered.  I'm sure someone confirms that they're
14:10:28 14   shipping what they printed.
14:10:29 15       Q.  Okay.  And then, at Microsoft, the records are
14:10:34 16   then collected and consolidated so as you get some sort
14:10:38 17   of a summary, right?
14:10:40 18       A.  Yes.
14:10:40 19       Q.  Okay.  What's that called?
14:10:43 20       A.  It would be a sales report.
14:10:44 21       Q.  Okay.  And the sales reports, are they kept
14:10:51 22   separately by channel?
14:10:52 23       A.  It depends on what you mean by separately.
14:10:57 24       Q.  Well, are the sales reports kept in each
14:11:00 25   channel of sales for, for instance, Windows Vista Home
```

## Page 20

```
14:11:05  1   Basic?
14:11:09  2       A.  We have a means of identifying which channel
14:11:13  3   the license -- sold the license, if that's what you're
14:11:15  4   asking.
14:11:16  5       Q.  That's what I'm asking.  And what is the means
14:11:18  6   of identification?
14:11:19  7       A.  Again, it's the stock keeping unit.
14:11:22  8       Q.  Okay.  So, after these copies of Windows Vista
14:11:28  9   Home Basic have been sold, how are the numbers tabulated
14:11:34 10   in a fashion that's a consolidated fashion so that
14:11:37 11   Microsoft knows how much money it's making and how many
14:11:42 12   copies of the software has been sold in a particular
14:11:45 13   time period?
14:11:48 14       A.  Again, this information is collected in a
14:11:50 15   database.
14:11:50 16       Q.  And is that a sales report database?
14:11:53 17       A.  It's the database -- There are various
14:11:56 18   databases.  The one that I am aware of is called MS
14:11:59 19   Sales.
14:12:00 20       Q.  Okay.  And MS Sales means Microsoft Sales; is
14:12:04 21   that right?
14:12:05 22       A.  Yes.
14:12:05 23       Q.  Okay.  So, if Microsoft wanted to produce a
14:12:11 24   document that showed how many copies of Windows Vista
14:12:15 25   Home Basic had been sold in a particular time frame, it
```

## Page 21

```
14:12:18  1   could call up a report from the database called MS
14:12:23  2   Sales; is that right?
14:12:24  3       A.  That's correct, but that's not the number --
14:12:26  4   That's not a number that would equivocate to the number
14:12:30  5   of computers to which a Vista Capable sticker was
14:12:34  6   affixed.
14:12:35  7       Q.  Okay.  If Microsoft wanted to find out the
14:12:38  8   number of dollars that it had achieved through the sales
14:12:44  9   of Windows Vista Home Basic, would it call up a report
14:12:47 10   from the same database?
14:12:48 11       A.  Yes.
14:12:49 12       Q.  Okay.  If Microsoft wanted to determine how
14:12:53 13   much a particular OEM was entitled to by way of of a
14:12:57 14   discount as a result of selling Windows Vista Home Basic
14:13:04 15   software through the Windows Vista logo program or any
14:13:10 16   other co-marketing program, would it consult with the
14:13:13 17   same database?
14:13:15 18       A.  Yes.
14:13:15 19       Q.  Okay.  And how --
14:13:18 20       A.  But --
14:13:18 21       Q.  How are those --
14:13:19 22       MR. CASPER:  Please let her finish her answer
14:13:21 23   to the question.
14:13:21 24       A.  But -- But, to clarify, we don't -- The
14:13:25 25   product is sold at a price.  It's not sold -- We don't
```

6 (Pages 18 to 21)

Exhibit 1
Page 94 of 133

Obien Mangio, LLC * www.yomreporting.com
Suite 1320, Seattle, Washington 98101 * (206) 622-6875 * 1 (800) 831-6973

a5d59b39-1967-42f1-89e0-c26b913ab1ea

1    REPORTER'S CERTIFICATE

3    I, JULIE R. HEAD, the undersigned Certified Court
4    Reporter and Notary Public, do hereby certify:
5    That the sworn testimony and/or proceedings, a
6    transcript of which is attached, was given before me at
7    the time and place stated therein; that any and/or all
8    witness(es) were by me duly sworn to testify to the
9    truth; that the sworn testimony and/or proceedings were
10   by me stenographically recorded and transcribed under
11   my supervision, to the best of my ability; that the
12   foregoing transcript contains a full, true, and
13   accurate record of all the sworn testimony and/or
14   proceedings given and occurring at the time and place
15   stated in the transcript; that I am in no way related
16   to any party to the matter, nor to any counsel, nor do
17   I have any financial interest in the event of the case.
18   WITNESS MY HAND AND SEAL THIS 31st day of August,
19   2007.



22   JULIE R. HEAD, CRR, RPR
     Certified Court Reporter
23   CCR No. 3119
     Notary Public in and for the
24   State of Washington, residing in
     Snohomish County.  Commission
25   Expires 8-09-11.

Exhibit I
Page 95 of 133

Yamaguchi Obien Mangio, LLC * www.yomreporting.com
520 Pike Street, Suite 1320, Seattle, Washington 98101 * (206) 622-6875 * 1 (800) 831-6973