# Exhibit K

Dockets.Justia.com

RECEIVED
JUN 19 2007
GORDON TILDEN THOMAS
& CORDELL LLP

The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DIANNE KELLEY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MICROSOFT CORPORATION, a Washington corporation,<br><br>　　　　　Defendant. | No. C 07-475 MJP<br><br>MICROSOFT'S INITIAL DISCLOSURES |

Pursuant to Fed. R. Civ. P. 26(a)(1), defendant Microsoft Corporation ("Microsoft") makes the following initial disclosures. Microsoft makes these disclosures based on the status of this case as an individual action, which Microsoft believes should not be certified as a class action.

A. *Individuals Likely to Have Discoverable Information.*

Subject to the limitations set forth above, Microsoft believes the following individuals may have discoverable information that it may use to support its claims or defenses:

1. Managers and Engineers, Windows Client Product Group
Microsoft Corporation
c/o Davis Wright Tremaine LLP

Microsoft may call one or more managers and engineers from its Windows Client Product Group to testify concerning the features of the Windows Vista editions, the hardware and software configurations required or recommended to implement those features, and the

DEFENDANT MICROSOFT'S INITIAL DISCLOSURES PURSUANT
TO FED. R. CIV. P. 26(a)(1) (CV 06-1720 MJP) — 1

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, Washington 98101
(206) 757-8136 • Fax: (206) 757-7136

'89

Exhibit K
Page 100 of 133

Windows Vista Capable and Express Upgrade programs. The following persons may be called to testify about these subjects:

    William Poole, Corporate Vice President—Market Expansion Group

    Greg Taylor, Senior PreSales Engineer

2.    Managers, Windows Product Marketing Group
    Microsoft Corporation
    c/o Davis Wright Tremaine LLP

Microsoft may call one or more managers from its Windows Product Marketing Group to testify concerning the features of the Windows Vista editions, the hardware and software configurations required or recommended to implement those features, the Windows Vista Capable and Express Upgrade programs (including the terms of those programs, the agreements under which PC manufacturers and resellers participated, and the bulletins and other materials in which Microsoft described those programs), and Microsoft's communications with PC manufacturers, resellers, end-users, and prospective end users on these subjects. They may also be called to testify about the meaning of the Windows Vista Capable and Premium Ready designations, and how to determine which Windows Vista editions and features different PCs would support. The following persons may be called to testify about these subjects:

    Greg Amrofell, Senior Product Manager—PMG Future

    David Dwyer, Chief Story Teller—Windows Brand PMG

    Rajesh Srinivasan—Business Program Manager

    Susan Ward, Senior Marketing Manager—Windows Product Marketing

3.    Managers, OEM Group
    Microsoft Corporation
    c/o Davis Wright Tremaine LLP

Microsoft may call one or more managers from its OEM Group to testify concerning the materials Microsoft made available to PC manufacturers and resellers describing the features of the Windows Vista editions and the hardware and software configurations required

DEFENDANT MICROSOFT'S INITIAL DISCLOSURES PURSUANT
TO FED. R. CIV. P. 26(a)(1) (CV 06-1720 MJP) — 2

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, Washington 9810
(206) 757-8136 · Fax: (206) 757-7136

or recommended to implement those features, the Windows Vista Capable and Express Upgrade programs (including the terms of those programs, the agreements under which PC manufacturers and resellers participated, and the bulletins, statements, and other materials in which Microsoft described those programs), Microsoft's communications with PC manufacturers and resellers on these subjects, and materials prepared to assist them in marketing Windows Vista software and PCs under the Windows Vista Capable and Express Upgrade programs. The following persons may be called to testify about these subjects:

    Gerrit Bergsma, Senior Director—OEM at Retail

    Gareth Bowen, Director—Marketing OEM

    Sarah Kavanaugh, Lead Marketing Manager

    Patrick Kennedy, Group Product Manager—OEM

    Rose Perez, Licensing & Programs Manager—OEM

    James Totton, General Manager—OEM Business Development

4.    Managers, Worldwide Channel Marketing Group
    Microsoft Corporation
    c/o Davis Wright Tremaine LLP

Microsoft may call one or more managers from its Worldwide Channel Marketing Group to testify concerning the materials Microsoft made available to resellers describing the features of the Windows Vista editions and the hardware and software configurations required or recommended to implement those features, and assisting them in marketing Windows Vista software and PCs under the Windows Vista Capable and Express Upgrade programs. The following persons may be called to testify about these subjects:

    Christian Johanneson, Business Development Manager

    Diane Reischling, Group Field Marketing Manager—Worldwide Retail

DEFENDANT MICROSOFT'S INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1) (CV 06-1720 MJP) — 3

Exhibit K
Page 102 of 133

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, Washington 9810
(206) 757-1136 • Fax: (206) 757-7136

5.     Managers, Windows Product Marketing Group Communications
Microsoft Corporation
c/o Davis Wright Tremaine LLP

Microsoft may call one or more managers from its Windows Product Marketing Group Communications to testify concerning articles and other materials published in newspapers, magazines, and online describing the features of the Windows Vista editions, the hardware and software configurations required or recommended to implement those features, the Windows Vista Capable program, and the Express Upgrade program.

6.     Managers, Customer Support Services
Microsoft Corporation
c/o Davis Wright Tremaine LLP

Microsoft may call one or more Customer Support Services Managers to testify concerning its customer service records, if any, relating to Ms. Kelley's acquisition or use of Microsoft software, or communications with Microsoft concerning Microsoft software or the Windows Vista Capable or Express Upgrade programs.

7.     Testifying Expert Witness
c/o Davis Wright Tremaine LLP

Microsoft has not retained a testifying expert witness. Depending in part upon whether Plaintiff designates such an expert, Microsoft may designate one or more experts. The substance of any expected expert testimony will be disclosed at the time and in the manner contemplated by the applicable rules and any scheduling order entered by the Court.

Microsoft hereby reserves its right to amend and/or supplement the foregoing with the names and addresses of additional fact and expert witnesses, whose identity it may discover as this case proceeds. Further, Microsoft reserves the right to amend and/or supplement this response in the event the Court certifies this matter as a class action.

**B.**    *Documents*

Based on information known to Microsoft as of this date, the following categories of documents, electronically stored information, or tangible things may be used to support its claims or defenses with respect to Ms. Kelley's claims:

DEFENDANT MICROSOFT'S INITIAL DISCLOSURES PURSUANT
TO FED. R. CIV. P. 26(a)(1) (CV 06-1720 MJP) — 4

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, Washington 9810
(206) 757-8136 · Fax: (206) 757-7136

Exhibit K      19
Page 103 of 133

- Records relating to the features of the Windows Vista editions and the hardware and software configurations required or recommended to implement those features.
- The agreements under which PC manufacturers and resellers participated in the Windows Vista Capable and Express Upgrade programs.
- The bulletins, statements, and other materials by which Microsoft communicated the terms of the Windows Vista Capable and Express Upgrade programs to PC manufacturers and resellers.
- The materials Microsoft made available to PC manufacturers and resellers describing the features of the Windows Vista editions and the hardware and software configurations required or recommended to implement those features, and assisting them in marketing Windows Vista software and PCs under the Windows Vista Capable and Express Upgrade programs.
- The materials Microsoft made available on its Web site and otherwise to end-users and prospective end-users of its software describing the features of the Windows Vista editions, the hardware and software configurations required or recommended to implement those features, the Windows Vista Capable Program, the meaning of the Windows Vista Capable and Premium Ready designations, and how to determine which Windows Vista editions and features different PCs would support.
- The materials Microsoft made available on its Web site and otherwise to end-users and prospective end-users of its software describing the Express upgrade program.
- Articles and other materials published in newspapers, magazines, and online describing the features of the Windows Vista editions, the hardware and software configurations required or recommended to implement those features, the Windows Vista Capable program, and the Express Upgrade program.

DEFENDANT MICROSOFT'S INITIAL DISCLOSURES PURSUANT
TO FED. R. CIV. P. 26(a)(1) (CV 06-1720 MJP) — 5

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, Washington 98101
(206) 757-8136 · Fax: (206) 757-7136

Exhibit K
Page 104 of 133

- Customer service or other records, if any, relating to Ms. Kelley's acquisition or use of Microsoft software, or communications with Microsoft concerning Microsoft software or the Windows Vista Capable or Express Upgrade programs.

Microsoft hereby reserves its right to amend and/or supplement the foregoing response with other categories of documents, electronically stored information or tangible things that may be revealed during the course of discovery. Further, Microsoft reserves the right to amend and/or supplement its response in the event the Court certifies this matter as a class action.

C. *Damages*

Microsoft has not made a claim for damages.

D. *Insurance*

Ms. Kelley's individual claim does not implicate any insurance coverage, in that her maximum conceivable recovery falls within the deductible (or self-insured retention) of any potentially applicable policy. Should this matter be certified as a class action, which Microsoft believes it should not, documents responsive to Fed. R. Civ. P. 26(a)(1)(D) will be made available for inspection and copying at the office of Davis Wright Tremaine LLP.

DATED this 18th day of June, 2007.

Davis Wright Tremaine LLP
Attorneys for Microsoft Corporation

By _____
Stephen M. Rummage, WSBA #11168
Cassandra Kinkead, WSBA # 22845

*Of Counsel*:
Charles B. Casper
Montgomery, McCracken, Walker & Rhoads, LLP

DEFENDANT MICROSOFT'S INITIAL DISCLOSURES PURSUANT
TO FED. R. CIV. P. 26(a)(1) (CV 06-1720 MJP) — 6

Davis Wright Tremaine LLP
LAW OFFICES
1301 Third Avenue, Suite 2200
Seattle, Washington 98101
(206) 757-8136 · Fax: (206) 757-7136

Exhibit K
Page 105 of 133

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2007, I served Defendant Microsoft's Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1) on the following persons, by e-mail and United States mail:

> Jeffrey M. Thomas:    jthomas@gordontilden.com
> William C. Smart:     wsmart@kellerrohrback.com
>
> William C. Smart
> Mark A. Griffin
> Ian S. Birk
> Keller Rohrback
> 1201 Third Avenue, Suite 3200
> Seattle, WA 98101
>
> Jeffrey M. Thomas
> Michael Rosenberger
> Mark A. Wilner
> Gordon Tilden Thomas & Cordell LLP
> 1001 Fourth Avenue, Suite 4000
> Seattle, WA 98154-1007

DATED this 18th day of June, 2007.

> Davis Wright Tremaine LLP
> Attorneys for Defendants
>
> By /s/ Stephen M. Rummage
>   Stephen M. Rummage, WSBA #11168
>   Davis Wright Tremaine LLP
>   1201 Third Avenue, Suite 2200
>   Seattle, WA 98101
>   Telephone: (206) 757-8136
>   Fax: (206) 757-7136
>   E-mail: steverummage@dwt.com

DEFENDANT MICROSOFT'S INITIAL DISCLOSURES PURSUANT
TO FED. R. CIV. P. 26(a)(1) (CV 06-1720 MJP) — 7

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, Washington 9810
(206) 757-8136 • Fax: (206) 757-7136

Exhibit K
Page 106 of 133