# EXHIBIT B

## (Exhibit B to the Declaration of Jeffrey I. Tilden has been paper filed with the Court)

EXHIBIT B
PAGE 26

Dockets.Justia.com

