# EXHIBIT E



*You are here: Home / About Acer*

Acer ranks as the world's No. 4 branded PC vendor, designing easy, dependable IT solutions that empower people to reach their goals and enhance their lives. Since spinning-off its manufacturing operation, Acer has focused on globally marketing its brand-name products: mobile and desktop PCs, servers and storage, LCD monitors and high-definition TVs, projectors, and handheld/navigational devices. Acer's unique Channel Business Model is instrumental to the company's continued success. The model encourages partners and suppliers to collaborate in a winning formula of supply-chain management, allowing Acer to provide customers with fresh technologies, competitive pricing, and quality service. Established in 1976, Acer Inc. employs 5,300 people supporting dealers and distributors in more than 100 countries. Revenues in 2006 reached US$11.32 billion.



SEARCH FOR:   IN:   All IT Sites   [Search]   Advanced Search

**NEWS**
Latest News
Hot Topics
News Archive

**PRODUCT REVIEWS**
Latest Reviews
Reviews Archive
Labs
A List

**ANALYSIS**
Columns
Features
Real World Computing
Research Papers

**INTERACTIVE**
IT Forums
Competitions
Scrapbook
Pro Sweep

**JOBS**
CareerBuilder

**SHOPPING**
Deal of the Week
Classifieds

**DOWNLOADS**
Business
Graphics
Desktop
Music
Internet
PDA Zone
Utilities
Web Development

**FOCUS ON...**
Broadband
Digital Cameras
Security
Processors
Operating Systems

**USEFUL INFO**

Home > News

# News

Thursday 26th October 2006

## PC maker fumes at Vista price hike   5:59PM, Thursday 26th October 2006



Leading PC manufacturer Acer has accused Microsoft of ratcheting up the cost of Windows by effectively forcing consumers to opt for the Premium version of Vista.

Acer claims that the Vista Home Basic - the new entry-level Windows - is so poorly featured that consumers will simply reject it. "The new [Vista] experience you hear of, if you get Basic, you won't feel it at all," said Jim Wong, senior corporate vice president at Acer. "There's no [Aero] graphics, no Media Center, no remote control."

Wong claims that Microsoft's own marketing machine has undermined Vista Home Basic. "Right at the beginning they started talking about the experience of [Vista Home] Premium. Premium is the real Vista," he said.

Furthermore, Wong claims that the manufacturer's licence for Vista Home Premium is 10% more expensive than for XP Home. "We have to pay more but users are not going to pay more," Wong said. As a result, he claims the total cost of building a PC has risen by 1-2%, which is a significant increase in such a low-margin business.



ADVERTISEMENT

Acer isn't the first PC manufacturer to complain about the inadequacies of Vista Home Basic. Other OEMs, including Evesham Technology, have told PC Pro that they have no plans to ship that version on their PCs as they feel there will be no consumer demand.

A Microsoft spokesperson said: "Our OEM partners will offer PCs configured with the various editions of Windows Vista to meet customer needs. They are free to make their own determinations about which Windows Vista editions they will offer, and to set the prices they will charge for their PCs.

"Microsoft is committed to keeping prices low for customers, and Windows Vista editions will be offered at the same prices as comparable Windows XP versions.

EXHIBIT E
PAGE 38

FAQ

"Windows Vista Home Basic is a great choice for consumers who want to simply use a PC to browse the internet, correspond with friends and family over e-mail or perform basic document creation and editing tasks. Windows Vista Home Basic will deliver a safer, more reliable and more productive computing environment."

**MAGAZINE**

Subscribe Now
Change Subscription
Latest Issue

Jon Honeyball in Taiwan and Barry Collins in London

**FREE NEWSLETTER**

Register for your free weekly newsletter here

Submit to: Digg | Slashdot | Del.icio.us

Read comments: 73     Add comments     Email a friend     Add to Scrapbook

**Related News**

- Windows Vista goes Home
- Vista Home virtualisation is 'technology tax' - Parallels
- UK families barred from massive Vista discounts
- Microsoft to host meetings to set Tablet PC strategies

Back to top

Privacy Statement | Privacy Policy | Company Website | Contact Us | Media Information


© Copyright Dennis Publishing Limited licensed by Felden

Our Other Websites: Total Gambler | Inside Edge | Poker Player | Bizarre | Viz | Auto Express | Evo | IT Pro | Computer Buyer | Computer Shopper | Custom PC | MacUser

EXHIBIT E
PAGE 39