# EXHIBIT F

EXHIBIT F
PAGE 40

# Windows Vista™
### The Official Magazine

## TV & MOVIES
### How Windows Vista can control it all

## 1-Hour Upgrade
**The fast, easy way to make the leap from Windows XP**

**SNEAK PREVIEW**

## AMAZING GAMES
Revealed: Next-gen gaming technology
It will blow your mind!

## PLUS Easy ways to:
- Protect your privacy
- Tame Photo Gallery
- Get even more from Live Messenger
- Find anything on your PC

**Myth:** Windows Vista hates old hardware
**Get the facts on page 12**

Display until May 22, 2007

$4.99US $6.99CAN

0 71486 01384 6   04>

**future**
MEDIA WITH PASSION

EXHIBIT F
PAGE 41

# Before You Start

## A little consideration in advance can save a lot of heartache later

Before you do anything with Windows Vista, it's a good idea to spend a few minutes thinking carefully about which version you need. And one of the best tools available for doing just that is the Windows Vista Upgrade Advisor, which you can download free from Microsoft at www.microsoft.com/windowsvista. This simple tool will check your computer and give you a clear idea of which versions will run on your PC. That way you won't have to worry about bringing home an edition that's too powerful for your PC.

For most people with a newer (less than two years old) desktop computer, compatibility isn't likely to be a big factor, and there's no reason most newer machines can't run Windows Vista beautifully. The main thing, generally, is to make sure you've got a discreet graphics card, rather than one that's integrated directly into the motherboard. Upgrade Advisor can clear this up for you without question.

Once you know which versions will run on your PC, all that's left is to decide which version you really want. Use our handy chart to pick the best version for your needs.

# Which edition is right for me?

Follow the chart below to discover which Windows Vista you should buy



EXHIBIT F
PAGE 42