# EXHIBIT G

EXHIBIT G
PAGE 43

Dockets.Justia.com

IN-DEPTH PREVIEW  EVERYTHING YOU WANT TO KNOW ABOUT WINDOWS VISTA

PREMIERE ISSUE!

# Windows Vista™
## The Official Magazine
### February 2007



# The Ultimate Guide
## NEW features! NEW apps! NEW possibilities!

▶ How to edit photos, record live TV, protect your PC, and more!

▶ PLUS: 2007 Office System revealed
21 hot new products reviewed





$4.99US  $6.99CAN



future
MEDIA WITH PASSION

EXHIBIT G
PAGE 44

menus that work with your living room remote control.

Getting started with DVD Maker is as simple as firing up the application and following the helpful menus to choose which photos or videos you'd like to include. (It does picture slideshows as well as movies.) Then you can select a meny style, customize it, and burn your DVD. DVD Maker comes preloaded with 20 different menu styles for you to choose from, and you can integrate your own pictures and movies into them for a personal touch.

## Sync Center

It used to be that if you wanted to keep your mobile devices in sync with your PC, you had to load special software that didn't always work as well as it should. But with Windows Vista, you've got all the tools you need to keep mobile devices in step with your desktop computer. Sync Center is a built-in replacement for Microsoft's ActiveSync software, which used to ship with some cell phones and PDAs. By building this feature directly into Windows Vista, Microsoft has eliminated the need for dodgy third-party applications and has broadened the scope of what syncing to Windows can mean.

This year, we'll see a whole new generation of mobile gear that's designed to work with Windows Sync Center, including cell phones, PDAs, and music players. Sync Center automatically recognizes these devices and their capabilities, and automates the process of sending files and data back and forth from the device to your PC. Now you can instantly sync addresses, e-mails, appointments, music, and movies with virtually any kind of device, just by plugging it in.

## Windows Mail

Somewhere between Outlook Express and the full-blown version of Microsoft Outlook is a sweet spot that many e-mail users have longed to reach. Now Windows Vista hits it right on the money with Windows Mail, a beefed up replacement for Outlook Express. In this intelligent little mail app, you'll find the familiar e-mail interface you've come to know and love, combined with some new tools that give you greater control over your inbox.

One of Windows Mail's hottest new features is integration with Windows Vista's new calendar program, Windows Calendar. This makes it easy to unify your business and social life with the communications in your inbox by letting you respond immediately to schedule changes without having to search through your Programs menu for your calendar. When you get an e-mail asking for an appointment, you can just hit Ctrl+Shift+L on your keyboard to launch Calendar and reserve the date.

We also love the integrated junk mail filter, which automatically identifies incoming annoyances and pushes them to a Junk E-mail box and out of sight. You can still get to those messages to confirm that they're really garbage, but you can deal with them on your terms.

## Windows Calendar

A long time in coming, Windows Calendar is a welcome addition to the array of built-in tools in Windows Vista. Now you can track your schedule—or even track multiple schedules with convenient color coding—without having to run out and buy extra software to do it.

Windows Calendar is about as easy to use as any timekeeping app you'll find, with simple, intuitive controls that make short work of most scheduling needs. You can view your schedule by day, week, or month, and you can track specific tasks separately from your appointments with the integrated Task Manager.

Busy families can use Windows Calendar to share their schedules by viewing each other's shared calendars on the family PC, or by publishing their calendars using the popular iCal format. For more on all the cool features in Windows Calendar, see our guide on page 56.

# Which Windows Vista is Right for Me?

| VERSION | PRICE | AERO GLASS | MEDIA CENTER | MOBILITY CENTER | CONNECT TO XBOX 360 | DRIVE ENCRYPTION | DOMAIN NETWORKING |
|---|---|---|---|---|---|---|---|
| Windows Vista Home Basic | $200; $100 upgrade | | | | | | |
| Windows Vista Home Premium | $240; $160 upgrade | ✓ | ✓ | ✓ | ✓ | | |
| Windows Vista Home Business | $300; $200 upgrade | ✓ | | ✓ | | ✓ | ✓ |
| Windows Vista Home Ultimate | $400; $260 upgrade | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |



EXHIBIT G
PAGE 45