# EXHIBIT H

Dockets.Justia.com

# Adobe

## TechNote

## Support policy for Creative Suite 3.x on Vista Home Basic

**Support Policy for Adobe Creative Suite 3 on Microsoft Vista Home Basic**
Adobe Creative Suite 3 is not supported on Microsoft Vista Home Basic. The product was not tested on Vista Home Basic. If through the course of normal troubleshooting it is revealed that the problem is because of a limitation of the OS and not the application, then Adobe Technical Support may not be able to resolve the issue.

**TechNote Details**

| Last Update: | 08-01-2007 |
| --- | --- |
| ID: | kb400633 |
| Permanent Link: | http://www.adobe.com/go/kb400633 |
| Products Affected: | Creative Suite |



TechNote Details

ID:   kb400633
Products affected

Creative Suite

Did this resolve your problem?

○ Yes
○ No

Type feedback here

300 characters

Send

Take a Survey