# EXHIBIT I

EXHIBIT I
PAGE 48

Dockets.Justia.com

# Adobe

## ADOBE CREATIVE SUITE 3 DESIGN EDITIONS

### System requirements and languages

Design Premium   Design Standard   Language versions

#### Design Premium

Windows

- Intel® Pentium® 4, Intel Centrino®, Intel Xeon®, or Intel Core™ Duo (or compatible) processor
- Microsoft® Windows® XP with Service Pack 2 or Windows Vista™ Home Premium, Business, Ultimate, or Enterprise (certified for 32-bit editions)
- 1GB of RAM
- 5GB of available hard-disk space (additional free space required during installation)
- 1,024x768 monitor resolution with 16-bit video card
- DVD-ROM drive
- QuickTime 7.1.2 software required for multimedia features
- Some 3D features in Adobe Photoshop® CS3 Extended require a Microsoft DirectX 9 capable graphics card with at least 64MB of VRAM
- Internet or phone connection required for product activation
- Broadband Internet connection required for Adobe Stock Photos* and other services

Macintosh

- PowerPC® G4 or G5 or multicore Intel processor
- Mac OS X v.10.4.8, Java™ Runtime Environment 1.5 required for Adobe Version Cue® CS3 Server
- 1GB of RAM
- 6.3GB of available hard-disk space (additional free space required during installation)
- 1,024x768 monitor resolution with 16-bit video card
- DVD-ROM drive
- QuickTime 7.1.2 software required for multimedia features
- Some 3D features in Adobe Photoshop CS3 Extended require an OpenGL 1.4 capable graphics card with at least 64MB of VRAM
- Internet or phone connection required for product activation
- Broadband Internet connection required for Adobe Stock Photos* and other services

### Next steps

Buy Design Premium online
Buy Design Standard online
Sales 800-585-0774
Volume licensing
Get the trial
Get support

### Design editions home

### Product info

Features in Design Premium
Features in Design Standard
Upgrade details
News
Customer stories
Reviews and awards
FAQ
System requirements

### Design editions for education

### See also

Events
Support Center
Design Center
Developer Center
User forum
Exchange
Feature request

---

*Online services, including, but not limited to, Adobe Stock Photos and Acrobat® Connect™, may not be available in all countries, languages, and currencies. Availability of services is subject to change. Use of online services is governed by terms and conditions of a separate agreement and may be

EXHIBIT I
PAGE 49

subject to additional fees.



### Design Standard

#### Windows

- Intel Pentium 4, Intel Centrino, Intel Xeon, or Intel Core Duo (or compatible) processor
- Microsoft Windows XP with Service Pack 2 or Windows Vista Home Premium, Business, Ultimate, or Enterprise (certified for 32-bit editions)
- 1GB of RAM
- 4GB of available hard-disk space (additional free space required during installation)
- 1,024x768 monitor resolution with 16-bit video card
- DVD-ROM drive
- QuickTime 7 software required for multimedia features
- Internet or phone connection required for product activation
- Broadband Internet connection required for Adobe Stock Photos* and other services

#### Macintosh

- PowerPC G4 or G5 or multicore Intel processor
- Mac OS X v.10.4.8, Java Runtime Environment 1.5 required for Adobe Version Cue CS3 Server
- 1GB of RAM
- 5.3GB of available hard-disk space (additional free space required during installation)
- 1,024x768 monitor resolution with 16-bit video card
- DVD-ROM drive
- QuickTime 7 software required for multimedia features
- Internet or phone connection required for product activation
- Broadband Internet connection required for Adobe Stock Photos* and other services

*Online services, including, but not limited to, Adobe Stock Photos and Acrobat Connect, may not be available in all countries, languages, and currencies. Availability of services is subject to change. Use of online services is governed by terms and conditions of a separate agreement and may be subject to additional fees.



### Activation

EXHIBIT I
PAGE 50

This product must be activated over the Internet or phone prior to use. Visit the Product Activation Center to learn more about activation.

## Language versions

This product is available in the following languages:

- Arabic
- Chinese Simplified*
- Chinese Traditional*
- Czech
- Dutch
- English
- French
- French (Canadian)
- German
- Greek
- Hebrew
- Hungarian
- Italian
- Japanese
- Korean*
- Polish
- Romanian
- Russian
- Spanish
- Spanish (Latin American)
- Spanish (North American)
- Swedish
- Turkish
- Ukrainian

*Adobe Creative Suite 3 Design Premium Macintosh version will not be available in Chinese Simplified, Chinese Traditional or Korean.

## Next steps

Take a feature tour ›

Get the trial ›

Attend a seminar ›

Buy Creative Suite 3 Design Premium ›

Buy Creative Suite 3 Design Standard ›

Upgrade now ›

 Send this page

EXHIBIT I
PAGE 51