# EXHIBIT K

EXHIBIT K
PAGE 56

Dockets.Justia.com

Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DIANNE L. KELLEY and KENNETH HANSEN,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION, a Washington Corporation,<br><br>Defendant. | NO. C07-0475 MJP<br><br>MICROSOFT'S FIRST SET OF INTERROGATORIES TO PLAINTIFF KENNETH HANSEN<br><br>ANSWERS, RESPONSES, AND OBJECTIONS THERETO<br><br><u>CLASS ACTION</u> |

Plaintiff Kenneth Hansen hereby serves his answers, responses, and objections to Microsoft's First Set of Interrogatories, as follows:

## MICROSOFT'S INSTRUCTIONS AND DEFINITIONS

A. This discovery is directed toward the above named Plaintiff, her agents, representatives, employees, and any other person, and/or businesses, partnerships and enterprises in which Plaintiff has a business interest and/or which are subject to Plaintiff's control.

B. If you cannot answer any of the following interrogatories in full after exercising due diligence in attempting to secure the information necessary to do so, answer to the extent possible, providing all information available to you as of the date of your response to

MICROSOFT'S FIRST SET OF
INTERROGATORIES TO PLAINTIFF DIANNE
KELLEY WITH ANSWERS, RESPONSES, AND
OBJECTIONS THERETO - 1
No. C07-0475 MJP            EXHIBIT K
                            PAGE 57

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

to these interrogatories ceases to be true or complete between the time your answers are served and the time of trial.

O. The terms "you" and "your" refer to Plaintiff Dianne Kelley.

### PLAINTIFF'S GENERAL OBJECTIONS

Mr. Hansen makes the following general objections to defendant's interrogatories:

1. To the extent that any discovery request may be construed as calling for information subject to a claim of privilege or otherwise immune from discovery including, without limitation, information protected by the attorney-client privilege or the work product doctrine, Mr. Hansen objects and hereby claims such protection.

2. Mr. Hansen objects to any purported duty to supplement his answers and responses set forth below to an extent beyond that required by Rule 26(e).

### INTERROGATORIES AND PLAINTIFF'S ANSWER AND RESPONSES

1. Identify the PC (by brand, model, type, etc.) that is referred to in Paragraph 2.1 of your Complaint and state the date on which you acquired it.

RESPONSE:

**Toshiba Satellite M115 Series; Purchased on 12/22/06**

2. State the name and address of the retailer or other source from which you acquired the PC referred to in Paragraph 2.1 of your Complaint.

RESPONSE:

**CompUSA through Amazon.com**

3. State the amount you paid for the PC referred to in Paragraph 2.1 of your Complaint.

RESPONSE:

$849.99

MICROSOFT'S FIRST SET OF INTERROGATORIES TO PLAINTIFF DIANNE KELLEY WITH ANSWERS, RESPONSES, AND OBJECTIONS THERETO - 6
No. C07-0475 MJP

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

EXHIBIT K
PAGE 58

## VERIFICATION

I am one of the plaintiffs in this action and am authorized to make the foregoing answers. I have read the foregoing answers, know the contents thereof, and believe them to be true and correct.

Dated this 7th day of August, 2007 at Chicago, Illinois.

_____
KENNETH HANSEN

MICROSOFT'S FIRST SET OF
INTERROGATORIES TO PLAINTIFF DIANNE
KELLEY WITH ANSWERS, RESPONSES, AND
OBJECTIONS THERETO - 17
No. C07-0475 MJP

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

EXHIBIT K
PAGE 59