# EXHIBIT M

EXHIBIT M
PAGE 69

Dockets.Justia.com

```
 1                UNITED STATES DISTRICT COURT

 2            WESTERN DISTRICT OF WASHINGTON AT SEATTLE

 3    _____

 4    DIANNE L. KELLEY and KENNETH    )
      HANSEN,                         )
 5                                    )
                    Plaintiffs,       )
 6                                    )
              vs.                     )  No. C070475 MJP
 7                                    )
      MICROSOFT CORPORATION, a        )
 8    Washington corporation,         )
                                      )
 9                  Defendant.        )

10    _____

11    VIDEOTAPED 30(b)(6) DEPOSITION UPON ORAL EXAMINATION OF

12                    MICROSOFT CORPORATION

13                  CHRISTINE MULLANEY SUNDLIE

14              (CONTAINS CONFIDENTIAL TESTIMONY

15               SUBJECT TO PROTECTIVE ORDER)

16    _____

17                         1:52 P.M.

18                      AUGUST 29, 2007

19              1001 FOURTH AVENUE, SUITE 4000

20                     SEATTLE, WASHINGTON

21

22

23

24    REPORTED BY: JULIE R. HEAD, CRR, RPR, CCR No. 3119

25
```

EXHIBIT M
PAGE 70

Yamaguchi Obien Mangio, LLC * www.yomreporting.com
520 Pike Street, Suite 1320, Seattle, Washington 98101 * (206) 622-6875 * 1 (800) 831-6973

Page 2

A P P E A R A N C E S

3  FOR THE PLAINTIFFS:
4       WILLIAM C. SMART
5       IAN S. BIRK
6       Keller Rohrback LLP
7       1201 Third Avenue, Suite 3200
8       Seattle, Washington 98101-3052
9       (206)623-1900
10      wsmart@kellerrohrback.com
11      ibirk@kellerrohrback.com
12
13 FOR THE PLAINTIFFS:
14      JEFFREY I. TILDEN
15      MARK A. WILNER
16      Gordon Tilden Thomas & Cordell LLP
17      1001 Fourth Avenue, Suite 4000
18      Seattle, Washington 98154-1007
19      (206)467-6477
20      jtilden@gordontilden.com
21      mwilner@gordontilden.com
22
23
24
25

EXHIBIT M
PAGE 71

Yamaguchi Obien Mangio, LLC * www.yomreporting.com
520 Pike Street, Suite 1320, Seattle, Washington 98101 * (206) 622-6875 * 1 (800) 831-6973

```
 1      A.    There is; however, I want to be clear, we
 2   would not necessarily -- I'd have -- we'd have to find
 3   out, but we would not necessarily be able to identify
 4   activations of Express Upgrade product versus the
 5   standard product because there is technically no
 6   difference in the software itself.
 7      Q.    Give me a ballpark as to how many Windows XP
 8   Home licenses were sold during the Windows Vista Capable
 9   program in the United States.
10            MR. CASPER:  Objection:  Calling for
11   speculation; lack of foundation; beyond the scope of the
12   30(b)(6) designation.
13      Q.    (BY MR. SMART:)  You can go ahead and answer,
14   please.
15      A.    I don't know.
16      Q.    Is it more than a hundred?
17            MR. CASPER:  Objection:  Calling for
18   speculation.
19      A.    We're a large company.  I'm sure it's more
20   than a hundred.
21      Q.    (BY MR. SMART:)  Is it more than a thousand?
22            MR. CASPER:  Objection:  Calling for
23   speculation.
24      A.    I could presume it's more than a thousand.
25      Q.    (BY MR. SMART:)  Would it be more than a
```

EXHIBIT M
PAGE 72

Yamaguchi Obien Mangio, LLC * www.yomreporting.com
520 Pike Street, Suite 1320, Seattle, Washington 98101 * (206) 622-6875 * 1 (800) 831-6973

1  million?

2          MR. CASPER: Objection: Calling for
3  speculation.

4     A.   That I really don't know.

5     Q.   (BY MR. SMART:) And who would know the answer
6  to that?

7     A.   Again, we'd have to look at the Microsoft
8  sales database.

9     Q.   And the Microsoft sales database would give
10 you that information?

11    A.   Yes.

12    Q.   What was the average cost of an XP Home
13 license during the Windows Vista Capable program?

14         MR. CASPER: Objection. No foundation, beyond
15 the scope of the 30(b)(6) designation.

16    A.   In terms of cost, I'm not sure whether you're
17 referring to the price that Microsoft charged its
18 retailers or distributors or OEMs or the cost that the
19 customer would be presumed to pay.

20    Q.   (BY MR. SMART:) Sure, that's a fair question.
21         What was the cost that Microsoft charged the
22 OEMs?

23         MR. CASPER: Objection: No foundation; beyond
24 the 30(b)(6) designation.

25    A.   I don't know.

EXHIBIT M
PAGE 73

Yamaguchi Obien Mangio, LLC * www.yomreporting.com
520 Pike Street, Suite 1320, Seattle, Washington 98101 * (206) 622-6875 * 1 (800) 831-6973

125

# REPORTER'S CERTIFICATE

I, JULIE R. HEAD, the undersigned Certified Court Reporter and Notary Public, do hereby certify:

That the sworn testimony and/or proceedings, a transcript of which is attached, was given before me at the time and place stated therein; that any and/or all witness(es) were by me duly sworn to testify to the truth; that the sworn testimony and/or proceedings were by me stenographically recorded and transcribed under my supervision, to the best of my ability; that the foregoing transcript contains a full, true, and accurate record of all the sworn testimony and/or proceedings given and occurring at the time and place stated in the transcript; that I am in no way related to any party to the matter, nor to any counsel, nor do I have any financial interest in the event of the case.

WITNESS MY HAND AND SEAL THIS 31st day of August, 2007.

JULIE R. HEAD, CRR, RPR
Certified Court Reporter
CCR No. 3119
Notary Public in and for the
State of Washington, residing in
Snohomish County. Commission
Expires 8-09-11.

EXHIBIT M
PAGE 74