# EXHIBIT O



LATEST NEWS MYSTERY SURROUNDS U.N. P



**Top 10 Research Reports**
Tap into over 1.5 million analyst research reports
Start your search

**Broker Center** sponsored links



Get 100 Commission-Free Trades



¥ € $ - Learn. Practice. Trade.

You are here:   Home > Business > Article

HOME
BUSINESS
Banking & Financial
Consumer Products & Retail
Health
Technology, Media & Telecom
Transportation
Industries
Industry Summits
Companies
INVESTING
NEWS

REUTERS LIFESTYLE
MONEY
- How to think about bonds now
- Define "miscellaneous"
- Find more

Do More With Reuters
RSS
Mobile
Podcasts
Newsletters
My Headlines
You Witness News
Get Headlines on Your Site
Get Video on Your Site
Partner Services
CareerBuilder
Professional Products
Financial

# Microsoft profit rises on deferred Vista sales

Thu Apr 26, 2007 5:08pm EDT

Email | Print | Digg | Reprints | Single Page | Recommend (-)    [-] Text [+]



1 of 1                           Full Size

**MARKET NEWS**
Oil falls $2 as investors cash in | Video
Furniture Brands investor may seek control
Gold hits 28-year peak
More Business & Investing News...

**Featured Broker** sponsored link



¥ € $ - Learn. Practice. Trade.

SEATTLE (Reuters) - Microsoft Corp. (MSFT.O: Quote, Profile, Research) posted a forecast-beating 65 percent rise in quarterly profit on Thursday, boosted by revenue booked on discounted license upgrades for its new Windows Vista operating system and Office 2007 software.

Shares of Microsoft rose 3.5 percent to $30.12 in extended trade. In regular Nasdaq trade, the stock had closed up 11 cents at $29.10.

Microsoft posted a net profit of $4.93 billion, or 50 cents per diluted share, in its fiscal third quarter ended March 31 versus a profit of $2.98 billion, or 29 cents per share, in the year-ago period. Revenue rose 32 percent to $14.4 billion.

Analysts, on average, had forecast the world's largest software maker to earn 46 cents per share on revenue of $13.89 billion, with sales estimates ranging from $13.73 billion to $14.09 billion, according to Reuters Estimates.

Microsoft deferred about $1.7 billion in revenue from its second quarter to its third quarter to account for upgrade coupons given to customers prior to the January launch of Vista and Office 2007.

The company's 2008 business year, which starts in July, will be the first full year of earnings to benefit from consumers buying new PCs loaded with Vista and Office 2007 or companies upgrading computer systems.

EXHIBIT O
PAGE 80

Media
Support (Customer Zone)

About Reuters

### Investing Tools
Top 10 Research Reports
Daily Investor Update

Microsoft forecast diluted earnings per share of between $1.68 and $1.72 on revenue of $56.5 billion to $57.5 billion for the coming business year.

Analysts had forecast earnings of $1.69 a share on sales of $56.34 billion, with estimates ranging from $55.3 billion to $59.6 billion, according to Reuters Estimates.

Microsoft expects Vista and Office 2007, the latest versions of its two flagship products, to underpin earnings growth over the next few years. After several delays, Microsoft released both to consumers in January.

As of the close of trade on Thursday, shares of Microsoft had fallen 3 percent since the start of 2007, while the S&P 500 had risen 5 percent in the year to date.

© Reuters2007All rights reserved

**MORE BUSINESS NEWS**
- Citigroup says quarterly profit to plunge
- Pimco's Gross: Housing to dominate Fed for years
- American Int'l shareholders sue PwC
- Nokia offers $8.1 bln for Navteq
- More Business News...

**BUSINESS BLOG POSTS**
- Why Ask Me? Ask Mohnish.
  Joe Ponzio's F Wall Street
- Re-alignment, lower guidance knocks down SXC Health Services
  FP Trading Desk
- New Record High
  My Adventures into The Street
- Through The Fly's Eyes: Nokia, Navteq and Garmin
  Theflyonthewall.blog

Views in these blog posts are those of the author and not of Reuters.  powered by BlogBurst

**ALSO ON REUTERS**



Argentine election: First lady already looking presidential



Reuters Environment Summit: Exclusive interviews, analysis



Housing market: Home flippers follow the American dream

**Ads by Google**  What's This?

Penny Stock Report (GXPI)
GXPI Taps Colombia's Rich Potential Major Bull Market for Gold, Get In!
www.WallStreetStockReview.com

World's Top Penny Stock?
Learn How A Small Exploration Co. Will Be the Top Stock of 2007
www.DailyWealth.com/Penny_Report

Does Your Job Own You?
Single Dad Leaves Rat Race Behind Gets Rich With 4-Year Old Assistant
www.followmetowealth.com

Top Biotechnology Stocks
3 pharmaceutical companies to invest in now. Don't miss out!
www.Fool.com