Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DIANNE L. KELLEY and KENNETH HANSEN,<br><br>                    Plaintiffs,<br><br>       v.<br><br>MICROSOFT CORPORATION, a Washington Corporation,<br><br>                    Defendant. | NO. C07-0475 MJP<br><br>NOTICE OF FILING PAPER MATERIALS WITH THE CLERK<br><br><u>CLASS ACTION</u> |

Exhibit B to the Declaration of Jeffrey I. Tilden, dated October 5, 2007, is being filed in paper form with the Clerk's Office for the Western District of Washington. The document will remain in the Clerk's custody until appropriate disposition pursuant to the Local Rules of the Western District of Washington.

///

///

///

///

///

NOTICE OF FILING PAPER MATERIALS WITH THE
CLERK - 1
No. C07-0475 MJP

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

DATED this 5th day of October, 2007.

        GORDON TILDEN THOMAS & CORDELL LLP

By _/s/ Jeffrey I. Tilden_
Jeffrey I. Tilden, WSBA #12219
Jeffrey M. Thomas, WSBA #21175
Michael Rosenberger, WSBA #17730
Mark A. Wilner, WSBA #31550


        **KELLER ROHRBACK L.L.P.**

By _/s/_ FOR:
William C. Smart, WSBA #8192
Ian S. Birk, WSBA #31431
Attorneys for Plaintiff

NOTICE OF FILING PAPER MATERIALS WITH THE CLERK - 2
No. C07-0475 MJP

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following.

Counsel for Defendant Microsoft Corporation

Stephen M. Rummage, WSBA #11168
Cassandra L. Kinkead, WSBA #22845
Charles S. Wright, WSBA #31940
Davis Wright Tremaine LLP
1201 Third Avenue Suite 2200
Seattle, Washington 98101-3045
steverummage@dwt.com
cassandrakinkead@dwt.com
charleswright@dwt.com

Counsel for Defendant Microsoft Corporation – Admitted Pro Hac Vice

Charles B. Casper
Montgomery, McCracken, Walker & Rhoads
123 South Broad Street
Philadelphia, PA 19109
ccasper@mmwr.com

**GORDON TILDEN THOMAS & CORDELL LLP**

By _____
Mark A. Wilner, WSBA #31550
Attorneys for Plaintiff
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154-1007
Telephone: (206) 467-6477
Facsimile: (206) 467-6292
Email: mwilner@gordontilden.com

NOTICE OF FILING PAPER MATERIALS WITH THE CLERK - 3
No. C07-0475 MJP

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292