Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DIANNE L. KELLEY and KENNETH HANSEN,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>MICROSOFT CORPORATION, a Washington Corporation,<br><br>　　　　　Defendant. | NO. C07-0475 MJP<br><br>NOTICE OF MOTION RE-NOTE<br><br><u>CLASS ACTION</u> |

This notice is submitted to re-note the Motion to Seal (Dkt. No. 59), filed on October 5, 2007. The Motion to Seal was noted for October 22, 2007, 15 days after filing. Pursuant to ¶ 3(c) of the Protective Order (Dkt. 57), the opposing party is entitled to have the motion noted at least 15 "judicial days" after filing. Accordingly, please re-note the Motion to Seal for October 29, 2007.

NOTICE OF MOTION RE-NOTE - 1
No. C07-0475 MJP

**Gordon Tilden Thomas & Cordell LLP**
1001 Fourth Avenue, Suite 4000
Seattle, WA  98154
Phone (206) 467-6477
Fax (206) 467-6292

Dockets.Justia.com

DATED this 9th day of October, 2007.

        **GORDON TILDEN THOMAS & CORDELL LLP**

By _/s/ Jeffrey I. Tilden_
Jeffrey I. Tilden, WSBA #12219
Jeffrey M. Thomas, WSBA #21175
Michael Rosenberger, WSBA #17730
Mark A. Wilner, WSBA #31550

**KELLER ROHRBACK L.L.P.**

By _/s/ William C. Smart_
William C. Smart, WSBA #8192
Ian S. Birk, WSBA #31431

Attorneys for Plaintiff

NOTICE OF MOTION RE-NOTE - 2
No. C07-0475 MJP

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following.

Counsel for Defendant Microsoft Corporation

Stephen M. Rummage, WSBA #11168
Cassandra L. Kinkead, WSBA #22845
Charles S. Wright, WSBA #31940
Davis Wright Tremaine LLP
1201 Third Avenue Suite 2200
Seattle, Washington 98101-3045
steverummage@dwt.com
cassandrakinkead@dwt.com
charleswright@dwt.com

Counsel for Defendant Microsoft Corporation – Admitted Pro Hac Vice

Charles B. Casper
Montgomery, McCracken, Walker & Rhoads
123 South Broad Street
Philadelphia, PA  19109
ccasper@mmwr.com

GORDON TILDEN THOMAS & CORDELL LLP

By _____
Mark A. Wilner, WSBA #31550
Attorneys for Plaintiff
1001 Fourth Avenue, Suite 4000
Seattle, WA  98154-1007
Telephone:  (206) 467-6477
Facsimile:  (206) 467-6292
Email:  mwilner@gordontilden.com

NOTICE OF MOTION RE-NOTE - 3
No. C07-0475 MJP

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA  98154
Phone (206) 467-6477
Fax (206) 467-6292