Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

DIANNE L. KELLEY and KENNETH
HANSEN,

                Plaintiffs,

      v.

MICROSOFT CORPORATION, a
Washington Corporation,

                Defendant.

NO.  C07-0475 MJP

STIPULATION AND [Proposed]
ORDER RE:  CERTAIN REQUESTS
FOR ADMISSION

CLASS ACTION

## I.    STIPULATION

Microsoft objected to answering plaintiffs' RFA 18 only on the ground that it called for

discovery into the merits of the case and not class certification issues.  Microsoft objected to

answering RFAs 17, 19-21, and 84-91 on that same ground, as well as on the ground that these

requests were ambiguous as posed.  On October 12, 2007, the Court entered an Order Granting

in Part and Denying in Part Plaintiffs' Motion to Compel ("Discovery Order").  Dkt. No. 72.

Following the Discovery Order, the parties have agreed as follows:  (a) Microsoft need not

further respond to RFAs 17-21 and 84-91 unless and until a class is certified; (b) in the event a

class is certified, Microsoft shall answer RFA 18; and (c) in the event a class is certified,

STIPULATION AND ORDER RE:  CERTAIN REQUESTS
FOR ADMISSION - 1
No. C07-0475 MJP

**GORDON TILDEN THOMAS & CORDELL LLP**
1001 Fourth Avenue, Suite 4000
Seattle, WA  98154
Phone (206) 467-6477
Fax (206) 467-6292

Dockets.Justia.com

Microsoft shall answer RFAs 17, 19-21 and 84-91 pursuant to the procedures set out in

Paragraph 1 of the Discovery Order. Plaintiffs agree that RFAs 17-21 and 84-91 may be

answered at such later time, and the parties stipulate to entry of the following order.

DATED this 19th day of October, 2007.

**GORDON TILDEN THOMAS &**          **DAVIS WRIGHT TREMAINE LLP**
**CORDELL LLP**

By _s/Mark A. Wilner_                By _s/Stephen M. Rummage_
   Jeffrey I. Tilden, WSBA #12219      Stephen M. Rummage, WSBA #11168
   Jeffrey M. Thomas, WSBA #21175      Cassandra L. Kinkead, WSBA #22845
   Michael Rosenberger, WSBA #17730    Charles S. Wright, WSBA #31940
   Mark A. Wilner, WSBA #31550


**KELLER ROHRBACK L.L.P.**           **MONTGOMERY, MCCRACKEN,**
                                     **WALKER & RHOADS, LLP**

By _s/ William C. Smart_             By _s/ Charles B. Casper_
   William C. Smart, WSBA #8192         Charles B. Casper
   Ian S. Birk, WSBA #31431             Admitted Pro Hac Vice

Attorneys for Plaintiffs             Attorneys for Defendant

## II.    ORDER

Based upon the above stipulation, the Court enters the following order:

1.      Microsoft is not required to respond further to RFAs 17-21 and 84-91 unless and

until a class is certified;

2.      In the event a class is certified, Microsoft is required to answer RFA 18 within

thirty (30) calendar days after entry of the order certifying a class;

3.    In the event a class is certified, Microsoft is required to answer RFAs 17, 19-21 and 84-91 pursuant to the procedures set out in Paragraph 1 of the Court's Discovery Order (Dkt. No. 72) within thirty (30) calendar days after entry of the order certifying a class; and

4.    If Plaintiffs find Microsoft's answers to RFAs 17-21 and 84-91 objectionable, they may raise the issues with the Court at a conference.

DATED this ____ day of _____, 2007.


_____
MARSHA J. PECHMAN
UNITED STATES DISTRICT JUDGE

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA  98154
Phone (206) 467-6477
Fax (206) 467-6292

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following.

Counsel for Defendant Microsoft Corporation

Stephen M. Rummage, WSBA #11168
Cassandra L. Kinkead, WSBA #22845
Charles S. Wright, WSBA #31940
Davis Wright Tremaine LLP
1201 Third Avenue Suite 2200
Seattle, Washington 98101-3045
steverummage@dwt.com
cassandrakinkead@dwt.com
charleswright@dwt.com

Counsel for Defendant Microsoft Corporation – Admitted Pro Hac Vice

Charles B. Casper
Montgomery, McCracken, Walker & Rhoads
123 South Broad Street
Philadelphia, PA 19109
ccasper@mmwr.com

## GORDON TILDEN THOMAS & CORDELL LLP

By _s/Mark A. Wilner_
Mark A. Wilner, WSBA #31550
Attorneys for Plaintiffs
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154-1007
Telephone: (206) 467-6477
Facsimile: (206) 467-6292
Email: mwilner@gordontilden.com

STIPULATION AND ORDER RE: CERTAIN REQUESTS
FOR ADMISSION - 4
No. C07-0475 MJP

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292