Kelley v. Microsoft Corporation — Doc. 74
Case 2:07-cv-00475-MJP    Document 74    Filed 10/22/2007    Page 1 of 4
Case 2:07-cv-00475-MJP    Document 73    Filed 10/19/2007    Page 1 of 4

FILED LODGED ENTERED RECEIVED
OCT 22 2007
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                           DEPUTY

07-CV-00475-ORD

Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

DIANNE L. KELLEY and KENNETH HANSEN,

    Plaintiffs,

v.

MICROSOFT CORPORATION, a Washington Corporation,

    Defendant.

NO. C07-0475 MJP

STIPULATION AND [Proposed] ORDER RE: CERTAIN REQUESTS FOR ADMISSION

CLASS ACTION

## I.  STIPULATION

Microsoft objected to answering plaintiffs' RFA 18 only on the ground that it called for discovery into the merits of the case and not class certification issues. Microsoft objected to answering RFAs 17, 19-21, and 84-91 on that same ground, as well as on the ground that these requests were ambiguous as posed. On October 12, 2007, the Court entered an Order Granting in Part and Denying in Part Plaintiffs' Motion to Compel ("Discovery Order"). Dkt. No. 72. Following the Discovery Order, the parties have agreed as follows: (a) Microsoft need not further respond to RFAs 17-21 and 84-91 unless and until a class is certified; (b) in the event a class is certified, Microsoft shall answer RFA 18; and (c) in the event a class is certified,

STIPULATION AND ORDER RE: CERTAIN REQUESTS
FOR ADMISSION - 1
No. C07-0475 MJP

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

Microsoft shall answer RFAs 17, 19-21 and 84-91 pursuant to the procedures set out in Paragraph 1 of the Discovery Order. Plaintiffs agree that RFAs 17-21 and 84-91 may be answered at such later time, and the parties stipulate to entry of the following order.

DATED this 19th day of October, 2007.

| | |
|---|---|
| **GORDON TILDEN THOMAS & CORDELL LLP** | **DAVIS WRIGHT TREMAINE LLP** |
| By *s/Mark A. Wilner*<br>Jeffrey I. Tilden, WSBA #12219<br>Jeffrey M. Thomas, WSBA #21175<br>Michael Rosenberger, WSBA #17730<br>Mark A. Wilner, WSBA #31550 | By *s/Stephen M. Rummage*<br>Stephen M. Rummage, WSBA #11168<br>Cassandra L. Kinkead, WSBA #22845<br>Charles S. Wright, WSBA #31940 |
| **KELLER ROHRBACK L.L.P.** | **MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP** |
| By *s/ William C. Smart*<br>William C. Smart, WSBA #8192<br>Ian S. Birk, WSBA #31431 | By *s/ Charles B. Casper*<br>Charles B. Casper<br>Admitted Pro Hac Vice |
| Attorneys for Plaintiffs | Attorneys for Defendant |

## II. ORDER

Based upon the above stipulation, the Court enters the following order:

1. Microsoft is not required to respond further to RFAs 17-21 and 84-91 unless and until a class is certified;

2. In the event a class is certified, Microsoft is required to answer RFA 18 within thirty (30) calendar days after entry of the order certifying a class;

STIPULATION AND ORDER RE: CERTAIN REQUESTS FOR ADMISSION - 2
No. C07-0475 MJP

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

3. In the event a class is certified, Microsoft is required to answer RFAs 17, 19-21 and 84-91 pursuant to the procedures set out in Paragraph 1 of the Court's Discovery Order (Dkt. No. 72) within thirty (30) calendar days after entry of the order certifying a class; and

4. If Plaintiffs find Microsoft's answers to RFAs 17-21 and 84-91 objectionable, they may raise the issues with the Court at a conference.

DATED this 19 day of Oct., 2007.

*[signature]*

MARSHA J. PECHMAN
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER RE: CERTAIN REQUESTS
FOR ADMISSION - 3
No. C07-0475 MJP

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following.

Counsel for Defendant Microsoft Corporation

Stephen M. Rummage, WSBA #11168
Cassandra L. Kinkead, WSBA #22845
Charles S. Wright, WSBA #31940
Davis Wright Tremaine LLP
1201 Third Avenue Suite 2200
Seattle, Washington 98101-3045
steverummage@dwt.com
cassandrakinkead@dwt.com
charleswright@dwt.com

Counsel for Defendant Microsoft Corporation – Admitted Pro Hac Vice

Charles B. Casper
Montgomery, McCracken, Walker & Rhoads
123 South Broad Street
Philadelphia, PA 19109
ccasper@mmwr.com

GORDON TILDEN THOMAS & CORDELL LLP

By _s/Mark A. Wilner_
Mark A. Wilner, WSBA #31550
Attorneys for Plaintiffs
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154-1007
Telephone: (206) 467-6477
Facsimile: (206) 467-6292
Email: mwilner@gordontilden.com

STIPULATION AND ORDER RE: CERTAIN REQUESTS
FOR ADMISSION - 4
No. C07-0475 MJP

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292