The Honorable Marsha J. Pechman

1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT
                           WESTERN DISTRICT OF WASHINGTON
8                                    AT SEATTLE

9    DIANNE KELLEY and KENNETH HANSEN,   )   No.  C 07-475 MJP
                                         )
10                          Plaintiffs,  )   [PROPOSED] PROTECTIVE
         v.                              )   ORDER SEALING CERTAIN
11                                       )   CONFIDENTIAL DOCUMENTS
                                         )   AND RELATED BRIEFING
12   MICROSOFT CORPORATION, a Washington )
     corporation,                        )
13                                       )   *Note on Motion Calendar:*
                          Defendant.     )   October 29, 2007
14                                       )
                                         )
15   ─────────────────────────────────────

16          In accordance with the requirements of the Court's Protective Order [Dkt. No. 57],

17   this matter came before the Court on the motion of Plaintiffs for an order sealing Exhibits C,

18   D, and F to the Declaration of William C. Smart, Exhibits A and L to the Declaration of

19   Jeffrey I. Tilden, and Plaintiffs' Motions for Class Certification and for the Application of

20   Washington Law, which contained excerpts from those exhibits.  Thereafter, Microsoft

21   Corporation ("Microsoft") filed its Response to Plaintiffs' Motion to Seal for the purpose of

22   making the showing required by CR 5(g) to seal the materials at issue.

23          The Court has considered the papers filed in support of and in opposition to the relief

24   requested in the motion and the attachments thereto.  Based on these materials, the Court

25   hereby

26          **GRANTS** the requested protective order.

27   PROTECTIVE ORDER SEALING CERTAIN CONFIDENTIAL
     DOCUMENTS AND RELATED BRIEFING                        Davis Wright Tremaine LLP
     UNDER CR 5(g) (NO. C07-475 MJP) – 1                        LAW OFFICES
                                                          1201 Third Avenue, Suite 2200
                                                            Seattle, Washington  98101
                                                          (206) 622-3150  Fax: (206) 757-7700

1   The Clerk is directed to maintain under seal Docket Nos. 62, 63, 64, and 67, consisting

2   of the following documents in the record:

3       1.      Exhibit C to the Declaration of William C. Smart in Support of Plaintiffs'

4   Motion for the Application of Washington Law, filed under seal with the Court on October 5,

5   2007 [Dkt. No. 62];

6       2.      Exhibit D to the Declaration of William C. Smart in Support of Plaintiffs'

7   Motion for the Application of Washington Law, filed under seal with the Court on October 5,

8   2007 [Dkt. No. 63];

9       3.      Exhibit F to the Declaration of William C. Smart in Support of Plaintiffs'

10  Motion for the Application of Washington Law, filed under seal with the Court on October 5,

11  2007 [Dkt. No. 64]; and

12      4.      Exhibit A to the Declaration of Jeffrey I. Tilden in Support of Plaintiffs'

13  Motion for Class Certification, filed under seal with the Court on October 5, 2007 [Dkt. No.

14  67].

15      The Clerk is further directed to maintain under seal Docket Nos. 60 and 65, consisting

16  of Plaintiffs' Motion for the Application of Washington Law and Plaintiffs' Motion for Class

17  Certification, respectively, which were also filed under seal with the Court on October 5,

18  2007.

19      Plaintiffs' counsel are directed, within 10 days of the date of this Order, to file for

20  public record redacted versions of Plaintiffs' Motion for the Application of Washington Law

21  and Plaintiffs' Motion for Class Certification [Dkt. Nos. 60 and 65] fully obscuring the

22  confidential information addressed in this Order.

23      It is so ordered.

24      DATED this ___ day of _____, 2007.

25                                          _____

                                            The Honorable Marsha J. Pechman
26                                          United States District Judge

27  MICROSOFT'S RESPONSE TO PLAINTIFFS' MOTION TO SEAL          Davis Wright Tremaine LLP
    UNDER CR 5(g) (NO. C07-475 MJP) – 2                         LAW OFFICES
                                                                1201 Third Avenue, Suite 2200
                                                                Seattle, Washington 98101
                                                                (206) 622-3150  Fax: (206) 757-7700

Presented by:

Davis Wright Tremaine LLP
Attorneys for Defendant Microsoft Corporation

By      */s/ Stephen M. Rummage*
           Stephen M. Rummage, WSBA #11168

MICROSOFT'S RESPONSE TO PLAINTIFFS' MOTION TO SEAL
UNDER CR 5(g) (NO. C07-475 MJP) – 3

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, Washington  98101
(206) 622-3150  Fax: (206) 757-7700