1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45

Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

DIANNE L. KELLEY and KENNETH
HANSEN,

                        Plaintiffs,

        v.

MICROSOFT CORPORATION, a Washington
Corporation,

                        Defendant.

NO.  C07-0475 MJP

PLAINTIFFS' RESPONSE RE:
MOTION TO SEAL

CLASS ACTION

NOTE ON MOTION CALENDER:
October 29, 2007

Plaintiffs submit this response regarding the Motion to Seal, filed on October 5, 2007.

Dkt 59; see also Dkt. 75 (Microsoft's submission in support of motion).

1.      **Plaintiffs' Motion for Application of Washington Law** [*only 2:11,*
        *2:13-16, 2:18-24, 3:12-20, and 14:15-16  contain excerpts from materials*
        *containing confidentiality designations*]

Microsoft requests that the above lines of text from Plaintiffs' Motion for Application of

Washington Law be redacted and that an unredacted version of the motion be filed.  These lines

of text contain either references to or quotations from documents attached as Exhibits C, D, and

F to the Declaration of William C. Smart (Dkt. 61), each of which Microsoft designated as

"confidential."  Aside from the issue of whether the exhibits themselves need to be sealed from

public view (see below ¶¶ 2-4), the few references to and quotations from those exhibits as set

PLAINTIFFS' RESPONSE RE:  MOTION TO SEAL - 1
No. C07-0475 MJP

**GORDON TILDEN THOMAS & CORDELL LLP**
1001 Fourth Avenue, Suite 4000
Seattle, WA  98154
Phone (206) 467-6477
Fax (206) 467-6292

Dockets.Justia.com

forth in the motion are selective, brief, and truncated in nature—and, thus, provide insufficient

context to render them of any material importance to Microsoft's competitors without reviewing

the exhibits as well. Accordingly, plaintiffs do not believe that Microsoft has provided sufficient

justification for Plaintiffs' Motion for Application of Washington Law to be redacted.

2.    **Smart Declaration, Exhibit C**: Designed for Microsoft Windows and
Windows Vista Logo Licensing Agreement

As Microsoft notes (see Dkt. 76 ¶ 15), the asserted justification to seal the Designed for

Microsoft Windows and Windows Vista Logo Licensing Agreement was put at issue in a prior

motion to seal that is pending before the Court. See Dkt. 45. Plaintiffs incorporate their

argument in opposition to seal as set forth in their prior submission on this issue. See Dkt. 58 at

2:1-22. In sum, the Logo Licensing Agreement is directly related to Microsoft's Windows Vista

Capable Marketing Program, which by its terms has expired. Therefore, the Logo Licensing

Agreement does not have the "commercial sensitivity" Microsoft would have Court believe. Id.

3.    **Smart Declaration, Exhibit D**: Microsoft Business Terms Document for
OEM Customers

This is a form document with no OEM named. As noted on MS-KELL 207, the

document has expired by its own terms. Microsoft has provided insufficient justification for this

document to be sealed.

4.    **Smart Declaration, Exhibit F:** OEM Marketing Bulletin: Windows
Vista Capable Program

Whether the OEM Marketing Bulletin should be sealed also is at issue in the prior motion

to seal pending before the Court. See Dkt. 45. Plaintiffs incorporate their arguments in

opposition to seal as set forth in their prior submission on this issue. See Dkt. 58 at 2:24-39.

The OEM Marketing Bulletin describes the Windows Vista Capable Marketing Program, which

PLAINTIFFS' RESPONSE RE: MOTION TO SEAL - 2
No. C07-0475 MJP

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA  98154
Phone (206) 467-6477
Fax (206) 467-6292

1
2
has been terminated. Microsoft's prior efforts to keep the terms of its marketing programs secret
3
4
cannot alone justify sealing those expired documents when later used in court.

5       5.      **Plaintiffs' Motion for Class Certification** [*only 3:1-5, 3:7-41, 4:1-9, and*
6               *15:11-17 contain excerpts from materials containing confidentiality*
7               *designations*]
8
9
10      Microsoft requests that the above lines of text from Plaintiffs' Motion for Class
11
12
Certification be redacted and that an unredacted version of the motion be filed. This text either
13
14
refers to or quotes from the OEM Marketing Bulletin (see above ¶ 4). Even if the Court finds
15
16
Microsoft has met its burden to have the bulletin sealed from the public's eyes, the portions of
17
18
plaintiffs' motion that refer to or quote from that document still need not be redacted. These
19
20
portions either state the obvious, do not quote or refer to any "commercially sensitive" material
21
22
in the bulletin, or have been made public in other "non-confidential" documents already on file
23
24
with the Court. See, e.g., Dkt. 66-3 (re-stating and summarizing purposes of Windows Vista
25
26
Capable Marketing Program). Plaintiffs do not believe that Microsoft has provided sufficient
27
justification for their Motion for Class Certification to be filed in redacted form.
28

29      6.      **Tilden Declaration, Exhibit A**: OEM Marketing Bulletin: Windows
30              Vista Capable Program
31
32      This is the same document as Exhibit F to the Smart Declaration. Therefore, plaintiffs
33
34
incorporate their opposition herein.
35

36      7.      **Tilden Declaration, Exhibit L**: Pages 1-2, 50-51, 67-69, and 88 from the
37              Transcript of the 30(b)(6) Deposition of Microsoft (Mark Croft) [*only*
38              *50:1-9 contain confidentiality designations*]
39
40      The text at 50:1-9 of the Transcript of the 30(b)(6) Deposition of Microsoft (Mark Croft)
41
42
was designated as "confidential" by Microsoft. However, that specific portion of Page 50 of the
43
44
transcript was not referred to or quoted from in Plaintiffs' Motion for Class Certification.
45

PLAINTIFFS' RESPONSE RE: MOTION TO SEAL - 3
No. C07-0475 MJP

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

Microsoft acknowledges that this portion of Page 50 "does not disclose commercially sensitive information," and thus does not propose an order that any portions of the Croft Deposition transcript (Exhibit L to the Tilden Declaration) be redacted or sealed. <u>See</u> Dkt. 75 at 5 n.6. Accordingly, this exhibit should be publicly available.

DATED this 29th day of October, 2007.

**GORDON TILDEN THOMAS & CORDELL** LLP

By_____
      Jeffrey I. Tilden, WSBA #12219
      Jeffrey M. Thomas, WSBA #21175
      Michael Rosenberger, WSBA #17730
      Mark A. Wilner, WSBA #31550

**KELLER ROHRBACK L.L.P.**

By_____
      William C. Smart, WSBA #8192
      Ian S. Birk, WSBA #31431

Attorneys for Plaintiff

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following.

Counsel for Defendant Microsoft Corporation

Stephen M. Rummage, WSBA #11168
Cassandra L. Kinkead, WSBA #22845
Charles S. Wright, WSBA #31940
Davis Wright Tremaine LLP
1201 Third Avenue Suite 2200
Seattle, Washington 98101-3045
steverummage@dwt.com
cassandrakinkead@dwt.com
charleswright@dwt.com

Counsel for Defendant Microsoft Corporation – Admitted Pro Hac Vice

Charles B. Casper
Montgomery, McCracken, Walker & Rhoads
123 South Broad Street
Philadelphia, PA  19109
ccasper@mmwr.com


**GORDON TILDEN THOMAS & CORDELL** LLP


By_____
Mark A. Wilner, WSBA #31550
Attorneys for Plaintiff
1001 Fourth Avenue, Suite 4000
Seattle, WA  98154-1007
Telephone:  (206) 467-6477
Facsimile:  (206) 467-6292
Email:  mwilner@gordontilden.com

PLAINTIFFS' RESPONSE RE:  MOTION TO SEAL - 5
No. C07-0475 MJP