Kelley v. Microsoft Corporation | Doc. 78

Case 2:07-cv-00475-MJP   Document 78    Filed 11/02/2007   Page 1 of 3
Case 2:07-cv-00475-MJP   Document 45-2  Filed 09/14/2007   Page 1 of 3

___ FILED  ___ ENTERED
___ LODGED ___ RECEIVED

NOV - 2 2007

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

The Honorable Marsha J. Pechman

07-CV-00475-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DIANNE KELLEY and KENNETH HANSEN, )
)
Plaintiffs, )
)
v. )
)
MICROSOFT CORPORATION, a Washington )
corporation, )
)
Defendant. )
)

No. C07-475 MJP

[~~PROPOSED~~] PROTECTIVE ORDER SEALING EXHIBITS TO WILNER DECLARATION AND RELATED BRIEFING

Note on Motion Calendar:

October 5, 2007

This matter came before the Court on the motion of defendant Microsoft Corporation for an order sealing Exhibits A, B, C, D and F to the Declaration of Mark Wilner, as well as the Plaintiffs' Reply Brief in support of their Motion to Compel, which quotes from certain of those Exhibits.

The Court has considered the papers filed in support of and in opposition to the motion and the attachments thereto. Based on these materials, the Court hereby

**GRANTS** Microsoft's motion for a protective order.

The Clerk is directed to seal Docket No. 48, consisting of the Exhibits to the Declaration of Mark Wilner in Support of Plaintiffs' Motion to Compel, filed under seal with the Court on September 14, 2007.

PROTECTIVE ORDER SEALING EXHIBITS TO WILNER
DECLARATION AND RELATED BRIEFING
(C07-0475 MJP) — 1
SEA 2083124v1 0025936-000689

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

1  The Clerk is further directed to seal Docket No. 46, consisting of Plaintiffs' Reply
2  Brief in Support of the Motion to Compel, also filed under seal on September 14, 2007.
3  Plaintiffs' counsel are directed, within 10 days of the date of this Order, to file for
4  public record redacted versions of the above-referenced docket numbers, fully obscuring the
5  confidential information addressed in this Order.
6  It is so ordered.
7  DATED this 2 day of Nov., 2007.

The Honorable Marsha J. Pechman
United States District Judge

11  Presented by:

12  Davis Wright Tremaine LLP
    Attorneys for Defendant Microsoft Corporation
13

14  By /s/ Stephen M. Rummage
    Stephen M. Rummage. WSBA #11168
15

27  PROTECTIVE ORDER SEALING EXHIBITS TO WILNER
    DECLARATION AND RELATED BRIEFING
    (C07-0475 MJP) — 2

    SEA 2083124v1 0025936-000689

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2007, I electronically filed the foregoing [Proposed] Protective Order Sealing Exhibits to Wilner Declaration and Related Briefing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Jeffrey I. Tilden: | jtilden@gordontilden.com |
| Jeffrey M. Thomas: | jthomas@gordontilden.com |
| Michael Rosenberger: | mrosenberger@gordontilden.com |
| Mark A. Wilner: | mwilner@gordontilden.com |
| William C. Smart: | wsmart@kellerrohrback.com |
| Mark A. Griffin: | mgriffin@kellerrohrback.com |
| Ian S. Birk: | ibirk@kellerrohrback@dwt.com |

DATED this 14th day of September, 2007.

Davis Wright Tremaine LLP
Attorneys for Defendant
Microsoft Corporation

By /s/ Stephen M. Rummage
    Stephen M. Rummage, WSBA #11168
    Davis Wright Tremaine LLP
    Suite 2200
    1201 Third Avenue
    Seattle, WA 98101-3045
    Telephone: (206) 757-8136
    Fax: (206) 757-7136
    E-mail: steverummage@dwt.com

PROTECTIVE ORDER SEALING EXHIBITS TO WILNER
DECLARATION AND RELATED BRIEFING
(C07-0475 MJP) — 3

SEA 2083124v1 0025936-000689

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700