Kelley v. Microsoft Corporation

Case 2:07-cv-00475-MJP   Document 81    Filed 11/07/2007   Page 1 of 3
Case 2:07-cv-00475-MJP   Document 75-2   Filed 10/24/2007   Page 1 of 3

Doc. 81

The Honorable Marsha J. Pechman

FILED ___ ENTERED
___ LODGED ___ RECEIVED

NOV - 7 2007

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

07-CV-00475-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DIANNE KELLEY and KENNETH HANSEN,           )   No. C 07-475 MJP
                                            )
                    Plaintiffs,             )   [PROPOSED] PROTECTIVE
                                            )   ORDER SEALING CERTAIN
       v.                                   )   CONFIDENTIAL DOCUMENTS
                                            )   AND RELATED BRIEFING
MICROSOFT CORPORATION, a Washington         )
corporation,                                )
                                            )   *Note on Motion Calendar:*
                    Defendant.              )   October 29, 2007
                                            )
                                            )

In accordance with the requirements of the Court's Protective Order [Dkt. No. 57], this matter came before the Court on the motion of Plaintiffs for an order sealing Exhibits C, D, and F to the Declaration of William C. Smart, Exhibits A and L to the Declaration of Jeffrey I. Tilden, and Plaintiffs' Motions for Class Certification and for the Application of Washington Law, which contained excerpts from those exhibits. Thereafter, Microsoft Corporation ("Microsoft") filed its Response to Plaintiffs' Motion to Seal for the purpose of making the showing required by CR 5(g) to seal the materials at issue.

The Court has considered the papers filed in support of and in opposition to the relief requested in the motion and the attachments thereto. Based on these materials, the Court hereby

**GRANTS** the requested protective order.

PROTECTIVE ORDER SEALING CERTAIN CONFIDENTIAL
DOCUMENTS AND RELATED BRIEFING
UNDER CR 5(g) (NO. C07-475 MJP) – 1

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, Washington 98101
(206) 622-3150  Fax: (206) 757-7700

The Clerk is directed to maintain under seal Docket Nos. 62, 63, 64, and 67, consisting of the following documents in the record:

1. Exhibit C to the Declaration of William C. Smart in Support of Plaintiffs' Motion for the Application of Washington Law, filed under seal with the Court on October 5, 2007 [Dkt. No. 62];

2. Exhibit D to the Declaration of William C. Smart in Support of Plaintiffs' Motion for the Application of Washington Law, filed under seal with the Court on October 5, 2007 [Dkt. No. 63];

3. Exhibit F to the Declaration of William C. Smart in Support of Plaintiffs' Motion for the Application of Washington Law, filed under seal with the Court on October 5, 2007 [Dkt. No. 64]; and

4. Exhibit A to the Declaration of Jeffrey I. Tilden in Support of Plaintiffs' Motion for Class Certification, filed under seal with the Court on October 5, 2007 [Dkt. No. 67].

The Clerk is further directed to maintain under seal Docket Nos. 60 and 65, consisting of Plaintiffs' Motion for the Application of Washington Law and Plaintiffs' Motion for Class Certification, respectively, which were also filed under seal with the Court on October 5, 2007.

Plaintiffs' counsel are directed, within 10 days of the date of this Order, to file for public record redacted versions of Plaintiffs' Motion for the Application of Washington Law and Plaintiffs' Motion for Class Certification [Dkt. Nos. 60 and 65] fully obscuring the confidential information addressed in this Order.

It is so ordered.

DATED this 7 day of Nov., 2007.

*[signature]*

The Honorable Marsha J. Pechman
United States District Judge

MICROSOFT'S RESPONSE TO PLAINTIFFS' MOTION TO SEAL
UNDER CR 5(g) (NO. C07-475 MJP) – 2

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, Washington 98101
(206) 622-3150  Fax: (206) 757-7700

Presented by:

Davis Wright Tremaine LLP
Attorneys for Defendant Microsoft Corporation

By   /s/ Stephen M. Rummage
     Stephen M. Rummage, WSBA #11168

MICROSOFT'S RESPONSE TO PLAINTIFFS' MOTION TO SEAL
UNDER CR 5(g) (NO. C07-475 MJP) – 3

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, Washington 98101
(206) 622-3150  Fax: (206) 757-7700