The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DIANNE KELLEY and KENNETH HANSEN, ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> MICROSOFT CORPORATION, a Washington ) <br> corporation, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | No. C 07-475 MJP <br><br> [PROPOSED] PROTECTIVE ORDER SEALING CERTAIN CONFIDENTIAL DOCUMENTS AND RELATED BRIEFING <br><br> *Note on Motion Calendar:* <br> December 11, 2007 |

In accordance with the requirements of the Court's Protective Order [Dkt. No. 57], this matter came before the Court on defendant Microsoft Corporation's motion for an order sealing the Declaration of Christine Mullaney Sundlie and exhibits A through F attached thereto, the Declaration of Robert L. Moline, and Microsoft's Opposition to Plaintiffs' Motion for Class Certification, which contained excerpts from those Declarations and exhibits. Microsoft submitted its Motion to Seal for the purpose of making the showing required by CR 5(g).

The Court has considered the papers filed in support of and in opposition to the relief requested in the motion and the attachments thereto. Based on these materials, the Court hereby

**GRANTS** the requested protective order.

PROTECTIVE ORDER SEALING CERTAIN CONFIDENTIAL
DOCUMENTS AND RELATED BRIEFING
UNDER CR 5(g) (NO. C07-475 MJP) – 1

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, Washington 98101
(206) 622-3150  Fax: (206) 757-7700

The Clerk is directed to maintain under seal the following documents in the record:

1. The Declaration of Christine Mullaney Sundlie in Support of Microsoft's Opposition to Plaintiffs' Motion for Class Certification, filed under seal with the Court on November 19, 2007 [Dkt. No. ___];

2. Exhibits A, B, C, D, E, and F attached to the Declaration of Christine Mullaney Sundlie in Support of Microsoft's Opposition to Plaintiffs' Motion for Class Certification, filed under seal with the Court on November 19, 2007 [Dkt. Nos. ___, ___, ___, ___, ___, ___]; and

3. The Declaration of Robert L. Moline in Support of Microsoft's Opposition to Plaintiffs' Motion for Class Certification, filed under seal with the Court on November 19, 2007 [Dkt. No. ___].

The Clerk is further directed to maintain under seal Docket No. ___, consisting of Microsoft's Opposition to Plaintiffs' Motion for Class Certification, which was also filed under seal with the Court on November 19, 2007.

Microsoft's counsel is directed, within 10 days of the date of this Order, to file for public record a redacted version of Microsoft's Opposition to Plaintiffs' Motion for Class Certification [Dkt. No. ___] fully obscuring the confidential information addressed in this Order.

It is so ordered.

DATED this _____ day of _____, 2007.

_____
The Honorable Marsha J. Pechman
United States District Judge

Presented by:

Davis Wright Tremaine LLP
Attorneys for Defendant Microsoft Corporation

By   */s/ Stephen M. Rummage*
     Stephen M. Rummage, WSBA #11168

PROTECTIVE ORDER SEALING CERTAIN CONFIDENTIAL
DOCUMENTS AND RELATED BRIEFING
UNDER CR 5(g) (NO. C07-475 MJP) – 2

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, Washington 98101
(206) 622-3150  Fax: (206) 757-7700