# EXHIBIT A



WINDOWS XP
START UP MENU WITH "FLY OUTS"



WINDOWS VISTA HOME BASIC
START MENU WITH NO "FLY OUTS"

WINDOWS VISTA HOME BASIC
NAVIGATION BAR AND THUMBNAILS

