# EXHIBIT B

WINDOWS VISTA HOME BASIC
GLOBAL SEARCH SCREENS



WINDOWS VISTA HOME BASIC
GLOBAL SEARCH SCREENS





WINDOWS VISTA HOME BASIC
GLOBAL SEARCH SCREENS

WINDOWS VISTA HOME BASIC
GLOBAL SEARCH SCREENS



WINDOWS VISTA HOME BASIC
GLOBAL SEARCH SCREENS





WINDOWS XP
SEARCH DESKTOP SCREENS

# WINDOWS XP
# SEARCH DESKTOP SCREENS



WINDOWS XP
SEARCH DESKTOP SCREENS

