Kelley v. Microsoft Corporation                                                                    Doc. 90 Att. 3
Case 2:07-cv-00475-MJP    Document 90-4    Filed 11/19/2007    Page 1 of 5

# EXHIBIT C

WINDOWS VISTA HOME BASIC
PARENTAL CONTROLS

« Parental Controls ▶ User Controls

Set up how TOBY will use the computer

Parental Controls:
● On, enforce current settings
○ Off

Activity Reporting:
● On, collect information about computer usage
○ Off

Windows Settings
Windows Vista Web Filter
Control allowed websites, downloads, and other use
Time limits
Control when TOBY uses the computer
Games
Control games by rating, content, or title
Allow and block specific programs
Allow and block any programs on your computer

Current Settings:

TOBY
Standard user
No Password

View activity reports

Web Restrictions:   Allow by list only
Time Limits:        On
Game Ratings:       Up to EVERYONE 10-
Specific Games:     2 blocked, 1 allowed
Program Limits:     Off

OK

WINDOWS VISTA HOME BASIC
PARENTAL CONTROLS

« Parental Controls ▸ User Controls ▸ Time Restrictions

Control when TOBY will use the computer

Click and drag the hours you want to block or allow.

☐ Allowed
■ Blocked

OK    Cancel

WINDOWS VISTA HOME BASIC
PARENTAL CONTROLS



WINDOWS VISTA HOME BASIC
PARENTAL CONTROLS

« Parental Controls ▸ User Controls ▸ Activity Viewer

Generate Report

- TOBY Account Activity
  - Web Browsing
  - System
  - Applications
  - Gaming
  - Email
  - Instant Messaging
  - Media
  - General System
    - Changes to Settings
    - Account Changes
    - System Clock Changes
    - Failed Logon Attempts

**Summary of Computer Activity for TOBY from 11/8/2007 - 11/15/2007**

Activity Reporting is On

**Web Browsing**

**Top 10 Websites Visited**
1. gunsmagazine.com
2. www.partypoker.com
3. runonce.msn.com
4. router.partypoker.com
5. www.teachsoap.com
6. en.wikipedia.org
7. searchlive.com
8. stc.msn.com
9. stb.msn.com
10. texasholdem.absolutepoker.com

**Most Recent 10 Websites Blocked**
1. ads1.msn.com
2.
3.
4.
5.
6.
7.
8.
9.
10.

**Web Overrides**
none

**File Downloads**
none

**File Downloads Blocked**
none

**System**

**Logon Times**
4 logon(s) - Total Time 6m 23s : 11/14/2007

**Applications**

**Applications Run**
Windows Explorer - 3 time(s): 11/14/2007
Windows Sidebar - 3 time(s): 11/14/2007
GrooveMonitor.exe - 3 time(s): 11/14/2007
Windows Mail - 1 time(s): 11/14/2007
Windows Defender User Interface - 3 time(s): 11/14/2007
Internet Explorer - 6 time(s): 11/14/2007

**Application Overrides**
none

**Gaming**

**Games Played**
none

**Email**

There are no email events for this user. This is likely because the email application being used does not support parental controls, or this user has not used an email application