# EXHIBIT D

WINDOWS VISTA HOME BASIC
PROBLEM REPORTS AND SOLUTIONS SCREENS



WINDOWS VISTA HOME BASIC
PROBLEM REPORTS AND SOLUTIONS SCREENS

