# EXHIBIT E

WINDOWS VISTA HOME BASIC CALENDAR

