# EXHIBIT F



WINDOWS VISTA HOME BASIC SIDEBAR WITH GADGETS