# EXHIBIT G



Dockets.Justia.com

WINDOWS VISTA HOME BASIC
USER ACCESSIBILITY

Recycle Bin

Control Panel ▸ Ease of Access ▸ Ease of Access Center

Search

Tasks

Change administrative settings

Make your computer easier to use

Quick access to common tools

You can use the tools in this section to help you get started.

Windows can read and scan this list automatically. Press the SPACEBAR to select the highlighted tool.

☑ Always read this section aloud ☑ Always scan this section

Start Magnifier

Start Narrator

Start On-Screen Keyboard

Set up High Contrast

Not sure where to start? Get recommendations to make your computer easier to use

Explore all settings

When you select these settings, they will automatically start each time you log on.

Use the computer without a display
Optimize for blindness

Make the computer easier to see
Optimize visual display

Use the computer without a mouse or keyboard
Set up alternative input devices

Make the mouse easier to use
Adjust settings for the mouse or other pointing devices

Make the keyboard easier to use
Adjust settings for the keyboard

Use text or visual alternatives for sounds
Set up alternatives for sounds

Make it easier to focus on tasks
Adjust settings for reading and typing

Nov 07

54°
Redmond, WA

U.S. officers: Iraqis d...
Celtics (7-0) off to be...
House passes war bil...
Disgraced CIA officer...

33-36

Computer | Ease of Access Center | Pictures | 5:21 PM