# EXHIBIT H



WINDOWS VISTA HOME BASIC
PHOTOS EXPLORER



WINDOWS VISTA HOME BASIC MUSIC EXPLORER

## WINDOWS VISTA HOME BASIC
## GAMES EXPLORER



| Name | Last played | Product version | Publisher | Rating | Game restrictions | Required Windows Experience Index | Recommended Windows Experience Index |
|---|---|---|---|---|---|---|---|
| FreeCell | | 6.0.6000.16386 | Microsoft Corporation | EVERYONE | | 1 | 2 |
| Hearts | | 6.0.6000.16386 | Microsoft Corporation | EVERYONE | | 1 | 2 |
| Minesweeper | | 6.0.6000.16386 | Microsoft Corporation | EVERYONE | | 1 | 2 |
| Purble Place | | 6.0.6000.16386 | Microsoft Corporation | EVERYONE | | 1 | 2 |
| Solitaire | | 6.0.6000.16386 | Microsoft Corporation | EVERYONE | | 1 | 2 |
| Spider Solitaire | | 6.0.6000.16386 | Microsoft Corporation | EVERYONE | | 1 | 2 |

6 items