# EXHIBIT I

Dockets.Justia.com



WINDOWS VISTA HOME BASIC MOBILITY CENTER

# EXHIBIT J



GATCHALIAN
EXHIBIT J