# Exhibit B

Dockets.Justia.com



## The Editions

Microsoft Windows Vista is designed to dramatically improve the computing experience of every kind of PC user—from people at home who use their PCs for simple web browsing, to business people who must organize and act on large volumes of data, to scientists who routinely perform complex mathematical analysis. To make sure that everyone has an offering tailored to meet their specific needs, Microsoft will deliver five different editions of Windows Vista. Each edition is focused on the needs of a specific type of person. Large, global organizations with complex IT infrastructures should consider Windows Vista Enterprise Edition.

**Information for:**
- Businesses
- Developers
- IT Professionals
- Media Relations
- Partners

| | Windows Vista Home Basic | Windows Vista Home Premium | Windows Vista Business | Windows Vista Ultimate |
|---|---|---|---|---|
| | For basic home needs such as e-mail and Internet access. | For the best home computing and entertainment. | For small and mid-sized organizations. | For work and entertainment, this is the most complete edition. |
| | Details | Details | Details | Details |

### Features

| | Home Basic | Home Premium | Business | Ultimate |
|---|---|---|---|---|
| **Most secure Windows ever** with Windows Defender and Windows Firewall | ✓ | ✓ | ✓ | ✓ |
| **Quickly find what you need** with Instant Search and Windows Internet Explorer 7 | ✓ | ✓ | ✓ | ✓ |
| **Elegant Windows Aero desktop experience** with Windows Flip 3D navigation | | ✓ | ✓ | ✓ |
| **Best choice for laptops** with enhanced Windows Mobility Center and Tablet PC support | | ✓ | ✓ | ✓ |
| **Collaborate and share documents** with Windows Meeting Space | | ✓ | ✓ | ✓ |
| **Experience photos and entertainment** in your living room with Windows Media Center | | ✓ | | ✓ |
| **Enjoy Windows Media Center** on TVs throughout your home with Xbox 360™ and other devices | | ✓ | | ✓ |
| **Help protect against hardware failure** with advanced business backup features | | | ✓ | ✓ |
| **Business networking and Remote Desktop** for easier connectivity | | | ✓ | ✓ |
| **Better protect your data** against loss or theft with Windows BitLocker™ Drive Encryption | | | | ✓ |

**Windows Vista Starter**
Windows Vista Starter is the most affordable way to enjoy the basic Windows Vista experience. Windows Vista Starter is exclusively* available in emerging markets, and is designed for a beginning PC user with additional tools and tutorials to make it easier to use. Read more.

*****Note:** Windows Vista Starter is not currently scheduled to be available in the United States, Canada, the European Union, Australia, New Zealand, or other high income markets as defined by the World Bank.

Read more about how Windows Vista determines if your system is genuine.

Windows Vista Home   Get Ready   **Editions**



## The Editions

Microsoft Windows Vista is designed to dramatically improve the computing experience of every kind of PC user—from people at home who use their PCs for simple web browsing, to business people who must organize and act on large volumes of data, to scientists who routinely perform complex mathematical analysis. To make sure that everyone has an offering tailored to meet their specific needs, Microsoft will deliver five different editions of Windows Vista. Each edition is focused on the needs of a specific type of person. Large, global organizations with complex IT infrastructures should consider Windows Vista Enterprise Edition.

**Information for:**
- Businesses
- Developers
- IT Professionals
- Media Relations
- Partners

| | Windows Vista Home Basic | Windows Vista Home Premium | Windows Vista Business | Windows Vista Ultimate |
|---|---|---|---|---|
| | For basic home needs such as e-mail and Internet access. | For the best home computing and entertainment. | For small and mid-sized organizations. | For work and entertainment, this is the most complete edition. |
| | Details | Details | Details | Details |

### Features

| | Home Basic | Home Premium | Business | Ultimate |
|---|---|---|---|---|
| **Most secure Windows ever** with Windows Defender and Windows Firewall | ✓ | ✓ | ✓ | ✓ |
| **Quickly find what you need** with Instant Search and Windows Internet Explorer 7 | ✓ | ✓ | ✓ | ✓ |
| **Elegant Windows Aero desktop experience** with Windows Flip 3D navigation | | ✓ | ✓ | ✓ |
| **Best choice for laptops** with enhanced Windows Mobility Center and Tablet PC support | | ✓ | ✓ | ✓ |
| **Collaborate and share documents** with Windows Meeting Space | | ✓ | ✓ | ✓ |
| **Experience photos and entertainment** in your living room with Windows Media Center | | ✓ | | ✓ |
| **Enjoy Windows Media Center** on TVs throughout your home with Xbox 360™ and other devices | | ✓ | | ✓ |
| **Help protect against hardware failure** with advanced business backup features | | | ✓ | ✓ |
| **Business networking and Remote Desktop** for easier connectivity | | | ✓ | ✓ |
| **Better protect your data** against loss or theft with Windows BitLocker™ Drive Encryption | | | | ✓ |

**Windows Vista Starter**
Windows Vista Starter is the most affordable way to enjoy the basic Windows Vista experience. Windows Vista Starter is exclusively* available in emerging markets, and is designed for a beginning PC user with additional tools and tutorials to make it easier to use. Read more.

*****Note:** Windows Vista Starter is not currently scheduled to be available in the United States, Canada, the European Union, Australia, New Zealand, or other high income markets as defined by the World Bank.

Read more about how Windows Vista determines if your system is genuine.