# Exhibit C



MS-KELL 5009714

**Windows Vista**

Search Microsoft.com for: [ ] Go

Windows Vista Home › Get Ready › Editions › **Windows Vista Home Premium**

- The Experience
- The Features
- The Community
- **Get Ready**

**Information for:**
- Small Businesses
- Businesses
- Developers
- IT Professionals
- Media Relations
- Partners



# GetReady

## Windows Vista Home Premium

Windows Vista Home Premium is the operating system for homes with advanced computer needs. It will help you use your laptop or desktop PC more effectively as well as enable you to enjoy new, exciting digital entertainment experiences—all with the benefit of added security and reliability.

**Editions**
- Windows Vista Business
- Windows Vista Enterprise
- Windows Vista Home Premium
- Windows Vista Home Basic
- Windows Vista Ultimate

### New user interface

Windows Vista Home Premium has a new user interface named Windows Aero™, which is both efficient and beautiful. This new interface makes it easier than ever before to find your way around the operating system. It even makes it easier to accomplish multiple tasks at once by providing a three-dimensional, real-time, animated view of all of your open applications and documents. Additionally, Windows Vista Home Premium helps you quickly find and organize large collections of documents, pictures, movies, videos, and music. By integrating search throughout the operating system, Windows Vista Home Premium helps you quickly find exactly what you are looking for.

### Improved mobility

Windows Vista Home Premium makes it easy to take your home computing experience with you wherever you go. For example, Windows Vista Home Premium includes Tablet PC technology that enables you to interact with your Tablet PC-compatible computer with a digital pen or with your fingertip instead of having to use a keyboard. Computers that include Windows Vista Home Premium and an auxiliary Windows SideShow™ display will also allow you to access key data even when your computer is off. It is also easier than ever to share files between other PCs in your household and to manage your laptop computer settings to more securely connect to your favorite WiFi hotspot.

### More entertaining

Windows Vista Home Premium will improve every aspect of your digital entertainment experiences including viewing and sharing photos, video, TV, movies, music, games, and more. For example, Windows Vista Home Premium enables you to create your own DVDs and edit your own high-definition movies. Most significantly, Windows Vista Home Premium includes all of the Windows Media Center capabilities for turning your PC into an all-in-one home entertainment center. Windows Media Center in Windows Vista provides new ways for you to enjoy your music, photos, and DVD movies. You can also use Windows Media Center to record and watch your favorite TV shows (even HDTV) and to access new kinds of online entertainment content. You will also be able to connect Windows Vista Home Premium to your Microsoft Xbox 360 to extend your Media Center experience to multiple rooms in your home.

Whatever you choose to do with your home PC, Windows Vista Home Premium will deliver a more complete and satisfying computing experience.

© 2007 Microsoft Corporation. All rights reserved. Terms of Use | Trademarks | Privacy Statement

Microsoft

MS-KELL 5009715

Quick Links ▾ | Home | Worldwide

Search Microsoft.com [Go]

# Windows Vista

Windows Vista Home ▸ Get Ready ▸ Editions ▸ **Windows Vista Ultimate**

- The Experience
- The Features
- The Community
- **Get Ready**

**Information for:**
- Small Businesses
- Businesses
- Developers
- IT Professionals
- Media Relations
- Partners

## GetReady

### Windows Vista Ultimate

Windows Vista Ultimate is the most comprehensive edition of Windows Vista. It is the first operating system that combines all of the advanced infrastructure features of a business-focused operating system, all of the management and efficiency features of a mobility-focused operating system, and all of the digital entertainment features of a consumer-focused operating system. For the person who wants one operating system that is great for working from home, working on the road, and for entertainment, Windows Vista Ultimate is the operating system that lets you have it all.

**Editions**
- Windows Vista Business
- Windows Vista Enterprise
- Windows Vista Home Premium
- Windows Vista Home Basic
- Windows Vista Ultimate

### Work from home

Windows Vista Ultimate includes all of the features that make it easy to remotely connect to business networks. So when you're working from home, you'll have advanced networking capabilities, such as the ability to join a domain, support for Group Policy, and features such as Remote Desktop. Windows Vista Ultimate also includes Windows BitLocker™ Drive Encryption that provides new levels of protection against theft for your important business data whether you are at home, on the road, or in the office.

### The latest in entertainment

Windows Vista Ultimate delivers all of the entertainment features available in Windows Vista Home Premium. It includes everything you need to enjoy the latest in digital photography, music, movies, analog TV, or even HDTV. Windows Vista Ultimate has great tools such as Windows Photo Gallery and Windows Movie Maker to ensure that you have everything you need to collect, manage, and edit your digital content. It also includes Windows Media Center for turning your PC into an all-in-one home entertainment center.

### No compromises

Windows Vista Ultimate delivers all of the features available to both business users and home users. It is the ideal solution for a small-business owner who wants a single PC that he or she can use at the office, on the road, and at home. It is also the ideal solution for someone who wants a home PC that will be used primarily for entertainment purposes but that can also be used for business purposes such as connecting to a corporate network.

If you want all of the best business features, all of the best mobility features, and all of the best home entertainment features, Windows Vista Ultimate is the solution for you. With Windows Vista Ultimate, you don't have to compromise.

© 2007 Microsoft Corporation. All rights reserved. Terms of Use | Trademarks | Privacy Statement

Microsoft

MS-KELL 5009717

Page - 13

Windows Vista

Quick Links | Home | Worldwide

Windows Vista Home › Get Ready › Editions › Windows Vista Enterprise



- The Experience
- The Features
- The Community
- Get Ready

**Information for:**
- Small Businesses
- Businesses
- Developers
- IT Professionals
- Media Relations
- Partners



# GetReady

## Windows Vista Enterprise

To better address the needs of large, global organizations and those with highly complex IT infrastructures, Microsoft will introduce a new version of Windows-Windows Vista Enterprise-designed to significantly lower IT costs and risk. In addition to all of the features available in Windows Vista Business, Windows Vista Enterprise is designed to provide higher levels of data protection using hardware-based encryption technology. It also includes tools to improve application compatibility and enables organizations to standardize by using a single worldwide deployment image. Windows Vista Enterprise will only be available to customers who have PCs covered by Microsoft Software Assurance or a Microsoft Enterprise Agreement.

**Editions**
- Windows Vista Business
- Windows Vista Enterprise
- Windows Vista Home Premium
- Windows Vista Home Basic
- Windows Vista Ultimate

### Data protection

Windows Vista Enterprise includes Windows BitLocker™ Drive Encryption, a new technology which helps prevent sensitive data and intellectual property from falling into the wrong hands if a computer is lost or stolen. Windows BitLocker uses hardware-based data encryption technology that gives you greater peace of mind knowing that your corporate intellectual property is safer and will remain your strategic asset. Also, since the entire hard drive is encrypted, Windows BitLocker reduces the cost associated with decommissioning old PCs.

### Application compatibility

Windows Vista Enterprise includes built-in tools to improve application compatibility with previous versions of Microsoft operating systems, as well as with UNIX operating systems. A feature of Windows Vista Enterprise, Virtual PC Express enables you to run-unchanged-a legacy application on a legacy Windows operating system in a virtual environment on top of Windows Vista Enterprise. This feature saves you time and money if you are unable to easily migrate a legacy application directly to Windows Vista.

Additionally, Windows Vista Enterprise includes Subsystem for UNIX-based Applications (SUA), which enables you to run UNIX applications unchanged on a Windows Vista Enterprise-based PC. Whereas today a UNIX database administrator or system administrator needs to have a UNIX workstation in addition to a Windows-based PC, Windows Vista Enterprise enables you to consolidate both functions into a single Windows Vista-based PC.

### Multi-language support

An interface language controls which language a user sees in the Windows Start menu, in the help system, in built-in management tools, and in Windows dialog boxes. Windows Vista Enterprise includes all available interface languages in one offering. Access to all worldwide Windows interface languages enables organizations to build a single deployment image that can be used worldwide and to deploy individual PCs that simultaneously offer different interface languages for different users.

*Windows Vista Enterprise is designed to meet the needs of large global organizations and those with highly complex IT infrastructures. If your organization has these requirements, Windows Vista Enterprise will help you lower your IT costs and will provide additional layers of protection for your sensitive data.*



## GetReady

### Windows Vista Business

The Windows Vista Business operating system is designed to meet the needs of business organizations of all sizes. For small businesses, Windows Vista Business will help keep PCs running smoothly and more securely so you will be less reliant on dedicated IT support. For larger organizations, Windows Vista Business provides dramatic new infrastructure improvements, enabling your IT staff to spend less time focused on the day-to-day maintenance of PCs and more time adding strategic value to your organization. Windows Vista Business also offers powerful new ways to organize, find, and share information while staying better connected whether you are in the office or on the road. This helps your business to run more efficiently than ever before.

**Editions**
- Windows Vista Business
- Windows Vista Enterprise
- Windows Vista Home Premium
- Windows Vista Home Basic
- Windows Vista Ultimate

### More manageable, reliable, and secure

For small businesses, Windows Vista Business includes new technology and tools to ensure your PCs are always up-to-date, more secure, and running smoothly. For instance, Windows Vista Business will make your PCs safer with built-in protection against malicious software, or malware. You will be warned of impending hardware failures long before you risk losing any important business data. An array of sophisticated new backup technologies helps protect your information even in the event of a catastrophic hardware failure.

For larger organizations, Windows Vista Business has been designed from the ground up to improve the deployment and management of the operating system. For instance, image-based installation is now the default method for installing the Windows Vista operating system, and the images are no longer hardware-dependent. These two key design principles enable your organization to dramatically reduce the number of images you are required to manage and streamline the process of deploying new PCs and updating existing PCs.

For businesses of any size, Windows Vista Business is designed to allow your IT department to configure users' systems so that they can log onto their PCs as standard users instead of as administrators. Windows Vista Business enables the use of standard user accounts without the compatibility and usability issues that could occur in previous versions of Windows. This new capability significantly reduces the likelihood of a malicious attack causing damage to your organization's PCs.

### Easier, faster access to information

Windows Vista Business has a new user interface, named Windows Aero™, which is designed to deliver new levels of efficiency for any business user. This new interface makes it easy to navigate through the operating system and from application to application. For instance, Windows Aero helps you juggle multiple tasks at once by providing a three-dimensional, real-time, animated view of all your open applications and documents.

In addition to these navigation improvements, Windows Vista Business makes it easier than ever to manage huge volumes of business documents. By integrating search throughout the operating system and providing new ways to organize files, Windows Vista Business helps you quickly find exactly what you are looking for.

For those who are not full-time IT professionals but have roles that require them to support their organizations' PCs, Windows Vista Business includes Small Business Resources. This built-in how-to guide leads you through everyday tasks and troubleshooting in easy-to-follow, non-technical language.

### More mobile and better connected

Windows Vista Business is designed to help you easily and quickly connect with your organization, your customers, and your partners, whether you are in the office or on the road. Windows Vista Business includes all of the essential infrastructure required to more securely connect you to your business information whether you are sitting at your desk, working at home, connected to a WiFi hotspot, or even if you are using your cell phone to connect to the Internet.

To help you be more productive when you are away from your desk, Windows Vista Business includes Tablet PC technology that lets you interact with your Tablet PC-compatible computer using a digital pen or your fingertip instead of a keyboard. The new Tablet PC features in Windows Vista Business include improved handwriting recognition and simpler ways to navigate through documents and applications without a keyboard.

Computers that include Windows Vista Business and an auxiliary Windows SideShow™ display will also allow you to access critical business information even when your computer is turned off. Windows Vista Business also makes it easy for you to share documents and collaborate with colleagues, partners, and customers—even if a network is not available. Additionally, Windows Vista Business helps you get the most out of your portable PC by making it quick and easy to manage key mobility settings.

*Regardless of whether your organization is big or small, Windows Vista Business will help you lower your PC management costs, improve your security, enhance your productivity, and stay better connected than ever before.*

© 2007 Microsoft Corporation. All rights reserved. Terms of Use | Trademarks | Privacy Statement

MS-KELL 5009684