





## Windows Media Player

Windows Media Player 11 for Windows Vista gives you an easier way to enjoy and manage your digital music, video, and pictures on your PC. See things the way you want to see them, by CD cover art or in lists—the choice is yours. Connect to networked media devices around your home or seamlessly sync up with your portable digital media player to enjoy all your entertainment wherever you are. Sporting an improved look and feel, Windows Media Player delivers a high-quality audio and visual experience both on the computer and around your home.

Read more below...

### Media Library

The Media Library in Windows Media Player has been updated to maximize the management and playback of your digital entertainment. Customizable album art and stacking views of your music collection, coupled with improved artist, track, and CD information, helps you keep your entire music collection up to date. Optimized to handle large music collections—with new features like the lightning-fast Wordwheel search that helps you find what you want—you'll always enjoy a smooth audio and video playback experience with Media Library and Windows Media Player. You can even access your Windows Media Player library from your Xbox 360 to enjoy your music in any room of your home or create the ultimate in-game soundtrack.



Windows Media Player makes it easier than ever to manage your growing music collection, while enjoying a smooth playback experience.

### MTV URGE music service

URGE is a new digital music service from MTV Networks that is deeply integrated into the new Windows Media Player.



URGE, a new digital music service from MTV Networks, is deeply integrated into Windows Media Player 11.

URGE provides rich programming and music discovery tools that guide your musical exploration and connect you to the artists and music you love. With over 2 million music tracks available in URGE, you can buy individual songs or whole albums, or enjoy the entire library with a subscription through Windows Media Player.

Learn more about the Windows Media Player 11 experience.

© 2007 Microsoft Corporation. All rights reserved. Terms of Use | Trademarks | Privacy Statement

MS-KELL 5009711

Page - 23



MS-KELL 5009712



MS-KELL 5009713



MS-KELL 5009691