**Windows Vista**
Windows Vista Home » The Features

# Features

The Experience
The Features
The Community
Get Ready

Information for:
- Small Businesses
- Businesses
- Developers
- IT Professionals
- Media Relations
- Partners

For Everyone | For Your Home | **For Your Business**

- Overview
- Small Business
- Security
- **Mobile PCs**
- Sharing
- Faxing & Scanning
- Built-in Diagnostics

## Mobile PCs

Windows Vista makes it easier to use computers and networks while you're on the go. Connecting your computer to a variety of hardware and networks is faster, easier, and more secure than before, and synchronizing data between computers and devices is simple. Windows Vista incorporates many new features that are made specifically for the mobile user.

Read more below...

### Power management

As a mobile user, you might find it difficult to quickly tell how much battery power you have left, and you may be unaware of simple steps you can take to extend it. The Windows Vista power management user experience includes an updated, easy-to-find battery meter that tells you at a glance if you have enough battery life to get through the next few meetings-and lets you easily change your power plan to meet your needs.

### Windows Mobility Center

As you change locations, networks, and activities, you can quickly configure your mobile PC to fit the situation. Key mobile-related system settings are collected in one easy-to-find place: Windows Mobility Center. Settings include display brightness, power plan, volume, wireless networking on/off, external display settings, display orientation, and synchronization status. PC manufacturers can customize the Windows Mobility Center to include other hardware-specific settings.

### Tablet PC

The Tablet PC ushered in a new era of mobile computing: a single, fully functioning PC that works great at the desk, but is also practical and comfortable while on the go. With integrated pen support, touch screen support, digital ink input, handwriting recognition technologies, and innovative hardware, the Tablet PC is usable, comfortable, and productive in any place and at any time.

Windows Vista delivers significant improvements to the pen navigation experience with a focus on making the pen an even more powerful and useful device. You can assign key commands or actions to simple pen gestures called "flicks." The Handwriting Recognition Personalization Tool allows you to tailor recognition results to your own personal handwriting style. Support has also been added for touch screens. An example of this is the new Touch Pointer-a special tool for accessing right-click menus and targeting small pieces of the interface with your finger.

### Windows Collaboration

Collaborating across groups can be hard. The common methods people use when they need to work together on a document are printing paper handouts, sending files to individuals by e-mail or Instant Messenger, uploading files to common network shares, or sharing a USB flash drive. Each of these methods has limitations and inconveniences.

Windows Collaboration allows groups to instantly and securely form a shared, common session for up to 10 people in the same room.

Using Windows Collaboration you can "project" your desktop or application to other participants or to any Windows Vista compliant Network Projector, share a file with a group in a common work area, and jointly edit the file. Even if a network connection is not available, you can effectively collaborate with others, using an ad-hoc mode.

### Presentation settings

Mobile users often have to repeatedly reconfigure their computer settings for conference room presentations-for example, change screensaver timeouts or desktop wallpaper. To avoid this inconvenience, Windows Vista includes a group of presentation settings that you can apply with a simple click when you connect to a display device.

### Network Projection



MS-KELL 5009693



MS-KELL 5009695



MS-KELL 5009696



### Desktop Search

With Windows Vista, you no longer have to remember where you store every file. Instead, to find a file, you need to only remember something about it, such as a word contained within a document, the artist of a song, or the date a picture was taken. Powerful, integrated desktop search capabilities help you find just about anything on your computer quickly, without having to search for it by browsing through folders. For example, in the new Start Menu, it is as simple as typing a word, a phrase, a property, or any part of a file name into the embedded Quick Search box to instantly find the file that you want.



*A new yet familiar look to the Start menu in Windows Vista.*

To make searching even more efficient, Windows Vista enables you to add or edit file properties or data associated with a file, like a keyword on a document, the artist of a song, or the event where a picture was taken, to make it easier for you to find in the future. For example, you could add a "graduation" keyword to photos taken at a graduation ceremony when you save them to your computer. Later, just search for "graduation" in the Quick Search box in the start menu or the Windows Photo Gallery, and all the graduation-related pictures will be displayed.



*Quick Search is available in any Explorer window, giving you easy access to your information anytime you need it.*

### Search Folders

Windows Vista introduces Search Folders, a powerful new tool that makes it easy to find and organize your files-wherever they may be on your PC. A Search Folder is simply a search that you save. Opening a Search Folder instantly runs that saved search, displaying up-to-date results immediately.

For example, you could design a search for all documents that are authored by "John" and that contain the word "project." This search, titled "Author John/Keyword Project" is saved as a Search Folder. When you open this Search Folder, the search runs, and you see the results immediately. As you add more files to your computer that have the author John and contain the word "project," those files will also appear in the Search Folder alongside the other matching files, regardless of where they are physically saved on your PC. It is simple and fast.

MS-KELL 5009699