

MS-KELL 5009700
dockets.Justia.com





Windows Sidebar gives you quick access to gadgets like picture slide shows, Windows Media Player controls, or news headlines. You pick the gadgets you want to see in Windows Sidebar.

## Gadgets

Gadgets are mini-applications with a wide variety of possible uses. Gadgets can connect to web services to deliver weather information, news updates, traffic maps, Internet radio streams, and slide shows of online photo albums. Gadgets can also integrate with your applications to streamline your interaction with them. For example, a gadget can give you an at-a-glance view of all your online instant messaging contacts, the day view from your calendar, or an easy way to control your media player. Of course, gadgets can also have any number of dedicated purposes. They can be calculators, games, sticky notes, and more.

Microsoft Windows Vista comes with an essential set of gadgets to get you started. You will be able to easily download more gadgets from an online gadget gallery. This gallery will host gadgets from a wide variety of developers and offer an extensive selection to meet your interests.

## Windows Sidebar

Windows Sidebar is a pane on the side of the Windows Vista desktop that organizes gadgets and makes them easy to access. Windows Sidebar is the perfect complement to widescreen monitors and also works seamlessly on standard displays. You can easily customize Windows Sidebar to suit how you want to interact with it—whether you want it always on top or resting below maximized windows. You can also move gadgets off the Windows Sidebar and place them anywhere on your desktop.

MS-KELL 5009701



MS-KELL 5009702




Quick Links ▼ | Home | Worldwide

Windows Vista Home ▸ The Features

# Features

The Experience

The Features

The Community

Get Ready

**Information for:**
- Small Businesses
- Businesses
- Developers
- IT Professionals
- Media Relations
- Partners



**For Everyone** | For Your Home | For Your Business

- User Experience
- Security
- Search & Organization
- Internet Explorer 7
- Sidebar & Gadgets
- Performance
- Windows Backup
- Networking
- Windows SideShow
- **Speech Recognition**
- Help and Feedback
- Windows Update
- Sync Center
- Remote Assistance

## Speech Recognition

Speech Recognition in Windows Vista empowers you to interact with your computer by voice. It allows you to significantly limit your use of mouse and keyboard while maintaining or increasing productivity. You can dictate documents and e-mail messages in mainstream applications, fill out forms on the web using voice commands, and seamlessly manage Windows Vista and applications by saying what you see.

Read more below...

Speech Recognition is fully integrated into Windows Vista and is built on top of the latest Microsoft speech technologies. It has unparalleled voice recognition accuracy that improves with use as it adapts to your speaking style and vocabulary. Speech Recognition supports multiple languages and includes a new human-sounding speech synthesizer.



**With Speech Recognition in Windows Vista you can control your computer by voice whether dictating an e-mail or controlling applications.**

Microsoft's Speech Recognition is designed to focus on what you want. Right from the start, you can work through guided setups and an interactive training application to get familiar with key concepts and commands. The innovative natural user interface provides choices or additional questions to help you along. Whether starting an application, selecting a word, or correcting a sentence, you are always in control and are smoothly guided toward a list of smart choices.

**Windows Vista**

Windows Vista Home > The Features

Quick Links | Home | Worldwide

- The Experience
- The Features
- The Community
- Get Ready

**Information for:**
- Small Businesses
- Businesses
- Developers
- IT Professionals
- Media Relations
- Partners

# Features



For Everyone | For Your Home | For Your Business

- User Experience
- Security
- Search & Organization
- Internet Explorer 7
- Sidebar & Gadgets
- Performance
- Windows Backup
- Networking
- Windows SideShow
- Speech Recognition
- Help and Feedback
- **Windows Update**
- Sync Center
- Remote Assistance

## Windows Update

Windows Update helps to keep your computer up to date and more secure by providing Microsoft Windows Vista software updates. You can configure Windows Update to automatically download and install updates for you. You can essentially "set it and forget it."

In Windows Vista, the capabilities of Windows Update are extended beyond the features available in Windows XP and make updating easier and less disruptive.

Read more below...





Customizing Windows Update settings and actions provides you with seamless updating and flexibility when those updates occur.

### Easier

- **Automatic delivery of important and recommended updates:** In Windows Vista, Windows Update can automatically download and install both important and recommended updates. In earlier versions, only updates classified as "Important" could be installed automatically, and you had to manually select and download other available updates.
- **Improved consistency:** In Windows Vista, you will see the same user interface whether you are on your home computer or your corporate computer updated through a Windows software management solution.

### Less disruptive

- **More seamless updating:** When an update applies to a file in use, Windows Vista can save the application's data, close the application, update the file, and then restart the application.
- **Greater flexibility:** In Windows Vista, updating occurs in the background or may be scheduled for a time that's convenient for you. If an update requires a restart to complete installation, you can schedule it for a regular time. You can also postpone a previously scheduled restart until your current work is complete.

Manage Your Profile | Contact Us | RSS: New Windows Vista Content
© 2007 Microsoft Corporation. All rights reserved. Terms of Use | Trademarks | Privacy Statement

Microsoft

MS-KELL 5009704