





Windows Vista

# Features

The Experience
The Features
The Community
Get Ready

Information for:
Small Businesses
Businesses
Developers
IT Professionals
Media Relations
Partners

For Everyone | For Your Home | For Your Business

User Experience
Security
Search & Organization
Internet Explorer 7
Sidebar & Gadgets
Performance
Windows Backup
Networking
Windows SideShow
Speech Recognition
Help and Feedback
Windows Update
Sync Center
Remote Assistance

## Networking

Windows Vista includes new networking features that make your network easier to set up, easier to use, and more secure and reliable. Connect wirelessly to your company's network, share an Internet connection and printers, copy files between computers, or enjoy your favorite entertainment around your home. Whether at home, a small business, or a large enterprise, Windows Vista makes connectivity easier so you can focus on what matters to you.

Read more below.

### Network Center

Windows Vista puts you in control of your network experience with the Network Center—the central place for all your networking needs. Network Center informs you about the network your computer is connected to and verifies whether it can successfully reach the Internet. It even presents this information in a summary in the Network Map so you can immediately see your connectivity to the network and Internet. If a PC on the network loses Internet connectivity, you can graphically see that the link is down, and then use Network Diagnostics to help determine the cause of the problem and get a suggestion for a solution.

Check your connection status, see your network visually, or troubleshoot a connection problem in the Network Center.

Network Center also allows you to quickly connect to other available networks, or create entirely new connections. You can view and configure your most important network settings in one place. And for less frequently accessed settings, Network Center provides direct links so you can easily find what you're looking for.

Network Center also makes it easy to connect your workplace network from home.

Easily connect to your workplace from home using the Network Center.

### Network Setup

With Windows Vista, setting up a network between multiple PCs and devices (including printers, music players, and game systems) is simple and intuitive. The Network Setup Wizard allows you to set up wired or wireless networks by identifying unconfigured network devices and adding them to the network. The Network Setup Wizard also automates the process of adding new devices to your network. It automatically generates secure network settings to keep your network safe from intruders.

Network settings can also be saved to a portable USB flash drive to make adding PCs and devices to the network a quick and easy process. Simply insert the USB flash drive into a PC or device and it will automatically read the data and ready itself to join the network. File and printer sharing is also easily enabled on each PC on the network from the Network Setup Wizard, so you can share documents, photos, music, and other files across your network.

### Network Explorer

Once a network is set up, you need to be able to easily browse content on networked PCs, devices, and printers. The new Network Explorer in Windows Vista makes it easy to share files and take advantage of the connectivity that a network provides. It presents a view of all PCs, devices, and printers on the network, and is significantly faster and more reliable than My Network Places in Windows XP. The Network Explorer is even able to use custom, representative icons for different devices (when enabled by manufacturers). You can also directly interact with select devices to adjust settings or control music playback, for example.

Create networks to share files, printers, and other devices.

### Network Map

When people have multiple computers and devices on a network, with a combination of wireless and wired connections, it can be difficult to understand how everything is connected. Windows Vista provides a new feature called Network Map which shows you an easy to understand, graphical view of everything on the network, and how everything is connected. This helps you optimize your network for the best performance and easily solve any problems.

Network Map in a home environment showing a broken [illegible] to a wireless router.

### Wireless Networking

Windows Vista improves the wireless network experience in a number of ways. The new Network Awareness feature in Windows Vista keeps your applications aware of and optimized for the network's changing capabilities. Your data is also more secure with enhanced support for the latest wireless security protocols, including WPA2. Windows Vista helps you avoid connecting to fraudulent wireless networks which seem like legitimate hotspots but, in fact, are not. Windows Vista also provides an easy way to create ad-hoc wireless networks to use peer-to-peer applications such as file sharing and application collaboration.

### Network Awareness

Network Awareness provides the ability to report changes in network connectivity to applications in order to provide a more seamless connected experience. As you connect to different networks, the change is communicated to Network Awareness-supported applications, which can then take appropriate action for your connection to that network. For example, when you switch from your home office to your corporate network, firewall settings can be configured to open the ports needed to allow the use of IT management tools. Group Policy will detect the reconnection to the corporate network and automatically begin processing policy changes instead of waiting for the next detection cycle.

Microsoft

Windows Vista
Quick Links | Home | Worldwide
Search Microsoft.com for: Go
Windows Vista Home > The Features

The Experience
The Features
The Community
Get Ready
Information for:
Small Businesses
Businesses
Developers
IT Professionals
Media Relations
Partners

# Features

For Everyone | For Your Home | For Your Business
User Experience
Security
Search & Organization
Internet Explorer 7
Sidebar & Gadgets
Performance
Windows Backup
Networking
Windows SideShow
Speech Recognition
Help and Feedback
Windows Update

## Performance

Windows Vista is designed to help make you more productive, with new features including Sleep, SuperFetch, Windows ReadyBoost™, and Hybrid Hard Drive. SuperFetch helps manage memory to get the most out of available RAM. Windows ReadyBoost technology helps boost performance without adding RAM. Windows Vista also takes advantage of Hybrid Hard Drive technology to help improve battery life, performance, and reliability. With Windows Vista, your system is ready when you are.

Read more below...

### Sleep

Windows Vista introduces a new power state called Sleep. In Windows XP, after you shut down your PC, it takes a long time to turn it back on. The new Sleep state in Windows Vista combines the speed of Standby with the data protection features and low power consumption of Hibernate. Resuming use when your PC is in the Sleep state takes just 2-3 seconds. You can shut down and restart your computer less often by using the new Sleep state, a simple one-click on and off experience which not only reduces power consumption, but also helps protect your data.

### Sleep on desktop PCs

Sleep works in a different way on Windows Vista-based desktops than it does on Windows Vista based laptops. When you turn off a Windows Vista-based desktop, all the documents, applications, and data that are currently in use are saved in two places. First, they are saved to the memory, or RAM, where they are quickly accessible (in Windows XP this was called Standby). Simultaneously, the information is saved to the computer's hard disk (in Windows XP this was called Hibernate). In Sleep, Windows Vista simultaneously saves the current user information to both memory and the hard disk.

In Sleep, Windows Vista uses the data saved to memory to help you restart faster after extended periods of non-use. Simply move the mouse or press any key on the keyboard, and the computer starts up within seconds.

The Sleep state uses the data saved to your hard disk to protect it in case of power loss. When you resume the use of your desktop after a power failure, Windows Vista will quickly restart from Sleep using the data saved to disk, with all of your data and applications intact.

### Sleep on laptop PCs

On laptop PCs, you can enter the Sleep state by pressing the Power button or closing the laptop lid. Your data is saved to memory, letting you resume use faster. As battery power winds down, Windows Vista quickly transitions the data to disk to help keep the data safe. Windows Vista lets you resume use of your computer more quickly and reliably than previous versions of Windows.

### SuperFetch

SuperFetch, a new feature in Windows Vista, allows applications and files to load much faster than on Windows XP-based computers. In previous versions of Windows, system responsiveness could be uneven. You may have experienced sluggish behavior after booting your machine, after performing a fast user switch, or even after lunch. Although too many carbohydrates might slow you down after lunch, your computer slows down for different reasons. When you're not actively using your computer, background tasks—including applications such as automatic back-up and antivirus software—take this opportunity to run when they will least disturb you. These background tasks can take space in system memory that your applications were using. After you start to use your PC again, it can take some time to reload your data into memory, slowing down performance.

SuperFetch, a new technology in Windows Vista, understands which applications you use most, and preloads these applications into memory, so your system is more responsive when you first boot or when you switch to a different user profile. SuperFetch uses an intelligent prioritization scheme that understands which applications you use most often, and can even differentiate which applications you are likely to use at different times (for example, on the weekend versus during the week), so that your computer is ready to do what you want it to do. SuperFetch can also prioritize your applications over background tasks, so that when you return to your machine after leaving it idle, it's still responsive.

### External memory devices

Adding system memory (RAM) is often the best way to improve your PC's performance. More memory means more applications are ready to run without accessing the hard drive. However, upgrading memory is not always easy. You must learn what type of memory you need, purchase the memory, and open your computer to install the memory—which sometimes can invalidate your support agreement. Also, some machines have limited memory expansion capabilities, preventing you from adding RAM even if you are willing to do so.

Windows Vista introduces a new concept in adding memory to a system. USB flash drives can be used as Windows ReadyBoost to extend system memory and improve performance without opening the box. Your computer is able to access memory from an Windows ReadyBoost device much more quickly than it can access data on the hard drive, boosting system performance. When combined with SuperFetch technology, this can help drive impressive improvement in system responsiveness.

Windows ReadyBoost technology is both reliable and secure. You can remove an Windows ReadyBoost at any time without any loss of data or negative impact to the system; however, if you remove the Windows ReadyBoost, your performance returns to the level you experienced without the device. Wear on the USB drive is not an issue when using it as an Windows ReadyBoost. A unique algorithm optimizes wear patterns, so that a USB device can run as an Windows ReadyBoost for many years, even when heavily used. Finally, data on the Windows ReadyBoost is encrypted to help prevent inappropriate access to data when the device is removed.

### Hybrid Hard Drive

A Hybrid Hard Drive is a new type of hard drive with an integrated non-volatile flash memory buffer. If your machine is equipped with a Hybrid Hard Drive, Windows Vista takes advantage of this hardware to boot, hibernate, and resume use more quickly. Hybrid Hard Drive technology can also improve system reliability and battery life.

The hybrid drive is intended for mobile PCs running Windows Vista. Your data is written to the flash memory, which saves work for the mechanical hard drive—saving you battery power. The hybrid drive helps Windows Vista resume use faster from Sleep because data can be restored from flash memory faster than from the mechanical hard drive. And since the mechanical hard drive is not working when you are in Sleep state with the Hybrid Hard Drive, you have less risk of hardware problems with the hard drive when you're on the move. Windows Vista takes advantage of Hybrid Hard Drives to save battery life, resume use faster from hibernation, and improve reliability.

Manage Your Profile | Contact Us | RSS: New Windows Vista Content
© 2007 Microsoft Corporation. All rights reserved. Terms of Use | Trademarks | Privacy Statement
Microsoft

MS-KELL 5009698

Page - 38





Information for:

- Small Businesses
- Businesses
- Developers
- IT Professionals
- Media Relations
- Partners

- User Experience
- Security
- Search & Organization
- Internet Explorer 7
- Sidebar & Gadgets
- Performance
- Windows Backup
- Networking
- Windows SideShow
- Speech Recognition
- Help and Feedback
- Windows Update
- Sync Center
- Remote Assistance

## Windows Backup

Windows Vista provides valuable new innovations to help ensure you never lose information that is important to you. Windows Vista offers multiple layers of backup and restore protection from hardware failure, user error, or other issues. These innovations include system restore enhancements, a new feature called Windows Backup, and a related feature: Volume Shadow Copy, which was first introduced with the Windows Server product family and is now available for PCs.

Read more below...

### System Restore

System Restore was introduced in Windows XP to allow people to restore their computers to a previous state without losing personal data files (for example, Microsoft Office Word documents, graphics files, and e-mail messages). You don't have to worry about taking system snapshots with System Restore-it automatically creates easily identifiable restore points, which you can use to revert your system to the way it was at a previous time. Restore points are created both at the time of significant system events (such as when you install applications or drivers) and periodically (each day). You can also create and name restore points at any time.

System Restore in Windows XP is based on a file filter that watches file changes for a certain set of file extensions, and copies files before they are overwritten. If you encounter a problem, you can roll back the system files and the registry to those from a previous date when the system was known to have worked properly.

In Windows Vista, System Restore allows recovery from a greater range of changes than in Windows XP. The file filter system for system restore used in previous versions of Windows is replaced with a new approach: Now, when a restore point is requested, a shadow copy of a file or folder is created. A shadow copy is essentially a previous version of the file or folder at a specific point. Windows Vista can request restore points automatically, or do so when you ask. When the system needs to be restored, files and settings are copied from the shadow copy to the live volume used by Windows Vista. This improves integration with other aspects of backup and recovery and makes System Restore even more usable.

### Windows Backup

Windows Vista helps you easily back up PC settings, files, and applications when and where you choose, with the convenience of automated scheduling.

Windows Vista provides a backup experience that is more comprehensive and even easier to use than the basic backup utility included in Windows XP. The new Windows Backup feature gives you more choices for storing your backed-up information. You can choose to back up to CD-ROM, DVD-ROM, an external hard disk connected to your PC by USB or IEEE 1394, another hard disk on your PC, or to another PC or server connected to your network.

Windows Vista makes the backup process even easier than it is in Windows XP. You no longer have to remember to regularly back up your data. You can use a simple wizard to schedule when and where you want it backed up.

Of course, backup is only as useful as the recovery experience, which has been expanded in scope and usefulness in Windows Vista. A wizard helps you select the files or folders to restore and prompts you for restore media. Then it restores the files you select.

### Volume Shadow Copy

Have you ever accidentally saved over a file you were working on? Accidental file deletion or modification is a common cause of data loss. Windows Vista includes another useful innovation to help you protect your data: Volume Shadow Copy. Volume Shadow Copy automatically creates point-in-time copies of files as you work, so you can quickly and easily retrieve versions of a document you may have accidentally deleted.

- For Everyone
- For Your Home
- For Your Business

Manage Your Profile | Contact Us | RSS: New Windows Vista Content

© 2007 Microsoft Corporation. All rights reserved. Terms of Use | Trademarks | Privacy Statement

Microsoft



MS-KELL 5009690