# Exhibit E

Dockets.Justia.com

**Windows Vista**

Search Microsoft.com [Go]

Windows Vista Home › Get Ready › Windows Vista Upgrade Advisor Beta


The Experience


The Features


The Community


Get Ready

**Information for:**
Small Businesses
Businesses
Developers
IT Professionals
Media Relations
Partners



# GetReady

## Windows Vista Upgrade Advisor Beta

The Windows Vista Upgrade Advisor is a small beta application that you can run on your current Windows XP-based computer to find out if it's ready for an upgrade to Windows Vista. When you run the Upgrade Advisor, it will scan your computer and generate an easy-to-understand report of any known system and device compatibility issues, along with recommendations on how you can get your PC ready for Windows Vista. Microsoft plans to add functionality to Upgrade Advisor, such as checking how your software applications will run with Windows Vista. Download the beta version today and check this site in a few months for a new version.

Upgrade Advisor is currently a beta release and contains functionality and features that have not been thoroughly tested and may contain errors. Please consider the information that Upgrade Advisor currently provides as preliminary and check back periodically for new versions, which will include updated device information and additional functionality such as checking how your software applications will run with Windows Vista.

### Before You Begin

Before you begin the process of finding out if your PC is ready for Windows Vista, please be sure to plug in any USB or other attachable peripheral devices (such as printers, external hard drives, or scanners) that are regularly used with the PC you're evaluating.

### Download

Windows Vista Upgrade Advisor beta

### Additional Information

Here are the answers to some common questions about the Windows Vista Upgrade Advisor beta.

The Windows Vista Upgrade Advisor beta does not collect or send any personal, identifiable data to Microsoft Corporation or any other third parties during this process. You can review the Windows Vista Upgrade Advisor beta Privacy Statement before you begin the process of downloading and running the Upgrade Advisor.

Case 2:07-cv-00475-MJP    Document 94-10    Filed 11/19/2007    Page 3 of 4

 The Experience

 The Features

 The Community

 Get Ready

Information for:
- Small Businesses
- Businesses
- Developers
- IT Professionals
- Media Relations
- Partners



## GetReady

### Windows Vista Upgrade Advisor beta FAQ

**Q. What is the Windows Vista Upgrade Advisor beta?**
A. Windows Vista Upgrade Advisor beta is a downloadable web application that helps Windows XP users to identify which version of Windows Vista meets their needs, while checking if their PCs are ready for an upgrade to Windows Vista and which features will be available on their PC. The end result is a report that explains which version of Windows Vista to buy and provides suggestions about what, if any, hardware updates may be necessary to install and run the appropriate edition and features of Windows Vista. Running Windows Vista Upgrade Advisor is a great first step for anyone considering whether to install Windows Vista on a PC they already own.

**Q. Why is the Windows Vista Upgrade Advisor described as "beta"?**
A. It means that the current version is a work in progress. We expect to add additional functionality, like application compatibility checking, in future versions of the Upgrade Advisor. Please check back to the Upgrade Advisor website for updated versions of the tool.

**Q. Why is the Windows Vista Upgrade Advisor beta only available for Windows XP users?**
A. The Windows Vista Upgrade Advisor beta depends on technology that only runs on computers with editions of Windows XP or a beta edition of Windows Vista installed. If you own a PC running Windows 2000, Windows 98, Windows ME, or Windows 95, you will need to carefully compare their system capabilities to the information available on our Get Ready site. In general, PCs purchased within the last two years have a better chance of being able to run Windows Vista as is or with affordable improvements to the system hardware.

**Q. Are there known issues with the Windows Vista Upgrade Advisor beta?**
A. Yes. We will continue to improve the Upgrade Advisor following the release of the beta. For example, Upgrade Advisor can identify the presence of a TV Tuner card but cannot determine if it will definitively work with Windows Vista. Therefore, if the Upgrade Advisor finds a TV Tuner card on your system—even one that works today with your Windows XP Media Center Edition PC—the Upgrade Advisor will not be able to tell you if that tuner will work with Windows Vista. Please check back to the Upgrade Advisor website for updated versions.

**Q. What is required to run Windows Vista?**
A. If you purchased a PC in the last two years, chances are good that you can run Windows Vista today. To install and run the core functionality of Windows Vista, you need:

- An 800 MHz processor
- 512 MB of RAM
- A 20 GB hard drive with 15 GB of free space

Advanced features, like the new user experience Windows Aero, require advanced or additional hardware.

**Q. What should I consider when purchasing a new PC to ensure that it can run Windows Vista?**
A. If you are buying a new PC before Windows Vista is available, look for the computers designated as Windows Vista Capable or Windows Vista Premium Ready. Read more information about Windows Vista Capable and Premium Ready PCs.

**Q. Is the Upgrade Advisor available in languages other than English?**
A. No. At this time the Upgrade Advisor is only available in English during the beta phase of development. We anticipate having the Upgrade Advisor available in other languages in the future.

MS-KELL 5009689

Quick Links ▼ | Home | Worldwide

**Windows Vista**

Windows Vista Home ▸ Get Ready ▸ Windows Vista Upgrade Advisor Beta Privacy Statement


The Experience


The Features


The Community


Get Ready

**Information for:**
Small Businesses
Businesses
Developers
IT Professionals
Media Relations
Partners



## GetReady

### Windows Vista Upgrade Advisor Beta Privacy Statement

Microsoft is committed to protecting your privacy. This privacy statement applies to the data collected by Microsoft through the Windows Vista Upgrade Advisor beta application (the "Application"); it does not apply to data collected through other online or offline Microsoft sites, products, or services.

### Collection and Use of Information

This application does not request or collect any personal information from you. When you use this application, it will collect certain anonymous information about your potential upgrade experience, such as the capabilities of your computer hardware and the devices connected to your computer. This information is sent to Microsoft and used to create a report for you, detailing how well Windows Vista will run on your computer. In addition, this information is used to help improve the number of devices supported by Windows Vista, to analyze trends, and to improve Windows Vista performance.

The Windows Vista Upgrade Advisor beta application may contain links to websites and services. We encourage you to review the privacy statements of those sites and services that you choose to visit, so that you can understand how they may collect, use, and share your personal information. Microsoft is not responsible for the privacy statements or practices of sites and services controlled by other companies or organizations.

Click here for more information on Microsoft's commitment to privacy.

### Contact Information

Microsoft welcomes your comments regarding this privacy statement. If you have questions about this statement or believe that we have not adhered to it, please contact us by clicking here.

Microsoft Privacy
Microsoft Corporation
One Microsoft Way
Redmond, WA 98052