# EXHIBIT "1"

**DELL**

Buy Online or Call 1-800-WWW-DELL

Products | My Cart | Keyword Search

My Account | ★ Premier Login | My Order Status

**Dell recommends Windows® XP Professional**

You are here: 🇺🇸 USA

# Windows Vista Capable



**Windows Vista™ Capable Dell Systems**
Ready for Windows Vista™ When You Are

**Dell & Windows Vista**

▸ Dell.com/Vista Home
▸ Windows Vista Capable
▸ Prepare Your Home
▸ Prepare Your Business
▸ The Dell Advantage
▸ Windows Aero Interface
▸ Windows Vista Capable Systems
▸ Are you ready for Vista?

**Recommended Systems**

**Step It Up: Get Ready for Microsoft Windows Vista with Dell Systems**

Dell PCs are built for your needs today, but designed for Windows Vista technology in the future - when you're ready^.

Microsoft's next major operating system, Windows Vista, is on the horizon. To prepare, Dell has partnered with Microsoft to make sure our systems support the change, so that you, our customers, have the confidence today to make the decisions that will affect your computing life tomorrow.

- Dell is proud to offer systems which can run Windows XP and can handle Windows Vista tomorrow.
- More fully featured systems generally can provide a richer Windows Vista experience.
- Dell recommends systems with at least 1GB of Dual Channel system memory (two or more memory modules) for Windows Vista.
- Adding a premium graphics card from ATI or nVIDIA can help you take advantage of a richer Windows Vista experience.

**Why Should I Care About Windows Vista Now?**
We all want the systems that we purchase today to be capable of tomorrow's technology. Buying a new PC that meets Microsoft's Windows Vista requirements can enable you to upgrade to the next version of Windows -- and enjoy new technologies that Windows Vista will provide.

# Windows Vista Capable

- Medium & Large Business
- Small Business
- Home & Home Office

Windows Vista promises revolutionary changes to the way in which we interact with our PCs. Help make sure your PC can run the latest technology - and let Dell help you make the right choice.

## Understanding The Windows Vista Experience

Windows Vista opens new horizons of functionality and capabilities designed to grow with the robustness of a PC's hardware. Generally, computers with more graphics capabilities and system memory can produce a richer Windows Vista experience^.

Systems with the right hardware configurations can also run the new Windows Vista interface, which is designed to be more intuitive, lifelike and visually interesting than any of its predecessors. Called Windows Aero™, this new user interface features:

- translucent windows
- 3-dimensional perspective
- rich texture
- advanced color mixes
- animations

Systems without the required graphics driver or enough system memory can still meet the minimum requirements for running Windows Vista, just without the new Windows Aero visual experience. Instead, the user can have access to a Basic Windows Vista experience - similar to the look and feel of Windows XP today^.

For more details on Dell systems for Vista, see the list of compatible systems. To experience the richness Windows Vista has to offer, Dell recommends getting a system that supports the new Windows Aero experience^.

- How Can I Be Sure I Get a PC that Meets the Windows Vista and Windows Aero Requirements?
- What is Windows Vista?
- Understand the Windows Aero Interface
- Are you ready for Vista? Dell's Vista Assessment Tool

[Printable Version]    ▲ Top

**You are here:**    USA

About Dell | Conditions of Sale and Site Terms | Privacy Policy | Contact Us | Site Map

Copyright 1999-2006 Dell Inc.

Large Text
sn WS16

# EXHIBIT "2"

# How Can I Be Sure?



## Windows Vista™ Capable Dell Systems
Ready for Windows Vista™ When You Are

**Dell & Windows Vista**

▸ Dell.com/Vista Home
▸ Windows Vista Capable
▸ Prepare Your Home
▸ Prepare Your Business
▸ The Dell Advantage
▸ Windows Aero Interface
▸ Windows Vista Capable Systems
▸ Are you ready for Vista?

**Recommended Systems**

▸ Medium & Large Business

### Microsoft's Hardware Recommendations for Windows Vista

To run the Basic Windows Vista experience, Microsoft recommends:
- A minimum of 512MB RAM

Note: All Dell systems listed below meet this requirement.

To run Windows Aero™, Dell recommends any system with the following:
- A system with Intel® Core™ Duo or Solo™ or Pentium® Class processors
- A minimum of 1GB or more of Dual Channel memory (two or more memory modules) and a premium graphics card by ATI or NVIDIA
- Systems designed to support Windows Aero functionality. (This excludes Dimension B110, 1100, E310, 3100, Inspiron B130, 1300 and Latitude 420)

Note: **See Dell systems listed below designated as Windows Aero Capable.**

### Dell Systems that Support Microsoft's Windows Vista Requirements

Most systems that support Windows XP today also meet the Vista minimum requirements. To ensure your system meets these requirements, refer to the following chart.

| Dell Systems | Basic Windows Vista Experience | Windows Aero Experience |
|---|---|---|
| **Dell Desktop** | | |

| Systems | | |
|---|---|---|
| ▸ Small Business | | |
| ▸ Home & Home Office | | |
| Dell Precision™ Workstation 380 | ➤ | |
| Dell Precision Workstation 690 | ➤ | |
| Dell Precision Workstation 490 | ➤ | |
| XPS™ 400 | ➤ | |
| XPS 700 | ➤ | |
| XPS 600 | ➤ | |
| XPS 200 | ➤ | Yes with 1GB of Dual Channel Memory (Two 512MB Memory Module DIMMS) and a premium graphics card |
| Dimension™ 9150 | ➤ | |
| Dimension E510 | ➤ | Yes with 1GB of Dual Channel Memory (Two 512MB Memory Module DIMMS) and a premium graphics card |
| Dimension 5150 | ➤ | Yes with 1GB of Dual Channel Memory (Two 512MB Memory Module DIMMS) and a premium graphics card |
| Dimension B120 | Yes, with 512 MB System Memory | ✗ |
| Dimension E310 | Yes, with 512 MB System Memory | ✗ |
| Dimension 3100 | | ✗ |
| OptiPlex™ GX520 | ➤ | Yes with 1GB of Dual Channel Memory (Two 512MB Memory Module DIMMS) |
| OptiPlex GX620 | ➤ | Yes with 1GB of Dual Channel Memory (Two 512MB Memory Module DIMMS) and a premium graphics card |

How Can I Be Sure?

| Dell Systems | Basic Windows Vista Experience | Windows Aero Experience |
|---|---|---|
| **Dell Notebook Systems** | | |
| Dell Precision Workstation M65 | ✓ | |
| Dell Precision Workstation M90 | ✓ | |
| XPS 1710 | ✓ | |
| XPS 2010 | ✓ | |
| XPS 1210 | ✓ | |
| Inspiron™ E1705 | ✓ | Yes with 1GB of Dual Channel Memory (Two 512MB Memory Module DIMMS) and a premium graphics card |
| Inspiron 640 | ✓ | Yes with 1GB of Dual Channel Memory (Two 512MB Memory Module DIMMS) |
| Inspiron 1405 | ✓ | Yes with 1GB of Dual Channel Memory (Two 512MB Memory Module DIMMS) |
| Inspiron 9400 | ✓ | Yes with 1GB of Dual Channel Memory (Two 512MB Memory Module DIMMS) and a premium graphics card |
| Inspiron E1505 | ✓ | Yes with 1GB of Dual Channel Memory (Two 512MB Memory Module DIMMS) and a premium graphics card |
| Inspiron 6400 | ✓ | Yes with 1GB of Dual Channel Memory (Two 512MB Memory Module DIMMS) and a premium graphics card |
| Inspiron B120 | ✓ | ✗ |
| Inspiron B130 | Yes, with 512 MB System Memory | ✗ |

| | | |
|---|---|---|
| Inspiron 1300 | Yes, with 512 MB System Memory | ✖ |
| Latitude™ D620 | › | Yes with 1GB of Dual Channel Memory (Two 512MB Memory Module DIMMS) and a premium graphics card |
| Latitude D520 | › | Yes with 1GB of Dual Channel Memory (Two 512MB Memory Module DIMMS) |
| Latitude D820 | › | Yes with 1GB of Dual Channel Memory (Two 512MB Memory Module DIMMS) and a premium graphics card |

▲ Are you ready for Vista? Dell's Vista Assessment Tool

▲ Top

Copyright 1999-2006 Dell Inc.
About Dell | Conditions of Sale and Site Terms | Privacy Policy | Contact Us | Site Map

How Can I Be Sure?

Large Text
sn WP15