# EXHIBIT "3"

**DELL™**

Buy Online or Contact Us: 1-800-915-3355

| Desktops | Notebooks | Products | Printers & Ink | Services | Electronics & Accessories | Support | Purchase Help | Dell Outlet | Account |

Keyword Search

**Dell recommends Windows® XP Professional**

You are here: 🇺🇸 USA > Home & Home Office

# Get Ready For The Future Now

**Dell & Windows Vista**

▸ Dell.com/Vista Home

▸ Windows Vista Capable

▸ Prepare Your Home

▸ Prepare Your Business

▸ The Dell Advantage

▸ Windows Aero Interface

▸ Windows Vista Capable Systems

▸ Are you ready for Vista?

Recommended Systems

▸ Medium & Large Business

▸ Small Business

▸ Home & Home Office

**Buy Today's Dell for Tomorrow's Experience**

**Dell PCs: Built for Today. Designed for the future.**
All currently shipping Dell systems can run Microsoft® Windows Vista™, but richer hardware will provide a richer Windows Vista experience ^.

For the best Windows Vista experience, purchase Windows Vista Capable systems with 1GB Dual Channel RAM. For even better performance, add an ATI or NVIDIA graphics card.

**Recommended systems include:**

**Recommended XPS 700**

Pentium® D Processor 930 with Dual Core Technology (3.00GHz, 800FSB)
1GB Dual Channel DDR2 SDRAM at 667MHz - 2 DIMMs
Dual 256MB nVidia GeForce 7900 GS
500GB Serial ATA 3Gb/s Hard Drive (7200RPM) w/DataBurst Cache™
Dual Drives: 16x DVD-ROM Drive + 16x DVD+/-RW w/ dbl layer write capable

▸ Choose XPS Desktops

**Recommended XPS 600**

Intel® Pentium® Extreme Edition Dual Core Processor with HT Technology
1GB of 533MHz Dual Channel DDR2 SDRAM
256MB PCI Express™ x16 NVIDIA® GeForce™ 6800 Graphics Card
160GB ^ Serial ATA 7200 RPM Hard Drive

▸ Choose XPS Desktops

**Recommended XPS M2010**

Get Ready For The Future Now    Page 2 of 3

Case 2:07-cv-00475-MJP    Document 96-3    Filed 11/19/2007    Page 3 of 7


Intel® Core® T2600 Duo Processor
2GB Dual Channel DDR2 SDRAM at 667MHz (2 Dimms)
240GB (2X120) 5400RPM SATA Hard Drives
256MB ATI MOBILITY™ RADEON® X1800

 Choose XPS Desktops



**Recommended XPS M1710**

Intel® Core™ Duo Processor T2500 (2GHz, 2MB Cache, 667MHz FSB)
1GB of DDR2 dual-channel SDRAM at 667MHz
256MB NVIDIA™ GeForce™ Go 7900 GS Graphics Card
80GB ^ SATA Hard Drive

 Choose XPS Notebooks

**Recommended XPS M1210**

Intel® Core™ Duo Processor T2500 (2GHz/667MHz FSB)
2GB Dual Shared Channel DDR2 SDRAM at 667MHz (2 Dimms)
80GB 7200RPM SATA Hard Drive
256MB NVIDIA® GeForce™ Go 7400 TurboCache™

 Choose XPS Notebooks



**Aero Note:**
Systems with enough graphics and memory power can run the **Aero** interface. Those with minimum requirements can run the **Basic** user experience. The **Basic** user experience does not have the visual effects that higher performance hardware can enable.

**You are here:** 🇺🇸 USA > Home & Home Office                🖨 Printable Version

The Home & Home Office site and offers contained herein valid only for end users and not for resellers and/or online auctions. Pricing, specifications, availability and terms of offers may change without notice. Taxes, fees, shipping and handling and any applicable restocking charges are extra, and vary. U.S. Dell Home Systems Co. new purchases only. Limit of 5 systems per customer please. Dell cannot be responsible for pricing or other errors, and reserves the right to cancel orders arising from such errors.

▲ Top


Copyright 1999-2006 Dell Inc.
About Dell | Conditions of Sale and Site Terms | Privacy Policy | Contact Us | Site Map | Visit ID


http://web.archive.org/web/20060714040307/www.dell.com/content/topics/global.aspx/solutions/en/vista_systems?c=us&cs=19&l=en&s=dhs    10/31/2007

Page - 14


http://web.archive.org/web/20060714040307/www.dell.com/content/topics/global.aspx/solutions/en/vista_systems?c=us&cs=19&l=en&s=dhs    10/31/2007

Get Ready For The Future Now

Large Text
sn DWW7

**Page - 15**

# EXHIBIT "4"



**Dell recommends Windows® XP Professional**

You are here:  USA

# Windows Aero Interface



**Windows Vista™ Capable Dell Systems**
Ready for Windows Vista™ When You Are

| Dell & Windows Vista | An Ideal Combination of Functionality and Style |

- Dell.com/Vista Home
- Windows Vista Capable
- Prepare Your Home
- Prepare Your Business
- The Dell Advantage
- Windows Aero Interface
- Windows Vista Capable Systems

An enhanced interface available with Windows Vista™ Premium, Windows Vista™ Business, or Windows Vista™ Ultimate, Windows Aero™ is designed to offer a more intuitive and exciting user experience.

**Windows Aero Features**
- Translucent windows
- 3-dimensional perspective
- Rich textures
- Advanced color mixes
- Animations

**How Windows Aero Works**
The level of a user's Windows Aero experience will scale to the hardware capabilities of the computer. The more graphics and system memory on a computer, the richer the experience. ^

Windows Aero Interface

☐ Are you ready for Vista?

**Recommended Systems**

☐ Medium & Large Business
☐ Small Business
☐ Home & Home Office

**Get the Most Out of Windows Aero**
Systems without enough graphics and memory power to run Windows Aero will present a Classic graphics interface that resembles the Windows XP interface, regardless of the Windows Vista version you purchase.

Most newly launching Dell™ OptiPlex™, Latitude™, Dell Precision™ workstations and mobile workstations, Dimension™, XPS™ and Inspiron™ platforms will be capable of running Windows Aero^.

To run Windows Aero™, Dell recommends any system with the following:

- A system with Intel® Core™ Duo or Solo™ or Pentium® Class processors
- A minimum of 1GB or more of Dual Channel memory (two or more memory modules) and a premium graphics card by ATI or NVIDIA
- Systems designed to support Windows Aero functionality. (This excludes Dimension B110, 1100, E310, 3100, Inspiron B130, 1300 and Latitude 420)

▲ How Can I Be Sure I Get a PC that Meets the Windows Vista and Windows Aero Requirements?
▲ Are you ready for Vista? Dell's Vista Assessment Tool

🖨 Printable Version

▲ Top

**You are here:** 🇺🇸 USA

Large Text
sn DWW5

Copyright 1999-2006 Dell Inc.
About Dell | Conditions of Sale and Site Terms | Privacy Policy | Contact Us | Site Map