# EXHIBIT "5"

**DELL™**

Buy Online or Call 1-800-WWW-DELL

Keyword Search | Products

| 🛒 My Account | ★ Premier Login | 🛒 My Cart | 📋 My Order Status |

**Dell recommends Windows® XP Professional**

**You are here:** 🇺🇸 USA



**Windows Vista™ Capable Dell Systems**
Ready for Windows Vista™ When You Are

**Dell & Windows Vista**

▸ Dell.com/Vista Home
▸ Windows Vista Capable
▸ Prepare Your Home
▸ Prepare Your Business
▸ Windows Vista Versions
▸ The Dell Advantage
▸ Windows Aero Interface
▸ Windows Vista Capable Systems

**Step It Up: Get Ready for Microsoft Windows Vista with Dell Systems**

**Windows Vista Capable* and Premium Ready* PCs from Dell**
Dell makes it easy for you to select a system today that can run Windows Vista when it is available - so, there's no need to wait. By purchasing a Windows Vista Capable* or Premium Ready* PC today, you'll be able take advantage of the opportunities of Windows XP today and have the ability to upgrade to Windows Vista when it is available.

**What is a Windows Vista Capable* PC?**
Dell provides Windows Vista Capable* and Windows Vista Premium Ready* PCs across its product lines. Please refer to this chart for details on specific systems that are currently shipping.

- A modern processor (at least 800MHz).
- 512 MB of system memory.
- A graphics processor that is DirectX 9 capable.
- A DVD readable drive.

# Windows Vista Capable

- The Express Upgrade to Windows Vista
- Evaluate Your System: The Dell Readiness Advisor
- Online Support
- Dell On Call Advanced Vista Support

Recommended Systems

- Medium & Large Business
- Small Business
- Home & Home Office

In addition to the above requirements, Dell further recommends the following for basic Windows Vista functionality:

- A hard drive with at least 15 GB of free space

### Additional Recommendations

Note that Microsoft considers a Windows Vista Capable* designation to mean that a system meets the minimum hardware requirements to provide the core functionality of Windows Vista, consistent with basic versions of Windows Vista.

A system with less than 1 GB of system memory will not support many of the advanced features of premium versions of Windows Vista, including the Windows Aero™ user interface. To make sure you get the most out of Windows Vista, use the following guidelines:

- To access Aero and other premium benefits, Microsoft recommends a system designated as Premium Ready* (further defined below).
- For an improved experience, Dell also recommends configuring your Premium Ready* system with 1 GB dual-channel (2-DIMMS) RAM* and a premium 128 MB graphics card from ATI or nVidia, which can further enhance the Windows Vista experience.
- To help further optimize your Windows Vista experience, Dell recommends 2 GB dual-channel (2-DIMMS) RAM* and a premium 256 MB graphics card from ATI or nVidia.

### What is a Windows Vista Premium Ready* PCs?

Take Windows Vista to the next level - look for Premium Ready* PCs. These special PCs can enable premium experiences in Windows Vista like the Windows Aero™ user interface. Windows Aero is designed to provide:

A Windows Vista Premium Ready* PC includes at least:

- 1 GHz 32-bit (x86) or 64-bit (x64) processor.
- 1 GB of system memory* (note: Dell recommends dual channel memory)
- Support for DirectX 9 graphics with a WDDM driver, 128 MB of graphics memory (minimum)*, Pixel Shader 2.0 and 32 bits per pixel.
- 40 GB of hard drive capacity with 15 GB free space.
- DVD-ROM Drive*.
- Audio output capability.
- Internet access capability.

Note that to provide the advanced features of Windows Vista including the Aero user interface, Premium Ready* systems must also be running one of the premium versions of Windows Vista, including: Windows Vista Home Premium, Windows Vista Business, or Windows Vista Ultimate.

- For an improved experience of Aero and other key features, Dell also recommends

Windows Vista Capable

configuring your Premium Ready[*] system with 1 GB dual-channel (2-DIMMS) RAM[*] and a premium 128 MB graphics card from ATI or nVidia.

- To help further optimize Windows Vista experience, Dell recommends 2 GB dual-channel (2-DIMMS) RAM[*] and a premium 256 MB graphics card from ATI or nVidia.

NOTE: Not all Windows Vista™ features are available for use on all Windows Vista Capable[*] PCs. All Windows Vista Capable PCs will run the core experiences of Windows Vista, such as innovations in organizing and finding information, security, and reliability. Some advanced features -- like the new Windows® Aero™ user interface -- are available only in premium editions of Windows Vista and require advanced or additional hardware. Check http://web.archive.org/web/20061117041621/http://www.windowsvista.com/getready for details.

**Additional Microsoft Vista Support from Dell**

Dell is working to enable Microsoft Windows Vista compatible[*] printer drivers for Dell printers and multifunction printers. Dell plans to make such drivers available from this website when the new operating system is publicly available or, in the case of certain printers, shortly thereafter.

▲ How Can I Be Sure I Get a PC that Meets the Windows Vista and Windows Aero Requirements?
▲ What is Windows Vista?
▲ Understand the Windows Aero Interface
▲ Are you ready for Vista? Dell's Vista Assessment Tool

🖶 Printable Version    ▲ Top

**You are here:**  🇺🇸 USA

Large Text
sn DWW2

Battery Recall | About Dell | Conditions of Sale & Site Terms | Unresolved Issues | NEW Privacy Policy | Contact Us | Site Map | Feedback

Copyright 1999-2006 Dell Inc.