# EXHIBIT "6"

**DELL**™

Buy Online or Call 1-800-WWW-DELL

Keyword Search [ ]

✦ My Account | ★ Premier Login | 🛒 My Cart | 🚚 My Order Status

Products ▸

Dell recommends Windows® XP Professional
**You are here:** 🇺🇸 USA

# Express Upgrade to Windows Vista

Express Upgrade to Windows Vista



Why Wait?
Windows Vista™ is coming, and with a new Dell PC, you can upgrade as soon as it's available.

Additional Information

▸ Dell.com/Vista Home
▸ Windows Vista Capable
▸ Prepare Your Home
▸ Prepare Your Business
▸ Windows Vista Versions
▸ The Dell Advantage
▸ Windows Aero Interface

**Get with the Program: The Express Upgrade to Windows Vista**
Buy select DELL™ Windows Vista™ Capable* PCs today and qualify for an Express Upgrade to Windows Vista on select system configurations. Limited Time Offer.

**What is the Express Upgrade to Windows Vista?**
The Express Upgrade promotion is designed to help you upgrade your Windows Vista Capable* PC from Windows XP to Windows Vista when it becomes available. To take advantage of the program:

- Select an eligible Dell Windows Vista Capable PC. (Excludes Dimension™ B110, 1300; Inspiron™ B130, 1300; OptiPlex™ 210L, GX620, GX520; Precision™ Workstation 380)
- Select your Express Upgrade to Windows Vista when configuring your new

Express Upgrade to Windows Vista

- ▲ Windows Vista Capable Systems
- ▲ The Express Upgrade to Windows Vista
- ▲ Evaluate Your System: The Dell Readiness Advisor
- ▲ Online Support
- ▲ Dell On Call Advanced Vista Support

qualifying PC during the promotion period
- After you receive your PC, go to http://web.archive.org/web/20061117090054/http://www.dellvistaupgrade.com/ and register to redeem your upgrade prior to the deadline
- Receive the Windows Vista Upgrade Kit and your Exclusive Dell Windows Vista Upgrade Assistant DVD when Windows Vista becomes available -- estimated February 2007

**Easy as Dell: The Dell Windows Vista Upgrade Assistant**
With every Express Upgrade to Windows Vista upgrade kit, Dell will also provide an upgrade assistant DVD to assist you in the installation process. Here's how it works:

  1.  The Dell Windows Vista Upgrade Assistant will first assess your system for compatibility    and provide guidance on backing up data.
  2.  Then, the Upgrade Assistant will automatically install required BIOS, drivers, and    application patches included on the DVD. (Excludes applications or devices installed by    the user.)
  3.  If you get stumped, a Dell technician can help you troubleshoot issues 24 x 7 over the    phone by calling 1-800-buy-dell.

**An Upgrade Primer**
Want to know more about how the Windows Vista Express Upgrade Program works? Read on:

**1. Select the upgarde:** Customers purchasing a new Windows Vista Capable*– Dell PC with a qualifying Windows XP operating system during the promotion period (October 26, 2006 - March 15, 2007) will have the opportunity at the time of purchase to elect to participate in the Express Upgrade to Windows Vista promotion. As part of this promotion, you can make your Windows Vista upgrade selection at the time of any qualifying system purchase made during the promotion period.

Remember: To actually receive the upgrade, you'll have to be sure to complete the next step in the process *after you receive your PC*: Redeem your upgrade.

**2. Redeem your upgrade:** When you receive your qualifying Dell PC, you must go to http://web.archive.org/web/20061117090054/http://www.dellvistaupgrade.com/ to redeem your upgrade no later than the deadline of March 31, 2007.

NOTE: *Your upgrade kit will not be shipped without completed redemption.*

When registering, you will be asked to provide the following information.
  a. A service tag number (sticker affixed to your system)
  b. A certificate of authenticity (COA) label serial number (sticker affixed to your system)
  c. Your credit card information (for any fees associated with upgrade)
  d. Your shipping & billing address
  e. Your email address

**NOTE:** Your credit card information will be taken at the time of redemption but the applicable charges will not be applied to your credit card until the upgrade kit actually ships. *No other form of payment will be accepted.*
Please also note: *Except for replacements necessary for any defective upgrade kits, Dell will not accept returns for the Upgrade kit.*

**3. Track your order:** Dell will email you with a tracking number to track the status of your upgrade order - both online and via a toll free telephone number.

**4. Stay Informed:** Dell will email you when your order for the Windows Vista Upgrade Kit is shipped out.

**How Much Does It Cost?**

See the following chart for details:

| **Windows XP Purchased** | **Express Upgrade to Windows Vista** | | **Dell US Price (anticipated)** |
|---|---|---|---|
| Windows XP Media Center Edition 2005 | Windows Vista Home Premium | | Free + Shipping & Handling Charge |
| Windows XP Professional | Windows Vista Business | | Free + Shipping & Handling Charge |
| Windows XP Professional x64 Edition | Windows Vista Business x64 | | Free + Shipping & Handling Charge |

NOTE: *Not all Windows Vista™ features are available for use on all Windows Vista Capable PCs. All Windows Vista Capable PCs will run the core experiences of Windows Vista, such as innovations in organizing and finding information, security, and reliability. Some features available in premium editions of Windows*

*Vista -- like the new Window® Aero™ user interface -- require advanced or additional hardware. Check www.windowsvista.com/getready for details.*

🖨 Printable Version    ▲ Top

Copyright 1999-2006 Dell Inc.
Battery Recall | About Dell | Conditions of Sale & Site Terms | Unresolved Issues | NEW Privacy Policy | Contact Us | Site Map | Feedback

**You are here:**   🇺🇸 USA

Large Text
sn DWW8