# EXHIBIT "7"



Dell recommends Windows Vista™

FAQS

- **What is Microsoft® Windows Vista™?**
  Windows Vista is Microsoft's upcoming operating system release with new features, advanced security, a compelling new interface and more. To prepare you for an optimal Windows Vista experience, Dell has worked closely with Microsoft in the design of Vista Capable and Premium Ready PCs from Dell.

- **When will Microsoft Windows Vista be available from Dell?**
  The anticipated date of general availability from Microsoft is January 30, 2007 (subject to change).

- **Can I upgrade Windows XP Home Edition, Media Center Edition or Professional to Microsoft Windows Vista as part of the Express Upgrade to Windows Vista program?**
  Yes! During the eligibility period, there are several express upgrade paths for qualifying systems. For US, Canada, United Kingdom, Ireland, France, Belgium, Spain, Austria, Germany, Japan, Australia, New Zealand, Malaysia, Singapore, the Nordics, Italy and some countries in Latin America, the following upgrade paths will be available (anticipated pricing noted for US only; subject to change)

- **What do I need to be eligible for a Microsoft Windows Vista upgrade?**
  - You must have purchased an eligible Windows Vista Capable1 or Windows Vista Premium Ready1 system with a licensed copy of Windows XP Home, Windows XP Home – Media Center Edition or Windows XP Professional no earlier than October 26, 2006 and no later than March 15, 2007.
  - You must redeem your upgrade online no later than March 31, 2007.
  - You must provide valid credit card information at the time of redemption for payment of the upgrade fee (as applicable) and associated shipping and handling charges.

- **What if I did not select the upgrade to Windows Vista™ at the time I purchased my system from Dell?**
  If the qualifying system was purchased during the program eligibility window, (October 26, 2006 – March 15, 2007), that system is eligible for an Express Upgrade from Dell. Customers will not be allowed to redeem an upgrade after March 31, even if the system was purchased during the eligibility window.

- **What information will I have to provide in order to redeem my Upgrade to Windows Vista™ from Dell?**

Name and Address
System Service tag
COA serial number
OS SKU and language purchased
Credit card information
Email address

- **When does the Express Upgrade to Windows Vista™ promotion start and end?**
The Program begins October 26, 2006 and ends March 15, 2007. The last day to redeem an upgrade is March 31, 2007. (Note: these timeframes assume the Windows Vista launch for consumers by Microsoft, January 30, 2007. Changes in launch could impact dates noted.)

Valid Upgrade Paths

| Windows XP Purchased | Windows Vista Upgrade Offer** | Dell US Price (anticipated) |
|---|---|---|
| Windows XP Home Edition | Windows Vista Home Basic | Discounted price + Shipping & Handling Charge |
| Windows XP Media Center Edition 2005 | Windows Vista Home Premium | Free + Shipping & Handling Charge |
| Windows XP Professional | Windows Vista Business | Free + Shipping & Handling Charge |
| Windows XP Professional x64 Edition | Windows Vista Business x64* | Free + Shipping & Handling Charge |

*Only on Dell Precision™ Workstations
**Not all Windows Vista™ features are available for use on all Windows Vista Capable PCs. All Windows Vista Capable PCs will run the core experiences of Windows Vista, such as innovations in organizing and finding information, security, and reliability. Some features available in premium editions of Windows Vista -- like the new Windows® Aero™ user interface -- require advanced or additional hardware. Check www.windowsvista.com/getready for details.

- **Will Dell automatically ship the Windows Vista upgrade package, based on my selection of the Express Upgrade at the time of purchase?**
No. Upon receipt of your PC, you MUST go to www.dellvistaupgrade.com to complete the redemption and provide valid credit card information to purchase your Express Upgrade by March 31st, 2007. There will be no exceptions.

- **How is the Express Upgrade to Windows Vista™ from Dell any different than what is offered by other companies?**
  Due to our direct relationship with customers, Dell is able to allow customers to choose the Express Upgrade to Windows Vista™ version at the time that they purchase their Dell PC. Many customers purchasing systems from retail suppliers may have to fax or mail their invoice to prove their purchase of a licensed version of Microsoft Windows XP. Due to your direct relationship with Dell, you will NOT be required to mail or fax anything!

- **What is included with the Express Upgrade to Windows Vista upgrade package?**
  1. Microsoft operating system upgrade DVD
  2. Dell Upgrade DVD – includes the Dell Upgrade Assistant (tool that walks the customer through the process), BIOS, drivers, and application patches (if available).
  3. New Windows Vista license or Certificate of Authenticity (COA)
  4. Dell produced tech sheet/upgrade instructions

- **Why do I have to provide my Windows XP Certificate of Authenticity (COA) serial number when I redeem my upgrade?**
  This program only allows for one Upgrade per system purchased. Each system is licensed with only one copy of the Microsoft Windows operating system. This COA is your proof of that license. If you have more than one upgrade to redeem (multiple), you may be able to purchase Microsoft Windows Vista through volume licensing channels. If you are interested in learning more about licensing Microsoft operating systems through Dell, please contact www.Dell.com/softwarelicensing/microsoft.

- **When will I receive my Express Upgrade to Windows Vista™ DVD and upgrade package and will I have an option for a CD-format?**
  Dell's goal is to make the upgrade package available four to eight weeks after the Windows Vista general availability launch date. It is a requirement that participating Dell systems must be configured with a DVD-ROM to participate in this program.

- **Will any of my personal information be sent to Microsoft?**
  No. Only the COA serial and date purchased will be the sent to Microsoft.

- **Is this Express Upgrade to Windows Vista™ Program offered worldwide?**
  The Dell Express Upgrade to Windows Vista™ will be offered in over 20 countries worldwide. Customer data must be entered in English only and there may be certain country-specific requirements not listed here.

- **Are there taxes associated with my order?**
  For U.S. customers, Sales Tax shall be calculated and charged at the time of shipment. Sales Tax may be

applicable on Shipping and Handling for some states. For product shipping to any other country, the product shall ship Delivered Duty Unpaid (DDU).

For products that ship DDU, the seller's obligation is to deliver the goods to a named place of destination. The buyer is responsible for all costs and risks associated with the goods upon importation at the named place of destination. The buyer's responsibility includes import clearance of the goods and payment of any applicable duties, taxes and fees.

- **I'm a US customer and eligible for a sales, use, or other tax exemption. How do I receive the exemption to which I'm entitled?**

If you are eligible for a tax exemption, please indicate your exemption status by checking the "Tax Exempt" check-box on the "Confirm Your Selections" page before confirming your order. Please also print a copy of your "Thank You For Your Order" page when asked to do so. If you claim an exemption, your order will be placed in a "pending" status awaiting receipt of documentation supporting your exemption. To release your order for shipment, you must fax a copy of both your printed "Thank You For Your Order" page and your tax certificates or other documentation supporting your exemption to Dell at 866-297-3280. Your order will be released for shipment upon receipt and verification of your exemption documentation. Tax exemptions will be applied to your order according to your verified exemption eligibility.

- **Can I call a toll-free number to place my order instead of entering data on the internet? Will the operator speak my language?**
Toll-free numbers will be made available on October 26 for the US, Canada and the UK. The toll-free number for the US and Canada is (866) 634-7426. The toll-free number for the UK is (808) 234-8397. Beginning November 13, Dell plans to provide toll-free numbers will for Ireland, Germany, France, Austria, Belgium, Spain, The Nordics and Italy, Japan, Malaysia, Singapore, Australia, New Zealand, Latin America and Brazil. Dell plans languaged options for telephone assistance in English, French, German, Spanish, Japanese and Brazilian Portuguese.

- **How will I know that my Express Upgrade to Windows Vista™ redemption is complete?**
You should print out your Redemption Registration.
After your information (including the COA and credit card information) has been validated, you will receive an email confirmation, including an Order Tracking Number. An email will also be sent that includes the carrier tracking number once your Express Upgrade to Windows Vista™ has shipped.

- **What if I am eligible, but don't redeem the Upgrade before March 31?**
Unfortunately, if an eligible customer does not redeem the Upgrade before March 31, that customer cannot receive an upgrade through this program.

- **Can customers purchasing systems before October 26 order the Express Upgrade?**
  No. Eligible systems are only those purchased between October 26, 2006 through March 15, 2007.

- **Will returns be allowed?**
  There will be no returns accepted for the Express Upgrade to Windows Vista™ upgrade kits.

- **What methods of payment will be accepted for applicable charges (including Shipping and Handling fees) for this Program?**
  Only credit cards (Visa, Mastercard and American Express) will be accepted for payment. Expiration dates must be April 2007 or later.

- **How can I track the status of my Express Upgrade to Windows Vista™ order?**
  Upon successful completion and validation of your Express Upgrade to Windows Vista™ Redemption, you will receive a Order Tracking number.

- **What are the different versions of Windows Vista™?**
  Windows Vista Home Basic™ is the entry-level offering for consumers.

  Windows Vista Home Premium™ is the mainstream edition of Windows Vista for consumer desktop and mobile PCs.

  Windows Vista Business™ is the primary edition of Windows Vista for business desktops and mobile PCs in businesses of all sizes.

  Windows Vista Ultimate™ and Windows Vista Enterprise™ are two additional versions of the Windows Vista operating system which are not included in Dell's Express Upgrade offering.

- **How do I find out which Dell devices will have Windows Vista™ drivers available?**
  Drivers to support Microsoft Windows Vista can be found from the Dell support web site: http://web.archive.org/web/20070104154915/http://www.support.dell.com/. You should also check with the hardware manufacturer for specific drivers.

- **Can I install Microsoft Windows Vista before General Availability of the Windows Vista code?**
  You may be able to purchase Microsoft Windows Vista through volume licensing channels. If you are interested in learning more about licensing Microsoft operating systems through Dell, please contact http://web.archive.org/web/20070104154915/http://www.dell.com/content/topics/global.aspx/licensing/en/microsoft?c=us&cs=04&l=en&s=bsd.

1Based on currently available information from Microsoft. Requirements subject to change. Since the operating system and drivers are not final at this time, Windows Vista has not been tested on all user configurations. Dell systems must be configured with a minimum of 512MB system memory (RAM) for "Windows Vista Capable" designation. Systems which meet only minimum requirements for the "Windows Vista Capable" designation will not provide the full benefits of "Premium Ready," including the Aero interface. Some Dell systems may not meet the requirements for "Premium Ready," no matter the configuration. Please visit www.windowsvista.com/getready for more information.

Top

Copyright **1999–2006 Dell Inc.**
Conditions of Sale and Site Terms | Privacy Policy | About Dell | Contact Us

10/24/2007

http://web.archive.org/web/20070104154915/www.dellvistaupgrade.com/faqs.aspx

# EXHIBIT "8"



Not all Windows Vista™ features are available for use on all Windows Vista Capable PCs. All Windows Vista Capable PCs will run the core experiences of Windows Vista, such as innovations in organizing and finding information, security, and reliability. Some features available in premium editions of Windows Vista — like the new Windows® Aero™ user interface — require advanced or additional hardware. Check www.windowvista.com/getready for details.

**Information in this document is subject to change without notice.**
**© 2006 Dell Inc. All rights reserved. Printed in the U.S.A.**

Reproduction in any manner whatsoever without the written permission of Dell Inc. is strictly forbidden.

Trademarks used in this text: *Dell* and the *DELL* logo are trademarks of Dell Inc; *Vista* and *Aero* are trademarks of Microsoft Corporation; *Windows* is a registered trademark of Microsoft Corporation.

Other trademarks and trade names may be used in this document to refer to either the entities claiming the marks and names or their products. Dell Inc. disclaims any proprietary interest in trademarks and trade names other than its own.

Не всички функции на Windows Vista™ са налични при компютри с лого Windows Vista Capable. На всички компютри с лого Windows Vista Capable ще може да работи изданието на продукта Windows Vista Home Basic. Разширените функции, като новия потребителския интерфейс Windows® Aero™, които са включени в други издания на Windows Vista, изискват добавянето на допълнителен или специфичен хардуер. За повече информация посетете www.windowsvista.com/getready.

**Информацията в този документ подлежи на промяна без уведомяване.**
**© 2006 Dell Inc. Всички права запазени. Отпечатано в САЩ.**

Възпроизвеждането по какъвто и да е начин без писменото разрешение на Dell Inc. е строго забранено.

Търговски марки, използвани в този текст: *Dell* и логото на *DELL* са търговски марки на Dell Inc; *Vista* и *Aero* са търговски марки на Microsoft Corporation; *Windows* е регистрирана търговска марка на Microsoft Corporation.

В този документ може да са използвани други търговски марки и търговски имена във връзка с юридическите или физически лица, които притежават марките и имената, или във връзка с продуктите им. Dell Inc. отрича всякакъв частен интерес в други търговски марки и търговски имена, освен своите собствени.

并非所有 Windows Vista™ Capable 电脑都能运行 Windows Vista 的全部功能，但所有 Windows Vista Capable 电脑至少都能运行 Windows Vista 的核心功能（例如查找和组织信息、安全性及可靠性等方面的创新）。Windows Vista 的高级版本提供的其它功能（如新的 Windows® Aero™ 用户界面），则需要更高级或额外的硬件。有关详细信息，请参见 www.windowsvista.com/getready。

**本说明文件中的信息如有更改，恕不另行通知。**
**© 2006 Dell Inc. 保留所有权利。美国印刷。**

未经 Dell Inc. 书面许可，严禁以任何方式进行复制。

本文件中使用的商标 *Dell* 和 *DELL* 徽标 是 Dell Inc. 商标；*Vista* 和 *Aero* 是 Microsoft Corporation 的商标；*Windows* 是 Microsoft Corporation 的注册商标。

本说明文件中述及的其它商标和商品名称是指拥有相应标记和名称的公司或其制造的产品。Dell Inc. 对不属于自己的商标和商品名称不拥有任何所有权。

August 2006

0CW851A00

並非所有的 Windows Vista™ Capable PC 皆可執行 Windows Vista 的全部功能。 但所有 Windows Vista Capable PC 都至少能執行 Windows Vista Home Basic。 其他 Windows Vista 版本中的額外功能（例如新的 Windows® Aero™ 使用者介面），需要高階或其他硬體。如需詳細資訊，請參閱 http://www.microsoft.com/taiwan/windowsvista/getready/default.mspx。

---

**本說明文件中的資訊之修改恕不另行通知。**
**© 2006 Dell Inc. 版權所有，翻印必究。 美國印製。**

未經 Dell Inc. 的書面許可，不得以任何形式進行複製。

本文件中使用的商標：*Dell* 和 *DELL* 徽標 是 Dell Inc 的商標； *Vista* 和 *Aero* 是 Microsoft Corporation 的商標； *Windows* 是 Microsoft Corporation 已注冊的商標。

本文件中使用的其他商標與商品名稱是指擁有這些標誌及名稱的公司或其產品。 Dell Inc. 對不屬於自己的商標與商品名稱不擁有任何專有權益。

---

Neće biti dostupne sve značajke Windows Viste™ na svim računalima označenim Windows Vista Capable. Sva računala označena Windows Vista Capable izvodit će Windows Vistu Home Basic na minimalnoj razini. Prestižne značajke, kao što je novo korisničko sučelje Windows® Aero™, dostupne u ostalim izdanjima Windows Viste, zahtijevaju napredni ili dodatni hardver. Pojedinosti potražite na web-mjestu www.windowsvista.com/getready.

---

**Informacije u ovom dokumentu podložne su promjeni bez prethodne najave.**
**© 2006 Dell Inc. Sva prava pridržana. Tiskano u SAD-u.**

Bilo kakva reprodukcija bez pisane dozvole tvrtke Dell Inc. strogo je zabranjena.

Trgovački znakovi koji se koriste u ovom tekstu: *Dell* i *DELL* logotip su trgovački znakovi tvrtke Dell Inc; *Vista* i *Aero* su trgovački znakovi tvrtke Microsoft Corporation; *Windows* je registrirani trgovački znak tvrtke Microsoft Corporation.

U dokumentu se možda koriste i drugi trgovački znakovi i zaštićeni nazivi koji označavaju ili entitete koji su vlasnici tih znakova ili njihove proizvode. Dell Inc. odriče se bilo kakvih vlasničkih interesa za navedene trgovačke znakove i zaštićene nazive, osim vlastitih.

---

Některé funkce systému Windows Vista™ nebudou k dispozici ve všech počítačích s označením Windows Vista Capable. Ve všech počítačích s označením Windows Vista Capable bude možné využívat alespoň systém Windows Vista Home Basic. Nadstandardní funkce, které jsou k dispozici v dalších verzích systému Windows Vista, například nové uživatelské rozhraní Windows® Aero™, vyžadují speciální nebo dodatečný hardware. Podrobné informace naleznete na adrese www.windowsvista.com/getready.

---

**Změna informací v tomto dokumentu vyhrazena.**
**© 2006 Dell Inc. Všechna práva vyhrazena. Vytištěno v USA.**

Jakákoli reprodukce bez předchozího písemného povolení společnosti Dell Inc.je přísně zakázána.

Obchodní značky použité v tomto textu: *Dell* a logo *DELL* jsou ochranné známky společnosti Dell Inc; *Vista* a *Aero* jsou ochranné známky společnosti Microsoft; *Windows* je registrovaná ochranná známka společnosti Microsoft.

Ostatní obchodní značky a názvy mohou být v tomto dokumentu použity buď v souvislosti s organizacemi, které si na tyto značky a názvy činí nárok, nebo s jejich produkty. Společnost Dell Inc. si nečiní nárok na jiné obchodní značky a názvy, než své vlastní.

Ikke alle Windows Vista™-funktioner er tilgængelige på alle Windows Vista-kompatible pc'er. Alle Windows Vista-kompatible pc'er vil som minimum køre de grundlæggende funktioner i Windows Vista. Premium-funktioner -- f.eks. den nye brugergrænseflade Windows® Aero™ -- der findes i andre Windows Vista-udgaver, kræver avanceret eller yderligere hardware. Yderligere oplysninger finder De på www.windowsvista.com/getready.

---

**Oplysningerne i dette dokument kan ændres uden varsel.**
**© 2006 Dell Inc. Alle rettigheder forbeholdes. Trykt i USA.**

Enhver form for gengivelse uden skriftlig tilladelse fra Dell Inc. er strengt forbudt.

Anvendte varemærker i denne tekst: *Dell* og *DELL*-logoet er varemærker tilhørende Dell Inc; *Vista* og *Aero* er varemærker tilhørende Microsoft Corporation; *Windows* er et registreret varemærke tilhørende Microsoft Corporation.

Andre varemærker og firmanavne kan være brugt i dette dokument til at henvise til enten de fysiske eller juridiske personer, som gør krav på mærkerne og navnene eller til deres produkter. Dell Inc. fraskriver sig enhver tingslig rettighed, for så vidt angår varemærker og firmanavne, som ikke er deres egne.

Niet elke pc die in staat is Windows Vista™ uit te voeren, beschikt over alle functies van Windows Vista. Op pc's die in staat zijn Windows Vista uit te voeren, kan minimaal Windows Vista Home Basic worden gebruikt. Voor Premium-functies (bijvoorbeeld de nieuwe Windows® Aero™ gebruikersinterface) die in andere versies van Windows Vista beschikbaar zijn, is geavanceerde of aanvullende hardware vereist. Meer informatie vindt u op www.windowsvista.com/getready.

---

**De informatie in dit document kan zonder voorafgaande kennisgeving worden gewijzigd.**
**© 2006 Dell Inc. Alle rechten voorbehouden. Gedrukt in de VS.**

Reproductie in welke vorm dan ook zonder de schriftelijke toestemming van Dell Inc. is strikt verboden.

Merken in dit document: *Dell* en het *DELL*-logo zijn merken van Dell Inc; *Vista* en *Aero* zijn merken van Microsoft Corporation; *Windows* is een gedeponeerd merk van Microsoft Corporation.

Merken en handelsnamen die mogelijk in dit document worden gebruikt, dienen ter aanduiding van de rechthebbenden met betrekking tot de merken en namen of ter aanduiding van hun producten. Dell Inc. claimt op geen enkele wijze enig eigendomsrecht ten aanzien van andere merken of handelsnamen dan haar eigen merken en handelsnamen.

Osa Windows Vista™ funktsioone pole kõigis Windows Vista Capable arvutites saadaval. Igale Windows Vista Capable arvutile saab käitada vähemalt Windows Vista Home Basic versiooni. Teistes Windows Vista väljaannetes saadaolevate tipptasemefunktsioonide – näiteks uue kasutajaliidese Windows® Aero™ – jaoks on vaja täiuslikumat või täiendavat riistvara. Täpsemat infot leiate veebisaidilt www.windowsvista.com/getready.

---

**Käesolevas dokumendis toodud infot võidakse muuta eelneva etteteatamiseta.**
**© 2006 Dell Inc. Kõik õigused kaitstud. Trükitud USA-s**

Reprodutseerimine mistahes viisil Ilma Dell Inc. kirjaliku loata on rangelt keelatud.

Käesolevas tekstis kasutatud kaubamärgid: *Dell* ja *DELL-i* logo on Dell Inc. kaubamärgid; *Vista* ja *Aero* on Microsoft Corporation'i kaubamärgid; *Windows* on Microsoft Corporation'i registreeritud kaubamärk.

Teisi käesolevas dokumendis olevaid kaubamärke ja firmanimesid võidakse kasutada viitamiseks vastavatele firmadele või nende toodetele. Dell Inc. eitab kõiki omandiõigusi kaubamärkide ja firmanimede suhtes peale enda oma.

Osa Windows Vista™ ominaisuuksissa ei ole käytettävissä kaikissa Windows Vista Capable -tietokoneissa. Jotkin Windows Vista erityisominaisuudet, kuten uusi Windows® Aero™-käyttöliittymä, saattavat toimiakseen asettaa laitteistolle lisävaatimuksia. Lisätietoja on osoitteessa www.windowsvista.com/getready.

---

**Tämän asiakirjan tiedot voivat muuttua ilman erillistä varoitusta.**
**© 2006 Dell Inc. Kaikki oikeudet pidätetään. Painettu Yhdysvalloissa.**

Tämän tekstin kaikenlainen kopioiminen ilman Dell Inc:n kirjallista lupaa on jyrkästi kielletty.

Tekstissä käytetyt tavaramerkit: *Dell* ja *DELL*-logo ovat Dell Inc:n tavaramerkkejä; *Vista* ja *Aero* ovat Microsoft Corporationin tavaramerkkejä; *Windows* on Microsoft Corporationin rekisteröity tavaramerkki.

Muut tekstissä mahdollisesti käytetyt tavaramerkit ja tuotenimet viittaavat joko merkkien ja nimien haltijoihin tai näiden tuotteisiin. Dell Inc. kieltää omistusoikeuden muihin kuin omiin tavaramerkkeihinsä ja tuotenimiinsä.

Les fonctionnalités de Windows Vista™ ne sont pas toutes disponibles sur tous les PC capables d'exécuter Windows Vista. Tous les PC capables d'exécuter Windows Vista exécuteront Windows Vista Édition familiale basique avec les fonctions minimales. Les fonctionnalités supplémentaires -- telles que la nouvelle interface utilisateur Windows® Aero™ -- disponibles dans d'autres éditions Windows Vista, nécessitent un matériel avancé ou supplémentaire. Pour plus d'informations, reportez-vous au site www.windowsvista.com/getready.

---

**Les informations contenues dans ce document sont sujettes à modification sans préavis.**
**© 2006 Dell Inc. Tous droits réservés. Imprimé aux États-Unis.**

La reproduction de ce document, de quelque manière que ce soit, sans l'autorisation écrite de Dell Inc. est strictement interdite.

Marques utilisées dans ce document : *Dell* et le logo *DELL* sont des marque de Dell Inc ; *Vista* et *Aero* sont des marques de Microsoft Corporation ; *Windows* est une marque déposée de Microsoft Corporation.

D'autres marques et noms commerciaux peuvent être utilisés dans ce document pour faire référence aux entités se réclamant de ces marques et de ces noms ou à leurs produits. Dell Inc. rejette tout intérêt propriétaire dans les marques et les noms commerciaux autres que les siens.

Nicht alle Funktionen von Windows Vista™ sind auf allen Windows Vista-fähigen PCs verfügbar. Alle Windows Vista-fähigen PCs können zumindest Windows Vista Home Basic ausführen. Für Premiumfunktionen - wie die neue Benutzeroberfläche Windows® Aero™ -, die in anderen Editionen von Windows Vista verfügbar sind, ist erweiterte oder zusätzliche Hardware erforderlich. Nähere Informationen finden Sie unter www.windowsvista.com/getready.

---

**Die in diesem Dokument enthaltenen Informationen können sich ohne vorherige Ankündigung ändern.**
**© 2006 Dell Inc. Alle Rechte vorbehalten. Gedruckt in den USA.**

Nachdrucke jeglicher Art ohne die vorherige schriftliche Genehmigung von Dell Inc. sind strengstens untersagt.

In diesem Text verwendete Marken: *Dell* und das *DELL Logo* sind Marken von Dell Inc; *Vista* und *Aero* Logo sind Marken der Microsoft Corporation; *Windows* ist eine eingetragene Marken der Microsoft Corporation.

Alle anderen in dieser Dokumentation genannten Marken und Handelsbezeichnungen sind Eigentum der entsprechenden Hersteller und Firmen. Dell Inc. verzichtet auf alle Besitzrechte an Marken und Handelsbezeichnungen, die nicht Eigentum von Dell sind.

Δεν είναι διαθέσιμες όλες οι εξελιγμένες λειτουργίες των Windows Vista™ σε όλους τους υπολογιστές που είναι ικανοί να εκτελέσουν τα Windows Vista ("Windows Vista Capable PC"). Όλοι οι υπολογιστές που θα φέρουν την ένδειξη "Windows Vista Capable" θα εκτελούν την έκδοση Windows Vista Home Basic με τις ελάχιστες απαιτήσεις. Οι προηγμένες δυνατότητες -- όπως το νέο περιβάλλον εργασίας Windows® Aero™ -- που είναι διαθέσιμες σε άλλες εκδόσεις των Windows Vista απαιτούν πιο προηγμένο ή επιπρόσθετο υλικό (hardware). Ανατρέξτε στη διεύθυνση www.windowsvista.com/getready για λεπτομέρειες.

---

Οι πληροφορίες αυτού του εγγράφου μπορεί να αλλάξουν χωρίς προειδοποίηση.
© 2006 Dell Inc.Με επιφύλαξη παντός δικαιώματος. Εκτύπωση στις Η.Π.Α.

Απαγορεύεται αυστηρά η αναπαραγωγή με οποιονδήποτε τρόπο χωρίς τη γραπτή άδεια της Dell Inc.

Εμπορικά σήματα που χρησιμοποιούνται στο παρόν: Η ονομασία *Dell* και το λογότυπο *DELL* είναι εμπορικά σήματα της Dell Inc. Οι ονομασίες *Vista* και *Aero* είναι εμπορικά σήματα της Microsoft Corporation. Η ονομασία *Windows* είναι σήμα κατατεθέν της Microsoft Corporation.

Άλλα εμπορικά σήματα και εμπορικές ονομασίες μπορεί να χρησιμοποιούνται στο παρόν έγγραφο αναφερόμενα είτε στους κατόχους των σημάτων και των ονομάτων είτε στα προϊόντα τους. Η Dell Inc. παραιτείται από κάθε δικαίωμα σε εμπορικά σήματα και εμπορικές ονομασίες τρίτων.

सभी Windows Vista™ सुविधाएँ. सभी Windows Vista क्षमतावाले PC पर उपलब्ध नहीं होतीं। सभी Windows Vista क्षमतावाले PC कम से कम Windows Vista Home Basic चलाएँगे। अन्य Windows Vista संस्करणों में उपलब्ध प्रीमियम सुविधाओं -- जैसे नए Windows® Aero™ यूज़र इंटरफेस -- को आधुनिक या अतिरिक्त हार्डवेयर की आवश्यकता होती है। विवरण के लिए www.windowsvista.com/getready देखें।

---

इस दस्तावेज़ की सामग्री बिना किसी सूचना के बदली जा सकती है.
© 2006 Dell Inc. सर्वाधिकार सुरक्षित. अमेरिका में मुद्रित.

Dell Inc. की लिखित अनुमति के बिना किसी भी रूप में पुनरुत्पादन प्रतिबंधित है.

इस पाठ में उपयोग किया गया पाठ: *Dell* और *DELL* का लोगो Dell Inc के ट्रेडमार्क हैं, *Vista* और *Aero* माइक्रोसॉफ्ट कॉर्पोरेशन के ट्रेडमार्क हैं; *Windows* माइक्रोसॉफ्ट कॉर्पोरेशन का ट्रेडमार्क है.

इस दस्तावेज़ में अन्य ट्रेडमार्क्स और ट्रेड नामों का उपयोग उन मार्क्स और नामों के स्वामियों या उनके उत्पादों को दर्शाने के लिए किया जा सकता है. Dell Inc. स्वयं के ट्रेडमार्क्स और ट्रेड नामों के अलावा अन्य में किसी भी मालिकाना हित को अस्वीकार करता है.

A Windows Vista™ nem minden szolgáltatása érhetõ el a Windows Vista futtatására alkalmas összes személyi számítógépen. A Windows Vista futtatására alkalmas összes személyi számítógépen futtatható lesz majd legalább a Windows Vista Home Basic változata. A Windows Vista egyéb kiadásaiban elérhetõ prémium szolgáltatások – például az új Windows® Aero™ felhasználói felület – azonban speciális vagy kiegészítõ hardvereszközöket igényelnek a mûködéshez. További információ a www.windowsvista.com/getready webhelyen olvasható.

---

**A dokumentumban közölt információ külön értesítés nélkül is megváltozhat.**
© 2006 Dell Inc. Minden jog fenntartva. Az Egyesült Államokban nyomtatva.

A Dell Inc. írásbeli engedélye nélkül bármilyen módon készített másolatot készíteni szigorúan tilos.

A szövegben használt védjegyek: A *Dell* és a *DELL* logo a Dell Inc védjegyei; a *Vista* és az *Aero* a Microsoft Corporation védjegyei; a *Windows* a Microsoft Corporation bejegyzett védjegye.

A dokumentumban egyéb védjegyek és védett nevek is szerepelhetnek, amelyek a védjegyet vagy nevet bejegyeztetõ cégre, valamint annak termékeire vonatkoznak. A Dell Inc. kizárólag a saját védjegyeibõl és bejegyzett neveibõl eredõ jogi igényeket érvényesíti.

Non tutte le funzionalità avanzate di Windows Vista™ sono disponibili sui PC Windows Vista Capable. Tutti i PC Windows Vista Capable consentono di eseguire almeno Windows Vista Home Basic. Funzionalità innovative, come la nuova interfaccia Windows® Aero™, sono disponibili in altre edizioni di Windows Vista e richiedono hardware avanzato o aggiuntivo. Per ulteriori dettagli, visitate il sito http://www.microsoft.com/italy/windows/windowsvista/getready/default.mspx

───────────────

**Le informazioni contenute in questo documento sono soggette a modifica senza preavviso.**
**© 2006 Dell Inc. Tutti i diritti riservati. Stampato negli U.S.A.**

È severamente vietata la riproduzione, con qualsiasi strumento, senza l'autorizzazione scritta di Dell Inc..

Marchi commerciali utilizzati in questo testo: *Dell* e il logo *DELL* sono marchi commerciali di Dell Inc; *Vista* e *Aero* sono marchi commerciali di Microsoft Corporation; *Windows* è un marchio depositato di Microsoft Corporation.

Nel presente documento possono essere utilizzati altri marchi e nomi commerciali che si riferiscono sia ad entità che rivendicano i marchi che ai nomi o ai loro prodotti. Dell Inc. nega qualsiasi partecipazione di proprietà relativa a marchi e nomi commerciali diversi da quelli di sua proprietà.

Windows Vista™ Capable PC は、Windows Vista の基本的な情報管理・検索機能やセキュリティ機能を動作させるに十分な性能を有します。Windows® Aero™ ユーザーインターフェースなど、Windows Vista Home Premium 以上のエディションに搭載されるプレミアム機能の利用にはハードウェアの増設が必要になる場合があります。詳細については、www.windowsvista.jp/getready を参照してください。

───────────────

**この文書の情報は、事前の通知なく変更されることがあります。**
**© 2006 すべての著作権は Dell Inc. にあります。 Printed in the U.S.A.**

Dell Inc. の書面による許可のない複製は、いかなる形態においても**厳重に禁止されています。**

この文書に使用されている商標について：*Dell* および *DELL* のロゴは Dell Inc. の商標です。*Vista* および *Aero* は Microsoft Corporation の商標です。*Windows* は Microsoft Corporation の登録商標です。

この文書では、上記記載以外の商標や会社名が使用されている場合があります。これらの商標や会社名は、一切 Dell Inc. に帰属するものではありません。

Windows Vista™ Capable PC 에서 Windows Vista 의 모든 기능을 사용할 수 있는 것은 아닙니다. Windows Vista Capable PC 에서는 정보검색, 보안 및 안정성 등의 Windows Vista 일부 기능을 경험할 수 있습니다. Windows® Aero™ 사용자 인터페이스와 같이 Windows Vista 의 프리미엄 제품 군에서 제공하는 새로운 고급 기능을 사용하려면, 하드웨어의 성능 향상이나 추가가 필요할 수 있습니다. 자세한 내용은 www.windowsvista.com/getready 를 참조하십시오."

───────────────

**이 문서의 정보는 사전 통보 없이 변경될 수 있습니다.**
**© 2006 Dell Inc. 저작권 본사 소유. 미국에서 인쇄.**

Dell 의 사전 승인 없이 어떠한 경우의 무단 복제도 엄격히 금합니다.

본 설명서에 사용된 상표: *Dell* 및 *DELL* 로고는 Dell Inc 의 상표입니다; *Vista* 및 *Aero* 는 Microsoft Corporation 의 상표입니다; *Windows* 는 Microsoft Corporation 의 등록 상표입니다.

본 설명서에서는 특정 회사의 마크나 제품 이름의 사실성을 입증하기 위해 기타 상표나 상호를 사용할 수도 있습니다. Dell Inc. 는 자사가 소유하고 있는 것 이외의 타사 소유 상표 및 상표명에 대한 어떠한 소유권도 가지고 있지 않습니다.

Ne visi Windows Vista™ līdzekļi ir pieejami ikvienā datorā, kurā var lietot Windows Vista. Visos datoros, kuros var lietot Windows Vista, darbojas vismaz Windows Vista Home Basic. Papildu līdzekļi, piem., jaunais Windows® Aero™ lietotāja interfeiss, ir pieejami citos Windows Vista izdevumos, kuru darbināšanai nepieciešama modernāka vai papildu aparatūra. Detalizēta informācija pieejama Web lapā www.windowsvista.com/getready.

---

**Informācija šajā dokumentā var tikt mainīta bez brīdinājuma.**
© 2006 Dell Inc. Visas tiesības paturētas. Iespiests ASV.

Pavairošana jebkādā veidā bez Dell Inc. rakstiskas atļaujas ir stingri aizliegta.

Šajā tekstā izmantotās preču zīmes: *Dell* un *DELL* logotips ir Dell Inc. preču zīmes; *Vista* un *Aero* ir Microsoft Corporation preču zīmes; *Windows* ir reģistrēta Microsoft Corporation preču zīme.

Citas preču zīmes vai preču nosaukumi šajā dokumentā var tikt izmantoti, lai norādītu uzņēmumus, kuriem ir tiesības uz šīm zīmēm vai nosaukumiem, vai šo uzņēmumu produktus. Dell Inc. atsakās no jebkādām īpašuma līdzdalības tiesībām uz preču zīmēm un preču nosaukumiem, kas tai nepieder.

Ne visuose Windows Vista™ pagrindinius reikalavimus atitinkančiuose (Windows Vista Capable) kompiuteriuose galimos visos Windows Vista priemonės. Visuose Windows Vista pagrindinius reikalavimus atitinkančiuose kompiuteriuose veiks Windows Vista Home Basic. Papildomoms priemonėms, pavyzdžiui, naujajai vartotojo sąsajai Windows® Aero™, esančioms kituose Windows Vista leidimuose, būtina pažangesnė ar papildoma techninė įranga. Informacijos ieškokite adresu www.windowsvista.com/getready.

---

**Informacija šiame dokumente gali būti keičiama be įspėjimo.**
© 2006 Dell Inc. Visos teisės ginamos. Spausdinta JAV.

Bet koks atkūrimas be rašytinio Dell Inc. leidimo yra griežtai draudžiamas.

Šiame tekste naudojami tokie prekių ženklai: *Dell* ir *DELL* logotipas yra Dell Inc. prekių ženklai; *Vista* ir *Aero* yra Microsoft Corporation prekių ženklai; *Windows* yra registruotasis Microsoft Corporation prekės ženklas.

Visi kiti prekių ženklai ir prekiniai pavadinimai šiame dokumente gali būti naudojami kaip nuorodos į savininkus, kuriems priklauso šie prekių ženklai ir produktų pavadinimai. Dell Inc. pareiškia, kad nepretenduoja į kokius nors kitus prekių ženklus ir prekinius pavadinimus, išskyrus priklausančius Dell Inc.

Ikke alle Windows Vista™-funksjoner er tilgjengelige på alle PCer med støtte for Windows Vista. Alle PCer med støtte for Windows Vista kan minst kjøre Windows Vista Home Basic. Eksklusive funksjoner – som det nye Windows® Aero™-brukergrensesnittet – som er tilgjengelige i andre Windows Vista-versjoner, kan kreve avansert eller ekstra maskinvare. Se www.windowsvista.no/getready for nærmere opplysninger.

---

**Informasjonen i dette dokumentet kan endres uten varsel.**
© 2006 DellInc. Med enerett. Trykt i USA.

Alle former for kopiering uten skriftlig tillatelse fra Dell Inc.er strengt forbudt.

Varemerker i denne teksten: *Dell* og *DELL*-logoen er varemerker tilhørende Dell Inc; *Vista* og *Aero* er varemerker tilhørende Microsoft Corporation; *Windows* er et registrert varemerke tilhørende Microsoft Corporation.

Andre varemerker og varenavn kan brukes i dette dokumentet som en henvisning til institusjonene som innehar rettighetene til merkene og navnene, eller til produktene. Dell Inc. fraskriver seg enhver eierinteresse for varemerker og varenavn som ikke er sine egne.

Nie wszystkie funkcje systemu Windows Vista™ są dostępne na wszystkich komputerach należących do kategorii Windows Vista Capable. Na komputerach z tej kategorii będzie możliwe co najmniej uruchomienie systemu Windows Vista Home Basic . Funkcje Premium – takie jak nowy interfejs użytkownika Windows® Aero™ – dostępne w innych wersjach systemu Windows Vista wymagają bardziej zaawansowanego lub dodatkowego sprzętu. Szczegółowe informacje są dostępne w witrynie http://www.microsoft.com/poland/windowsvista/default.aspx

---

**Informacje zawarte w niniejszym dokumencie mogą ulec zmianie bez uprzedzenia.**
**© 2006 Dell Inc. Wszelkie prawa zastrzeżone. Wydrukowano w USA.**

Powielanie w jakikolwiek sposób bez pisemnego zezwolenia firmy Dell Inc. jest surowo zabronione.

Znaki towarowe użyte w tekście: *Dell* i logo *DELL* są zastrzeżonymi znakami towarowymi firmy Dell Inc; *Vista* i *Aero* są zastrzeżonymi znakami towarowymi firmy Microsoft Corporation; *Windows* jest zarejestrowanym znakiem towarowym firmy Microsoft Corporation.

Tekst może zawierać także inne znaki towarowe i nazwy towarowe, odnoszące się do podmiotów posiadających prawa do tych znaków i nazw lub do ich produktów. Firma Dell Inc. nie rości sobie praw własności do marek i nazw towarowych innych niż jej własne.

Nem todos os recursos do Windows Vista™ estão disponíveis nos Windows Vista Capable PCs. Todos os Windows Vista Capable PCs executarão os recursos mínimos da versão do Windows Vista Home Basic. Os recursos Premium – como a nova interface do usuário Windows® Aero™ – disponíveis em outras edições do Windows Vista requerem hardware avançado ou adicional. Para obter detalhes, visite o site: www.windowsvista.com/getready

---

**As informações deste documento estão sujeitas a alteração sem aviso prévio.**
**© 2006 Dell Inc. Todos os direitos reservados. Impresso nos E.U.A.**

Qualquer forma de reprodução deste produto sem a permissão por escrito da Dell Inc. é estritamente proibida.

Marcas comerciais usadas neste texto: *Dell* e o logotipo *DELL* são marcas comerciais da Dell Inc; *Vista* e *Aero* são marcas comerciais da Microsoft Corporation; *Windows* é marca comercial registrada da Microsoft Corporation.

Os demais nomes e marcas comerciais podem ser usados neste documento como referência às entidades que reivindicam essas marcas e nomes ou aos seus produtos. A Dell Inc. declara que não tem interesse de propriedade sobre marcas comerciais e nomes de terceiros.

Nem todas as funcionalidades do Windows Vista™ estão disponíveis em todos os Windows Vista Capable PCs. Todos os Windows Vista Capable PCs executarão no mínimo o Windows Vista Home Basic. As funcionalidades Premium, como a nova interface de utilizador Windows® Aero™, disponíveis noutras edições do Windows Vista requerem hardware avançado ou adicional. Visite o web site www.windowsvista.com/getready para mais detalhes.

---

**As informações deste documento estão sujeitas a alteração sem aviso prévio.**
**© 2006 Dell Inc. Todos os  direitos reservados. Impresso nos EUA**

A reprodução sem a permissão por escrito da Dell Inc. é estritamente proibida.

Marcas comerciais utilizadas neste texto: *Dell* e o logótipo *DELL* são marcas comerciais da Dell Inc; *Vista* e *Aero* são marcas comerciais da Microsoft Corporation; *Windows* é marca comercial registada da Microsoft Corporation.

Outras marcas e nomes comerciais podem ser utilizados neste documento como referência às entidades proprietárias dessas marcas e nomes ou aos seus produtos. A Dell Inc. declara que não tem interesse de propriedade sobre marcas e nomes de terceiros.

Nu toate facilitatile Windows Vista™ sunt disponibile pe toate PC-urile marcate cu logo-ul Windows Vista Capable PC. Toate PC-urile marcate cu logo-ul Windows Vista Capable PC vor rula Windows Vista Home Basic la minimum. Facilitățile premium – cum ar fi noua interfață cu utilizatorul Windows® Aero™ – disponibile în alte ediții Windows Vista necesită hardware special sau adițional. Vizitați www.windowsvista.com/getready pentru detalii.

---

**Informația din acest document poate fi schimbată fără notificare prealabilă.**
**© 2006 Dell Inc. Toate drepturile rezervate. Tipărit în S.U.A.**

Orice reproducere de orice natură, fără permisiunea scrisă a Dell Inc. este strict interzisă..

Mărci comerciale utilizate în acest text. *Dell* și *logo-ul DELL* sunt mărci comerciale ale Dell Inc; *Vista* și *Aero* sunt mărci comerciale ale Microsoft Corporation; *Windows* este o marcă comercială înregistrată a Microsoft Corporation.

Alte mărci comerciale și mărci înregistrate pot fi folosite în acest document pentru a face referire fie la entități care revendică mărcile și numele, fie la produselor lor. Dell Inc. nu are pretenții asupra niciunei mărci comerciale sau mărci înregistrate care nu este proprietatea sa.

Не на всех компьютерах Windows Vista™ Capable могут быть доступны все функции ОС Windows Vista. Все компьютеры Windows Vista Capable поддерживают как минимум ОС Windows Vista Home Basic. Для расширенных функций (например, для нового пользовательского интерфейса Windows® Aero™), доступных в других изданиях Windows Vista, может потребоваться более современное или дополнительное оборудование. Подробности см. на веб-сайте www.windowsvista.com/getready

---

**Информация в этом документе может быть изменена без предварительного уведомления.**
**© Dell Inc. 2006 Все права защищены. Напечатано в США**

Воспроизведение материалов данного руководства в любой форме без письменного разрешения корпорации Dell Inc. строго запрещено.

Товарные знаки, упомянутые в данном документе: *Dell* и логотип *DELL* являются товарными знаками Dell Inc; *Vista* и *Aero* являются товарными знаками Microsoft Corporation; *Windows* является охраняемым товарным знаком Microsoft Corporation.

Другие товарные знаки и фирменные названия упомянуты в данной документации в качестве ссылки как на предприятия, имеющие эти знаки и названия, так и на их продукцию. Dell Inc. заявляет об отказе от всех прав собственности на любые товарные знаки и названия, кроме своих собственных.

Nisu sve Windows Vista™ funkcije dostupne na računarima koji nose oznaku Windows Vista Capable. Na računarima sa oznakom Windows Vista Capable će se izvršavati najmanje verzija Windows Vista Home Basic. Premium funkcije – kao što je novi Windows® Aero™ korisnički interfejs – dostupne u drugim Windows Vista izdanjima, zahtevaju pojačani ili dodatni hardver. Detalje potražite na www.windowsvista.com/getready.

---

**Informacije u ovom dokumentu su podložbe promenama bez prethodne obavesti.**
**© 2006 Dell Inc. Sva prava zadržana. Štampano u SAD-u.**

Bilo kakvo umnožavanje bez pismenog ovlašćenja kompanije Dell Inc. se strogo zabranjuje.

Registrovani žigovi korišćeni u ovom tekstu: *Dell* i *DELL* logotip su registrovani žigovi kompanije Dell Inc; *Vista* i *Aero* su registrovani žigovi kompanije Microsoft Corporation; *Windows* je registrovani žig kompanije Microsoft Corporation.

U dokumentu se možda koriste i ostali registrovani žigovi i nazivi koji označavaju fizičke osobe koje su vlasnici tih žigova i naziva ili njihovih proizvoda. Kompanija Dell Inc. se odriče svih vlasničkih prava za navedene registrovane žigove i nazive osim vlastitih.

Nie všetky funkcie systému Windows Vista™ sú k dispozícii vo všetkých počítačoch kompatibilných so systémom Windows Vista. Vo všetkých počítačoch kompatibilných so systémom Windows Vista bude fungovať verzia Windows Vista Home Basic, ktorá obsahuje len základné funkcie. Prémiové funkcie, napríklad nové používateľské rozhranie Windows® Aero™, ktoré sú k dispozícii v ďalších vydaniach systému Windows Vista, vyžadujú rozšírený alebo dodatočný hardvér. Podrobnosti nájdete na stránke www.windowsvista.com/getready.

---

**Vyhradzujeme si právo menių informácie bez predchádzajúceho upozornenia.**
**©2006 Dell Inc.Všetky práva vyhradené. Vytlačené v USA.**

Akákoľvek reprodukcia ktorejkoľvek časti tohto materiálu bez písomného povolenia spoločnosti Dell Inc. je prísne zakázaná.

Ochranné známky použité v texte: *Dell* a logo *DELL* sú obchodné známky spoločnosti Dell Inc; *Vista* a *Aero* sú obchodné známky spoločnosti Microsoft Corporation; *Windows* Windows je obchodná známka spoločnosti Microsoft Corporation.

Ostatné ochranné známky a obchodné názvy v tejto príručke sa môžu používať ako odkazy na spoločnosti, ktoré si uplatňujú nárok na tieto známky a názvy, alebo ako referencie na ich produkty. Spoločnosť Dell Inc. sa zrieka akéhokoľvek nároku na ochranné známky a obchodné názvy iné, než tie, ktoré vlastní.

Nekatere funkcije operacijskega sistema Windows Vista™ niso na voljo v vseh računalnikih z oznako Windows Vista Capable. Vsi računalniki z oznako Windows Vista Capable ustrezajo najmanj osnovnim zahtevam za delovanje sistema Windows Vista Home Basic. Določene napredne funkcije, na primer nov uporabniški vmesnik Windows® Aero™, zahtevajo napredno ali dodatno strojno opremo. Podrobnosti poiščite na spletni strani www.windowsvista.com/getready.

---

**Informacije v tem dokumentu se lahko spremenijo brez predhodnega obvestila.**
**© 2006 Dell Inc. Vse pravice pridrűane. Natisnjeno v ZDA.**

Vsakršno reproduciranje brez pisnega dovoljenja drużbe Dell Inc. je strogo prepovedano.

Blagovne znamke, uporabljene v tem besedilu: *Dell* in logotip *DELL* sta blagovni znamki drużbe Dell Inc; *Vista* in *Aero* sta blagovni znamki drużbe Microsoft Corporation; *Windows* je registrirana blagovna znamka drużbe Microsoft Corporation.

V tem dokumentu se lahko uporabljajo tudi druge blagovne znamke in imena, ki se nanašajo na osebe, katerih last so blagovne znamke ali imena, oziroma na njihove izdelke. Drużba Dell Inc. zavrača vsakršno lastništvo blagovnih znamk in imen, razen tistih, ki so v njeni lasti.

No todas las funciones de Windows Vista™ están disponibles en todos los PC preparados para Windows Vista (PC Apto para Windows Vista, "Windows Vista Capable"). Todos los PC preparados para Windows Vista (PC Apto para Windows Vista, "Windows Vista Capable") ejecutarán como mínimo Windows Vista Home Basic. Las características Premium, como la nueva interfaz de usuario Windows® Aero™, disponibles en otras ediciones de Windows Vista, requieren hardware avanzado o adicional. Conozca los detalles en www.windowsvista.com/getready

---

**La información contenida en este documento puede modificarse sin aviso previo.**
**© 2006 Dell Inc. Todos los derechos reservados. Impreso en EE. UU.**

La reproducción de este documento de cualquier manera sin la autorización por escrito de Dell Inc. queda estrictamente prohibida.

Marcas comerciales utilizadas en este texto: *Dell* y el logotipo de *DELL* son marcas comerciales de Dell Inc.; *Vista* y *Aero* son marcas comerciales de Microsoft Corporation; *Windows* es una marca comercial de Microsoft Corporation.

Otras marcas y otros nombres comerciales pueden utilizarse en este documento para hacer referencia a las entidades que los poseen o a sus productos. Dell Inc. renuncia a cualquier interés sobre la propiedad de marcas y nombres comerciales que no sean los suyos.

Alla Windows Vista™-funktioner finns inte med på datorer med märkningen "Windows Vista Capable". Datorer med denna märkning kör minst Windows Vista Home Basic. Vissa funktioner som finns tillgängliga i Windows Vista Premium edition, som det nya användargränssnittet Windows® Aero™ kan kräva avancerad eller extra maskinvara. På www.windowsvista.com/getready finns mer detaljerad information.

---

**Information i dokumentet kan ändras utan föregående meddelande.**
**© 2006 Dell Inc. Med ensamrätt.   Tryckt i USA.**

All reproduktion utan skriftligt tillstånd från Dell Inc. är strängt förbjuden.

Varumärken som återfinns i denna text: *Dell* och *DELL*-logotypen är varumärken som tillhör Dell Inc; *Vista* och *Aero* är varumärken som tillhör Microsoft Corporation; *Windows* är ett registrerat varumärke som tillhör Microsoft Corporation.

Övriga varumärken i dokumentet kan användas för att hänvisa till dem som gör anspråk på varumärkena eller deras produkter. Dell Inc. frånsäger sig allt ägarintresse av andra varumärken än sina egna.

ไม่ใช่คุณสมบัติ Windows Vista™ ทุกตัวที่มีให้กับเครื่องพีซีที่รองรับ Windows Vista ทุกเครื่อง เครื่องพีซีที่รองรับ Windows ทั้งหมดสามารถใช้คุณสมบัติพื้นฐานของ Windows Vista Home เป็นอย่างต่ำ คุณสมบัติระดับพรีเมี่ยม – เช่นอินเทอร์เฟซผู้ใช้ Windows® Aero™ -- ซึ่งมีให้ใน Windows Vista รุ่นอื่นต้องการฮาร์ดแวร์เพิ่มเติมหรืออุปกรณ์ระดับสูง ดูรายละเอียดจาก www.windowsvista.com/getready

---

ข้อมูลในเอกสารฉบับนี้อาจเปลี่ยนแปลงได้โดยไม่จำเป็นต้องแจ้งให้ทราบล่วงหน้า
**© 2006 Dell Inc. สงวนลิขสิทธิ์ พิมพ์ในประเทศสหรัฐอเมริกา**

ห้ามทำซ้ำไม่ว่าด้วยวิธีการใดๆ โดยมิได้รับอนุ-าตเป็นลายลักษณ์อักษรจาก Dell Inc.

เครื่องหมายการค้าที่ใช้ในข้อความนี้: *Dell* และเครื่องหมาย *DELL* เป็นเครื่องหมายการค้าของ Dell Inc; *Vista* และ *Aero* เป็นเครื่องหมายการค้าของ Microsoft Corporation; *Windows* เป็นเครื่องหมายการค้าจดทะเบียนของ Microsoft Corporation

เครื่องหมายการค้าและชื่อทางการค้าอื่นๆ ที่ใช้ในเอกสารนี้จะใช้อ้างถึงองค์กรที่เป็นเจ้าของเครื่องหมายการค้าและชื่อทางการค้านั้น หรือเพื่ออ้างถึงผลิตภัณฑ์ขององค์กรเหล่านั้น Dell Inc. ปฏิเสธความเป็นเจ้าของในทรัพย์สินในเครื่องหมายการค้า และชื่อทางการค้าใดๆ นอกเหนือจากของ Dell เท่านั้น

---

Windows Vista™ İşletim sisteminin  tüm özellikleri, Windows Vista çalıştırılabilen bilgisayarların hepsinde kullanılamaz. Üzerinde Windows Vista çalışabilen bilgisayarların hepsi temel  Windows Vista deneyimlerini içeren sürüm  olan "Windows Vista Home Basic" sürümünü çalıştırabilir. Ancak  Premium  Windows Vista sürümlerinde bulunan yeni  Windows® Aero™ kullanıcı arayüzü gibi bazı özellikler, daha gelişmiş veya ek bilgisayar donanımı gerektirir. Lütfen ayrıntılar için www.microsoft.com/turkiye/windowsvista/getready adresine bakınız.

---

**Bu belgedeki bilgiler, önceden bildirilmeksizin değiştirilebilir.**
**© 2006 Dell Inc. Tüm hakları saklıdır. A.B.D.'de basılmıştır.**

Dell Inc. tarafından verilmiş yazılı izin olmadan herhangi bir şekilde çoğaltılması kesinlikle yasaktır.

Bu metinde kullanılan ticari markalar: *Dell* ve *DELL* logo Dell Inc şirketinin ticari markalarıdır; *Vista* ve *Aero* Microsoft Corporation şirketinin ticari markalarıdır; *Windows* Microsoft Corporation şirketinin kayıtlı ticari markasıdır.

Bu belgede, marka ve adların sahiplerine ya da ürünlerine atıfta bulunmak için başka ticari marka ve ticari adlar kullanılabilir. Dell Inc. kendine ait olanların dışındaki ticari markalar ve ticari isimlerle ilgili hiçbir mülkiyet hakkı olmadığını beyan eder.

Не всі функції операційної системи Windows Vista™ доступні для використання на комп'ютерах Windows Vista Capable. Всі комп'ютери Windows Vista Capable будуть підтримувати основні функції Windows Vista, такі як нововведення в організації і пошуку інформації, безпека і надійність. Деякі функції доступні в преміум виданнях Windows Vista – наприклад новий інтерфейс користувача Windows® Aero™ – потребують сучаснішого або додаткового обладнання. Додаткова інформація на сайті : www.windowsvista.com/getready

_____

**Інформація, подана у цьому документі, може бути змінена без повідомлення.**
**© 2006 Dell Inc. Усі права застережено. Надруковано у США**

Відтворення у будь-який спосіб без письмового дозволу компанії Dell Inc. суворо заборонено.

Торгові марки, які використовуються у тексті: *Dell* та логотип *DELL* є торговими марками компанії Dell Inc; *Vista* та *Aero* є торговими марками корпорації Майкрософт; *Windows* є зареєстрованою торговою маркою корпорації Майкрософт.

Інші торгові марки та назви можуть бути використані у цьому документі для посилання на організації, що є власниками відповідних марок чи назв, або на їх продукцію. Компанія Dell Inc. не претендує на жодні права власності на торгові марки чи назви, які їй не належать.

"لا تتوفر كافة ميزات Windows Vista™ على كافة أجهزة الكمبيوتر القادرة على تشغيل Windows Vista. ولذا ستقوم كافة الأجهزة القادرة على تشغيل Windows Vista بتشغيل Windows Vista Home Basic وفقا للحد الأدنى. وتتطلب الميزات الأولية -- مثل واجهة مستخدم Windows" Aero™ الجديدة -- المتوافرة في الإصدارات الأخرى من Windows Vista أجهزة متقدمة أو اضافية. يرجى مراجعة الموقع www.windowsvista.com/getready للحصول على التفاصيل".

_____

المعلومات الواردة في هذا المستند عرضة للتغيير دون إشعار.
© 2006 Dell Inc. جميع الحقوق محفوظة. طبع في الولايات المتحدة الأمريكية

ممنوع منعا باتا إجراء أي نسخ بأية صورة في الصور دون إذن كتابي من شركة Dell Inc.

العلامات التجارية الواردة في هذا النص: *Dell* وشعار *DELL* علامات تجارية خاصة بشركة Dell Inc. *Vista* و *Aero* Microsoft علامات تجارية خاصة بشركة Microsoft Corporation. *Windows* هي علامة تجارية مسجلة لشركة Microsoft Corporation.

قد يتم في هذا المستند أيضا استخدام علامات تجارية وعلامات تجارية مسجلة أخرى للإشارة إما إلى هيئات لها حق في هذه العلامات أو لأسماء منتجاتها. تتبرأ Dell Inc. من أية استفادة خاصة هذه العلامات والأسماء التجارية خلاف ما يخصها من أسماء وعلامات.

לא כל התכונות של Windows Vista™ זמינות בכל המחשבים האישיים התואמים ל-Windows Vista. בכל המחשבים האישיים התואמים ל-Windows Vista יפעל מהדורת Windows Vista Home Basic לפחות. תכונות Premium אחרות זמינות במהדורות Windows Vista, כגון ממשק המשתמש החדש ™Windows" Aero. מחייבת חומרה מתקדמת או נוספת. לקבלת פרטים, בקר בכתובת www.windowsvista.com/getready.

_____

המידע במסמך זה עשוי להשתנות ללא הודעה.
© 2006 Dell Inc. כל הזכויות שמורות. הודפס בארה"ב.

חל איסור מוחלט על העתקה מכל סוג ללא הרשאה בכתב מ- Dell Inc.

סימנים מסחריים שבשימוש בטקסט זה: *Dell* והלוגו *DELL* הם סימנים מסחריים של Dell Inc; *Vista* ו- *Aero* הם סימנים מסחריים של Microsoft Corporation; *Windows* הוא סימנים מסחריים רשומים של Microsoft Corporation.

ייתכן שייעשה שימוש בסימנים מסחריים ובשמות מסחריים אחרים במסמך זה כדי להתייחס לישויות הטוענות לבעלות על הסימנים והשמות, או למוצריהן שלהן. Dell Inc. מוותרת על כל חלק קנייני בסימנים ושמות מסחריים פרט לאלה שבבעלותה.