# EXHIBIT "1"

United States-English

» HP Home    » Products & Services    » Support & Drivers    » Solutions    » How to Buy

Search: [Name of specific area] ○ All of HP US

» Contact HP



HP & Windows Vista

## HP & Windows Vista™

HP Systems that Support Microsoft's Windows Vista Capable and Premium Ready Requirements

» **HP & Windows Vista**™

Recommended systems for Windows Vista
- » Home & Home Office
- » Small & Medium Business
- » Large Enterprise Business

» **Windows Vista Capable & Premium Ready PC's**

» Windows Vista Support & Drivers

About HP & Microsoft
- » Windows OS
- » HP and Microsoft Home
- » for Small and Medium Business
- » for Enterprise Business

### What's a Windows Vista Capable PC?

The next generation Microsoft operating system—Microsoft Windows Vista—is coming soon. What will Windows Vista mean for you? It will offer new levels of ease, security and reliability, a new interface, and simple ways to organize and search for information on your PC.

We've worked with Microsoft to help ensure that the PC you buy today can run Windows Vista when it's available. All of our new notebook and desktop PCs will be able to run Windows Vista when properly configured. HP PCs that carry the Windows Vista Capable PC logo can run Windows Vista. All editions of Windows Vista will deliver core experiences such as innovations in organizing and finding information, security, and reliability at a minimum.

Windows Vista will be available in editions ranging from Windows Vista Home Basic for entry-level home users to Windows Vista Home Premium or Windows Vista Business, for those needing more robust features and functionality.

Not all Windows Vista features are available for use on all Windows Vista Capable PCs. All Windows Vista Capable PCs will run the core experiences of Windows Vista, such as innovations in organizing and finding information, security, and reliability. Some features available in premium editions of Windows Vista -- like the new Windows Aero™ user interface -- require advanced or additional hardware. Check http://web.archive.org/web/20060903023726/http://www.windowsvista.com/getready for details.

### Windows Vista Premium Ready PC's



To get an even better Windows Vista experience, including the Windows Aero user experience, choose a Windows Vista Capable PC that is designated Premium Ready or that meets or exceeds the Premium Ready requirements described below. Features available in specific premium editions of Windows Vista, such as the ability to watch and record live TV, may require additional hardware. Not all Windows Vista features are available for use on all Windows Vista Capable PCs. All Windows Vista Capable PCs will run the core experiences of Windows Vista, such as innovations in organizing, finding information, security, and reliability. Some features available in premium editions of Windows Vista -- like the new Windows Aero™ user interface -- require advanced or additional hardware. Check

http://web.archive.org/web/20060903023726/http://www.windowsvista.com/getready for details.

**A Windows Vista Premium Ready PC includes at least:**

- 1 GHz 32-bit (x86) or 64-bit (x64) processor1[1].
- 1 GB of system memory.
- A graphics processor that runs Windows Aero[2].
- 128 MB of graphics memory.
- 40 GB of hard drive capacity with 15 GB free space.
- DVD-ROM Drive[3].
- Audio output capability.
- Internet access capability.

1. Processor speed is specified as the nominal operational processor frequency for the device. Some processors have power management which allows the processor to run at lower rate to save power.
2. Windows Aero requires:
   a. DirectX 9 class graphics processor that:
      i. Supports a WDDM Driver.
      ii. Supports Pixel Shader 2.0 in hardware.
      iii. Supports 32 bits per pixel.
   b. Adequate graphics memory.
      i. 64 MB of graphics memory to support a single monitor less than 1,310,720 pixels
      ii. 128 MB of graphics memory to support a single monitor at resolutions from 1,310,720 to 2,304,000 pixels
      iii. 256 MB of graphics memory to support a single monitor at resolutions higher than 2,304,000 pixels
      iv. Meets graphics memory bandwidth requirements, as assessed by Windows Vista Upgrade Advisor running on Windows XP
3. A DVD-ROM may be external (not integral, not built into the system).

More detailed information and requirement on Windows Vista are also available at http://web.archive.org/web/20060903023726/http://www.windowsvista.com/getready

**Printable version**

Privacy statement     Using this site means you accept its terms

© 2006 Hewlett-Packard Development Company, L.P.

# EXHIBIT "2"

» HP Home    » Products & Services    » Support & Drivers    » Solutions    » How to Buy

United States-English

Search:

» Contact HP

» **HP & Windows Vista™**

Recommended systems for Windows Vista
» Home & Home Office
» Small & Medium Business
» Large Enterprise Business

» Express Upgrade Program
» **Windows Vista Capable & Premium Ready PC's**
» Windows Vista Support & Drivers

About HP & Microsoft
» Windows OS
» HP and Microsoft Home
» for Small and Medium Business
» for Enterprise Business

HP & Windows Vista

# HP & Windows Vista™

HP Systems that Support Microsoft's Windows Vista Capable and Premium Ready Requirements

What's a Windows Vista Capable PC?
Windows Vista Premium Ready PCs
Certified for Windows Vista Software and Peripherals (such as Printers, Cameras and Scanners)
Works with Windows Vista Software and Peripherals (such as Printers, Cameras and Scanners)

## What's a Windows Vista Capable PC?



The next generation Microsoft operating system—Microsoft Windows Vista—is coming soon. What will Windows Vista mean for you? It will offer new levels of ease, security and reliability, a new interface, and simple ways to organize and search for information on your PC.

We've worked with Microsoft to help ensure that the PC you buy today can run Windows Vista when it's available. All of our new notebook and desktop PCs will be able to run Windows Vista when properly configured. HP PCs that carry the Windows Vista Capable PC logo can run Windows Vista. All editions of Windows Vista will deliver core experiences such as innovations in organizing and finding information, security, and reliability at a minimum.

Windows Vista will be available in editions ranging from Windows Vista Home Basic for entry-level home users to Windows Vista Home Premium or Windows Vista Business, for those needing more robust features and functionality. Certain Windows Vista product features require advanced or additional hardware. Windows Vista Upgrade Advisor can help you determine which features of Windows Vista will run on your computer. To download the tool, visit http://web.archive.org/web/20061117035706/http://www.windowsvista.com/upgradeadvisor. For Windows Vista system requirements, visit wwwwww.windowsvista.com/systemrequirements.

Not all Windows Vista features are available for use on all Windows Vista Capable PCs. All Windows Vista Capable PCs will run the core experiences of Windows Vista, such as innovations in organizing and finding information, security, and reliability. Some features available in premium editions of Windows Vista -- like the new Windows Aero™ user interface -- require advanced or additional hardware. Check http://web.archive.org/web/20061117035706/http://www.windowsvista.com/getready for details.

## Windows Vista Premium Ready PC's



To get an even better Windows Vista experience, including the

Windows Aero user experience, choose a Windows Vista Capable PC that is designated Premium Ready or that meets or exceeds the Premium Ready requirements described below. Features available in specific premium editions of Windows Vista, such as the ability to watch and record live TV, may require additional hardware. Not all Windows Vista features are available for use on all Windows Vista Capable PCs. All Windows Vista Capable PCs will run the core experiences of Windows Vista, such as innovations in organizing and finding information, security, and reliability. Some features available in premium editions of Windows Vista -- like the new Windows Aero™ user interface -- require advanced or additional hardware. Check http://web.archive.org/web/20061117035706/http://www.windowsvista.com/getready for details.

**A Windows Vista Premium Ready PC includes at least:**

- 1 GHz 32-bit (x86) or 64-bit (x64) processor1[1].
- 1 GB of system memory.
- A graphics processor that runs Windows Aero[2].
- 128 MB of graphics memory.
- 40 GB of hard drive capacity with 15 GB free space.
- DVD-ROM Drive[3].
- Audio output capability.
- Internet access capability.

1. Processor speed is specified as the nominal operational processor frequency for the device. Some processors have power management which allows the processor to run at lower rate to save power.
2. Windows Aero requires:
   a. DirectX 9 class graphics processor that:
      i. Supports a WDDM Driver.
      ii. Supports Pixel Shader 2.0 in hardware.
      iii. Supports 32 bits per pixel.
   b. Adequate graphics memory.
      i. 64 MB of graphics memory to support a single monitor less than 1,310,720 pixels
      ii. 128 MB of graphics memory to support a single monitor at resolutions from 1,310,720 to 2,304,000 pixels
      iii. 256 MB of graphics memory to support a single monitor at resolutions higher than 2,304,000 pixels
      iv. Meets graphics memory bandwidth requirements, as assessed by Windows Vista Upgrade Advisor running on Windows XP
3. A DVD-ROM may be external (not integral, not built into the system).

**Certified for Windows Vista Software and Peripherals**



Software and peripherals that bear the Certified for Windows Vista logo have been tested to meet high quality standards and deliver a superior end-user experience when used with PC running a Windows Vista operating system.  Purchasing a software package or a peripheral that includes the Certified for Windows Vista logo ensures that you get a product that has been tested to deliver a high quality user experience and that the product has been tested to meet all of the technical requirements to qualify for the Certified for Windows Vista program

## Works with Windows Vista Software and Peripherals



Products that carry the Works with Windows Vista logo have been designed by HP to easily connect to Windows Vista and deliver a reliable, high-quality experience.

More detailed information and requirement on Windows Vista are also available at http://web.archive.org/web/20061117035706/http://www.windowsvista.com/getready

Using this site means you accept its terms

© 2006 Hewlett-Packard Development Company, L.P.

**Printable version**

Privacy statement