# EXHIBIT "3"

Worldwide HP Express Upgrade to Windows Vista™ Program Frequently Asked Questions:

United States-English

» HP Home    » Products & Services    » Support & Drivers    » Solutions    » How to Buy

» Contact HP

Search:



# Worldwide HP Express Upgrade to Windows Vista ™

Program Frequently Asked Questions:

HP & Windows Vista

» **HP & Windows Vista™**

Recommended systems for Windows Vista
» Home & Home Office
» Small & Medium Business
» Large Enterprise Business

» Express Upgrade Program
» Windows Vista Classification Programs
» Windows Vista Support & Drivers
» Windows Vista Education & Training

About HP & Microsoft
» HP and Microsoft
» HP and Microsoft Solutions for Enterpise Business
» HP and Microsoft Solutions for Small and Medium Business

1. **How do I order an upgrade?**
   A: Please visit http://web.archive.org/web/20070111192206/http://www.hp.com/go/windowsvista/upgrade and choose your country/language. Click on the button that says "Click here to order your Windows Vista Upgrade Kit now" and you will be taken to the ordering web site.

2. **Why do you require the same billing and shipping address when I order an upgrade?**
   A: To enhance the security of the web ordering solution for HP customers, HP and the upgrade fulfillment providers have added fraud detection measures. One of these measures is to make the ship to and bill to addresses the same.

3. **What is in the Windows Vista upgrade kit?**
   A: You will receive a DVD disk containing the Windows Vista operating system. The kit also contains a disk with HP drivers and other updates, or instructions to download these drivers from HP's website.

4. **I only have a CD drive on my computer, yet Windows Vista upgrade comes on a DVD. How do I get a Windows Vista upgrade that works with my computer?**
   A: For countries in which HP has sold an eligible, Windows Vista Capable* solution that HP can verify comes only with a CD drive and not a DVD drive, HP will provide a CD-based Windows Vista solution: Please call your local HP Support

5. **Which computers qualify for the HP Express Upgrade to Windows Vista offer?**
   A: Only select HP and Compaq personal desktops and notebooks that meet these two requirements qualify for the HP Express Upgrade:
   o Purchased between October 26, 2006 and March 15, 2007
   o Bearing the *Windows Vista Capable** logo, or indicating *Windows Vista Capable* on the receipt/packing slip that accompanies the product.

6. **What is the cost of the Windows Vista Upgrade Kit?**
   A: HP PCs shipped with Windows XP Media Center Edition or Windows XP Professional are eligible for a royalty-free upgrade. However, you will be charged a shipping and handling fee.

   Other upgrades will be charged royalty plus a shipping and handling fee.

7. **Will HP support my PC after I have upgraded to Windows Vista?**
   A: Yes. HP will support your PC if you upgraded to Windows Vista from the operating system that was originally shipped with your computer, using HP's Express Upgrade program. HP will

Worldwide HP Express Upgrade to Windows Vista™ Program Frequently Asked Questions:

deliver full support on products that are under warranty. Please check your warranty policy.

8. **What must I do before I install the Upgrade Kit?**
   A: Many of the upgrades to Windows Vista will erase user data as well as user installed applications. HP strongly recommends that you do the following tasks before installing the Windows Vista upgrade:
   o **Backup all data files on CDs, DVDs or another storage device BEFORE installing Upgrade Kit. Failure to do so may result in loss of your personal data.**
   o Locate all user installed application disks.
   o Create Windows XP recovery disks, following the instructions that came with your computer. Alternatively, you can order Recovery Disks from HP.
   o Check with the suppliers of your existing peripherals and software to ensure Windows Vista compatibility
   o Run the Windows Vista Upgrade Advisor from Microsoft to get an evaluation of which features of Windows Vista will work on your system. http://web.archive.org/web/20070111192206/http://www.windowsvista.com/upgradeadvisor.

9. **What is the final date for me to order the Windows Vista upgrade kit?**
   A: The last date to submit an order is March 31, 2007. However, all computers must have been purchased no later than March 15, 2007.

10. **When will I receive my Windows Vista upgrade kit?**
    A: Upgrade kits will begin shipping within 6-8 weeks of order completion, but not sooner than Microsoft officially releases Windows Vista in your country. To check the status of your order, please return to the Express Upgrade ordering site This site is located on the link labeled "Click here to order your Windows Vista Upgrade now" which is found on your country's version of the http://web.archive.org/web/20070111192206/http://www.hp.com/go.windowsvista/upgrade page. When you are on the Express Upgrade site, please click on "Checking Existing Order" to check your status.

11. **Where can I find my PC model number and serial number?**
    A: HP and Compaq serial numbers (s/n) are usually printed on a sticker or plate located on the side, back, or bottom of your PC. The serial number is typically 10-characters long, consisting of numbers and letters.

12. **Where can I find the COA number?**
    A: The COA number (14-digits in length) is on the Microsoft Certificate of Authenticity (COA) label. The label can be found on the side, back or bottom of your PC.

13. **Do I have to submit my Proof of Purchase?**
    A: Yes. After you place your order on the fulfillment website, you must mail or fax in a copy of your store receipt or packing slip, along with a copy of the email confirmation you received from placing your Windows Vista upgrade order, before your order can be fulfilled.

14. **What if I have lost my Proof of Purchase?**
    A: Ask your original retailer or reseller for a copy of your receipt. For countries in which HP sells directly to customers, please contact the HP direct sales entity from whom you bought the system.

15. **For how many PCs can I order upgrades?**

**A:** On the web, you can order software for up to 5 HP computers per order, as long as all the computers have the same model number. If you have different HP models, you must complete separate online orders for each model.

If you are ordering upgrades for more than 5 HP computers, the fulfillment web site will prompt you with special ordering instructions.

16. **Can I return my upgrade kit?**
    **A:** No returns are accepted unless the upgrade kit is faulty. In this case HP will provide a replacement upgrade kit at no additional shipping cost.

\* Not all Windows Vista features will be available for use on all Windows Vista Capable PC's. All Windows Vista Capable PC's upgraded to Windows Vista will be able to run the core experiences of Windows Vista, such as innovations in organizing and finding information, security, and reliability. Some features available in the premium editions of Windows Vista- like the new Windows® Aero™ interface- require advanced or additional hardware. Check http://web.archive.org/web/20070111192206/http://www.windowsvista.com/getready for details.

Using this site means you accept its terms

© 2007 Hewlett-Packard Development Company, L.P.

**Printable version**

Privacy statement

# EXHIBIT "4"

HP & Windows Vista - Recommended Systems Home & Home Office

WorldWide-English

» HP Home  » Products & Services  » Support & Drivers  » Solutions  » How to Buy

» Contact HP

Search:

[HP logo] invent

» **HP & Windows Vista**™

Recommended systems for Windows Vista
» **Home & Home Office**
» Small & Medium Business
» Large Enterprise Business

» Express Upgrade Program
» Compatibility with Windows Vista
» Windows Vista Support & Drivers

About HP & Microsoft
» HP and Microsoft
» HP and Microsoft Solutions for Enterprise Business

HP & Windows Vista

# HP & Windows Vista™
Home & Home Office



**Windows Vista**
Confident. Clear. Connected.

HP PCs today – ready for tomorrow
Home & Home Office store

If you would like to purchase a PC that is ready for the demands of computing today and prepared for the new technologies of tomorrow, then look no further than the HP Home and Home Office Store. All new HP and Compaq desktop and notebook PCs, when properly configured, are Windows Vista Capable. HP offers extensive support for Windows Vista, so you can be confident that your new or existing HP printer, camera or scanner will work smoothly with Windows Vista. For home PC users interested in digital entertainment and/or enhanced Windows Vista graphics functionality, we recommend that you purchase a PC with at least 1GB of memory and an advanced graphics card solution. This step will help protect your PC investment and enable you the option to upgrade your PC to a premium Windows Vista operating system, when available.

Windows Vista will be available in several editions.  For more information on the features of Windows Vista, please visit Microsoft's public website at http://web.archive.org/web/20070210004841/http://www.microsoft.com/windowsvista/.

Not all Windows Vista features are available for use on all Windows Vista Capable PCs. All Windows Vista Capable PCs will run the core experiences of Windows Vista, such as innovations in organizing and finding information, security, and reliability. Some features available in premium editions of Windows Vista -- like the new Windows Aero™ user interface -- require advanced or additional hardware. Check http://web.archive.org/web/20070210004841/http://www.windowsvista.com/ for details.

HP & Windows Vista - Recommended Systems Home & Home Office

Microsoft, Windows, and Windows Vista are either registered trademarks or trademarks of Microsoft Corporation in the United States and/or other countries.

**Printable version**

Privacy statement | Using this site means you accept its terms

© 2007 Hewlett-Packard Development Company, L.P.