# EXHIBIT "5"

| » HP Home | » Products & Services | » Support & Drivers | » Solutions | | WorldWide-English |
|---|---|---|---|---|---|
| | | | | | » How to Buy |

» Contact HP

Search:

## HP & Windows Vista™

Windows Vista is here!

» **HP & Windows Vista**™

Recommended systems for Windows Vista
- » Home & Home Office
- » Small & Medium Business
- » Large Enterprise Business

- » Express Upgrade Program
- » Compatibility with Windows Vista
- » Windows Vista Support & Drivers

About HP & Microsoft
- » HP and Microsoft
- » HP and Microsoft Solutions for Enterprise Business

### Windows Vista, Microsoft's next generation operating system, is here!

Windows Vista is now generally available in major markets around the world. And Microsoft will continue to release Windows Vista into additional countries and markets during the first half of 2007.

### HP & Windows Vista™

HP has HP and Compaq desktop, notebook and workstation PCs, plus printers, digital cameras and scanners available today that support Windows Vista for Home and Home Office, Small and Medium Business, and Large Enterprise Businesses.

To learn more about HP products with Windows Vista please visit the following links:

- » Windows Vista Upgrade Advisor from Microsoft
- » Windows Vista Get Ready web site from Microsoft
- » Compatibility with HP PCs, printers, cameras and scanners

### Support and Drivers

Find support and Windows Vista driver information for your PC systems and peripherals. HP and Microsoft have worked to ensure more than 450 HP products will run smoothly with Windows Vista and will take advantage of the many new and exciting features of Windows Vista.

- » Windows Vista Support & Drivers
  - » HP or Compaq Windows Vista Capable* desktop
  - » HP or Compaq Windows Vista Capable* notebook
  - » HP LaserJet and Color LaserJet Products – Support Matrix for Windows Vista

### HP & Windows Vista™
- » Support & Drivers
- » Express Upgrade Program

### Express Upgrade Program Eligibility

If you have purchased an HP or HP-Compaq Windows Vista Capable* Notebook PC, Desktop PC, or HP Digital Entertainment Center between October 26, 2006 and March 15, 2007 you may be eligible for a free upgrade kit from your existing Windows XP® operating system to the new Windows Vista operating system. This upgrade kit will be available in any particular country 6 to 8 weeks after Microsoft makes Windows Vista generally available in that country.

### » Express Upgrade Program

» Program eligibility
» Express Upgrade FAQ
» Order Express Upgrade Kit
» Order Status
» Preparing your desktop for your upgrade
» Preparing your notebook for your upgrade

### Windows Vista Installation and Data Migration

HP has worked closely with Microsoft during the past two years to deliver an excellent customer experience for HP products working with Windows Vista. We are also working to deliver best-in-class customer support and services to help ensure that your Windows Vista experience is as seamless as possible. With an array of support options available 24x7, including chat, email, online solutions or built into your product like the HP Help and Support Center, access to HP customer support is available when you need it.

Not all Windows Vista features are available for use on all Windows Vista Capable PCs. All Windows Vista Capable PCs will run the core experiences of Windows Vista, such as innovations in organizing and finding information, security, and reliability. Some features available in premium editions of Windows Vista -- like the new Windows Aero™ user interface -- require advanced or additional hardware. Check http://web.archive.org/web/20070210004657/http://www.windowsvista.com/ for details.

Microsoft, Windows, and Windows Vista are either registered trademarks or trademarks of Microsoft Corporation in the United States and/or other countries.

**Printable version**

Privacy statement

Using this site means you accept its terms

© 2007 Hewlett-Packard Development Company, L.P.

# EXHIBIT "6"





# EXHIBIT "7"



## HP Pavilion a1630n Desktop PC



### LCD Flat Panel Monitors (sold separately)
Free up desk space with a thin, stylish LCD monitor.

### Included software
- Norton Internet Security 2006[7]
- Adobe® Acrobat™ Reader 7.0
- Sonic DigitalMedia Plus[8]
- muvee autoProducer[8]
- DVD Play
- Sonic MyDVD Plus[8]
- RealPlayer[9]
- HP Photosmart Premier
- Microsoft® Works 8
- Quicken New User Edition 2006
- Microsoft® Money 2006[10]
- MSN® Encarta Standard Online[11]
- Microsoft® Office Student and Teacher Edition 2003[12]
- Easy Internet sign-up plans

### Service and support
HP Total Care is a J.D. Power and Associates Certified Technology Service and Support Center, recognized for consistently providing "An Outstanding Customer Service Experience."[13]

- One-click access to online chat (Internet access required and sold separately) and the built-in desktop Help and Support Center through a convenient desktop icon.
- Easy online access to answers, troubleshooting information, and downloadable drivers via www.hp.com/support.
- Direct, knowledgeable assistance available toll-free by phone in English and Spanish, 24 hours a day, 7 days a week.

 

 HP provides recycling services for PCs, printers, and other HP and non-HP products at www.hp.com/recycle.

1. This system requires a separately purchased 64-bit operating system and 64-bit software products to take advantage of the 64-bit processing capabilities of AMD Athlon 64 X2 mobile technology. Dual-core processing available with AMD Athlon X2 mobile technology is a recent technology innovation designed to improve performance of this system. Given the wide range of software applications available, performance of a system including a 64-bit operating system and dual-core processor will vary.  2. Up to 256MB of main system memory may be allocated to support video graphics.  3. 1GB = 1 billion bytes. Actual formatted capacity is less. Up to 12GB of hard drive is reserved for system recovery software.  4. Double Layer is a new technology. Double Layer media compatibility will widely vary with some home DVD players and DVD-ROM drives. LightScribe creates a monochrome image similar to black-and-white photography. LightScribe media required and sold separately.  5. Supports Smart Media, xD Picture, MultiMedia Card, Secure Digital, CompactFlash I/ II, Microdrive, Memory Stick, and Memory Stick Pro.  6. HP Pocket Media Drive sold separately.  7. Internet access required. First 60 days included. Subscription required for live updates afterward.  8. Intended for your original content and other lawful uses.  9. Internet access may be required.  10. Some features will expire in 2008.  11. Activation requires access to the Internet; ISP charges may apply. Some services may require additional payment.  12. The Microsoft® Office Student and Teacher Edition 2003 is a trial version; functionality is reduced after 60 days. The full version is sold separately.  13. J.D. Power and Associates Certified Technology Service and Support Program℠, developed in conjunction with the Service & Support Professionals Association (SSPA). For more information, visit www.jdpower.com or thesspa.com.

© Copyright 2006 Hewlett-Packard Development Company, L.P. The information contained herein is subject to change without notice. The only warranties for HP products and services are set forth in the express warranty statements accompanying such products and services. Nothing herein should be construed as constituting an additional warranty. HP shall not be liable for technical or editorial errors or omissions contained herein. Acrobat and Adobe are trademarks of Adobe Systems Incorporated. FireWire is a trademark of Apple Computer, Inc., registered in the United States and other countries.  AMD Athlon is a trademark of Advanced Micro Devices, Inc. Aero, Microsoft, MSN, Windows, and Windows Vista are trademarks or registered trademarks of Microsoft Corporation in the United States and/or other countries. Printed in the United States.

XXXX-XXXXXXX; 10/2006

BACK  HP Pavilion a1630n   SIZE: 4.125" (w) x 8.25" (h)   Prints CMYK

15038_HP_Desktops_SKU_GR.indd  2                                    10/9/06  9:20:37 AM