# EXHIBIT "8"

Dockets.Justia.com

# Latest. Greatest.
## Windows Vista™ meets HP technology



Windows Vista™—the latest version of the Microsoft® Windows® operating system—is expected to launch in early 2007. HP is working closely with Microsoft to help ensure that our customers are prepared for this transition.

### Windows Vista

Windows XP is a powerful operating system, and will remain so for some time. But Microsoft will soon transition to the next generation of Windows, Windows Vista. Packed with powerful new features, Windows Vista combines the versatility and capability of earlier versions with increased speed, more intuitive navigation and control, and enhanced security.

### Windows Vista Capable PCs

HP has worked closely with Microsoft throughout the Windows Vista testing and development process. Our close relationship has earned HP and Compaq desktop and notebook PCs the Windows Vista Capable logo.* This means that you can buy with confidence, assured of an excellent experience today and a seamless upgrade to Windows Vista when it becomes available.

At the time of the Windows Vista release, HP will offer desktop and notebook PCs preloaded with Windows Vista. We will also release Windows Vista–compatible drivers for most current model HP printers, cameras, scanners, and projectors.

### Windows Vista Premium Ready

In addition to the Windows Vista Capable logo, many new HP and Compaq desktop and notebook PCs bear the Windows Vista Premium Ready designation. This indicates that the PC is configured with the latest hardware features and specifications—for example, system memory of at least 1GB—required to get the most from advanced versions of Windows Vista.*

### Windows Aero™

Most HP PCs bearing the Windows Vista Premium Ready designation are capable of running Windows Aero—a visual experience unique to Windows Vista. Users will enjoy spectacular graphical effects, including translucent interface elements and Windows Flip 3D. This new feature of Windows Vista enables a user to flip through open windows to readily find the desired one, and is just one example of the intuitive tools and gorgeous graphics designed to make computing a more manageable and visually appealing experience.

### Guidance and support

HP is committed to providing customers with the information and support they need to successfully transition to the Windows Vista platform. You can count on HP's award-winning 24 x 7 support, so you can get the most out of the Windows Vista experience.



 

* Not all Windows Vista features are available for use on all Windows Vista Capable PCs. All Windows Vista Capable PCs will run the core experiences of Windows Vista, such as innovations in organizing and finding information, security, and reliability. Some features available in premium editions of Windows Vista—like the new Windows Aero user interface—require advanced or additional hardware. Check www.windowsvista.com/getready for details.



© 2006 Hewlett-Packard Development Company, L.P. The information contained herein is subject to change without notice. Microsoft, Windows, Windows Vista, and Aero are trademarks or registered trademarks of Microsoft Corporation in the United States and/or other countries.