The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DIANNE KELLEY and KENNETH HANSEN, <br><br>　　　　　　　　Plaintiffs, <br><br>　v. <br><br>MICROSOFT CORPORATION, a Washington corporation, <br><br>　　　　　　　　Defendant. | No. C 07-475 MJP <br><br> DECLARATION OF STEPHEN M. RUMMAGE IN CONNECTION WITH PLAINTIFFS' MOTION FOR CLASS CERTIFICATION <br><br> ***Note on Motion Calendar***: <br> December 19, 2007 |

Stephen M. Rummage declares as follows:

1. ***Identity of Declarant.*** I am a partner in the law firm of Davis Wright Tremaine LLP. I am one of counsel of record for defendant Microsoft Corporation in this matter. I make this Declaration based on my personal knowledge for the purpose of authenticating the documents attached to this Declaration.

2. ***Articles Concerning Windows Vista.*** In connection with this litigation, counsel for Microsoft, including lawyers and paralegals within my firm, have researched online and print media reports concerning Windows Vista that were available during the proposed class period. As a result of our research, we have collected a variety of articles. I am attaching true and correct copies of a sample of these articles as Exhibit A. The pages within Exhibit A in which each article appears are as follows:

- Consumer Reports (November 2006):　　　5-14;
- Consumer Reports (January 2007):　　　15-17;

DECLARATION OF STEPHEN M. RUMMAGE (C 07-475 MJP) — 1
DWT 2170811v1 0025936-000689

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

Dockets.Justia.com

1  • The Wall Street Journal (January 18, 2007):        18-20;
2  • The New York Times (April 20, 2006):               21-24;
3  • PC World (March 31, 2006):                         25;
4  • ZDNet Computer Shopper (September 1, 2006):        26-33;
5  • Detroit Free Press (January 29, 2007):             34-39;
6  • PCmag.com (September 6, 2006):                     40-42;
7  • ARS Technica (October 24, 2006):                   43-45;
8  • PC World (May 24, 2006):                           46-47;
9  • Kim Komando, USA Today (Nov. 16, 2006):            48-49;
10 • PC World (October 2006):                           50-52;
11 • PC World (November 2006):                          53-56.

3.  ***Web Pages Available During the Class Period***.  In addition to researching newspapers and periodicals, lawyers and paralegals representing Microsoft in this matter also obtained historical materials from the Internet Archive.  The Archive, which can be accessed at [www.archive.org](www.archive.org), describes itself as follows:  "The Internet Archive is a 501(c)(3) nonprofit that was founded to build an Internet library, with the purpose of offering permanent access for researchers, historians, and scholars, to historical collections that exist in digital format."  By accessing the Internet Archive, we were able to find, among other things, the Web Pages attached as Exhibit B, identified and dated as follows:

• eMachines Web Page (available October 30, 2006):        58-62;
• Toshiba Web Page (available November 11, 2006):         63-65;
• Acer Web Page (available July 4, 2006):                 66-71;
• Sony Web Page (available December 21, 2006):            72-77;
• Fujitsu Siemens Web Page (available October 20, 2006):  78-81;
• Staples Web Page (available December 30, 2006):         82-83;
• Lenovo Web Pages (available December 9, 2006):          84-89.

DECLARATION OF STEPHEN M. RUMMAGE (C 07-475 MJP) — 2
DWT 2170811v1 0025936-000689

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

Exhibit B includes true and correct copies of archived Web Pages downloaded by members of the Microsoft legal team at various times since the filing of this lawsuit. The available date for the Web Page can be identified by the numbers immediately after the Internet Archive address that appears on each page. The Internet Archives explains its date convention as follows: "Pay attention to the date code embedded in the archived url. This is the list of numbers in the middle; it translates as yyyymmddhhmmss. For example in this url http://web.archive.org/web/20000229123340/http://www.yahoo.com/ the date the site was crawled was Feb 29, 2000 at 12:33 and 40 seconds." *See* http://www.archive.org/about/faqs.php#The_Wayback_Machine. Thus, on the first page appearing in Exhibit B, the lower left hand corner contains the entry: http://web.archive.org/web/20061030235043, which indicates that the Web Page in question was accessible on the Web on October 30, 2006 (i.e., "20061030").

4. ***Recent Windows Vista Advertising.*** Since this lawsuit began, original equipment manufacturers have continued to advertise PCs pre-installed with Windows Vista Home Basic. For example, I am attaching as the first page in Exhibit C a copy of the lower half of page A12 of The New York Times dated Tuesday, October 9, 2007, which I happened to observe as I read the paper that day. In this advertisement for Dell computers, Dell advertises both a desktop and a laptop pre-loaded with "Genuine Windows Vista® Home Basic." Each of these systems offers an upgrade to "Windows Vista® Business" for a price of $99.00. After seeing that advertisement, members of the defense team in this case obtained other examples of systems currently offering Windows Vista Home Basic. True and correct copies of sample Web Pages are attached in Exhibit C, including Web Pages for Gateway, Radio Shack, WalMart, Hewlett Packard, Toshiba and Amazon.com.

5. ***Kelley Deposition Transcript.*** I took the deposition of Dianne L. Kelley on November 2, 2007, in our offices in Seattle. I am attaching as Exhibit D a true and correct copy of excerpts of the transcript of that deposition, which accurately reflects Ms. Kelley's testimony, as well as Exhibits 4, 5, and 7 to Ms. Kelley's deposition, showing the positioning

DECLARATION OF STEPHEN M. RUMMAGE (C 07-475 MJP) — 3
DWT 2170811v1 0025936-000689

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

and text of the small "Windows Vista Capable" sticker affixed on the inside of the laptop computer that she purchased for her daughter.

6.  ***Deposition of Kenneth Hansen.***  On November 7, 2007, my co-counsel, Charles Casper, took the deposition of Kenneth G. Hansen in Chicago, Illinois.  I am attaching as Exhibit E a true and correct copy of excerpts of the transcript of that deposition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 19th day of November, 2007, at Seattle, Washington.

*/s/ Stephen M. Rummage*
STEPHEN M. RUMMAGE

DECLARATION OF STEPHEN M. RUMMAGE (C 07-475 MJP) — 4
DWT 2170811v1 0025936-000689

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700