route. Costco and Circuit City's Web sites, for example, offered slightly better selection than their traditional stores, our respondents told us. One advantage of dealing with a retailer that has both: You can buy the system online, then pick it up almost immediately from the store (as did 61 percent of our respondents who bought computers on Circuit City's Web site). If you're dissatisfied with your computer, you can also return it to the store rather than having to ship it.

### SAY GOODBYE TO REBATES

Some manufacturers are cutting back their rebate programs. Sony, for example, has already shrunk the percentage of Vaio systems with mail-in rebate offers from 20 percent to 5 percent. Dell announced plans to reduce the rebates and promotions on all its product lines by 70 percent within the next 12 to 18 months.

That's fine by us. The decline of rebates doesn't mean that prices will rise. Plus, the complexity and variety of special offers have made it difficult to know exactly what you can get for your money, with deals changing daily and sometimes more often. Now it should be easier to recognize a good price when you see one.

### CONSIDER YOUR CONFIGURATION

For a budget desktop or laptop, 512MB of RAM should be sufficient unless you're planning to run any version of Vista. In that case, get 1GB of RAM. Workhorse desktops and laptops require enough power to run video editing, 3D games, and other intensive applications, so plan on 1GB of RAM.

A budget desktop should cost about $500 without a monitor and under $800 with a 17-inch LCD. It should have a 160GB hard drive, integrated video, and a DVD burner. Workhorse users will spend about $1,500 for a desktop with a 250GB hard drive, 256MB of dedicated video RAM, a DVD burner and a DVD-ROM drive, and a 19-inch monitor.

Less than $1,000 will get you a budget laptop with a 60GB hard drive, a CD-RW/DVD combo drive, integrated video, and a 14.1- or 15.4-inch screen. Laptops in this category generally weigh 5 to 7

## dollars&sense
### WHEN EXTENDED COVERAGE IS A WASTE OF CASH

You've chosen your computer, you're checking out, and, whether you're in line at a store or online at a Web site, now comes the inevitable question: Would you like an extended warranty with that?

For most types of computers, we think you can safely say no, thanks.

Extended coverage might come from the manufacturer, which provides additional time to repair defects and may also include services such as more comprehensive technical support, "rapid" response, and on-site repair visits. Your retailer might also sell its own version of extended coverage when you buy your system.

When it comes to repairs, CONSUMER REPORTS has found that an extended warranty typically costs about the same as the average repair, meaning you're better off paying to fix your system when and if it breaks instead of buying a warranty you may never use. You may already have extra coverage from a credit card, which generally adds a year to the original warranty.

As to that added technical support, a recent CONSUMER REPORTS survey found that people received such support more efficiently on an as-needed basis from independent third-party providers, such as the local computer repair shop.

**CR's take.** While the majority of computer buyers can ignore the extra-coverage sales pitch, there are a few exceptions. We recommend an Apple extended warranty if you're buying one of the company's desktops or laptops. In part that's because Apple computers come with only 90 days of tech support. The extended warranty provides additional access to Apple's tech support, which has been highly rated by CONSUMER REPORTS readers. We would also recommend considering extra coverage for refurbished computers of any brand with less than a one-year warranty.

Note that extended warranties typically don't cover drops, coffee spills, and the like. If that's a concern, you may want to consider accidental damage protection. Unfortunately, you usually must buy an extended warranty first. For theft and fire damage, your homeowners insurance should apply, but ask your agent to make sure.



Digital Cameras

Laptops



Vacuum Cleaners

Mutual Funds

Cars

## Consumer Reports.org®

**Get even more of what you want from CONSUMER REPORTS:**

Quick access to the latest Ratings, interactive tools to help you find the right products, side-by-side comparisons, e-Ratings, select PDA downloads and more!

**Log on to ConsumerReports.org and subscribe today!**

0808D

**Ready to slash high energy costs?**

**You've Got the Power!**



Discover everything you need to know to reduce your energy costs by up to **$1000 a year** with Consumer Reports COMPLETE GUIDE TO REDUCING ENERGY COSTS!

▶ Hundreds of Quick-and-Easy Ways to Put Your Home on an Energy Diet!

▶ Save Money on Energy-Efficient Appliances!

▶ BONUS! FREE Companion Web Page Filled with Energy Calculators, More Info and 30-Days Access to the Latest Consumer Reports Ratings!

**Consumer Reports**

**ON SALE NOW at Bookstores Nationwide!**

Page - 11

pounds. For a laptop that can serve as a desktop replacement, get an 80GB hard drive, a DVD-RW drive, and 128MB of dedicated video RAM. You'll want a 14.1- to 15.4-inch widescreen display for portable use or a 17-inch one for desktop use. These systems are hefty, at 5 to 10 pounds, and will cost you $1,000 to $3,000.

For a system you can easily tote, try a slim-and-light laptop with 512MB of RAM, a 60GB hard drive, a CD-RW/DVD combo drive, integrated video, and a carry weight of less than 5 pounds. You can get it for $1,000 to $2,000.

### Tech support — Who's most helpful when the chips are down.

The Consumer Reports National Research Center surveyed 12,319 CONSUMER REPORTS subscribers on their most recent experiences with manufacturers' technical support. The survey covered January 2005 through June 2006.

The charts at right give the specifics. If everyone was completely satisfied, the reader score would be 100; 80 would mean respondents were very satisfied, on average; 60, fairly well satisfied. Differences of less than 7 points for desktops are not meaningful, less than 6 points for laptops. Solved problem indicates how many people said that the manufacturer resolved their problem. Support staff is based primarily on how knowledgeable the phone reps seemed and how clearly they communicated. Waiting on phone refers to time waiting and other phone problems. Because of methodology differences, the two charts are not directly comparable.

**Desktops** — Better ← → Worse

| Brand | Reader score (0–100) | Solved problem | Support staff | Waiting on phone |
|---|---|---|---|---|
| Apple | 77 | ● | ● | ● |
| eMachines | 54 | ◐ | ○ | ○ |
| Sony | 53 | ○ | ○ | ○ |
| Gateway | 53 | ○ | ○ | ○ |
| Dell | 53 | ◐ | ◐ | ◐ |
| HP | 51 | ○ | ○ | ○ |
| Compaq | 48 | ◐ | ◐ | ◐ |

Based on 7,352 desktop computers bought before June 2006.

**Laptops**

| Brand | Reader score (0–100) | Solved problem | Support staff | Waiting on phone |
|---|---|---|---|---|
| Apple | 80 | ● | ● | ● |
| Lenovo (IBM) | 64 | ◐ | ◐ | ◐ |
| Toshiba | 57 | ◐ | ○ | ◐ |
| Dell | 56 | ◐ | ◐ | ● |
| Gateway | 56 | ○ | ○ | ○ |
| HP | 54 | ○ | ◐ | ◐ |
| Sony | 50 | ● | ○ | ○ |
| Compaq | 49 | ◐ | ● | ● |

Based on 4,967 laptop computers bought before June 2006.

### Brand repair history — Readers report on 127,800 computers.

These graphs show the percentage of the following brands of computers bought between 2002 and 2006 that have ever been repaired or had a serious problem. Differences of less than 4 points are not meaningful for desktops, less than 3 points for laptops. Models within a brand may vary, and changes in design or manufacture may affect reliability. Still, choosing a brand with a good repair history can improve your odds.



Desktops (Fewer repairs ← → More repairs):
- Apple 11
- Sony 15
- Dell 16
- Lenovo (IBM) 16
- Compaq 18
- eMachines 18
- HP 18
- Gateway 19

Data are based on more than 77,700 responses to our Annual Product Reliability Survey, conducted by the Consumer Reports National Research Center. Data have been adjusted to eliminate differences solely linked to the age and the usage of the product.



Laptops (Fewer repairs ← → More repairs):
- Sony 15
- Lenovo (IBM) 17
- Compaq 17
- Dell 18
- Toshiba 18
- Apple 18
- Gateway 18
- HP 18

Data are based on more than 50,100 responses to our Annual Product Reliability Survey, conducted by the Consumer Reports National Research Center. Data have been adjusted to eliminate differences solely linked to the age and the usage of the product.

## fromourlabs

### NEW TESTS & SCORING

As with laptops in our September issue, we've updated the way we test desktops. Here's a rundown of some of the changes; for more details, see Guide to the Ratings, below. **Features**, a new series of tests, is the heaviest factor scored; it weighs hardware components such as memory-card slots, as well as included software. **Ergonomics** replaces the former heading called Convenience and measures various design factors. The Multimedia tests are now referred to as **3D gaming**. Because of these changes, overall scores are calculated differently and are now generally lower than prior Ratings, which aren't comparable. Despite the lower scores, any one of these computer models has enough speed and power for basic productivity tasks, as well as for jobs such as digital photo editing and Web browsing.

### CR Quick Recommendations

Budget desktop computers tend to have fewer features, weak performance in 3D games, and mediocre speakers. Still, a budget model can handle most typical computing chores. Consider paying extra for a workhorse only if you want more power to play 3D games or edit videos.

The **Ratings** rank desktop computers by test results and features. **Quick Picks** also takes into account value, brand reliability, and tech support, which may matter more to some users.

#### QUICK PICKS

**Best basic desktops:**

2 **Compaq** $470
3 **HP** $490

Both of these desktop models offer a well-rounded feature set, very good speed, and excellent expandability at a budget price. However, tech support and reliability have been undistinguished for both brands, according to our surveys. The Compaq uses Intel chips; the HP is AMD-based.

**If you need more power:**

7 **Gateway** $1,255
10 **Dell** $1,020, CR Best Buy

The Gateway combines a full feature list and very good performance with a reasonable price. The Dell offers the most bang for the buck, especially because it includes a 17-inch monitor. However, both Gateway and Dell's tech support and reliability have been undistinguished.

**If reliability and tech support are of paramount importance:**

11 **Apple** $1,200

Apple's desktops have proven very reliable, and its tech support has been superior. The Mac operating system is also less vulnerable than Windows to viruses and other malware. Apple recently began equipping this Mac with a Core 2 Duo processor.

## Ratings desktops



3 HP    11 Apple

• **Availability** Most models at stores through December 2006.

Excellent ● Very good ◐ Good ◑ Fair ◒ Poor ●

Within types, in performance order. **Blue** key numbers indicate Quick Picks. Models with equal scores are listed alphabetically.

| Key number | Brand & model | Processor | Video adapter | Price | Overall score (0-100 P F G VG E) | Test results: Features | Ergonomics | Speed | 3D gaming | Speakers | Expansion | Memory-card slot | FireWire port | DVI display port | S-video out | Digital audio out | Remote control |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **BUDGET MODELS** Have 512MB of RAM, a 160GB hard drive, a DVD burner, and stereo speakers. |
| 1 | Compaq Presario SR1900Z | Sempron 3400+ | Nvidia 6150 | $480 | 56 | ○ | ● | ● | ◐ | ○ | ● | • | | | • | | |
| 2 | Compaq Presario SR1930T | Celeron D 352 | ATI 200 | 470 | 56 | ○ | ● | ● | ◐ | ○ | ● | | | • | • | | • |
| 3 | HP Pavilion a1400e | Sempron 3400+ | Nvidia 6150 | 490 | 56 | ○ | ● | ● | ◐ | ● | ● | • | | | | • | |
| 4 | HP Pavilion a1400y | Celeron D 356 | ATI 200 | 510 | 54 | ○ | ● | ● | ◐ | ● | ● | • | | | | • | |
| 5 | eMachines T3508 | Celeron D 356 | ATI 200 | 430 | 52 | ○ | ○ | ● | ◐ | ○ | ● | • | | | | | |
| 6 | Apple Mac Mini [1][2][3] | 1.5GHz Core Solo | Intel 950 | 680 | 40 | ◐ | ○ | ● | ◐ | ● | ○ | | • | • | | • | |
| **WORKHORSE MODELS** Have 1GB of RAM, a 250GB hard drive, a DVD burner, a DVD-ROM drive, and speakers with a subwoofer. |
| 7 | Gateway FX510S | Pentium D 930 | 128MB Nvidia 6600 | 1,255 | 72 | ● | ● | ● | ● | ● | ● | • | | • | | • | • |
| 8 | HP Pavilion d4500e | Athlon 64 X2 4600+ | 256MB ATI X1600 | 1,475 | 72 | ● | ● | ● | ● | ● | ● | • | | • | | • | • |
| 9 | Gateway DX310X | Pentium D 930 | 128MB Nvidia 6600 | 1,205 | 68 | ● | ● | ● | ● | ● | ● | • | | • | | • | |
| **CR BEST BUY** 10 | Dell Dimension E510 | Pentium D 930 | 256MB ATI X600 | 1,020 | 67 | ● | ● | ● | ○ | ● | ● | • | | | | • | |
| 11 | Apple iMac 17" [2][4] | 1.83GHz Core Duo | 128MB ATI X1600 | 1,200 | 64 | ● | ● | ● | ◐ | ○ | ○ | | • | | • | • | |

[1] 60GB hard drive. [2] Integrated speakers. [3] CD-RW/DVD combo drive. [4] Includes only DVD burner.

### Guide to the Ratings

**Overall score** covers features, ergonomics, speed, and other factors. **Features** includes important items such as audio, video, and communications connections, storage devices, and software. **Ergonomics** evaluates keyboard, mouse, case design, and noise. **Speed** measures performance while running office productivity and content creation applications. **3D gaming** covers performance while playing 3D-intensive games. **Speakers** looks at speaker quality, including fidelity, bass response, and loudness. **Expansion** is expandability and ease of upgrades. **Price** is approximate retail and without a display, except for the Dell (10) and Apple iMac (11), which include a 17-inch LCD.

# Ratings laptops



1 Gateway

- **Availability** Most models at stores through December 2006.

● Excellent  ◐ Very good  ○ Good  ◑ Fair  ● Poor



Within types, in performance order. **Blue** key numbers indicate Quick Picks. Models with equal scores are listed alphabetically.

| Key number | Brand & model (Similar models, in small type, comparable to tested model.) | Processor | Video adapter | Price | Overall score (0–100 P F G VG E) | Ergonomics | Display | Multimedia features | Speed | Speakers | Battery life (hr.) | Weight (lb.) | Memory-card slot | FireWire port | Remote control | Built-in webcam | Built-in microphone | Fingerprint reader |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **14.1-INCH BUDGET MODELS** Have 512MB of RAM, a 60GB to 80GB hard drive, and a CD-RW/DVD combo drive. | | | | | | | | | | | | | | | | | |
| 1 | Gateway NX260X [1] | Core Duo T2050 | Intel 950 | $1,025 | 63 | ○ | ○ | ○ | ◐ | ○ | 5½ | 5.8 | ● | ● | | | | |
| 2 | Toshiba Satellite M100 | Core Duo T2300E | Intel 950 | 935 | 63 | ○ | ○ | ○ | ◐ | ○ | 3¾ | 5.4 | ● | | | | ● | |
| 3 | Dell Inspiron E1405 | Core Duo T2300E | Intel 950 | 830 | 57 | ◑ | ○ | ○ | ◐ | ○ | 5½ | 5.4 | ● | ● | | | | |
| 4 | HP Pavilion dv2000t  Compaq Presario V3000T | Core Duo T2050 | Intel 950 | 940 | 55 | ◐ | ○ | ◐ | ◐ | ○ | 3¼ | 5.5 | ● | ● | | | | |
| 5 | HP Pavilion dv2000z  Compaq Presario V3000Z | Turion 64 X2 TL-52 | Nvidia 6150 | 1,010 | 53 | ◐ | ○ | ◐ | ◐ | ○ | 2¾ | 5.5 | ● | ● | | | | |
| | **15.4-INCH BUDGET MODELS** Same as above, but with a larger screen. | | | | | | | | | | | | | | | | | |
| 6 | Lenovo 3000 N100 [2] | Core Duo T2300 | Intel 950 | 950 | 53 | ○ | ○ | ○ | ◐ | ● | 3½ | 6.1 | ● | ● | | | ● | ● |
| 7 | Dell Inspiron B130 [2] (CR BEST BUY) | Pentium M 735 | Intel 900 | 560 | 51 | ○ | ○ | ○ | ◐ | ◑ | 2 | 6.6 | | | | | | |
| 8 | Toshiba Satellite A100 | Celeron M 420 | ATI 200M | 970 | 51 | ○ | ○ | ○ | ○ | ○ | 1¼ | 5.8 | | | | | | |
| | **15.4-INCH WORKHORSE MODELS** Have 1GB of RAM, an 80GB to 120GB hard drive, and a DVD burner. | | | | | | | | | | | | | | | | | |
| 9 | Apple Macbook Pro 15" [2] | 2.0GHz Core Duo | 128MB ATI X1600 | 2,100 | 63 | ◐ | ◐ | ◐ | ◐ | ◑ | 3¼ | 5.5 | | ● | | ● | | |
| 10 | Gateway NX560XL | Core Duo T2500 | 128MB ATI X1400 | 1,510 | 59 | ○ | ○ | ○ | ◐ | ○ | 4 | 6.5 | ● | ● | | | ● | |
| 11 | Dell Inspiron E1505 | Core Duo T2400 | 128MB ATI X1300 | 1,060 | 58 | ○ | ○ | ◐ | ◐ | ○ | 2½ | 6.6 | ● | ● | | | | |
| 12 | HP Pavilion dv5000t  Compaq Presario V5000T | Core Duo T2400 | 128MB Nvidia 7400 | 1,060 | 58 | ○ | ○ | ◐ | ◐ | ○ | 3 | 6.8 | ● | ● | | | | |
| 13 | Lenovo Thinkpad Z61m [2] | Core Duo T2500 | 128MB ATI X1400 | 1,665 | 58 | ○ | ◐ | ◐ | ◐ | ◑ | 2¾ | 7.0 | ● | ● | | | ● | ● |
| 14 | Sony VAIO VGN-FE590G  VGN-FE690 | Core Duo T2400 | Intel 950 | 1,370 | 57 | ○ | ◐ | ◐ | ◐ | ○ | 3 | 6.2 | ● | ● | | | | |
| 15 | HP Pavilion dv6000z  Compaq Presario V6000Z | Turion 64 X2 TL-52 | 256MB Nvidia 7200 | 1,060 | 55 | ◐ | ○ | ◐ | ◐ | ○ | 2¼ | 6.5 | ● | ● | | | | |
| 16 | HP Pavilion dv5000z  Compaq Presario V5000Z | Turion 64 ML-37 | ATI 200M | 955 | 53 | ○ | ○ | ◐ | ◐ | ○ | 2¼ | 6.7 | ● | ● | | | | |
| | **17-INCH WORKHORSE MODELS** Same as above, but with a larger screen that makes these especially suitable as desktop replacements. | | | | | | | | | | | | | | | | | |
| 17 | Apple Macbook Pro 17" [2] | 2.16GHz Core Duo | 256MB ATI X1600 | 2,800 | 70 | ◐ | ● | ◐ | ● | ◐ | 4 | 6.7 | | ● | | ● | ● | |
| 18 | Toshiba Qosmio G35-AV600 [3] | Core Duo T2400 | 256MB Nvidia 7300 | 2,400 | 61 | ○ | ◐ | ◐ | ◐ | ● | 2¾ | 10.0 | ● | ● | ● | ● | ● | |
| 19 | Dell Inspiron E1705 [2] | Core Duo T2400 | 256MB ATI X1400 | 1,365 | 60 | ◐ | ○ | ◐ | ● | ○ | 3½ | 7.8 | ● | ● | | | | |
| 20 | HP Pavilion dv8000t | Core Duo T2400 | 256MB Nvidia 7600 | 1,200 | 59 | ○ | ○ | ◐ | ◐ | ○ | 4¼ | 8.2 | ● | ● | | | | |
| 21 | Toshiba Satellite P100 | Core Duo T2400 | 128MB Nvidia 7600 | 1,335 | 57 | ○ | ○ | ◐ | ● | ○ | 1¾ | 7.4 | ● | ● | | | | |
| 22 | Gateway NX860X [2] | Core Duo T2500 | 128MB Nvidia 7600 | 1,585 | 56 | ○ | ○ | ○ | ● | ◑ | 2¾ | 7.9 | ● | ● | | | | |
| 23 | Averatec 7160-EC1 | Turion 64 ML-32 | ATI 200M | 1,100 | 35 | ● | ○ | ○ | ◐ | ○ | 2¼ | 7.3 | ● | ● | | | | |
| | **12.1- TO 13.3-INCH SLIM AND LIGHT MODELS** Have 1GB of RAM, a 60GB to 80GB hard drive, and a CD-RW/DVD combo drive. | | | | | | | | | | | | | | | | | |
| 24 | Apple Macbook 13.3" | Core Duo 1.83GHz | Intel 950 | 1,200 | 62 | ○ | ○ | ◐ | ◐ | ● | 4 | 5.1 | | ● | | ● | ● | |
| 25 | Sony VAIO VGN-SZ140 13.3"  VGN-SZ240 | Core Duo T2400 | Intel/Nvidia 7400 | 1,630 | 60 | ○ | ◐ | ◐ | ● | ◑ | 3¼ | 4.2 | ● | ● | | | | |
| 26 | Gateway NX100X 12.1" [4] | Core Solo U1400 | Intel 950 | 1,400 | 50 | ◐ | ○ | ○ | ○ | ● | 2¾ | 3.2 | ● | ● | | | | |
| 27 | Toshiba Portege R200 12.1" [5] | Pentium M 773 | Intel 900 | 2,225 | 50 | ◐ | ○ | ○ | ○ | ● | 4 | 2.8 | ● | | | | ● | |
| 28 | Averatec 2260-EY1 12.1" [4] | Turion 64 MT-32 | Via DeltaChrome | 1,000 | 43 | ◐ | ○ | ○ | ○ | ○ | 2½ | 4.2 | ● | ● | | | | |

[1] 1GB RAM.  [2] Matte displays.  [3] Has two 100GB hard drives.  [4] DVD burner.  [5] 512MB RAM.

## Guide to the Ratings

**Overall score** is based on ergonomics, display quality, multimedia features, and other factors. **Ergonomics** represents the ease of using the keyboard, touchpad, and switches, as well as case design. **Display** covers screen quality, including clarity, contrast, and viewing angle. **Multimedia features** include hardware (memory-card slots and AV connections), and software (multimedia playback and editing programs). **Speed** measures performance while running office productivity and content creation applications. **Speakers** covers speaker fidelity, bass response, and loudness. **Battery life** is while running productivity applications. **Weight** includes optical drives and one battery (but no AC adapter). **Price** is approximate retail. All of the tested laptop models in the Ratings have Wi-Fi.