# EXHIBIT B

Dockets.Justia.com

eMachines® recommends Windows® XP Professional.





## Which Version Is Right for You?

Windows Vista dramatically improves the computing experience of every kind of PC user—from people at home who use their PCs for simple Web browsing, to business people who must organize and act on large volumes of data, to scientists who routinely perform complex mathematical analysis. To make sure that everyone has an offering tailored to meet their specific needs, Microsoft has created multiple versions of Windows Vista:

### Windows Vista Home Basic

The operating system for home users with basic computing needs such as surfing the Internet and e-mailing friends and family.

### Windows Vista Home Premium

Movies, media center, photos and more. Windows Vista Home Premium is the operating system for home users who want to get the most out of everything Windows Vista has to offer. It will help people use their computer more effectively while enabling them to enjoy new, exciting digital entertainment experiences—all with the benefit of added security and reliability, and improved mobility.

### Windows Vista Business

For small- and medium-size businesses, this operating system will help keep PCs running smoothly and more securely so business owners will be less reliant on dedicated IT support. For larger organizations, Windows Vista Business will provide dramatic new infrastructure improvements, enabling IT staff to spend less time focused on day-to-day maintenance and more time adding strategic value to the organization.

### Windows Vista Ultimate

The most comprehensive edition of Windows Vista delivers all the features available to both business and home users.

| | Home Basic | Home Premium | Business | Ultimate |
|---|---|---|---|---|
| Most secure Windows ever with Windows Defender and Windows Firewall | ⟩ | ⟩ | ⟩ | ⟩ |
| Quickly find what you want with Instant Search and Internet Explorer® 7 | ⟩ | ⟩ | ⟩ | ⟩ |
| Elegant Windows Aero desktop experience with Windows Flip 3D navigation | | ⟩ | ⟩ | ⟩ |
| Best choice for laptops with enhanced Windows Mobility Center and Tablet PC support | | ⟩ | ⟩ | ⟩ |

Windows Vista Capable

Collaborate and share documents with
Windows Meeting Space

Experience photos and entertainment in your
living room with Windows Media Center

Enjoy Windows Media Center on TVs
throughout your home with Xbox 360~Y and
other devices

Help protect against hardware failure with
advanced business backup features

Business Networking and Remote Desktop
for easier connectivity

Better protect your data against loss or theft
with Windows BitLocker™ Drive Encryption



Not all Windows Vista features are available for use on all Windows Vista Capable PCs. All Windows Vista Capable PCs will run the core experiences of Windows
Vista. Some features are in premium editions of Windows Vista require additional hardware. All upgrade requests must be received by 3/31/07. Shipping and handling
charges may apply.

Home | Store Locator | Contact Us | Site Map
© 2006 Gateway, Inc. All rights reserved. Terms and Conditions and Privacy Policy.

Windows Vista Capable



eMachines® recommends Windows® XP Professional.

**Windows Vista™ Capable**

Looking for a PC today? Windows® XP-based eMachines PCs with the Windows Vista™ Capable logo can run the core experiences of Windows Vista. All eMachines PCs configured with 512MB of RAM meet or exceed Microsoft's minimum requirements to run Windows Vista.

## Windows Vista Capable Requirements

- 512MB RAM
- A graphics processor that is DirectX®9 capable

To get an even better Windows Vista experience including the Windows Aero™ user interface, look for a eMachines PC that is designated as Premium Ready, or choose a PC that meets or exceeds the Premium Ready requirements. Premium Ready PCs deliver even better Windows Vista experiences and can run Windows Vista Home Premium, Windows Vista Business or Windows Vista Ultimate. Features available in specific premium editions of Windows Vista, such as the ability to watch and record live TV, may also require additional hardware.

## Windows Vista Premium Ready Requirements

- 1GHz 32-bit (x86) or 64-bit (x64) processor[1]
- 1GB RAM
- Support for DirectX 9 graphics with a WDDM driver, 128MB of graphics memory (minimum)[2], Pixel Shader 2.0 and 32 bits per pixel
- 40GB hard drive capacity with 15GB free space
- DVD-ROM Drive[3]
- Audio output capability
- Internet access capability

To ensure your new eMachines system is Premium Ready, please refer to the following chart:

| Desktops | Windows Vista Capable | Windows Vista Premium Ready[4] |
|----------|----------------------|-------------------------------|
| C6535 | ⟳ | Yes, with 1GB RAM |
| C6537 | ⟳ | Yes, with 1GB RAM |
| D3123 | ⟳ | Yes, with 1GB RAM |
| T3120 | ⟳ | Yes, with 1GB RAM |

http://web.archive.org/web/20061030235038/www.e4me.com/vista/vista_gateway.html

## Windows Vista Capable

| Model | | Windows Vista Capable |
|---|---|---|
| T3124 | ⟩ | Yes, with 1GB RAM |
| T3418 | ⟩ | Yes, with 1GB RAM |
| T3422 | ⟩ | Yes, with 1GB RAM |
| T3506 | ⟩ | Yes, with 1GB RAM |
| T3508 | ⟩ | Yes, with 1GB RAM |
| T3516 | ⟩ | Yes, with 1GB RAM |
| T3522 | ⟩ | Yes, with 1GB RAM |
| T3524 | ⟩ | Yes, with 1GB RAM |
| T5042 | ⟩ | Yes, with 1GB RAM |
| T5046 | ⟩ | Yes, with 1GB RAM |
| T5048 | ⟩ | Yes, with 1GB RAM |
| T5052 | ⟩ | Yes, with 1GB RAM |
| T5212 | ⟩ | Yes, with 1GB RAM |
| T5216 | ⟩ | Yes, with 1GB RAM |
| T6426 | ⟩ | Yes, with 1GB RAM |
| T6528 | ⟩ | Yes, with 1GB RAM |
| T6532 | ⟩ | Yes, with 1GB RAM |
| T6534 | ⟩ | Yes, with 1GB RAM |
| T6536 | ⟩ | Yes, with 1GB RAM |
| T6538 | ⟩ | Yes, with 1GB RAM |
| T6540 | ⟩ | Yes, with 1GB RAM |
| T6542 | ⟩ | Yes, with 1GB RAM |
| T6544 | ⟩ | Yes, with 1GB RAM |
| W3115 | ⟩ | Yes, with 1GB RAM |
| W3502 | ⟩ | Yes, with 1GB RAM |
| W3503 | ⟩ | Yes, with 1GB RAM |

## Windows Vista Capable

| | |
|---|---|
| W3506 | Yes, with 1GB RAM |
| W3507 | Yes, with 1GB RAM |
| W6409 | Yes, with 1GB RAM |

[1] Processor speed is specified as the nominal operational processor frequency for the device. Some processors have power management which allows the processor to run at lower rate to save power.

[2] If the GPU uses shared memory, then no additional graphics memory is required beyond the 1GB system memory requirement. If the GPU uses dedicated memory, then 128MB is required.

[3] A DVD-ROM may be external.

[4] Features available in specific premium editions of Windows Vista may also require additional hardware.



Not all Windows Vista features are available for use on all Windows Vista Capable PCs. All Windows Vista Capable PCs will run the core experiences of Windows Vista. Some features in premium editions of Windows Vista require additional hardware. All upgrade requests must be received by 3/31/07. Shipping and handling charges may apply.

Home | Store Locator | Contact Us | Site Map
© 2006 Gateway, Inc. All rights reserved. Terms and Conditions and Privacy Policy.
.

11/15/2007