Microsoft Windows Vista Capable - Toshiba

Kelley v. Microsoft Corporation

Case 2:07-cv-00475-MJP    Document 99-7    Filed 11/30/2007    Page 1 of 27

Page 1 of 3

Doc. 99 Att. 6

11/15/2007

# TOSHIBA

**Product Search** [_____] [GO]

This site is...
**HACKER SAFE**
TESTED DAILY 15-NOV

**Special Offers**
Sign Up for Special Offers

See All Current Promotions

● Customer Service
● Technical Support
● Sales Partners
● Service Partners

**Accessory Compatibility**
Discover which accessories are compatible with your:
[Notebook PC ▾] [Submit]

ToshibaDirect.com  |  800-656-0837  |  Toshiba recommends Windows® XP Professional

Notebooks  :::  Accessories  :::  Entertainment  :::  Customer Care  :::  Learning Center  :::  How to Buy  :::

⊠ My Account  |  ⊞ Order Status  |  ⊞ Quote  |  ⊨ View Cart

## Toshiba and Microsoft

Since introducing the world's first mobile PC over 20 years ago, Toshiba has continued to design award-winning notebooks around the demands of its customers. This is accomplished by partnering with industry leaders such as Microsoft who share Toshiba's commitment to innovation. Based at Toshiba's corporate offices around the globe and, most notably, at Microsoft's Redmond, Washington's headquarters, the proof is in our engineering. Pure excellence. It's in the decades-long partnership between Microsoft and Toshiba which has given way to entire product categories such as the sub-5 pound laptop and the tablet PC. Together, Toshiba and Microsoft continue to work toward realizing Toshiba's vision of being connected anywhere, anytime - productive in any environment. On the road to ubiquitous computing, the development of Windows® Vista™ is no exception.

## What is Windows Vista?

Windows Vista™ is the latest Microsoft Windows® operating system from Microsoft. It will be the most significant client operating system release Microsoft has ever had. Windows Vista introduces a breakthrough user experience and is designed to help users feel confident in their ability to view, find, and organize information, and to control their computing experience.



Designed for Windows® XP

Windows Vista™ Capable

## What is the Windows Vista Capable PC Logo?

Windows® Vista™ Capable PC logo is the new Microsoft® operating system logo that is designed to indicate that the PC comes pre-installed with Windows® XP and is also capable of running Windows® Vista™, when it becomes available. Any PC that has a Windows® Vista™ Capable logo sticker would support an upgrade to Windows® Vista™ and would provide the core features of Windows® Vista™.

PCs with the Windows® Vista™ Capable logo can run the core experiences of Windows® Vista™. All Editions of Windows® Vista™ will deliver such innovative experiences as organizing and finding information, security, and reliability. All Windows® Vista™ Capable PCs will run these core experiences at a minimum.

Some premium features that are available in premium editions of Windows® Vista™, like the new user experience, Windows® Aero™ will require advanced or additional hardware.

## What are Windows Vista Premium Ready PCs?

Windows Vista™ Premium Ready

To get even better Windows Vista user experience including the Windows Aero user experience, look for PCs that are designated as Premium Ready, or choose a PC that meets or exceeds the Premium Ready Requirements.

**Windows Aero user interface requires:**

*Not all Windows® Vista™ features are available for use on all Windows® Vista™ Capable PCs. All Windows® Vista™ Capable PCs will run the core experiences of Windows® Vista™, such as innovations in organizing and finding information, security, and reliability. Some features available in premium editions of Windows® Vista™ -- like the new Windows® Aero™ user interface -- require advanced or additional hardware. Check http://www.windowsvista.com/getready for details.*

- DirectX 9 class GPU that supports Pixel Shader 2.0 and 32 bits per pixel
- Adequate graphics memory.
  - o 128MB of graphics memory to support a single monitor at resolutions 1,920,000 pixels or less
  - o 256MB of graphics memory to support a single monitor at resolutions higher than 1,920,000 pixels
- Graphics memory bandwidth, as assessed by WinSAT, of at least 1,800MB

## What are the technical requirements for Windows Vista?

| Timing | Pre-Launch | |
|---|---|---|
| **Level** | **Windows Vista Capable** | **Windows Vista Premium Ready** |
| **SKU** | Windows Vista Home Basic, Windows Vista Home Premium, Windows Vista Business, Windows Vista Ultimate | Windows Vista Home Premium, Windows Vista Business, Windows Vista Ultimate |
| **Processor** | Modern processor (at least 800 MHz) [1] | 1 GHz 32-bit (x86) or 64-bit (x64) processor [1] |
| **System Memory** | 512MB | 1GB |
| **GPU** | DirectX 9 Capable (WDDM Support recommended) | Runs Windows® Aero™[2] |
| **Graphics Memory** | | 128 MB[2b] |
| **Hard Drive** | | 40GB |
| **HDD Free Space** | | 15GB |
| **Optical Drive** | | DVD-ROM Drive [3] |
| **Audio** | | Audio output capability |
| **Internet** | | Internet access capability |
| **Other** | Meets criteria for "Designed for Windows XP" or "Designed for Windows XP x64" logo | "Premium Ready" means that Windows Vista Upgrade Advisor, when run on a Windows XP-based PC, indicates that the system will run Windows Aero and a premium edition of Windows Vista (no relationship to Windows Vista Premium Logo) |

1. Processor speed is specified as the nominal operational processor frequency for the device.  Some processors have power management which allows the processor to run at lower rate to save power.
2. Windows Aero requires:
   a. Direct X 9 class graphics processor that:
      i. Supports a WDDM Driver
      ii. Supports Pixel Shader 2.0 in hardware
      iii. Supports 32 bits per pixel
   b. Adequate graphics memory
      i. 64 MB of graphics memory to support a single monitor at 1,310,720 pixels or less
      ii. 128 MB of graphics memory to support a single monitor at resolutions 2,304,000 pixels or less
      iii. 256 MB of graphics memory to support a single monitor at resolutions higher than 2,304,000 pixels
      iv. Meets graphics memory bandwidth requirements, as assessed by Windows Vista Upgrade Advisor
3. A DVD-ROM may be external (not integral, not built into the system)

For a complete list of hardware components that enable PCs to qualify as Windows Vista Capable, you can find the most up to date information at: http://web.archive.org/web/20061111022801/http://www.microsoft.com/technet/windowsvista/evaluate/hardware/entguid.mspx.

11/15/2007

http://web.archive.org/web/20061111022801/www.toshibadirect.com/td/b2c/ebtext.to?page=vista&seg=HHO&location=learn_about

Page 3 of 3

Microsoft Windows Vista Capable - Toshiba

## Overview/Summary

Buying a new PC that is Windows Vista™ Capable enables you to upgrade to the next version of Microsoft® Windows®–and the future of computing. With an upgrade, your PC will provide great new features and functionality to work with the next generation of applications, devices, and peripherals. Since a Windows Vista Capable PC comes preinstalled with Windows XP, it will give you endless opportunities to broaden your PC horizons using Windows XP and related technologies right now. A Windows Vista Capable PC ensures the best experience possible transitioning from Windows XP to the future of computing using Windows Vista.

## Additional Information

You can find additional information about Windows Vista and the Windows Vista Capable PC online at the Windows Vista Web site: http://www.microsoft.com/windowsvista.

Privacy Policy | Terms of Use | Terms of Sale | Security Statement | Site Map

Copyright © 2006 - 2007

11/15/2007

http://web.archive.org/web/20061111022801/www.toshibadirect.com/td/b2c/ebtext.to?page=vista&seg=HHO&location=learn_about

11/15/2007 2:58 PM



Worldwide

**Empowering**

**Download**

**Certificate**

**Service Enquiries**

**International Travelers Warranty**

**> Windows Vista™**

home | 繁體 | 简体 | contact us | sitemap | search

Worldwide Locations ▼

About Acer | Products & Services | Support & Downloads | Global Operations

## ◎ Windows Vista?

*You are here: Home / Support & Downloads / Windows Vista™*

### The latest Acer systems meet Windows Vista™ Capable PC requirements

Most of the latest Acer systems that support Microsoft® Windows® XP today are capable of running Windows Vista™. To ensure the Acer system that you are planning to purchase meets Windows Vista™ Capable PC or Windows Vista™ Premium Ready PC requirements, please refer to the following charts.

| Acer Desktop Models | Windows Vista™ Capable | Windows Vista™ Capable | Windows Vista™ Premium Ready |
|---|---|---|---|
| Veriton 3700GX | Yes | Yes | No |
| Veriton 5700GX | Yes | Yes | No |
| Veriton 6700GX | No | No | No |
| Veriton 7700GX | Yes | Yes | No |
| Veriton 2800 | Yes | Yes | Yes |
| Veriton 5800 | Yes | Yes | Yes |
| Veriton 6800 | Yes | Yes | Yes |
| Veriton 7800 | Yes | Yes | Yes |
| AcerPower FE | No | No | No |
| AcerPower FG | Yes | Yes | No |
| AcerPower F5 | Yes | Yes | Yes |
| AcerPower M35 | No | No | No |
| Aspire E350 | No | No | No |
| Aspire E500 | Yes | Yes | Yes |
| Aspire E600 | Yes | Yes | Yes |

Copyright ©1995-2005
Acer Inc.
All Rights Reserved.
Legal Notices &
Privacy Guidelines

Support & Download

http://web.archive.org/web/20060704151608/global.acer.com/support/win_vista01.htm

11/15/2007 2:58 PM

1 of 3

http://web.archive.org/web/20060704151608/global.acer.com/support/win_vista01.htm

11/15/2007 2:58 PM

| Aspire E650 | Yes | Yes |
| Aspire L300 | Yes | Yes |
| Aspire T135 | No | No |
| Aspire T650 | Yes | Yes |
| Aspire T680 | Yes | No |

\* There are different system memory and video RAM configurations in each model of desktop series. Please make sure the configuration you purchase includes:

- At least 1 GB of RAM (system memory), 128 MB of video RAM (or shared system memory), and DVD-ROM drive to meet Windows Vista™ Premium Ready PC requirements
- or 512 MB of RAM to meet Window Vista™ Capable PC requirements.

\* To help you identify Windows Vista™ Capable PCs, Acer's new desktops that meet the minimum system requirements will carry the Windows Vista™ Capable logo sticker on the machine casing.

| Acer notebook series | Windows Vista™ Capable | Acer notebook series | Windows Vista™ Capable |
|---|---|---|---|
| Aspire 1640 | Yes | TravelMate 2410 | Yes |
| Aspire 1650 | Yes | TravelMate 2420 | Yes |
| Aspire 1690 | Yes | TravelMate 3000 | Yes |
| Aspire 1800 | No | TravelMate 3010 | Yes |
| Aspire 3000 | No | TravelMate 3220 | Yes |
| Aspire 3020 | Yes | TravelMate 3240 | Yes |
| Aspire 3500 | No | TravelMate 3280 | Yes |
| Aspire 3600 | No | TravelMate 3300 | Yes |
| Aspire 3610 | Yes | TravelMate 4060 | Yes |
| Aspire 3620 | Yes | TravelMate 4100 | Yes |
| Aspire 5000 | No | TravelMate 4150 | Yes |
| Aspire 5020 | Yes | TravelMate 4200 | Yes |

http://web.archive.org/web/20060704151608/global.acer.com/support/win_vista01.htm

| Model | Capable | Model | Capable |
|---|---|---|---|
| Aspire 5030 | No | TravelMate 4210 | Yes |
| Aspire 5500 | Yes | TravelMate 4260 | Yes |
| Aspire 5510 | Yes | TravelMate 4270 | Yes |
| Aspire 5540 | Yes | TravelMate 4400 | Yes |
| Aspire 5560 | Yes | TravelMate 4600 | Yes |
| Aspire 5620 | Yes | TravelMate 4650 | Yes |
| Aspire 5650 | Yes | TravelMate 4670 | Yes |
| Aspire 5670 | Yes | TravelMate 5100 | No |
| Aspire 7110 | Yes | TravelMate 5110 | No |
| Aspire 9110 | Yes | TravelMate 5600 | No |
| Aspire 9500 | Yes | TravelMate 5610 | No |
| Aspire 9800 | Yes | TravelMate 8100 | Yes |
| Extensa 2600 | Yes | TravelMate 8200 | Yes |
| Extensa 3100 | Yes | TravelMate C200 | No |
| Ferrari 4000 | Yes | TravelMate C310 | Yes |
| TravelMate 2400 | No | | |

\* To help you identify Windows Vista ? Capable PCs, Acer's notebooks that meet the minimum system requirements will carry the Windows Vista ? Capable logo sticker on the palm rest.

Top ⌃

Support & Download

11/15/2007 2:58 PM

11/15/2007 2:58 PM

3 of 3

http://web.archive.org/web/20060705202850/http://global.acer.com/support/win_vista.htm

Worldwide Locations ▼

Support & Downloads

**Worldwide**

Empowering
Download
Certificate
Service Enquiries
International
Travelers Warranty™
> **Windows Vista™**

Copyright
©1995-2005
Acer Inc.
All Rights
Reserved.
Legal Notices &
Privacy Guidelines

○ Windows Vista?

*You are here: Home / Support & Downloads / Windows Vista™*

Acer has always been committed to *bringing fresh technology to everyone, everywhere.* This means we are cooperating with the industry's leading partners to bring you the very best of today's technology.

Microsoft's next major operating system for end users is planned for release in January 2007. Many of you may be hesitant over the timing of your next PC purchase, or are wondering if the operating system of your current PC may soon become outdated. Acer's long-term mission is to *break the barriers between people and technology* by delivering empowering technology in the form of **easy-to-use** and **dependable** technology that meet our customers' needs. Hence, with Windows Vista?, users can enjoy a host of conveniences and enhanced usability.

Acer is working with Microsoft to answer your queries with the launch of the Windows Vista Capable program, which explains the minimum system requirements of your PC and upgrade options.

A **Windows Vista Capable PC** must meet the following requirements:

- A modern CPU
  This ensures necessary processing power for Windows Vista in common usage scenarios
- 512MB or more of System Memory (RAM)
  This is to make sure PC systems have the necessary amount of memory required for acceptable system performance under common usage scenarios



11/15/2007 2:49 PM

11/15/2007 2:49 PM

Support & Download

http://web.archive.org/web/20060705202850/http://global.acer.com/support/win_vista.htm

- A DirectX 9 class Graphics Processor Unit (GPU)



Windows Vista
**Premium**
Ready

In addition, a **Windows Vista Premium Ready PC** will provide an
even better Windows Vista experience and requires advanced or
additional hardware. The "Windows Vista Premium Ready"
designation is given to a Windows Vista Capable PC that also meets
the minimum recommended requirements for Home Premium,
Ultimate, Business or Enterprise edition of Windows Vista. A
Windows Vista Premium Ready PC includes at least:

- 1 GHz 32-bit (x86) or 64-bit (x64) processor
- 1 GB of system memory
- A graphics processor that runs Windows Aero
- 128 MB of graphics memory
- 40 GB of hard drive capacity with 15 GB free space
- DVD-ROM drive
- Audio output capability
- Internet access capability

To find out which of Acer's latest PCs are Windows Vista Capable and/or Windows Vista
Premium Ready, please click here .

**Protect your investment ? get a PC that can be upgraded to Windows Vista**

Buying a PC that is Windows Vista Capable will
enable you to upgrade to the next version of Windows
if your PC is configured properly*. With an upgrade,
your PC will provide great new features and
functionality and should work with the next generation
of applications, devices and peripherals.

11/15/2007 2:49 PM

11/15/2007 2:49 PM

Support & Download

2 of 3

http://web.archive.org/web/20060705202850/http://global.acer.com/support/win_vista.htm

Windows Vista Capable PCs come with Windows XP installed, and can be upgraded to Windows Vista. You will need to acquire the Windows Vista operating system for this purpose. For more information on Windows Vista please visit: www.microsoft.com/windowsvista .

* To upgrade to Windows Vista, you may have to change some system settings or the configuration. Acer will provide detailed upgrade guidelines on its website when Windows Vista is available.

**Look out for Acer PCs carrying the Windows Vista Capable logo**

To help you identify Windows Vista Capable PCs, Acer PCs that meet the minimum system requirements will carry the Windows Vista Capable logo.



Disclaimer: Not all Windows Vista features are available for use on all Windows Vista Capable PCs. All Windows Vista Capable PCs will run the core experiences of Windows Vista, such as innovations in organizing and finding information, security, and reliability. Some features available in premium editions of Windows Vista -- like the new Windows Aero? user interface -- require advanced or additional hardware. Check

www.windowsvista.com/getready for details.

Microsoft, Windows, and Windows Vista are either registered trademarks or trademarks of Microsoft Corporation in the United States and/or other countries.

Top ∧

Sony VAIO UX

# SONY

**Business Solutions**

Subscribe | Support | My Sony Products | Reseller Locator | ▸ Solution Provider Login

| Notebooks | Desktops | Displays | Projectors & Conferencing | Digital Imaging | Recordable Media | Storage | Accessories | Televisions | Audio/Video |

Search ▸

🖶 Print

## UX Series
Full-size computing in a pocket-size package.

Back to: Home / VAIO Notebooks / VAIO UX

**Sony Recommends Windows® XP Professional**

**Communication and productivity on the go**

The VAIO® UX Micro PC puts the world in your pocket and at your fingertips. So small and lightweight, this full-functioning PC is designed for productivity on the go. With a 4.5" wide SVGA screen[1], Intel Core™ Solo Ultra Low Voltage CPU and Microsoft XP Professional® operating system, as well as integrated wireless LAN[2], wireless WAN[3], Bluetooth technology[4], and communications-focused[5] hardware built right in. Expansion is a breeze with the included port replicator; you can even opt to add an optional Bluetooth GPS receiver and turn your UX Micro PC into a portable navigation assistant.

**Ultra-portable design**

The VAIO UX Micro PC is so small and lightweight you won't believe it's a full-functioning PC. But this remarkably compact dynamo is designed for productivity on the go. With a 4.5" wide SVGA[1] (1024x600) display with XBRITE™ LCD technology, Intel Core Solo Ultra Low Voltage CPU for fast processing, and Microsoft Windows XP Professional operating system on board. And because this is a full-functioning PC using the Operating System you already know, application user interfaces are familiar and easy to use.

**A truly mobile wireless companion**

True mobility is about broad access, just as much as it is about slim, lightweight design. And the VAIO UX Micro PC is taking that access farther

**Where to buy VAIO UX :**
▸ Buy Online

**Learn More**

**Windows® Vista™ Express Upgrade**
Upgrade a Sony® VAIO® Windows® XP unit purchased after October 26th, 2006 to a corresponding version of Microsoft's new Vista operating system for a very low price - in some cases even free.
Learn More

Sony VAIO UX

than ever before. With integrated wireless Wide Area Network (WAN)[3] technology, you can access the Cingular Wireless EDGE network [6]to extend your wireless coverage beyond LAN[2] access networks and hotspots.



### Communication on the go
Go farther, do more, and stay connected. The VAIO UX Micro PC is communications-ready, with integrated camera and built-in microphone and speakers, so you're equipped to communicate via VoIP[3] virtually anywhere WLAN[2] or WWAN[3] service is available.

### Ingenious design
An integrated keyboard and stylus allow you to choose the input method you prefer. VAIO Touch Launcher and Instant Command enable quick and easy program access, and the biometric fingerprint sensor stores your passwords so you can access applications and secure web sites without having to type them. And the UX Micro PC really makes smart use of all its display space. With control buttons for zooming, scrolling, and a stick pointer, as well as the ability to view in either landscape or portrait orientations, you know you'll be able to view documents, applications, and media in the most appropriate way. And pre-installed Ultra Sync software makes it easy to synchronize the UX Micro PC with your other computers, so you can hit the road with all of your materials up to date.



### Advanced security issues
Security is a top priority with the VAIO Professional UX Micro PC. All UX Micro PCs feature an integrated biometrics fingerprint sensor, for personal security and the convenience of not having to remember your passwords.

**Extended Service Plans**
Purchase a Sony ESP along with your Sony® product to protect your investment immediately and maximize the benefits of coverage. Learn More



**Greener Thinking with EPEAT©**
VAIO® products that improve our life and try to preserve our world for future generations. Learn More



**Windows Vista Premium Ready**
This is a Windows® Vista™[18] Premium Ready notebook. Learn more

**More Information**
- VAIO® Whitepapers
- Drivers
- Service Provider
- Section508
- Rebates

Footnotes
1. Viewable area measured diagonally.
2. 802.11 Communications. Requires 802.11b or 802.11g compatible access point. Some functionality may require Internet services, which may require a fee.
3. WAN subscription with Cingular Wireless required. See www.sony.com/cingular for complete details including price plans, service terms and conditions, and coverage map. Call 1-888-739-VAIO (8246) for service activation.
4. Interoperability among Bluetooth devices varies. Please see Web site for compatibility details.
5. Broadband Internet service required along with third-party services which may require a subscription fee or

http://web.archive.org/web/20061221124825/b2b.sony.com/Solutions/subcategory/notebooks/ux-series

Sony VAIO UX

other service fee.
18. Not all Windows Vista features are available for use on all Windows Vista Capable PCs. All Windows Vista Capable PCs will run the core experiences of Windows Vista, such as innovations in organizing and finding information, security and reliability. Some features available in premium editions of Windows Vista- like the new Windows Aero™ user interface- require advanced or additional hardware. Upgrades to Windows Vista may require additional fees. Check
http://web.archive.org/web/20061221124825/http://www.windowsvista.com/getready for details.

## Products

◂ Previous                                    1 - 1 of 1                                    Next ▸

| Model | Installed | Type | Capacity |
|---|---|---|---|
| **VGN-UX280P**<br>•Ultra-portable design that fits in your pocket<br>•4.5" wide SVGA screen with XBRITE™ technology<br>•Built-in cameras & mic for communication & photos<br>See Details<br>☑ Download Warranty Card<br>☑ Add to My Products<br>**$1,899.99** | 1GB (1GBx1) PC2-3200 | Intel® Core™ Solo Processor U1400 Ultra Low Voltage | 40GB² |

◂ Previous                                    1 - 1 of 1                                    Next ▸

**Where to buy VAIO UX: :**
For more information on specific models and options please:            ▸ Buy Online

THE NEW WAY OF BUSINESS™

Copyright© 2006 Sony Electronics Inc. All Rights Reserved
Consumer Sales | Privacy Policy / Your California Privacy Rights | Legal / Trademark

Sony

11/15/2007

http://web.archive.org/web/20061221124825/b2b.sony.com/Solutions/subcategory/notebooks/ux-series

Sony VAIO SZ Notebook

# SONY

**Business Solutions**

Subscribe | Support | My Sony Products | Reseller Locator | ▸ Solution Provider Login

Notebooks    Desktops    Displays    Projectors &    Digital    Recordable    Storage    Accessories    Televisions    Audio/Video
                                      Conferencing   Imaging     Media

|Search

🖨 Print



## SZ Series
Premium power and style.

Back to: Home / VAIO Notebooks / VAIO SZ Notebook

**Sony Recommends Windows® XP Professional**

**Produce. Deliver. Impress. Encompassing superior performance, ultimate portability, and magnificent style, SZ Series notebooks clearly set the bar for high-end mobile computing.**

### SZ Premium Notebook and SZ Notebook

The Sony VAIO® SZ Notebook is powered by an Intel® Core™ 2 Duo processor that enables outstanding performance for parallel executions of multiple applications. Do more faster and use less energy when running multiple business applications.
>> View the SZ Series Showcase

Footnotes:

2. GB means one billion bytes when referring to hard drive capacity. Accessible capacity may vary. A portion of hard disk space is reserved as a recovery partition.
18. Not all Windows Vista features are available for use on all Windows Vista Capable PCs. All Windows Vista Capable PCs will run the core experiences of Windows Vista, such as innovations in organizing and finding information, security and reliability. Some features available in premium editions of Windows Vista– like the new Windows Aero™ user interface–require advanced or additional hardware.

**Where to buy VAIO SZ Notebook:**
▸ Locate a reseller
▸ Buy Online

**Learn More**



**Windows® Vista™ Express Upgrade**
Upgrade a Sony® VAIO® Windows® XP unit purchased after October 26th, 2006 to a corresponding version of Microsoft's new Vista operating system for a very low price - in some cases even free.

# Sony VAIO SZ Notebook

Upgrades to Windows Vista may require additional fees. Check http://web.archive.org/web/20061219221422/http://www.windowsvista.com/getready for details.

**Products**

▶ Previous                                                                                    1 - 5 of 22                                                    Next ▶

Learn More



**Sony Extended Service Plans**
Learn More

**Greener Thinking with EPEAT©**
VAIO® products that improve our life and try to preserve our world for future generations.
Learn more



| Model | Memory: Installed | Processor: Type | Hard Drive: Capacity |
|---|---|---|---|
|  **VGN-SZ390PW1** See Details $2,712.96 ✉ Add to My Products | 2GB (PC2-4200 1GB x 2) | Intel® Core™ Duo Processor T2400 | 160GB² |
| **VGN-SZ281P/X** •3.72 lbs, less than 1" thin and long battery life •Wireless WAN, WLAN and Bluetooth® technology •Intel® Centrino® Duo mobile technology See Details $2,899.99 ✉ Add to My Products | 2GB (1GBx2) PC2-4200 | Intel® Core™ 2 Duo Processor T7400 | 160GB² |
|  **VGN-SZ370P/C** •3.72 lbs, less than 1" thin with carbon-fiber casing •Wireless WAN, WLAN and Bluetooth® technology •Intel® Centrino® Duo mobile technology See Details $2,349.99 ✉ Add to My Products | 2GB (1GBx2) PC2-4200 | Intel® Core™ 2 Duo Processor T7200 | 120GB² |
| **VGN-SZ360/C** | 2GB (1GBx2) PC2- | Intel® Core™ Duo | 120GB² |

**Windows Vista Premium Ready**
This is a Windows® Vista™ 18 Premium Ready notebook.
Learn more

**More Information**

- VAIO® Whitepapers
- Drivers
- Service Provider
- Section508
- Rebates
- SZ Series Brochure

**Awards and Recognition**

**Laptop Magazine**
SZ Series
2006 Mobile
Innovation Awards

Page 3 of 3

11/15/2007

Sony VAIO SZ Notebook



•3.72 lbs, less than 1" thin
with carbon-fiber casing
•Innovative Hybrid
Graphic System
•Intel® Centrino® Duo
mobile technology
See Details
Download Warranty Card

☑ Add to My Products
$2,249.99

4200

2 Processor T7200

Winner
Download PDF

**VGN-SZ340PW1**
See Details

☑ Add to My Products
$2,138.97

1GB PC2-4200
(512MB x 2)



Intel® Core™ 2
Duo Processor
T5600

120GB²

▾ Previous

1 - 5 of 22

Next ▴

**Where to buy VAIO SZ Notebook: :**
For more information on specific models and options please: ▸ Locate a reseller ▸ Buy Online

THE NEW WAY OF BUSINESS¨

Copyright© 2006 Sony Electronics Inc. All Rights Reserved
Consumer Sales | Privacy Policy / Your California Privacy Rights | Legal / Trademark



http://web.archive.org/web/20061219221422/b2b.sony.com/Solutions/subcategory/notebooks/sz-series

**FUJITSU SIEMENS** COMPUTERS

Select country/region | I would like to... | Fujitsu Siemens Computers

Home | Support | About us | Where to buy

Resources for...

Search

**Fujitsu Siemens Computers recommends Windows® XP Professional**

➔ **BUSINESS**

▸ **Products**
- ▸ **Mobile devices**
- ▸ **Deskbound devices**
- ▸ **Industry standard servers**
- ▸ **Mission critical IA64 servers**
- ▸ **Unix OS based servers**
- ▸ **BS2000/OSD mainframes**
- ▸ **Storage solutions**
- ▸ **Displays & projectors**
- ▸ **Professional accessories & mainboards**
- ▸ **Software**

▸ **IT trends**
▸ **Solutions**
▸ **Services**

# Vista capable and Vista premium ready systems from Fujitsu Siemens Computers

You want to make sure that your Fujitsu Siemens Computers device can run Windows Vista? Just check our device list if it is Vista Capable or Premium Ready. If so you will be able to upgrade to one of the editions of Windows Vista while taking advantage of all the opportunities offered by Windows XP today.

**A Windows Vista Capable[1] PC includes at least:**

A modern processor (at least 800 MHz)[2]
Vista capable: 512 MB RAM required
A graphics processor that is DirectX 9 capable
**A Windows Vista Premium Ready PC includes at least:**

1 GHz 32-bit (x86) or 64-bit (x64) processor [2]
1 GB of system memory
A graphics processor that runs Windows Aero [3]
128 MB of graphics memory
40 GB of hard drive capacity with 15 GB free space
DVD-ROM Drive [4]
Audio output capability
Internet access capability

□ **Related products**
▸ **Tablet PCs**
  Use your PC while standing and walking
▸ **Home notebooks**
  Mobility. Performance. Freedom
▸ **Professional notebooks**
  Freedom creates new opportunities
▸ **Home PCs**
  Excellent choice from the reliable value-for-money
▸ **Professional PCs**
  The performance to meet every challenge
▸ **Workstations**
  A new dimension of performance

| System (Language) | Vista™ capable | VISTA™ premium ready |
|---|---|---|
| **Professional PC** | | |
| ESPRIMO C5900 | x | - |
| ESPRIMO C5910 | x | x |
| ESPRIMO E5600 | x * | x * |
| ESPRIMO E5615 | x | x |

products vista capable.html Fujitsu Siemens Computers

| | | |
|---|---|---|
| ESPRIMO E5616 | × | – |
| ESPRIMO E5700 | × | × |
| ESPRIMO E5710 | × | × |
| ESPRIMO E5901 | × | × |
| ESPRIMO E5905 | × | × |
| ESPRIMO E5915 | × | × |
| ESPRIMO E5916 | × | – |
| ESPRIMO Edition P2501 | × | × |
| ESPRIMO Edition P2410 | × | × |
| ESPRIMO Edition P2510 | × | × |
| ESPRIMO P5600 | ×* | ×* |
| ESPRIMO P5615 | × | × |
| ESPRIMO P5616 | × | × |
| ESPRIMO P5700 | × | – |
| ESPRIMO P5710 | × | × |
| ESPRIMO P5905 | × | × |
| ESPRIMO P5915 | × | × |
| ESPRIMO P5916 | × | × |
| ESPRIMO Q5000 | × | × |
| **Home PCs** | | |
| SCALEO E | × | × |
| SCALEO H | ×a | ×a |
| SCALEO J | ×a | – |
| SCALEO P | ×a | – |
| SCALEO X | ×a | ×a |
| a) dependant on configuration | | |
| **Workstations** | | |
| CELSIUS H 230 | × | × |
| CELSIUS H240 | × | × |
| CELSIUS M440 | × | × |
| CELSIUS M450 | × | × |
| CELSIUS R540 | × | × |
| CELSIUS R630 | × | × |
| CELSIUS R640 | × | × |
| CELSIUS V830 | ×* | ×* |
| CELSIUS W340 | × | × |

products vista capable.html Fujitsu Siemens Computers

| | |
|---|---|
| CELSIUS W350 | × |
| **Professional notebooks** | |
| AMILO Pro V8210 | × |
| AMILO Pro V3505 | × |
| AMILO Pro V3405 | × |
| AMILO Pro V3205 | × |
| AMILO Pro V2085 | -- |
| AMILO Pro V2060 | -- |
| LIFEBOOK T4210 | × |
| LIFEBOOK S7110 | × |
| LIFEBOOK S2110 | × |
| LIFEBOOK Q2010 | × |
| LIFEBOOK P7120 | -- |
| LIFEBOOK P1510 | -- |
| LIFEBOOK E8210 | × |
| LIFEBOOK E8110 | × |
| LIFEBOOK C1410 | × |
| **Consumer notebooks** | |
| AMILO A3667 | -- |
| AMILO M1450 | -- |
| AMILO Xi 1526 | × |
| AMILO Xi 1546/1547 | × |
| AMILO Si 1520 | $x^a$ |
| AMILO Si 1848 | $x^a$ |
| AMILO Pi 1536/1537 | $x^a$ |
| AMILO Pi 1556/1557 | $x^a$ |
| AMILO Pi 1505 | $x^a$ |
| AMILO Pa 1510 | $x^a$ |
| AMILO Li 1720 | $x^a$ |
| a) dependent on configuration | |

*) DX9 add in graphics card required

1) Not all Windows Vista™ features are available for use on all Windows Vista Capable PCs. All Windows Vista Capable PCs will run the core experiences of Windows Vista, such as innovations in organizing and finding information, security, and reliability. Some features available in premium editions of Windows Vista -- like the new Windows® Aero™ user interface -- require advanced or additional

products vista capable.html Fujitsu Siemens Computers

hardware. Check
http://web.archive.org/web/20061020083828/http://www.windowsvista.com/getready
for details.

2) Processor speed is specified as the nominal operational processor frequency for
the device. Some processors have power management which allows the processor
to run at lower rate to save power.

3) Windows Aero requires:

**DirectX 9 class graphics processor that:**
Supports a WDDM Driver
Supports Pixel Shader 2.0 in hardware
Supports 32 bits per pixel

**Adequate graphics memory**
64 MB of graphics memory to support a single monitor less than 1,310,720
pixels
128 MB of graphics memory to support a single monitor at resolutions from
1,310,720 to 2,304,000 pixels
256 MB of graphics memory to support a single monitor at resolutions
higher than 2,304,000 pixels
Meets graphics memory bandwidth requirements, as assessed by Windows
Vista Upgrade Advisor running on Windows XP
4) A DVD-ROM may be external (not integral, not built into the system).

© 2006 Fujitsu Siemens Computers  | Imprint  | Privacy policy  | Terms of use  | Sitemap  | Contact  | Press

Staples.com®. that was easy®.



that was easy®

## Microsoft



Windows Vista

## Windows Vista™: A Breakthrough Computing Experience

Windows Vista introduces a breakthrough user experience and is designed to enable you to view, find, and organize information more easily than ever. The following features are just a few examples of all that Windows Vista has to offer:

- **Windows Vista Aero Interface:** Provides spectacular visual effects such as glass-like interface elements that you can see through.
- **Security Enhancements:** Includes enhancements to protect your computer from viruses, worms, spyware and other unwanted programs.
- **Data Backup:** Windows Vista offers multiple layers of backup to protect you from hardware failure and user error so you can focus on growing your business.

To learn more about the powerful features of Windows Vista, visit www.microsoft.com/windowsvista.

### Will I be able to run Windows Vista on my PC?

Certain Windows Vista product features and editions require advanced or additional hardware. Windows Vista Upgrade Advisor can help you determine which features and editions of Windows Vista will run on your computer. To download the tool, visit www.windowsvista.com/upgradeadvisor.

## Today's new PC's are ready for Vista!

### Vista Capable

All of the Windows based PCs for sale at Staples* can deliver the core experiences of Windows Vista, such as innovations in organizing and finding information, enhanced securityand improved reliability, and come with at least:

- A modern processor (at least 800MHz)
- 512 MB of system memory
- A graphics processor that is DirectX 9 capable

Some features in premium editions of Windows Vista requireadvanced or additional hardware. Check www.windowsvista.com/getready for details.

### Vista Premium Ready

Windows Vista Premium Ready PCs deliver even better Windows Vista experiences and can run all of the advanced features offered in the premium editions of Windows Vista such as Windows Aero. (The premium editions of Windows Vista are Windows Vista Home Premium, Windows Vista Business, and Windows Vista Ultimate.) Vista Premium Ready PCs must meet these minimum system requirements:

Staples.com®. that was easy®.

- 32-bit (x86) or 64-bit (x64) processor 1.0GHz or faster
- 1GB system memory
- Support for DirectX 9 graphics with a WDDM driver, 128MB graphics memory (minimum), Pixel Shader 2.0 and 32 bits per pixel
- 40GB hard drive capacity with 15GB free space
- DVD-ROM drive (internal or external)
- Audio output capability
- Internet access capability

**Express Upgrades to Windows Vista**

Why wait for the release of Windows Vista to buy that new PC? All Windows XP PC's sold by Staples today* are eligible for an Express Upgrade to a corresponding edition of Windows Vista for a discounted price. Many of the upgrades are free, requiring only minimal shipping and handling fees. Upgrades are expected to be available early in 2007. Check back soon for details on how to upgrade and the associated costs.

*(except for refurbished computers)

- Digital Cameras & Scanners
- MP3 Players & Accessories

- Peripherals & Memory
- Software

**\*See our delivery policy for full details.**

**Copyright 2005-06, Staples, Inc. All Rights Reserved.**

**Questions? Call 1-800-3STAPLE (1-800-378-2753) or email us at http://www.staples.com/emailus.**

Home  Products  Support & downloads  About Lenovo  My account

United States (Change)



⛒ Cart      Search

Call 1-866-96-THINK

Lenovo recommends Windows® XP Professional.

Products > Lenovo and Windows Vista >

# Windows Vista™ Capable and Premium Ready systems

**Lenovo systems that support Microsoft's Windows Vista requirements**

A Windows Vista Capable PC that is Premium Ready helps to ensure the best experience possible when transitioning from Microsoft Windows XP to the future of computing using Windows Vista. Many Lenovo systems that support Windows XP today already meet or surpass the minimum requirements to support Windows Vista.

Determine if your Windows XP-based PC is ready for an upgrade to Windows Vista by running the Microsoft Windows Vista Upgrade Advisor Beta. Choose the edition of Windows Vista that is right for you, and find out if your system and devices support the edition and features of Windows Vista that meet your needs.

**Windows Vista Capable program:**
PCs with the "Windows Vista Capable" logo can run the core core experiences of Windows Vista. All Editions of Windows Vista will deliver core experiences such as innovations in organizing and finding information, security, and reliability. All Windows Vista Capable PCs will run these core core experiences at a minimum. Some premium features that are available in premium editions of Windows Vista, like the new user experience, Windows® Aero™, may require advanced or additional hardware.

**Windows Vista Premium Ready:**
To get an even better Windows Vista experience including the Windows Aero user experience, look for PCs that are designated as

[ ✗ ] Premium Ready





**Related links:**
**Lenovo & Windows Vista**
What is Windows Vista?
**Windows Vista Capable and Premium Ready systems**
System requirements
Lenovo/Microsoft Alliance
Windows Vista Express Upgrade
Windows Vista training from Lenovo

http://web.archive.org/web/20061209094258/www.pc.ibm.com/us/microsoft/vista/recommended.html

Lenovo - Lenovo and Windows Vista - Vista-capable Systems

Premium Ready, or choose a PC that meets or exceeds the Premium Ready requirements. Features available in specific premium editions of Windows Vista, such as the ability to watch and record live TV, may also require additional hardware.

Windows Vista System requirements tools and detailed information is also available on Microsoft's Web site at windowsvista.com/getready

NOTE: Users who have installed or will install "Beta&qu0t; versions of Windows Vista may find that some system functions are not fully supported. Lenovo is now developing Windows Vista device drivers for our ThinkPad® notebooks, ThinkCentre® desktops and Lenovo 3000 family of offerings. These drivers are expected to be available on our Support for Windows Vista Express Upgrade Web page in late November 2006.

To ensure your system meets these requirements, refer to the following charts:

| ThinkPad | Windows Vista Capable | Windows Vista Premium Ready |
|---|---|---|
| Z Series | ◐ | ◐ |
| R51 | ◐ | ◐ |
| R52 | ◐ | ◐ |
| R60/R60e | ◐ | ◐ |
| T42 | ◐ | ◐ |
| T43 | ◐ | ◐ |
| T60/T60p | ◐ | ◐ |
| X41 | ◐ | ◐ |
| X60/X60s | ◐ | ◐ |
| X41 Tablet | ◐ | ◐ |

◐ Select models    ◌ Not available

| Lenovo 3000 notebooks | Windows Vista Capable | Windows Vista Premium Ready |
|---|---|---|
| C100 | ◐ | ◐ |
| C200 | ◐ | ◐ |

Lenovo - Lenovo and Windows Vista - Vista-capable Systems

N100
V100

Select models   Not available

| | Windows Vista Capable | Windows Vista Premium Ready |
|---|---|---|
ThinkCentre

A51
A52
A53
A55
A60
M51
M52
M55/M55p/M55e

Select models   Not available

| | Windows Vista Capable | Windows Vista Premium Ready |
|---|---|---|
Lenovo 3000 desktops

J100
J105
J110
J115

Select models   Not available

Take a quick survey   E-mail this page   Print this page

Related links: Notebooks | Desktops

Terms of use   Privacy   Contact

http://web.archive.org/web/20061209094258/www.pc.ibm.com/us/microsoft/vista/recommended.html

11/1/2007

[United States (Change)]

Home    Products    Support &    About    My        ☒ Cart    Call 1-866-96-THINK
                    downloads    Lenovo   account

Products > Lenovo and Windows Vista >

# System requirements



Windows Vista

**Related links:**
**Lenovo & Windows Vista**
What is Windows Vista?
Windows Vista Capable and Premium Ready systems
**System requirements**
Lenovo/Microsoft Alliance
Windows Vista Express Upgrade
Windows Vista training from Lenovo

**Windows Vista Capable and Premium Ready PCs from Lenovo**

Are you looking to buy a Windows® XP-based computer today but want to make sure that it can run Windows Vista? There's no need to wait. When you buy a new Lenovo system that carries the Windows Vista Capable or Premium Ready PC designation, you'll be able to upgrade to one of the editions of Windows Vista while taking advantage of all the opportunities offered by Windows XP today.

**What is a Windows Vista Capable PC?**

A new PC that carries the Windows Vista Capable PC logo can run Windows Vista. All editions of Windows Vista will deliver core experiences such as innovations in organizing and finding information, security, and reliability. All Windows Vista Capable PCs will run these core experiences at a minimum. Some features available in the premium editions of Windows Vista—like the new Windows Aero™ user experience—may require advanced or additional hardware.

To ensure your system meets the necessary requirements, refer to the following information. You can also try out the Windows Vista Upgrade Advisor Beta to check your current system to see if it is Windows Vista capable.

### Windows Vista Capable systems

Windows Vista Capable-designated PCs will run the core Windows Vista experiences at a minimum. And even systems without the Vista Capable logo sticker may still be able to support Windows Vista if they meet the following basic requirements:

- 800MHz x86 or x64 central processor
- 512MB of system memory
- DirectX 9-Capable graphics processor with 32MB of video RAM



## Windows Vista Premium Ready PCs

For an even better Windows Vista experience including the Windows Aero user interface, look for PCs that are designated as Premium Ready, or choose a PC that meets or exceeds the Premium Ready requirements:

- 1 GHz x86 or x64 processor[2]
- 1 GB system memory
- A graphics processor that runs Windows Aero[1]
- A 40 GB hard drive with 15 GB of free space
- A DVD-ROM drive[3]
- Audio output capability
- Internet access capability

Microsoft maintains a "Get Ready" Web site with detailed information on system requirements and other information about Windows Vista.

[1]Windows Aero requires

a. Direct X 9 class graphics processor that
   - supports a WDDM Driver
   - supports Pixel Shader 2.0 in hardware



Lenovo - Lenovo and Windows Vista - System Requirements

10/31/2007 4:15 PM

○ supports 32 bits per pixel

b. Adequate graphics memory

   ○ 64 MB of graphics memory to support a single monitor at 1,310,720 pixels or less
   ○ 128 MB of graphics memory to support a single monitor at resolutions 2,304,000 pixels or less
   ○ 256 MB of graphics memory to support a single monitor at resolutions higher than 2,304,000 pixels
   ○ meets graphics memory bandwidth requirements, as assessed by Windows Vista Upgrade Advisor

[2]Processor speed is specified as the nominal operational processor frequency for the device. Some processors have power management which allows the processor to run at lower rate to save power.

[3]A DVD-ROM may be external (not integral, not built into the system)

Take a quick survey     E-mail this page     Print this page

Related links: Notebooks | Desktops

Terms of use     Privacy     Contact

10/31/2007 4:15 PM