# EXHIBIT C

Dockets.Justia.com



Gateway recommends Windows Vista® Home Premium.

Order by Phone: **800-369-1409**

Store | Downloads | Support | Order Status | My Account | My Quotes | 🛒 Cart

💬 Chat

 **Gateway**

**Store**

| Notebooks | Desktops | Displays | Gaming | Retail Products |

| Products | Accessories | Electronics | Software | Services | Great Deals |

**Products**

- Products
- Accessories
- Electronics
- Software
- Services
- Great Deals

**Tools**

- Accessory Locator
- Ink Locator
- Memory Locator
- Advisors
- Trade-In & Recycling
- Brand Showcases
- Glossary

**Gateway Sales**
> Live Chat



intel VⅣ Core 2 Duo

more info

# Gateway® DX430

Meet the new standard in media management and customizability. The Gateway® DX430 Desktop comes standard with Genuine Windows Vista® Home Basic, allowing you to edit and manage digital photos, enjoy your multimedia entertainment (including music, DVD and TV with an optional TV tuner) as well as handle your day-to-day tasks with ease. And with a portable hard drive option and interchangeable faceplates, you'll get the ultimate in portability, backup security and stylish customization.

☐ ☐ ☐ > Compare All

**Customizable Systems**

**Gateway® DX430B**
· Intel® Pentium Dual Core Processor E2140 (1.60GHz, 800MHz FSB, 1MB cache non-HT)
· Genuine Windows Vista® Home Basic (32-bit)
· 1024MB 667MHz Dual-Channel DDR2 SDRAM (2-512MB modules)
· 160GB 7200rpm Serial ATA II/300 hard drive w/ 8MB cache
· 16x Super Multi Format Double Layer DVD-RW/DVD-RAM +/-R / CD-R/RW

~~$499.99~~
**$399.99**
Save $100.00 Instantly
As low as **$13**/month[1]

**Select**

**Gateway® DX430S**
· Intel® Pentium Dual Core Processor E2140 (1.60GHz, 800MHz FSB, 1MB cache non-HT)
· Genuine Windows Vista® Home Premium (32-bit)
· 2048MB 667MHz Dual-Channel DDR2 SDRAM (2-1024MB modules)
· 250GB 7200rpm Serial ATA II/300 hard drive w/ 8MB cache
· 16x Super Multi Format Double Layer DVD-RW/DVD-RAM +/-R / CD-R/RW
· Gateway® 17" Widescreen High Definition LCD Display

~~$799.99~~
**$699.99**
Save $100.00 Instantly
As low as **$22**/month[1]

**Select**

**Gateway® DX430X**
· Intel® Core™ 2 Quad Processor Q6600 (2.40GHz, 1066MHz FSB, 8MB cache)
· Genuine Windows Vista® Home Premium (32-bit)
· 2048MB 667MHz Dual-Channel DDR2 SDRAM (2-1024MB modules)
· 500GB 7200rpm Serial ATA II/300 hard drive w/ 16MB cache[3]
· 16x Super Multi Format Double Layer DVD-RW/DVD-RAM +/-R / CD-R/RW
· Gateway® 19" Widescreen Ultrabright High Definition LCD Display

**$999.99**

As low as **$31**/month[1]

**Select**

**World of Warcraft**
FREE 14-day trial DVD included
with this system.
View Details

**12 Months No Interest No
Payments Financing**
On all orders $1000 and up.
View Details

**12 Months No Interest No
Payments Financing**
On all orders $1000 and up.
View Details

**Free Shipping!**
On the DX430X. $20 Handling
Charge applies.
View Details

**12 Months No Interest No
Payments Financing**
On all orders $1000 and up.
View Details

[1] On approved Gateway credit card purchases. The minimum monthly payment presented is based on the product and purchase price shown, and assumes a 31-day cycle and all payments are made when due. The minimum monthly payment is the greater of 1% of the "New Balance" plus any billed Finance Charges plus any late fees (if applicable) or $20. The number of months you will pay and the amount of your total minimum monthly payment will depend on additional purchases and your account balances.

[2] See important Microsoft activation requirements at www.gateway.com/ms-req.

Not all Windows Vista features are available for use on all Windows Vista Capable PCs. All Windows Vista Capable PCs will run the core experiences of Windows Vista. Some features in premium editions of Windows Vista require additional hardware.

[3] Accessible capacity varies. MB = 1 million bytes; GB = 1 billion bytes; TB = 1 trillion bytes.

Sale subject to Limited Warranty and Terms & Conditions agreement. Prices, promotions, specifications, availability and terms of offers are for U.S. end users only, not resellers, distributors or non-U.S. purchasers, and may change without notice or obligation. Prices exclude shipping, handling and taxes. Prices reflect all discounts, coupons and other promotions set forth above. Gateway cannot be held responsible for pricing or other typographical errors and reserves the right to cancel orders that result from these errors.

About Gateway | Customer Service | Contact Us | Special Offer Updates          Tell Us What You Think [+]

Legal | Privacy | Site Map
©2007 Gateway, Inc. All rights reserved.

Gateway Computers: Store - Product Details for Gateway® DX430B

Gateway recommends Windows Vista® Home Premium.

Order by Phone: 800-369-1409

Store | Downloads | Support | Order Status | My Account | My Quotes | 🛒 Cart

🌐 Chat | Search



**Gateway** Store

| Products | Accessories | Electronics | Software | Services | Great Deals |

Notebooks  Displays  Desktops  Gaming  Retail Products

## Gateway® DX430B

DX430B | DX430S | DX430X

| Base Price: | **$499.99** |
| Instant Discount: | -$100.00 |

☑ 1 Year Value Plus Plan (Tech Support - Parts - At Home Service)[1]  +$59.99

☑ Microsoft® Office Home & Student Edition 2007 (includes Word, Excel and PowerPoint)[2]  +$149.99

☑ Gateway® 17" Widescreen High Definition LCD Display  +$199.00

☑ Belkin Home/Office Series 6 outlet Surge Protector (8ft cord)  +$14.99

**Your Price:** **$823.96**

**Estimated Ship Date:** November 30, 2007

As low as **$26 per month.** [3]

Customize

Add to Cart

**World of Warcraft™**
FREE 14-day trial DVD included on this system.

**12 Months No Interest, No Payments**
On all orders $1000 and up.
Apply Now

**Questions?**
Get answers on customizing your system, Windows Vista® and more. Chat with a Sales Representative



Overview | Specifications

Meet the new standard in media management and customizability. The Gateway® DX430 Desktop comes standard with Genuine Windows Vista® Home Basic, allowing you to edit and manage digital photos, enjoy your multimedia entertainment (including music, DVD and TV with an optional TV tuner) as well as handle your day-to-day tasks with ease. And with a portable hard drive option and interchangeable faceplates, you'll get the ultimate in portability, backup security and stylish customization.

**Intel® Pentium® D Processor**
You're guaranteed top system performance with the dual-core Intel® Pentium® D Processor, included on this system.

**Intel® Viiv™ Technology**

**Optional Genuine Windows Vista® Home Premium Edition**
Get ready for tomorrow with the all new Windows Vista®, featuring:

Windows Vista

• Windows Defender™: Help

Gateway Computers: Store - Product Details for Gateway® DX430B

Designed for your digital entertainment, Intel® Viiv™ technology delivers smooth performance and complete control of your digital media, plus exclusive media content only available on Intel® Viiv™ PCs
Learn More

**Optional Portable Media Drive**

For here or to go? If it's the latter, be sure to take advantage of our new, optional Portable Media Drive, with a convenient USB connection. It's ideal for taking files with you, simple storage expansion or general backup.
Learn More

**Optional Front Video Ports**

Easily transfer video from camcorders and other devices with handy video input ports at the front of the PC, when upgraded to an optional TV tuner.

**Spare Backup Software Included[3]**

Free local and online storage that's safe, secure—and easy to use!
Learn More

**GatewayShield™[6]**

This system features GatewayShield™ options for increased security.
Learn More

Windows Defender™: Help protect your new PC against spyware and other unwanted software.

• **Media Center:** Watch live and recorded TV, listen to your favorite music, and share photos with family and friends.

• **Parental Controls:** Help ensure that children are using the PC appropriately, while helping to keep them safe online.

**A Variety of Designs**

Change your PC's look as often as you like with our selection of removable, interchangeable faceplates.

**15-in-1 Media Card Reader**

Ditch the extra wires and cables—this system will read memory cards for digital cameras, camcorders and more.

**10,000rpm Hard Drives Available**

For faster response time and increased system performance.

**Optional RAID 0,1**

Experience pure power with optional RAID 0 and 1 support for improved performance.

**Specs at a glance:**

Intel® Pentium Dual Core Processor E2140 (1.60GHz, 800MHz FSB, 1MB cache non-HT)

Genuine Windows Vista® Home Basic (32-bit)

1024MB 667MHz Dual-Channel DDR2 SDRAM (2-512MB modules)

160GB 7200rpm Serial ATA II/300 hard drive w/ 8MB cache

16x Super Multi Format Double Layer DVD-RW/DVD-RAM +/-R / CD-R/RW

> View Complete Specifications

Save Quote        Shipping & Handling
E-Mail This Page   Warranty Service
Print Page         Financing Information

1) Limited warranties and service agreements apply; visit www.gateway.com, or call 1-800-846-2000 for a free copy. Service agreements are issued and performed by third parties. May not be available in all locations. Accidental Damage Protection not available in all states. Phone charges may apply for tech support. If purchased, on-site service technician will be sent if necessary, following phone-based troubleshooting. Availability varies. Other conditions apply.
2) See Important Microsoft activation requirements at www.gateway.com/ms-req.

Not all Windows Vista features are available for use on all Windows Vista Capable PCs. All Windows Vista Capable PCs will run the core experiences of Windows Vista. Some features in premium editions of Windows Vista require additional hardware. All upgrade requests must be received by 3/31/07. Upgrade fees may apply.
3) On approved Gateway credit card purchases. The minimum monthly payment presented is based on the product and purchase price shown, and assumes a 31-day cycle and all payments are made when due. The minimum monthly payment is the greater of 1% of the "New Balance" plus any billed Finance Charges plus any late fees (if applicable) or $20. The number of months you will pay and the amount of your total minimum monthly payment will depend on additional purchases and your account balances.
4) Additional phone charges may apply. Call 1-800-846-2000 for details and access numbers. Check the number you select with your local phone company. New US members 18+ only. Major credit card or checking account required.





Gateway Computers: Store - Product Details for Gateway® DX430B

Sale subject to Limited Warranty and Terms & Conditions agreement. Prices, promotions, specifications, availability and terms of offers are for U.S. end users only, not resellers, distributors or non-U.S. purchasers, and may change without notice or obligation. Prices exclude shipping, handling and taxes. Prices reflect all discounts, coupons and other promotions set forth above. Gateway cannot be held responsible for pricing or other typographical errors and reserves the right to cancel orders that result from these errors.

About Gateway | Customer Service | Contact Us | Special Offer Updates          Tell Us What You Think (-)

Legal | Privacy | Site Map
©2007 Gateway, Inc. All rights reserved.

RadioShack.com - Computers: Notebook computers: Acer Aspire 3680-2633 Notebook PC with Vista Home Basic    Page 1 of 3

# RadioShack. Do Stuff

| PHONES & RADIO COMMUNICATIONS | PORTABLE MUSIC | CAMERAS & CAMCORDERS | POWER & BATTERIES | HOME ENTERTAINMENT | CABLES, PARTS & CONNECTORS | CAR | HOME & OFFICE | COMPUTERS |

**Shopping Tools**

▸ Order status   ▸ Your account   ▸ Wish list
▸ Store locator   ▸ On sale   ▸ Research library
▸ Weekly Ad   ▸ Outlet store   ▸ Rebate center

Search ▸                in  Entire site ▾

🛒 Your cart
▸ Help
▸ Gift cards
Go

You're shopping in ▸  Home  ▸ Computers ▸ Notebook computers

In store only



See more images
▸ More photos (1)
▸ **Product information from Intel**

Product summary    Features    Tech specs    Accessories    Custom

**Acer Aspire 3680-2633 Notebook PC with Vista Home Basic**

$479.97

🖨 Print   ✉ Email a friend

▸ Free Ground Shipping for any order over $75~ except Computers & TVs.▸ More details
▸ FREE shipping when you select Ship-to-Store.▸ More details

**Other ways to get it**

In store:
▸ Quantities are limited, may be available near you

**This one Aspires to be your travelling partner!**
This Acer Aspire 3680 2633 Notebook PC comes complete with an Intel Celeron M 520 1.60GHz CPU, 512MB of DDR2 memory, an 80GB HDD (hard drive), and a CD-RW/DVD combo drive. It sports a 14.1" WXGA CrystalBrite LCD display that's perfect for watching movies, playing games, and attending to all your computing needs. Surf the Web via the included Ethernet or Wi-Fi options[1] and enjoy the peace of mind and ease of use of Windows Vista Home Basic.[2]

NEED HELP
GIVE U.S.A
800.843
247. Habla

Battery Fi...

Select a device to begi
search using our brows
Select a device...
Search by device or ba
device or battery #

...red Pro

**FedEx G**
**Shipping**
...ers $75
ted time c
exclusions

...ed Hot I

...ndoor M
osquito
elicopte
Watch this
fly!

**Accurian**
**HD Radio**
Not your c
AM/FM rad

**NAVIGON**
**GPS Navi**
Get street

**Sony MD**
**Fontopia**
Exercise, C
skate to y

http://www.radioshack.com/product/index.jsp?productId=2747281&cp=2032061.2032357&pg=1&searchSort=TRUE&y=14&...   11/16/2007

RadioShack.com - Computers: Notebook computers: Acer Aspire 3680-2633 Notebook PC with Vista Home Basic

Page 2 of 3

- Enjoy the processing power of the Intel Celeron M 520 1.60GHz processor
- Experience the widescreen 14.1" WXGA Acer CrystalBrite™ display at 1280x800 resolution
- The 80GB hard drive gives you plenty of storage space for photos, music and more
- Watch movies and burn CDs with the DVD/CD-RW combo drive
- Share data with other equipment via the 5-in-1 card reader

**What's in the box**

- Acer Aspire 3680-2633
- 44.4 W 4000 mAh Li-Ion battery pack (6-cell)
- Ac adapter

Read the owner's manual
See technical specifications
See Features of this product

## Stuff you may want

Logitech Cordless
Desktop EX 110
Keyboard & Mouse
Combo
**$39.99**

In store only

In store only

Maxtor 200GB External
Hard Drive
**$69.97**

In store only

**Product Rating**

(15 Ratings)

Write a Review
Read 15 Reviews

**Customer reviews**
Showing most recent reviews

Fan has broken twice in a year and a half, warranty still good though, thankfully! I love my...
Jenn - 10/27/2007

What a great overall genneral use machine! I am very...
AL - 9/12/2007

**Pricing and availability:** Please note that all prices are subject to change without prior notice. Prices advertised on this site are for online orders only. Prices on some items may differ from those advertised in RadioShack stores. All merchandise may not be available at all stores, and all stores may not participate in all sales promotions. We recommend you contact the store to confirm product availability and price.

**Disclaimer:** 1. Wireless access point required and not included. Internet use may require separately purchased Internet service contract. Availability of public wireless access points limited. 2. Certain Windows Vista product features require advanced or additional hardware.

Gigaware® USB 4-Port
Squid Hub
**$24.99**



**SanDisk®**
**Flash Me**
From the i
the SD!

➤ See other featured p

Most Pop

Our most popular searc
➤ iPod
▸ Antennas
▸ Headphones
▸ GPS

Top sellers:
➤ Guitar Hero™ III for
➤ RadioShack Gift Card
➤ Indoor Micro RC Heli

**Red Hot Deals - Grea**
Limited time offers - upda
Show me the deals!

http://www.radioshack.com/product/index.jsp?productId=2747281&cp=2032061.2032357&pg=1&searchSort=TRUE&y=14&...   11/16/2007





# RadioShack.
## Do Stuff

PHONES & RADIO COMMUNICATIONS | PORTABLE MUSIC | CAMERAS & CAMCORDERS | POWER & BATTERIES | HOME ENTERTAINMENT | CABLES, PARTS & CONNECTORS | CAR | HOME & OFFICE | COMPUTERS | TOYS & GAMES

‣ Order status   ‣ Your account   ‣ Wish list
‣ Store locator   ‣ On sale   ‣ Outlet store
‣ Weekly Ad

‣ Research library
‣ Rebate center
‣ Help
‣ Gift cards

🛒 Your cart ‣

Shopping Tools

Search ‣ [              ] in [ Entire site ] [Go]

You're shopping in ‣ Home ‣ Computers ‣ Notebook computers

See more images
‣ More photos (3)
‣ Product information from Intel

**A great traveling companion.**
Get a powerful, hard working notebook with the entertainment features you want in the value packed AS4315-2004. Powered by the Intel Celeron M530 (1.73GHz), you can burn your own CDs with the DVD/CD-RW combo drive. Windows Vista Home Basic offers a new more user friendly interface¹. This Acer is Wi-Fi Certified® for convenient Web surfing wherever you find a wireless signal².

Product summary | Features | Tech specs | Accessories

## Acer Aspire AS4315-2004 Notebook PC

‣ Print   ✉ Email a friend

Model: AS4315-2004
Catalog #: 25-306

$549.99

Online: ■ In stock
Usually ships in 1 - 2 business days

Wish List   [ Add to cart ]

‣ Order online with peace of mind

Customers rate it

Ship-to-Store!
Click for details

‣ Free Ground Shipping for any order over $75--except Computers & TVs. ‣ More details
‣ FREE shipping when you select Ship-to-Store. ‣ More details

**Shipping**
Usually ships in 1 - 2 business days
‣ Shipping surcharge applies
‣ Shipping surcharge applies
‣ What shipping method is right for me?

**Other ways to get it**
In store:
‣ Available at most stores, find it near you
By phone:

NEED HELP
GIVE US A
800.843
24/7. Habla

Battery Fin

Featured Pro

Free FedEx G
Shippin
on orders $75
Limited time o
some exclusions

Selected Hot I

Indoor M
Mosquito
Helicopte
Watch this
fly!

Accurian
HD Radio
Not your c
AM/FM rac

NAVIGO
GPS Navi
Get street

Sony MD
Fontopia
Exercise, c
skate to y

Select a device to begi
search using our brows
[ Select a device... ]
Search by device or ba
[ device or battery # ]

RadioShack.com - Computers: Notebook computers: Acer Aspire AS4315-2004 Notebook PC

Page 2 of 4

**SanDisk®**
**Flash Mer**
From the i
the SDI

▸ See other featured pr

**Most Popu**

Our most popular searc

▸ iPod
▸ Antennas
▸ Headphones
▸ GPS

**Top sellers:**

▸ Guitar Hero™ III for
▸ RadioShack Gift Card
▸ Indoor Micro RC Heli

**Red Hot Deals - Grea**
Limited time offers - upda
Show me the deals!

call 1-800-843-7422

**Product Rating**

(2 Ratings)

Write a Review
Read 2 Reviews

**Customer reviews**
Showing most recent reviews

i really like this computer. Its easy
to use and its fast. It's also very
light that I can take it...
Pam the computer expert-//// -
11/11/2007

Most of the time my computer is
used for homework from college,
like typing my essay papers and I...
okimeasher - 11/7/2007

**Pricing and availability:** Please note that all prices are subject to change without prior
notice. Prices advertised on this site are for online orders only. Prices on some items may
differ from those advertised in RadioShack stores. All merchandise may not be available
at all stores, and all stores may not participate in all sales promotions. We recommend
you contact the store to confirm product availability and price.

**Disclaimer:** 1. Certain Windows Vista product features require advanced or additional
hardware. 2. Wireless access point required and not included. Internet use may require
separately purchased Internet service contract. Availability of public wireless access
points limited.

• Get the processing power you need from the 1.73GHz
  Intel Celeron M530
• Experience the widescreen 14.1" WXGA Acer
  CrystalBrite™ display at 1280x800 resolution
• The 80GB hard drive gives you plenty of storage space
  for photos, music and more
• Watch movies and burn CDs with the DVD/CD-RW
  combo drive

**What's in the box**

• Acer Aspire 4315-2004 Notebook
• User's guides

Read the owner's manual
See technical specifications
See Features of this product

**Stuff you may want**

Bluespoon™ USB
Dongle
New

**$39.99**

Gigaware® 4-Port
Retractable USB Hub

**$19.99**

Gigaware® Retractable
Laser Mouse

**$19.99**

SanDisk 1GB Cruzer
Micro Flash Drive

**$29.99**

Logitech USB Headset
250

**$39.99**



ViewSonic 17"
Widescreen VA1721
Monitor

http://www.radioshack.com/product/index.jsp?productId=2903292&cp=2032061.2032357&pg=1&searchSort=TRUE&y=14&...    11/16/2007

# WAL★MART
**Save money. Live better.™**

[ SEARCH ] Electronics    [ FOR ]    [ FIND ]    **See all departments**



You are here: Home Page > Electronics > Computers

## ACER ASPIRE T180 DESKTOP PC W/ 17" WIDESCREEN MONITOR, AMD ATHLON 64 PROCESSOR 3800+

★★★★★ (4 Customer Ratings)
Read reviews or write a review

⊕ Zoom in

**AMD Processors**

IN MANY STORES

**$498.00**

[ ADD TO CART ▶ ]

—or—

[ FIND IN STORE ▶ ]

Add to: 🎁 Wish List    🎁 Registry

**Availability:**
- Online - **IN STOCK**
- In Store - Find in Store

**Delivery Options:**
- **site to store**
  Free shipping to your store.
  Arrives in 7 to 10 business days.
- Ship to home
  Usually takes 24 to 48 hours to process.
  See estimated arrival date.

**May We Also Suggest**



Compaq Presario SR5250NX
Desktop PC & Monitor Bundle
**$657.72**



Compaq Presario SR5262NX
Desktop PC & Monitor Bundle
**$737.72**

↓ See more below

**Information below:**
- Accessories to Buy
- Item Description
- Specifications
- What's Included
- Similar Items
- Warranty Information
- Gifting Options
- 0% Interest Offer / Payment Options
- Shipping & Delivery

Acer Aspire T180 Desktop PC w/ 17" Widescreen Monitor, AMD Athlon 64 processor 3800+ - Wal-Mart

## Accessories to Buy



2-Year Service Plan
for Desktops, $0-2500
PP034AA
NEW
$68.88
☐ Add to order

HP Wireless
Rechargeable Mouse,
PP034AA
97¢ SHIPPING
★★★★
$22.98
☐ Add to order



Acer AL1716WAb 17"
Widescreen LCD
Monitor
NEW
★★★★
$159.88
☐ Add to order

Philips 7-Outlet Surge
Protector
CLEARANCE
★★★★
$17.00
☐ Add to order



Micro Innovations 2.0
LCD Speakers
★★★★
$7.57
☐ Add to order

Top of Page

## Item Description

**This value-priced bundle includes today's most popular computer features.**
Highlights include a high-resolution monitor, DVD burner, memory card reader, stereo
speakers and Windows Vista Home Basic operating system.

**Key Features & Benefits:**

- **17" widescreen color LCD monitor**
  Presents 1280 x 1024 WXGA+ resolution in over 16 million colors
- **2.4 GHz AMD Athlon 64 processor 3800+**
  Accelerates multimedia and delivers enhanced virus protection
- **1 GB of DDR2 memory**
  Offers good performance along with the option of expanding up to 2 GB
- **160 GB SATA hard disk drive, 7200 rpm**

Acer Aspire T180 Desktop PC w/ 17" Widescreen Monitor, AMD Athlon 64 processor 3800+ - Wal-Mart    Page 3 of 10

Provides space for your data, photos, music and videos

- **DVD burner**
  Plays and burns CDs and DVDs in the most popular formats with ease
- **7-in-1 digital media reader**
  Reads major memory card and Memory Stick formats so you can upload photos, music and data
- **Windows Vista Home Basic Edition**
  Latest Microsoft operating system improves your computing experience by making it more efficient and more entertaining

**Additional Features:**
- Embedded Realtek ALC888 high-definition audio with 7.1-channel audio support
- Stereo speakers integrated into monitor
- NVIDIA GeForce6100 and NVIDIA nForce 430 MCP integrated graphics with up to 256 MB shared graphics memory
- Marvell 88E8056 10/100/1000 (Gigabit) LAN
- Memory card reader supports Secure Digital card, SmartMedia card, Memory Stick, Memory Stick PRO, CompactFlash I/II card, Microdrive or xD-Picture Card
- Six USB 2.0 ports
- IEEE 1394 Firewire port
- Six audio jacks
- Headphone and microphone ports
- Two PCI v2.3 slots
- PCI-Express X1 slot
- PCI-Express X16 slot
- PS/2 keyboard and PS/2 wheel mouse
- Software: Norton AntiVirus (90-day trial), Adobe Reader, CyberLink PowerDVD, Quick Burning (NTI CD-Maker Gold), Acer eRecovery Management, Acer ePerformance Management, Acer eDataSecurity Management

Top of Page

## Specifications

| | |
|---|---|
| Processor Type: | Athlon 64 |
| Hard Drive Size: | 160 GB |
| System RAM: | 1024 MB |

http://www.walmart.com/catalog/product.do?product_id=5969099    11/16/2007



**WAL★MART**
Save money. Live better.™

site to store

SEARCH  Electronics

FOR  FIND

You are here: Home Page > Electronics > Computers > Laptop Computers > All Laptop Computers

### EVEREX 15.4" STEPNOTE NC1610 LAPTOP PC W/ VIA C7-M PROCESSOR

Be the first to rate and review this product.

$498.00



⊕ Zoom in

ADD TO CART ▶

Add to: 🔘 Wish List  🔘 Registry


C7-M

**Information below:**
• Accessories to Buy
• Item Description
• Specifications
• What's Included
• Similar Items
• Warranty Information
• Gifting Options
• 0% Interest Offer / Payment Options
• Shipping & Delivery

**Availability:**
• Online - **IN STOCK**

**Delivery Options:**
• site to store

Free shipping to your store.
Arrives in 7 to 10 business days.

• Ship to home
Usually takes 24 to 48 hours to process.
See estimated arrival date.

**May We Also Suggest**



Everex 15.4" StepNote NC1610 Laptop PC w/ Via C7-M Processor
$498.00



Acer 14.1" Aspire 4520-5803 Laptop PC w/ AMD Athlon 64 X2 Dual-Core Processor TK-53
★★★★1
$568.00

➜ See more below







Everex 15.4" StepNote NC1610 Laptop PC w/ Via C7-M Processor - Wal-Mart

Get special financing on Wal-Mart
credit card purchases over $250
**Learn More**

## Accessories to Buy



2-Year Service Plan
for Laptops, $0-3,000

**NEW**

★ ★ ★ ★ ★

$98.88

⌐ Add to order

Compaq Notebook
Accessory Kit

★ ★ ★ ★ ★

$24.87

⌐ Add to order



Linksys WRT54G
Wireless-G 54Mbps
Broadband Router

**IN MANY STORES**

★ ★ ★ ★ 1

$48.98

⌐ Add to order

Sony SRST10PC-WH
Portable Speaker
System

★ ★ ★ ★ ★

$31.98

⌐ Add to order

Viore Portable HDTV
Tuner / Receiver for
PC, HDW07

**CLEARANCE**

★ ★ ★

$99.00

⌐ Add to order

Top of Page

## Item Description

**This value-priced model includes today's most popular laptop features.** You can create your own DVDs and CDs, surf the Internet, store documents and more. Highlights include Microsoft's latest operating system, a fast processor, wireless LAN and a crisp LCD screen.

### Key Features & Benefits:

- **DiamondBrite 15.4" widescreen LCD**
  Presents vivid 1440 x 900 WXGA+ resolution with more than 16 million colors

- **1.6 GHz Via Technologies C-7M processor**
  High performance design uses PowerSaver technology for extended battery life

- **1 GB of DDR2 system memory, 667 MHz**
  Offers good performance for today's applications and can be expanded to 2 GB

Everex 15.4" StepNote NC1610 Laptop PC w/ Via C7-M Processor - Wal-Mart

- **80 GB hard drive, 5400 rpm**
  Provides storage for documents, games, music, photos and video clips
- **DVD+/-RW drive with double-layer capability**
  Lets you burn and play DVDs and CDs for entertainment and data backup
- **Via Technologies Fast Ethernet LAN adapter**
  Furnishes 10/100 Base-TX interface for home or office networks
- **Atheros 802.11b/g wireless LAN**
  Connects to wireless home and office networks or to Wi-Fi hotspots for convenient Internet access
- **Microsoft Windows Vista Home Basic Edition**
  Makes computing more efficient, more secure and more fun

**Additional Features:**
- L2 cache: 128 KB
- Graphics: Via Chrome9 HC IGP
- Audio: Via high definition with headphone output and microphone input
- Wireless LAN: Atheros 802.11b/g
- Ethernet: 10/100 Base-TX LAN with RJ-45 port
- Fax/modem: built-in 56k v.92 with RJ-11 telephone jack
- I/O ports: 15-pin VGA and three USB 2.0
- Input devices: 86-key keyboard and Touchpad
- Software: OpenOffice.org 2.2, CyberLink DVD suite, Norton Internet Security (90-day subscription)
- Battery: three-cell rechargeable lithium-ion
- AC-DC adapter: 65-watt
- Measurements: 14.1" (L) x 10.7" (W) x 1.5" (H)
- Weight: 5.9 pounds

Top of Page

## Specifications

**Additional Specifications**

| | |
|---|---|
| Processor Brand: | VIA |
| Processor Type: | C7-M |

Product content powered by  **cnet** C|N|E|T.com

11/16/2007

http://www.walmart.com/catalog/product.do?product_id=7754611&povid=cat4070-env7711-module81592-rLink2

# Everex 15.4" StepNote NC1610 Laptop PC w/ Via C7-M Processor - Wal-Mart

| | |
|---|---|
| Hard Drive Size: | 80GB |
| System RAM: | 1024 MB |
| Laptop Screen Size: | 15" |
| Operating System: | Vista Home Basic |

**Display**

| | |
|---|---|
| Display Type: | 15.4" TFT active matrix |
| Widescreen Display: | Yes |
| Max Resolution: | 1440 x 900 ( WXGA+ ) |

**Processor**

| | |
|---|---|
| Processor: | VIA C7-M 1.6 GHz |
| Chipset Type: | VIA VN896 |

**Cache Memory**

| | |
|---|---|
| Type: | L2 cache |
| Installed Size: | 128 KB |

**Storage**

| | |
|---|---|
| Hard Drive: | 80 GB - Serial ATA-150 - 5400 rpm |

**RAM**

| | |
|---|---|
| Installed Size: | 1 GB / 2 GB (max) |
| Technology: | DDR II SDRAM - 667 MHz |
| Configuration Features: | 1 x 1 GB |

**Optical Storage**

| | |
|---|---|
| Type: | DVD±RW (±R DL) / DVD-RAM |
| Read Speed: | 24x (CD) / 8x (DVD) |
| Write Speed: | 24x (CD) / 8x (DVD±R) / 4x (DVD±R DL) |

**Networking**

| | |
|---|---|
| Data Link Protocol: | Ethernet, Fast Ethernet, IEEE 802.11b, IEEE 802.11g |
| Wireless LAN Supported: | Yes |

**Video**

| | |
|---|---|
| Video Memory: | Shared video memory (UMA) - 64 MB |
| Graphics Processor / Vendor: | VIA Chrome9 HC |

**Operating System / Software**

| | |
|---|---|
| OS Provided: | Microsoft Windows Vista Home Basic |
| Software: | Norton Internet Security 2007 (90 days subscription), CyberLink DVD Suite, |

11/16/2007

Everex 15.4" StepNote NC1610 Laptop PC w/ Via C7-M Processor - Wal-Mart

OpenOffice.org 2.2 Office Suite

**Battery**

| | |
|---|---|
| Technology: | 3-cell lithium ion |
| Installed Qty: | 1 |
| Capacity: | 2200 mAh |

**Product Dimensions**

| | |
|---|---|
| Width: | 14.1 in |
| Height: | 1.5 in |
| Depth: | 10.7 in |
| Weight: | 5.3 lbs |

**Miscellaneous**

| | |
|---|---|
| Features: | Security lock slot (cable lock sold separately) |

**Power**

| | |
|---|---|
| Voltage Required: | AC 120/230 V ( 50/60 Hz ) |

**Manufacturer Warranty**

| | |
|---|---|
| Service & Support: | 1 year warranty |

**More Information**

| | |
|---|---|
| Model No.: | NC1610 |
| Shipping Weight (in pounds): | 10.0 |
| Product in Inches (L x W x H): | 15.7 x 15.7 x 15.9 |
| Assembled in Country of Origin: | USA and/or Imported |
| Origin of Components: | USA and/or Imported |
| Wal-Mart No.: | 007754611 |

Top of Page

**What's Included**

Please see Features & Specifications for information.

Top of Page

**Customer Product Reviews**

Everex 15.4" StepNote NC1610 Laptop PC w/ Via C7-M Processor - Wal-Mart

Be the first to **rate and review** this product.

Top of Page

## Similar Items



Everex 15.4" StepNote NC1610 Laptop PC w/ Via C7-M Processor

**$498.00**

- 15.4" widescreen display
- 1.6 GHz Via Technologies C7-M processor
- 1 GB RAM, 80 GB hard drive
- DVD burner, Windows Vista Home Basic



Acer 14.1" Aspire 4520-5803 Laptop PC w/ AMD Athlon 64 X2 Dual-Core Processor TK-53

NEW

**$568.00**

- 14.1" WXGA display
- AMD Athlon 64 X2 Dual-Core mobile processor TK-53
- 1 GB RAM, 120 GB hard drive
- DVD burner, Windows Vista Home Premium
- Built-in CrystalEye Web cam and microphone





HP 17" Pavilion dv9627cl Laptop PC w/ AMD Turion 64 X2 Dual-Core Processor TL-58

NEW

**$898.00**

- 17" WXGA widescreen display
- 1.9 GHz AMD Turion 64 X2 Dual-Core processor
- 2 GB RAM, 120 GB & 80 GB hard drives
- DVD burner, Windows Vista Home Premium



Acer 15.4" Aspire 5520-5912 Laptop PC w/ AMD Athlon 64 X2 Dual-Core Processor TL-58

NEW

**$698.00**

- 15.4" WXGA display
- 1.9 GHz AMD Turion 64 X2 dual-core processor TL-58
- 2 GB RAM, 160 GB hard drive
- DVD burner, Windows Vista Home Premium
- CrystalEye Web cam and microphone



Everex 15.4" StepNote NC1510 Laptop PC w/ Via C7-M Processor

**$478.00**

- 15.4" active-matrix widescreen display

Everex 15.4" StepNote NC1610 Laptop PC w/ Via C7-M Processor - Wal-Mart

- 1.5 GHz Via Technologies C7-M processor
- 1024 MB RAM, 60 GB hard drive
- DVD burner, Windows Vista Home Basic

**Browse for similar items in :**

- Home Page > Electronics > Computers > Laptop Computers > All Laptop Computers

Top of Page

## Warranty Information

**Length of warranty:** See details

Top of Page

## Gifting Options

Gift options are not available for this item.

Top of Page

## 0% Interest Offer / Payment Options

**Enjoy Great Financing!**



Make the most of your shopping with these great Wal-Mart® Discover® or Wal-Mart Credit Card financing offers:

- Minimum monthly payments required
- Offer available on a Walmart.com purchase of $250 or more until December 31, 2007
- Purchase must be made with a Wal-Mart® Discover® or Wal-Mart® Credit Card

Offer Details and Card Application

**Other Payment Options**

- Bill Me Later® — see details
- Wal-Mart Credit Card
- Wal-Mart Gift Card
- Visa, MasterCard, American Express, Discover and Wal-Mart Discover issued by U.S.

11/16/2007

http://www.walmart.com/catalog/product.do?product_id=7754611&povid=cat4070-env7711-module81592-rLink2

# HP Pavilion a6200t series



**▶▶ Demo**

## Starting from: $299.99*

As low as $15/mo† <u>Apply now. Get up to 6 months no payments.</u>

### Special offers and deals

 Save $60 instantly on 17" flat panel display
on customizable models

 Save $50 instantly on HP printers or All-in-ones $69 or higher when purchased with any PC

 Free photo calendar and 100 free prints from Snapfish
on customizable models

### Configurations

| Start with: | Priced from: | |
|---|---|---|
| Base configuration | $299.99* | ████████████ |
| Recommended configuration | $468.99* | ████████████ |
| Pre-built model** (not configurable) | $654.99* | ████████████ |

Pricing after rebates

** Pre-built models: <u>SHIP SAME DAY</u>
Orders by 10 p.m. ET (MF) ship within 24 hours.

`Overview`    `» Specs`    `» Warranty & Support`

The a6200t has your current and future    **Award-winning**

computing needs covered, whether you'll be using it for work at home, school, or play. Get ready to send e-mail, browse the Web, make photo albums, organize your finances, and lots more.

### Genuine Windows Vista

Get things done, stay connected, and enjoy a variety of entertainment in a secure environment with genuine Windows Vista Basic. This cool operating system even has parental controls and enhanced instant search tools. Or, step up to genuine Windows Vista Premium for more useful features, including Windows Aero and Windows Media Center.

» Compare operating system choices

### Proven Intel technology

Intel's Celeron D processors will keep you productively surfing the Internet, word processing, e-mailing, and listening to music. If you're looking for a faster processor for more power, customize with an Intel Pentium Dual-Core processor.

### Cool disc labeling

The optional HP DVD writer with our LightScribe[1] technology lets you burn professional-looking labels from your PC onto LightScribe-enabled media. After burning a disc, you just flip and reinsert it in the same drive for labeling; there's no need to print, align, or adhere a sticker.

» How LightScribe works



### Beautiful graphics

Punch up your PC's visual quality and ability to render 3-D images with a dedicated graphics card. All of the PCs in this series feature integrated and dedicated graphics-card options for realistic digital photos and clear Web imagery.

### Get more hard drive space

Make sure you have enough hard drive space to store all your photos, music, videos, and other applications. The a6200t offers 7,200 rpm Serial ATA hard drives in sizes up to 320GB.

---

**support**

Download software and drivers

Use our Web interface to troubleshoot a problem

Get access to support by registering your product

Still not finding what you need? Get questions answered 24 x 7, toll-free, or via e-mail by our support agents at HP Total Care

### Use and learn

Tips for customizing your desktop PC

Choosing the right firewall solution to protect your PC

Make affordable, silkscreen-quality disc labels without a printer with Lightscribe technology

Find out more about Intel Core Duo processors

with support agents, and e-mail response in
about an hour.

1. Requires use of LightScribe discs.

¥ Not all Windows Vista features are available for use on all Windows Vista Capable PCs. All Windows Vista Capable PCs will run the
core experiences of Windows Vista, such as innovations in organizing and finding information,security and reliability. Some features
available in premium editions of Windows Vista--like the new Windows Aero™ user interface--require advanced or additional hardware.
Check www.windowsvista.com/getready for details.

' Prices, specifications, availability and terms of offers may change without notice. Despite our best efforts, a small number of items may
contain pricing, typography, or photography errors. Correct prices and promotions are validated at the time your order is placed. Please
note these policies apply only to products sold by the HP Home & Home Office Store; reseller offers may vary.

† On your HP Home & Home Office Store credit card, subject to credit approval. Based only on the purchase price of this item. Taxes,
shipping costs, additional purchases and other fees are not included in the monthly payment amount. A higher revised monthly payment
amount will be calculated at checkout based on shipping preferences and zip code information.

‡ Intel's numbering is not a measurement of higher performance.

Celeron, Celeron Inside, Centrino, Core Inside, Intel, Intel Core, Intel Inside, Intel SpeedStep, Intel Viiv, Intel Xeon, Itanium, Itanium
Inside, Pentium, Pentium Inside, the Centrino logo, the Intel logo and the Intel Inside logo are trademarks or registered trademarks of
Intel Corporation or its subsidiaries in the United States and other countries.

§ 1GB = For hard drives, GB=1 billion bytes. Actual formatted capacity is less. A portion of hard drive is reserved for system recovery
software--for notebooks, up to: 8GB (XP and XP Pro), 12GB (Vista), 12GB (MCE); for desktops, up to: 10GB (Vista, XP, XP Pro), 12GB
(MCE).

‖ In-home warranty is available only on select customizable HP desktop PCs. Need for in-home service is determined by HP support
representative. Customer may be required to run system self-test programs or correct reported faults by following advice given over
phone. On-site services provided only if issue can't be corrected remotely. Service not available holidays and weekends.

†† Certain Windows Vista product features require advanced or additional hardware. See
http://www.microsoft.com/windowsvista/getready/hardwarereqs.mspx and http://www.microsoft.com/windowsvista/getready/capable.mspx
for details. Windows Vista Upgrade Advisor can help you determine which features of Windows Vista will run on your computer. To
download the tool, visit www.windowsvista.com/upgradeadvisor.

» Return to original page

| More ways to shop | Shopping help | Offers & Rebates | E-newsletter & Catalog sign up |

Privacy statement | Using this site means you accept its terms | Terms and conditions of sale and service | Affiliate program | Site Map

Buy HP Pavilion a6210z series, HP Pavilion Desktop and Slimline PCs, Compaq Presario Desktop PCs, Media Center Computers, and Digital...  Page 1 of 4

Fri, Nov 16, 2007

» Return to original page

# HP Pavilion a6210z series



[»] Demo

## Starting from: $349.99*

As low as **$15/mo†** Apply now. Get up to 6 months no payments.

Overview    » Specs    » Warranty & Support

## Special offers and deals

- Free shipping
- Save $60 instantly on 17" widescreen flat panel display on customizable models
- $50 instant savings on customizable models

More offers ●

## Configurations

| Start with: | Priced from: |
|---|---|
| Base configuration | $349.99* |
| Recommended configuration | $558.99* |
| Pre-built model** (not configurable) | $574.99* |

Pricing after rebates

** Pre-built models: SHIP SAME DAY
Orders by 10 p.m. ET (MF) ship within 24 hours.

**Award-winning support**

Get all the key features you need for school, e-mail, and

http://www.shopping.hp.com/webapp/shopping/computer_can_series.do?hpweb_printable=true&storeName=computer_store&category=desk...   11/16/2007

browsing the Internet. Nice price, too.

### Genuine Windows Vista

Get things done, stay connected, and enjoy a variety of entertainment in a secure environment with genuine Windows Vista Basic. This latest Microsoft operating system even has parental controls and enhanced search tools. For enhanced entertainment, choose genuine Windows Vista Home Premium, which includes Windows Aero, Windows Media Center, and instant searching.

» Compare operating system choices

### Proven processing power

The AMD Athlon 64 processor is a popular choice for everyday e-mail, word processing, and Web browsing. If you prefer, you can upgrade to an AMD Athlon 64 X2 dual-core processor to speed things up.

### Plenty of memory

Your HP Pavilion a6210z desktop will come with dual-channel DDR2-667MHz SDRAM, which is affordable but fast enough for all your everyday tasks. For more-data-intensive work (e.g., photo editing) you can add up to 2GB of memory, which will reduce the timing delays that invariably occur when running multiple applications at once.

### Roomy storage

You can never have too much space for digital photos and songs. When you customize a Pavilion a6210z, you can choose a drive with up to 400GB (7200 rpm) which holds about 240 hours of digital video.

---

Download software and drivers

Use our Web interface to troubleshoot a problem

Get access to support by registering your product

Still not finding what you need? Get questions answered 24 x 7, toll-free, or via e-mail by our support agents at HP Total Care

### Use and learn

Tips for customizing your desktop PC

Choosing the right firewall solution to protect your PC

Make affordable, silkscreen-quality disc labels without a printer with Lightscribe technology

Find out more about AMD processors

» Return to original page

---

### Silkscreen-quality graphics

Buy HP Pavilion a6210z series, HP Pavilion Desktop and Slimline PCs, Compaq Presario Desktop PCs, Media Center Computers, and Digital...    Page 3 of 4

Burn professional-looking labels right
on HP LightScribe-enabled discs¹—
straight from your PC—with an HP
LightScribe DVD writer (optional).
After burning a disc, just flip and
reinsert it in the same drive for
labeling—there's no printing, aligning,
or sticking.

» How LightScribe works



free, 24 x 7 support, on-line chat with support agents,
and e-mail response in about an hour.

1. Requires use of LightScribe discs.

‡ Not all Windows Vista features are available for use on all Windows Vista Capable PCs. All Windows Vista Capable PCs will run the core experiences of Windows Vista,
such as innovations in organizing and finding information, security and reliability. Some features available in premium editions of Windows Vista–like the new Windows Aero™
user interface—require advanced or additional hardware. Check www.windowsvista.com/getready for details.

˙ Prices, specifications, availability and terms of offers may change without notice. Despite our best efforts, a small number of items may contain pricing, typography, or
photography errors. Correct prices and promotions are validated at the time your order is placed. Please note these policies apply only to products sold by the HP Home &
Home Office Store; reseller offers may vary.

Buy HP Pavilion a6210z series, HP Pavilion Desktop and Slimline PCs, Compaq Presario Desktop PCs, Media Center Computers, and Digital...   Page 4 of 4

† On your HP Home & Home Office Store credit card, subject to credit approval. Based only on the purchase price of this item. Taxes, shipping costs, additional purchases and other fees are not included in the monthly payment amount. A higher revised monthly payment amount will be calculated at checkout based on shipping preferences and zip code information.

*** AMD's model numbering is not a measurement of clock speed.

© 2005 Advanced Micro Devices, Inc. All rights reserved. AMD, the AMD Arrow logo, AMD Athlon, AMD Sempron, AMD Turion, and combinations thereof, are trademarks of Advanced Micro Devices, Inc.

§ 1GB = For hard drives, GB=1 billion bytes. Actual formatted capacity is less. A portion of hard drive is reserved for system recovery software--for notebooks, up to: 8GB (XP and XP Pro), 12GB (Vista), 12GB (MCE); for desktops, up to: 10GB (Vista, XP, XP Pro), 12GB (MCE).

¶ In-home warranty is available only on select customizable HP desktop PCs. Need for in-home service is determined by HP support representative. Customer may be required to run system self-test programs or correct reported faults by following advice given over phone. On-site services provided only if issue can't be corrected remotely. Service not available holidays and weekends.

†† Certain Windows Vista product features require advanced or additional hardware. See http://www.microsoft.com/windowsvista/getready/hardwarereqs.mspx and http://www.microsoft.com/windowsvista/getready/capable.mspx for details. Windows Vista Upgrade Advisor can help you determine which features of Windows Vista will run on your computer. To download the tool, visit www.windowsvista.com/upgradeadvisor.

More ways to shop       Shopping help       Offers & Rebates       E-newsletter & Catalog sign up

Privacy statement | Using this site means you accept its terms | Terms and conditions of sale and service | Affiliate program | Site Map
© 2007 Hewlett-Packard Development Company, L.P.

http://www.shopping.hp.com/webapp/shopping/computer_can_series.do?hpweb_printable=true&storeName=computer_store&category=desk...   11/16/2007

Toshiba Satellite® L45-S7409 15.4" Widescreen Notebook Computer With Intel® Pentiu...    http://www.officedepot.com/ddSKU.do?level=SK&id=592085&N=2000000&N=-265455%...

**Personal Computers**

**You might also consider**

**$449.99**

Compaq Presario F730US
15.4" Widescreen Notebook
Computer With AMD Athlon™
64 X2 Processor TK-55

**$699.99**

Toshiba Satellite® A215-S7422
15.4" Widescreen Notebook
Computer With AMD Turion™
64 X2 Dual-Core Mobile
Technology TL-58

**$849.99**

Toshiba Satellite A205-S7443 -
Pentium Dual Core T2310 1.46
GHz - 15.4" TFT



ENLARGE IMAGE ►

► More about Microsoft Vista

► More about Intel Processors

► **Rebate Savings**
Click for printable mail-in rebate form.

Item #: 592085
**$599.99** In Stock
each

Quantity: _____

[ ADD TO CART ]

[ COMPARE ]

[ ADD TO LIST ]



**Description**   Product Details   Related Items

The Toshiba Satellite L45-S7409 notebook provides the basics and more, in a very affordable design. It features a 15.4" widescreen WXGA LCD display, 1.0GB of memory and an 80GB hard drive, while its Intel Pentium dual-core processor T2310 operating at 1.46GHz combines mobile processor technology with exceptional value, and lets you run multiple applications at once.

The notebook also has an advanced DVD SuperMulti Double Layer drive, to burn and play DVDs and CDs. The drive is compatible with 11 CD and DVD formats, including DVD-RAM and DVD±R Double Layer, with 8.5GB capacity per disc.

The Satellite L45-S7409 notebook includes:

- 15.4"-diagonal widescreen WXGA (1280 x 800) LCD screen
- Intel Pentium dual-core processor T2310 operating at 1.46GHz
- 2MB L2 cache
- Up to 533MHz frontside bus
- 1.0GB of PC2-5300 DDR2 SDRAM memory, upgradable to 2.0GB
- 80GB 5400-rpm Serial ATA (SATA) hard drive
- DVD SuperMulti drive with Double Layer support (reads/writes DVD±R/RW, DVD-RAM, DVD±R Double Layer, CD-R/RW)
- Realtek 802.11b/g wireless LAN
- 10/100Base-T Ethernet LAN port
- 56K V.92 software modem
- 3 USB 2.0 ports
- ExpressCard/54 slot, compatible with ExpressCard/34 format
- Intel Graphics Media Accelerator X3100 with 128MB to 251MB shared memory (dynamically allocated)
- Windows-compatible audio; built-in stereo speakers; headphone output jack and microphone input jack
- Rechargeable lithium-ion battery (4000 mAh)
- Dimensions: 1 2/5"H x 14"W x 10 3/5"D
- Weight: 6.2 lbs

Microsoft® Windows Vista™ Home Basic operating system comes installed, providing enhanced security and productivity, and new ways to organize, find and share information. Other software included:

- Microsoft Works 8.5 (word processor, spreadsheet, database and calendar)
- Ulead® DVD MovieFactory® 5
- Google Desktop
- Google Toolbar
- Adobe® Acrobat Reader
- Sun® Java™ 2 Runtime Environment
- Yahoo Music™ Jukebox
- Toshiba ConfigFree™
- Toshiba Disc Creator
- Toshiba Game Console
- McAfee® Internet Security Suite (trial, with 30 days of free updates)

The Satellite L45-S7409 is backed by the manufacturer's 1-year warranty.

11/15/2007 4:41 PM

11/15/2007 4:41 PM

2 of 3



# Come meet the Strange Little Office Beings!

Their body parts are lurking in your office, waiting to be created by you and your friends online.

**LEARN MORE**

**Site Info**
Site Map
International
Office Depot en Español
Terms of Use
Privacy Policy

**Customer Service**
Customer Service
Refunds and Exchanges
Contact Us
Order Tracking
Delivery Info
Re-order
Order by item#
My Account
Request a Catalog
Gift & Rewards Cards
Website Feedback
Important notices, errors,
and omissions

**Company Info**
Store Locator
About Office Depot®
Affiliate Program
Career Opportunities
Government Programs
NASCAR & Carl Edwards
Diversity
Community Involvement
Women in Business
Environmental Programs
Media Relations
Investor Relations

**Specials**
Worklife™ Rewards
Mail-in Savings Center
Advertised Specials
5% Back to Schools
Program

**Products**
Tech Depot
Ink Depot
Furniture Depot
Design, Print & Ship
Christopher Lowell
Ativa™
Foray™
Products A-Z
Buy Green

Copyright ©2007 by Office Depot, Inc. All rights reserved.

Amazon.com: Compaq Presario SR5110NX Desktop PC (AMD Athlon 64 Processor 3500+, 512 MB RAM, 120 GB Hard Drive, Vista Basic... Page 1 of 12

Case 2:07-cv-00475-MJP     Document 99-8     Filed 11/19/2007     Page 31 of 37

**Hello. Sign in** to get personalized recommendations. New customer? Start here.

**Gift-wrap for only 99¢ per item** ⊙
Hurry—offer ends soon

Your Account | Help

| Your Amazon.com | Today's Deals | Gifts & Wish Lists | Gift Certificates |

Browse Brands & Products   Bestsellers   Laptops & Notebooks   Desktops   Networking & Online Communication   Software   Today's Deals   Broadband Services

This item is not eligible for Amazon Prime, but over a million other items are. Join **Amazon Prime** today. Already a member? Sign in.

**Computers & PC Hardware**

| Computers & PC Hardware |

## Compaq Presario SR5110NX Desktop PC (AMD Athlon 64 Processor 3500+, 512 MB RAM, 120 GB Hard Drive, Vista Basic)

Other products by Hewlett-Packard

★★☆☆☆ ⊙ (3 customer reviews) | More about this product

See larger image

Share your own customer images

**Model:**
| SR5110NX: $499.87 |

**List Price:** ~~$645.00~~

**Price:** **$499.87**

**You Save:** $15.13 (3%)

**Availability:** In stock. Processing takes an additional 4 to 5 days for orders from this seller. Ships from and sold by **Techno Intelligence.**

**Monitor sold separately:** See compatible monitors

**Price: $499.87**
In stock. Processing takes an additional 4 to 5 days.
Ships from and sold by **Techno Intelligence**

**Quantity:** | 1 |

or

Sign in to turn on 1-Click ordering.

| Add to Wish List ▾ |

| Add to Shopping List |

| Add to Wedding Registry |

| Add to Baby Registry |

| Tell a friend |

## Better Together
Buy this item with ViewSonic VA503b 15" LCD Monitor by ViewSonic today!



**Total List Price:** ~~$749.99~~
**Buy Together Today: $659.86**

Buy it both now!



Amazon.com: Compaq Presario SR5110NX Desktop PC (AMD Athlon 64 Processor 3500+, 512 MB RAM, 120 GB Hard Drive, Vista Basic... Page 2 of 12

Case 2:07-cv-00475-MJP    Document 99-8    Filed 11/19/2007    Page 32 of 37

## What Do Customers Ultimately Buy After Viewing Items Like This?

**80% buy the item featured on this page:**
Compaq Presario SR5110NX Desktop PC (AMD Athlon 64 Processor 3500+, 512 MB RAM, 120 GB Hard Drive, Vista Basic) ★★☆☆☆ (3)
$499.87

**9% buy**
HP Pavilion A6130N Desktop PC (AMD Athlon 64 Processor, 3 GB RAM, 400 GB Hard Drive, Vista Premium) ★★★★☆ (20)
$949.87

**4% buy**
HP Pavilion S3100N Slimline Desktop PC (AMD Athlon 64 Processor 4000+, 1 GB RAM, 250 GB Hard Drive, Vista Premium) ★★★☆☆ (1)
$547.79

  

( Compare these items )    Explore similar items

## Special Offers and Product Promotions

- **Special offer:** When you buy this PC, save $15 on Microsoft Office 2007 or Microsoft Office 2007 Upgrade; $20 on Microsoft Office Small Business 2007 or Microsoft Office Small Business 2007 Upgrade; or $25 on Microsoft Office Professional 2007 or Microsoft Office Professional 2007 Upgrade.

- **Kingston Memory Finder:** Find the right memory to upgrade your desktop PC with the easy-to-use Kingston Memory Finder at Amazon.com.

## Technical Details

- Affordable family multimedia desktop PC with 2.4 GHz AMD's Athlon 64 3500+ single-core processor
- 120 GB hard drive, 512 MB installed RAM (4 GB max), 16x multi-format/dual-layer LightScribe DVD drive
- Connectivity: 4 USB, 1 VGA, 1 headphone, 1 microphone, 2 PS/2
- 10/100 Ethernet, ATI Radeon Xpress 1100 with 128 MB of dedicated video RAM
- Pre-installed with Windows Vista Home Basic
- ❯ See more technical details

## Product Details

**Product Dimensions:** 6.7 x 16.8 x 9.6 inches

**Shipping Weight:** 31 pounds (View shipping rates and policies)

**Shipping:** Currently, item can be shipped only within the U.S.

Amazon.com: Compaq Presario SR5110NX Desktop PC (AMD Athlon 64 Processor 3500+, 512 MB RAM, 120 GB Hard Drive, Vista Basic... Page 3 of 12

**ASIN:** B000RNDZ5M

**Item model number:** SR5110NX

**Average Customer Review:** ★★★☆☆ ☑ (3 customer reviews)

**Amazon.com Sales Rank:** #783 in Computers & PC Hardware (See Bestsellers in Computers & PC Hardware)

**Date first available at Amazon.com:** April 2, 2004

Would you like to **update product info or give feedback on images?** (We'll ask you to sign in so we can get back to you)

## Product Description

### Amazon.com Product Description
Whether you're e-mailing family and friends, balancing your online checkbook, or listening to your digital music collection, the newly restyled HP Compaq Presario SR5110NX desktop PC offers a versatile, strong base for your home computing needs as well as easy-to-use multimedia features. Focusing on affordability, this desktop provides room to grow with the ability to add up to 4 GB of RAM, available PCI and expansion slots, and access to a wide variety of peripherals via its seven USB 2.0 and two FireWire ports. It's also chock-full of security and productivity software to get you going as soon as the PC's unpacked from its box, including Symantec Norton Internet Security 2007 and Microsoft Works 8. You can also easily burn your home video productions to DVD for friends and family with the 16x dual-layer, multi-format LightScribe DVD/CD burner, which enables you to store up to 8.5 GB of data on a DL disc, and manage your family's photo library with HP Photosmart Essential 2 software.

Other features include a 2.4 GHz AMD Athlon 64 3500+ processor, 120 GB hard drive, 512 MB of installed RAM (4 GB maximum), Nvidia GeForce 6150 SE video card with up to 128 MB of shared memory, and 6-channels of surround sound audio. It comes preinstalled with Microsoft Windows Vista Home Basic, which delivers a safer, more reliable, and more productive computing environment. It integrates new search tools throughout the operating system, includes new parental control features, and offers new tools that can warn you of impending hardware failures

### The Basics

- *Processor:* AMD's Athlon 64 3500+ processor is built for tomorrow's 64-bit applications, which will require a processor with significant power. This 2.4 GHz processor offers a system bus with speeds up to a blazing 2000 MT/s (mega transfers per second) and 1 MB L2 cache (An L2, or secondary, cache temporarily stores data; and a larger L2 cache can help speed up your system's performance.) It includes such AMD features as HyperTransport Technology (which increases the communication between integrated circuits) and Cool'n'Quiet Technology that conserves power while also keeping the PC nicely quiet.

- *Hard Drive:* The 120 GB Serial ATA (SATA) hard drive (7200 RPM) is a bit on the small side for desktop PCs, but is in line with comparable affordable models. This SATA hard drive has a 3Gb/s interface speed that enables up to 300MB/s data transfer rates (double the speed of the current SATA interface of 1.5Gb/s).

- *Memory:* The 512 MB of installed RAM (1 x 512 MB DDR2, PC2-5300) is enough to get you started, but you'll want to add more RAM to handle today's demanding multimedia and productivity suites. It provides two DIMM slots and has a 4 GB maximum RAM capacity. To receive the faster data transfer benefits of the dual-channel DDR2 RAM, any RAM additions require memory modules of same capacity and

http://www.amazon.com/Compaq-Presario-SR5110NX-Desktop-Processor/dp/B000RNDZ5M/ref=sr_1_7?ie=UTF8&s=pc&qid=11952449l...  11/16/2007

Amazon.com: Compaq Presario SR5110NX Desktop PC (AMD Athlon 64 Processor 3500+, 512 MB RAM, 120 GB Hard Drive, Vista Basic... Page 4 of 12

- *DVD/CD Drive:* This multiformat DVD/CD drive is compatible with writing both DVD+ and DVD- disc formats as well as dual-layer (DL) DVD+/-R discs, which can store up to 8.5 GB of data. It features 8x DVD+R DL Write Once, 8x DVD+R DL Write Once, 16x DVD+R, 8x DVD+RW, 16x DVD+R, 6x DVD-RW, 12x DVD-RAM, 40x CD-R, 32x CD-RW write speeds and 40x CD-ROM, and 16x DVD-ROM read speeds.

This LightScribe DVD+/-RW drive lets you laser-etch silkscreen quality text and images on to CDs and DVDs . Your software, PC and discs work together for a no-hassle way to burn just the labels you want. After you burn content, just flip the disc over, reinsert and burn your label--anything from a simple title to a full-disc work of art.

- *Keyboard & Mouse:* It comes with a Compaq keyboard and scroller mouse (both with PS/2 connections).

**Video & Audio**
This desktop features an integrated Nvidia GeForce 6150 SE graphics/video card with 128 MB of dedicated graphics memory. Windows Vista can also allocate up to 319 MB of total graphics memory from the system memory. It features NVidia's PureVideo technology--which provides great picture clarity, smooth video, accurate color, and precise image scaling for video content--and full support for Microsoft DirectX 9.0 for stunningly realistic cinematic effects for all DirectX-compatible applications. It also offers an integrated audio card that can produce high definition surround sound configurable to 8 speakers.

**Networking, Connectivity & Expansion**
For expansion, this desktop has two PCI slots (one available), one PCI Express x16 slot (available), one PCI Express x1 slot (available), two 5.25-inch external bays (one available), three 3.5-inch bays (two available). It comes with the following external connections:

- 4 USB 2.0 ports for connecting a wide range of peripherals--from digital cameras to MP3 players (2 in front, 2 in rear)
- 2 PS/2 ports for connecting keyboards and mice
- 1 VGA monitor port
- 1 headphone (front)
- 1 microphone/line-in/line-out (rear)

It also has an integrated 56K modem (V.90) and an RJ-45 LAN network port (for a 10/100 Ethernet connection to networks and DSL/cable modems).

**Operating System**
Windows Vista Home Basic is the operating system for users with basic computing needs, such as surfing the Internet, corresponding with friends and family using e-mail, or performing basic document creation and editing tasks. Additionally, Windows Vista Home Basic integrates new search tools throughout the operating system to help you quickly find the precise file or program you need.

Every edition of Windows Vista provides the essential tools and technologies to help protect you whether you are browsing the Internet, connecting to a wireless network, or just reading e-mail. All editions of Windows Vista include new tools that can warn you of impending hardware failures long before you have lost any important personal data. And, all Windows Vista editions include parental control features that allow you to manage and monitor your family's use of games, the Internet, instant messaging, and other activities.

**Preloaded Software**
Includes Microsoft Works, Microsoft Office 2007 Student and Teacher Edition (60-day trial), Muvee Autoproducer, Roxio Creator 9 Basic, Roxio

http://www.amazon.com/Compaq-Presario-SR5110NX-Desktop-Processor/dp/B000RNDZSM/ref=sr_1_7?ie=UTF8&s=pc&qid=119524491...    11/16/2007

Amazon.com: Compaq Presario SR5110NX Desktop PC (AMD Athlon 64 Processor 3500+, 512 MB RAM, 120 GB Hard Drive, Vista Basic... Page 5 of 12

MyDVD 9 Basic, HP Photosmart Essential 2, HP DVD Play 2.4, and Symantec Norton Internet Security 2007 (with 60 days of Live Update).

**Dimensions & Weight**
It measures 6.7 x 14.9 x 16.8 inches (WxHxD) and weighs approximately 21 pounds.

**What's in the Box**
The HP Compaq Presario SR5110NX desktop PC comes with a power cord, keyboard, and scroller mouse. It is backed by a one-year warranty for parts and labor from date of purchase, one-year technical phone service, and 90 days of software application support.

**Product Description**
CPQ SR5110NX PRESARIO DESKTOP COMPUTER

See all Product Description

## Select Accessories for This Item



**Compaq Presario SR5110NX Desktop PC (AMD Athlon 64 Processor 3500+, 512 MB RAM, 120 GB Hard Drive, Vista Basic)**
In stock. Processing takes an additional 4 to 5 days from Techno Intelligence.

> View Details

⊟ **Service Plans**

Select contract length :

3-Year Service Plan for Desktop Computers - $199.99    $199.99 ☐

⊟ **Monitors**

**Acer AL1916WABD 19" Wide LCD Monitor**
In Stock from TigerDirect.
$215.00 $179.99 ☐

**Acer AL2216Wbd 22" LCD Monitor – Black**
In Stock.
$239.99 $216.15 ☐

**HP L1906 19" Flat Panel Monitor**
In Stock from CompUSA.
$515.00 $499.87 ☑

$239.99 $230.99 ☐

↘ See more Monitors

⊞ **Wireless Networking**

⊞ **USB Flash Drives**

⊞ **WebCams**

> **See all accessories and services**

Amazon.com: Acer Aspire T180-UA381B AMD Desktop PC - AMD Athlon 64 3800+ 2.4GHz, 1GB DDR2, 160GB SATA, DL DVD±RW, ... Page 1 of 8

Case 2:07-cv-00475-MJP    Document 99-8    Filed 11/19/2007    Page 36 of 37

**Gift-wrap for only 99¢ per item** ⊡
Hurry—offer ends soon

Your Account | Help

Computers & PC Hardware    Software    Today's Deals    Networking & Online Communication    Broadband Services

Your Amazon.com    Today's Deals    Gifts & Wish Lists    Gift Certificates

Browse Brands & Products    Bestsellers    Laptops & Notebooks    Desktops

**Hello. Sign in to get personalized recommendations. New customer? Start here.**

This item is not eligible for Amazon Prime, but over a million other items are. Join **Amazon Prime** today. Already a member? Sign in.

Computers & PC Hardware

[ Computers & PC Hardware ▪ ]

## Acer Aspire T180-UA381B AMD Desktop PC - AMD Athlon 64 3800+ 2.4GHz, 1GB DDR2, 160GB SATA, DL DVD±RW, Gigabit LAN, Flash Reader, Windows Vista Home Basic, with 17" Widescreen LCD

Other products by Acer

No customer reviews yet. Be the first. | More about this product

**Price: $499.99**

**Availability:** In Stock. Ships from and sold by **TigerDirect.**

2 used & new available from $499.99

See larger image

See all 3 customer images
Share your own customer images

**Price: $499.99**
In Stock
Ships from and sold by
TigerDirect

**Quantity:** [ 1 ]

or

Sign in to turn on 1-Click ordering.

**More Buying Choices**

**2 used & new** from
$499.99

Have one to sell? [ Sell yours here ]

[ Add to Wish List ▐ ▼ ]
[ Add to Shopping List ]
[ Add to Wedding Registry ]
[ Add to Baby Registry ]
[ Tell a friend ]

## Special Offers and Product Promotions

- **Kingston Memory Finder:** Find the right memory to upgrade your desktop PC with the easy-to-use Kingston Memory Finder at Amazon.com.

Amazon.com: Acer Aspire T180-UA381B AMD Desktop PC - AMD Athlon 64 3800+ 2.4GHz, 1GB DDR2, 160GB SATA, DL DVD±RW, ...    Page 2 of 8

Case 2:07-cv-00475-MJP    Document 99-8    Filed 11/19/2007    Page 37 of 37

## Technical Details

**Display Type:** LCD

**Viewable Screen Size:** 17.00 in.

**Connection Type:** VGA (15-Pin D-Sub)

**Condition:** New

**Operating Systems:** Genuine Windows® Vista? Home Basic

› See more technical details

## Product Details

**Product Dimensions:** 37.7 pounds

**Shipping Weight:** 37.7 pounds (View shipping rates and policies)

**Special Shipping Notices:**
Standard shipping may not be available for some variations of this item to: Europe
Standard shipping may not be available for some variations of this item to: Canada
Standard shipping may not be available for some variations of this item to: Asia
Standard shipping may not be available for some variations of this item to: Outside US, Eur., CA, Asia

**ASIN:** B000W6EU5S

**Average Customer Review:** No customer reviews yet. Be the first.

**Amazon.com Sales Rank:** #6,336 in Electronics (See Bestsellers in Electronics)

Popular in this category: (What's this?)

   #35 in Computers & PC Hardware > **Desktops**

**Date first available at Amazon.com:** September 19, 2007

Would you like to **update product info** or **give feedback on images?** (We'll ask you to sign in so we can get back to you)

## Product Description

**Product Description**
Acer Aspire T180-UA381B AMD Desktop PC with 17" Widescreen LCD For many years Acer has delivered the most reliable computers in the world. Computers you can count on to perform with incomparable efficiency. The T180-UA381B AMD desktop continues the Acer tradition with its AMD Athlon 64 3800+ 2.4GHz socket AM2 processor with Hypertransport, dual-layer DVD±RW drive, 1GB of DDR2 memory, 160GB SATA hard drive, Gigabit LAN, modem, and numerous onboard innovations. The Acer Aspire T180-UA381B runs on Microsoft's Windows Vista Home Basic Edition operating system for optimum security and stability. The Acer Aspire T180-UA381B is an exceptional all-around computer capable of handling the most complex tasks. An outstanding solution for today's toughest computing applications, the Acer Aspire T180-UA381B has plenty of room for future upgrades.