The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DIANNE L. KELLEY, ) | |
| Plaintiff, ) | No. CV07-00475 MJP |
| ) | |
| v. ) | CERTIFICATE OF SERVICE |
| ) | |
| MICROSOFT CORPORATION, a Washington ) Corporation, ) | |
| ) | |
| Defendant. ) | |

I hereby certify that on November 19, 2007, I electronically filed the below listed documents with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

> Jeffrey I. Tilden:        jtilden@gordontilden.com
> Jeffrey M. Thomas:        jthomas@gordontilden.com
> Michael Rosenberger:      mrosenberger@gordontilden.com
> Mark A. Wilner:           mwilner@gordontilden.com
> William C. Smart:         wsmart@kellerrohrback.com
> Mark A. Griffin:          mgriffin@kellerrohrback.com
> Ian S. Birk:              ibirk@kellerrohrback.com

1. Microsoft's Motion to Seal Certain Confidential Materials Pursuant to CR 5(g) (with attached [Proposed] Protective Order Sealing Certain Confidential Documents and Related Briefing);

2. Declaration of Nicholas J. Psyhogeos in Support of Microsoft's Motion to Seal Certain Confidential Documents;

CERTIFICATE OF SERVICE (07-475 MJP) – 1
DWT 2172566v1 0025936-000689

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington 98101-1688
(206) 622-3150 · Fax: (206) 628-7699

3. **Sealed Document**: Microsoft's Opposition to Plaintiffs' Motion for Class Certification *(filed under seal pursuant to Protective Order (Dkt. 57) and pending motion to seal)*;

4. **Sealed Document**: Declaration of Christine Mullaney Sundlie in Support of Microsoft's Opposition to Plaintiffs' Motion for Class Certification *(filed under seal pursuant to Protective Order (Dkt. 57) and pending motion to seal)*;

5. **Sealed Document**: Declaration of Robert L. Moline in Support of Microsoft's Opposition to Plaintiffs' Motion for Class Certification *(filed under seal pursuant to Protective Order (Dkt. 57) and pending motion to seal)*;

6. Declaration of Martin Antonio Gatchalian in Support of Microsoft's Opposition to Plaintiffs' Motion for Class Certification;

7. Declaration of Michael Burk in Support of Microsoft's Opposition to Plaintiffs' Motion for Class Certification;

8. Declaration of Midori Chan in Support of Microsoft's Opposition to Plaintiffs' Motion for Class Certification;

9. Declaration of Mark Tindall in Support of Microsoft's Opposition to Plaintiffs' Motion for Class Certification;

10. Declaration of Khiota Therrien in Support of Microsoft's Opposition to Plaintiffs' Motion for Class Certification;

11. Declaration of Virginia Hodges, CompUSA Inc. Vice President – Home and Business Technology;

12. Declaration of Tina Riquelmy *(correction filed November 20, 2007)*;

13. Declaration of Sandra Chim;

14. Declaration of Thomas G. Yoxall in Support of Microsoft's Opposition to Plaintiffs' Motion for Class Certification;

15. Declaration of Stephen M. Rummage in Connection with Plaintiffs' Motion for Class Certification; and

16. Microsoft's Opposition to Plaintiffs Motion for Application of Washington Law *(correction filed November 20, 2007);*

and I hereby certify that paper copies of:

CERTIFICATE OF SERVICE (07-475 MJP) – 2

DWT 2172566v1 0025936-000689

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington 98101-1688
(206) 622-3150 · Fax: (206) 628-7699

- Microsoft's Opposition to Plaintiffs' Motion for Class Certification *(filed under seal pursuant to Protective Order (Dkt. 57) and pending motion to seal)*;

- Declaration of Christine Mullaney Sundlie in Support of Microsoft's Opposition to Plaintiffs' Motion for Class Certification *(filed under seal pursuant to Protective Order (Dkt. 57) and pending motion to seal)*;

- Declaration of Robert L. Moline in Support of Microsoft's Opposition to Plaintiffs' Motion for Class Certification *(filed under seal pursuant to Protective Order (Dkt. 57) and pending motion to seal)*;

were hand delivered to plaintiffs' counsel as follows:

Ian S. Birk
KELLER ROHRBACK LLP
1201 Third Avenue, Suite 3200
Seattle, WA  98101

Jeffrey I. Tilden
GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA  98154

DATED this 21st day of November, 2007.

Davis Wright Tremaine LLP
*Attorneys for Microsoft Corporation*

By */s/ Stephen M. Rummage*
Stephen M. Rummage, WSBA #11168
Davis Wright Tremaine LLP
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
Telephone:  (206) 757-8136
Fax:  (206) 757-7136
E-mail:  steverummage@dwt.com
CERTIFICATE OF SERVICE (07-475 MJP) – 3
DWT 2172566v1 0025936-000689

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington  98101-1688
(206) 622-3150 · Fax: (206) 628-7699