The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DIANNE KELLEY and KENNETH HANSEN, )
                                  )
            Plaintiffs,           )    No. C07-475 MJP
                                  )
      v.                          )    PRAECIPE
                                  )
MICROSOFT CORPORATION, a Washington )
corporation,                      )
                                  )
            Defendant.            )
_____)

Defendant Microsoft Corporation hereby files Exhibit F to Ms. Thierren's declaration. Ms. Thierren's declaration was filed on November 19, 2007, and the filed copy did not include Exhibit F.

PRAECIPE (No. C07-475 MJP) — 1
DWT 2173529v1 0025936-000689

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

1      DATED this 26th day of November, 2007.

2                              Davis Wright Tremaine LLP

                               Attorneys for Defendant

3                               Microsoft Corporation

4

                             By /s/ *Cassandra L. Kinkead*

5                                 Cassandra L. Kinkead

                               WSBA #22845

6                               Suite 2200

                               1201 Third Avenue

7                               Seattle, Washington  98101-3045

                               Telephone: (206) 757-8078

8                               Fax: (206) 757-7700

                               E-mail: cassandrakinkead@dwt.com

9

10    Of Counsel:

11    Charles B.  Casper

       Patrick T.  Ryan

       Montgomery, McCracken,

12     Walker & Rhoads, LLP

       123 S.  Broad Street

13    Philadelphia, PA 19109

       (215) 772-1500

14

15

16

17

18

19

20

21

22

23

PRAECIPE (No. C07-475 MJP)  — 2

DWT 2173529v1 0025936-000689

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington  98101-3045
(206) 622-3150 · Fax: (206) 757-7700

## CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2007, I electronically filed the foregoing

document with the Clerk of the Court using the CM/ECF system which will send

notification of such filing to the following:

| | |
|---|---|
| Jeffrey I. Tilden: | jtilden@gordontilden.com |
| Jeffrey M. Thomas: | jthomas@gordontilden.com |
| Michael Rosenberger: | mrosenberger@gordontilden.com |
| Mark A. Wilner: | mwilner@gordontilden.com |
| William C. Smart: | wsmart@kellerrohrback.com |
| Mark A. Griffin: | mgriffin@kellerrohrback.com |
| Ian S. Birk: | ibirk@kellerrohrback.com |

DATED this 26th day of November, 2007.

Davis Wright Tremaine LLP
Attorneys for Defendant
Microsoft Corporation


By /s/Cassandra L. Kinkead
Cassandra L. Kinkead, WSBA #22845
Davis Wright Tremaine LLP
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
Telephone: (206) 757-8078
Fax: (206) 757-7700
E-mail: cassandrakinkead@dwt.com

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700