# Exhibit F

dockets.Justia.com

