1  The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DIANNE L. KELLEY and KENNETH HANSEN, <br><br> Plaintiffs, <br><br> v. <br><br> MICROSOFT CORPORATION, a Washington Corporation, <br><br> Defendant. | No. CV07-00475 MJP <br><br> STIPULATION AND [PROPOSED] ORDER PERMITTING FILING OF REDACTED BRIEFS ON MOTION FOR CLASS CERTIFICATION |

## STIPULATION

On November 19, 2007, Microsoft filed its Opposition to Plaintiffs' Motion for Class Certification [Dkt. No. 87]. On that same day, Microsoft filed a Motion to Seal [Dkt. No. 85], asking the Court to seal certain portions of Microsoft's Opposition. In its Proposed Order in connection with the Motion to Seal, Microsoft proposed that it would file a redacted version of its Opposition, as has been the custom with respect to other sealed briefs in this matter. *See, e.g.,* Redaction to Sealed Motion for Class Certification [Dkt. No. 83].

The pending Motion to Seal is calendared for consideration on December 11, 2007. In the meantime, because this matter has attracted interest in the media and from the public, Microsoft has requested plaintiffs' consent to the filing of a redacted version of its Opposition in advance of disposition of its Motion to Seal, so as to permit public access to that document. Without prejudice to their position with respect to the pending Motion to Seal, plaintiffs

STIPULATION & ORDER PERMITTING FILING OF REDACTED OPP. TO MOTION FOR CLASS CERTIFICATION (CV07-00475 MJP) – 1
DWT 2175981v1 0025936-000689

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

Dockets.Justia.com

stipulate and agree that filing such a redacted copy would be in the public interest, provided that similar treatment is accorded to plaintiffs' Reply in support of their Motion for Class Certification, expected to be filed on or before December 19, 2007.

Based on the foregoing, the parties hereby stipulate and agree that (1) Microsoft may file a redacted version of it Opposition [Dkt. No. 87] immediately upon entry of the subjoined Order, and (2) plaintiffs similarly may file a redacted version of any brief in connection with the pending class certification and choice of law motions upon filing the appropriate Motion to Seal, without awaiting disposition of that motion.

DATED this 29th day of November, 2007.

> Davis Wright Tremaine LLP
> Attorneys for Defendant
> Microsoft Corporation
>
> By */s/ Stephen M. Rummage*
>    Stephen M. Rummage, WSBA #11168
>    Cassandra Kinkead, WSBA #22845
>    Charles S. Wright, WSBA #31940
>    Suite 2200
>    1201 Third Avenue
>    Seattle, WA  98101-3045
>    Telephone:  (206) 757-8136
>    Fax:  (206) 757-7136
>    E-mail:  steverummage@dwt.com
>    E-mail:  cassikinkead@dwt.com
>    E-mail:  charleswright@dwt.com
>
> Charles B. Casper
> Montgomery, McCracken, Walker & Rhoads, LLP
> 123 South Broad St.
> Philadelphia, PA  19109-1029
> Telephone:  (215) 772-7223
> Fax:  (215) 731-3750
> E-mail:  ccasper@mmwr.com

STIPULATION & ORDER PERMITTING FILING OF REDACTED OPP. TO MOTION FOR CLASS CERTIFICATION (CV07-00475 MJP) – 2
DWT 2175981v1 0025936-000689

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington  98101-3045
(206) 622-3150 · Fax: (206) 757-7700

1  DATED this 30th day of November, 2007.

2                                              GORDON TILDEN THOMAS &
                                                  CORDELL LLP
3                                              Attorneys for Plaintiff Dianne L. Kelley and
                                               Kenneth Hansen

4
                                               By */s/ Jeffrey M. Thomas*
5                                                  Jeffrey I. Tilden, WSBA #12219
                                                   Jeffrey M. Thomas, WSBA #21175
6                                                  Michael Rosenberger, WSBA #17730
                                                   Mark A. Wilner, WSBA #31550
7                                                  1001 Fourth Avenue, Suite 4000
                                                   Seattle, WA 98154-1007
8                                                  Telephone: (206) 467-6477
                                                   Fax: (206) 467-6292
9                                                  Email:  jtilden@gordontilden.com
                                                   Email:  jthomas@gordontilden.com
10                                                 Email:  mrosenberger@gordontilden.com
                                                   Email:  mwilner@gordontilden.com
11
                                               KELLER ROHRBACK L.L.P.
12                                             William C. Smart, WSBA #8192
                                               Ian S. Birk, WSBA #31431
13                                             Suite 3200
                                               1201 Third Avenue
14                                             Seattle, WA  98101
                                               Telephone:  (206) 623-1900
15                                             Fax:  (206) 623-3384
                                               Email:  wsmart@kellerrohrback.com
16                                             Email:  ibirk@kellerrohrback.com

17                          **ORDER**

18  IT IS SO ORDERED.

19  DATED this ___ day of _____, 2007.

20

21                                             _____
                                               MARSHA J. PECHMAN
22                                             UNITED STATES DISTRICT JUDGE

23

24

25

26

27

STIPULATION & ORDER PERMITTING FILING OF REDACTED OPP. TO
MOTION FOR CLASS CERTIFICATION (CV07-00475 MJP) – 3
DWT 2175981v1 0025936-000689

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington  98101-3045
(206) 622-3150 · Fax: (206) 757-7700

# CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2007, I electronically filed the foregoing *Stipulation and [Proposed] Order Permitting Filing of Redacted Opposition to Motion for Class Certification* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Jeffrey I. Tilden: | jtilden@gordontilden.com |
| Jeffrey M. Thomas: | jthomas@gordontilden.com |
| Michael Rosenberger: | mrosenberger@gordontilden.com |
| Mark A. Wilner: | mwilner@gordontilden.com |
| William C. Smart: | wsmart@kellerrohrback.com |
| Mark A. Griffin: | mgriffin@kellerrohrback.com |
| Ian S. Birk: | ibirk@kellerrohrback.com |

DATED this 30th day of November, 2007.

Davis Wright Tremaine LLP
Attorneys for Defendant
Microsoft Corporation

By */s/ Stephen M. Rummage*
　　Stephen M. Rummage, WSBA #11168
　　Davis Wright Tremaine LLP
　　Suite 2200
　　1201 Third Avenue
　　Seattle, WA 98101-3045
　　Telephone: (206) 757-8136
　　Fax: (206) 757-7136
　　E-mail: steverummage@dwt.com

STIPULATION & ORDER PERMITTING FILING OF REDACTED OPP. TO MOTION FOR CLASS CERTIFICATION (CV07-00475 MJP) – 4
DWT 2175981v1 0025936-000689

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700