Kelley v. Microsoft Corporation | Doc. 107
Case 2:07-cv-00475-MJP   Document 107   Filed 12/04/2007   Page 1 of 4
Case 2:07-cv-00475-MJP   Document 106   Filed 11/30/2007   Page 1 of 4

The Honorable Marsha J. Pechman

07-CV-00475-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DIANNE L. KELLEY and KENNETH HANSEN, <br><br> Plaintiffs, <br><br> v. <br><br> MICROSOFT CORPORATION, a Washington Corporation, <br><br> Defendant. | No. CV07-00475 MJP <br><br> STIPULATION AND [PROPOSED] ORDER PERMITTING FILING OF REDACTED BRIEFS ON MOTION FOR CLASS CERTIFICATION |

**STIPULATION**

On November 19, 2007, Microsoft filed its Opposition to Plaintiffs' Motion for Class Certification [Dkt. No. 87]. On that same day, Microsoft filed a Motion to Seal [Dkt. No. 85], asking the Court to seal certain portions of Microsoft's Opposition. In its Proposed Order in connection with the Motion to Seal, Microsoft proposed that it would file a redacted version of its Opposition, as has been the custom with respect to other sealed briefs in this matter. *See, e.g.,* Redaction to Sealed Motion for Class Certification [Dkt. No. 83].

The pending Motion to Seal is calendared for consideration on December 11, 2007. In the meantime, because this matter has attracted interest in the media and from the public, Microsoft has requested plaintiffs' consent to the filing of a redacted version of its Opposition in advance of disposition of its Motion to Seal, so as to permit public access to that document. Without prejudice to their position with respect to the pending Motion to Seal, plaintiffs

STIPULATION & ORDER PERMITTING FILING OF REDACTED OPP. TO MOTION FOR CLASS CERTIFICATION (CV07-00475 MJP) – 1
DWT 2175981v1 0025936-000689

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

Dockets.Justia.com

1  stipulate and agree that filing such a redacted copy would be in the public interest, provided
2  that similar treatment is accorded to plaintiffs' Reply in support of their Motion for Class
3  Certification, expected to be filed on or before December 19, 2007.
4      Based on the foregoing, the parties hereby stipulate and agree that (1) Microsoft may
5  file a redacted version of it Opposition [Dkt. No. 87] immediately upon entry of the subjoined
6  Order, and (2) plaintiffs similarly may file a redacted version of any brief in connection with
7  the pending class certification and choice of law motions upon filing the appropriate Motion
8  to Seal, without awaiting disposition of that motion.
9      DATED this 29th day of November, 2007.

Davis Wright Tremaine LLP
Attorneys for Defendant
Microsoft Corporation

By /s/ Stephen M. Rummage
Stephen M. Rummage, WSBA #11168
Cassandra Kinkead, WSBA #22845
Charles S. Wright, WSBA #31940
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
Telephone: (206) 757-8136
Fax: (206) 757-7136
E-mail: steverummage@dwt.com
E-mail: cassikinkead@dwt.com
E-mail: charleswright@dwt.com

Charles B. Casper
Montgomery, McCracken, Walker & Rhoads, LLP
123 South Broad St.
Philadelphia, PA 19109-1029
Telephone: (215) 772-7223
Fax: (215) 731-3750
E-mail: ccasper@mmwr.com

STIPULATION & ORDER PERMITTING FILING OF REDACTED OPP. TO
MOTION FOR CLASS CERTIFICATION (CV07-00475 MJP) – 2
DWT 2175981v1 0025936-000689

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

DATED this 30th day of November, 2007.

> GORDON TILDEN THOMAS &
> CORDELL LLP
> Attorneys for Plaintiff Dianne L. Kelley and
> Kenneth Hansen
>
> By /s/ Jeffrey M. Thomas
> Jeffrey I. Tilden, WSBA #12219
> Jeffrey M. Thomas, WSBA #21175
> Michael Rosenberger, WSBA #17730
> Mark A. Wilner, WSBA #31550
> 1001 Fourth Avenue, Suite 4000
> Seattle, WA 98154-1007
> Telephone: (206) 467-6477
> Fax: (206) 467-6292
> Email: jtilden@gordontilden.com
> Email: jthomas@gordontilden.com
> Email: mrosenberger@gordontilden.com
> Email: mwilner@gordontilden.com
>
> KELLER ROHRBACK L.L.P.
> William C. Smart, WSBA #8192
> Ian S. Birk, WSBA #31431
> Suite 3200
> 1201 Third Avenue
> Seattle, WA 98101
> Telephone: (206) 623-1900
> Fax: (206) 623-3384
> Email: wsmart@kellerrohrback.com
> Email: ibirk@kellerrohrback.com

**ORDER**

IT IS SO ORDERED.

DATED this 4 day of Dec., 2007.

_____
MARSHA J. PECHMAN
UNITED STATES DISTRICT JUDGE

STIPULATION & ORDER PERMITTING FILING OF REDACTED OPP. TO
MOTION FOR CLASS CERTIFICATION (CV07-00475 MJP) – 3
DWT 2175981v1 0025936-000689

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2007, I electronically filed the foregoing *Stipulation and [Proposed] Order Permitting Filing of Redacted Opposition to Motion for Class Certification* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Jeffrey I. Tilden: | jtilden@gordontilden.com |
| Jeffrey M. Thomas: | jthomas@gordontilden.com |
| Michael Rosenberger: | mrosenberger@gordontilden.com |
| Mark A. Wilner: | mwilner@gordontilden.com |
| William C. Smart: | wsmart@kellerrohrback.com |
| Mark A. Griffin: | mgriffin@kellerrohrback.com |
| Ian S. Birk: | ibirk@kellerrohrback.com |

DATED this 30th day of November, 2007.

Davis Wright Tremaine LLP
Attorneys for Defendant
Microsoft Corporation

By /s/ Stephen M. Rummage
Stephen M. Rummage, WSBA #11168
Davis Wright Tremaine LLP
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
Telephone: (206) 757-8136
Fax: (206) 757-7136
E-mail: steverummage@dwt.com

STIPULATION & ORDER PERMITTING FILING OF REDACTED OPP. TO MOTION FOR CLASS CERTIFICATION (CV07-00475 MJP) – 4
DWT 2175981v1 0025936-000689

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700