Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DIANNE L. KELLEY and KENNETH HANSEN,<br><br>           Plaintiffs,<br><br>   v.<br><br>MICROSOFT CORPORATION, a Washington Corporation,<br><br>           Defendant. | NO. C07-0475 MJP<br><br>PLAINTIFFS' RESPONSE TO MICROSOFT'S MOTION TO SEAL<br><br>CLASS ACTION<br><br>NOTE ON MOTION CALENDAR:<br>December 11, 2007 |

Plaintiffs submit this response to Microsoft motion to seal. Dkt. No. 85.

**A.  Introduction/Overview**

Although our opposition to this particular motion is limited, there is a fundamental and growing problem with Microsoft's control over the scope and nature of the documents being sealed in this case. Microsoft has marked as "Confidential" virtually every document produced through discovery to date. To the extent Microsoft's justification for maintaining the confidentiality of documents filed with the Court is based on broad notions of competitive harm, Microsoft's power to select which documents it designates "confidential" offers the temptation to

PLAINTIFFS' RESPONSE TO MICROSOFT'S MOTION TO SEAL - 1
No. C07-0475 MJP

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

Dockets.Justia.com

designate with public perception in mind, rather than genuine trade secrecy. The public's right to open courts demands vigilant watch against the indulgence of that temptation.

With that said, we respond as follows:

**B.    Sundlie Declaration and Corresponding Text of Opposition Brief**

Plaintiffs do not oppose sealing of the Sundlie Declaration, including Exhibits A through F thereto. Plaintiffs also do not oppose Microsoft redacting the pages of its class certification opposition brief that refer to the Sundlie declaration and exhibits. We believe such redactions only would include approximately four lines of text from page 5.

**C.    Moline Declaration and Corresponding Text of Opposition Brief**

Plaintiffs do not oppose sealing or redaction of the portion of the Moline Declaration relating to Microsoft's sales figures. Plaintiffs also do not oppose Microsoft redacting the pages of its class certification opposition brief that refer to this portion of the Moline Declaration. We believe these redactions only would include approximately three lines of text on page 9.

Plaintiffs oppose sealing or redaction of the portion of the Moline Declaration relating to the overall size of the United States personal computing market. We do not see how the size of the market can be "confidential." Microsoft argues that this information is important "because it is used to provide an understanding of business performance within the industry, and it forms the basis for business planning and forecasting within the industry." Dkt. No. 85 at 8:7-9. This may be true. Microsoft's "understanding of [its] business performance," or Microsoft's "business planning," or Microsoft's business "forecasting" may be sufficiently confidential to warrant sealing. But the size of the market itself is not. Accordingly, this information should not be sealed or redacted.

PLAINTIFFS' RESPONSE TO MICROSOFT'S MOTION TO SEAL - 2
No. C07-0475 MJP

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA  98154
Phone (206) 467-6477
Fax (206) 467-6292

DATED this 6th day of December, 2007.

**GORDON TILDEN THOMAS & CORDELL** LLP

By _____
Jeffrey I. Tilden, WSBA #12219
Jeffrey M. Thomas, WSBA #21175
Michael Rosenberger, WSBA #17730
Mark A. Wilner, WSBA #31550

**KELLER ROHRBACK L.L.P.**

By _____
William C. Smart, WSBA #8192
Ian S. Birk, WSBA #31431

Attorneys for Plaintiffs

PLAINTIFFS' RESPONSE TO MICROSOFT'S MOTION TO SEAL - 3
No. C07-0475 MJP

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA  98154
Phone (206) 467-6477
Fax (206) 467-6292

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following.

Counsel for Defendant Microsoft Corporation

Stephen M. Rummage, WSBA #11168
Cassandra L. Kinkead, WSBA #22845
Charles S. Wright, WSBA #31940
Davis Wright Tremaine LLP
1201 Third Avenue Suite 2200
Seattle, Washington 98101-3045
steverummage@dwt.com
cassandrakinkead@dwt.com
charleswright@dwt.com

Counsel for Defendant Microsoft Corporation – Admitted Pro Hac Vice

Charles B. Casper
Montgomery, McCracken, Walker & Rhoads
123 South Broad Street
Philadelphia, PA 19109
ccasper@mmwr.com

GORDON TILDEN THOMAS & CORDELL LLP

By _____
Mark A. Wilner, WSBA #31550
Attorneys for Plaintiff
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154-1007
Telephone: (206) 467-6477
Facsimile: (206) 467-6292
Email: mwilner@gordontilden.com

PLAINTIFFS' RESPONSE TO MICROSOFT'S MOTION TO SEAL - 4
No. C07-0475 MJP

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292