The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DIANNE KELLEY and KENNETH HANSEN, <br><br> Plaintiffs, <br><br> v. <br><br> MICROSOFT CORPORATION, a Washington corporation, <br><br> Defendant. | No. C 07-475 MJP <br><br> MICROSOFT'S REPLY BRIEF IN SUPPORT OF ITS MOTION TO SEAL CERTAIN CONFIDENTIAL MATERIALS PURSUANT TO CR 5(g) <br><br> *Note on Motion Calendar:* <br> December 11, 2007 |

With one exception, Plaintiffs agree that the materials designated by Microsoft in its Motion to Seal should remain under seal. Plaintiffs oppose only Microsoft's request to seal those portions of the Declaration of Robert L. Moline [Dkt. No. 89] ("Moline Declaration"), and corresponding text in Microsoft's Opposition to Plaintiffs' Motion for Class Certification [Dkt. No. 65] ("Microsoft's Brief"), that contain Microsoft's internal estimates of the current and historical size of the personal computer market in the United States. Plaintiffs assert that "the size of the market itself" is not confidential, Pls' Resp. [Dkt. No. 109] at 2, arguing that the number of PCs sold in the United States is publicly available information or is readily determinable by anyone who wants to know from publicly available information. In fact, however, that is not the case.

MICROSOFT'S REPLY BRIEF
IN SUPPORT OF MOTION TO SEAL
(NO. C07-475 MJP) – 1

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, Washington 98101
(206) 622-3150  Fax: (206) 757-7700

Microsoft does not sell PCs.  It licenses operating system software to PC manufacturers ("OEMs"), who preinstall the operating system and sell their PCs to consumers, online and through retail stores throughout the world.  Microsoft knows how many operating system licenses it sells to OEMs, but it does not know how many of those operating systems are preinstalled in PCs that are sold in any particular country—because many OEMs sell their PCs worldwide.  OEMs do not inform Microsoft how many PCs or upgrade licenses they sell in particular countries.  *See* Moline Decl. ¶ 7 n.5 & ¶ 9.

Microsoft and its competitors therefore must make educated estimates from available information as to how many PCs (or upgradeable PCs) are sold in particular countries, such as the United States.  Here, Microsoft asks the Court to seal confidential information that would reveal its internal proprietary methods of estimating how many PCs have been sold in the United States during particular time periods.  As explained in the Declaration of Nicholas Psyhogeos in Support of Microsoft's Motion to Seal [Dkt No. 86]:

> [T]he proprietary information contained within the Moline Declaration regarding the current and historical size of the personal computer market in the United States has significant competitive value to Microsoft, and Microsoft does not disclose that information to the public.  That data is important and valuable because it is used to provide an understanding of business performance within the industry, and it forms the basis for business planning and forecasting within the industry.  Microsoft's competitors do not disclose their own specific and proprietary data regarding the size of the U.S. personal computer market to Microsoft.  As a result, if Microsoft's detailed information regarding the size of the U.S. personal computer market were disclosed, Microsoft would suffer a substantial competitive disadvantage—Microsoft's competitors would know the specific data used as a basis for Microsoft's business performance, planning, and forecasting, but Microsoft would not know the data used by its competitors for those same purposes.

Psyhogeos Decl. ¶ 10.  Microsoft's internal estimates of how many PCs have been sold in the United States rely on internal proprietary methods of making those estimates and have substantial competitive value to Microsoft.  Public disclosure of this information would cause

MICROSOFT'S REPLY BRIEF
IN SUPPORT OF MOTION TO SEAL
(NO. C07-475 MJP) – 2

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, Washington  98101
(206) 622-3150  Fax: (206) 757-7700

significant harm to Microsoft's competitive interests. *Id.* As a result, Microsoft respectfully requests that the Court direct the Clerk to maintain the Moline Declaration under seal.

Plaintiffs make one other assertion that requires a response. Plaintiffs say that "Microsoft has marked as 'Confidential' virtually every document produced through discovery to date." Pls' Resp. at 1. In fact, of the nearly 55,000 pages of documents that Microsoft has produced, approximately 9,800 pages (or about 18%) have **not** been designated as "Confidential," including pages from documents describing public communications, which go to the heart of the pending class certification motion. Microsoft has designated about 82% of the pages produced as "Confidential." But given that Plaintiffs' discovery has focused on Microsoft's dealings with its customers, particularly the OEMs that preinstall its operating systems on their PCs, the Court should not be surprised that Microsoft has produced a large number of "Confidential" documents concerning the sensitive contractual relationships that underlie its core business. Indeed, this Court has twice agreed with Microsoft that it properly used the confidentiality designation. At the same time, however, Microsoft has produced thousands of pages of documents that consumers would have seen, read or obtained. Those materials are not "Confidential," and Microsoft has not designated them as such.

For the reasons set forth above, and in Microsoft's motion to seal [Dkt. No. 85], Microsoft has made the showing required under CR 5(g) and respectfully requests that the Court direct that (a) the Declaration of Christine Mullaney Sundlie [Dkt. No. 88], including Exhibits A through F thereto, (b) the Moline Declaration, and (c) those portions of Microsoft's Brief that refer to or describe those materials remain under seal.

MICROSOFT'S REPLY BRIEF
IN SUPPORT OF MOTION TO SEAL
(NO. C07-475 MJP) – 3

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, Washington 98101
(206) 622-3150  Fax: (206) 757-7700

DATED this 11th day of December, 2007.

                                  Davis Wright Tremaine LLP
                                  Attorneys for Microsoft Corporation

By */s/ Stephen M. Rummage*
    Stephen M. Rummage, WSBA #11168
    Cassandra Kinkead, WSBA #22845
    Charles S. Wright, WSBA #31940
    1201 Third Avenue, Suite 2200
    Seattle, WA 98101-1688
    Telephone: (206) 622-3150
    Fax: (206) 757-7700
    E-mail: steverummage@dwt.com

Of Counsel:

Charles B. Casper
Patrick T. Ryan
Montgomery, McCracken,
 Walker & Rhoads, LLP
123 S. Broad Street
Philadelphia, PA 19109
(215) 772-1500

MICROSOFT'S REPLY BRIEF
IN SUPPORT OF MOTION TO SEAL
(NO. C07-475 MJP) – 4

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, Washington 98101
(206) 622-3150  Fax: (206) 757-7700

# CERTIFICATE OF SERVICE

I hereby certify that on Tuesday, December 11, 2007, I electronically filed the foregoing *Reply Brief in Support of Motion to Seal Pursuant to CR 5(g)* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Jeffrey I. Tilden: | jtilden@gordontilden.com |
| Jeffrey M. Thomas: | jthomas@gordontilden.com |
| Michael Rosenberger: | mrosenberger@gordontilden.com |
| Mark A. Wilner: | mwilner@gordontilden.com |
| William C. Smart: | wsmart@kellerrohrback.com |
| Mark A. Griffin: | mgriffin@kellerrohrback.com |
| Ian S. Birk: | ibirk@kellerrohrback.com |

DATED this 11th day of December, 2007.

Davis Wright Tremaine LLP
Attorneys for Defendant

By */s/ Stephen M. Rummage*
   Stephen M. Rummage, WSBA #11168
   Davis Wright Tremaine LLP
   1201 Third Avenue, Suite 2200
   Seattle, WA 98101-1688
   Telephone: (206) 622-3150
   Fax: (206) 757-7700
   E-mail: steverummage@dwt.com

MICROSOFT'S REPLY BRIEF
IN SUPPORT OF MOTION TO SEAL
(NO. C07-475 MJP) – 5

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, Washington 98101
(206) 622-3150  Fax: (206) 757-7700