Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DIANNE L. KELLEY and KENNETH HANSEN,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION, a Washington Corporation,<br><br>Defendant. | NO. C07-0475 MJP<br><br>MOTION TO SEAL<br><br><u>CLASS ACTION</u><br><br>NOTE ON MOTION CALENDAR:<br>January 15, 2008 |

Pursuant to Paragraph 13 of the Court's Protective Order (Dkt. 57), plaintiffs have filed or will file under seal the following materials that Microsoft has designated "CONFIDENTIAL" or which contain excerpts from materials Microsoft has designated "CONFIDENTIAL:"

1. **Plaintiffs' Reply in Support of Motion for Application of Washington Law** [*contains excerpts from materials containing Microsoft's confidentiality designations*];

2. **Supplemental Smart Declaration, Exhibit A;**

3. **Plaintiffs' Reply In Support of Motion For Class Certification** [*contains excerpts from materials containing Microsoft's confidentiality designations*]; and

MOTION TO SEAL - 1
No. C07-0475 MJP

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

Dockets.Justia.com

4. **Thomas Declaration, Exhibit A.**

Pursuant to the terms of the Protective Order and other applicable law, Microsoft bears the burden to justify sealing or redacting each of the above.

DATED this 19th day of December, 2007.

**GORDON TILDEN THOMAS & CORDELL LLP**

By _/s/ Jeffrey I. Tilden_
Jeffrey I. Tilden, WSBA #12219
Jeffrey M. Thomas, WSBA #21175
Mark A. Wilner, WSBA #31550

**KELLER ROHRBACK L.L.P.**

By _/s/ (for:)_
William C. Smart, WSBA #8192
Ian S. Birk, WSBA #31431

Attorneys for Plaintiffs

MOTION TO SEAL - 2
No. C07-0475 MJP

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following.

Counsel for Defendant Microsoft Corporation

Stephen M. Rummage, WSBA #11168
Cassandra L. Kinkead, WSBA #22845
Charles S. Wright, WSBA #31940
Davis Wright Tremaine LLP
1201 Third Avenue Suite 2200
Seattle, Washington 98101-3045
steverummage@dwt.com
cassandrakinkead@dwt.com
charleswright@dwt.com

Counsel for Defendant Microsoft Corporation – Admitted Pro Hac Vice

Charles B. Casper
Montgomery, McCracken, Walker & Rhoads
123 South Broad Street
Philadelphia, PA  19109
ccasper@mmwr.com

GORDON TILDEN THOMAS & CORDELL LLP

By _____
Mark A. Wilner, WSBA #31550
Attorneys for Plaintiff
1001 Fourth Avenue, Suite 4000
Seattle, WA  98154-1007
Telephone:  (206) 467-6477
Facsimile:  (206) 467-6292
Email:  mwilner@gordontilden.com

MOTION TO SEAL - 3
No. C07-0475 MJP

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA  98154
Phone (206) 467-6477
Fax (206) 467-6292