Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DIANNE L. KELLEY and KENNETH HANSEN,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>MICROSOFT CORPORATION, a Washington Corporation,<br><br>　　　　　　　Defendant. | NO. C07-0475 MJP<br><br>DECLARATION OF JEFFREY M. THOMAS IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION<br><br>CLASS ACTION |

I, Jeffrey M. Thomas, declare as follows:

1. <u>Identity and Competency</u>. I am an attorney with the law firm of Gordon Tilden Thomas & Cordell, LLP. Together with Keller Rohrback, LLP, we represent the plaintiffs.

2. <u>Microsoft's Post-Motion Production</u>. After plaintiffs filed their motion for class certification on October 5, 2007, Microsoft produced 38,713 pages of discovery documents. All of the documents attached to my declaration as Exhibit A were produced by Microsoft as part of its productions after plaintiffs filed their motion for class certification.

3. <u>Authentication of Documents</u>. Attached as exhibits are true and correct copies of the following documents:

DECLARATION OF JEFFREY M. THOMAS IN SUPPORT OF MOTION FOR CLASS CERTIFICATION - 1
No. C07-0475 MJP

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

Dockets.Justia.com

| Exhibit Name | Tab |
|---|---|
| Documents produced by Microsoft in this litigation bearing Microsoft's MS-KELL bates-stamp prefix (compiled in bates-stamp chronological order) | A |
| Pages 1 and 13-15 of Microsoft's Objections and Reponses to Plaintiffs' Second Set of Requests for Admission, dated December 5, 2007 | B |
| Excerpts from the Transcript of the Deposition of Dianne L. Kelley | C |
| Excerpts from the Transcript of the Deposition of Kenneth G. Hansen | D |
| 12/19/07 Shepard's printout from LexisNexis for *Microsoft Corp. v. Manning*, 914 S.W.2d 602 (1995) | E |

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed this 19th day of December, 2007, at Seattle, Washington.

_____
Jeffrey M. Thomas

DECLARATION OF JEFFREY M. THOMAS IN SUPPORT OF MOTION FOR CLASS CERTIFICATION - 2
No. C07-0475 MJP

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following.

Counsel for Defendant Microsoft Corporation

Stephen M. Rummage, WSBA #11168
Cassandra L. Kinkead, WSBA #22845
Charles S. Wright, WSBA #31940
Davis Wright Tremaine LLP
1201 Third Avenue Suite 2200
Seattle, Washington 98101-3045
steverummage@dwt.com
cassandrakinkead@dwt.com
charleswright@dwt.com

Counsel for Defendant Microsoft Corporation
– Admitted Pro Hac Vice

Charles B. Casper
Montgomery, McCracken, Walker & Rhoads
123 South Broad Street
Philadelphia, PA 19109
ccasper@mmwr.com

**GORDON TILDEN THOMAS & CORDELL** LLP

By /s/ Mark A. Wilner
Mark A. Wilner, WSBA #31550
Attorneys for Plaintiff
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154-1007
Telephone: (206) 467-6477
Facsimile: (206) 467-6292
Email: mwilner@gordontilden.com

DECLARATION OF JEFFREY M. THOMAS IN SUPPORT
OF MOTION FOR CLASS CERTIFICATION - 3
No. C07-0475 MJP

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292