EXHIBIT D

Page 1

1                    KENNETH G. HANSEN

2           UNITED STATES DISTRICT COURT
3           WESTERN DISTRICT OF WASHINGTON
                       AT SEATTLE
4

5   DIANE L. KELLEY and KENNETH    )
    HANSEN,                        )
6                                  )
              Plaintiffs,          )
7                                  )
       -vs-                        ) No. C07-0475 MJP
8                                  )
    MICROSOFT CORPORATION, a       )
9   Washington Corporation,        )
                                   )
10            Defendant.           )
11
12        Deposition of KENNETH G. HANSEN, taken
13   before MARGARET A. BACHNER, CSR, RMR, CRR, and Notary
14   Public, pursuant to the Federal Rules of Civil
15   Procedure for the United States District Courts
16   pertaining to the taking of depositions for the
17   purpose of discovery, at Suite 3800, One South
18   Dearborn Street, Chicago, Illinois, on the 7th day of
19   November, A.D. 2007, at 9:19 a.m.
20
21
22
23
24
25

Page 12

1           KENNETH G. HANSEN
2      Q.   Did you get any more formal education after
3   your one year of college?
4      A.   Outside of the police academy, no.
5      Q.   Do you have any more training than you've
6   just described in computers?
7      A.   Yes.  I am an A+ Certified Hardware
8   Technician.  That's through CompTIA.  It's an industry
9   certification.  And throughout the years I took
10  specialized training with IBM, Compaq and
11  Hewlett-Packard for the purpose of doing warranty
12  repairs on their products.
13     Q.   So, did you have a computer business for a
14  while?
15     A.   It never really got off the ground, but
16  yes.
17     Q.   How did you come to take these classes?
18     A.   They were -- when I was working at a
19  dealership for IBM, Compaq and that, they would
20  routinely send me out to get certified on repairing
21  products as they came, you know, out on the market so
22  that I could do warranty repairs.
23     Q.   Okay.  When did you do that work?
24     A.   This was over the course of the
25  mid-nineties.

1            KENNETH G. HANSEN
2      Q.    Was this after you stopped being a police
3   officer?
4      A.    Yes.
5      Q.    What did you do immediately after you
6   ceased your police officer duties?
7      A.    At the time they were beginning their --
8   the forest preserve was beginning its own IT
9   department to separate themselves from the main
10  county, and I was selected to head that department, at
11  which time I left the police department and took over
12  the systems administrator position.
13     Q.    What sort of computers did you work with?
14     A.    IBM.
15     Q.    What software did they have?
16     A.    OS2.
17     Q.    How long did you do that?
18     A.    I did that for one year.
19     Q.    Which was when?
20     A.    1991, I believe.
21     Q.    What did you do after that for work?
22     A.    After doing that for a year I went over the
23  road with my brother driving a semi truck, a change of
24  pace.
25     Q.    How long did you drive the truck?

Page 14

1           KENNETH G. HANSEN
2       A.   I did that for a year.
3       Q.   What did you do next?
4       A.   Then I went back into the computer field,
5   going to work for a store called Computer Bay in
6   Crystal Lake, Illinois.
7       Q.   What's the nature of the store?
8       A.   It was a small IBM, Compaq, Apple
9   dealership, a small storefront with a service
10  department.
11      Q.   What were your duties?
12      A.   I was in charge of servicing the IBM-based
13  products as opposed to Apple.
14      Q.   Did those computers often have Microsoft
15  software installed?
16      A.   Always.
17      Q.   Microsoft operating systems?
18      A.   (Nodding).
19      Q.   Such as Windows?
20      A.   Yes.
21      Q.   When did you begin doing that?
22      A.   That would be 1993, I believe.
23      Q.   About how long did you do that?
24      A.   Five years.
25      Q.   During your work servicing computers, did

```
                                                              Page 15
1                       KENNETH G. HANSEN
2    you replace components?
3         A.    Yes.
4         Q.    You became skilled in that?
5         A.    Yes.
6         Q.    Did you replace computer memory?
7         A.    Yes.
8         Q.    Did you add additional computer memory?
9         A.    Yes.
10        Q.    Did you do anything else in servicing
11   computers or working for that dealer that you haven't
12   told me about?
13        A.    When I originally was hired, I was on the
14   sales floor, kind of earning my way to the service
15   department.
16        Q.    What did you sell?
17        A.    IBM, Compaq computers.
18        Q.    Are these the same kind of computers that a
19   person could buy at most any computer store?
20        A.    Yes.
21        Q.    And you say you left there after about five
22   years?
23        A.    Yes.
24        Q.    That would be about 1998?
25        A.    Around that.  I really need to pull up my
```

Page 16

1        KENNETH G. HANSEN
2   resume to give you specific dates. I was recruited
3   out of Computer Bay by a company called Arrow-Tech and
4   was assigned to repair computers at Abbott
5   Laboratories.
6        Q.   Where is Arrow-Tech located?
7        A.   Hoffman Estates.
8        Q.   Is that a city in the Chicago suburbs?
9        A.   Yes.
10       Q.   Did you begin with Arrow-Tech about 1998?
11       A.   Yes.
12       Q.   How long did you work for Arrow-Tech?
13       A.   I had a one-year contract with them.
14       Q.   What did you do during that year?
15       A.   Serviced on-site at Abbott Laboratories, PC
16  repair.
17       Q.   Where was Abbott Laboratories located?
18       A.   North Chicago.
19       Q.   What sort of computers did you work on?
20       A.   IBM.
21       Q.   Did they have Microsoft operating system
22  software installed?
23       A.   Yes, they did.
24       Q.   What did you next do for work?
25       A.   When the year contract was up, I had a

Page 27

1            KENNETH G. HANSEN
2        A.    My understanding is it fell short of
3   running anything other than the basic.
4   BY MR. CASPER:
5        Q.    At the time you purchased it, your
6   understanding is that it was capable of running
7   Windows Vista Home Basic if you chose to upgrade?
8        A.    I was unaware of the various levels of
9   Vista at that time.  And to use a term, the bells and
10  whistles that Vista advertised, I was under the
11  impression this machine would in fact be capable of
12  doing that.
13       Q.    When did you become aware of the different
14  levels, as you called them, of Vista?
15       A.    As I recall, as it was being released in
16  January, if memory serves me.
17       Q.    So, that would be around the end of January
18  2007?
19       A.    Yes.
20       Q.    So, am I correct in understanding your
21  testimony that at the time you purchased the laptop,
22  which was in December of 2006, you were not aware of
23  the different levels or editions of Windows Vista?
24       A.    I was not aware of the features and
25  requirements as detailed as I am now.

Page 39

1         KENNETH G. HANSEN
2    A.   I recall a demo. I don't know if --
3 specifically if it was from Microsoft's site or not,
4 but I recall viewing a demo of all the bells and
5 whistles about Vista.
6    Q.   Did you do that before or after you bought
7 your PC?
8    A.   Before.
9    Q.   What do you mean by the "bells and
10 whistles" of Vista?
11   A.   The fancy way that the new screen -- that
12 the menus were transparent-type things. It's been so
13 long now, I can't remember a lot of them. But it
14 looked like it was going to be really a great
15 improvement. To find out later that those
16 improvements were in the advanced versions of Vista
17 didn't come to my attention till after I made this
18 purchase.
19   Q.   Do you know what website had this demo?
20   A.   No.
21   Q.   Was it an animated demo in the sense that
22 it had video, or was it just static images?
23   A.   It was a video.
24   Q.   How long did it last?
25   A.   A couple minutes.

Page 43

1        KENNETH G. HANSEN
2    A.   I had seen the logo in both the
3    advertisements on the internet as well as in the
4    store. More specifically, I became mostly aware of it
5    when I got the laptop and I opened it. I said, "Oh,
6    good. I did get the right one. It can handle Vista"
7    when I saw the sticker. That was my most memorable
8    point of it.
9    Q.   Would it be correct to say that when you
10   bought the laptop you did not know whether it would
11   have a Windows Vista Capable sticker on it or not?
12   A.   That was one of the features that I was
13   looking for. So, yes, I was aware that the one I was
14   ordering did in fact say it would handle Vista. And
15   then it was confirmed to me when I actually got it and
16   I opened it. I said, "Oh, good. It can. I didn't
17   make a mistake."
18   Q.   Did you see the Windows Vista Capable
19   sticker posted on the Toshiba website?
20   A.   I don't recall.
21   Q.   Before you bought the laptop did you read
22   any other information that you haven't told me about
23   so far this morning about what the Windows Vista
24   Capable sticker meant?
25   A.   No.

Page 85

1    KENNETH G. HANSEN
2    that it specifically would come with it, but I was
3    disappointed when it wasn't there.  Nobody to blame
4    but myself on that.  I should have inquired.
5         Q.   You mentioned that you saw the Windows
6    Vista Capable logo on-line during the time you were
7    shopping around for computers, correct?
8         A.   I believe so, yeah.
9         Q.   And I take it you must also, then, have
10   seen the Premium Ready designation that Microsoft had,
11   as well, is that right?
12        A.   I have seen the Premium logo, but only
13   after I had purchased this.  I just knew to look for
14   the Vista sticker.  That was the extent of it at the
15   time that I was making this purchase.  Again, I was
16   even vague about the different versions that were
17   coming out as they hadn't been released yet.
18        Q.   So, am I correct that at the time you
19   bought the computer, you did not know which versions
20   of Windows Vista would run on this computer?
21        MR. TILDEN:  Object to the form.  Go ahead.
22   BY THE WITNESS:
23        A.   I just looked for the Vista -- the word
24   "Vista," and went, okay.  This is something that can
25   take Vista.  That was really all I knew about it at

KENNETH G. HANSEN    November 7, 2007

```
 1                    KENNETH G. HANSEN
 2    STATE OF ILLINOIS    )
                           )
 3    COUNTY OF GRUNDY     )
 4
 5           The within and foregoing deposition of the
 6    aforementioned witness was taken before MARGARET A.
 7    BACHNER, CSR and Notary Public, at the place, date and
 8    time aforementioned.
 9           There were present during the taking of the
10    deposition the previously named counsel.
11           The said witness was first duly sworn and
12    was then examined upon oral interrogatories; the
13    questions and answers were taken down in shorthand by
14    the undersigned, acting as stenographer and Notary
15    Public; and the within and foregoing is a true,
16    accurate and complete record of all of the questions
17    asked of and answers made by the aforementioned
18    witness, at the time and place hereinabove referred
19    to.
20           The signature of the witness was not
21    waived, and the deposition was submitted, pursuant to
22    Rules 30(e) and 32(d) of the Rules of Civil Procedure
23    for the United States District Court, to the deponent
24    per copy of the attached letter.
25
```

137

```
 1            The undersigned is not interested in the
 2   within case, nor of kin or counsel to any of the
 3   parties.
 4            Witness my official signature and seal as
 5   Notary Public in and for Grundy County, Illinois, on
 6   this 9th day of November, A.D. 2007.
 7
 8   _____
     Margaret A. Bachner, CSR, RMR, CRR
 9   Illinois CSR No. 84-1481
     Notary Public State of Illinois
10   My commission expires 6/22/2010
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```