Case 2:07-cv-00475-MJP    Document 113-5    Filed 12/19/2007    Page 1 of 14

# EXHIBIT E

Dockets.Justia.com

Copyright 2007 SHEPARD'S(R) - 249 Citing references

Microsoft Corp. v. Manning, 914 S.W.2d 602, 1995 Tex. App. LEXIS 2794, 1995-2 Trade Cas. (CCH) P71212, 29 U.C.C. Rep. Serv. 2d (CBC) 162 (Tex. App. Texarkana 1995)

*SHEPARD'S Signal(TM):* ⚠ *Caution: Possible negative treatment*
Restrictions: *Unrestricted*
FOCUS(TM) Terms: *No FOCUS terms*
Print Format: *FULL*
Citing Ref. Signal: *Hidden*

### SHEPARD'S SUMMARY

Unrestricted *Shepard's* Summary
⚠ Subsequent appellate history contains possible negative analysis.
Citing References:
| | |
|---|---|
| ⚠ Cautionary Analyses: | Criticized (1), Distinguished (8) |
| Positive Analyses: | Followed (7) |
| Neutral Analyses: | Conflict.Authority (1), Harmonized (1) |
| Other Sources: | Law Reviews (22), Treatises (11), Court Documents (131) |
| LexisNexis Headnotes: | HN1 (4), HN2 (7), HN3 (25), HN4 (2), HN5 (4), HN6 (1), HN7 (5), HN8 (4), HN9 (23), HN10 (7), HN11 (19), HN12 (26) |

### PRIOR HISTORY ( 0 citing references )

*(CITATION YOU ENTERED):*
*Microsoft Corp. v. Manning*, 914 S.W.2d 602, 1995 Tex. App. LEXIS 2794, 1995-2 Trade Cas. (CCH) P71212, 29 U.C.C. Rep. Serv. 2d (CBC) 162 (Tex. App. Texarkana 1995)

### CITING DECISIONS ( 81 citing decisions )

### TEXAS SUPREME COURT

5. Cited by:
   *Citizens Ins. Co. of Am. v. Daccach*, 217 S.W.3d 430, 2007 Tex. LEXIS 194, 50 Tex. Sup. Ct. J. 474 (Tex. 2007) LexisNexis Headnotes HN1, HN4, HN6, HN8, HN9
   217 S.W.3d 430 *p.452*

6. Among conflicting authorities noted in, Cited by:
   *Compaq Computer Corp. v. Lapray*, 135 S.W.3d 657, 2004 Tex. LEXIS 435, 47 Tex. Sup. Ct. J. 522, 53 U.C.C. Rep. Serv. 2d (CBC) 483 (Tex. 2004) LexisNexis Headnotes HN5
   Among conflicting authorities noted in:
   135 S.W.3d 657 *p.680*

   Cited by:
   135 S.W.3d 657 *p.673*

7. Cited by:

*Southwestern Ref. Co. v. Bernal*, 22 S.W.3d 425, 2000 Tex. LEXIS 50, 43 Tex. Sup. Ct. J. 706 (Tex. 2000)
LexisNexis Headnotes HN9
    22 S.W.3d 425 *p.434*

## TEXAS COURT OF APPEALS

8. **Cited by:**
   *Exxon Mobil Corp. v. Gill*, 221 S.W.3d 841, 2007 Tex. App. LEXIS 2819 (Tex. App. Corpus Christi 2007)
       221 S.W.3d 841 *p.859*

9. **Cited by:**
   *Best Buy Co. v. Barrera*, 214 S.W.3d 66, 2006 Tex. App. LEXIS 10276 (Tex. App. Corpus Christi 2006)
   LexisNexis Headnotes HN11
       214 S.W.3d 66 *p.79*

10. **Cited by:**
    *Citgo Ref. & Mktg. v. Garza*, 187 S.W.3d 45, 2006 Tex. App. LEXIS 2257 (Tex. App. Corpus Christi 2006)
    LexisNexis Headnotes HN9
        187 S.W.3d 45 *p.71*

11. **Distinguished by:**
    *Basham v. Audiovox Corp.*, 198 S.W.3d 9, 2006 Tex. App. LEXIS 790 (Tex. App. El Paso 2006)
        198 S.W.3d 9 *p.13*

12. **Distinguished by:**
    *Everett v. TK-Taito, L.L.C.*, 178 S.W.3d 844, 2005 Tex. App. LEXIS 9212, 59 U.C.C. Rep. Serv. 2d (CBC) 899 (Tex. App. Fort Worth 2005)
        178 S.W.3d 844 *p.852*

13. **Distinguished by:**
    *GMC v. Garza*, 179 S.W.3d 76, 2005 Tex. App. LEXIS 6079 (Tex. App. San Antonio 2005)
        179 S.W.3d 76 *p.83*

14. **Distinguished by:**
    *GMC v. Garza*, 2005 Tex. App. LEXIS 532 (Tex. App. San Antonio Jan. 26, 2005)
        2005 Tex. App. LEXIS 532

15. **Cited by:**
    *Vanderbilt Mortg. & Fin., Inc. v. Posey*, 146 S.W.3d 302, 2004 Tex. App. LEXIS 8238 (Tex. App. Texarkana 2004) LexisNexis Headnotes HN9, HN12
        146 S.W.3d 302 *p.312*
        146 S.W.3d 302 *p.320*

16. **Distinguished by:**
    *Spector v. Norwegian Cruise Line, Ltd.*, 2004 Tex. App. LEXIS 2941 (Tex. App. Houston 1st Dist. Mar. 30, 2004) LexisNexis Headnotes HN3, HN12

    2004 Tex. App. LEXIS 2941

17. **Cited by:**
    *In re Barnes*, 127 S.W.3d 843, 2003 Tex. App. LEXIS 10814 (Tex. App. San Antonio 2003) LexisNexis Headnotes HN3
        127 S.W.3d 843 *p.846*

18. **Cited by:**
    *DaimlerChrysler Corp. v. Inman*, 121 S.W.3d 862, 2003 Tex. App. LEXIS 9881, CCH Prod. Liab. Rep. P16831 (Tex. App. Corpus Christi 2003) LexisNexis Headnotes HN5
        121 S.W.3d 862 *p.883*

19. **Distinguished by:**
    *Polaris Indus. v. McDonald*, 119 S.W.3d 331, 2003 Tex. App. LEXIS 6985 (Tex. App. Tyler 2003) LexisNexis Headnotes HN3
        119 S.W.3d 331 *p.341*

20. **Cited by:**
    *Phillips Petroleum Co. v. Bowden*, 108 S.W.3d 385, 2003 Tex. App. LEXIS 3717 (Tex. App. Houston 14th Dist. 2003) LexisNexis Headnotes HN3, HN8, HN12
        108 S.W.3d 385 *p.403*

21. **Cited by:**
    *Citizens Ins. Co. of Am. v. Daccach*, 105 S.W.3d 712, 2003 Tex. App. LEXIS 3463 (Tex. App. Austin 2003) LexisNexis Headnotes HN10, HN11, HN12
        105 S.W.3d 712 *p.725*
        105 S.W.3d 712 *p.727*

22. **Cited by:**
    *Farmers Ins. Exch. v. Leonard*, 125 S.W.3d 55, 2003 Tex. App. LEXIS 3085 (Tex. App. Austin 2003) LexisNexis Headnotes HN9, HN11, HN12
        125 S.W.3d 55 *p.60*

23. **Cited by:**
    *In re Swepi L.P.*, 103 S.W.3d 578, 2003 Tex. App. LEXIS 1045, 163 Oil & Gas Rep. 140 (Tex. App. San Antonio 2003) LexisNexis Headnotes HN3
        103 S.W.3d 578 *p.583*

24. **Cited by:**
    *Snyder Communs. v. Magana*, 94 S.W.3d 213, 2002 Tex. App. LEXIS 8426 (Tex. App. Corpus Christi 2002) LexisNexis Headnotes HN3, HN7, HN9, HN11, HN12
        94 S.W.3d 213 *p.223*
        94 S.W.3d 213 *p.242*
        94 S.W.3d 213 *p.244*

25. **Cited by:**

*Alford Chevrolet-Geo v. Jones*, 91 S.W.3d 396, 2002 Tex. App. LEXIS 7636 (Tex. App. Texarkana 2002)
    91 S.W.3d 396 *p.405*

26.     Cited by:
*Farmers Ins. Exch. v. Leonard*, 2002 Tex. App. LEXIS 6294 (Tex. App. Austin Aug. 30, 2002) LexisNexis Headnotes HN9, HN11, HN12
    2002 Tex. App. LEXIS 6294

27.     Followed by, Cited by:
*Nat'l W. Life Ins. Co. v. Rowe*, 86 S.W.3d 285, 2002 Tex. App. LEXIS 5728 (Tex. App. Austin 2002) LexisNexis Headnotes HN12
    Followed by:
    86 S.W.3d 285 *p.303*

    Cited by:
    86 S.W.3d 285 *p.293*
    86 S.W.3d 285 *p.302*

28.     Cited by:
*Bailey v. Kemper Cas. Ins. Co.*, 83 S.W.3d 840, 2002 Tex. App. LEXIS 4899 (Tex. App. Texarkana 2002) LexisNexis Headnotes HN1, HN9, HN10, HN11
    83 S.W.3d 840 *p.853*
    83 S.W.3d 840 *p.854*

29.     Cited by:
*McLean v. MFC Fin. Co.*, 2002 Tex. App. LEXIS 4704 (Tex. App. Dallas July 2, 2002) LexisNexis Headnotes HN11
    2002 Tex. App. LEXIS 4704

30.     Followed by, Cited by:
*Compaq Computer Corp. v. Lapray*, 79 S.W.3d 779, 2002 Tex. App. LEXIS 4378 (Tex. App. Beaumont 2002) LexisNexis Headnotes HN3, HN8, HN12
    Followed by:
    79 S.W.3d 779 *p.792*

    Cited by:
    79 S.W.3d 779 *p.786*
    79 S.W.3d 779 *p.793*
    79 S.W.3d 779 *p.794*

31.     Cited by:
*In re United Servs. Auto. Ass'n*, 76 S.W.3d 112, 2002 Tex. App. LEXIS 1985 (Tex. App. San Antonio 2002) LexisNexis Headnotes HN3
    76 S.W.3d 112 *p.115*

32.     Cited by:
*In re MHI P'ship*, 2002 Tex. App. LEXIS 1641 (Tex. App. San Antonio Mar. 6, 2002) LexisNexis Headnotes HN3

2002 Tex. App. LEXIS 1641

33. Cited by:
*Union Pac. Res. Group, Inc. v. Hankins*, 51 S.W.3d 741, 2001 Tex. App. LEXIS 4317, 153 Oil & Gas Rep. 102 (Tex. App. El Paso 2001) LexisNexis Headnotes HN2
  51 S.W.3d 741 *p.749*

34. Cited by:
*Northrup v. Southwestern Bell Tel. Co.*, 72 S.W.3d 1, 2001 Tex. App. LEXIS 4031 (Tex. App. Corpus Christi 2001) LexisNexis Headnotes HN12
  72 S.W.3d 1 *p.11*

35. Cited by:
*State Farm Mut. Auto. Ins. Co. v. Lopez*, 45 S.W.3d 182, 2001 Tex. App. LEXIS 751 (Tex. App. Corpus Christi 2001) LexisNexis Headnotes HN11, HN12
  45 S.W.3d 182 *p.192*

36. Cited by:
*State Indus., Inc. v. Fain*, 38 S.W.3d 167, 2000 Tex. App. LEXIS 8091 (Tex. App. Waco 2000) LexisNexis Headnotes HN9
  38 S.W.3d 167 *p.170*

37. Cited by:
*City of Dallas v. Brewster*, 2000 Tex. App. LEXIS 7846 (Tex. App. Dallas Nov. 17, 2000) LexisNexis Headnotes HN2, HN12
  2000 Tex. App. LEXIS 7846

38. Cited by:
*Henry Schein, Inc. v. Stromboe*, 28 S.W.3d 196, 2000 Tex. App. LEXIS 6222 (Tex. App. Austin 2000) LexisNexis Headnotes HN10, HN11, HN12
  28 S.W.3d 196 *p.201*
  28 S.W.3d 196 *p.209*
  28 S.W.3d 196 *p.210*

39. Cited by:
*Nissan Motor Co. v. Fry*, 27 S.W.3d 573, 2000 Tex. App. LEXIS 5565 (Tex. App. Corpus Christi 2000) LexisNexis Headnotes HN2, HN9
  27 S.W.3d 573 *p.585*
  27 S.W.3d 573 *p.588*

40. Cited by:
*Entergy Gulf States, Inc. v. Butler*, 25 S.W.3d 359, 2000 Tex. App. LEXIS 5098 (Tex. App. Texarkana 2000) LexisNexis Headnotes HN9
  25 S.W.3d 359 *p.362*

41. Cited by:

*Monsanto Co. v. Davis*, 25 S.W.3d 773, 2000 Tex. App. LEXIS 4977 (Tex. App. Waco 2000) LexisNexis Headnotes HN9
    25 S.W.3d 773 *p.782*

42. **Cited by:**
*In re Dilley Indep. Sch. Dist.*, 23 S.W.3d 189, 2000 Tex. App. LEXIS 4266 (Tex. App. San Antonio 2000) LexisNexis Headnotes HN3
    23 S.W.3d 189 *p.191*

43. **Cited by:**
*Nissan Motor Co., Ltd. v. Fry*, 2000 Tex. App. LEXIS 3601 (Tex. App. Corpus Christi May 25, 2000)
    2000 Tex. App. LEXIS 3601

44. **Cited by:**
*Entergy Gulf States, Inc. v. Butler*, 2000 Tex. App. LEXIS 2900 (Tex. App. Texarkana May 4, 2000)
    2000 Tex. App. LEXIS 2900

45. **Cited by:**
*Graebel/Houston Movers, Inc. v. Chastain*, 26 S.W.3d 24, 2000 Tex. App. LEXIS 2660 (Tex. App. Houston 1st Dist. 2000) LexisNexis Headnotes HN12
    26 S.W.3d 24 *p.30*

46. **Cited by:**
*McAllen Med. Ctr., Inc. v. Cortez*, 17 S.W.3d 305, 2000 Tex. App. LEXIS 2309 (Tex. App. Corpus Christi 2000)
    17 S.W.3d 305 *p.308*

47. **Cited by:**
*Entergy Gulf States, Inc. v. Butler*, 2000 Tex. App. LEXIS 1651 (Tex. App. Texarkana Mar. 14, 2000)
    2000 Tex. App. LEXIS 1651

48. **Cited by:**
*TCI Cablevision of Dallas v. Owens*, 8 S.W.3d 837, 2000 Tex. App. LEXIS 648, 2000:06 Tex. Civil Op. Serv. 223 (Tex. App. Beaumont 2000) LexisNexis Headnotes HN3, HN7, HN9, HN12
    8 S.W.3d 837 *p.842*

49. **Cited by:**
*In re Lavernia Nursing Facility*, 12 S.W.3d 566, 1999 Tex. App. LEXIS 9552, 2000:01 Tex. Civil Op. Serv. 139 (Tex. App. San Antonio 1999) LexisNexis Headnotes HN3
    12 S.W.3d 566 *p.570*

50. **Cited by:**
*In re Kramer*, 9 S.W.3d 449, 1999 Tex. App. LEXIS 9435, 2000:01 Tex. Civil Op. Serv. 131 (Tex. App. San Antonio 1999) LexisNexis Headnotes HN3
    9 S.W.3d 449 *p.450*

51. Cited by:
 *In re Mansell*, 1999 Tex. App. LEXIS 7365 (Tex. App. San Antonio Oct. 6, 1999) LexisNexis Headnotes HN3
 1999 Tex. App. LEXIS 7365

52. Cited by:
 *In re Doctors' Hosp. of Laredo, Ltd. Pshp.*, 2 S.W.3d 504, 1999 Tex. App. LEXIS 5895, 99:33 Tex. Civil Op. Serv. 17 (Tex. App. San Antonio 1999) LexisNexis Headnotes HN3
 2 S.W.3d 504 *p.506*

53. Cited by:
 *Security Life of Denver Ins. Co. v. Ferguson*, 1999 Tex. App. LEXIS 4102 (Tex. App. Dallas May 28, 1999) LexisNexis Headnotes HN7, HN12
 1999 Tex. App. LEXIS 4102

54. Cited by:
 *Texas Commerce Bank Nat'l Ass'n v. Wood*, 994 S.W.2d 796, 1999 Tex. App. LEXIS 3786, 99:21 Tex. Civil Op. Serv. 269 (Tex. App. Corpus Christi 1999) LexisNexis Headnotes HN3, HN12
 994 S.W.2d 796 *p.802*

55. Cited by:
 *Bally Total Fitness Corp. v. Jackson*, 2 S.W.3d 327, 1999 Tex. App. LEXIS 3549, 99:20 Tex. Civil Op. Serv. 139 (Tex. App. San Antonio 1999)
 2 S.W.3d 327 *p.329*

56. Cited by:
 *Entex v. City of Pearland*, 990 S.W.2d 904, 1999 Tex. App. LEXIS 2880, 99:17 Tex. Civil Op. Serv. 265 (Tex. App. Houston 14th Dist. 1999) LexisNexis Headnotes HN1, HN9
 990 S.W.2d 904 *p.919*

57. Cited by:
 *Valencia v. Timmers Chevrolet, Inc.*, 1999 Tex. App. LEXIS 2046 (Tex. App. Houston 14th Dist. Mar. 25, 1999)
 1999 Tex. App. LEXIS 2046

58. Cited by:
 *Hi-Lo Auto Supply, L.P. v. Beresky*, 986 S.W.2d 382, 1999 Tex. App. LEXIS 1273, 99:10 Tex. Civil Op. Serv. 83 (Tex. App. Beaumont 1999) LexisNexis Headnotes HN3, HN9, HN11, HN12
 986 S.W.2d 382 *p.387*

59. Cited by:
 *Texas Commerce Bank Nat'l Ass'n v. Wood*, 1999 Tex. App. LEXIS 921 (Tex. App. Corpus Christi Feb. 11, 1999)
 1999 Tex. App. LEXIS 921

60. Cited by:
    *Gouldd v. Lowrance*, 1998 Tex. App. LEXIS 5311 (Tex. App. Amarillo Aug. 24, 1998) LexisNexis Headnotes HN11
    1998 Tex. App. LEXIS 5311

61. Cited by:
    *Firstcollect, Inc. v. Armstrong*, 976 S.W.2d 294, 1998 Tex. App. LEXIS 4806, 98:33 Tex. Civil Op. Serv. 281 (Tex. App. Corpus Christi 1998) LexisNexis Headnotes HN2, HN3, HN9, HN10, HN11, HN12
    976 S.W.2d 294 *p.299*
    976 S.W.2d 294 *p.300*
    976 S.W.2d 294 *p.301*
    976 S.W.2d 294 *p.302*

62. Harmonized by, Cited by:
    *In the Interest of M.M.O.*, 981 S.W.2d 72, 1998 Tex. App. LEXIS 4587, 98:31 Tex. Civil Op. Serv. 133 (Tex. App. San Antonio 1998) LexisNexis Headnotes HN12
    Harmonized by:
    981 S.W.2d 72 *p.86*

    Cited by:
    981 S.W.2d 72 *p.79*

63. Cited by:
    *E & V Slack, Inc. v. Shell Oil Co.*, 969 S.W.2d 565, 1998 Tex. App. LEXIS 2806, 98:20 Tex. Civil Op. Serv. 43 (Tex. App. Austin 1998) LexisNexis Headnotes HN3, HN9, HN12
    969 S.W.2d 565 *p.569*
    969 S.W.2d 565 *p.571*

64. Followed by, Cited by:
    *Sun Coast Resources v. Cooper*, 967 S.W.2d 525, 1998 Tex. App. LEXIS 2428, 98:17 Tex. Civil Op. Serv. 15 (Tex. App. Houston 1st Dist. 1998) LexisNexis Headnotes HN9
    Followed by:
    967 S.W.2d 525 *p.533*

    Cited by:
    967 S.W.2d 525 *p.534*

65. Followed by:
    *Union Pac. Resources Co. v. Chilek*, 966 S.W.2d 117, 1998 Tex. App. LEXIS 1823, 98:13 Tex. Civil Op. Serv. 125, 139 Oil & Gas Rep. 658 (Tex. App. Austin 1998) LexisNexis Headnotes HN11
    966 S.W.2d 117 *p.121*

66. Followed by:
    *Sun Coast Resources v. Cooper*, 967 S.W.2d 525, 1998 Tex. App. LEXIS 1258, 98:09 Tex. Civil Op. Serv. 85 (Tex. App. Houston 1st Dist. 1998)
    1998 Tex. App. LEXIS 1258

67. Cited by:

Page 196

*Interstate Brands Corp. v. Tucker*, 1998 Tex. App. LEXIS 2036 (Tex. App. Waco Feb. 25, 1998) LexisNexis Headnotes HN9, HN10, HN11
    1998 Tex. App. LEXIS 2036

68. Cited by:
*Central Power & Light Co. v. City of San Juan*, 962 S.W.2d 602, 1998 Tex. App. LEXIS 923, 98:07 Tex. Civil Op. Serv. 265 (Tex. App. Corpus Christi 1998) LexisNexis Headnotes HN2, HN3, HN9, HN11, HN12
    962 S.W.2d 602 *p.608*
    962 S.W.2d 602 *p.609*
    962 S.W.2d 602 *p.610*

69. Cited by:
*Remington Arms Co. v. Luna*, 966 S.W.2d 641, 1998 Tex. App. LEXIS 895, 98:07 Tex. Civil Op. Serv. 71 (Tex. App. San Antonio 1998) LexisNexis Headnotes HN3
    966 S.W.2d 641 *p.643*

70. Cited by:
*Intratex Gas Co. v. Beeson*, 960 S.W.2d 389, 1998 Tex. App. LEXIS 334, 98:03 Tex. Civil Op. Serv. 13, 140 Oil & Gas Rep. 337 (Tex. App. Houston 1st Dist. 1998) LexisNexis Headnotes HN3, HN7, HN9
    960 S.W.2d 389 *p.397*

71. Cited by:
*Rio Grande Valley Gas Co. v. City of Pharr*, 962 S.W.2d 631, 1997 Tex. App. LEXIS 6663, 98:01 Tex. Civil Op. Serv. 117 (Tex. App. Corpus Christi 1997) LexisNexis Headnotes HN2, HN3, HN4, HN9, HN10, HN11, HN12
    962 S.W.2d 631 *p.640*
    962 S.W.2d 631 *p.641*
    962 S.W.2d 631 *p.642*
    962 S.W.2d 631 *p.644*
    962 S.W.2d 631 *p.645*

72. Cited by:
*Glassell v. Ellis*, 956 S.W.2d 676, 1997 Tex. App. LEXIS 5514, 97:44 Tex. Civil Op. Serv. 135, 138 Oil & Gas Rep. 662 (Tex. App. Texarkana 1997) LexisNexis Headnotes HN1, HN3, HN7, HN8, HN11, HN12
    956 S.W.2d 676 *p.682*

73. Cited by:
*Purina Mills v. Odell*, 948 S.W.2d 927, 1997 Tex. App. LEXIS 3253, 97:27 Tex. Civil Op. Serv. 187 (Tex. App. Texarkana 1997)
    948 S.W.2d 927 *p.932*

74. Cited by:
*Purina Mills v. Odell*, 1997 Tex. App. LEXIS 1769, 97:16 Tex. Civil Op. Serv. 117 (Tex. App. Texarkana 1997)
    1997 Tex. App. LEXIS 1769

75. **Cited by:**
*Southwestern Bell Yellow Pages v. Waterin Hole*, 1997 Tex. App. LEXIS 1276 (Tex. App. Austin Mar. 20, 1997) LexisNexis Headnotes HN11
    1997 Tex. App. LEXIS 1276

76. **Cited by:**
*Health & Tennis Corp. of Am. v. Jackson*, 928 S.W.2d 583, 1996 Tex. App. LEXIS 2222, 96:24 Tex. Civil Op. Serv. 165 (Tex. App. San Antonio 1996) LexisNexis Headnotes HN2, HN3, HN9, HN10, HN11, HN12
    928 S.W.2d 583 *p.588*
    928 S.W.2d 583 *p.589*
    928 S.W.2d 583 *p.590*
    928 S.W.2d 583 *p.591*

## 5TH CIRCUIT - U.S. DISTRICT COURTS

77. **Cited by:**
*Rivera v. Wyeth-Ayerst Lab.*, 121 F. Supp. 2d 614, 2000 U.S. Dist. LEXIS 17143, CCH Prod. Liab. Rep. P15958, 43 U.C.C. Rep. Serv. 2d (CBC) 539 (S.D. Tex. 2000)
    121 F. Supp. 2d 614 *p.619*

78. **Distinguished by:**
*In re Air Bag Prods. Liab. Litig.*, 7 F. Supp. 2d 792, 1998 U.S. Dist. LEXIS 7940 (E.D. La. 1998)
    7 F. Supp. 2d 792 *p.805*

## 7TH CIRCUIT - U.S. DISTRICT COURTS

79. **Cited by:**
*In re Bridgestone/Firestone Inc. v. Wilderness Tires Prods. Liab. Litig.*, 155 F. Supp. 2d 1069, 2001 U.S. Dist. LEXIS 11395, CCH Prod. Liab. Rep. P16143, 45 U.C.C. Rep. Serv. 2d (CBC) 516 (S.D. Ind. 2001) LexisNexis Headnotes HN5
    155 F. Supp. 2d 1069 *p.1100*

80. **Followed by:**
*In re GM Type III Door Latch Litig.*, 2001 U.S. Dist. LEXIS 969 (N.D. Ill. Jan. 25, 2001)
    2001 U.S. Dist. LEXIS 969

## 9TH CIRCUIT - U.S. DISTRICT COURTS

81. **Followed by:**
*Chamberlan v. Ford Motor Co.*, 369 F. Supp. 2d 1138, 2005 U.S. Dist. LEXIS 10042 (N.D. Cal. 2005) LexisNexis Headnotes HN5
    369 F. Supp. 2d 1138 *p.1147*

## D.C. CIRCUIT - U.S. DISTRICT COURT

82. **Distinguished by:**
*Williams v. Purdue Pharma Co.*, 297 F. Supp. 2d 171, 2003 U.S. Dist. LEXIS 23369 (D.D.C. 2003)

297 F. Supp. 2d 171 *p.178*

## CALIFORNIA COURTS OF APPEAL

83. **Cited by:**
    *Hicks v. Kaufman & Broad Home Corp.*, 89 Cal. App. 4th 908, 107 Cal. Rptr. 2d 761, 2001 Cal. App. LEXIS 430, 2001 Cal. Daily Op. Service 4662, 2001 D.A.R. 5719, 45 U.C.C. Rep. Serv. 2d (CBC) 131 (Cal. App. 2d Dist. 2001)
    89 Cal. App. 4th 908 *p.923*
    107 Cal. Rptr. 2d 761 *p.773*

## OTHER NEW YORK DECISIONS

84. **Cited by:**
    *Small v. Lorillard Tobacco Co.*, 175 Misc. 2d 294, 668 N.Y.S.2d 307, 1997 N.Y. Misc. LEXIS 615 (N.Y. Sup. Ct. 1997) LexisNexis Headnotes HN12
    175 Misc. 2d 294 *p.303*
    668 N.Y.S.2d 307 *p.313*

## SOUTH CAROLINA SUPREME COURT

85. **Criticized by:**
    *Wilson v. Style Crest Prods.*, 367 S.C. 653, 627 S.E.2d 733, 2006 S.C. LEXIS 69, 59 U.C.C. Rep. Serv. 2d (CBC) 98 (S.C. 2006)
    367 S.C. 653 *p.657*
    627 S.E.2d 733 *p.736*

## LAW REVIEWS AND PERIODICALS ( 22 Citing References )

86. *NOTE: Requirements of a Class Certification Order Under Texas Rule of Civil Procedure 42 After Southwestern Refining Co. v. Bernal*, 54 Baylor L. Rev. 287 (2002)
    54 Baylor L. Rev. 287 *p.287*

87. *ARTICLE: Managing Complex Litigation: Class Actions and Mass Torts \**, 48 Baylor L. Rev. 1001 (1996)
    48 Baylor L. Rev. 1001 *p.1011*

88. *ARTICLE: DRAFTING AND NEGOTIATING COMMERCIAL SOFTWARE LICENSES: A REVIEW OF SELECTED ISSUES RAISED BY PROPOSED UNIFORM COMMERCIAL CODE ARTICLE 2B*, 30 Creighton L. Rev. 1189 (1997)

89. *NOTE: UCITA: UNIFORMITY AT THE PRICE OF FAIRNESS?*, 69 Fordham L. Rev. 2471 (2001)
    69 Fordham L. Rev. 2471 *p.2471*

90. *THE UNIFORM COMMERCIAL CODE PROPOSED ARTICLE 2B SYMPOSIUM: THE IMPLIED WARRANTY OF MERCHANTABILITY IN SOFTWARE CONTRACTS: A WARRANTY NO ONE DARES TO GIVE AND HOW TO CHANGE THAT*, 16 J. Marshall J. Computer & Info. L. 393 (1997)

91. *FEATURE: THE MILLENNIUM STRIKES BACK: THE YEAR 2000 COMPUTER PROBLEM RAISES A*

*HOST OF LITIGATION ISSUES FOR POTENTIAL PLAINTIFFS AND DEFENDANTS ALIKE*, 20 Los Angeles Lawyer 34 (1997)

92. *ARTICLE: ARMAGEDDON THROUGH AGGREGATION? THE USE AND ABUSE OF CLASS ACTIONS IN INTERNATIONAL DISPUTE RESOLUTION \**, 10 MSU-DCL J. Int'l L. 205 (2001)

93. *ARTICLE: Information Technology and Y2K Litigation*, 18 Rev. Litig. 621 (1999)

94. *ARTICLE: Class Actions in Year 2000 Defective Software and Hardware Litigation*, 18 Rev. Litig. 487 (1999)

95. *ARTICLE: Legal Implications of the Millennium Bug: The Multiple Roles of Lawyers in Coping with the Fallout from the Trillion-Dollar Computer Glitch*, 18 Rev. Litig. 417 (1999)

96. *HOUSE BILL 4 SYMPOSIUM ISSUE: House Bill 4, Class-Action Certification Requirements, and Res Judicata*, 46 S. Tex. L. Rev. 913 (2005)
    46 S. Tex. L. Rev. 913 *p.913*

97. *ARTICLE: Dispelling the Myths of Asbestos Litigation: Solutions for Common Law Courts*, 44 S. Tex. L. Rev. 945 (2003)
    44 S. Tex. L. Rev. 945 *p.945*

98. *ESSAY: Reverberations from the Collision of Tort and Warranty*, 53 S.C. L. Rev. 1067 (2002)
    53 S.C. L. Rev. 1067 *p.1067*

99. *ARTICLE: "HOW DO YOU TAKE YOUR MULTI-STATE, CLASS-ACTION LITIGATION? ONE LUMP OR TWO?" INFUSING STATE CLASS-ACTION JURISPRUDENCE INTO FEDERAL, MULTI-STATE, CLASS-CERTIFICATION ANALYSES IN A "CAFA-NATED" WORLD*, 46 Santa Clara L. Rev. 567 (2006)
    46 Santa Clara L. Rev. 567 *p.567*

100. *ARTICLE: STANDARDS OF REVIEW IN TEXAS*, 38 St. Mary's L. J. 47 (2006)
     38 St. Mary's L. J. 47 *p.47*

101. *ARTICLE: STANDARDS OF REVIEW IN TEXAS*, 34 St. Mary's L. J. 1 (2002)
     34 St. Mary's L. J. 1 *p.1*

102. *ARTICLE: STANDARDS OF REVIEW IN TEXAS*, 29 St. Mary's L. J. 351 (1998)
     29 St. Mary's L. J. 351 *p.501*

103. *ARTICLE: RECURRING ISSUES IN CONSUMER AND BUSINESS CLASS ACTION LITIGATION IN TEXAS*, 33 Tex. Tech L. Rev. 971 (2002)
     33 Tex. Tech L. Rev. 971 *p.971*

104. *ARTICLE: The Year 2000 Headache"Two thousand zero-zero. Party's over. Oops, out of time. \**", 28 Tex. Tech L. Rev. 753 (1997)
     28 Tex. Tech L. Rev. 753 *p.780*

105. *CLASS ACTIONS IN THE GULF SOUTH SYMPOSIUM: CLASS ACTION PRACTICE IN THE GULF SOUTH*, 74 Tul. L. Rev. 1603 (2000)
   74 Tul. L. Rev. 1603 *p.1603*

106. *ARTICLE: Steering the Titanic Clear of the Iceberg: Saving the Sale of Software from the Perils of Warranties*, 31 U.S.F. L. Rev. 531 (1997)

107. *MONSANTO LECTURE: Resolving Aggregate Mass Tort Litigation: The New Private Law Dispute Resolution Paradigm*, 33 Val. U.L. Rev. 413 (1999)
   33 Val. U.L. Rev. 413 *p.413*

**TREATISE CITATIONS ( 11 Citing Sources )**

108. *1-4 Commercial and Consumer Warranties @ 4.09*

109. *3-25 Commercial and Consumer Warranties @ 25.04*

110. *1-13 Dorsaneo, Texas Litigation Guide @ 13.02*

111. *1-13 Dorsaneo, Texas Litigation Guide @ 13.03*

112. *1-13 Dorsaneo, Texas Litigation Guide @ 13.50*

113. *1-13 Dorsaneo, Texas Litigation Guide @ 13.201*

114. *3-9 New York Civil Practice: CPLR P 901.23*

115. *3-9 New York Civil Practice: CPLR P 902.01*

116. *3-9 New York Civil Practice: CPLR P 902.07*

117. *3-9 New York Civil Practice: CPLR P 906.02*

118. *3-9 New York Civil Practice: CPLR P 907.09*