The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DIANNE L. KELLEY and KENNETH HANSEN, <br><br> Plaintiffs, <br><br> v. <br><br> MICROSOFT CORPORATION, a Washington Corporation, <br><br> Defendant. | No. C07-0475 MJP <br><br> SUPPLEMENTAL DECLARATION OF WILLIAM C. SMART <br><br> CLASS ACTION |

I, William C. Smart, declare as follows:

1. <u>Identity and Competency.</u> I am an attorney with the law firm of Keller Rohrback L.L.P. Together with Gordon Tilden Thomas & Cordell, L.L.P., we represent the plaintiffs.

2. <u>Authentication of Documents.</u> Attached as exhibits are true and correct copies of the following documents:

| Exhibit Name | Tab |
|---|---|
| Confidential Excerpts from the Microsoft Business Terms Document for OEM Customers and from the Microsoft Desktop Operating System License Agreement for OEM Customers with Toshiba [2004-2005 Agreement as produced by Microsoft] [MS-KELL 5003003-07, 5003035-40; Microsoft Designated "CONFIDENTIAL"] | A |

SUPPLEMENTAL DECLARATION OF WILLIAM C. SMART
(C07-0475 MJP) Page - 1

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

N:\CLIENTS\27673-1\PLEADINGS\SUPP.W.S.DEC CCL.DOC

Dockets.Justia.com

| Exhibit Name | Tab |
|---|---|
| Brief of Conflict-of-Laws Professors as *Amici Curiae* in Support of Plaintiffs-Appellees, Barbara's Sales, Inc. v. Intel Corp., No. 103287, 2007 Ill. LEXIS 1698 (Ill. Nov. 29, 2007) | B |
| Pages 1, 24 and 25 of Microsoft's Amended Objections and Responses to Plaintiffs' First Set of Requests for Admissions | C |

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 19th day of December, 2007, at Seattle, Washington.

_____
William C. Smart

SUPPLEMENTAL DECLARATION OF WILLIAM C. SMART
(C07-0475 MJP) Page - 2

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

N:\CLIENTS\27673\1\PLEADINGS\SUPP.WCS.DEC.COL.DOC

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following.

Counsel for Defendant Microsoft Corporation

Stephen M. Rummage, WSBA #11168
Cassandra L. Kinkead, WSBA #22845
Charles S. Wright, WSBA #31940
Davis Wright Tremaine LLP
1201 Third Avenue Suite 2200
Seattle, Washington 98101-3045
steverummage@dwt.com
cassandrakinkead@dwt.com
charleswright@dwt.com

Counsel for Defendant Microsoft Corporation – Admitted Pro Hac Vice

Charles B. Casper
Montgomery, McCracken, Walker & Rhoads
123 South Broad Street
Philadelphia, PA 19109
ccasper@mmwr.com

GORDON TILDEN THOMAS & CORDELL LLP

By _____
Mark A. Wilner, WSBA #31550
Attorneys for Plaintiff
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154-1007
Telephone: (206) 467-6477
Facsimile: (206) 467-6292
Email: mwilner@gordontilden.com

SUPPLEMENTAL DECLARATION OF WILLIAM C. SMART
(C07-0475 MJP) Page - 3

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

N:\CLIENTS\27673-1\PLEADINGS\SUPP.WCS.DEC.COL.DOC