The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| DIANNE KELLEY and KENNETH HANSEN, | ) | No. C 07-475 MJP |
| Plaintiffs, | ) ) | [PROPOSED] PROTECTIVE ORDER SEALING CERTAIN |
| v. | ) ) | CONFIDENTIAL DOCUMENTS |
| MICROSOFT CORPORATION, a Washington corporation, | ) ) ) | AND RELATED BRIEFING |
| Defendant. | ) ) ) ) | *Note on Motion Calendar:* January 15, 2008 |

In accordance with the requirements of the Court's Protective Order [Dkt. No. 57], this matter came before the Court on the motion of Plaintiffs for an order sealing (a) Exhibit A to the Declaration of Jeffrey Thomas [Dkt. No. 114], (b) Exhibit A to the Supplemental Declaration of William C. Smart [Dkt. No. 117], and (c) Plaintiffs' Replies in Support of Class Certification and for Application of Washington Law [Dkt. Nos. 112 and 115]. Thereafter, defendant Microsoft Corporation ("Microsoft") filed its Response to Plaintiffs' Motion to Seal for the purpose of making the showing required by CR 5(g).

The Court has considered the papers filed in support of and in opposition to the relief requested in the motion and the attachments thereto. Based on these materials, the Court hereby

**GRANTS** the requested protective order.

PROTECTIVE ORDER SEALING CERTAIN CONFIDENTIAL
DOCUMENTS AND RELATED BRIEFING
UNDER CR 5(g) (NO. C07-475 MJP) – 1

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, Washington 98101
(206) 622-3150 Fax: (206) 757-7700

Dockets.Justia.com

1   The Clerk is directed to maintain under seal the following documents in the record:

2   1.    Exhibit A to the Declaration of Jeffrey Thomas, filed under seal with the Court

3   on December 19, 2007 [Dkt. No. 114];

4   2.    Exhibit A to the Supplemental Declaration of William C. Smart, filed under

5   seal with the Court on December 19, 2007 [Dkt. No. 117]; and

6   3.    Plaintiffs' Reply in Support of Motion for Class Certification, filed under seal

7   with the Court on December 19, 2007 [Dkt. No.112].

8   By agreement of the parties, Plaintiffs' Reply in Support of Motion for Application of

9   Washington Law, filed under seal with the Court on December 19, 2007 [Dkt. No.115], need

10  not remain under seal.  The Clerk is hereby directed to unseal Docket No. 115.

11  Plaintiffs counsel are directed, within 10 days of the date of this Order, to file for the

12  public record a redacted version of Plaintiffs' Reply in Support of Motion for Class

13  Certification [Dkt. No. 112], fully obscuring the confidential information addressed in this

14  Order.  In preparing the redacted version, Plaintiffs' counsel shall redact not only material

15  quoted verbatim from the confidential documents that this Order directs remain under seal but

16  also any text that summarizes or paraphrases the confidential information remaining under

17  seal.

18  It is so ordered.

19  DATED this _____ day of _____, 2008.

20

21

22                               The Honorable Marsha J. Pechman
                                 United States District Judge

23  Presented by:

24  Davis Wright Tremaine LLP
    Attorneys for Defendant Microsoft Corporation

25
    By    /s/ Stephen M. Rummage
26        Stephen M. Rummage, WSBA #11168

27  PROTECTIVE ORDER SEALING CERTAIN CONFIDENTIAL
    DOCUMENTS AND RELATED BRIEFING
    UNDER CR 5(g) (NO. C07-475 MJP) – 2

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, Washington 98101
(206) 622-3150  Fax: (206) 757-7700

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2008, I electronically filed the foregoing *[Proposed] Protective Order Sealing Certain Confidential Documents and Related Briefing* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Jeffrey I. Tilden: | jtilden@gordontilden.com |
| Jeffrey M. Thomas: | jthomas@gordontilden.com |
| Michael Rosenberger: | mrosenberger@gordontilden.com |
| Mark A. Wilner: | mwilner@gordontilden.com |
| William C. Smart: | wsmart@kellerrohrback.com |
| Mark A. Griffin: | mgriffin@kellerrohrback.com |
| Ian S. Birk: | ibirk@kellerrohrback.com |

DATED this 10th day of January, 2008.

Davis Wright Tremaine LLP
*Attorneys for Microsoft Corporation*

By /s/ Stephen M. Rummage
    Stephen M. Rummage, WSBA #11168
    Davis Wright Tremaine LLP
    Suite 2200
    1201 Third Avenue
    Seattle, WA 98101-3045
    Telephone: (206) 757-8136
    Fax: (206) 757-7136
    E-mail: steverummage@dwt.com

PROTECTIVE ORDER SEALING CERTAIN CONFIDENTIAL
DOCUMENTS AND RELATED BRIEFING
UNDER CR 5(g) (NO. C07-475 MJP) – 3

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, Washington 98101
(206) 622-3150  Fax: (206) 757-7700