Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DIANNE L. KELLEY and KENNETH HANSEN,<br><br>           Plaintiffs,<br><br>   v.<br><br>MICROSOFT CORPORATION, a Washington Corporation,<br><br>           Defendant. | NO. C07-0475 MJP<br><br>PLAINTIFFS' MOTION FOR APPROVAL TO FILE OVER-LENGTH BRIEF<br><br><u>CLASS ACTION</u><br><br>NOTED ON MOTION CALENDAR: January 10, 2008 |

Pursuant to CR 7(f), plaintiffs seek approval to file an over-length "reply" brief of 10 total pages in opposition to Microsoft's "response" (Dkt. #119) to the two-page "placeholder" motion to seal (Dkt. #111) that plaintiffs filed with their reply in support of class certification (Dkt. #112). In its brief, Microsoft used 10 pages to present for the first time its arguments in support of sealing/redaction. We request an equal number of pages for our brief.

DATED this 10th day of January, 2008.

GORDON TILDEN THOMAS & CORDELL LLP

By /s/ Jeffrey I. Tilden

Jeffrey I. Tilden, WSBA #12219
Jeffrey M. Thomas, WSBA #21175
Mark A. Wilner, WSBA #31550

PLAINTIFFS' MOTION FOR APPROVAL TO FILE OVER-LENGTH BRIEF - 1
No. C07-0475 MJP

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

Dockets.Justia.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45

**KELLER ROHRBACK L.L.P.**

By /s/ *for*

William C. Smart, WSBA #8192
Ian S. Birk, WSBA #31431

Attorneys for Plaintiffs

---

PLAINTIFFS' MOTION FOR APPROVAL TO FILE OVER-LENGTH BRIEF - 2
No. C07-0475 MJP

**GORDON TILDEN THOMAS & CORDELL LLP**
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

# CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following.

| Counsel for Defendant Microsoft Corporation | Counsel for Defendant Microsoft Corporation – Admitted Pro Hac Vice |
|---|---|
| Stephen M. Rummage, WSBA #11168<br>Cassandra L. Kinkead, WSBA #22845<br>Charles S. Wright, WSBA #31940<br>Davis Wright Tremaine LLP<br>1201 Third Avenue Suite 2200<br>Seattle, Washington 98101-3045<br>steverummage@dwt.com<br>cassandrakinkead@dwt.com<br>charleswright@dwt.com | Charles B. Casper<br>Montgomery, McCracken, Walker & Rhoads<br>123 South Broad Street<br>Philadelphia, PA 19109<br>ccasper@mmwr.com |

GORDON TILDEN THOMAS & CORDELL LLP

By /s/ Mark A. Wilner

Mark A. Wilner, WSBA #31550
Attorneys for Plaintiff
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154-1007
Telephone: (206) 467-6477
Facsimile: (206) 467-6292
Email: mwilner@gordontilden.com

PLAINTIFFS' MOTION FOR APPROVAL TO FILE OVER-LENGTH BRIEF - 3
No. C07-0475 MJP

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292