Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DIANNE L. KELLEY and KENNETH HANSEN,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>MICROSOFT CORPORATION, a Washington Corporation,<br><br>　　　　　　Defendant. | NO. C07-0475 MJP<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR APPROVAL TO FILE OVER-LENGTH BRIEF<br><br><u>CLASS ACTION</u> |

THIS MATTER was heard on Plaintiffs' Motion for Approval to File Over-Length Brief. Having reviewed the motion and otherwise being familiar with the issues, the Court enters the following order:

1.　Plaintiffs' Motion for Approval to File Over-Length Brief is GRANTED;

2.　Plaintiffs' may submit a reply on the pending motion to seal (Dkt. No. 111) of no more than 10 pages in length.

DATED this _____ day of January, 2008.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Honorable Marsha J. Pechman

ORDER - 1
No. C07-0475 MJP

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

Dockets.Justia.com

Presented by:

**GORDON TILDEN THOMAS & CORDELL LLP**

By _/s/_____
Jeffrey I. Tilden, WSBA #12219
Jeffrey M. Thomas, WSBA #21175
Mark A. Wilner, WSBA #31550

**KELLER ROHRBACK L.L.P.**

By _/s/_____ For :
William C. Smart, WSBA #8192
Ian S. Birk, WSBA #31431

Attorneys for Plaintiffs

ORDER - 2
No. C07-0475 MJP

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292