1

2

3

4                                      UNITED STATES DISTRICT COURT
                                       WESTERN DISTRICT OF WASHINGTON
5                                                AT SEATTLE

6

7     DIANNE KELLEY and KENNETH HANSEN,

8                              Plaintiffs,                            No. C07-0475MJP

9     v.                                                             MINUTE ORDER

10    MICROSOFT CORPORATION,

11                             Defendant.

12

13

14          The following Minute Order is made by direction of the Court, the Honorable Marsha J.

15    Pechman, United States District Judge:

16          Plaintiffs' motion for approval to file an overlength brief (Dkt. No. 121) is DENIED.

17          Dated this 14th day of January, 2008.

18

19                                                       BRUCE RIFKIN, Clerk
                                                         By /s/ Mary Duett
20                                                       Deputy Clerk

21

22

23

24

25

26

MINUTE ORDER - 1