Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DIANNE L. KELLEY and KENNETH HANSEN,<br><br>               Plaintiffs,<br><br>   v.<br><br>MICROSOFT CORPORATION, a Washington Corporation,<br><br>               Defendant. | NO. C07-0475 MJP<br><br>DECLARATION OF MARK A. WILNER IN OPPOSITION TO MOTION TO SEAL<br><br>CLASS ACTION |

I, Mark A. Wilner, declare as follows:

1. *Identity and Competency.* I am an attorney with the law firm of Gordon Tilden Thomas & Cordell, LLP. Together with Keller Rohrback, LLP, we represent the plaintiffs.

2. *Document-by-Document Assessment.* Attached as **Exhibit A** is a summary of the documents filed as Exhibit A to the Declaration of Jeffrey M. Thomas (Dkt. #114).

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed this 15th day of January, 2008, at Seattle, Washington.

_____
Mark A. Wilner

DECLARATION OF MARK A. WILNER IN OPPOSITION TO MOTION TO SEAL - 1
No. C07-0475 MJP

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

Dockets.Justia.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following.

Counsel for Defendant Microsoft Corporation

Stephen M. Rummage, WSBA #11168
Cassandra L. Kinkead, WSBA #22845
Charles S. Wright, WSBA #31940
Davis Wright Tremaine LLP
1201 Third Avenue Suite 2200
Seattle, Washington 98101-3045
steverummage@dwt.com
cassandrakinkead@dwt.com
charleswright@dwt.com

Counsel for Defendant Microsoft Corporation – Admitted Pro Hac Vice

Charles B. Casper
Montgomery, McCracken, Walker & Rhoads
123 South Broad Street
Philadelphia, PA 19109
ccasper@mmwr.com

**GORDON TILDEN THOMAS & CORDELL LLP**

By /s/ Mark A. Wilner
Mark A. Wilner, WSBA #31550
Attorneys for Plaintiff
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154-1007
Telephone: (206) 467-6477
Facsimile: (206) 467-6292
Email: mwilner@gordontilden.com

DECLARATION OF MARK A. WILNER IN OPPOSITION
TO MOTION TO SEAL - 2
No. C07-0475 MJP

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292