UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DIANNE KELLEY & KENNETH HANSEN, et al.,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>　　　　　Defendant. | No. C07-0475MJP<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Marsha J. Pechman, United States District Judge:

The Court grants oral argument on Plaintiffs' motion for application of Washington law (Dkt. No. 60) and motion for class certification (Dkt. No. 65). Oral argument on these motion will be held on **February 8, 2008, at 9:00 a.m.**, in Judge Marsha Pechman's Courtroom of the U.S. District Court at 700 Stewart Street in Seattle, WA. Each side will have forty (40) minutes to present its argument, including rebuttal. The parties should confer before the argument and decide whether to argue each motion separately or to combine arguments regarding both motions into each parties' opening presentation.

Dated this 17th day of January, 2008.

BRUCE RIFKIN, Clerk
By /s/ Mary Duett
Deputy Clerk

MINUTE ORDER - 1