Redacted Pursuant to Microsoft's
Confidentiality Designations and the
Court's Order Granting in Part and
Denying in Part Motion to Seal (Dkt.
No. 129), entered on February 26, 2008

EXHIBIT A

Dockets.Justia.com

**From:** Brad Goldberg

**Sent:** Thursday, August 10, 2006 6:19 PM

**To:** Steve Schiro

**Subject:** FW: vista ready

this was a hot topic at partner marketing day and I thought your team was taking steps on educating the channel etc

how do you feel we are doing around this

brad

From: Steven Sinofsky
Sent: Thursday, August 10, 2006 6:13 PM
To: Brad Goldberg
Subject: RE: vista ready

I was in bestbuy listening to people and can tell you this one did not come clear to customers. We set ourselves up.

Also, I searched and wasn't able to find a "premium ready" machine (after I sent this I learned about the difference).

**From:** Brad Goldberg
**Sent:** Thursday, August 10, 2006 6:11 PM
**To:** Steven Sinofsky
**Subject:** RE: vista ready

thx for the ping here ... today is my first day back in the office in a couple of weeks and I was completely off mail while I was out.

by windows vista ready do you mean the sticker on your pc that says "windows vista capable". this certification means that the pc will run the basic experiences of windows vista. the criteria map to the minimum system requirements to run any sku. some pcs that are windows vista capable will run aero and some will not.

in the interim we've also created a marketing designation that allows oems to market pcs as "premium ready" every pc that is premium ready will run aero. for holiday oems will be heavily pushing premium ready machines but because intel was late with their integrated chipset the majority of machines on the market today are windows vista capable but not premium ready.

originally we wanted to set the capable bar around aero but there are a bunch of reasons why we had to back off ... a bit messy and a long story that I'm happy to walk you though if helpful :)

let me know if you have other questions

brad

**From:** Steven Sinofsky
**Sent:** Thursday, July 27, 2006 12:05 PM
**To:** Brad Goldberg
**Subject:** vista ready

Is it true that Vista Ready doesn't necessarily mean Aero capable? I got a Dell Lattitude that is Vista Ready but

10/3/2007

MS-KELL 000000016845
CONFIDENTIAL

doesn't have enough graphics h/w.

10/3/2007

MS-KELL 000000016846
CONFIDENTIAL

**From:** Mark Croft
**Sent:** Wednesday, August 10, 2005 4:17 PM
**To:** Rajesh Srinivasan
**Subject:** RE: Seeking input: Ready PC Timing & Logo

Cool.

Brad & Shanen will help a lot.....

---

**From:** Rajesh Srinivasan
**Sent:** Wednesday, August 10, 2005 3:13 PM
**To:** Mark Croft
**Subject:** RE: Seeking input: Ready PC Timing & Logo

Yes, that PR plan is not locked yet. But it looks like CES, Beta2 would be big events from PR pov.

This is more about not letting OEMs lock in their product plans fully on 915, then letting Intel game us.

Brad and Shanen now agree that single tier, Vista Optimized in May/June is optimum. Hopefully with their support and OEM div support, we can convince MSlevert and then Will Poole.
-Rajesh

---

**From:** Mark Croft
**Sent:** Wednesday, August 10, 2005 3:04 PM
**To:** Rajesh Srinivasan
**Subject:** RE: Seeking input: Ready PC Timing & Logo

Yes.

And – what is the PMG plan fro when Vista PR and consumer "awreness" will ramp up? This is a key factor in all this.

Is that CES?
Or when?

We can't put the burden for this on reluctant partners when we won't have driven the demand.

---

**From:** Rajesh Srinivasan
**Sent:** Wednesday, August 10, 2005 2:31 PM
**To:** Mark Croft
**Subject:** RE: Seeking input: Ready PC Timing & Logo

Good points below.

I've been discussing this further with Shanen, and turns out he didn't realize 915 was not LDDM capable, when he made the suggestion yesterday. Funny thing is that Best Buy told Will Poole that two tier program could work from Spring.

Here is where I stand now, after thinking further about this:

MS-KELL 000000017893
CONFIDENTIAL

We announce Windows Vista Ready PC in April at WinHEC (so Japanese OEMs can start in Japan in April/May). US will start in June.

Since Windows Vista name is reserved for premium SKUs, this lines up well with our LDDM story. For Windows 2006 (read Home Basic), we can educate the retail folks that PCs with 915 are upgradeable to Windows 2006. But while that protects the investment of PC buyers in sub $600 price point, we are not diluting Windows Vista Ready program or messaging (has LDDM and provides Aero theme & premium experience)

We should not be short sighted about Ready PC program. Our larger aim is to have all OEMs shipping with 945 or discrete at the time of Windows Vista launch. We don't want a situation where OEMs will ship PCs with 915 with Vista but not a logo and get the MDA funds. Here, we are allowing Intel to milk 915, while allowing and paying for OEMs to deliver a poor Windows Vista experience. So, if we delay the program to May or June, then use that as leverage with OEMs to put pressure on Intel to end of life 915 by Oct 06, that is a big win for us.

However, I am getting a lot of support from PMG to keep the program as is. Their view seems to be that by blinking now, we are allowing ourselves to be held up by Intel through OEMs. While there is some truth to that, we still will have a difficult time to implement this program as two tier or in Jan without OEM product availability. So I want to make sure we are representing OEM views clearly. And, I have invited Mike Y (John Kalkman is substituting for Mike) and Eric Charbonneau to the meeting.

Thanks,
Rajesh

---

**From:** Mark Croft
**Sent:** Wednesday, August 10, 2005 2:05 PM
**To:** Rajesh Srinivasan
**Subject:** RE: Seeking input: Ready PC Timing & Logo

MS-KELL 000000017894
CONFIDENTIAL

Knee jerk reaction:
  a) we have been here before on
     Z tier :-)
  b) <u>COMPLEXITY</u>
      - OEM's have told us they
        can't split their lines
      - Some = Capable Listing
        Some = Optimized Listing

Its elegant on paper but NOT
in operations + & marketing.

It <u>TOUGH</u> to educate customers
on the <u>Z</u> programs. Expensive
Who would do that?
Who would fund that?

---

MS-KELL 000000017895
CONFIDENTIAL

**From:** Rajesh Srinivasan
**Sent:** Tuesday, August 09, 2005 9:52 PM
**To:** Kevin Eagan
**Cc:** Mark Croft
**Subject:** Seeking input: Ready PC Timing & Logo
**Importance:** High

Kevin,

Here is where I stand as to the Ready PC decision. This mail, albeit long, summarizes the issues and provides an updated recommendation from our last discussion.

### Situation:
OEM view: Based on OEM Wave4 tours, we have received some strong input from top OEMs asking for delaying the Ready PC announcement to Consumers from Jan 06 to Apr 06 (Sony/Toshiba) and Jun 06 (Dell/HP/Gateway). The primary concern cited by OEMs is the risk of stalling PCs by announcing the program early, when most Consumers are not aware of Windows Vista and when most PCs would not qualify for the Ready Logo.

MS view: However, we think that from the various Windows Vista milestones and PR events, general Consumer awareness re: Windows Vista would start some time early next year around Beta2, CES. We want the program to be available when we are at or near the tipping point of customer awareness. Since Windows Vista requires a step change in graphics hardware than XP to provide optimum performance, we want to avoid customer dis-sat later when a small % of customers who try to upgrade realize they don't get the full experience. We also want a longer term program, as that would help pre-sell Windows Vista to more customers and have a larger customer base post launch that we can try to upgrade to Windows Vista.

### Decision at hand:
We need to make a decision on announce timing of Ready PC and communicate to OEMs and retail partners. There is an upcoming review with Mike Sievert on this topic this Thursday.

### Potential Options:
The two easy choices are:
Stick with current plan of announcing Ready PC program to Consumers in Jan 06 – NOT RECOMMENDED DUE TO HIGH RISKS
Risks include: Lack of OEM, retail support, lack of OEM product availability till May/Jun 06; risk stalling the market
Announce in April/May 06; Expect broader product availability by May/June in channel – RECOMMENDED
Pros: OEM participation and product availability by May/June; balances providing info to customers vs. stall due to lack of product availability;
Cons: Reduces potential market of PCs that can upgrade well to Windows Vista; increases customer dis-sat if customers become aware of new OS in early Spring.

Today, Shanen suggested a third option – something we considered earlier and decided against, i.e., a two tier program.

Here is why I think it makes sense now.
OEM push back to announcing the program in Jan 06 is primarily due to concerns that less than 30% of PCs qualify for Ready program in Spring 06. The main driver for this is the WVDDM (formerly LDDM) requirement for GPU. We need to have this requirement as it is fundamental to user experience, stability, quality, productivity, performance, etc. A single tier program positions things as binary – PC is either Ready or Not.

MS-KELL 000000017896
CONFIDENTIAL

In reality, systems without WVDDM *would* upgrade to Windows Vista, but *would not* provide the full breadth of experience.

So, if we have a <u>two tier program where lower tier is "Capable", higher tier is "Ready or Optimized"</u>, then we would be able to announce the program at CES 06 with OEM support. In early Spring 06, Top 20 or 30% of PCs would be Ready or Optimized, while the remaining 70-80% of PCs would be just "Capable". As we move closer to launch, Ready segment would increase to around 60-70%. (Factors that drive this are: Intel's pricing of 945 chipset, and end of life timing of Intel 915).

Back in Mar-Apr, we did not believe we can finely message a two tier program to customers and hence we moved away from two tier Ready program.

**Best-Buy Preliminary Input:**
In a review with Best Buy today, their VPs for PC business and Strategy also think that with a single tier program, we would stall the market by going early, and they would not want us to launch the program till Back to School 06. <u>But, if we have a two tier program that addresses 100% of PCs, then they think it is feasible to launch the program in early Spring (Feb-Mar).</u>

**Proposed Recommendation:**
Based on this info, my proposed recommendation is to have a two tier program - Capable at the low end and Ready/Optimized at high end

|  | Capable | Ready |
|---|---|---|
| Requirements | DFW XP logo criteria<br>Modern CPU<br>512MB or more RAM | DFW XP logo criteria<br>Modern CPU<br>512MB or more RAM<br>GPU with WVDDM support |
| New Logo | No – continue to use XP logo | Yes, Ready for Windows Vista logo |
| Preliminary thoughts re: Messaging | **Future proof your investment** (i.e., don't stall sales) | Get a **futuristic PC** (that will provide the full experience with next generation of Windows and applications) |
| Price points | Value-priced; most mid-priced | Most high end; some mid-priced |

We do not want a new logo for "Capable for Windows Vista" as any logo re: Windows Vista on a non-WVDDM PC would not be in line with Windows Vista standard logo.

Thus, by using a two tier approach,
We can still launch the program in Jan 06 at CES and maximize our up-sell opportunity.
By letting OEMs know now, we have a small chance of influencing their product plans for Spring and definitely for Summer.
We are not relaxing any criteria (e.g., WVDDM) that impacts user experience on PCs that are labeled Ready.
And we avoid customer dissatisfaction.
Although this sounds like a win-win, we would definitely have some strong OEM push back, and would need your support and the OEM division's support to get OEM buy-in. And we would have to seek Best Buy's help to convince with their OEMs (HP, Gateway, Toshiba, Sony), which they have tentatively offered today.

I would like your input to this, if possible prior to Thursday, to help reach a decision fairly soon. If we have to announce the program in January, we need to inform OEMs now and provide them with the Ready Logo so they can use in their hardware refresh starting in Feb/Mar.

Thanks,
Rajesh

MS-KELL 000000017897
CONFIDENTIAL

**From:** Stephanie Ybarra
**Sent:** Thursday, March 29, 2007 11:11 AM
**To:** Jim Totton; Rose Perez; Patrick Kennedy (OEM MKTG); Dennis Bonsall; Maria Lloyd (MSLI); Dave Hollan (MSLI); Peter Cooper; Dwayne King
**Cc:** Rick Locke
**Subject:** Windows Vista Capable, Express WAU Postmortem

Thanks for participating in this Dell review on Monday. I have attached the slide deck that was presented and hope it is useful as you work through your more detailed postmortems. WAU was not discussed but I think that we have a clear understanding of the issues there and are trying to find a time to get with Dell to discuss our proposals and next steps. Let me know if you have any questions about the feedback.

One key suggestion was that we work with OEMs to create a timeline that links all engineering, marketing and service milestones and deliverables. While I think that we generally try to do this, the challenge is that there is a timing disconnect between how early OEMs want information versus our ability to make key decisions; i.e. hardware requirements for capable, detailed implementation plans for upgrade.

We told Dell that we would be ready to have a more detailed postmortem discussion around capable and upgrade in the May timeframe. Please let me know when you are ready to schedule those discussion. Thanks much!

Stephanie Ybarra | OEM Account Manager | Dell
(o) 425 703 9834 (m) 425 785 5049 (f) 425 936 7329

http://www.microsoft.com/windowsvista/



MS-KELL 000000018620
CONFIDENTIAL



# Windows Vista Post Mortem

March 25, 2007

Dell Confidential – Do Not Distribute



MS-KELL 000000018621
CONFIDENTIAL



- What went well

  - Dell participation early in the process and MSFT willingness to engage in ongoing dialog and problem resolution

- What did not go well

  - Very little actionable information came from "Wave" communications

  - Inadequate time and detail provided to properly plan and execute various marketing programs

  - Reset of schedule and code instability compressed back end schedule for Dell and suppliers

- Things that need to be modified

  - Master schedule that links all engineering, marketing and service milestones and deliverables

  - Removing ambiguity as much as possible across the board

  - Earlier planning on marketing programs and messaging

  - Improve program level communications and establish protocols for inter-company communications

Dell Confidential – Do Not Distribute                    Slide 2                    Dell | Product Group

MS-KELL 000000018622
CONFIDENTIAL



- Dell divided the program into four distinct pieces

  - Legacy/installed base – Dell's goal: Informed consumers
    - Biz client: Dell as Trusted advisor – assisting customers make capital budgeting and purchase decisions up to 18 months prior to Vista launch
    - Consumer: provide guidance on hardware capabilities for good Vista experience – drive APOS sales (memory, graphics, hard drives) and avoid calls due to inadequate hardware or driver incompatibility

  - Vista Capable - Dell's goal: meet comp

  - Express Upgrade – Dell's goal: drive hardware up sells while avoiding stalling sales prior to Vista launch
    - Biz client: primarily small business
    - Consumer: opportunity to engage in dialog at point of sale so that customer purchased configurations suitable for intended use

  - Factory Install – Dell's goal: TTM with broad and deep scope of products, languages and SKUs while maintaining high degree of quality
    - Biz client: initial launch included all systems in top languages and 64-bit on Precision
    - Consumer: prioritization of consumer systems to accelerate language rollout

MS-KELL 000000018623
CONFIDENTIAL



- What went well?

  - Windows Vista Upgrade Advisor

  - Dell Readiness Advisor

- What did not go well?

  - Objectives for these two tools were not necessarily aligned and sometimes produced conflicting results

  - Neither adequately addresses third party compatibility issues

- What should be modified or discontinued?

  - Better alignment on schedule, objectives and messaging

  - Potentially create a single comprehensive tool that includes OEMs as well as IHVs and ISVs

  - Stronger messaging regarding hardware requirements (the bar was set too low when Aero was dropped as a requirement for Vista Capable)

MS-KELL 000000018624
CONFIDENTIAL



- What went well?

  — Customers did notice the merchandising (there was demand labeled systems)

- What did not go well?

  — Customers did not understand what "Capable" meant and expected more than could/would be delivered

  — Late, changing and conflicting messaging and program details, especially the late requirement to include written messaging on/in the box

  — Transition plan for label (back to XP) did not make sense

- What should be discontinued or modified?

  — Requirements for a Logo sticker and other physical parts in the factories

  — Better customer communications on upgrade experience and application compatibility

  — Set and keep the configuration bar high or don't bother

Dell Confidential – Do Not Distribute                    Slide 5                    **Dell** Product Group

MS-KELL 000000018625
CONFIDENTIAL



- What went well?
  - Customer choice to select at point of purchase – created opportunity to have conversation about hardware and features
- What did not go well?
  - Late, changing and conflicting messaging and program details. Totally inadequate amount of time to plan and execute.
  - COA validation delays and errors created significant customer dissatisfaction at a time when Dell focused on restoring the brand
  - None of the ???? Choices have the world-wide scope and capabilities to manage a program of this magnitude
  - Overall ecosystem readiness with drivers and applications to produce upgrade kit and/or have after market solutions
- What should be discontinued or modified?
  - Start the planning sooner. The whole process needs to be revamped. Simplify.
  - Provide general guidelines but give OEMs complete flexibility for implementation or take this program totally in house.
  - Eliminate COA validation. Find other ways to create friction, control orders or prevent piracy.

MS-KELL 000000018626
CONFIDENTIAL



- What went well?
    - Good engineering engagement throughout
- What did not go well?
    - WHQL not available at RC1 as originally promised
    - Late OS code changes broke drivers and applications forcing key commodities to miss launch or limp out with issues.
    - Several late breaking issues forced team to make "diving catches" to hold launch schedule.
    - WAU end product was not what was advertised and has lead to a number of poor customer experiences
- What should be discontinued or modified?
    - Rebuild credibility with IHVs and ISVs: features, schedule, code quality
    - Continue to work on improving packaging techniques to minimize impact of larger payload on factory velocity

MS-KELL 000000018627
CONFIDENTIAL



- Continue early engagement during product definition

- Continue manufacturing engagement

- Provide more granular details regarding scope and schedule earlier

- Meet commitments for features, program milestones and schedule

- Begin planning marketing programs and customer messaging much earlier, especially anything involving I/T resources and/or third party participation

- Upgrade program needs a complete overhaul

- Do not change program requirements after release to OEMs as changes are costly, time consuming and distracting

- Need industry collaboration to address the ecosystem issues – customers care about their applications first

MS-KELL 000000018628
CONFIDENTIAL



# Functional Area Post Mortem

Dell Confidential – Do Not Distribute



MS-KELL 000000018629
CONFIDENTIAL



- What went well?

- What did not go well?

    — MSFT requirements & guidance around implementation of various Programs was ambiguous, late, fluid and subjective

    — Express Upgrade program created massive quantity of work for little return. Too much time with vendor to plan and execute program.

    — Information flow from MSFT was either slow in coming or substantially changed in several stages of the Vista program. Final sku offerings, consumer/business positioning, hardware requirements, feature/functionality, and even OOBE information was challenging to obtain when needed.

    — MSFT mode of operation to work directly with Regional and Segment Marketing independent of Dell WW Product Group Marketing required damage control throughout the Program

- What should be discontinued or modified?

    — MSFT must understand the go to market process within Dell, which includes working through Dell Product Group marketing to develop consistent WW messaging, priorities and execution plans

MS-KELL 000000018630
CONFIDENTIAL



- What went well?

  - 32/64 Combo COA was approved by MS to reduce complexity and number of COAs introduced

- What did not go well?

  - EIPN structure was at the parent level instead of the child level as previously communicated by MS

- What should be discontinued or modified?

  - EIPN BOMs should not be set up by MS Retail team; should be set up by MS OEM team

  - Delivering EIPNs on time and on schedule

MS-KELL 000000018631
CONFIDENTIAL



- What went well?
    - Soliciting inputs from OEM partners
    - Some good inclusion of OEM-recommendations for improved OS functionality (e.g. networking)
- What did not go well?
    - Lack of processes and resources within MS for early engagement in Quality, CE and Services (with exception of service training planning)
    - Would not provide update or comments on inputs from OEMs under their guideline of fairness (to all OEMs)
    - On-going schedule slips
    - Drives truncated testing cycles for HW/SW peripherals vendors which drives a poor Customer Experience
    - • Need to download drivers from Supplier websites (no plug and play)
    - • Current "No-OS" issue not caught in development testing
    - Postponing release of issues list to way far into program timeline (Post RTM).
- What should be discontinued or modified?
    - More in depth getting started document (soft or hard copy) that focuses on initial system start up and customer experience. Current document is tailored around features marketing. OEM's have to develop the require usage getting started document.

Dell Confidential – Do Not Distribute                    Slide 12                    **Dell** Product Group

MS-KELL 000000018632
CONFIDENTIAL



- What went well
  - DVD-only format reduced material complexity (Dell recommendation)
  - WinPE advanced releases allowed hardening in Dell factories on XP
  - Early Ranger COA cut-in avoided complexity (Dell recommendation)
- What did not go well?
  - Ranger COA changes not proactively communicated to customers, website not updated at launch caused multiple CE issues (especially APJ)
  - MS factory install tools performing way below expectations, OS size and set-up times increasing burn times
  - Launch in Dell's last fiscal quarter risked FY revenue\volume (Blackout)
  - Late notice of registry key issue 2 days before RTS (27jan) risked launch and churned factory resources
  - Lack of Windows XP FI support in VistaPE, requires maintaining WinPE. Footprint won't support configs <512MB.
  - RC0\RC1 schedule slips reduced time for factory testing\analysis
  - Removal of Vista Capable logo counter-intuitive, unnecessary churn

MS-KELL 000000018633
CONFIDENTIAL



- What went well?

  - Training at Dell facilities - classes are needed at Dell facilities because of the number of students and the need to address Dell specific implementation

- What did not go well?

  - Training

    - Reaching agreement the on the number, location and dates of TTT classes was extremely difficult and time consuming.
    - Class confirmation changed often or wasn't "really" confirmed
    - Confirmations either weren't sent by local trainers or sent week before class. Created difficulty finding students, getting airline tickets, visas, training rooms/materials, etc.
    - Materials not localized until Dec; impossible for non-English speaking students
    - OS, Upgrade, WAU, Retail samples not available for training

  - Retail/WAU Support Process & Boundaries

    - Details of MS process too minimal and late to set Dell service boundaries
    - Formal escalation process doesn't exist; ping-pongs customer

- What should be discontinued or modified?

  - The requirement for OEMs and OSPs to purchase copies of the media for training and support.

  - Requiring OEMs to use RT1 or RTM code of share drives is not feasible since OSPs can't access IDrive

Dell Confidential — Do Not Distribute                        Slide 14                        Dell Product Group

MS-KELL 000000018634
CONFIDENTIAL

**From:**  Rick Locke

**Sent:**  Monday, September 26, 2005 11:22 AM

**To:**  'Gretchen_Miller@Dell.com'; Carl Sittig; Mike Sievert

**Cc:**  Rick Thompson

**Subject:** RE: Summary of Dell Marketing Positions on Windows Vista

Hi Gretchen, I am working on this to assure we have the right people available and answers to your questions ready. You should note that the week of the 10th is Yom Kippur and we will have a number of people out of office.

Rick Locke | Group Manager | OEM Division | Microsoft Corporation
rlocke@microsoft.com | (o): 425-705-4300 | (m): 425-890-8341

**From:** Gretchen_Miller@Dell.com [mailto:Gretchen_Miller@Dell.com]
**Sent:** Thursday, September 22, 2005 7:34 PM
**To:** Carl Sittig; Rick Locke; Mike Sievert
**Cc:** Rick Thompson
**Subject:** RE: Summary of Dell Marketing Positions on Windows Vista

Thanks Carl, I would like to ensure that we get the F2F scheduled and not leave this to email. Who can work with Jim to schedule?
Thanks, Gretchen

**From:** Carl Sittig [mailto:carlsi@microsoft.com]
**Sent:** Thursday, September 22, 2005 7:52 PM
**To:** Miller, Gretchen; Rick Locke; Mike Sievert
**Cc:** Rick Thompson
**Subject:** RE: Summary of Dell Marketing Positions on Windows Vista

Thanks, Gretchen.

I am walking out the door for two weeks in Asia and EMEA, back on the 7th. I will of course be on email in the evenings. Rick Locke is on point here and will work with Mike Sievert and team to facilitate resolution of these issues as soon as possible.

Thanks

Carl

**From:** Gretchen_Miller@Dell.com [mailto:Gretchen_Miller@Dell.com]
**Sent:** Thursday, September 22, 2005 4:15 PM
**To:** Rick Thompson; Carl Sittig
**Cc:** Samuel_Burd@Dell.com; JIM_TOTTON@Dell.com; Kevin_M_Brown@Dell.com; Linda_York@Dell.com; John_Medica@Dell.com; Alex_Gruzen@Dell.com; Peter_Morowski@Dell.com
**Subject:** RE: Summary of Dell Marketing Positions on Windows Vista

Rick and Carl,
Thanks for your attention to the message below and to other concerns we've expressed on the Vista

10/3/2007

MS-KELL 000000018797
CONFIDENTIAL

program. Since the QR is not scheduled until November, we would like to request a small team, in-person meeting to discuss the remaining open issues and drive for closure. Jim Totton met with Will recently and Will expressed interest in some direct feedback on our concerns and suggestions. As such, we would like to propose a small exec team meeting in Redmond the week of October 10 to gain closure on the outstanding issues. Doing so will enable Dell to best position us for a fast transition to Vista. Jim has offered to coordinate this meeting on our side.

### Sku complexity:
– Dell has reviewed the sku offering and has selected a subset of sku options by notebook and desktop product platform category as previously indicated. We would like to review these with you at the meeting.

### Dual logo:
-Dell is still not in favor of the dual logo
– If Microsoft does pursue the standard/gold approach, we would request the following so that Dell can play a leadership role in shipments of premium logoed systems:

- Dell BTO model does not work with the current WinSAT dynamic testing model; Dell requests a static set of guidelines for each WinSAT level

- Hybrid drives on notebooks - remove this requirement

- Audio connector color coding - remove this requirement

- Premium logo key - remove this requirement

- Digital link (HDCP) protection from PC to monitor, H.264 requirement - remove this requirement

- SPIDF requirement for Audio - remove this requirement

-Dell needs to understand as soon as possible what level of performance testing and what feature deltas will be defined as we are actively making feature decisions on platforms for the Vista timeframe, many of which will be impossible to change at a later time

### Ready PC:
-Dell is still not in favor of Ready PC program prior to launch minus 90 days
-it will be difficult for Dell to implement a Ready PC sticker and therefore we would like to see this requirement dropped
-If Microsoft is settled on a Ready PC program, we need to quickly agree on the requirements if Dell is going to be able to support such an activity

### Win CRS
-Current structure of the program will cause the vast majority of software manufacturers to promote their solutions with low CRS scores
-WinCRS may inadvertently drive the exact opposite customer behavior that is intended
-Dell would like to better understand how Microsoft is defining success for WinCRS

### Naming:
-Dell is in alignment with containing the Vista name to outside the Home Basic sku's
-Believe this creates yet another compelling reason for customers to move up to better and best, and we like the thinking here

10/3/2007

MS-KELL 000000018798
CONFIDENTIAL

Greenland "Vista Ready" Idea
-Dell is interested in understanding if this could be accomplished so we can offer HDTV capability on
Greenland at launch (June 2006)

---

**From:** Rick Thompson [mailto:Rick.Thompson@microsoft.com]
**Sent:** Tuesday, August 23, 2005 9:11 AM
**To:** Miller, Gretchen; Carl Sittig
**Cc:** Burd, Samuel; Totton, Jim; Brown, Kevin M; York, Linda; Medica, John; Gruzen, Alex
**Subject:** RE: Summary of Dell Marketing Positions on Windows Vista

Thanks Gretchen and cc: line.
Carl & I will make sure the feedback gets in front of the right people, mostly in Mike Sievert's Product
Marketing group

---

**From:** Gretchen_Miller@Dell.com [mailto:Gretchen_Miller@Dell.com]
**Sent:** Mon 8/22/2005 7:42 PM
**To:** Carl Sittig; Rick Thompson
**Cc:** Samuel_Burd@Dell.com; JIM_TOTTON@Dell.com; Kevin_M_Brown@Dell.com;
Linda_York@Dell.com; John_Medica@Dell.com; Alex_Gruzen@Dell.com
**Subject:** Summary of Dell Marketing Positions on Windows Vista

Carl and Rick,

This note is to summarize Dell's open issues around the marketing plans for Vista.

Overall we are pleased with the opportunity to review the elements of various Vista Programs early; we recognize
this is a courtesy being extended to Dell and we are pleased to provide feedback. We recognize you have
made changes based on our feedback to both the structure of the logo program and to the proposed
requirements.

Sku complexity:
- Dell continues to be concerned about the number of sku's being offered with Vista
-We are pleased with the good/better/best approach
- It is likely as we have discussed that we will pursue a subset of sku options by product platform

Dual logo:
 - Adds another level of complexity to an already complex story, which in turn will create confusion for
our customers, both corporate and consumer
- We recommend marketing premium features in the Premium SKUs and the experiences derived from
Glass, rather than a second logo
- This approach will best encourage migration to the new Vista operating system

Ready PC:
-There is a huge risk of stalling demand here. Per our discussion in the QBR, we saw Pocket PC sales fall
off the cliff when the new OS was pre-announced. I'm attaching a summary slide. Even if Ready PC had a
fractional impact percentage wise compared to the Pocket PC example, it would be highly negative for
both of us in terms of stalled sales
 - We want to  engage with Microsoft as soon as possible to design direct communication pieces focused
on advising our corporate customers on which configurations which will support Vista when it launches .

10/3/2007

MS-KELL 000000018799
CONFIDENTIAL

We are hearing a lot of interest for this in the account base and are open to discussing how we might collectively execute a Ready PC program within this specific segment.
-We will support a broadscale ReadyPC program when we are within a much closer window of launch

<u>Naming:</u>
-Dell is in alignment with containing the Vista name to outside the Home Basic sku's



-Believe this creates yet another compelling reason for customers to move up to better and best, and we like the thinking here

We are very excited about the collective opportunity we have to better meet customer needs with the launch of Vista. Believe we have solid momentum between the teams on launch preparation and want to maintain through a successful execution next year. Thanks as always for the dialogue on these topics.



**Gretchen Miller**
**Director, Mobile Product Marketing**
**Dell, Inc.**
**512/728-0308**

10/3/2007

MS-KELL 000000018800
CONFIDENTIAL

**From:** Haruaki Kayama
**Sent:** Sunday, August 07, 2005 11:02 PM
**To:** Satoshi Murabayashi; MSKK OEM Sales Division
**Subject:** RE: Quick FYI on Vista Ready and Vista Logo

I would assume that we will get huge push back from J-OEMs on this. If that is the case, we should definitely give heads up to Rick during our business update presentation.

---

From: Satoshi Murabayashi
Sent: 2005/08/07 (日) 6:07
To: MSKK OEM Sales Division
Subject: FW: Quick FYI on Vista Ready and Vista Logo

FYI

Not be shared with your customer before having formal communication.

On the Vista Ready program, OEM division has a formal request submitted that the program be delayed from the January 2006 implementation date to June 2006.

---

**From:** Eric Charbonneau
**Sent:** Friday, August 05, 2005 4:12 AM
**To:** Eric Charbonneau's Direct Reports
**Subject:** Quick FYI on Vista Ready and Vista Logo

There have been a lot of meetings and discussions about the Vista Ready and Vista Logo programs going on this week.

I want to give you guys an update. Senior management has locked on the issue of LDDM. LDDM capable graphics solutions will be required for both the Vista Ready and the Vista Logo program. We should absolutely be messaging this to our OEMs and make sure that they take a hard look at their roadmaps - latest word we have from Intel is that they are on track for their milestones for the 945 chipset. This presents challenges for our OEMs to manage their roadmaps and inventory to transition to LDDM capable solutions



Any OEM who plans to ship an Intel 915 based chipset system (using UMA, without separate discreet graphics hardware) for Summer 2006 needs to know that:

1) their systems will not be eligible for the Windows Vista Ready designation and

2) after Windows Vista launch their systems will not be able to get the Designed for Windows Vista logo, so they won't be able to get MDA milestone 1 incentives unless they continue to ship with Windows XP.

On the Vista Ready program, OEM division has a formal request submitted that the program be delayed from the January 2006 implementation date to June 2006. I expect we will be closed on this by the end of August.

On the Vista Logo program, we continue to push for major simplifications. I expect that we will be closed on this by the end of next week.

Eric Charbonneau

425-705-3160

MS-KELL 000000018961
CONFIDENTIAL



From:    Mark Croft
Sent:    Friday, July 08, 2005 9:42 AM
To:      Mike Ybarra
Cc:      Eric Charbonneau
Subject: FW: Topics for Dell LH POR meeting

Mike,
Can you come up with a position with the Policy team on LDDM from an MDA standpoint before we see Dell next Friday?

I want to be able to give them following message: 
- LDDM will remain a requirement for all LH Logo stickers. It's a critical thing for the customer experience.
- We will have a mechanism to bridge non-LDDM mobile parts for 6 months after LH launch to ensure no MDA milestone failures during the bridge period

Thanks
mark

From: Rick Locke
Sent: Friday, July 08, 2005 8:16 AM
To: Rajesh Srinivasan; Patrick Kennedy; Mark Croft
Cc: Chris McMillan
Subject: Topics for Dell LH POR meeting

I had a meeting with Dell last week and they provided questions that they hoped would be addressed in next weeks LH Wave 4 POR meeting. I see most of these topics covered in the agenda. Just to reiterate some of the key things we need to be prepared to address:

- LDDM drivers for Grantsdale / Alviso

- Degree of LH messaging MS will do over the next few months. Already there is LH messaging at various MS websites. Dell wants to be able to provide the same level of messaging, or at least be able to address the questions from their customers that existing messaging creates. What can they put re: LH on Dell.com or their partner sites.

- Logo program. What is the timing of the program? Will there be logo stickers for PC's? When will the get more detail on Gold logo?

- Ready PC. Is this a WW or US program? What is timing of the program? When will the get more details on the program?

- Upgrade program / Technology Guarantee – what is current thinking here? When will we communicate a program?

- PDC – what LH messaging will we do at PDC?

- Application compatibility list. When will this be made available. What is status?

10/3/2007

MS-KELL 000000019316
CONFIDENTIAL

| From: | John Kalkman |
|---|---|
| Sent: | Monday, February 26, 2007 11:48 AM |
| To: | Scott Di Valerio |
| Cc: | Jim Totton |
| Subject: | RE: Vista |
| Attachments: | RE: OEM Messaging update for Capable: Communicating new POR for Vista Capable; ihv report.xlsx |

Attached is the mail explaining the decision process and initial outcome with HP. In the end, we lowered the requirement to help Intel make their quarterly earnings so they could continue to sell motherboards with 915 graphics embedded. This in turn did two things: 1. Decreased focus of OEMs planning and shipping higher end graphics for Vista ready programs and 2. Reduced the focus by IHV's to ready great WHQL qualified graphics drivers. We can see this today with Intel's inability to ship a compelling full featured 945 graphics driver for Windows Vista.

It's important that KT understand the decision process, and Jimall not necessarily being in agreement with decision. On what we are seeing happening with the customers on the install. This is harder to determine at the moment. Call volumes to CSS has been low, and graphics historically has been the largest call generator. 30% of crashes are continuing to be graphics related. Attached is latest report on all IHV parts.

On suggestions for corrections to ease the customer pain going forward in the near term and long term. There is really nothing we can do in the short term. Express upgrade is almost over. In the long term we have worked hard to establish and have committed an OEM Theme for Win7 planning. This was rejected for Vista. Having this theme puts accountability and early thinking on programs like Capable/Ready so that we make the right decisions early on.

Again to repeat the above more succinctly, it was a mistake on our part to change the original graphics requirements. This created confusion in the industry on how important the aspect of visual computing would play as a feature set to new Windows Vista upgraders. We will take this learning into Win7 planning.

Let me know if you need more details or if missing something to front end a response to KT.

From: Scott Di Valerio
Sent: Monday, February 26, 2007 4:26 AM
To: John Kalkman; Jim Totton
Subject: RE: Vista

I think we should jump in with a good response on what we had suggested and what we are seeing happening with the customers on the install etc. If we have suggestions for corrections to ease the customer pain going forward in the near term and long term. Expect this will get to KT soon so we want to have what we have done and what we plan to do (with the BG) to ease some pain.

From: John Kalkman
Sent: Sunday, February 25, 2007 9:36 PM
To: Scott Di Valerio; Jim Totton
Subject: RE: Vista

Not sure what we would accomplish. We told Poole what would happen if he changed our position on

10/4/2007

MS-KELL 000000019346
CONFIDENTIAL

915, and we did. Best thing to do is continue helping IHV and ISV's to make solid drivers and apps. That work is happening, as Steven notes below steadily. We have a ton more drivers available with Vista than we did for XP. Biggest thing I'm worried about is UAC (user access control.) It looks like more and more people are turning off (based on advice from websites) for easier friction free use. This was the recent note you fwd'd that went to Steveb.

---

**From:** Scott Di Valerio
**Sent:** Sunday, February 25, 2007 8:36 PM
**To:** Jim Totton; John Kalkman
**Subject:** FW: Vista

Do you guys want to craft a response?

---

**From:** Mike Nash
**Sent:** Sunday, February 25, 2007 8:30 PM
**To:** Bill Veghte; Mike Sievert; Brad Brooks; Scott Di Valerio; Jawad Khaki
**Subject:** RE: Vista



Agreed.

I personally got burned by the Intel 915 chipset issue on a laptop that I PERSONALLY (eg with my own $$$). Are we seeing this from a lot of customers? I know that I chose my laptop (a Sony TX770P) because it had the vista logo and was pretty disappointed that it not only wouldn't run Glass, but more importantly wouldn't run Movie Maker (I guess that is being addressed). I now have a $2100 email machine.

Is there a spreadsheet that shows feedback on h/w compat issues by IHV and OEM based on customer calls etc?

Thanks,

Mike

---

**From:** Bill Veghte
**Sent:** Sunday, February 25, 2007 9:07 AM
**To:** Mike Sievert; Mike Nash; Brad Brooks; Scott Di Valerio; Jawad Khaki
**Subject:** FW: Vista

Fyi... I think Steven's mail is spot on and highlights how much we need to keep pushing super, super hard if we are going to accelerate our deployments and quality of customer experience.

---

**From:** Steve Ballmer
**Sent:** Sunday, February 18, 2007 12:10 PM
**To:** Steven Sinofsky
**Cc:** Bill Veghte; Jon DeVaan
**Subject:** RE: Vista

Righto  thanks

---

**From:** Steven Sinofsky


10/4/2007

MS-KELL 000000019347
CONFIDENTIAL

**Sent:** Sunday, February 18, 2007 12:08 PM
**To:** Steve Ballmer
**Cc:** Bill Veghte; Jon DeVaan
**Subject:** RE: Vista

I think folks are working on this now and we just need time.

Basically I think three things worked against us:
•    No one really believed we would ever ship so they didn't start the work until very late in 2006. This led to the lack of availability. For example my home multi-function printer did not have drivers until 2/2 and even pulled their 1/30 drivers and re-released them (Brother).
•    Massive change in the underpinnings for video and audio really led to a poor experience at RTM, especially with respect to Windows Media Center. This change led to incompatibilities. For example, you don't get Aero with an XP driver, but your card might not (ever) have a Vista driver.
•    A lot of change led to many Windows XP drivers not really working at all -- this is across the board for printers, scanners, wan, accessories (fingerprint readers, smartcards, tv tuners), and so on. This category is due to the fact that many of the associated applets don't run within the constraints of the security model or the new video/audio driver models. For example, OrlandoA is not on Vista because there are no drivers for his Verizon card yet. Microsoft's own hardware was missing a lot of support (fingerprint reader, MCE extender, etc.)

People who rely on using all the features of their hardware (like Jon's Nikon scanner) will not see availability for some time, if ever, depending on the mfg. The built-in drivers never have all the features but do work. For example, I could print with by Brother printer and use it as a stand-alone fax. But network setup, scanning, print to fax must come from Brother.

The Vista Ready logo program required drivers available on 1/30. I think we had reasonable coverage, but quality was uneven as I experienced.

Intel has the biggest challenge. Their "945" chipset which is the baseline Vista set "barely" works right now and is very broadly used. The "915" chipset which is not Aero capable is in a huge number of laptops and was tagged as "Vista Capable" but not Vista Premium. I don't know if this was a good call. But these function but will never be great. Even the 945 set has new builds of drivers coming out constantly but hopes are on the next chipset rather than this one.

The point Jim had of declaring a Release Candidate was because he sensed people were not really working under a deadline in the ecosystem. This helped even though we knew we had more work to do on our side.

So far I am surprised at the low call volume in PSS. I think we have a lot of new PCs which helps and the hobbyist people who bought FPP/UPG just know what to do and aren't calling, but I know they are struggling.

All of this is why we need much more clarity and focus at events like WinHEC. We need to be clearer with industry and we need to decide what we will do and do that well and 100% and not just do a little of everything which leaves the IHV in a confused state.

---

**From:** Steve Ballmer
**Sent:** Sunday, February 18, 2007 11:48 AM
**To:** Steven Sinofsky
**Cc:** Bill Veghte
**Subject:** RE: Vista

Should we do something different   do you agree scanners are particularly bad   thanks

10/4/2007

MS-KELL 000000019348
CONFIDENTIAL

**From:** Steven Sinofsky
**Sent:** Sunday, February 18, 2007 11:47 AM
**To:** Steve Ballmer
**Cc:** Bill Veghte
**Subject:** RE: Vista

This is the same across the whole ecosystem.

**From:** Steve Ballmer
**Sent:** Sunday, February 18, 2007 11:45 AM
**To:** Jon Shirley (MS Board of Directors)
**Cc:** Bill Veghte
**Subject:** RE: Vista

Thanks much   will get after Nikon

**From:** Jon Shirley [mailto:JonS@orchard.ms]
**Sent:** Sunday, February 18, 2007 11:44 AM
**To:** Steve Ballmer
**Subject:** RE: Vista

Epson just added to its web site the drivers I need from them.  Nikon is still showing that they are studying the issue.  In general we do not provide scanner drivers and when we do they are very simple and not comprehensive enough.  Our printer drivers are OK but often the manufacturer includes a lot more.

I should have added that I like Vista very much on the machine it is running on.

**From:** Steve Ballmer [mailto:Steve.Ballmer@microsoft.com]
**Sent:** Sunday, February 18, 2007 11:40 AM
**To:** Jon Shirley
**Subject:** RE: Vista

You are right that people did not trust us   have you checked windows update  I assume you found no drivers there either??   Thanks

**From:** Jon Shirley [mailto:JonS@orchard.ms]
**Sent:** Friday, February 16, 2007 5:51 PM
**To:** Steve Ballmer
**Subject:** Vista

I upgraded one of the two machines I use a lot to Vista.  The most persistent and so far hardest to fix issues are both with MSN products, Portfolio in MSN Money and Music (downloads that I had bought in the past).

The other machine I will not upgrade as there are no drivers yet for my Epson printer (top of the line and in production today but no driver yet), Epson scanner (older but also top of the line and they say they will not do a driver for) and a Nikon film scanner that will get a driver one day but no date set yet.  If I had purchased a new machine I would be in the same situation since the Nikon driver is used by current production as is the Epson printer.  I cannot understand with a product this long in creation why there is such a shortage of drivers.  I suppose the vendors did not trust us to us enough to use the beta for driver testing?

10/4/2007

MS-KELL 000000019349
CONFIDENTIAL

Most of the software I use is OK or available for Vista except for spyware and some obscure utilities.

Jon

10/4/2007

MS-KELL 000000019350
CONFIDENTIAL

**From:** Jim Allchin
**Sent:** Wednesday, February 01, 2006 8:34 AM
**To:** Mike Ybarra
**Subject:** RE: OEM Messaging update for Capable: Communicating new POR for Vista Capable

It might be a mistake. I wasn't involved and it is hard for me to step in now and reverse everything again.

We might be able to thread the needle here if we make "capable" just related to "old" type hardware.

jim

---

**From:** Mike Ybarra
**Sent:** Wednesday, February 01, 2006 8:32 AM
**To:** Jim Allchin
**Subject:** RE: OEM Messaging update for Capable: Communicating new POR for Vista Capable
Jim, I am passionate about this and believe this decision is a mistake.

We are caving to Intel
We worked hard the last 18 months to drive the UI experience and we are giving this up. The OEMs are behind us here, we have the support we need to drive this experience on today's hardware.
We are really burning HP – who committed to work with us to drive the UI experience across platforms and have already made significant investments. Other OEMs have made bets against this as well.

These three things just don't add up to me. We are allowing Intel to drive our consumer experience. The OEMs support our goals here and they've made graphics investments to drive the UI experience with consumers. I don't understand why we would cave on this when the potential to drive the full UI experience is right in front of us.

---

**From:** Jim Allchin
**Sent:** Wednesday, February 01, 2006 8:15 AM
**To:** Will Poole; Ken Goetsch; Scott Di Valerio
**Cc:** Thomas Bauer; John Kalkman; Greg Taylor; Mike Ybarra; Chris Jones (WINDOWS)
**Subject:** RE: OEM Messaging update for Capable: Communicating new POR for Vista Capable

We really botched this. I was not involved in this decision process and I will support it because I trust you thinking through the logic.

BUT, you guys have to do a better job with our customers that what was shown here.

This was especially true because you put me out on limb making a commitment. This is not ok.

jim

---

**From:** Will Poole
**Sent:** Wednesday, February 01, 2006 8:12 AM
**To:** Jim Allchin; Ken Goetsch; Scott Di Valerio
**Cc:** Thomas Bauer; John Kalkman; Greg Taylor; Mike Ybarra; Chris Jones (WINDOWS)
**Subject:** RE: OEM Messaging update for Capable: Communicating new POR for Vista Capable
Scott should send the mail and include you; you should reply and support the decision in the interest of clarity for customers, and reiterate that we will make HP's investment in WDDM capable hardware worthwhile.

---

MS-KELL 000000019351
CONFIDENTIAL

**From:** Jim Allchin
**Sent:** Wednesday, February 01, 2006 8:01 AM
**To:** Ken Goetsch; Will Poole; Scott Di Valerio
**Cc:** Thomas Bauer; John Kalkman; Greg Taylor; Mike Ybarra; Chris Jones (WINDOWS)
**Subject:** RE: OEM Messaging update for Capable: Communicating new POR for Vista Capable

What do I say?

Jim

---

**From:** Ken Goetsch
**Sent:** Tuesday, January 31, 2006 9:12 PM
**To:** Will Poole; Scott Di Valerio
**Cc:** Thomas Bauer; John Kalkman; Greg Taylor; Jim Allchin; Mike Ybarra; Chris Jones (WINDOWS)
**Subject:** RE: OEM Messaging update for Capable: Communicating new POR for Vista Capable
Good changes.  Emails below:

richard.m.walker@hp.com
todd.bradley@hp.com

.

.

---

**From:** Will Poole
**Sent:** Tuesday, January 31, 2006 9:06 PM
**To:** Ken Goetsch; Scott Di Valerio
**Cc:** Thomas Bauer; John Kalkman; Greg Taylor; Jim Allchin; Mike Ybarra; Chris Jones (WINDOWS)
**Subject:** RE: OEM Messaging update for Capable: Communicating new POR for Vista Capable

I jumped quickly on that last mal – it's also fine with me if Scott prefers to send.  I was thinking that should be from me since I was the guy in the room when we told them we were committed to LDDM.  Here's a slightly revised text – send if you want Scott.

===== wp modified version ==============

Dear Todd & Richard,

I wanted to let you know about two changes we have made to the guidelines of the Windows Vista™ Capable PC Program.  For reference, this is the logo program indicating system upgradability to Windows Vista, which is separate from the basic/premium "designed for" logo that takes effect at RTM.  It's important to understand that while we made this change to accommodate the need for simplicity and clarity around which systems can "run" Windows Vista, based on feedback from retail, press, and others.  We strongly believe that the investment that HP has made in supporting the Windows Display Drive Model (WDDM) on your planned systems is crucial to success with Windows Vista, and that this investment will differentiate you from others who have not made it.  To be clear, the ability to carry the Designed for Windows Vista Basic Logo and Designed for Windows Vista Premium Logo is still and will remain limited to those systems that implement WDDM.  The Upgrade Advisor, to be released well in advance of RTM, will also highlight these capabilities to users.

Our marketing investments at Vista Launch will be focused on PCs that carry the "Designed for" logos that provide users with the most compelling and exciting experience with Windows Vista.  Our enthusiasm and commitment to the best Windows Vista experience includes promoting hardware supporting WDDM and Aero Glass experiences.

MS-KELL 000000019352
CONFIDENTIAL

The other change detailed below has to do with advancing the date to April 1st from May 1st for when systems carrying the Vista Capable logo may appear at retail.

Please let me know if you have additional questions or comments.

Thank you,


Scott Di Valerio
Vice President

Cc: Will Poole, Thomas Bauer


**Details**

The two changes being made to the Program are in the area of Technical Requirements and Windows Vista Capable PC system availability in OEM distribution channels. All other dates and Program requirements remain the same, including the requirement for WDDM in Windows Vista Basic and Premium logo programs.

We have removed the technical requirement that a Windows Vista Capable PC contain a Graphics Processor Unit (GPU) that supports the Windows Display Driver Model (WDDM), formerly known as the Longhorn Display Driver Model. It however is still recommended.

We have advanced the date that OEM systems containing the Windows Vista Capable logo may appear worldwide at retail from May 1, 2006 to April 1, 2006. This will provide OEMs with a longer lead time to ensure that their retail partners have adequate inventory of Windows Vista Capable systems prior to the worldwide promotional start date of June 1, 2006.

**Background**

Microsoft designed the Program to maintain Microsoft® Windows® XP PC sales momentum while escalating Windows Vista buzz and to maximize PCs capable of running Windows Vista in the channel at launch.

We have received considerable press, partner, and industry feedback that we need to provide clear and consistent customer messaging regarding system requirements to upgrade to Windows Vista.

We have also had partner feedback on the desire to advance the lead times for the Program to meet retail stocking windows and ensure that the Program is well established prior to the escalation of excitement that will start with Windows Vista Beta 2 availability in Spring 2006.

Feedback has also strongly highlighted the need to increase the number of existing systems designated as Windows Vista Capable and carrying the Windows Vista Capable Logo.

In order to help further drive PC sales prior to Windows Vista launch while providing clear customer messaging, Microsoft is making two changes to the Program. These changes match Windows Vista Capable PCs with the simple concept that "systems can run Windows Vista". The changes are:

WDDM support for graphics is now a recommended, but not required, technical criteria for Windows Vista Capable PCs.

MS-KELL 000000019353
CONFIDENTIAL

We believe that WDDM is an important aspect of the Windows Vista PC experience.

WDDM is a recommended, not a required criteria for Windows Vista Capable.

WDDM is still required for both Designed for Windows Vista Basic Logo and Designed for Windows Vista Premium Logo.

WDDM is also required to enable some of the key features in Windows Vista (e.g., Flip, Flip 3D, Aero-Glass, DPI Scaling, etc.).

Microsoft is committed to providing ways for end users to know what PC systems will get an enhanced experience when they upgrade to Windows Vista on PCs that have a WDDM-capable GPU.  We are currently looking into various means of doing this, including the Upgrade Advisor.

Microsoft strongly recommends that OEMs carefully consider their product ranges to ensure the best possible customer experience for the Windows Vista upgrade, balanced against component and roadmap plans for Spring and Summer 2006.

PCs with the Windows Vista Capable Logo may appear in retail beginning April 1, 2006.

This change from the original date of May 1, 2006 is designed to better map to standard PC refresh cycles.

This also provides a longer lead time on Windows Vista Capable Systems prior to the promotional start date of June 1, 2006 worldwide.

**Related Areas that are NOT changing**

Windows Vista Basic logo requirements - still require WDDM driver with compatible graphics hardware to improve graphics stability, multi-application performance, and monitor hot-plugging.

Windows Vista Premium logo requirements – still require WDDM driver with sufficient graphics hardware to enable Desktop Window Manager (DWM) and Aero.

All other aspects of the Windows Vista logo programs remain unchanged.  The Marketing Bulletin reflects the two updates outlined above to the Windows Vista Capable PC program.

**Good Better Best**

The modified programs above now deliver a simplified message to consumers:

Vista Capable PCs - including those with the logo and those meeting easily understood requirements of a modern CPU and 512MB of RAM – will have a *good* experience, at least equivalent to Windows XP, when upgraded to Windows Vista.

*Better* graphics experiences, including better graphics stability, multi-application performance, and monitor hot-plugging, will be available in all versions of Windows Vista for PCs that have graphics hardware compatible with WDDM.

The *best* graphics experiences – including Aero Glass, Flip and Flip 3D - will be available to users who install premium versions of Windows Vista on PCs with more capable graphics hardware that support a WDDM driver, DWM, and Aero.

MS-KELL 000000019354
CONFIDENTIAL

The Windows Vista Upgrade Advisor will be available for download from Microsoft for pre-purchase use to determine the level of graphics experience that a given PC configuration will deliver to consumers.

**Updated Key Date Summary**

**April 1, 2006** – Program launches in Japan. Due to the unique PC market seasonality, the Program begins two months earlier in Japan than in the rest of the world.

**April 1, 2006** – OEM systems containing the Windows Vista Capable logo may appear worldwide at retail.

**June 1, 2006** – Worldwide Program launch. OEMs and their channel partners can start marketing and promoting eligible PCs as Windows Vista Capable.

**30 Days Prior to Launch of Windows Vista** – Windows Vista Capable PC Launch Upgrade Promotion (Launch Upgrade Promotion) begins.

**January 31, 2007** – End of all Program and Launch Upgrade Promotion activities in all channels.

====================

---

**From:** Ken Goetsch
**Sent:** Tuesday, January 31, 2006 8:32 PM
**To:** Will Poole; Scott Di Valerio
**Cc:** Thomas Bauer; John Kalkman; Greg Taylor; Jim Allchin; Mike Ybarra; Chris Jones (WINDOWS)
**Subject:** RE: OEM Messaging update for Capable: Communicating new POR for Vista Capable

Draft email for Scott to send to Todd Bradley & Richard Walker.  My goal below was to suggest that we will put all of our advertising and launch plans around the "Designed for Windows Vista (basic / premium) and little or nothing on Vista Capable logo program.

Comments / edits?

Ken

===============Draft=================================================

Dear Todd & Richard,

I wanted to let you know about two changes we have made to the guidelines of the Windows Vista™ Capable PC Program. Its important to understand that while we made this change to accommodate the need for more systems that can "run" Windows Vista at launch, we strongly believe that the investment that HP has made in supporting the Windows Display Drive Model (WDDM) on your planned systems is crucial to success with Windows Vista. To be clear, the ability to carry the Designed for Windows Vista Basic Logo and Designed for Windows Vista Premium Logo is limited to those systems that implement WDDM.

Our marketing investments at Vista Launch will be focused on PCs that carry the "Designed for" logos that provide users with the most compelling and exciting experience with Windows Vista. Our enthusiasm and commitment to the best Windows Vista experience includes WDDM.

MS-KELL 000000019355
CONFIDENTIAL

The other change detailed below has to do with advancing the date to April 1st from May 1st for when systems carrying the Vista Capable logo may appear at retail.

Please let me know if you have additional questions or comments.

Thank you,


Scott Di Valerio
Vice President

Cc:  Will Poole, Thomas Bauer


**Details**

The two changes being made to the Program are in the area of Technical Requirements and Windows Vista Capable PC system availability in OEM distribution channels.  All other dates and Program requirements remain the same.

We have removed the technical requirement that a Windows Vista Capable PC contain a Graphics Processor Unit (GPU) that supports the Windows Display Driver Model (WDDM), formerly known as the Longhorn Display Driver Model.

We have advanced the date that OEM systems containing the Windows Vista Capable logo may appear worldwide at retail from May 1, 2006 to April 1, 2006.  This will provide OEMs with a longer lead time to ensure that their retail partners have adequate inventory of Windows Vista Capable systems prior to the worldwide promotional start date of June 1, 2006.

**Background**

Microsoft designed the Program to maintain Microsoft® Windows® XP PC sales momentum while escalating Windows Vista buzz and to maximize PCs capable of running Windows Vista in the channel at launch.

We have received considerable press, partner, and industry feedback that we need to provide clear and consistent customer messaging regarding system requirements to upgrade to Windows Vista.

We have also had partner feedback on the desire to advance the lead times for the Program to meet retail stocking windows and ensure that the Program is well established prior to the escalation of excitement that will start with Windows Vista Beta 2 availability in Spring 2006.

Feedback has also strongly highlighted the need to increase the number of existing systems designated as Windows Vista Capable and carrying the Windows Vista Capable Logo.

In order to help further drive PC sales prior to Windows Vista launch while providing clear customer messaging, Microsoft is making two changes to the Program.  These changes match Windows Vista Capable PCs with the simple concept that "systems can run Windows Vista".  The changes are:

WDDM support for graphics is now a recommended, but not required, technical criteria for Windows Vista Capable PCs.

We believe that WDDM is an important aspect of the Windows Vista PC experience.

MS-KELL 000000019356
CONFIDENTIAL

WDDM is a recommended, not a required criteria for Windows Vista Capable.

WDDM is still required for both Designed for Windows Vista Basic Logo and Designed for Windows Vista Premium Logo.

WDDM is also required to enable some of the key features in Windows Vista (e.g., Flip, Flip 3D, Aero-Glass, DPI Scaling, etc.).

Microsoft is committed to providing ways for end users to know what PC systems will get an enhanced experience when they upgrade to Windows Vista on PCs that have a WDDM-capable GPU. We are currently looking into various means of doing this, including the Upgrade Advisor.

Microsoft strongly recommends that OEMs carefully consider their product ranges to ensure the best possible customer experience for the Windows Vista upgrade, balanced against component and roadmap plans for Spring and Summer 2006.

PCs with the Windows Vista Capable Logo may appear in retail beginning April 1, 2006.

This change from the original date of May 1, 2006 is designed to better map to standard PC refresh cycles.

This also provides a longer lead time on Windows Vista Capable Systems prior to the promotional start date of June 1, 2006 worldwide.

**Related Areas that are NOT changing**

Windows Vista Basic logo requirements - still require WDDM driver with compatible graphics hardware to improve graphics stability, multi-application performance, and monitor hot-plugging.

Windows Vista Premium logo requirements – still require WDDM driver with sufficient graphics hardware to enable Desktop Window Manager (DWM) and Aero.

All other aspects of the Windows Vista logo programs remain unchanged. The Marketing Bulletin reflects the two updates outlined above to the Windows Vista Capable PC program.

**Good Better Best**

The modified programs above now deliver a simplified message to consumers:

Vista Capable PCs - including those with the logo and those meeting easily understood requirements of a modern CPU and 512MB of RAM – will have a *good* experience, at least equivalent to Windows XP, when upgraded to Windows Vista.

*Better* graphics experiences, including better graphics stability, multi-application performance, and monitor hot-plugging, will be available in all versions of Windows Vista for PCs that have graphics hardware compatible with WDDM.

The *best* graphics experiences - including Aero Glass, Flip and Flip 3D – will be available to users who install premium versions of Windows Vista on PCs with more capable graphics hardware that support a WDDM driver, DWM, and Aero.

The Windows Vista Upgrade Advisor will be available for download from Microsoft for pre-purchase use to determine the level of graphics experience that a given PC configuration will deliver to consumers.

MS-KELL 000000019357
CONFIDENTIAL

**Updated Key Date Summary**

**April 1, 2006** - Program launches in Japan. Due to the unique PC market seasonality, the Program begins two months earlier in Japan than in the rest of the world.

**April 1, 2006** - OEM systems containing the Windows Vista Capable logo may appear worldwide at retail.

**June 1, 2006** - Worldwide Program launch. OEMs and their channel partners can start marketing and promoting eligible PCs as Windows Vista Capable.

**30 Days Prior to Launch of Windows Vista** - Windows Vista Capable PC Launch Upgrade Promotion (Launch Upgrade Promotion) begins.

**January 31, 2007 -** End of all Program and Launch Upgrade Promotion activities in all channels.

======================================Draft
end======================================================================

---

**From:** Will Poole
**Sent:** Tuesday, January 31, 2006 1:57 PM
**To:** Ken Goetsch
**Cc:** Thomas Bauer; John Kalkman; Greg Taylor; Jim Allchin; Mike Ybarra; Chris Jones (WINDOWS); Scott DI Valerio
**Subject:** RE: OEM Messaging update for Capable: Communicating new POR for Vista Capable

You should probably pen a mail for scott or me to send to Todd, forwarding the generic communication (still being completed) and elaborating a bit further on why their bet on WDDM capable hardware is still the right thing.

Will

** Sent from Windows Vista CTP 5298 **

---

**From:** Will Poole
**Sent:** Tuesday, January 31, 2006 1:24 PM
**To:** Jim Allchin; Mike Ybarra; Chris Jones (WINDOWS)
**Cc:** Thomas Bauer; John Kalkman; Greg Taylor
**Subject:** RE: OEM Messaging update for Capable: Communicating new POR for Vista Capable

Here's the draft communication that explains the modified program. Jim, answering your questions first: absolutely not – no change here.
anything with Premium logo must be glass capable.
forlin is signed up to 512mb as min. I agree we should recommend more. Modern CPU is the terminology adopted some time ago and is working OK with people so far. Upgrade Advisor will be available to verify it for users (as well as many other things of course).

--------------

**Changes to Windows Vista Capable PC program:**

MS-KELL 000000019358
CONFIDENTIAL

**Background**

Microsoft designed the Windows Vista Capable PC program to maintain Windows XP PC sales momentum while escalating Windows Vista buzz and to maximize PCs capable of running Windows Vista in the channel at launch.

**Feedback**

• We have received considerable press, partner and industry feedback that we need to provide clear and consistent customer messaging regarding system requirements to upgrade to Windows Vista.

• We have also had partner feedback on the desirability of advancing the lead times for the Windows Vista Capable logo program to meet retail stocking windows and ensuring that the program is well established prior to the escalation of excitement that will start with Beta 2 availability in the Spring..

• Feedback has also strongly highlighted the need to maximize the percentage of existing systems designated as Windows Vista Capable and carrying the Windows Vista Capable Logo.

    1.  1.      1.

**Changes being announced**

In order to help further help drive PC sales prior to Windows Vista launch while providing clear customer messaging, Microsoft is making two changes to the Windows Vista Capable Program.  These changes enable matching Windows Vista Capable PCs with the simple concept that "systems can run Windows Vista".  The changes are:

•       **Relaxing WDDM as a technical requirement for Windows Vista Capable**

o       We believe that WDDM is an important aspect of the Windows Vista PC experience

o       WDDM is a recommended, not a required criteria for Windows Vista Capable

o       WDDM is still required for both Designed for Windows Vista Basic Logo and Designed for Windows Vista Premium Logo.

o       WDDM is also required to enable some of the key features in Windows Vista (e.g., Flip, Flip 3D, Aero-Glass, DPI Scaling, etc.)

o       Microsoft is committed to providing ways for end users to know what PC systems will get enhanced experience when they upgrade to Windows Vista on PCs that have WDDM capable GPU.  We are currently looking into various means of doing this, including the Upgrade Advisor.

o       Microsoft strongly recommends that OEMs carefully consider their product ranges to ensure the best possible customer experience for Windows Vista upgrade, balanced against component and roadmap plans for Spring and Summer '06.

•       **Advancing the first date that Windows Vista Capable logo'd systems may appear in retail worldwide from May 1, 2006 to April 1, 2006**

o       This is to provide a longer lead time on Windows Vista Capable Systems prior to the promotional start date of June 1, 2006 world-wide

Related Areas that are NOT changing:

    2.  2.  2.  1.   Windows Vista Premium logo requirements – still require sufficient graphics hardware AND WDDM driver.

    3.  3.  3.  2.   Windows Vista Basic logo requirements – still requires WDDM driver with compatible graphics hardware to support hot-docking and advanced multi-application experiences.

All other aspects of the Windows Vista logo programs remain unchanged as in the attached document.

**Good Better Best**

The modified programs above now deliver a simplified message to consumers:

    4.  4.  4.  3.   Vista Capable PCs – including those with the logo and those meeting easily understood requirements of a modern CPU and 512MB of RAM – will have a *good* experience, at least equivalent to XP, when upgraded to Windows Vista.

    5.  5.  5.  4.   *Better* graphics experiences, including better display hot-docking and multi-application performance, will be available in all versions of Windows Vista for PCs that have graphics hardware compatible with WDDM.

MS-KELL 000000019359
CONFIDENTIAL

6.  6.  6.  5.  The *best* graphics experiences — including Aero Glass, Flip and Flip3d — will be available to users who install premium versions of Windows Vista on PCs with more capable graphics hardware and a WDDM driver.

7.  7.      7.        The Windows Vista Upgrade Advisor will be available for download from Microsoft for pre-purchase use to determine the level of graphics experience that a given PC configuration will deliver to consumers.

---

**From:** Jim Allchin
**Sent:** Tuesday, January 31, 2006 1:03 PM
**To:** Will Poole; Mike Ybarra
**Cc:** Thomas Bauer; John Kalkman; Greg Taylor
**Subject:** RE: OEM Messaging update for Capable: Communicating new POR for Vista Capable

I knew nothing about this.

Will, you need to explain.

I don't even understand what this means...

1. Are you saying that glass is going to work with the XP DM? I hope not. That was not stable.
2. What do you call a "glass" capable machine? What marketing are you doing to do regarding these machines? THIS is where the real marketing $'s should go.
3. I am worried about the machine requirements given below. I have no idea what "a modern CPU" means. I am worried about the memory number below. We should be encouraging more memory. Min 512 I think is still ok, but it is min.

jim

---

**From:** Will Poole
**Sent:** Tuesday, January 31, 2006 12:16 PM
**To:** Mike Ybarra; Jim Allchin
**Cc:** Thomas Bauer; John Kalkman; Greg Taylor
**Subject:** RE: OEM Messaging update for Capable: Communicating new POR for Vista Capable

Intel leaked this despite my explicit agreement with a SVP (Renee) that we would communicate together. Stay tuned for further communication.

** Sent from Windows Vista CTP 5298 **

---

**From:** Mike Ybarra
**Sent:** Tuesday, January 31, 2006 10:29 AM
**To:** Will Poole; Jim Allchin
**Cc:** Thomas Bauer; John Kalkman; Greg Taylor
**Subject:** FW: OEM Messaging update for Capable: Communicating new POR for Vista Capable
**Importance:** High

*Sending urgent due to customer satisfaction escalation.*

Will/Jim — I was surprised to learn of the changes to the Windows Capable program (no WDDM requirement now). In our August 7x7 with HP you both committed to HP that we would not move off the WDDM requirement

MS-KELL 000000019360
CONFIDENTIAL

and HP made significant product roadmap changes to support graphics for the full Vista experience. Ramano specifically told Jim that HP will invest in graphics if MS would give him 100% assurance that we would not budge for Intel. This goes beyond desktop for HP as their mobile guys moved off 915 early for the same reasons.

If this is the case this will cause obvious issues with HP and I believe we'll need an executive call with HP to discuss and resolve. Apparently Intel is telling OEMs of this change which has us in a bind as we used this program to drive high end graphics for Vista with all of our OEM partners.

---

**From:** Mark Croft
**Sent:** Monday, January 30, 2006 8:59 PM
**To:** Rajesh Srinivasan; Jim Totton; Bill Mannion; Dave Wascha
**Cc:** Kevin Eagan; Brad Brooks; Brad Goldberg
**Subject:** OEM Messaging update for Capable: Communicating new POR for Vista Capable
**Importance:** High



We need good messaging for the elimination of WDDM in Capable, as we have had this as a requirement since inception over 18 months ago.

Below is a draft. Please review & comment tomorrow before 10:00 & we can get this lined up for OEM Communication ASAP. I expect we can use near identical for Retail.

Microsoft has had considerable partner feedback on advancing the lead times for the Windows Vista Capable, thereby broadening the programs duration prior to Windows Vista launch.
Feedback has also strongly highlighted the need to maximize the percentage of systems designated as Windows Vista Capable and carrying the Windows Vista Capable Logo.
In response to this feedback, and to further increase the ability of the Windows Vista Capable Program to help with PC sales prior to Windows Vista launch later this year, Microsoft is making 2 changes to the Windows Vista Capable Program:
Elimination of WDDM as a technical requirement for Windows Vista Capable.
Microsoft strongly recommends OEMs carefully consider their product ranges to ensure the best possible customer Windows Vista upgrade experience, balanced against component and roadmap plans for Spring and Summer PCs.
We believe that WDDM is an important aspect of the Windows Vista PC experience, and it remains recommended for partners as part of Windows Vista Capable and required for both Windows Vista Basic Logo and Windows Vista Premium Logo.
Advancement of the first date that systems may appear in retail world-wide from 1st May 2006 to 1st April 2006 This is to provide a longer lead time on Windows Vista Capable Systems prior to the promotional start date of 1st June world-wide
All other dates remain as per OEM Communication of 21st December and all Japan dates remains unchanged The Windows Vista Capable Logo plan remains unchanged, except that technical requirements are now that systems must have a modern CPU, at least 512 MB of RAM and the Windows XP Designed For Windows Logo certification. WDDM is optional & recommended but not required.

---

**From:** Will Poole
**Sent:** Monday, January 30, 2006 7:13 PM
**To:** Rajesh Srinivasan; Michael Wallent; Dean Lester; Bill Mannion; Mike Sievert; Bryan Ghows (LCA); Brad Goldberg; Brad Brooks; Bob Aoki; John B. Williams; Jim Totton; Kevin Eagan; Mark Croft; Dave Wascha
**Subject:** Communicating new POR for Vista Capable

I went over the new plan w/ Renee tonight. Not surprisingly, she is pleased with the outcome. I told her we wanted to communicate to OEMs and retail first, and then they can cascade their own communication. They are losing orders every day, so we need to get a simple communication out ASAP. I told Renee our goal would be

MS-KELL 000000019361
CONFIDENTIAL

to have emails out from both Microsoft and Intel by EOD tomorrow.  Bob will designate someone to be on point to coordinate w/ Intel from his team.

Rajesh and Bill, I presume you will drive the communication to OEM / Retail?

I also told Renee that we intended to release an upgrade advisor of some form that helped consumers and retailers understand the different experience they could get depending on whether they have WDDM capable display drivers, etc.  She asked if this might wait until June.  I said I did not know when it would get done and made no promises.  I said I wanted to get it done as soon as possible, and that we would give Intel notice of our plan once we have one.

Thanks

Will

MS−KELL 000000019362
CONFIDENTIAL

Crashes By Organization

Period: 2007
Build: 6000.0
OS: Windows Vista
Driver Type: All File Type

| Organization | Crash Count | Percent |
|---|---|---|
| NVIDIA Corporation | 479,126 | 28.81% |
| Microsoft Corporation | 298,823 | 17.97% |
| Unknown | 283,006 | 17.02% |
| ATI Technologies, Inc | 154,753 | 9.30% |
| Intel Corporation | 146,870 | 8.83% |
| Webroot Software Inc (www.webroot.com) | 49,757 | 2.99% |
| Realtek Semiconductor Corp | 19,015 | 1.14% |
| Creative Labs, Inc. | 18,140 | 1.09% |
| INCA Internet Co., Ltd. | 13,848 | 0.83% |
| Sony Corporation | 11,793 | 0.71% |
| Trend Micro Incorporated | 10,184 | 0.61% |
| SigmaTel, Inc. | 9,657 | 0.58% |
| Alcohol Software Co., Ltd. | 9,677 | 0.58% |
| Logitech, Inc. | 9,472 | 0.57% |
| Sonic Solutions | 9,378 | 0.56% |
| Deterministic Network | 8,049 | 0.48% |
| Broadcom Corporation | 6,262 | 0.38% |
| Conexant Systems, Inc. | 5,855 | 0.35% |
| Symantec Corporation | 5,608 | 0.34% |
| Hauppauge Computer Works | 5,537 | 0.33% |
| IUCOH Company Limited | 4,735 | 0.28% |
| S3 Graphics, Inc. | 3,956 | 0.24% |
| Hewlett-Packard Company | 3,773 | 0.23% |
| IVT Corporation | 3,585 | 0.22% |
| Kaspersky Lab | 3,436 | 0.21% |
| McAfee.com | 3,503 | 0.21% |
| Silicon Integrated Systems Corp. | 2,873 | 0.17% |
| C-Media Electronics Incorporation | 2,852 | 0.17% |
| AuthenTec, Inc. | 2,733 | 0.17% |
| ALWIL Software | 2,733 | 0.17% |
| eMPIA Technology Corp. | 2,593 | 0.16% |
| VMware, Inc. | 2,526 | 0.15% |
| VIA Technologies Inc. | 2,204 | 0.13% |
| Behavior Tech Computer Corp. | 1,932 | 0.11% |
| Marvell | 1,869 | 0.11% |
| Nero AG | 1,683 | 0.10% |
| Analog Devices Incorporated | 1,564 | 0.09% |
| sourcenext corporation | 1,515 | 0.09% |
| Apple Computer Inc. | 1,454 | 0.09% |
| Aladdin Systems, Inc. | 1,438 | 0.09% |
| Silicon Image, Inc. | 1,421 | 0.09% |
| Motorola Inc. | 1,350 | 0.08% |
| Computer Associates International, Inc. | 1,333 | 0.08% |
| Plaxo Technology Inc. | 1,265 | 0.08% |
| Philips Semiconductors | 984 | 0.06% |
| 2Wire, Inc | 979 | 0.06% |
| Advanced Micro Devices, Inc. | 948 | 0.06% |
| Elaborate Bytes AG | 922 | 0.06% |
| Smart Link | 879 | 0.05% |
| G DATA Software AG | 863 | 0.05% |
| Sunplus Technology Co., LTD | 837 | 0.05% |
| Ralink Technology Corporation | 835 | 0.05% |
| Research In Motion | 803 | 0.05% |
| SOFTWIN | 773 | 0.05% |
| Eset | 751 | 0.05% |
| AVM Computersysteme Vertrieb GmbH | 744 | 0.04% |
| THOMSON multimedia | 714 | 0.04% |
| Scientific Atlanta, Inc | 723 | 0.04% |
| X10 Wireless Technology Inc. | 713 | 0.04% |
| NCCI | 684 | 0.04% |
| TechnoTrend AG | 653 | 0.04% |
| Animation Technologies Inc. | 653 | 0.04% |
| RealNetworks, Inc. | 643 | 0.04% |
| Netgear Incorporated | 636 | 0.04% |
| DulGuard Ltd. | 634 | 0.04% |
| SONIX TECHNOLOGY CO., LTD | 635 | 0.04% |
| LG DATA DEVICE INC. | 637 | 0.04% |
| Promise Technology | 608 | 0.04% |
| Panda Software | 593 | 0.04% |
| Linksys Group, Inc. | 583 | 0.04% |
| Zone Labs, Inc | 567 | 0.03% |
| Mobile Action Technology Inc. | 558 | 0.03% |
| ProLific Technology Inc. | 554 | 0.03% |
| Wisecrune Solutions | 548 | 0.03% |
| Gilisoft | 510 | 0.03% |
| Envara | 473 | 0.03% |
| ZyDAS Technology Corporation | 462 | 0.03% |
| Atheros Communications, Inc. | 452 | 0.03% |
| Agere Systems | 453 | 0.03% |
| Axis Electronics Corporation | 435 | 0.03% |

Default

MS-KELL 000000019363
CONFIDENTIAL

| | | |
|---|---|---|
| XGI Technology Inc. | 433 | 0.03% |
| America Online, Incorporated | 420 | 0.03% |
| Service & Quality Technology Co., LTD | 419 | 0.03% |
| Leadisk Research Inc. | 403 | 0.03% |
| SIEMENS AG | 393 | 0.03% |
| Check Point Software Technologies Ltd. | 392 | 0.03% |
| TerraTec Electronic Gmbh | 383 | 0.03% |
| Matrox Graphics Inc. | 383 | 0.02% |
| 3Com Corporation | 377 | 0.02% |
| PC Tools Software | 374 | 0.02% |
| National Semiconductor | 374 | 0.02% |
| SimpliSoft | 356 | 0.02% |
| Adaptec, Incorporated | 356 | 0.02% |
| Lenovo | 343 | 0.02% |
| Texas Instruments Incorporated | 344 | 0.02% |
| Beijing Hanzmin New Sci.&Tec. Co.Ltd. | 344 | 0.02% |
| Aladdin Knowledge Systems Ltd. | 324 | 0.02% |
| Nokia Oyj | 373 | 0.02% |
| VSO Software | 317 | 0.02% |
| D-Link Corporation | 311 | 0.02% |
| O2Micro Inc. | 310 | 0.02% |
| RICO, Inc. | 303 | 0.02% |
| Ilomera Corp | 290 | 0.02% |
| PC-TEL, INC. | 280 | 0.02% |
| OMNIVISION TECHNOLOGIES INC. | 274 | 0.02% |
| Sigmatel Incorporated | 274 | 0.02% |
| Pinnacle Systems | 263 | 0.02% |
| Sonic Focus, Inc | 256 | 0.02% |
| Gemplus | 255 | 0.02% |
| Normos | 255 | 0.02% |
| Toshiba Corporation | 233 | 0.01% |
| Condies Technology | 231 | 0.01% |
| Dallas Semiconductor | 231 | 0.01% |
| TASCAM | 230 | 0.01% |
| Intervideo, Inc. | 223 | 0.01% |
| FUJITSU TAKAMISAWA COMPONENT LIMITED | 220 | 0.01% |
| Topfield Co., Ltd. | 212 | 0.01% |
| Comsol Electronics, Inc. | 211 | 0.01% |
| Pixela Corporation | 205 | 0.01% |
| STMicroelectronics | 204 | 0.01% |
| NetRatings, Inc. | 203 | 0.01% |
| KOSU Systems Gmbh | 202 | 0.01% |
| Ahead Corporation | 201 | 0.01% |
| icics Software Gmbh | 200 | 0.01% |
| Dyko Inc. | 197 | 0.01% |
| Nortel Networks | 193 | 0.01% |
| Ati Technology | 190 | 0.01% |
| Oillcom SA | 184 | 0.01% |
| Baan & Olofsen | 175 | 0.01% |
| Zero-Knowledge Systems | 173 | 0.01% |
| Beltin Components | 173 | 0.01% |
| Crystal Semiconductor, Inc | 166 | 0.01% |
| AT&T | 156 | 0.01% |
| Immersion Corporation | 157 | 0.01% |
| Tiny Software Inc. | 157 | 0.01% |
| FTN Ltd. | 155 | 0.01% |
| B.H.A Corporation | 155 | 0.01% |
| Robert Schlobbach | 153 | 0.01% |
| Miatek System Inc. | 148 | 0.01% |
| Xerio | 146 | 0.01% |
| SCM Microsystems, Inc | 146 | 0.01% |
| BeyUnit | 146 | 0.01% |
| WideViewer Elementos CO., LTD | 146 | 0.01% |
| TwinHan Technology Co., Ltd. | 142 | 0.01% |
| Captain RED | 337 | 0.01% |
| Maxtor Corporation | 331 | 0.01% |
| PACE Anti-Piracy, Inc. | 330 | 0.01% |
| Todos Data System AB. | 326 | 0.01% |
| FresBex S.A | 322 | 0.01% |
| AVerMedia TECHNOLOGIES, Inc | 320 | 0.01% |
| Novell | 315 | 0.01% |
| Palm, Inc. | 318 | 0.01% |
| Aaritom | 318 | 0.01% |
| Acer Laboratories Inc. | 313 | 0.01% |
| Voyetra Turtle Beach, Inc. | 313 | 0.01% |
| FSPro Labs | 310 | 0.01% |
| Mask Of The Unicorn Inc | 301 | 0.01% |
| FUJI PHOTO FILM CO., LTD. | 101 | 0.01% |
| F-Secure Corporation | 305 | 0.01% |
| MICRO-STAR INTERNATIONAL CO., LTD | 305 | 0.01% |
| DVER | 301 | 0.01% |
| NEC Corporation | 101 | 0.01% |
| China Interact Network Information Center | 93 | 0.01% |
| Acronis | 95 | 0.01% |
| FREECOM Technologies GmbH | 92 | 0.01% |
| Eugeny Gostilov | 91 | 0.01% |
| Matsushita Electric Industrial Co., Ltd. | 80 | 0.01% |
| ZyXEL Communications Corporation | 81 | 0.01% |

Default

MS-KELL 000000019364
CONFIDENTIAL

| | | |
|---|---|---|
| Lifeview Inc. | 87 | 0.01% |
| Sanyo Electric Co. Ltd. | 87 | 0.01% |
| In-System Design, Inc. | 83 | 0.01% |
| Garmin International | 83 | 0.00% |
| Emused, Inc | 82 | 0.00% |
| Digic Inc. | 82 | 0.00% |
| Zoran Microelectronics | 82 | 0.00% |
| Midiman Inc | 80 | 0.00% |
| Dell Computer Corporation | 75 | 0.00% |
| Mediafour Corporation | 77 | 0.00% |
| Macro Image Technology Inc | 77 | 0.00% |
| H+EBV Datentechnik GmbH | 75 | 0.00% |
| Adobe Systems Incorporated | 74 | 0.00% |
| WIDCOMM | 74 | 0.00% |
| ITE Tech, Inc. | 73 | 0.00% |
| Hercules | 72 | 0.00% |
| h-nda | 72 | 0.00% |
| Green Systems, Inc. | 71 | 0.00% |
| Feltrey Limited | 69 | 0.00% |
| Clearance, Inc. | 68 | 0.00% |
| JUNGSOFT CO.,LTD | 64 | 0.00% |
| Micro Vision Co., Ltd. | 64 | 0.00% |
| End Technology Inc | 62 | 0.00% |
| Eicon Networks Corporation | 63 | 0.00% |
| SafeEyes | 62 | 0.00% |
| Servoura Ltd | 60 | 0.00% |
| Creativ Epiremedia GmbH | 60 | 0.00% |
| Teitan Technologies Co., Ltd. | 59 | 0.00% |
| Funk Software, Inc. | 59 | 0.00% |
| KeySoft Corp. | 59 | 0.00% |
| Option NV | 58 | 0.00% |
| Preventon | 58 | 0.00% |
| GlobeSpan, Inc. | 58 | 0.00% |
| Avocent Corporation | 56 | 0.00% |
| Sierra Wireless Inc | 56 | 0.00% |
| Maxi Semiconductor Corporation | 55 | 0.00% |
| BeVOAA systems | 55 | 0.00% |
| DUPSoft | 54 | 0.00% |
| Integrated Technology Express, Inc. | 54 | 0.00% |
| OMNIKEY AG | 54 | 0.00% |
| DayTek Corporation | 53 | 0.00% |
| Buffalo Technology, Inc. | 53 | 0.00% |
| AKAI professional M.I. Corp. | 53 | 0.00% |
| Ambit Microsystems Corp | 53 | 0.00% |
| Elo TouchSystems, Inc. | 52 | 0.00% |
| EG Security Laboratory | 52 | 0.00% |
| M-Audio | 50 | 0.00% |
| Unibrain | 50 | 0.00% |
| USAM Data Systems Inc. | 45 | 0.00% |
| Atryo Networks, Inc. | 46 | 0.00% |
| Wizband Electronics Corp. | 48 | 0.00% |
| SpiralOrbit | 44 | 0.00% |
| Magic Comuel Technology Corp. | 44 | 0.00% |
| Sony Ericsson | 43 | 0.00% |
| Rising Technology Co.,LTD | 42 | 0.00% |
| SEIKO EPSON CORPORATION | 42 | 0.00% |
| OILYMPUS OPTICAL CO.,LTD. | 42 | 0.00% |
| Nostech Ltd. | 42 | 0.00% |
| ASUSTek COMPUTER INC. | 42 | 0.00% |
| Genesis Digital Innovations | 40 | 0.00% |
| Alcor Micro, Corp. | 38 | 0.00% |
| DeviceGuys, Inc. | 38 | 0.00% |
| Polar Electro | 38 | 0.00% |
| InteSoft Co. | 38 | 0.00% |
| Packu, Inc. | 37 | 0.00% |
| 3Glabs Incorporated, Limited | 36 | 0.00% |
| NetManage Inc. | 35 | 0.00% |
| Roland Corporation | 34 | 0.00% |
| Atmel Corporation | 33 | 0.00% |
| Authentium | 33 | 0.00% |
| Ambient Technologies Inc | 32 | 0.00% |
| Doug Jetter Software Wizardry | 32 | 0.00% |
| OrangeWare Corporation | 32 | 0.00% |
| Naxell Solid,ltd. | 31 | 0.00% |
| Alfa, Inc. | 31 | 0.00% |
| Cherry GmbH | 31 | 0.00% |
| Cyberlink | 31 | 0.00% |
| Frisk Software International | 30 | 0.00% |
| Infilecem-ADMtek | 30 | 0.00% |
| SecuGen Corporation | 29 | 0.00% |
| Tuning Software (tuningsoft.com) | 29 | 0.00% |
| VOB Computersysteme GmbH | 29 | 0.00% |
| Digiohway Co., Ltd. | 28 | 0.00% |
| Cypress Semiconductor | 28 | 0.00% |
| ADAtek Incorporated | 28 | 0.00% |
| VIMICRO Corporation | 27 | 0.00% |
| Schlumberger Systems | 27 | 0.00% |
| Saitek | 27 | 0.00% |

Default

MS-KELL 000000019365
CONFIDENTIAL

| | | |
|---|---|---|
| Shuttle Inc. | 21 | 0.00% |
| DSR Open Systems Resources Inc. | 21 | 0.00% |
| Myacom Ltd | 2f | 0.00% |
| UUV D.J. | 21 | 0.00% |
| Network Everywhere | 21 | 0.00% |
| Winternals Software LP | 21 | 0.00% |
| Network General | 2f | 0.00% |
| Tds Todos Data System AB | 2f | 0.00% |
| TimeSoft, Inc. | 21 | 0.00% |
| Acezsulta Ltd. | 21 | 0.00% |
| Altiris Inc | 21 | 0.00% |
| Ericsson Inc. | 21 | 0.00% |
| Senao International Ltd | 21 | 0.00% |
| RYF Systems Corp | 21 | 0.00% |
| HydraTech | 21 | 0.00% |
| Alps Electric Co., Ltd. | 21 | 0.00% |
| CWDT | 20 | 0.00% |
| ILAIRI | 20 | 0.00% |
| NT Recoyl Resources | 20 | 0.00% |
| Rainbow Technologies | 20 | 0.00% |
| SMC Networks, Inc. | 20 | 0.00% |
| Trust International B.V. | 20 | 0.00% |
| ZTerWare Computing Inc. | 20 | 0.00% |
| Sophos Plc | 15 | 0.00% |
| Neig, Inc. | 15 | 0.00% |
| SharPoint Technologies, Inc. | 15 | 0.00% |
| Hotntech | 15 | 0.00% |
| Jetico, Inc. | 15 | 0.00% |
| Oktel System Inc. | 15 | 0.00% |
| Cmui Loelr, Incorporated | 15 | 0.00% |
| Aventail Corporation | 15 | 0.00% |
| Chinginwall | 18 | 0.00% |
| Daberg Imavision Inc. | 17 | 0.00% |
| ActivCard Inc. | 17 | 0.00% |
| Citatnelon, Inc | 17 | 0.00% |
| Friendly Technologies (F.T.L.) Ltd. | 17 | 0.00% |
| Positive Networks | 17 | 0.00% |
| NRX | 17 | 0.00% |
| Z-Com, Inc. | 17 | 0.00% |
| Uue G | 16 | 0.00% |
| Logic Controls, Inc. | 15 | 0.00% |
| KC Technology, Inc. | 15 | 0.00% |
| MusicMatch, Inc. | 15 | 0.00% |
| Ace Incorporated | 15 | 0.00% |
| Ads Technologies Inc | 15 | 0.00% |
| Compoware Corporation - NuMega Lab | 15 | 0.00% |
| BENQ Corporation | 14 | 0.00% |
| Actiontec Electronics, Inc | 14 | 0.00% |
| Acreon Technology Corporation | 14 | 0.00% |
| Emuge Soll und Hardware Gmbh | 14 | 0.00% |
| Qualcomm Inc | 14 | 0.00% |
| StyVei Co.,Ltd | 14 | 0.00% |
| SIGMACOM Co. Ltd. | 14 | 0.00% |
| Rainbow China Co., Ltd. | 14 | 0.00% |
| Sandell Communications | 14 | 0.00% |
| Ulead Systems, Inc. | 14 | 0.00% |
| Visual Networks | 13 | 0.00% |
| ViewCast Corporation | 13 | 0.00% |
| Systmemals | 13 | 0.00% |
| Stplemen | 13 | 0.00% |
| Saum Co.,Ltd | 13 | 0.00% |
| SONICblue Inc. | 13 | 0.00% |
| National Instruments Corporation | 13 | 0.00% |
| Novtla Corporation | 13 | 0.00% |
| Novatel Wireless, Inc. | 13 | 0.00% |
| Minolta Co., Ltd. | 13 | 0.00% |
| LSI Logic Corporation | 13 | 0.00% |
| Atkens Smartcard Solutions | 13 | 0.00% |
| Bicmorphic VLSI Inc. | 13 | 0.00% |
| Canопаs Co., Ltd | 12 | 0.00% |
| Aurawald Gmbl & Co.KG | 12 | 0.00% |
| 3Dis Interactive, Inc. | 12 | 0.00% |
| AGFEO | 12 | 0.00% |
| AIPTEK International Inc. | 12 | 0.00% |
| Alaris, Inc. | 12 | 0.00% |
| Fametra Corporation | 12 | 0.00% |
| Frontier Design Group, LLC | 12 | 0.00% |
| Kensington Technology Group Div | 12 | 0.00% |
| NELCO INC. | 12 | 0.00% |
| MobileAction Inc. | 12 | 0.00% |
| Tactical Software, LLC | 12 | 0.00% |
| StarForce Technologies, Inc. | 12 | 0.00% |
| Sigma Designs Corporation | 12 | 0.00% |
| Kmts Dlgital Technology | 12 | 0.00% |
| PalTech, Inc. | 12 | 0.00% |
| PC Guardlan | 12 | 0.00% |
| DATAFOL | 12 | 0.00% |
| DAVICOM Semiconductor, Inc. | 12 | 0.00% |

Default

MS-KELL 000000019366
CONFIDENTIAL

| | | |
|---|---|---|
| Wistron Corporation | 11 | 0.00% |
| Wacom Technology Corp. | 10 | 0.00% |
| Yamaha | 10 | 0.00% |
| GEAR Software | 10 | 0.00% |
| Askey Computer Corp. | 10 | 0.00% |
| Applan Graphics Corporation | 10 | 0.00% |
| C Technologies | 10 | 0.00% |
| Billion Electric Co., Ltd | 10 | 0.00% |
| Com21, Inc. | 10 | 0.00% |
| Tawa Technology Incorporated | 10 | 0.00% |
| SSoftware | 5 | 0.00% |
| Ratoc Systems Inc | 5 | 0.00% |
| Morimoto, Inc. | 5 | 0.00% |
| GemTek Technology Co., LTD. | 5 | 0.00% |
| GLUZE limited | 5 | 0.00% |
| Handspring Inc | 5 | 0.00% |
| FarStone Technology | 5 | 0.00% |
| Eastman Kodak Company | 5 | 0.00% |
| Citrix Systems, Inc | 5 | 0.00% |
| CSU GmbH | 5 | 0.00% |
| ASUSCOM | 5 | 0.00% |
| Keyspan | 5 | 0.00% |
| Printing Communications Assor., Inc. (PCAUSA) | 5 | 0.00% |
| REINER Kartengeraete GmbH & Co. KG | 5 | 0.00% |
| Stream2Zap Inc. | 5 | 0.00% |
| Topical Software | 5 | 0.00% |
| Ultimarc Software AB | 5 | 0.00% |
| Z-Star Microelectronics Corporation | 5 | 0.00% |
| SURECOM Technology Corp | 7 | 0.00% |
| Technolt Pvt. Ltd. | 7 | 0.00% |
| Teram International SARL | 7 | 0.00% |
| Idea Technology, Inc. | 7 | 0.00% |
| SoftCamp | 7 | 0.00% |
| TOSHCA CORPORATION | 7 | 0.00% |
| Agile Cooperation | 7 | 0.00% |
| AEI | 7 | 0.00% |
| CMU Robotics Institute | 7 | 0.00% |
| Broadlogic, Inc. | 7 | 0.00% |
| Chkany Electronics Co., Ltd. | 7 | 0.00% |
| CH Products | 7 | 0.00% |
| Fontronella, Inc. | 7 | 0.00% |
| EMC Corporation | 7 | 0.00% |
| Extended Systems Inc. | 7 | 0.00% |
| Internet Security Systems, Inc. | 7 | 0.00% |
| Grand Tech Corp. | 6 | 0.00% |
| Fortec Grand Corporation | 6 | 0.00% |
| Finesrt | 6 | 0.00% |
| Fujitsu-Siemens Computers | 6 | 0.00% |
| OADb | 6 | 0.00% |
| Communication Horizons, LLC | 6 | 0.00% |
| DACOM | 6 | 0.00% |
| 3721 Corporation | 6 | 0.00% |
| 3weir, Inc. | 6 | 0.00% |
| Amstream Inc. | 6 | 0.00% |
| Aurom, Ltd | 6 | 0.00% |
| LeapFrog Enterprises, Inc. | 6 | 0.00% |
| Macrovision | 6 | 0.01% |
| Nemesis | 6 | 0.01% |
| Slence of Troubles United Company Ltd. | 6 | 0.01% |
| SHIKATU Corp. | 6 | 0.02% |
| SoaTeen Inc. | 6 | 0.00% |
| Veo | 6 | 0.01% |
| U.S. ROBOTICS CORPORATION. | 6 | 0.00% |
| The Character group plc | 5 | 0.01% |
| Nellix Corporation | 5 | 0.00% |
| PLUSTER INC. | 5 | 0.00% |
| Mitsubishi Electric Corp. | 5 | 0.01% |
| NEC Infrontia Corporation | 5 | 0.01% |
| Microchip Technology Inc. | 5 | 0.01% |
| ACARD Technology Corp. | 5 | 0.00% |
| Comba Systems, Inc. | 5 | 0.01% |
| emerge E.K. Corporation | 5 | 0.00% |
| CITIZEN WATCH CO., LTD. | 5 | 0.01% |
| Doom van der Westheynen | 5 | 0.00% |
| Oid International Inc. | 5 | 0.00% |
| H und H Software GmbH | 5 | 0.00% |
| Wassy | 5 | 0.01% |
| Giehlish Technology Inc. | 4 | 0.01% |
| InfraComm, Inc. | 4 | 0.00% |
| Iolo technologies, LLC | 4 | 0.01% |
| IC Media Corporation | 4 | 0.00% |
| EveryZone Co., Ltd. | 4 | 0.00% |
| KG | 4 | 0.01% |
| Cmex Technologies Corporation | 4 | 0.00% |
| Crestentec Corporation | 4 | 0.00% |
| Casio Computer Co., Ltd. | 4 | 0.01% |
| Alantech Incorporated | 4 | 0.00% |
| Niten Solutions, Inc. | 4 | 0.00% |

Default

| | | |
|---|---|---|
| Mysun Century Technology Inc. Taiwan | 4 | 0.00% |
| Nbackcha | 4 | 0.00% |
| Primax Electronics Ltd. | 4 | 0.00% |
| PROVIDEO MULTIMEDIA CO., LTD. | 4 | 0.00% |
| Networks Associates Technology, Inc. | 4 | 0.00% |
| Tekram Technology Co., Ltd. | 4 | 0.00% |
| Toldard Microsystems Inc. | 4 | 0.00% |
| Shiva Corporation | 4 | 0.00% |
| Silicon Laboratories Inc. | 4 | 0.00% |
| ElePort.com | 4 | 0.00% |
| Samsung Electro-Mechanics | 3 | 0.00% |
| Sanholic Inc | 3 | 0.00% |
| Savage Company | 3 | 0.00% |
| Shenzhen Mingwah Achao High Technology Co.Ltd. | 3 | 0.00% |
| SECUICOM | 3 | 0.00% |
| SickMedia Pte. Ltd. | 3 | 0.00% |
| Tetracyne Software, Inc. | 3 | 0.00% |
| Tekom Technologies, Inc | 3 | 0.00% |
| User Jet network Inc | 3 | 0.00% |
| NewTech Infosystem, Inc. | 3 | 0.00% |
| OEM | 3 | 0.00% |
| Preter Inc. | 3 | 0.00% |
| Quantative Imaging Corporation | 3 | 0.00% |
| Plextor CO.,LTD. | 3 | 0.00% |
| ONKYO Corporation | 3 | 0.00% |
| Macronb, Inc. | 3 | 0.00% |
| LG Electronics | 3 | 0.00% |
| LARGAN Digital Co. Ltd | 3 | 0.00% |
| Netula Electronics Ltd | 3 | 0.00% |
| Microstuff Co. Ltd | 3 | 0.00% |
| A-FOUR TECH CO.,LTD. | 3 | 0.00% |
| CATC (Computer Access Technology Corp.) | 3 | 0.00% |
| CHOMBO(http://www.chombo.com/) | 3 | 0.00% |
| Beijing Chinese Star Cyber Technology Limited | 3 | 0.00% |
| Credant Technologies, Inc. | 3 | 0.00% |
| Daity Technology | 3 | 0.00% |
| Event Technologies Ltd | 3 | 0.00% |
| Digexam | 3 | 0.00% |
| Cawicontrol GmbH | 3 | 0.00% |
| Efficient Networks, Inc. | 3 | 0.00% |
| ELECOM CO. LTD. | 3 | 0.00% |
| ICOM, Inc. | 3 | 0.00% |
| Ibesson | 3 | 0.00% |
| HyonWon | 3 | 0.00% |
| Infineon Technologies Ag | 3 | 0.00% |
| IHIMA3 Technology Corporation | 3 | 0.00% |
| Jangletyne Pte Ltd | 3 | 0.00% |
| J8-Mobile Inc | 3 | 0.00% |
| http://www.omgsite.com | 3 | 0.00% |
| Winnov | 3 | 0.00% |
| WildPackets, Inc. | 3 | 0.00% |
| Xems Corporation | 2 | 0.00% |
| Water Giney Software | 2 | 0.00% |
| Wiesmann & Theis GmbH | 2 | 0.00% |
| YUAH High-Tech | 2 | 0.00% |
| Zenographics, Inc. | 2 | 0.00% |
| Gadget Labs Inc. | 2 | 0.00% |
| Jula Electronics | 2 | 0.00% |
| Integral Technologies, Inc. | 2 | 0.00% |
| Imagination Technologies | 2 | 0.00% |
| iDiss | 2 | 0.00% |
| Deutsche Telekom AG | 2 | 0.00% |
| DigitAlway Co., Ltd. | 2 | 0.00% |
| Digital Persona Inc. | 2 | 0.00% |
| FAITH INC. | 2 | 0.00% |
| Data Encryption Systems Limited | 2 | 0.00% |
| CONTEC | 2 | 0.00% |
| Brother Industries, Ltd. | 2 | 0.00% |
| CANON INC. | 2 | 0.00% |
| Advanced Card Systems Ltd. | 2 | 0.00% |
| 3Vision Software, Inc. | 2 | 0.00% |
| AITK Information Systems Inc. | 2 | 0.00% |
| Aukion Inc. | 2 | 0.00% |
| MOTU | 2 | 0.00% |
| Livedata Corp. | 2 | 0.00% |
| DSound Labs, Inc. | 2 | 0.00% |
| Precise Biometrics | 2 | 0.00% |
| Novation | 2 | 0.00% |
| Niken Inc | 2 | 0.00% |
| Syrelic Technologies Inc. | 2 | 0.00% |
| Targus Group International | 2 | 0.00% |
| Towitoko AG | 2 | 0.00% |
| Securlnfo Co.,Ltd. | 2 | 0.00% |
| Secretmaker AG | 2 | 0.00% |
| Softech Software Inc. | 2 | 0.00% |
| REBUR SCT | 2 | 0.00% |
| SITECSOFT Co., Ltd. | 2 | 0.00% |
| SIIG, Inc. | 2 | 0.00% |

Default

MS-KELL 000000019368
CONFIDENTIAL

| | | |
|---|---|---|
| SDH Dware Inc. | 1 | 0.00% |
| Solid Year Co.,Ltd. | 1 | 0.00% |
| Software Architects, Inc. | 1 | 0.00% |
| Standard Microsystems Corp. | 1 | 0.00% |
| Semtech Corporation | 1 | 0.00% |
| TSS - www.trinity-ss.com | 1 | 0.00% |
| UC-Logic Technology Corporation | 1 | 0.00% |
| Unex Technology Corporation | 1 | 0.00% |
| VERITAS Software Corporation | 1 | 0.00% |
| Unidan America Corporation | 1 | 0.00% |
| VirusBuster Ltd. | 1 | 0.00% |
| Vision Systems GmbH | 1 | 0.00% |
| Vitro Imaging Incorporated | 1 | 0.00% |
| ViewSonic Corporation | 1 | 0.00% |
| Syntec Corporation | 1 | 0.00% |
| Sunbelt Software | 1 | 0.00% |
| Strategic Vista | 1 | 0.00% |
| TechnoTrend Systemtechnik AG | 1 | 0.00% |
| Number Five Software | 1 | 0.00% |
| Oki Data Corporation | 1 | 0.00% |
| OneWave Technologies Inc. | 1 | 0.00% |
| Nestway Corp | 1 | 0.00% |
| Neset Engine Tech Corporation. | 1 | 0.00% |
| Netopia Corporation | 1 | 0.00% |
| PowerFile | 1 | 0.00% |
| Polierproducti Torino | 1 | 0.00% |
| Premis Corporation | 1 | 0.00% |
| Panasonic Mobile Communications Co., Ltd. | 1 | 0.00% |
| Parasol Dell Net | 1 | 0.00% |
| Macromedia, Inc. | 1 | 0.00% |
| Matsan - Electronic & Software | 1 | 0.00% |
| Avancia Technology development, Inc. | 1 | 0.00% |
| KDAG Inc. | 1 | 0.00% |
| Kingston Technology Company | 1 | 0.00% |
| MGI Corporation | 1 | 0.00% |
| Mega Technologies Co., Ltd. | 1 | 0.00% |
| Maura Computer Consultants, Inc. | 1 | 0.00% |
| NEC Computers International B.V. | 1 | 0.00% |
| Matt Johns | 1 | 0.00% |
| Matrix Vision GmbH | 1 | 0.00% |
| Micros Imaging | 1 | 0.00% |
| Miramar Systems Inc. | 1 | 0.00% |
| MITAC TECHNOLOGY CORP. | 1 | 0.00% |
| Aureal Inc. | 1 | 0.00% |
| American Ltd. | 1 | 0.00% |
| Andigr Chips | 1 | 0.00% |
| AA Software | 1 | 0.00% |
| AbaCom Systems, Inc. | 1 | 0.00% |
| AGG Software [http://www.aggsoft.com] | 1 | 0.00% |
| C. Ohliler & Co. | 1 | 0.00% |
| Ook Technology Corporation | 1 | 0.00% |
| BIOSTAR MICROTECH INT'L CORP | 1 | 0.00% |
| Brain Boxes Limited | 1 | 0.00% |
| BINATONE | 1 | 0.00% |
| Control Break International | 1 | 0.00% |
| Comtrol | 1 | 0.00% |
| Compatible Systems Corporation | 1 | 0.00% |
| Computex Co Ltd | 1 | 0.00% |
| Color Vision | 1 | 0.00% |
| Danware Data A/S | 1 | 0.00% |
| Fast Corporation | 1 | 0.00% |
| F.H.L.P. | 1 | 0.00% |
| Elmos Electronics Corp. | 1 | 0.00% |
| EndPoints, Inc. | 1 | 0.00% |
| Dialogue Technology Corporation | 1 | 0.00% |
| Dazzle Multimedia, Inc. | 1 | 0.00% |
| ELSA AG | 1 | 0.00% |
| DZO NAMAO CORPORATION | 1 | 0.00% |
| DXG Technology Corporation | 1 | 0.00% |
| Ir Ensemble Inc | 1 | 0.00% |
| Ishin Corporation | 1 | 0.00% |
| J.S.M.C. | 1 | 0.00% |
| Jan Kleiks | 1 | 0.00% |
| Intracom S.A. | 1 | 0.00% |
| Intersil Corporation | 1 | 0.00% |
| GaSI Motion Control, Inc. | 1 | 0.00% |
| Goldtouch Technologies, Inc. | 1 | 0.00% |
| GeoVision Inc. | 1 | 0.00% |
| GretagMacbeth AG | 1 | 0.00% |
| Hughes Network Systems | 1 | 0.00% |
| Hunter Engineering Company | 1 | 0.00% |
| Husqvarna Sewing Machines AB | 1 | 0.00% |
| hydrapark GmbH | 1 | 0.00% |
| Hypertechnologies Clara Inc | 1 | 0.00% |
| Hitachi, Ltd. | 1 | 0.00% |
| WIBU-Systems AG | 1 | 0.00% |
| WB Electronic | 1 | 0.00% |

Default

MS-KELL 000000019369
CONFIDENTIAL

From:     Johnson, Kevin [Kevin.Johnson@tais.toshiba.com]
Sent:     Friday, June 09, 2006 6:26 PM
To:       John Goodsill
Cc:       David Bradley; Zal Bilimoria; Ta, Linda
Subject:  Vista Capable Disclaimer

John:
We would like to propose the following to meet the DFWLL9.0 Vista disclaimer requirements.
Rather than place the required Windows Vista capability statement in a printed addendum format,
we propose creating the statement in label format.

Label proposal:
        Label size:     approx 3.5 x 1.5
        Color:          Black and red ink on white label stock
        Placement:      Plastic bag that contains the PC – in the computer box

Using the label and placing it in a prominent location on the computer baggie would provide
visibility to the customer.  A printed sheet in the box could easily be set aside unread and/or lost.

*Not all Windows® Vista features are available for use on all
Windows® Vista Capable PCs. All Windows® Vista Capable PCs will
run the core experiences of Windows® Vista, such as innovations in
organizing and finding information, security and reliability. Some
features available in premium editions of Windows® Vista – like the
new Windows Aero™ user interface – require advanced or additional
hardware. Check www.windowsvista.com/getready for details.*

Please advise via return email your Microsoft's acceptance of this.  In order to implement this
quickly, a reply by 12 June is requested.

Kevin Johnson
Toshiba America Information Systems, Inc.
9740 Irvine Blvd
Irvine, CA 92618
(O) 949.587.6655
(C) 949.266.4809

This email communication is confidential and may be legally privileged.  If you are not the indicated
addressee, please disregard and delete this email immediately.

10/3/2007

MS-KELL 000000021867
CONFIDENTIAL

**From:** Faith_Chenault@Dell.com [mailto:Faith_Chenault@Dell.com]
**Sent:** Thursday, January 04, 2007 9:05 AM
**To:** Stephanie Ybarra
**Subject:** RE: Labels - XP vs Vista Capable

That's good to know...I had been told that downgrade rights were only available to large customers.

Let me follow up with the Relationship team with offering both XP Pro (stand alone factory install) and Vista Business with downgrade rights to XP. Right now, we aren't planning on offering downgrade skus until the May block (because of work efforts and resources focused on launching Vista) so we would definitely have to offer XP as factory installed until then. I will propose that we drop factory installing XP once we launch downgrade rights.

I have a question about my original question...I thought Dell would be able to ship the Vista Capable label on XP systems until those systems end of lifed and then ship the XP label on the next gen platforms. Can you confirm? There's a lot of churn on that right now and I want to make sure we have the correct guidance.


Thanks!
Faith

---

**From:** Stephanie Ybarra [mailto:stephany@microsoft.com]
**Sent:** Wednesday, January 03, 2007 4:17 PM
**To:** Chenault, Faith
**Subject:** RE: Labels - XP vs Vista Capable

I am confused about the comment about small biz customers not having downgrade right options. All small business customers that license Windows Vista Business will automatically get downgrade rights to Windows XP Professional.

Did you learn anything more about why you would continue to offer both Windows XP Professional as well as Windows Vista Business rather than just Windows Vista Business with Windows XP downgrade rights?

---

**From:** Faith_Chenault@Dell.com [mailto:Faith_Chenault@Dell.com]
**Sent:** Friday, December 15, 2006 10:26 AM
**To:** Stephanie Ybarra
**Subject:** RE: Labels - XP vs Vista Capable

Stephanie - I'm going to double check with the platform managers whether they want to offer both, but one point has been made that our small biz customers don't have downgrade right options and they will want XP for a while.

MS-KELL 000000021971
CONFIDENTIAL

Thanks!
Faith

---

**From:** Stephanie Ybarra [mailto:stephany@microsoft.com]
**Sent:** Thursday, December 14, 2006 2:18 PM
**To:** Chenault, Faith
**Subject:** FW: Labels - XP vs Vista Capable

Why are you planning to offer Windows XP both as a factory install and downgrade?  I would think that it would make most sense to just offer it as a downgrade because it gives you the opportunity to market to the customer that for the same price they can run Windows XP Pro but upgrade to Windows Vista for free when they are ready.

Below is a list that shows the stickers that you should use.


XP COA and preinstall but meets Windows Vista logo requirements - Windows XP sticker

XP COA and preinstall and meets Windows Vista Capable but not Windows Vista logo requirements - Can continue to use Windows Vista Capable until EOL

XP Preinstalled and does not meet Windows Vista Capable logo requirements - Windows XP sticker

XP Pro Preinstalled as a downgrade from Windows Vista Business or Ultimate - Windows Vista sticker

Stephanie Ybarra | Account Manager | OEM Division
Microsoft Corporation
(o): 425 703 6834 | (m): 425 785 5040 | (f): 425 936 7320

---

**From:** Faith_Chenault@Dell.com [mailto:Faith_Chenault@Dell.com]
**Sent:** Wednesday, December 13, 2006 8:15 PM
**To:** Stephanie Ybarra
**Subject:** RE: Labels - XP vs Vista Capable

We're actually investigating offer both options...XP factory installed or via downgrade rights.  Just so I understand...if the system has the hardware requirements to run Vista (i.e. at least 512 MB of Ram) then it has to have a VC label even if the customer has XP factory installed?

This, of course, is just for the next 12 months until XP can no longer be FI'ed.


Thanks!
Faith

MS-KELL 000000021972
CONFIDENTIAL

**From:** Stephanie Ybarra [mailto:stephany@microsoft.com]
**Sent:** Wednesday, December 13, 2006 11:55 AM
**To:** Chenault, Faith
**Subject:** FW: Labels - XP vs Vista Capable

Faith, below is the language from the Vista Capable program guide. Basically, any systems that are Vista Capable but do not meet the Windows Vista logo requirements can continue to use the Windows Vista Capable logo until end of life. I would expect that your relationship boxes would only offer Windows XP via Windows Vista Business downgrade after GA or shortly thereafter, right? In this case, since the PC is licensed for Windows Vista you would use the Windows Vista logo even though Windows XP is preinstalled.



### Windows Vista Launch: End of Windows Vista Capable Logo Usage

- Windows Vista Capable PCs that do not meet the criteria for the Windows Vista logo program may continue to be distributed with the Windows Vista Capable logo through the end of life (obsolescence) of these systems.
- However, all Windows Vista Capable PCs that meet the criteria for the Windows Vista logo program must be distributed using the Windows Vista logo(s) after the launch of Windows Vista.
- OEMs may not introduce or distribute new PC models bearing the Windows Vista Capable logo after the launch of Windows Vista.

---

**From:** Faith_Chenault@Dell.com [mailto:Faith_Chenault@Dell.com]
**Sent:** Tuesday, December 12, 2006 7:45 PM
**To:** Stephanie Ybarra
**Subject:** FW: Labels - XP vs Vista Capable
**Importance:** High

Stephanie - you provided this guidance a couple of months ago regarding the XP/Vista Capable logos. Is the below still true (basically - that once Vista launches, the RLOB systems will revert back to XP labels through the life of the system) or can they keep the VC label on the current shipping systems and go back to the XP sticker with the replacement system?

Is there a MS rule that says we can't keep the VC sticker? Use the VC sticker on all systems with 512 Ram and WDDM driver?

Thanks!
Faith

---

**From:** Chenault, Faith
**Sent:** Monday, December 11, 2006 9:17 AM
**To:** Dykstra, Will; Gittinger, Carol
**Subject:** Labels - XP vs Vista Capable

MS-KELL 000000021973
CONFIDENTIAL

I dug through my archieves and found this from Stephanie Ybarra...

A follow - up question...if a customer purchases XP Home/Pro during the 12 months after Vista
Launch - do we use the XP label or the Vista Capable label?

Depends. Windows Vista Capable PCs that do not meet the criteria for the Windows Vista logo program
may continue to be distributed with the Windows Vista Capable logo through the end of life
(obsolescence) of these systems. Windows Vista Capable PCs that do meet the Windows Vista logo
requirements would need to ship with Windows XP stickers.

Clear as mud, right?

Thanks!
*Faith*
Software Product Marketing
Dell | Product Group
*(512) 728 - 3826*

canyou
DELL | Windows Vista see it?
www.dell.com/canyouseeit

MS-KELL 000000021974
CONFIDENTIAL

| From: | Travis Ames |
|---|---|
| Sent: | Wednesday, February 15, 2006 2:06 PM |
| To: | Gateway Redmond Team |
| Subject: | FW: Windows Vista Capable PCs @ Retail, First look! |

| Attachments: | Vista Capable 021406.xls |

FYI – Vista Capable and Premium Capable at retail, draft......pls be advised it's work in progress ☺

_____

From: Sergio Larrain
Sent: Tuesday, February 14, 2006 9:27 AM
To: Gerrit Bergsma; Kevin Eagan; Ann-Marie Rockwell; Gareth Bowen; Carla Huffman; Bill Mannion; Steven Leonard; David Berett; Amy Lavin; Mark Farris; Wil Johnson; Julie Zlotnick; Christian Johanneson; Rajesh Srinivasan; Owen Roberts; Thomas Caric; Mark Croft; Mark Etnyre; Dirk Glessner
Subject: Windows Vista Capable PCs @ Retail, First look!

Hello Everybody:
As mentioned on previous communications, we will leverage the Retail Tracker infrastructure to capture Windows Vista Capable PCs at retail. The goal is to integrate Vista Capable filters to sell thru and assortment reports, so we can really understand by OEMs and retailers the level of adoption of Vista Capable PCs. We are not there yet, however we have some preliminary data, that can help us to start building some interesting analysis in the future.
I want to ask you to do not communicate broadly these initial findings, since we are still working on the details. Your feedback is absolutely welcome for future improvements. My expectation is to have complete reports by the end of April (including US and EMEA for both sell thru and assortment).

### First look at Windows Vista Capable DESKTOPS at retail.
On the charts below we have 2 views of the data: 1) Windows Vista Capable and 2) Windows Vista PREMIUM Capable. The data is DESKTOPS ONLY, based on total PC Sell Thru for Best Buy, CompUSA, Staples and Circuit City. We don't have the detail (yet) of price bands, Retail specific, OEM specific, OS or other characteristics of the PC, working on that!

### The Charts:





### Initial findings:
• As of January, 81% of Desktops are Windows Vista Capable (in blue). Based on data series, the % of capable decreases in periods of aggressive sales (Black Friday and Holiday)
• As of January only 4% of Desktops are Windows Vista PREMIUM Capable (in blue).

1

MS-KELL 000000021978
CONFIDENTIAL

- It seems like Windows Vista Capable alone is a very low bar for today's shipments and we should be on the 90%+ on the months previous to launch.
- On the other hand, Windows Vista Premium capable PCs are very low and don't show a clear trend! This must be in part due to aggressive offerings on the Desktop side and the lower specs OEMs are using to ship MCE today. This is a number that we must watch very closely as we approach the Launch.
- We don't have to react now, but we should have a **plan B ready** if 90-120 days prior to launch, Windows Vista Premium Capable PCs have not reached 25%+ of the sell thru. We need to prepare to make sure a) We have enough sockets for Windows Vista Home Premium to reach our goals (both FPP and OEM), b) Potential CPE issues with the customers due their inability of running Aero Glass and c) Prepare Retailers to provide clear guidance to customers (more specific than just Vista Capable) and eventually put together a set of offerings to upgrade Graphic Capabilities of Desktops so people can still have a Premium experience.

Again, no need to react, just food for thought!

We will continue refining and expanding the reports and keep everybody on the loop.

For more details of this report including the criteria used, look at the attached spreadsheet.



Vista Capable
021406.xls (42 K...

**Finally, please do not distribute this report broadly as it might contain some inaccuracies!**

**Sergio Larrain** | Office: 425.722.7528 | Fax: 425.936.7329| Mobile: 425.443.0536 | e-mail: sergiol@microsoft.com



2

MS-KELL 000000021979
CONFIDENTIAL

Vista Capable Desktops in US Retail

Sum of Units

| System Vista Capable (Y/N) | Feb-05 | Mar-05 | Apr-05 | May-05 | Jun-05 | Jul-05 | Aug-05 | Sep-05 | Oct-05 | Nov-05 | Dec-05 | Jan-06 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Yes | 53.39% | 64.01% | 69.59% | 66.11% | 72.10% | 77.41% | 84.40% | 80.60% | 77.06% | 71.80% | 75.36% | 81.02% |
| No | 46.62% | 35.99% | 30.31% | 33.89% | 27.83% | 22.60% | 15.52% | 19.40% | 22.64% | 28.70% | 24.64% | 18.91% |
| Grand Total | 100.00% | 100.00% | 100.31% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% |

Sum of Units

| System Vista Capable (Y/N) | Feb-05 | Mar-05 | Apr-05 | May-05 | Jun-05 | Jul-05 | Aug-05 | Sep-05 | Oct-05 | Nov-05 | Dec-05 | Jan-06 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Y | 159,143 | 177,650 | 152,607 | 131,541 | 197,162 | 216,340 | 267,153 | 261,044 | 188,640 | 245,376 | 355,475 | 259,684 |
| N | 130,023 | 117,473 | 191,145 | 62,072 | 75,988 | 97,170 | 49,083 | 62,958 | 56,385 | 98,331 | 116,248 | 60,932 |
| Grand Total | 299,166 | 205,091 | 218,237 | 197,613 | 273,150 | 279,475 | 316,236 | 323,932 | 245,255 | 341,627 | 471,723 | 320,576 |

Vista Premium Ready Desktops in US Retail

Sum of Units

| System Vista Premium Ready (Y/N) | Feb-05 | Mar-05 | Apr-05 | May-05 | Jun-05 | Jul-05 | Aug-05 | Sep-05 | Oct-05 | Nov-05 | Dec-05 | Jan-06 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Yes | 9.73% | 6.03% | 6.16% | 4.42% | 3.44% | 3.18% | 3.50% | 3.15% | 4.14% | 5.75% | 6.59% | 3.71% |
| No | 90.27% | 90.03% | 93.97% | 95.58% | 96.56% | 96.82% | 96.50% | 96.85% | 95.85% | 94.21% | 93.41% | 96.70% |
| Grand Total | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% |

Sum of Units

| System Vista Premium Ready (Y/N) | Feb-05 | Mar-05 | Apr-05 | May-05 | Jun-05 | Jul-05 | Aug-05 | Sep-05 | Oct-05 | Nov-05 | Dec-05 | Jan-06 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Y | 29,118 | 20,281 | 13,430 | 8,523 | 9,393 | 8,889 | 11,059 | 10,189 | 10,163 | 19,775 | 31,073 | 11,893 |
| N | 270,048 | 269,810 | 204,727 | 184,890 | 263,757 | 270,536 | 305,170 | 311,743 | 235,102 | 321,852 | 440,650 | 308,683 |
| Grand Total | 299,166 | 290,091 | 218,237 | 197,613 | 273,150 | 279,425 | 316,236 | 323,932 | 245,255 | 341,627 | 471,723 | 320,576 |



Windows Vista Capable



Windows Vista PREMIUM Ready

Trend

MS-KELL 000000021980
CONFIDENTIAL

MS-KELL 000000021981
CONFIDENTIAL

**From:** Gregg Daugherty
**Sent:** Wednesday, March 01, 2006 1:09 PM
**To:** David Siroky; Brad Goldberg; Mike Sievert; Rick Thompson; Joe Belfiore; Ron Pessner; Tim McDonough; Dave Alles; Kevin Shields; Mark Weinberg; Shanen Boettcher
**Subject:** RE: Home notebook ahas....

Rick asked me to send back our source of Vista capable...see if we could tie disparate info together
(our source the Vista capable tracking sheet from OEM retail team.. at
http://team/sites/oemretailtracker/default.aspx  )

Using a very weak screen....(e.g. 512 ram deemed ok for vista premium)...they show only 4%...vista premium Capable

Feb Retail Tracker-US skus



**From:** David Siroky
**Sent:** Wednesday, March 01, 2006 11:53 AM
**To:** Gregg Daugherty; Brad Goldberg; Mike Sievert; Rick Thompson; Joe Belfiore; Ron Pessner; Tim McDonough; Dave Alles; Kevin Shields; Mark Weinberg; Shanen Boettcher
**Subject:** RE: Home notebook ahas....

Here are the stats I have from Rajesh on Aero capable forecasts in Q4 of this calendar year.

I'll follow up in a separate email on the other question that came up yesterday in regard to Home Premium value proposition on laptops.

MS—KELL 000000022117
CONFIDENTIAL

**From:** Rajesh Srinivasan
**Sent:** Monday, February 27, 2006 4:19 PM
**To:** David Siroky
**Subject:** ReadyPC-GraphicsCalc-v4-28Jan2006.xls

David,

For Q4, CY06, graphics card shipments are as below:  Graphics cards are a proxy of Windows Vista PC shipments – please note that these include non-Windows PCs, unlicensed PCs and some replacement market.

**Desktops:**
Discrete: 22M (42%)
Integrated: 30.5M (58%)

On PCs with UMA graphics, Aero requires: WDDM, Pixel Shader 2.0, at least 1GB RAM (2x 512MB, 667MHz) to get 1800MB/s throughput and adequate frame buffer

Desktops with UMA graphics with 1GB ram, configured to get Aero represent 10-20% of all desktops (key estimate)
% of desktop PCs that would be eligible for Vista basic logo from graphics pov: ~100%
% of desktop PCs that would support Aero: 52-62%

**Mobile PCs:**
Discrete graphics: 6.3M (26%)
Integrated graphics: 18.0M (74%)
WDDM capable integrated graphics: 14.8M (60%) assumes 30% of Intel shipments are Intel 915GM

Mobile PCs with UMA graphics with 1GB RAM, configured to get Aero represent 10-20% of all mobile PCs (key estimate)

% of mobile PCs that would be eligible Vista basic logo from graphics pov: ~86%
% of mobile PCs that would support Aero: 36 – 46%

Hope this helps,
Rajesh

---

**From:** Gregg Daugherty
**Sent:** Wednesday, March 01, 2006 10:27 AM
**To:** Brad Goldberg; Mike Sievert; Rick Thompson; Joe Belfiore; Ron Pessner; Tim McDonough; Dave Alles; Kevin Shields; Mark Weinberg; David Siroky; Shanen Boettcher
**Subject:** RE: Home notebook ahas....

Dave Siroky said he'd work w/ us.

My point is about the explosion in cheap laptops.....not sure how/why they are being purchased w/ respect to our premium sku aspirations.  Guess I'd argue it's a new phenom that we should dig into.  Not sure they are really mobile,...maybe more "cheap, easy to use".  Maybe stealing share from Home desktops...

.

MS-KELL 000000022118
CONFIDENTIAL

Below  US-Eur/Retail 9mo to 9mo chart, or we sent other w/ ¼ of retail laptops now sub $800....



---

**From:** Brad Goldberg
**Sent:** Tuesday, February 28, 2006 4:41 PM
**To:** Gregg Daugherty; Mike Sievert; Rick Thompson; Joe Belfiore; Ron Pessner; Tim McDonough; Dave Alles; Kevin Shields; Mark Weinberg
**Subject:** RE: Home notebook ahas....

thanks for sending around ... couple of comments going back to your questions

1) **does mce miss the big growth area?** – this is focus of home premium to bring premium media and premium mobile experience together in one offer.  In vista this is sweet spot we are going after
2) **does ms overall ms, since consumers love cheap basic skus** – not sure what you are proposing here ... are you saying that the $8 premium over home basic is goign to slow growth in the laptop market or lead to consumers pursuing other alternatives ... I believe it positions us in a great way but I might be missing what you are saying
3) **will system reqs kill his golden goose?** – i don't think so and i'm not sure the solution you would advocate here ... our system reqs for vista are locked, oems basically have made their decisions on what sku to lead with on what hw products, etc.  ... we are scaling with new hw and we have made exceptions for ultra mobile laptops in our logo plans ... i think the team has though this through but if there is a hole here or suggested action let me know
4) **does data mask usage around small biz?** all the data i have looked at shows an even greater shift with small biz purchase patters around laptops

brad

---

**From:** Gregg Daugherty
**Sent:** Tuesday, February 28, 2006 3:41 PM
**To:** Mike Sievert; Rick Thompson; Brad Goldberg; Joe Belfiore; Ron Pessner; Tim McDonough;

MS-KELL 000000022119
CONFIDENTIAL

Dave Alles; Kevin Shields; Mark Weinberg
**Subject:** RE: Home notebook ahas....

Adding Joe's directs, since we have been having a big discussion in QBR. Tim's laid out a bunch of great data, similar to mine (resending mine, smaller and easier to see)

- a. I think Home PCs today only take Pro and all premium at about 15%.
- b. But on desktops we've seen success via MCE getting that number MUCH higher
- c. I may be wrong on the sys requirements, but I believe XP didn't have same constraints we'll see in Vista AND we've never before had the ultra cheap laptop phenomena going on..(and of course we still don't know actual requirements.

Net: I think even with minimal "premium up-pricing" (I'm being a heretic and almost suggesting another sku or product to nail the home laptop....)... there is a few Hundred Million of $ revenue to chase...

---

**From:** Mike Sievert
**Sent:** Tuesday, February 28, 2006 1:33 PM
**To:** Gregg Daugherty; Rick Thompson; Brad Goldberg; Joe Belfiore; Ron Pessner; Tim McDonough
**Subject:** RE: Home notebook ahas....

Thanks Gregg. Thoughts below in **bold**

---

**From:** Gregg Daugherty
**Sent:** Tuesday, February 28, 2006 12:46 PM
**To:** Rick Thompson; Mike Sievert; Brad Goldberg; Joe Belfiore; Ron Pessner; Tim McDonough
**Subject:** Home notebook ahas....

In tweaking our scorecard, and also prepping for our eHome QBR, I stumbled into some amazing stats and predictions on home notebooks. I've since worked on this with Tim McDonough and also shared this with Rick.

We all know laptops are growing, but I'm struck by the magnitude, especially in the home (using retail for crude proxy of consumer/home). Retail tracker points to all retail notebook sales for CY 05 in US, Can, Europe totaling 10.49mm units (and desktops almost the same, at 10.5mm units).

And I'm especially taken by the fact sub $1000 laptops are now 50% of the home laptop market, and in Dec 05, accounted for 26% of all retail computers sold...

The implications may be (I know I'm missing some of the pieces (e.g. impact of SMB purchasing via retail, etc),

- a) are home laptops flying out the door because they are cheap, and thus might not need/want Premium vista? **[Mike]: I don't see the connection. Home Premium is great for low cost devices.**
- b) Aren't system requirements for Vista on laptops harsher than today, when XP Home works easily on these low cogs models? **[Mike]: yes esp on memory. This is true for both home premium and home basic**
- c) Are our assumptions/predictions of the take rate of Premium too high, because we've missed the impact of a shift to cheap laptops? **[Mike]: I don't think so. I don't make this distinction on the appropriateness of home premium based on hardware cost.**

MS-KELL 000000022120
CONFIDENTIAL

d) Should we try to <u>mimic our "premium take rate" success</u> on the home desktop (MCE), and apply to the home laptop?  **[Mike]:  didn't follow this point.  Can you restate?**

I'm happy to talk/share my rough methodology.  Thanks also to Tim for help on the thinking.

Gregg

MS-KELL 000000022121
CONFIDENTIAL



| | |
|---|---|
| **From:** | Bob Aoki |
| **Sent:** | Monday, January 30, 2006 5:00 PM |
| **To:** | Will Poole; Bill Mannion; Dave Wascha; Mike Sievert |
| **Subject:** | FW: Vista ready |

**Attachments:**    WindowsVistaCapable-OEMMarketingBulletin-21Dec2005.doc

I apologize for not being more responsive as I have been in off-site review and planning session today.

Here is input from the AMD team as it relates to Windows Vista readiness...

The bottomline, is AMD really wanted a later than June 1st launch date. Their biggest concern was Dell be in the market sooner and disadvantaging them. AMD is not aware that Intel's deliverable to Dell is only 915 which is not Windows Vista capable nor premium.

---

**From:** David Ramsey
**Sent:** Monday, January 30, 2006 3:46 PM
**To:** Grace Chang (WINDOWS); Bob Aoki
**Subject:** RE: Vista ready

RajeshSr has communicated on several occasions to AMD our position wrt Ready PC, the **last time was on 1/10.**

**Msft communicated a June 1 start date directly to AMD as well as the OEMs** (directly and through the newsletter, see attached). This date was picked as the best available date balancing all of our partner's requirements (CPE, OEM, channel, etc). Msft felt that moving the date would put indirect OEMs (mainly AMD's customers) at a disadvantage vis-à-vis their direct competitors. The date is a month early than the regular HW refresh cycle (being early July). AMD had **wanted a later date** originally. Msft listened to their concerns but elected to stick with the June 1 date. Also, there was AMD confusion about messaging at one point because they "heard" through HP we had moved the date to June 23. Not true and was communicated to AMD as such by RajeshSr.



WindowsVistaCapa
ble-OEMMarketi...

I can detail further if you would like.

David

---

**From:** Grace Chang (WINDOWS)
**Sent:** Monday, January 30, 2006 3:22 PM
**To:** Bob Aoki
**Cc:** David Ramsey
**Subject:** Vista ready

David
Could you pls quickly summarize AMD's position on the timing of our Vista ready program? What exact date did we tell AMD that Vista ready h/w will be on retail shelves?

Bob

1

MS-KELL 000000023134
CONFIDENTIAL

As you may recall - in the past few months, over 50% of the PCs sold thru the retailers in the US have AMD hardware (this excludes Dell, of course).  We should not dismiss AMD in the retail space.

2

MS-KELL 000000023135
CONFIDENTIAL

REDACTED

MS-KELL 000000023209

REDACTED

MS-KELL 000000023210

REDACTED

MS-KELL 000000023211

REDACTED

MS-KELL 000000023212

**From:** Peter Cooper
**Sent:** Wednesday, January 31, 2007 8:22 PM
**To:** Joe Dobler
**Cc:** Patrick Kennedy (OEM MKTG); Caroline Cousins; Nicolette van der Maas
**Subject:** RE: Due Today! January 31, 2007 - Royalty OEM - End of Windows Vista Capable PC Program and Launch Upgrade Promotion Activities - January 31, 2007

I believe the OEM bulletin is in error. We've been promoting the March date since WWSMM. I will case down and get a clarification out to all.

**From:** Joe Dobler
**Sent:** Wednesday, January 31, 2007 8:35 AM
**To:** Peter Cooper
**Cc:** Patrick Kennedy (OEM MKTG); Caroline Cousins; Nicolette van der Maas; Joe Dobler
**Subject:** RE: Due Today! January 31, 2007 - Royalty OEM - End of Windows Vista Capable PC Program and Launch Upgrade Promotion Activities - January 31, 2007

The issue is that the oem bulletin says that the OEMs must stop all promotion in the channel as of jan 31st and the marketing bulletin clearly states that promotion can continue until march 15th. They need until March to clear out xp inventory.

Another issue (as outlined in the attached email) is that there is confusion among oems related to the marketing bulletin vs the DFWLLA. Marketing Bulletin says only vista capable logo'd PCs qualify and the DFWLLA says that the Vista Capable logo can not be used after launch. However, I have in an email string from Cindy Nix that OEMs are allowed to continue to ship windows xp PCs with vista capable logos even after Jan 31st until they are end of life.

Would you be so kind as to clear up these issues?

**Joe Dobler**
**Group Manager - OEM EMEA Marketing**
Tel: +49.89.3176.3201
Mobile: +49.175.584.4498
email: Joe.Dobler@microsoft.com

Microsoft System Marketing Deutschland GmbH
Konrad-Zuse-Straße 1, D - 85716 Unterschleißheim
Geschäftsführer: John A. Seethoff, Keith Dolliver
Amtsgericht München, HRB 151451

**From:** Peter Cooper
**Sent:** Wednesday, January 31, 2007 5:23 PM
**To:** Joe Dobler
**Cc:** Patrick Kennedy (OEM MKTG)
**Subject:** RE: Due Today! January 31, 2007 - Royalty OEM - End of Windows Vista Capable PC Program and Launch Upgrade Promotion Activities - January 31, 2007

Joe –

This isn't an error. The March date was intended to give OEMs a reasonable amount of time to liquate their XP inventory and insure customers were protected after launch should they purchase an XP system in the channel. Retailers here in the States still have XP systems they are selling, now at a discount through March 15th.

Forgive me if I am missing something but how does this make the inventory situation worse?

MS-KELL 000000024864
CONFIDENTIAL

Peter

**From:** Joe Dobler
**Sent:** Wednesday, January 31, 2007 6:17 AM
**To:** Peter Cooper; Patrick Kennedy (OEM MKTG)
**Cc:** Caroline Cousins; Joe Dobler; Nicolette van der Maas
**Subject:** RE: Due Today! January 31, 2007 - Royalty OEM - End of Windows Vista Capable PC Program and
Launch Upgrade Promotion Activities - January 31, 2007



Hi Pat & Peter:

I am curious/concerned about the notice below. The OEM Marketing Bulletin that is posted on OCE says
promotion doesn't end until March 15th. Can you please confirm that it is an error? We have many oems who are
still worried about liquidating their old channel inventory and this would make things much worse.

Thanks!



Joe Dobler
Group Manager - OEM EMEA Marketing

MS-KELL 000000024865
CONFIDENTIAL

Tel: +49.89.3176.3201
Mobile: +49.175.584.4498
email: Joe.Dobler@microsoft.com

Microsoft System Marketing Deutschland GmbH
Konrad-Zuse-Straße 1, D - 85716 Unterschleißheim
Geschäftsführer: John A. Seethoff, Keith Dolliver
Amtsgericht München, HRB 151451

**From:** Caroline Cousins
**Sent:** Wednesday, January 31, 2007 12:52 PM
**To:** Joe Dobler
**Subject:** FW: Due Today! January 31, 2007 - Royalty OEM – End of Windows Vista Capable PC Program and Launch Upgrade Promotion Activities - January 31, 2007
**Importance:** High

FYI – original Marketing Bulletin stated 15th March as end of the programme and promotion activities..

**From:** MS OEM Communications
**Sent:** 31 January 2007 08:00
**To:** Caroline Cousins
**Subject:** Due Today! January 31, 2007 - Royalty OEM - End of Windows Vista Capable PC Program and Launch Upgrade Promotion Activities - January 31, 2007
**Importance:** High

**Due Today! January 31, 2007 - Royalty OEM - End of Windows Vista Capable PC Program and Launch Upgrade Promotion Activities - January 31, 2007**

All Windows Vista Capable PC Program and Launch Upgrade Promotion activities in all channels end on January 31, 2007. The Launch Upgrade Promotion will apply only to Windows Vista Capable PCs purchased between launch date minus thirty (30) days and January 31, 2007; and all OEM, channel partner, and Microsoft marketing and promotion of Windows Vista Capable PCs will cease by January 31, 2007.

View article in OEMWEB

MS-KELL 000000024866
CONFIDENTIAL

| From: | Arvind Mishra |
|---|---|
| Sent: | Wednesday, February 08, 2006 4:02 AM |
| To: | Karn VedBrat |
| Cc: | Will Poole; Michael Wallent; Shanen Boettcher; Brad Goldberg |
| Subject: | FW: Aero |

**Attachments:** Visuals 1 slider.ppt

Just to follow up on what Kam said below, much of Shanen's and the PR team are right now out in the field evangelizing Vista all up, which would of course include the UI. Some points of clarification to what Kam said below. While it's true we do have essentially three different possible user experiences, publicly we are simplifying our story to two:

The mainstream should only hear about Windows Vista Aero and Windows Vista Basic (even though they might have the ability to actually run the in between-state we call Standard). The reason we're doing this is because the general public just doesn't have the ability to make a clear choice between Aero, Standard, and Basic when they go to the store to buy a new PC. We want them to go to the store asking for Aero, because that means they will have a product that has greater functionality – both from a hardware and software perspective.

In the deck that I've attached, you'll see how we've been talking about the UI's to the field on our current Vista Field Readiness tour. This has played quite well and it's super clear to the field what they need to buy (or have their customers want to buy). It also really places the emphasis on Aero as opposed to giving users a choice in a UI that some might think is good enough (Standard).

When we talk about Aero, it's the best user experience for Vista and through its improved visuals it gives customers a user experience that is the most focused and confident. It takes everything that Basic gives to customers and adds:
1.   Glass and Animations – which help customers better focus on their content and navigation
2.   New Window Management Features (Animations, Flip, Flip 3D) – helping them to better manage all the windows on the desktop experience.
3.   Improved performance and stability through WDDM and DCE – giving them a smoother desktop that has fewer graphics-related crashes and hangs.

When we talk about Basic, we say that it provides an upgraded experience to XP and gives users easy ways of finding and launching anything on their PC, simplified navigation, and new ways to visualize data/files. Basic includes:
1.   Redesigned Start menu + Integrated Search
2.   Redesigned explorers that are more streamlined and simplify navigation
a.   For developers we also talk about the richer customization of dialogs and wizards
3.   Better data visibility through Live icons, Preview Pane, and the Reading Pane (better together with O12).

Sometimes we get asked why we don't give the perf and stability enhancements to all of our customers. In those cases, we actually say that well, if you're running Home Basic with a WDDM-enabled GPU, we actually do enable the stability and perf improvements like DCE etc. This mode is called Windows Vista Standard. The big thing to note is that we don't proactively message this third UI to the masses. I know the temptation is to message it because it's there, but based on the confusion I'm hearing from the field about 3 UI's (which we've now gone a looooong way to clearing up), I don't think we should make mention of Standard unless prompted.

It's been a very rewarding experience to sit in these NDA meetings here in APAC with our partners and to first see them get excited about the elegance and professionalism of Aero and then to see the light click when they realize 1)how much better it is than the Basic UI and 2)that it's only available in our higher order SKU's.

Sorry for the late reply,

Arvind

**From:** Kam VedBrat
**Sent:** Tuesday, February 07, 2006 12:00 AM
**To:** Will Poole; Michael Wallent

10/5/2007

MS-KELL 000000025048
CONFIDENTIAL

**Cc:** Shanen Boettcher; Brad Goldberg
**Subject:** RE: Aero

Still working on getting the mail and the deck out... will be sometime tomorrow... In the meantime, I realized I accidentally inverted "Basic" and "Standard" in my previous mail.

Here's the correct info:

"Windows Vista Aero"
- Only available on Premium SKU's
- Includes all the features (animations, thumbnails, flip3d, etc)
- Highest quality and resource usage
- This is what we originally called "Aero Glass"

"Windows Vista Standard"
- Available on Home edition
- Runs the DWM with limited functionality (includes quality improvements, but window borders are opaque, and no flip3d, thumbnails, or animations)
- Resource usage is slightly less than "Windows Vista Aero" in stress situations (because of transparency), but differences are very small
- This replaced "express", the opaque window borders look metallic, some people called this Metal

"Windows Vista Basic"
- Available on all SKU's
- No DWM, uses XP themes technology
- Much lower hardware requirements, works on super vga, doesn't need lddm.
- No quality improvements or dwm end-user features included
- This was called "To Go"
- Window borders look metallic here also (but have older square button styles), people also called this Metal, which caused confusion
- Works exactly like XP, but we don't have a theme with the XP name in it, or that looks like XP.

"Windows Vista Classic"
- Looks like Win2K, no DWM, no themes
- Other points are the same as Standard

This email was sent using Windows Vista Beta 2 Build 5300

---

**From:** Kam VedBrat
**Sent:** Friday, February 03, 2006 1:49 PM
**To:** Will Poole; Michael Wallent
**Cc:** Shanen Boettcher; Brad Goldberg
**Subject:** RE: Aero

I don't have an end-to-end plan here, but some thoughts on it:

1) The final naming in the UI was coordinated between ArvindMI on Shanen's team, myself, and VinnyP on the shell team (who owns the control panel where the names appear). Arvind has been using these updated names for

10/5/2007

MS-KELL 000000025049
CONFIDENTIAL

his educate-the-field trip that he's out on right now

2) The names will appear in the interface, and there should be some "osmosis" where people pick it up from seeing it there

3) I can send broad mail to ntdev, longhost, winvtalk, ntself, etc. outlining/clarifying the names (similar to below) and then ask Shanen / Brad to also forward that mail around to their teams, and other folks on the business side.

4) I have some slides with this information that we can use as our "stock slides" for talking about this, and make sure that all our people on the product side and business side use those as starting points for communication around these features.

1 & 2 are happening already

I can have #3 and #4 by end of day Monday.

Do you think this will be sufficient?

-Kam

---

**From:** Will Poole
**Sent:** Friday, February 03, 2006 11:12 AM
**To:** Kam VedBrat; Michael Wallent
**Cc:** Shanen Boettcher; Brad Goldberg
**Subject:** RE: Aero

Thanks for explaining. There is still tons of confusion on these terms and UI experiences around the product team (including with program managers, engineers, and PUMs I've spoken with in the past week). How will we get everyone to understand the final state of things, including naming, technical requirements, and experiences?

---

**From:** Kam VedBrat
**Sent:** Friday, February 03, 2006 9:16 AM
**To:** Will Poole; Michael Wallent
**Subject:** RE: Aero

These are the names that appear in control panel:

"Windows Vista Aero"
- Only available on Premium SKU's
- Includes all the features (animations, thumbnails, flip3d, etc)
- Highest quality and resource usage
- This is what we originally called "Aero Glass"

"Windows Vista Basic"
- Available on Home edition
- Runs the DWM with limited functionality (includes quality improvements, but window borders are opaque, and no flip3d, thumbnails, or animations)
- Resource usage is slightly less than "Windows Vista Aero" in stress situations (because of transparency), but differences are very small
- This replaced "express", the opaque window borders look metallic, some people called this Metal
-

10/5/2007

MS-KELL 000000025050
CONFIDENTIAL

"Windows Vista Standard"
- Available on all SKU's
- No DWM, uses XP themes technology
- Much lower hardware requirements, works on super vga, doesn't need lddm.
- No quality improvements or dwm end-user features included
- This was called "To Go"
- Window borders look metallic here also (but have older square button styles), people also called this Metal, which caused confusion
- Works exactly like XP, but we don't have a theme with the XP name in it, or that looks like XP.

"Windows Vista Classic"
- Looks like Win2K, no DWM, no themes
- Other points are the same as Standard

>> Is there a doc that shows examples of top-N (3-5) UI elements and what they look like in each form?

I have this in slides in my office. I can send you later in the day.

–Kam

This email was sent using Windows Vista Beta 2 Build 5300

---

**From:** Will Poole
**Sent:** Thursday, February 02, 2006 11:54 PM
**To:** Michael Wallent; Kam VedBrat
**Subject:** Aero

I've managed to get re-confused as to what the UI experiences are based on the combination of user selectable themes and the UI we deliver depending on CPU/GPU/bandwidth. Are these the current aero experiences, in order of quality and CPU-consumption?

- Aero [Metal]
- Aero To-Go (is this the same as what used to be called "express")?
- Aero Glass

Is there a doc that shows examples of top-N (3-5) UI elements and what they look like in each form?

The themes theme names are just Aero and Aero Glass, right?  Is Aero To-Go the same as metal?

And then I know we still have "Classic".  Are we retaining "XP"?

10/5/2007

MS–KELL 000000025051
CONFIDENTIAL



1

MS-KELL 000000025052
CONFIDENTIAL



The PC has revolutionized the way we work, learn, play and communicate. Central to helping people use their PC and manage their information is the user interface, which has evolved dramatically over the last several decades, from a C:\> prompt in MS-DOS to an increasingly more user friendly, functional and sophisticated Windows user interface. The PC has revolutionized the way we work, learn, play and communicate.  An enormous amount of design, usability and testing have gone into the development of this latest Windows user experience and as result, we feel like we've created an interface that is easy to learn and use, appropriate and much desired for the professional world, and thought of as beautiful by all of customers and partners.  Many people use a PC for many hours a day, there's no reason why a PC can't help us do our quickly and still delight us and inspire us.

2

MS-KELL 000000025053
CONFIDENTIAL



Windows Vista has the first Windows user experience that is designed to scale with hardware. An older machine, 2-3 years old will run a user experience that is called Windows Vista Basic. This experience is a graduated experience from XP and provides users with a redesigned start menu, that features integrated desktop search for both files and applications, streamlined explorers that help you better focus on your content and on navigating across your desktop, more helpful wizards and dialog boxes so you're not confused when the system asks you to do something, and breakthrough ways to help you find and use files in the most efficient way.

Windows Vista Aero is a premium desktop experience that will run on more capable machines. Besides requiring users to be running Windows Vista Home Premium, Vista Business, or Vista Ultimate, users' PC's must be running with a Windows Driver Display Model enabled graphics card, which enables the cutting edge, ultra-streamlined visuals. As part of the visuals, users will notice glass in the window frames, animations when opening, closing, minimizing, and maximizing windows, and of course, the new window management features, Windows Flip and Flip 3D. In addition to the new visuals, users will also see a more stable, less crash prone desktop experience.

3

MS-KELL 000000025054
CONFIDENTIAL

# Tough Questions

1. Why is there a hardware requirement for Aero? Why is it so high?
2. How can I turn off the new Vista Basic and Aero UI's? Is there a classic UI?
3. Will Live Icons work with 3rd party icons?
4. Why is Aero not available in the Home Basic SKU?
5. Desktop composition and stability are needed by all customers, why not also give it to Home Basic users?



Microsoft Confidential

1. The requirement for Aero is not that high from a hw/GPU perspective. Aero can run on GPU with only 64 MB of dedicated video ram. The most onerous hardware requirement is really that the GPU be WDDM compliant. While WDDM is needed to produce the higher end graphics, it also provides a more stable desktop experience. WDDM is a know stable framework for writing windows graphics drivers and should product fewer graphics related application crashes.

2. For those customers that want to use a Win2K-themed environment, Windows Vista offers a Classic mode, which includes much of the new functionality while keeping the older theme. Customers may want to use this in order to keep the UI in a mixed Vista/Win2K environment similar, as it reduces some training costs.

3. Live Icons will work with 3rd party content provide they write a handler for their formats. The handler is a small amount of work to do, but gives customers a much more visual experience.

4. A large amount of additional work including design and engineering has gone into the breakthrough Windows Vista Aero experience. Because it is a higher value experience, and because of it's nominally higher hardware requirements, it is part of a higher value product.

5. The stability and reliability enhancements, such as Desktop Composition and fewer crashes, are available to our Home Basic and Windows Starter customers provided they have a WDDM compliant graphics card. When a Home Basic customer's PC has a WDDM card, they will be able to run a mode called Windows Vista Standard, which improves performance and adds a few basic polishes to the Basic experience.

4

MS-KELL 000000025055
CONFIDENTIAL

# Tough Questions (cont.)

1. What's the real business value of Aero?

2. Why are Aero capable machines significantly more expensive?

3. How can we get our existing machines with integrated chipsets to run Aero?

4. Won't Aero slow down my 3-d intensive applications like AutoCad/Catia?

Microsoft Confidential

1. If you're looking for something like "reduces helpdesk incidents by n%" we're just not going to have that for you at this point (since we've yet to run time and motion studies and won't until the code is stable enough – post RTM), if ever. This isn't that sort of feature. Will the DWM make you more productive? Yes, but only in the sense that we've made the PC experience easier to navigate around, when you're doing more things at once. Because this is considered a soft cost, it may be difficult to prove quantitatively, but users in focus groups have certainly remarked that the UI "feels" snappier, more efficient, and more professional.

2. There is a general misconception that you need a very high-power, expensive graphics card to run Aero. This is largely because driver support in early builds of Windows Vista was limited to those cards on our high-end testing machines, and we have taken a while to get our performance up in the software. Things are much better now. We have been able to run Aero on form factors like a 3lb notebook that has an Intel 945G series graphics unit (a cost conscious chip for sure). These systems are relatively inexpensive today, and should be ubiquitous by the time we launch in fall. Dell Optiplex GX620 and GX520 lines all use this chipset. Depending on the size of the enterprise, it might still be $34M, and they still might not want to spend it, but the barrier to entry is far lower than most people think.

3. There's an important thing to realize here. The vast majority of shared-memory graphics systems that are deployed today can not and will not ever be able to run the DWM, partially due to performance, and partially due to the lack of Windows Vista drivers for these parts being developed by our partners that produce the chips. If a customer is thinking about deploying Vista on older form factors on which they are not willing or cannot update the graphics capabilities, likely they will not be able to run the Windows Vista Aero experience. That said, Windows Vista's core deployment, manageability, security, search, and connectivity benefits will all still work extremely well.

4. A common misconception about Aero is that it "taxes" other applications to a large degree. A couple things are important here:

    1. For the vast majority of scenarios where you're using an app like AutoCAD, the DWM has very little impact on performance. Updating the client area of a Window is our least resource consumptive task... it takes about 400microseconds on a modern CPU and less than 5% of available GPU resources on a discrete graphics card. We do consume more resources when you do bigger window operations like moving/resizing the window or going into flip3d. In these situations, the cost to the application would be at worst dropping a few frames of any active window updates that are happening while you're doing the window operation. As soon as you're done with the move, all the resources go back to the application. Part of the reason we're so careful about this is we are investing heavily in Windows Presentation Foundation, which is a new developer platform designed to make it easier for developers to write applications that take advantage of the GPU more.

    2. Full screen applications like 3D mark, games, or full-screen video playback are not impacted by Aero at all, because Aero actually shuts down its full capabilities behind the scenes while the application is in full-screen mode.

    3. There will be very little user-perceptible impact on the performance of simple GDI based line of business applications under the DWM. In fact, we have measured performance *improvements* in these scenarios when comparing to running Windows Vista with WDDM drivers without Aero.

5

MS-KELL 000000025056
CONFIDENTIAL

**From:** Kevin Quille
**Sent:** Tuesday, July 18, 2006 12:41 PM
**To:** Steven Leonard
**Subject:** RE: Windows Vista Capable collateral at retail

Thanks for sending.

Regards,
Kevin


*Kevin Quille*
Account Manager
Microsoft Corporation
**Office: 425-703-1856**
**Cell: 425-894-8244**
email: *kquille@vmicrosoft.com*

---

**From:** Steven Leonard
**Sent:** Wednesday, July 12, 2006 3:30 PM
**To:** David Bradley; Sara Nagy; Travis Ames; Zal Bilimoria
**Cc:** Gerrit Bergsma; John Goodsill; Kevin Quille; Kim Muromoto; Patrick Kennedy
**Subject:** Windows Vista Capable collateral at retail

This information was shared earlier today with HP and I wanted to pass it along to the other OEMs. Not all retailers accepted <u>Windows Vista Capable collateral materials (POP)</u>. There will likely be another round in September/October but this is the status for back-to-school timeframe.

**Best Buy** – Not taking any POP
**Circuit City** - Not taking any POP: Quick Reference Guides distributed to sales associates
**CompUSA** – Taking Consumer Brochure; Brochure Holder; Tent Card; Fact Card; Monitor Lug-On; Quick Reference Guides
**Costco** – Not taking POP
**Fry's** – Taking Consumer Brochure; Brochure Holder; Quick Reference Guides
**Micro Center** – Not taking POP
**Office Depot** – Taking Consumer Brochure; Brochure Holder; Monitor Lug-On; Quick Reference Guides
**Office Max** – Not taking POP
**Staples** – Taking Consumer Brochure; Brochure Holder; Tent Card
**Sam's Club** – Not taking POP
**Wal-Mart** – Not taking POP

MS-KELL 000000025076
CONFIDENTIAL



www.microsoft.com/getready

## Introducing
## Windows Vista
## Capable PCs



Designed for
Windows® XP

Windows Vista
Capable

- What's in it for you: new products and services that make Vista™ upgrading easier?

- Microsoft wants to make it easy for those of us today who are PC owners who are upgrade ready and to help us keep PCs and enjoy more PC confidence.

- The Windows Vista Capable logo identifies PCs that will deliver core experiences. Windows Vista can be enjoyed on a broad and diverse set of hardware, smoothly and reliably.

- Windows Vista Premium Ready PCs are just the most premium editions of Windows Vista and unlock all features like the new Windows® Aero™ user interface.

Learn Jul 2006    -    January 31st 2007

Introducing Vista Capable Program products

- Option for buying the future technology
- recommended steps to get the latest Microsoft technologies
- Keeps the details of what you may purchase hardware
- Helping you find next steps for the best technology experience PC

---

## Introducing
# Windows Vista

Whether you are in the market to purchase a new PC, or if you already own a PC, Windows Vista.

When you purchase a PC with the Windows Vista Capable sticker on it, you will deliver core experiences such as innovative ways to organize and find your information, security and reliability. All Windows Vista Capable PCs will run the core experiences of Windows Vista, including the "Windows" logo. Windows experiences, and the Windows Vista Premium Ready. These experiences showcase the new features of Windows Vista that are delivered in the premium editions.

The guidelines below help you consider the hardware that's right for you today and the future. Look for these PCs that are right and that will deliver the best possible experience. Windows Vista makes you feel more secure with Certain functionality just in a safe and easy-to-use way for a system and minimized downtime.

---

□ **Windows Vista Capable PCs** have drivers. When buying a computer to use that's a Windows Vista with, know well, at least:
- A modern processor (at least 800 MHz)
- 512 MB of system memory
- A graphics processor that is DirectX 9 Capable

□ **Windows Vista Premium Ready PCs** PCs that have better features. To fully experience, look for these features. Premium experiences include:
- A 32-bit or 64-bit processor at least 1 GHz
- 1 GB of system memory
- A graphics processor that runs Windows Aero
- 128 MB of graphics memory
- 40 GB of hard drive capacity with 15 GB free space
- DVD-ROM drive
- Audio output capability
- Internet access capability

MS-KELL 000000025077
CONFIDENTIAL

**From:**   Jim Totton

**Sent:**   Tuesday, November 07, 2006 7:52 AM

**To:**   Jim Wayand

**Cc:**   David Dwyer; Dave Wascha

**Subject:** RE: intel hd audio device / driver

Yes, as we get closer to customers actually having a copy of Windows Vista, we should develop some messaging to add to the Web site around availability of device drivers. OEMs are obligated for Windows Vista Capable PCs to provide updated device drivers for these systems by GA. That however isn't until January 30th so what do we think about the timing of when we should change the site?

Dave W: Isn't this also a concern more broadly for IHV device driver availability as well that may not be covered by a native driver? What's th messaging plan there? Should we be holistic in our messaging on driver availability?

Jim

**From:** Jim Wayand
**Sent:** Monday, November 06, 2006 10:20 PM
**To:** Jim Totton
**Cc:** David Dwyer
**Subject:** FW: intel hd audio device / driver

Jim -- Do you have an update on this info so the team can get the web site updated?

Jim

**From:** Dave Wascha
**Sent:** Wednesday, November 01, 2006 11:55 AM
**To:** John B. Williams; Jim Wayand; David Dwyer; Jim Totton
**Cc:** Brad Goldberg
**Subject:** RE: Intel hd audio device / driver

Totton owns capable

**From:** John B. Williams
**Sent:** Wednesday, November 01, 2006 9:01 AM
**To:** Jim Wayand; David Dwyer; Dave Wascha
**Cc:** Brad Goldberg
**Subject:** FW: intel hd audio device / driver

Jim and Dave -- please connect on this, vet the concern and shoot back a mail with your take on this.

Thanks - JB

**From:** Jim Allchin
**Sent:** Wednesday, November 01, 2006 8:58 AM
**To:** Sven Hallauer; Brad Goldberg; John B. Williams

10/5/2007

MS-KELL 000000025335
CONFIDENTIAL

**Subject:** RE: Intel hd audio device / driver

http://www.microsoft.com/windowsvista/getready/capable.mspx

After reading this I do think it is confusing.

We need to change the text where it says clearly that "additional drivers from your computer manufacturer may be required"

Brad/John: please make sure this happens.  You also need to sync with OEM about this.

Thanks,
jim

---

**From:** Sven Hallauer
**Sent:** Tuesday, October 31, 2006 8:21 PM
**To:** Brad Goldberg; Jim Allchin
**Subject:** FW: intel hd audio device / driver

There still seems to be confusion about the logo program – what's the best way to address this internally as well as externally?

I could add something to the status email tomorrow evening for example...

---

**From:** Hakon Strande
**Sent:** Tuesday, October 31, 2006 2:58 PM
**To:** Sven Hallauer; Kirk Schlemlein; Steve Ball; Noel Cross; Darren Muir; Brent Mills; Christopher White
**Cc:** Steve Rowe
**Subject:** RE: intel hd audio device / driver

The problem with the "Capable" program is that the customer who buys a "Capable" machine and Vista retail does not know that "Vista Capable" != everything just works.

The bar for getting such a sticker was/is either too low or the marketing around the sticker was/is not specific enough as to what it actually means; Vista installs, runs but not there is no actual submissions of systems going through any sort of Vista "Capable" experience validation (as opposed to what happens in the real DFW Logo program).

Anyway, we are doing what we can to ensure as many 3rd party drivers as possible are on Windows Update by Vista Consumer Launch.

Sincerely,

**Hakon Strande**
PM Integrated, Internal, External, and Wireless Audio Devices
MediaTech/DMD/Windows Client/Microsoft



---

**From:** Sven Hallauer
**Sent:** Tuesday, October 31, 2006 2:15 PM
**To:** Kirk Schlemlein; Steve Ball; Noel Cross; Darren Muir; Brent Mills; Christopher White
**Cc:** Hakon Strande; Steve Rowe
**Subject:** RE: intel hd audio device / driver

My understanding based on a meeting this morning with JimAll and Brad Goldberg is that there is no Vista Ready logo or program.  All we have is the Vista Capable logo program.  Vista Capable systems are not guaranteed to have all their drivers in-box as we expect the OEM to provide those at launch of

10/5/2007

MS-KELL 000000025336
CONFIDENTIAL

Vista.

-    Sven

-----------------------------------------------------------------------------------------

**From:** Kirk Schlemlein
**Sent:** Tuesday, October 31, 2006 2:08 PM
**To:** Sven Hallauer; Steve Ball; Noel Cross; Darren Muir; Brent Mills; Christopher White
**Cc:** Hakon Strande; Steve Rowe
**Subject:** RE: intel hd audio device / driver

Adding Sven and Steve.

In talking to Sven, there seems there is some confusion concerning the state and msg'ing around the Vista Ready/Capable program. Sven / Steve, please synch so we can get this ironed out. Thanks, Kirk.

-----------------------------------------------------------------------------------------

**From:** Noel Cross
**Sent:** Tue 10/31/2006 10:41 AM
**To:** Darren Muir; Kirk Schlemlein; Brent Mills; Christopher White
**Cc:** Hakon Strande; Steve Rowe
**Subject:** RE: intel hd audio device / driver

We do have engagement on this particular thread.  See attachments for details from yesterday.

The Vista Ready/Capable logo was a complete no-op for audio and in my mind an ill-conceived failure. It gave customers the false expectation that everything on their machine would work when running Vista regardless of any logo testing.  I know that Hakon wanted to have UAATest validate these machines before giving out the Ready/Capable logo, but was denied.

To our disappointment, Gateway wasn't able to host a visit by Microsoft personnel earlier this year to give hands on training on how to program the pin configuration information.  It is not surprising that they have not corrected any problems in their BIOS for their Vista Ready machine.  The reality is that if it works on XP with a 3rd party driver, they are happy.

Furthermore, the fidelity testing we have done on shipping Gateway machines were well below the quality levels established for an acceptable audio solution.  This isn't a problem right for RTM, but it will be once the fidelity requirements kick into effect in June '07.

Gateway needs to do a bunch of work to get with the program and I hope that this is a wake-up call for them.

-----------------------------------------------------------------------------------------

**From:** Darren Muir
**Sent:** Tuesday, October 31, 2006 10:23 AM
**To:** Noel Cross; Kirk Schlemlein; Brent Mills
**Cc:** Hakon Strande
**Subject:** RE: intel hd audio device / driver

Jim just forwarded me more info.

-----------------------------------------------------------------------------------------

**From:** Noel Cross
**Sent:** Tuesday, October 31, 2006 9:41 AM
**To:** Darren Muir; Kirk Schlemlein; Brent Mills
**Cc:** Hakon Strande
**Subject:** RE: intel hd audio device / driver

Are they Vista logo'ed machines?  Do they have passing logs for the Vista DTM?

10/5/2007

MS-KELL 000000025337
CONFIDENTIAL

**From:** Darren Muir
**Sent:** Tuesday, October 31, 2006 9:39 AM
**To:** Noel Cross; Kirk Schlemlein; Brent Mills
**Cc:** Hakon Strande
**Subject:** RE: intel hd audio device / driver

But they are already shipping.

**From:** Noel Cross
**Sent:** Tuesday, October 31, 2006 9:39 AM
**To:** Darren Muir; Kirk Schlemlein; Brent Mills
**Cc:** Hakon Strande
**Subject:** RE: Intel hd audio device / driver

These machines will not pass Vista logo testing. If they want the logo, they will need to update their BIOS. BIOS updates don't show up on Windows Update and will need to be obtained from the OEM.

What specific machines are we talking about here?

**From:** Darren Muir
**Sent:** Tuesday, October 31, 2006 9:36 AM
**To:** Noel Cross; Kirk Schlemlein; Brent Mills
**Cc:** Hakon Strande
**Subject:** RE: Intel hd audio device / driver

Some new OEM systems bring reviewed are showing up with no audio driver. What does this mean? Are you saying that pin configs for these will show up on WU for launch?

**From:** Noel Cross
**Sent:** Tuesday, October 31, 2006 9:26 AM
**To:** Darren Muir; Kirk Schlemlein; Brent Mills
**Cc:** Hakon Strande
**Subject:** RE: intel hd audio device / driver

The class driver is inbox for Vista and has been there for over a year. Every Vista logo'ed machine will require HD Audio (or another UAA solution).

What is missing is machines with Vista compliant BIOSes that properly program a 32-bit value (pin configuration) that tells the class driver about the configuration of the machine-specific audio solution. A test in the WDK called UAATest will validate this value is correct and that the information provided works properly with our class driver.

Josh Wexler is in Asia right now participating in a plugfest to help OEMs/ODMs get their systems ready for Vista.

**From:** Darren Muir
**Sent:** Tuesday, October 31, 2006 9:18 AM
**To:** Kirk Schlemlein; Noel Cross; Brent Mills
**Subject:** intel hd audio device / driver

What is missing now? When do we have broad coverage for this?

10/5/2007

MS-KELL 000000025338
CONFIDENTIAL

REDACTED

MS—KELL 000000025519
CONFIDENTIAL

REDACTED

MS-KELL 000000025520
CONFIDENTIAL

REDACTED

MS-KELL 000000025521
CONFIDENTIAL

REDACTED

MS-KELL 000000025522
CONFIDENTIAL

REDACTED

MS-KELL 000000025523
CONFIDENTIAL

REDACTED

MS-KELL 000000025524
CONFIDENTIAL

**From:** Subodh Kirtane
**Sent:** Friday, February 17, 2006 12:34 PM
**To:** Rajesh Srinivasan
**Cc:** Chris Mullaney Sundlie; Mark Croft
**Subject:** RE: Operation for Capable PC Program in Japan

I still don't like the idea of OEMs removing the old sticker (DFW) and putting the new one (Windows Vista Capable) on systems which have already left their factories. And I also don't like the option of them promoting systems as Windows Vista Capable when the systems bear the old DFW sticker. There is specific language around this in the newly released DFWLLA Amendment and also in the 9.0 beta that will release tomorrow. If we allow something different, we will have to update the Amendment and the 9.0 beta to reflect that otherwise OEMs will be breaching terms of the agreement. And breaching terms could mean termination of the agreement.

I think the best solution is to adhere to the terms we have set for the program.

Subodh

**From:** Rajesh Srinivasan
**Sent:** Wednesday, February 15, 2006 10:51 PM
**To:** Subodh Kirtane
**Cc:** Chris Mullaney Sundlie; Mark Croft
**Subject:** RE: Operation for Capable PC Program in Japan

I agree. The alternate according to Sony and many retail OEMs would be to take mark downs at retail. Sony is apparently fearing the damage is around $20M. The idea of a ramp window before promotion was to give time for the channel to flush the DfW XP logo'd systems prior to marketing start dates of June 1. Retailers are not making things easy.
What do you all recommend?
Thanks, Rajesh

**From:** Subodh Kirtane
**Sent:** Wednesday, February 15, 2006 10:59 AM
**To:** Rajesh Srinivasan
**Cc:** Chris Mullaney Sundlie; Mark Croft
**Subject:** RE: Operation for Capable PC Program in Japan

10/5/2007

MS-KELL 000000025709
CONFIDENTIAL

Regarding the suggestion from Sony.......

Didn't we communicate to OEMs through the OEM Marketing Bulletin and the Amendment to DFW LLA that the systems being marketed as Windows Vista Capable have to bear the Windows Vista Capable logo? Sony's suggestion would breach that term. They would be marketing these systems by stating "Windows Vista Capable" in the line listing at retail, yet the system would have the DFW logo label and not the Windows Vista Capable logo label.

Subodh

_____

**From:** Rajesh Srinivasan
**Sent:** Wednesday, February 15, 2006 9:49 AM
**To:** Subodh Kirtane
**Cc:** Chris Mullaney Sundlie; Mark Croft
**Subject:** RE: Operation for Capable PC Program in Japan

Subodh, Chris – Thanks for closing this.

I have a request re: end dates, which as you can image is equally contentious as the start dates. OEMs are asking for extension or a grace period of 2 or 4 weeks at the tail end of the logo usage. Today, the LLA says can't use the Capable logo after OS launches in that country. This came up in Japan, with HP, with Lenovo, with Dell, etc. How have we handled that in the past?  I am open to allowing a 2 or 4 week window as grace period. We have to be careful that in some countries the launch date may be in early Jan.  In such cases, if we give a 4 week grace period it would put the date past Jan 31, which will be a problem too.

Please advice,
Rajesh

_____

**From:** Subodh Kirtane
**Sent:** Wednesday, February 15, 2006 9:45 AM
**To:** Rajesh Srinivasan
**Cc:** Chris Mullaney Sundlie; Mark Croft
**Subject:** RE: Operation for Capable PC Program in Japan

Yup, decision made.  No re-logo'ing allowed.  I'll get back to Yamada-san on the other email string.

Subodh

10/5/2007

MS-KELL 000000025710
CONFIDENTIAL

**From:** Rajesh Srinivasan
**Sent:** Wednesday, February 15, 2006 9:36 AM
**To:** Subodh Kirtane
**Cc:** Chris Mullaney Sundlie; Mark Croft
**Subject:** RE: Operation for Capable PC Program in Japan

Based on Sony feedback, the problem can be addressed if we would a line listing on the retail fact tag saying Windows Vista Capable. This is something that can be done at retail. The OEMs are responsible for putting the appropriate line listing for the systems.
We should not allow re-logoing once PC leaves factory. Pretty soon someone would say retail or reseller relogo'd incorrectly and hence they didn't pass MDA.

---

**From:** Subodh Kirtane
**Sent:** Wednesday, February 15, 2006 9:31 AM
**To:** Rajesh Srinivasan
**Cc:** Chris Mullaney Sundlie; Mark Croft
**Subject:** RE: Operation for Capable PC Program in Japan

The retailers are really being extreme as you point out. If not allowing the logos to be replaced is going to put the OEMs in a bind (PC sales slow down or they have to mark them down), we have problem. However, I still think that we should not allow the re-logoing.

Subodh

---

**From:** Rajesh Srinivasan
**Sent:** Wednesday, February 15, 2006 9:15 AM
**To:** Subodh Kirtane; Mark Croft
**Cc:** Chris Mullaney Sundlie
**Subject:** RE: Operation for Capable PC Program in Japan

Sony brought this up recently in the U.S. Their suggestion was to use the line listing Windows Vista Capable on systems that are on the retail shelf that meet the specs for Capable but were shipped prior to April with DfW XP logo sticker.
Apparently retailers, esp Circuit city and CompUSA are telling OEMs that on April 1 systems not logo'd Capable would get marked down or returned, unless they are logo;d Capable. I think retailers are being extreme on this. But Sony US which estimates its exposure at 90K systems does not want to find out by disregarding the retailers'



10/5/2007

MS-KELL 000000025711
CONFIDENTIAL

input.

---

**From:** Subodh Kirtane
**Sent:** Wednesday, February 15, 2006 8:54 AM
**To:** Mark Croft
**Cc:** Chris Mullaney Sundlie; Rajesh Srinivasan
**Subject:** RE: Operation for Capable PC Program in Japan

There is no specific language in the LLA that is against what is being proposed. However, allowing this to go forward will surely end up in confusion at the retailers. I agree with Rajesh and Mark that we shouldn't allow this. We don't want wrong systems being re-labeled with the Windows Vista Capable logo and have end user dissatisfaction. Mark, Rajesh, had any of the OEMs brought this up while you were talking to them over the last 12 months?

Subodh

---

**From:** Mark Croft
**Sent:** Tuesday, February 14, 2006 11:16 PM
**To:** Subodh Kirtane
**Cc:** Chris Mullaney Sundlie; Rajesh Srinivasan
**Subject:** RE: Operation for Capable PC Program in Japan

I believe our Policy on this should be no tampering with stickers – its a bad precedent IMO.
So once a sticker is applied at factory, that's it – no switching in the channel.
I think that if we allow this we lose control in OEM. I don't trust all retailers to do this professionally/diligently – either on the right systems or to a good level of quality (our glue is tough for a good reason)

That's why we gave everyone lead time (1 month for Japan, 2 months for ROW).

Agree?

---

**From:** Subodh Kirtane
**Sent:** Tuesday, February 14, 2006 4:15 PM
**To:** Yukinori Yamada
**Cc:** Mark Croft; Chris Mullaney Sundlie; Rajesh Srinivasan
**Subject:** RE: Operation for Capable PC Program in Japan

10/5/2007

MS-KELL 000000025712
CONFIDENTIAL

Interesting!

Are you expecting the retail store to remove PCs that they already have from their boxes and replace the sticker? That is a lot of work but just wanted to check.

Subodh

---

**From:** Rajesh Srinivasan
**Sent:** Monday, February 13, 2006 8:30 PM
**To:** Chris Mullaney Sundlie; Subodh Kirtane
**Cc:** Mark Croft; Yukinori Yamada
**Subject:** FW: Operation for Capable PC Program in Japan

Chris, Subodh,

Can you please help answer Yamada-san's questions below - I thought we didn't want OEMs to be changing stickers at retail?

-Rajesh

---

**From:** Yukinori Yamada
**Sent:** Monday, February 13, 2006 5:22 PM
**To:** Rajesh Srinivasan
**Subject:** Operation for Capable PC Program in Japan

Hello,

I have a question regarding operation for Capable PC program in Japan.

OEM will start shipping their products to the retail store from March 1st exhibit on retailer's selves.
However, OEM has existing products which will meet Capable PC logo requirement.
My questions are related to operation for Capable PC program.

1. While their product originally shipped with Windows XP logo before March 1, can OEM change from XP logo to Capable PC logo at retail if they wish?  It means that OEM may change the sticker at retail site.

2. In case that OEM want to put Capable PC Logo after removing Windows XP Logo, does OEM need submission to WHQL for both logo?

10/5/2007

MS-KELL 000000025713
CONFIDENTIAL

I think the answer is yes, but I would like to have confirmation on this matter.

It would be appreciated if you kindly answer the questions.


Regards,

Yukinori Yamada
OEM SALES JAPAN
Microsoft Co., Ltd.
yyamada@microsoft.com
TEL: +81-3-4523-3579
FAX: +81-3-4523-3559

10/5/2007

MS-KELL 000000025714
CONFIDENTIAL

REDACTED

MS-KELL 000000026522
CONFIDENTIAL

REDACTED

MS-KELL 000000026523
CONFIDENTIAL

REDACTED

MS-KELL 000000026524
CONFIDENTIAL

# REDACTED

MS-KELL 000000026525
CONFIDENTIAL

REDACTED

MS-KELL 000000026526
CONFIDENTIAL

REDACTED

MS-KELL 000000026527
CONFIDENTIAL

REDACTED

MS-KELL 000000026528
CONFIDENTIAL

REDACTED

MS-KELL 000000026529
CONFIDENTIAL

REDACTED

MS-KELL 000000026530
CONFIDENTIAL

REDACTED

MS-KELL 000000026531
CONFIDENTIAL

REDACTED

MS-KELL 000000026532
CONFIDENTIAL

REDACTED

MS-KELL 000000026533
CONFIDENTIAL

REDACTED

MS-KELL 000000026534
CONFIDENTIAL

REDACTED

MS-KELL 000000026535
CONFIDENTIAL

# REDACTED

MS-KELL 00000026536
CONFIDENTIAL

REDACTED

MS-KELL 000000026537
CONFIDENTIAL

REDACTED

MS-KELL 000000026538
CONFIDENTIAL

REDACTED

MS-KELL 000000026539
CONFIDENTIAL

| From: | Alex Cook [Alex.Cook@wal-mart.com] |
|---|---|
| Sent: | Wednesday, December 06, 2006 2:25 PM |
| To: | Robert Rutledge |
| Cc: | Robin Leonard (BRADSHAW) |
| Subject: | RE: Change to Pre-sell Program for Vista/Office Launch |

Who is making the bridge cable that is Vista capable that you told us about at Partner
Market day?

Thanks,
Alex J Cook
Buyer - Computers
479-277-9259

 ---- Original Message ----
From:    Microsoft Corpo - Robert Rutledge
Sent:    Wednesday, December 06, 2006 01:44 PM Central Standard Time
To:      Eleanor Walker; Terrance Oliver; Lora Manasco; Alex Cook
Cc:      Microsoft Corpo - Robin Leonard
Subject:       Change to Pre-sell Program for Vista/Office Launch

We were made aware today of a change to the pre-sell/ad embargo requirements for the
Vista/Office/OneCare launch.  Pre-selling will be allowed now starting on January 27th,
2007 (3 days prior to launch).  This does not change the fact that product cannot be
physically obtained or received by an end user (customer) until the 30th.  Only that
orders can be solicited and received starting on that date.  You may ship sooner than the
30th, but not prior to the 27th, providing the product is received no sooner than the
30th.

An overview of the legal letter you will receive is below:

*        Street Date: Defined as 1/30/07 (Product cannot be delivered to consumers prior
to 1/30)

*        MFRP: 120 MAP program on Windows Vista FPP Product  & Office 2007 FPP Product
(guidance for no advertising promoting FPP below ERP)

*        Pre-sell Restriction: this is moving from 1/30 to 1/27

Common questions:

a.       If my retailer (pre)sells a product on 1/27 can the customer receive the product
the same day? NO, for online purchases the retailer may ship the product on 1/27 as long
as the delivery method ensures the product is not received by the consumer prior to 1/30
and if the (pre) sell occurs on 1/27 in brick and mortar the customer will have to come
back to the store on 1/30 to actually take home the product.

b.       Is this policy consistent with our OEM partners - YES

*        Ad Embargo: The ad embargo has been lifted.   MS guidance remains the same. You
should not promote Windows Vista outside of the Windows Vista Capable Program, The Express
Upgrade to Windows Vista Program, and the Partner logo program as all are designed to
promote consumer confidence in buying products today by "future proofing" them for Windows
Vista at launch. MS is not changing our strategy of doing very little to drive demand and
awareness for Windows Vista until CES as we do not want to do anything that would stall XP
PC and FPP sales during the Holidays.   Additionally, at this late date we do not
anticipate US retailers and OEMs to promote Windows Vista prior to CES as the pre-sell
restriction still stands and the risk/benefit makes little sense to push a product you
still cannot capture revenue against at the expense of viable XP inventory.   You may only

1

MS-KELL 000000027068
CONFIDENTIAL

advertise using approved assets and content that are covered within the MS brand guidelines.

Please feel free to call me with any questions.

Thanks,

Robert Rutledge

Account Manager

Microsoft, Inc.

Office-972-964-7162

Cell- 214-293-4641

------------------------------------------

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\* This email and any files transmitted with it are confidential and intended solely for the individual or entity to whom they are addressed. If you have received this email in error destroy it immediately. \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* Wal-Mart Confidential \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

2

MS-KELL 000000027069
CONFIDENTIAL

**From:** Carla Huffman

**Sent:** Sunday, November 13, 2005 5:41 PM

**To:** Susan Ward (SCHEER); Rajesh Srinivasan; David Berett

**Subject:** RE: Windows Vista Transition Marketing - marketing toolkit for ready PCs

Agreed. This doesn't impact the FPP business, per Jill's interest. We definitely don't have time to go into it in detail during the break-out. But it would be good to reference the plan. Susan, I would just incorporate a bullet point on this in the brief overview of the HPGM plan.

**From:** Susan Ward (SCHEER)
**Sent:** Friday, November 11, 2005 4:43 PM
**To:** Rajesh Srinivasan; David Berett
**Cc:** Carla Huffman
**Subject:** RE: Windows Vista Transition Marketing - marketing toolkit for ready PCs

Rajesh,

The upgrade story that you would present is not what Jill is looking for next week. Jill wants to know how our plans are going to help her sell FPP. From what I understand of the Ready PC program, all of the upgrades are fulfilled through OEM as OEM licenses and not as FPP licenses, isn't that correct? If you have a story for what this means to FPP from an upgrade perspective, then we would definitely want to do this in the consumer breakout. Let me know either way.

Thanks,
Susan

**From:** Rajesh Srinivasan
**Sent:** Thursday, November 10, 2005 7:42 PM
**To:** David Berett
**Cc:** Susan Ward (SCHEER)
**Subject:** RE: Windows Vista Transition Marketing - marketing toolkit for ready PCs

David,

Attached DRAFT slides have the latest story on this. This is not a deck for CES, but is a working draft for updating partners, bg leads.

Susan, I talked with Carla about this. Jill (From Canada) wants me to present upgrade story. But, Skittle's session does not include much on Ready PC. Carla thinks I can do this at a breakout. Given this is important for both consumers and smb, is there a good way to present this content?

Thanks,
Rajesh

**From:** David Berett
**Sent:** Thursday, November 10, 2005 7:29 PM
**To:** Rajesh Srinivasan; Susan Ward (SCHEER)
**Subject:** RE: Windows Vista Transition Marketing - marketing toolkit for ready PCs

Bill's team does have a session on Tuesday and I will primarily be covering FPP in this. (Not

10/11/2007

MS-KELL 000000027648
CONFIDENTIAL

connected to this initiative). If you will be doing a presentation, I don't see the need for me to cover it as well, but I really want to be informed so I can speak intelligently about it. The deck you are preparing would also provide the basis for communication to the retail teams. Please forward a link as soon as possible.

---

**From:** Rajesh Srinivasan
**Sent:** Thursday, November 10, 2005 6:59 PM
**To:** David Berett; Susan Ward (SCHEER)
**Subject:** RE: Windows Vista Transition Marketing – marketing toolkit for ready PCs

David,
I am working on pulling together a summary deck on this for the BG leads next week. Let's sync so we both don't say different things about the program. I will send you what I have in a few. Do you have a separate day or session on this with BG leads?

For internal retail folks – can you please say in two weeks, we will come back to you after we close out all the details?

Thanks,
Rajesh

---

**From:** David Berett
**Sent:** Thursday, November 10, 2005 6:52 PM
**To:** Rajesh Srinivasan; Susan Ward (SCHEER)
**Subject:** RE: Windows Vista Transition Marketing – marketing toolkit for ready PCs
**Importance:** High

Can you guys please help me with the details of this, so that I can frame it up for the retail teams with a re-set of the objectives?

We have all the international BG leads here next week and Bill has asked me to pull together the story we will be giving them on this for COEM and OEM at retail. Are there any slides prepared yet that I can use?

Thanks,
David

---

**From:** Rajesh Srinivasan
**Sent:** Thursday, November 10, 2005 3:41 PM
**To:** Gerrit Bergsma; David Berett; Susan Ward (SCHEER)
**Subject:** RE: Windows Vista Transition Marketing – marketing toolkit for ready PCs

Completely agree. Also for retail, I would want the v-team to define the details, before we start communicating to a broader retail audience inside MS.
Who is the lead on retail channel from the v-team – Gerrit, David or Susan? Or would you prefer not to have a lead?

Thanks,
Rajesh

---

**From:** Gerrit Bergsma
**Sent:** Thursday, November 10, 2005 3:37 PM
**To:** David Berett; Owen Roberts; Julie Zlotnick; Christian Johanneson; Steven Leonard; Sergio Larrain; Bill

10/11/2007

MS-KELL 000000027649
CONFIDENTIAL

Brownell
**Cc:** Rajesh Srinivasan; Mark Croft; Susan Ward (SCHEER)
**Subject:** RE: Windows Vista Transition Marketing - marketing toolkit for ready PCs

Let's ensure we DO NOT COMMUNICATE any of this externally before we have a good understanding of the logistics / execution behind this plan. Who will distribute what to whom when ? Lot's of unanswered questions that we need to work through.
Gerrit

---

**From:** David Berett
**Sent:** Thursday, November 10, 2005 12:58 AM
**To:** Owen Roberts; Julie Zlotnick; Gerrit Bergsma; Christian Johanneson; Steven Leonard; Sergio Larrain; Bill Brownell
**Cc:** Andrew Cook; Rajesh Srinivasan; Mark Croft; Susan Ward (SCHEER); Patrick Durocher; Josh Levine; Rose Perez; Peg McNicol; Bill Mannion; Steve Schiro
**Subject:** RE: Windows Vista Transition Marketing - marketing toolkit for ready PCs

This afternoon, I learned that the Vista team has agreed that we will offer a free copy of Vista to consumers purchasing a premium PC (MCE, Tablet, Pro) between the launch of Vista Ready and the Vista launch. I have more to understand and communicate to you on the details of this, but suffice to say, this will change the approach outlined below.

---

**From:** Owen Roberts
**Sent:** Wednesday, November 09, 2005 10:40 PM
**To:** Julie Zlotnick; David Berett; Gerrit Bergsma; Christian Johanneson; Steven Leonard; Sergio Larrain; Bill Brownell
**Cc:** Andrew Cook; Rajesh Srinivasan; Mark Croft; Susan Ward (SCHEER); Patrick Durocher; Josh Levine; Rose Perez; Peg McNicol; Bill Mannion; Steve Schiro
**Subject:** RE: Windows Vista Transition Marketing - marketing toolkit for ready PCs

I too have a couple of questions/observations – please see in line*[David Berett]* answers inline

Regards,
Owen
Office: +1 (425) 722 6109
Mobile: +1 (425) 985 0287
*"You can't win if you're busy countin' the ways you can lose", Buzz Lightyear*
***This communication is strictly private and contains confidential information intended solely for the addressee(s). Access to this communication by parties other than the intended recipient(s) is unauthorized. If you have received this communication in error and are not the intended recipient, any disclosure, copying, distribution or action taken is strictly prohibited and may be unlawful.***

---

**From:** Julie Zlotnick
**Sent:** 09 November 2005 10:30
**To:** David Berett; Gerrit Bergsma; Christian Johanneson; Owen Roberts; Steven Leonard; Sergio Larrain
**Cc:** Andrew Cook; Rajesh Srinivasan; Mark Croft; Susan Ward (SCHEER); Patrick Durocher; Josh Levine; Rose Perez; Peg McNicol; Bill Mannion; Julie Zlotnick
**Subject:** RE: Windows Vista Transition Marketing - marketing toolkit for ready PCs

Hi David,

Thank you for sending this. I have a few clarifying questions based on your BG direction memo below:

☐   You have "no current budget allocation" listed as the reality/recommendation below. Is this your recommendation not to have a budget or are you saying that we need a budget? *[David Berett]* We need one.

10/11/2007

MS-KELL 000000027650
CONFIDENTIAL

In order to do RSP training and produce and place brochures, we will need a small budget to accomplish this from either the BG or OEM team.*[David Berett]* I know. –Agree with Owens comment that this should be part of the roll-up Gerrit is working on.

☐     What are the next steps? I see in Rajesh's mail that there are owners but I am not sure what to expect when from those owners. When will my team know what is being asked of us and what the budget it to get it done? *[David Berett]* I believe this document outlines what is being asked, although this will change now based on the above. –As will the budget allocation. I believe CES is the right place and time to roll out a final plan so that we have time to negotiate, customize and execute with the retailers by June in the US and earlier in Japan. *[David Berett]* I agree  Will you have something by CES to present to retailers? *[David Berett]* That's my plan, which will be contingent on product decisions by the Vista team. If so, we need to know this soon so that we can include you or Gerrit's team in our retailer meetings.

Thank you! I very much appreciate the update in email but did not get all of the clarity that I was hoping for so that my team knows when we need to start taking action. ☺

Thank you,

*Julie*

**From:** David Berett
**Sent:** Wednesday, November 09, 2005 12:39 AM
**To:** Gerrit Bergsma; Christian Johanneson; Julie Zlotnick; Owen Roberts; Steven Leonard; Sergio Larrain
**Cc:** Andrew Cook; Rajesh Srinivasan; Mark Croft; Susan Ward (SCHEER); Patrick Durocher; Josh Levine; Rose Perez; Peg McNicol; Bill Mannion
**Subject:** RE: Windows Vista Transition Marketing - marketing toolkit for ready PCs

All,
The following will provide you with the BG direction on our objectives for the Vista Ready PC Program at retail when it kicks off in June. This mail follows the communication from Rajesh about the marketing tool kit for Windows Vista ready PCs that Andy Cook has developed. This tool-kit will provide the specific marketing elements and Key Messages for retail communication to consumers as it is completed.

<u>Windows Vista Ready PC Program for Retail:</u>
Landscape:

▪   PC Ready is an internal term and the actual program will utilize the term 'capable' rather than 'ready' due to the fact that there is a single bar to being 'capable', and that the user experience in Windows Vista will very according to the actual hardware they have purchased.

▪   OEM feedback is that they intend to have only Windows Vista capable Machines in the retail channel in the Back to School 2006 timeframe. *[Owen Roberts]* This is at odds with what we have communicated to Premier and Tier one retail accounts already – during those disclosures we told them that any PC that today has the "Designed for Windows XP" logo on it, is capable of running Windows Vista – the only caveat to that statement that we added was right now it was sure they would run Windows Vista Basic – no promises on Premium and above.*[David Berett]* Not sure how you find this at odds. Your statement is still correct, and OEM's have given feedback that they intend to have machines that will meet the bar to be called Vista Capable. –Which will be pretty much the same thing. This is more significant in notebooks than desktops as there are processor issues with the current machines in the channel. **Rajesh, Chime in here.**

▪   OEM feedback is that they intend to use the Windows Vista capable logo in place of the Designed for Windows XP logo on systems that qualify. (The new logo is optional, requires DFW XP + three hardware criteria. It is not the same as Designed for Windows Vista logos.)*[Owen Roberts]* We have had clear feedback from all the retailers that we have spoken to, that we need to ensure we minimize potential confusion in the channel and we work with OEM to try and clearly identify those PCs that are Windows Vista Premium capable versus Windows Vista Basic. I would like to know if this is possible and if so who is on point to make it happen? *[David Berett]* I agree that this is a significant issue and have been raising this with the program owners. My current thinking is that this will be the role of the brochure and the RSP, but it is a thorny problem as is isn't a simple black & white thing. **Rajesh, Chime in here.**

10/11/2007

MS-KELL 000000027651
CONFIDENTIAL

• There has been Retailer feedback and concerns that creating high visibility for the Vista-Ready program could serve to stall PC sales, which was a major consideration in timing of the program launch for the BTS period. *[Owen Roberts]* Not sure where we heard this major concern – none of the retailers I met with raised any objection to a Windows Vista Ready Program starting in June. I agree that before this time it was not optimal. *[David Berett]* Let me restate: ...**which was a major consideration in timing of the program launch for the BTS period.** They were concerned about it launching earlier. This is the landscape.

Objectives:

• Have a well trained retail sales force that is knowledgeable and can communicate to consumers what "Windows Vista-Capable" means. **[Owen Roberts]** I am not sure what this means nor how we intend to measure success or failure around this**[David Berett]** . It means just what it says. We want a well trained and knowledgeable retail sales force. I expect your team to design a plan to make this happen, to measure success or failure and to report on it. I expect that as retail experts you know how to create a well trained and knowledgeable retail sales force and measure if it is effective or not. We will provide the information that they should know about and expect to work with you to assure that it is RSP ready.

• Provide sufficient branding and messaging in the PC aisle so that discerning consumers can identify Windows Vista-Capable PC's **[Owen Roberts]** Will be dependent on close collaboration with OEM – also echo Julie's question around budget – we need to ensure this is part of the all-up below the line campaign being driven through the WW GTM team

• Maintain a low level of volume about Windows Vista**[Owen Roberts]** are you referring to PR/Press etc or the physical number of PCs out there, if it is the latter not sure how we manage that nor who is on point?, **[David Berett]** You manage retail, so my expectation is that you will manage the volume of materials that communicate Vista to the consumer in this timeframe. We will handle PR. –Nothing about the volume of PC;'s in the channel. up to the beginning of October '06, to minimize consumer purchase delay, while providing reassurance that their Windows Vista capable PCs will upgrade to Windows Vista.

Realities and Recommendations:

• There is no current budget allocation for promoting Windows Vista-Capable PCs at Retail**[Owen Roberts]** Should be part of the all up ask my team are busy working on with Gerrit and Bill Brownell *[David Berett]* I agree. You should lead the cost analysis of what it will take to achieve the objectives.

• We will be continuing to focus our marketing efforts on the premium SKU's as we transition to Windows Vista, which includes Windows Vista-Capable PCs, as these PCs will typically start at a premium price point.

• Microsoft.com, web communities and user groups will be utilized as a repository of information for consumers about Windows Vista**[Owen Roberts]** I assume the BG will take the lead here? **[David Berett]** Yes. We need to ensure this messaging ties to whatever we say "below the line"

• The focus of efforts in the Retail channel around the Windows Vista-Capable PCs follow in priority.

1. Training RSP's to provide good explanations to consumers about the meaning of 'Windows Vista Capable' **[Owen Roberts]** As per above – needs to be part of the overall approach within the channel

2. Placement of a consumer brochure in the PC aisle that explains the Windows Vista SKU's and the relationship of hardware to software, etc., with the purpose of encouraging consumers to go ahead and buy now, with the assurance that they can upgrade to their equivalent Vista SKU (home premium, Pro, etc.) **[Owen Roberts]** As above

3. Minimal or no signage about Windows Vista in the PC and software aisles. **[Owen Roberts]** Until when?**[David Berett]** 30 to 45 days prior to launch. Let me know if you recommend something different, and why.

---

**From:** Rajesh Srinivasan
**Sent:** Tuesday, November 08, 2005 10:36 AM
**To:** Mark Croft; David Berett; Gerrit Bergsma; Susan Ward (SCHEER); Christian Johanneson; Julie Zlotnick;

10/11/2007

MS-KELL 000000027652
CONFIDENTIAL

Patrick Durocher; Josh Levine; Peg McNicol; Rose Perez
**Cc:** Andrew Cook
**Subject:** Windows Vista Transition Marketing - marketing toolkit for ready PCs

Please see attached a draft of the marketing tool kit for Windows Vista ready PCs that Andy Cook developed. I see this marketing tool kit as the basis for developing specific marketing/merchandising/promotional material for each segment involved. There are still some open areas in the draft marketing toolkit attached:

1. Upgrade program
2. Final logo
3. URLs

For each segment, there may be additional documents that may need to be added before this becomes partner ready, and that's where I need your help. E.g., OEM program policy agreement that includes the policy details on when and how OEMs can market their PCs as Windows Vista capable.

I have the following individuals as leads for each of the segments:
1. OEM – Mark Croft
2. Retail - David Berret/Susan Ward/Gerrit Bergsma
3. System builder – Patrick Durocher
4. HED – Julie Zlotnick/Christian Johanneson
5. Community – Josh Levine
6. MS.com – Peg McNicol

I would like your participation in the weekly transition meetings to help define the overall content, and marketing activities for your segment, over the next few weeks. If you have an alternate person to help develop the segment specific marketing material, please let me know.

I need to delay today's meeting by 30 minutes, so we will start at 4:30PM. I will send an updated S+.

Thanks,
Rajesh

10/11/2007

MS-KELL 000000027653
CONFIDENTIAL

---

**From:** Stephanie Ybarra

**Sent:** Monday, February 13, 2006 10:33 AM

**To:** Patrick Kennedy; Rajesh Srinivasan

**Cc:** Rick Locke; Joerg Jaeger; Chris McMillan

**Subject:** RE: Dell and Windows Vista Capable prior to June 01

Patrick, thanks for presenting this info at Dell Wave 5 and the detailed summary below. I am scheduling a follow up with Rajesh becuase we definitely need to close on these issues ASAP. The other key open item is getting clarification on what OEMs can put on their web sites outside Japan beginning April 1. thx.

Stephanie Ybarra | Account Manager | OEM Division
Microsoft Corporation
(o): 425 703 0834 | (m): 425 765 5049 | (f): 425 936 7329

---

**From:** Patrick Kennedy
**Sent:** Friday, February 10, 2006 4:25 PM
**To:** Rajesh Srinivasan
**Cc:** Stephanie Ybarra; Rick Locke; Joerg Jaeger; Chris McMillan
**Subject:** RE: Dell and Windows Vista Capable prior to June 01
**Importance:** High

Rajesh,
We had a spirited Windows Vista Transition and Extensibility sessions today. Stephanie took copious notes but there are some things that stood out quite clearly as HIGH priorities. These are going to need addressing ASAP.

Transition:
    1) There was significant resistance to the requirement to end usage of the sticker upon launch. This is consistent with the other OEMs on this tour. They are concerned how to message to customers that a system on October XX was Windows Vista Capable but the one they got on November XX isn't. They also can't manage a hard stop date like that. They would need to begin phasing it out before launch in order to meet that deadline and that's counter productive to what we're trying to achieve. This is in addition to the resistance of the resources required to replace the DfW sticker only to turn around and revert back to it 6 months later.
    2) There is a CRITICAL need to nail down the messaging on what Windows Vista Capable means to the end-user. They are very concerned about how to set the customer expectations on the experience we're promising. If we fail to lock this down in the next few weeks they're going to create their own definition under the assumption the only thing we're promising is XP graphics experience and bare minimum functionality. If they (and others) are going to begin shipping systems in April 45 days from now, they need to have this nailed and in the works for internal distribution, training of sales/support and development of June marketing materials. They need to be able to answer questions from consumer getting systems with the sticker on the box beginning April 1.
    3) The concern over providing software upgrades to all pre-installed software was voiced loud and clear

Extensibility:
    1) It just now sunk in that there is no extensibility around Desktop Search. They had made an assumption they could link both internet search and desktop search to a third party solution. If this is not the case, they are going to expect we allow the disabling of our desktop search so there aren't two solutions on the box and two products indexing the system simultaneously.

All of these are pretty hot so I would expect conference calls to discuss early next week. ☺ Stephanie and I did our best to keep order in the room but there's clearly a heightened urgency on the Transition program messaging due to the April 1st ship date.
Thanks.
Pat



10/11/2007

MS-KELL 000000027694
CONFIDENTIAL

**From:** Rajesh Srinivasan
**Sent:** Friday, February 10, 2006 1:35 AM
**To:** Patrick Kennedy
**Subject:** RE: Dell and Windows Vista Capable prior to June 01

1. We have not finalized what Dell can do online between Apr – May 31. We have our ideas around what online OEMs can do once they are shipping Windows Vista Capable logo'd PCs. We have not finalized them yet. We expect to do so shortly.

2. There are a number of things Dell will push back on and here are the correct answers
   a. OEM must ensure all Capable PCs will upgrade to Vista
   b. OEM have to use the logo on all systems promoted as Capable. If not logo'd, PC not considered Capable
   c. MS will not pick up support unless users upgrade to FPP product
   d. Dell is responsible for providing driver and BIOS updates (and any thing else that will break on their Vista image).
   e. OEMs can't use Capable logo on new PCs sold in a country, once Vista launches in that country.

3. This is being resolved slowly with HP – Don't address this at Dell if you can avoid it. Dell site is not OK strictly, but given they have had the site for so long, and given we have not changed the program name KevinE is saying Dell site is now OK.

Thanks,
-Rajesh

**From:** Patrick Kennedy
**Sent:** Thursday, February 09, 2006 5:40 AM
**To:** Rajesh Srinivasan; Stephanie Ybarra
**Subject:** Dell and Windows Vista Capable prior to June 01
**Importance:** High

1. What guidance should I provide Dell on acceptable ways to identify systems (how/where) online between April 01 and June 01? This is sure to come up.

2. Are there any areas of clarification I should emphasize?

3. What's the status of their Windows Vista site? (This came up in my Houston meeting yesterday).

Thanks!!!
Pat

10/11/2007

MS-KELL 000000027695
CONFIDENTIAL

**From:**   David Berett

**Sent:**   Wednesday, February 01, 2006 7:33 PM

**To:**   Wil Johnson; Julie Zlotnick; Dina Yershova; Bob Smrecansky; Mark Farris

**Cc:**   Vincent Messina; Gerrit Bergsma; Steven Leonard; Owen Roberts; Jennifer Yi

**Subject:** RE: Follow up from a conference call last night – Vista Capable

<Adding Bill and Rajesh>

One of the reasons we refer to the program as 'Vista Capable' (as opposed to 'Vista Ready') is because the requirements are to assure that the PC will run Vista.  –Not that the PC will run the premium features.  This seems to be where your question is focused Wil.

Second, just because we have removed this requirement and widened the field does not mean that the retailer has to purchase a PC with any particular components, or from any particular supplier. We are simply allowing for this availability, not mandating it as the spec of choice.  It is the retailers' choice if they want PC's on the shelf that can only be upgraded to Vista Basic vs. Premium.  In our RSP training modules being prepared on this program, we are attempting to make it clear to consumers, through the RSP, that a basic set of components can be Vista Capable, but will support the basic experience, vs a premium PC that can support the Vista Premium experience.

Bill, feel free to weigh in on the thinking behind the decision, if you like.

**From:** Wil Johnson
**Sent:** Wednesday, February 01, 2006 10:28 AM
**To:** Julie Zlotnick; Dina Yershova; Bob Smrecansky; Mark Farris
**Cc:** Vincent Messina; Gerrit Bergsma; Steven Leonard; Owen Roberts; Jennifer Yi; David Berett
**Subject:** RE: Follow up from a conference call last night - Vista Capable

Julie – I understand the proper communication flow, from an urgency standpoint, I felt I needed to alert the rest of our small retail team as I did not want anyone caught off guard this morning, especially given the fact that David is in the UK and the OEMs have communicated this already to our retailers. Thanks. Wil

**From:** Julie Zlotnick
**Sent:** Wednesday, February 01, 2006 9:52 AM
**To:** Dina Yershova; Wil Johnson; Bob Smrecansky; Mark Farris
**Cc:** Vincent Messina; Gerrit Bergsma; Steven Leonard; Owen Roberts; Jennifer Yi; David Berett
**Subject:** RE: Follow up from a conference call last night - Vista Capable

It is my understanding that Steven Leonard is our main point of contact for all OEM @ Retail issues, including this one. David Berett is Steven's main point of contact for this program.  All info should flow through Steven to David and all direction from David should flow through Steven to Sales.  Let's try to keep this flow of info intact to cut down on all of the communication mishaps.  I have copied David on this mail thread and will ask that David work with Steven to provide any clarity or response to the team so you know how to address this concern with your accounts.  Steven, please keep us all in the loop on your response after discussing with David.

Thank you!

*Julie*

10/11/2007

MS-KELL 000000028659
CONFIDENTIAL

**From:** Dina Yershova
**Sent:** Wednesday, February 01, 2006 9:25 AM
**To:** Wil Johnson; Bob Smrecansky; Mark Farris
**Cc:** Vincent Messina; Gerrit Bergsma; Steven Leonard; Owen Roberts; Julie Zlotnick; Jennifer Yi
**Subject:** RE: Follow up from a conference call last night – Vista Capable

Adding a few more folks to the string..

The point #1 is a big concern – by removing WDDM requirement we are in danger of disappointing many customers regarding the full Vista experience if they choose to upgrade after we launch. Not sure who the call was with, but this is very concerning..

---

**From:** Wil Johnson
**Sent:** February 1, 2006 12:03 PM
**To:** Dina Yershova; Bob Smrecansky; Mark Farris
**Cc:** Vincent Messina; Gerrit Bergsma; Steven Leonard
**Subject:** Follow up from a conference call last night - Vista Capable

Hi all,

I wanted to give you an update on a conference call I was on yesterday evening (Mark, not sure if you were on as well) concerning Vista capable, two things were covered:

1. We have removed the WDDM requirement for Vista Capable machines, the modern CPU and 512 RAM requirements remain intact, but the specific component that enables the graphical elements of Windows Vista (re: aeroglass) has been removed. This was based on a huge concern raised by Intel regarding 945 chipset production supply and the fact that we wanted to get as many PCs as possible logo'd by the 4/1 US retail REV date. The push to retail should be that while this opens up a wider band of machines to being Vista Capable retailers should be very aggressive in communicating to their OEMs (and thus Intel) to maximize the production of 945 chipset equipped machines going forward. From my standpoint, the potential issue this creates is placing more machines that while Vista Capable "logo'd" will ultimately not be able to deliver the full Vista experience if the customer chooses to upgrade at launch.
2. The official confirmation that 4/1 is the date of the logo program (6/1 ad embargo date remains intact).

In addition, Mark Croft and Rajesh will be providing a specific outline of what is acceptable for our online direct retailers in terms of Vista Capable awareness on their websites prior to 6/1 – this will allow us to set our brick and mortar retailers expectations.

Gerrit and Steven – any feedback on how you would recommend we position? Also, as I think about our .com sites of our traditional retail partners I am assuming that the online portion that covers our direct partners will give them clear direction as well, for example on BBY.com listing Vista Capable as part of the specs tab for the device but not allowing them to tag the PC upfront.

Thanks,

Wil

10/11/2007

MS-KELL 000000028660
CONFIDENTIAL

**From:** Rajesh Srinivasan

**Sent:** Tuesday, August 09, 2005 9:40 PM

**To:** Shanen Boettcher

**Subject:** Seeking input: Ready PC Timing & Logo

Shanen,
Here is where I stand as to the Ready PC decision. This mail, albeit long, summarizes the issues. Best Buy validated your two tier approach.

### Situation:

OEM view: Based on OEM Wave4 tours, we have received some strong input from top OEMs asking for delaying the Ready PC announcement to Consumers from Jan 06 to Apr 06 (Sony/Toshiba) and Jun 06 (Dell/HP/Gateway). The primary concern cited by OEMs is the risk of stalling PCs by announcing the program early, when most Consumers are not aware of Windows Vista and when most PCs would not qualify for the Ready Logo.



MS view: However, we think that from the various Windows Vista milestones and PR events, general Consumer awareness re: Windows Vista would start some time early next year around Beta2, CES. We want the program to be available when we are at or near the tipping point of customer awareness. Since Windows Vista requires a step change in graphics hardware than XP to provide optimum performance, we want to avoid customer dis-sat later when a small % of customers who try to upgrade realize they don't get the full experience. We also want a longer term program, as that would help pre-sell Windows Vista to more customers and have a larger customer base post launch that we can try to up-sell Windows Vista.

### Decision at hand:

We need to make a decision on announce timing of Ready PC and communicate to OEMs and retail partners. To assist that, I have discussed with you to get a sense of your input to this decision, prior to the upcoming review with Mike Sievert on this topic this Thursday.

### Potential Options:

The two easy choices are:

1. Stick with current plan of announcing Ready PC program to Consumers in Jan 06 – NOT RECOMMENDED DUE TO HIGH RISKS
   a. Risks include: Lack of OEM, retail support, lack of OEM product availability till May/Jun 06; risk stalling the market
2. Announce in April/May 06; Expect broader product availability by May/June in channel - RECOMMENDED
   a. Pros: OEM participation and product availability by May/June; balances providing info to customers vs. stall due to lack of product availability;
   b. Cons: Reduces potential market of PCs that can upgrade well to Windows Vista; increases customer dis-sat if customers become aware of new OS in early Spring.



Today, you suggested a third option – something we considered earlier and decided against, i.e., a two tier program.

Here is why it makes sense now.

1. OEM push back to announcing the program in Jan 06 is primarily due to concerns that less than 30% of PCs qualify for Ready program in Spring 06. The main driver for this is the WVDDM (formerly LDDM) requirement for GPU. We need to have this requirement as it is fundamental to user experience, stability, quality, productivity, performance, etc. A single tier program positions things as binary -- PC is either Ready or Not.
2. In reality, systems without WVDDM *would* upgrade to Windows Vista, but *would not* provide the full breadth of experience.
3. So, if we have a two tier program where lower tier is "Capable", higher tier is "Ready or Optimized", then



10/11/2007

MS-KELL 000000029051
CONFIDENTIAL

we would be able to announce the program at CES 06 with OEM support. In early Spring 06, Top 20 or 30% of PCs would be Ready or Optimized, while the remaining 70-80% of PCs would be just "Capable". As we move closer to launch, Ready segment would increase to around 60-70%. (Factors that drive this are: Intel's pricing of 945 chipset, and end of life timing of Intel 915).

Back in Mar-Apr, we did not believe we can finely message a two tier program to customers and hence we moved away from two tier Ready program.

### Best-Buy Preliminary Input:
In a review with Best Buy today, their VPs for PC business and Strategy also think that with a single tier program, we would stall the market by going early, and they would not want us to launch the program till Back to School 06. But, if we have a two tier program that addresses 100% of PCs, then they think it is feasible to launch the program in early Spring (Feb-Mar).

### Proposed Recommendation:
Based on this info, the proposed recommendation is to have a two tier program – Capable at the low end and Ready/Optimized at high end

|  | Capable | Ready |
|---|---|---|
| Requirements | DFW XP logo criteria<br>Modern CPU<br>512MB or more RAM | DFW XP logo criteria<br>Modern CPU<br>512MB or more RAM<br>GPU with WVDDM support |
| New Logo | No – continue to use XP logo | Yes, Ready for Windows Vista logo |
| Preliminary thoughts re: Messaging | Future proof your investment (i.e., don't stall sales) | Get a futuristic PC (that will provide the full experience with next generation of Windows and applications) |
| Price points | Value-priced; most mid-priced | Most high end; some mid-priced |



- We do not want a new logo for "Capable for Windows Vista" as any logo re: Windows Vista on a non-WVDDM PC would not be in line with Windows Vista standard logo.

  Thus, by using a two tier approach,
  - We can still launch the program In Jan 06 at CES and maximize our up-sell opportunity.
  - By letting OEMs know now, we have a small chance of influencing their product plans for Spring and definitely for Summer.
  - We are not relaxing any criteria (e.g., WVDDM) that impacts user experience on PCs that are labeled Ready.
  - And we avoid customer dissatisfaction.
  Although this sounds like a win-win, we would definitely have some strong OEM push back, and need Kevin Eagan's team and OEM division to support this decision.

  

  I would like your input to this, if possible prior to Thursday. That way, we can make a decision soon. If we have to announce the program in January, we need to inform OEMs now and provide them with the Ready Logo so they can use in their hardware refresh starting in Feb/Mar.

  Thanks,

  Rajesh

10/11/2007

MS-KELL 000000029052
CONFIDENTIAL

From:    Dean Lester

Sent:    Wednesday, March 01, 2006 11:07 AM

To:      Rajesh Srinivasan; Michael Wallent; Anantha Kancherla

Cc:      Jim Totton

Subject: RE: Capable PC and DX7 graphics (RE: Again; Please advise of Wave 5 Updates for Intel & Questions on 865 and Vista-Capable)

General video playback and games (including in box games such as Chess) will suffer on older cards. DX7/DX8 hardware will have a noticeable detrimental impact on many media experiences. If users try to upgrade from Home Basic to Home Premium/Ultimate using the PUP they will they will either be prevented from doing so (not sure about this mechanism) or have an even worse experience when they try Media Center.

**From:** Rajesh Srinivasan
**Sent:** Wednesday, March 01, 2006 10:55 AM
**To:** Michael Wallent; Anantha Kancherla; Dean Lester
**Cc:** Jim Totton
**Subject:** RE: Capable PC and DX7 graphics (RE: Again; Please advise of Wave 5 Updates for Intel & Questions on 865 and Vista-Capable)

There are two potential issues that I see:

1. Windows Vista adoption among OEMs – the more quickly we help shift demand towards WDDM based GPU leading up to launch, the faster OEMs will take to pre-installing Windows Vista after launch. Any MS endorsed program pre launch that approves the use of older generation graphics cards could delay OEMs moving to Windows Vista after launch, as WDDM capable cards would sell at a premium around launch. This is an issue for FY07.
To quote Intel:" Whether or not these platforms qualify for the Windows Vista Capable PC program will have a significant impact on platform migration plans; and in ongoing associated negotiations across our customer base; particularly in the short term (1 year out)."

2. Potential customer dissat or experience – I am not sure what differences are when running Windows Vista on PCs with DX7 vs. DX9 w/o WDDM. If this is a big deal, then we should be concerned. If Windows Vista experience on DX9 w/o WDDM == DX7, then we don't need to worry much about this.

Thoughts, comments?

**From:** Michael Wallent
**Sent:** Wednesday, March 01, 2006 10:43 AM
**To:** Rajesh Srinivasan; Anantha Kancherla; Dean Lester
**Cc:** Jim Totton
**Subject:** RE: Capable PC and DX7 graphics (RE: Again; Please advise of Wave 5 Updates for Intel & Questions on 865 and Vista-Capable)

clearly, they do.

we committed to this path when we waived LDDM. a customer w/DX7 is the same boat as DX8 or DX9 w/o LDDM, so I'm not sure what the issue is.

**From:** Rajesh Srinivasan
**Sent:** Wednesday, March 01, 2006 10:37 AM

10/11/2007

MS-KELL 000000029334
CONFIDENTIAL

**To:** Anantha Kancherla; Dean Lester; Michael Wallent
**Cc:** Jim Totton
**Subject:** Capable PC and DX7 graphics (RE: Again; Please advise of Wave 5 Updates for Intel & Questions on 865 and Vista-Capable)

With the change in Capable PC requirements on Jan 31 (WDDM support for DX9 graphics cards is now a recommended and not a required criterion), PCs with DX7 graphics cards are now technically eligible for Capable PC program as long as they have 512MB RAM.

Intel is asking for specific clarification re: 865 (see attached). Last week I also learned that many OEMs selling PCs in Asia plan to use DX7 class SiS/S3 parts for Capable PCs.

Is there a way around this, so as to not set more Capable PC customers up for a bad experience in the event that they upgrade to Windows Vista?



Thanks,
Rajesh

---

**From:** Anantha Kancherla
**Sent:** Wednesday, March 01, 2006 9:00 AM
**To:** Rajesh Srinivasan
**Subject:** RE: Again; Please advise of Wave 5 Updates for Intel & Questions on 865 and Vista-Capable

Based on objective criteria that exist today for capable even a piece of junk will qualify ☺
So based on that yes 865 will qualify.

For the sake of Vista customers, it will be a complete tragedy if we allowed it. I don't know how to help you prevent it.

---

**From:** Rajesh Srinivasan
**Sent:** Tuesday, February 28, 2006 12:27 PM
**To:** Anantha Kancherla
**Subject:** FW: Again; Please advise of Wave 5 Updates for Intel & Questions on 865 and Vista-Capable
**Importance:** High

Anantha, Now that there is no explicit requirements for Capable PCs for graphics, would Intel 865 based platforms qualify for Capable PCs? Essentially, any DX7 platforms would also qualify since we didn't explicitly say you need DX9. Can you please help?

Thanks,
Rajesh

---

**From:** Nolte, Rick [mailto:rick.nolte@intel.com]
**Sent:** Tuesday, February 28, 2006 12:24 PM
**To:** Rajesh Srinivasan
**Cc:** Ty Carlson; Patrick Kennedy
**Subject:** RE: Again; Please advise of Wave 5 Updates for Intel & Questions on 865 and Vista-Capable

Folks,

We are being slammed from numerous customers in virtually every geography telling us that MSFT has communicated that Intel 865 based platforms qualify for the Vista Capable PC program. Can you please confirm (yes or no) that Intel 865 platforms qualify fro the Vista capable PC program? We need to provide guidance before the EOD today; and to ensure consistency of messages we are at this point inclined to confirm this position

10/11/2007

MS-KELL 000000029335
CONFIDENTIAL

to our field. Your help is greatly appreciated.

Thanks,
Rick

---

**From:** Rajesh Srinivasan [mailto:Rajesh.Srinivasan@microsoft.com]
**Sent:** Monday, February 27, 2006 2:57 PM
**To:** Nolte, Rick
**Cc:** Ty Carlson; Patrick Kennedy
**Subject:** RE: Again; Please advise of Wave 5 Updates for Intel & Questions on 865 and Vista-Capable

Rick,

We had a session on Windows Vista Capable as part of Wave5. However, since we have been communicating a number of updates to this program directly to OEM partners worldwide in the past several weeks, we used the Wave5 sessions to clarify questions.

We have NOT been messaging anything about Intel 865. So your message below re 865 is a surprise to me. During Wave5, we have been reiterating our communication to OEMs from Jan 31 that WDDM support for DX9 GPU is now a recommended but not a required criterion for Windows Vista Capable PCs.

Thanks,
Rajesh

---

**From:** Nolte, Rick [mailto:rick.nolte@intel.com]
**Sent:** Monday, February 27, 2006 9:15 AM
**To:** Ty Carlson; Patrick Kennedy; Rajesh Srinivasan
**Subject:** RE: Again; Please advise of Wave 5 Updates for Intel & Questions on 865 and Vista-Capable

Thanks Ty; I'll look forward to being illuminated.

Cheers,
Rick

---

**From:** Ty Carlson [mailto:tycar@windows.microsoft.com]
**Sent:** Monday, February 27, 2006 9:08 AM
**To:** Nolte, Rick; Patrick Kennedy; Rajesh Srinivasan
**Subject:** RE: Again; Please advise of Wave 5 Updates for Intel & Questions on 865 and Vista-Capable

Rick,

Message received. I'm syncing with Patrick and Rajesh.

However – I do not believe that Vista Capable was part of Wave 5. Patrick and Rajesh can clarify.

Thanks,
ty

---

**From:** Nolte, Rick [mailto:rick.nolte@intel.com]
**Sent:** Monday, February 27, 2006 8:59 AM
**To:** Patrick Kennedy; Rajesh Srinivasan
**Cc:** Ty Carlson
**Subject:** Again; Please advise of Wave 5 Updates for Intel & Questions on 865 and Vista-Capable
**Importance:** High

10/11/2007

Page 141

MS–KELL 000000029336
CONFIDENTIAL

Folks,

In our joint messaging and proactive Q&A for the Windows Vista Capable PC program we have been communicating that Intel 915, 945 and 965 chipset based platforms qualify for the Vista Capable program. We have information from 2 OEM's that MSFT is communicating that Intel's 865 based programs also qualify for the Vista Capable PC program. Please confirm that this is consistent with your messaging so that we can ensure we are on the same page.

As Intel is a full month behind the rest of the world in receiving the Windows Vista Wave 5 updates from MSFT, we continue to experience an avalanche of confusing and contradictory messages from our customers and field that we cannot effectively address.

We again request that MSFT re-schedule a Windows Wave 5 update as soon as possible in order to ensure Intel has the latest plan and messages so that we can mitigate the rampant confusion. As there were 122 Intel employees confirmed for the previous update that was belatedly cancelled by Microsoft (many of whom traveled from as far away as Russia and India to participate), we request that that the replacement Wave 5 meeting be scheduled via conference call so that we can avoid further unnecessary expenditures of human and financial resources.

Thank you very much for your support, and I'll look forward to your response.

Cheers,

Rick

10/11/2007

MS-KELL 000000029337
CONFIDENTIAL

**From:** Kevin Quille
**Sent:** Monday, July 18, 2005 9:27 AM
**To:** Wil Johnson; David Berett; Travis Ames; Steven Leonard
**Cc:** Monica Boyle
**Subject:** RE: Thanks for your support!

Thanks Wil. One more point of clarification, some of these program still may change, specifically Ready PC and Logo based upon continued feedback from the OEM's. We will be working directly with Gateway to follow up on the Actions that were specific to them and understand Wil from your comments that you & Steven will follow up with BB.

--Kevin

**From:** Wil Johnson
**Sent:** Friday, July 15, 2005 5:30 PM
**To:** Kevin Quille; David Berett; Travis Ames; Steven Leonard
**Cc:** Monica Boyle
**Subject:** RE: Thanks for your support!

Hi all,

In reading through the below two mails and we have accurately covered off on all the points, however, at the risk of being redundant here are the three big rocks we need to address in levels of importance as I captured in the meeting – KEY NOTE – THIS IS FROM BBY's POINT OF VIEW;

1. "Longhorn Ready" PCs – We need to verify the spec requirements and product roadmap in order for PCs to fully support the Longhorn experience or truly be "Longhorn Ready". It appears that there is a disconnect between what we have communicated to BBY and what we have communicated to Gateway (especially as it relates to the Intel/AMD chip roadmap issue); If we unleash the Longhorn marketing program (name and delivery date) to the public without BBY being able to support the announcement with hardware it will be a huge issue.

2. SKU Plan Rationale – BBY feels that they are at a significant disadvantage to Dell in the current model. They were highly supportive of the digital distribution model with the ability to upgrade at the Tech Bench. Personally, I think that works against their solution model as it relies too heavily on RSP knowledge on piecing together a complex sell (something they can't do today easily even with ready made solutions). They realize the Ultimate Sku is the current step up path but are worried about the price value relationship to the consumer. They are particularly concerned with the MCE UI/functionality of Home Premium not mirroring up with the Pro Sku functionality (unless Ultimate Sku is added) as they gave feedback that a large portion of their BBFB sales for small business owners are MCE machines.

3. Logo Program – Similar to number one; they are concerned that due to the OS mapping functionality to system specs that there will be vastly different experiences for consumers depending on hardware making the Longhorn Logo program inconsistent and ultimately inaccurate.

As David captured, although BBY acknowledged that we are taking their feedback, they are unhappy with the level of traction (or at least out right rejection) of their suggestions. They are going to elevate the above issues within their organization and are simply waiting for

MS-KELL 000000030049
CONFIDENTIAL

me/David/Steven to prepare the appropriate personnel for the subsequent dialogue that is anticipated to result. My thought is that we need to address the situation prior to the 8/9 meeting.

Looking forward to continued discussions,

Wil

---

**From:** Kevin Quille
**Sent:** Friday, July 15, 2005 4:07 PM
**To:** David Berett; Travis Ames; Wil Johnson; Steven Leonard
**Cc:** Monica Boyle
**Subject:** RE: Thanks for your support!

Thanks David for compiling your list. I had many of the same notes in addition:

- BB & Gateway needs to have marketing and HW details on LH Ready Program. This is regarding Dell having an advantage to sell LH Ready Program.
- Windows System Assessment Tools, Windows Capability Rating System conversation needs to happen with BB if/when this is ready.
- BB/GTW would like Microsoft to be "creative" in driving for a successful Tablet launch this fall.

Some of the issues captured regarding GTW/BB not knowing nor feeling they had no input into our process for developing the sku strategy for LH were overstated. While I cannot speak for BB, Gateway has been included in the process which has included 3 LH Technical Design Reviews/Feedback Sessions directly with Gateway VP's. Additionally Jim Allchin has talked about LH 2 times with Gateway's CEO as well as SVP's regarding this product plans.  These meetings dating back to more than a year ago. Let's talk on Monday so that we are clear how to proceed as I know you will be following up with BB and us with Gateway.

Regards,
Kevin

---

**From:** David Berett
**Sent:** Friday, July 15, 2005 12:07 PM
**To:** Travis Ames; Wil Johnson; Kevin Quille; Steven Leonard
**Cc:** Monica Boyle
**Subject:** RE: Thanks for your support!

Here are my notes from the meeting.  I know Kevin and Will were also taking notes, so I'm hoping Kevin can produce a consolidated view that I can circulate in the BG. We have a meeting August 9th with BBY here in Redmond and I would like to have some responses to some of the questions for that.

Feedback:

MS-KELL 000000030050
CONFIDENTIAL

- Both GW and BBY strongly favor the Digital Distribution. They see this as a positive thing to enable broader software offering with fewer SKU's. Manufacturing and inventory are the issues for them.
  - With regard to having the bits on the drive, (unlock vs download), size is the gating factor.
- (they view) Having separate SKU's for differing value propositions (consumer – small business) is twice the work for 5% more volume.
  - They were quick to point out that the top selling SKU in BBYfB is MCE, as opposed to some business SKU.
- KEY POINT:  BBY in particular wants the ability (via server or CD) to dynamically select the O/S that a system will have at the point of sale.
- Both GW and BBY wanted to see upgrade paths between the home and pro silos beyond Ultimate.   There was considerable sentiment that they should be and weren't being considered on questions like SKU plan and upgrade paths. They were upset that our SKU plan was already locked, although we were surprised that they were since this information has been conveyed since early in the year.
- BBY, and to a lesser degree GW, expressed that they have given us some of this feedback before and that while ask for and acknowledge taking their feedback back to our internal groups, they aren't seeing responses.
- There was some sentiment that we might not be at the right level to be able to deal with their requests and feedback and that there is a need to have an exec summit with the right people to resolve some of this.
- There was a strong feeling that our plans favor Dell (their arch-rival)
- There were lots of concerns about the LH ready program from the perspective that we were going to be creating visibility to this at a time that there will only be a few PC's in the aisle that are actually ready, thereby killing sales. Specific objection (from GW) was around the 945 chipset being a year away, but this being a requirement. 
  - Again, Dell has the advantage because of their ability to react quickly to supply chain changes.
- (GW) Concerns that LH on the low end looks like XP

---

**From:** Travis Ames
**Sent:** Thursday, July 14, 2005 10:20 PM
**To:** Wil Johnson; David Berett; Kevin Quille; Steven Leonard
**Cc:** Monica Boyle
**Subject:** Thanks for your support!

David, Will, & Steven, on behalf of the Gateway team, thank you for your support during the Gateway / Best Buy Longhorn sync.  Kevin & Steven predicted right that there would be roadbumps & there were.  Each of you handle the rough points with grace.  Thx again for the support!

Note – I'm on vacation Fri – July 25th.  Kevin is the lead on retail (as always :>).  Kevin will be syncing with you Steven on what level of support we can bring for Gateway at Best Buy specific to end caps.

Best!

MS-KELL 000000030051
CONFIDENTIAL

| From: | Padmanand Warrier |
|-------|-------------------|
| Sent: | Tuesday, October 11, 2005 6:53 PM |
| To: | Rajesh Srinivasan; Dave Wascha; Raghu Ram; Jim Hebert; Scott Herrboldt |
| Subject: | FW: WLP 0.6 Clarification request |

Categories: 1:1 RaghurR

Understand the issues below, but they can be solved. While OEM acceptance is an important consideration, we need to do the right thing by the customer. Rather than get into a big debate by mail, lets meet. I volunteered to set one up.

**From:** Rajesh Srinivasan
**Sent:** Tue 10/11/2005 5:53 PM
**To:** Richard Russell (RGR); Raghu Ram; Mike Wehrs; Padmanand Warrier; Scott Herrboldt
**Cc:** Kam VedBrat; Pablo Fernicola; Andrew Cook; Drew Johnston; Anantha Kancherla; Jeff Meissner; Dave Wascha; Mark Croft
**Subject:** RE: WLP 0.6 Clarification request

Padmanand, Raghu,

To add to what Richard Russell is saying below, Ready PC requirements are aligned with Vista standard logo criteria where possible, and are not 100% identical to Vista standard logo criteria, as:

1. The requirements for Vista std logo aren't finalized till v0.7 in Dec 05

2. Vista standard logo criteria require OEMs to test systems with Vista running using signed drivers. The OS won't be final till RTM. Many drivers aren't available till close to that time – e.g., LDDM drivers for GPUs won't be available till Vista launch. We won't have tests to verify these till close to RTM.

3. Ready PCs would start to appear in market in Apr in Japan and June worldwide. OEMs have to plan now which systems they would market as Ready for Windows Vista.

4. It is impractical to expect OEMs to plan/design systems now and qualify these systems starting early next year, when Vista logo criteria remain un-testable until close to RTM. In essence we will be asking OEMs to comply with requirements and tests which are not defined, putting them in an untenable position to comply with things they can't possibly do.

The primary goal of Ready PC program is to limit stall of XP PC sales as we continue to build Vista buzz. We have debated the requirements for the past several months, and have carefully chosen the current set of requirements where key hardware criteria are aligned with Vista standard logo. We believe this strikes the right balance between limiting impact on XP PC sales, ensuring OEM support and participation in the program and providing a good customer experience after Vista upgrade.

Thanks,
Rajesh

**From:** Richard Russell (RGR)
**Sent:** Tuesday, October 11, 2005 9:04 AM
**To:** Raghu Ram; Mike Wehrs; Padmanand Warrier; Rajesh Srinivasan; Scott Herrboldt
**Cc:** Kam VedBrat; Pablo Fernicola; Andrew Cook; Drew Johnston; Anantha Kancherla; Jeff Meissner; Dave Wascha
**Subject:** RE: WLP 0.6 Clarification request

10/11/2007

MS-KELL 000000030692
CONFIDENTIAL

Hi Raghu,

Opps. I had a typo – not 512MB of graphics memory – 512MB of system memory.

How do systems that are designed now (and will ship in June) meet the Vista Standard logo requirements?  E.g. we haven't even finished defining them yet and we have no tests to check them.

OEM's need some way of communicating to customers that a machine can be upgraded to Vista.   While Vista Ready certainly needs to be well aligned with the standard logo requirements, but there is no way for OEM's to meet them in strict terms.  I would agree that Vista Ready should have requirements from the standard logo requirements where the OEM's can meet them, but that's as far as we can go right now.

I'm not quite sure I understand they comments about upgradeability:  Are you concerned that Vista ready systems that ship before Vista RTM can't be upgraded in some manner?

Thanks ☺
RGR

---

**From:** Raghu Ram
**Sent:** Tuesday, October 11, 2005 8:53 AM
**To:** Richard Russell (RGR); Mike Wehrs; Padmanand Warrier; Rajesh Srinivasan; Scott Herrboldt
**Cc:** Kam VedBrat; Pablo Fernicola; Andrew Cook; Drew Johnston; Anantha Kancherla; Jeff Meissner; Dave Wascha
**Subject:** RE: WLP 0.6 Clarification request

Richard,

To any consumer, a Vista ready means that this system that he/she purchases is "Ready" to run Vista once it is released – and given that we also provide a free upgrade to vista during this promotion period – that's the perception.  Now, I agree that those PCs may not run the premium scenarios – understood.  And we should message it accordingly, but at the minimum, it should be able to meet the standards of Vista standard and be upgradeable from a hardware perspective if someone chooses to pay for the premium experience.  Just the assumption that a 512 Mb of graphics memory would make it vista ready is just not going to hold water – we will only see a lot of calls back for support if we go that route.

Raghu

---

**From:** Richard Russell (RGR)
**Sent:** Tuesday, October 11, 2005 8:46 AM
**To:** Mike Wehrs; Padmanand Warrier; Rajesh Srinivasan; Scott Herrboldt
**Cc:** Kam VedBrat; Pablo Fernicola; Andrew Cook; Drew Johnston; Anantha Kancherla; Jeff Meissner; Dave Wascha; Raghu Ram
**Subject:** RE: WLP 0.6 Clarification request

Raghu, Padmanand,

Vista ready doesn't mean that the system would get a Vista Standard or Premium logo.  It simply means that the system will perform well with Vista.  It doesn't' mean that the system will run Aero or provide any premium experiences (though it may).  E.g. customers simply want to know that Vista will run ok if they upgrade.  The two major things that make a PC "Vista Ready" are that it has 512MB of graphics memory and that the OEM guarantees that there will be an LDDM driver available for its graphics sub-system when Longhorn RTMs.

10/11/2007

MS-KELL 000000030693
CONFIDENTIAL

There is no way for the drivers that ship on an XP based system to have a Vista logo and/or signature. For example, LDDM drivers don't run on XP and we don't logo XP driver model graphics drivers.
   Audio drivers have the same issues. My guess is that most others do as well.   Also, I don't think we are going to be putting Vista signatures on drivers that are intended for XP or that we would even be ready to do so for systems that would ship in June.

RGR

---

**From:** Raghu Ram
**Sent:** Tuesday, October 11, 2005 8:34 AM
**To:** Scott Herrboldt; Padmanand Warrier; Rajesh Srinivasan; Richard Russell (RGR)
**Cc:** Kam VedBrat; Pablo Fernicola; Mike Wehrs; Andrew Cook; Drew Johnston; Anantha Kancherla; Jeff Meissner; Dave Wascha
**Subject:** RE: WLP 0.6 Clarification request

At a minimum, any Vista Ready PC should
   a)   Be able to install & upgrade to Vista
   b)   All drivers and components should have a Vista Logo / Signature
   c)   Be upgradeable to support any other premium scenarios (the consumer should be able to add other Vista Logo'd devices and be able to enjoy the vista experience)

Is this not something a consumer would expect on any system that carries a "Vista Ready" stamp?    If this is not the case, why do we call it "Vista Ready" -- it's just a souped up XP logo'ed system -- right?

Raghu



---

**From:** Mike Wehrs
**Sent:** Tuesday, October 11, 2005 8:37 AM
**To:** Padmanand Warrier; Rajesh Srinivasan; Richard Russell (RGR); Scott Herrboldt
**Cc:** Kam VedBrat; Pablo Fernicola; Andrew Cook; Drew Johnston; Anantha Kancherla; Jeff Meissner; Dave Wascha; Raghu Ram
**Subject:** RE: WLP 0.6 Clarification request

If these PC's will be likely candidates for upgrading to Vista, then, when they do that, they will need to also pass certain min performance levels for premium features in Vista to be available to them.  Therefore hitting certain WinSAT minimums should also be part of these requirements.

Mike

---

**From:** Scott Herrboldt
**Sent:** Tuesday, October 11, 2005 8:00 AM
**To:** Padmanand Warrier; Rajesh Srinivasan; Richard Russell (RGR)
**Cc:** Kam VedBrat; Pablo Fernicola; Mike Wehrs; Andrew Cook; Drew Johnston; Anantha Kancherla; Jeff Meissner; Dave Wascha; Raghu Ram
**Subject:** RE: WLP 0.6 Cklarification request

Rajesh, I just want to go on record apologizing for our late arrival to this party. That said, to carry the Ready logo the OEMs it would make sense to me to ask the OEM to make a commitment to submit & pass for standard once the tests are available. This should be part of the license agreement for Ready. We would also like to explore IHV

10/11/2007

MS-KELL 000000030694
CONFIDENTIAL

Incentive options as well and we understand that WDEG will need to drive & fund this.

---

**From:** Padmanand Warrier
**Sent:** Tuesday, October 11, 2005 7:42 AM
**To:** Rajesh Srinivasan; Richard Russell (RGR); Scott Herrboldt
**Cc:** Kam VedBrat; Pablo Fernicola; Mike Wehrs; Andrew Cook; Drew Johnston; Anantha Kancherla; Jeff Meissner; Dave Wascha; Raghu Ram
**Subject:** RE: WLP 0.6 Cklarification request

This does not make sense to me, esp. if ready PC is going to launch in June and we RTM Vista shortly thereafter. If I read this correctly, a customer could buy a "ready PC" and think that is what he/she is getting. However, it will not even meet the requirements for running _standard_ Vista. And, a few months later, we will launch a marketing campaign touting the benefits of _premium_ Vista which this PC will not even come close. That's just bad

The final Ready PC requirements would be DFW XP logo criteria, modern CPU, 512MB or more RAM, WDDM capable GPU. That's it. Standard logo may have other criteria.

---

**From:** Rajesh Srinivasan
**Sent:** Friday, October 07, 2005 11:51 AM
**To:** Padmanand Warrier; Richard Russell (RGR)
**Cc:** Kam VedBrat; Pablo Fernicola; Mike Wehrs; Andrew Cook; Drew Johnston; Anantha Kancherla; Jeff Meissner; Dave Wascha; Raghu Ram
**Subject:** RE: WLP 0.6 Cklarification request

The final Ready PC requirements would be DFW XP logo criteria, modern CPU, 512MB or more RAM, WDDM capable GPU. That's it. Standard logo may have other criteria.

Ready PC will not have any testing implications that is tied to Vista – only WHQL submissions would be for DFW XP logo criteria, as these are shipped as XP PCs.

Can someone answer my questions re: S3/Via WDDM drivers? In box now? Expected to be by Beta2? Later?

Thanks, Rajesh

---

**From:** Padmanand Warrier
**Sent:** Friday, October 07, 2005 11:43 AM
**To:** Rajesh Srinivasan; Richard Russell (RGR)
**Cc:** Kam VedBrat; Pablo Fernicola; Mike Wehrs; Andrew Cook; Drew Johnston; Anantha Kancherla; Jeff Meissner; Dave Wascha; Raghu Ram
**Subject:** RE: WLP 0.6 Cklarification request

a)   Please keep RaghuR and Dave Wascha on these threads
b)   To put in simple terms, are you saying Vista Ready == Vista Standard in terms of requirements and testing

---

**From:** Rajesh Srinivasan
**Sent:** Friday, October 07, 2005 11:40 AM
**To:** Richard Russell (RGR)
**Cc:** Kam VedBrat; Pablo Fernicola; Mike Wehrs; Andrew Cook; Drew Johnston; Anantha Kancherla; Padmanand Warrier; Jeff Meissner
**Subject:** RE: WLP 0.6 Cklarification request

10/11/2007

MS-KELL 000000030695
CONFIDENTIAL

Yes, that is true. Vista Ready is just that – PC would get a stable experience running Vista (vista basic logo); not the full experience.

Thanks, Rajesh

---

**From:** Richard Russell (RGR)
**Sent:** Friday, October 07, 2005 11:09 AM
**To:** Rajesh Srinivasan
**Cc:** Kam VedBrat; Pablo Fernicola; Mike Wehrs; Andrew Cook; Drew Johnston; Anantha Kancherla; Padmanand Warrier; Jeff Meissner
**Subject:** RE: WLP 0.6 Cklarification request

Hi Rajesh,

This sounds much more reasonable and simple than the ideas being discussed a few days ago ☺  It looks like Vista Ready no longer encompasses Aero.  Do I understand that correctly?

Thanks ☺
RGR

---

**From:** Rajesh Srinivasan
**Sent:** Friday, October 07, 2005 9:47 AM
**To:** Richard Russell (RGR)
**Cc:** Kam VedBrat; Pablo Fernicola; Mike Wehrs; Andrew Cook; Drew Johnston; Anantha Kancherla; Padmanand Warrier; Jeff Meissner
**Subject:** RE: WLP 0.6 Cklarification request

<Dropping Joe, Helena; Adding Drew, Anantha>

We are close to providing an update to OEMs re: the criteria for the Ready PC program. Here is where we have netted out as of last night –
- Requirements would be aligned with Vista standard logo criteria – primarily 512MB total RAM, WDDM capable graphics (formerly LDDM)
- Program would start world-wide in June 06
- Program would use an optional replacement logo to the existing DFW XP logo

As before,
- It is up to the OEM to use the right logo on qualifying PCs
- OEMs are responsible for providing the drivers for their Ready PCs when customers upgrade to Vista

These updates (or lack there of) have not yet been officially communicated to OEMs.  So please do not say anything re: this outside MS yet.

Where is Via/S3 with respect to their WDDM drivers? Are their WDDM drivers supported in the builds now? If not, when will they in the builds?

Thanks,
Rajesh

---

**From:** Joe McCann (S3 Graphics)
**Sent:** Tuesday, October 04, 2005 12:11 PM
**To:** Richard Russell (RGR); Padmanand Warrier; Jeff Meissner; Raghu Ram
**Cc:** Kam VedBrat; Pablo Fernicola; Helena Li; Mike Wehrs

10/11/2007

MS-KELL 000000030696
CONFIDENTIAL

**Subject:** RE: WLP 0.6 Cklarification request

Hello Richard,

Has there been any updated regarding the items below? I believe that the 061 WLP will be out shortly combining the Server and Client criteria, and our hope for some type of clarification to be included.

Regarding item 2 below, Back in April the "Windows Vista ready PC program" was announces with a target deployment of Q1\06. In June, there was additional info made available per an Asia Pacific conference. That being said, we are not aware of the system criteria for this program. Criteria\Program  language, either separate from or included in the spec, would be much appreciated, to help us be sure that we are able to confidently announce compliance for this program, once these steps have been properly exercised.

Regardless if this is a program requires IHV's\ OEM's to qualify an LDDM driver through Winqual on Beta or RC Vista (for the XP shipping device ID), as a means to guarantee that the PC is truly Windows Vista ready), or if this will this will look more like a guarantee, made by the OEM\IHV committing to LDDM drivers within x amount of months, following the Release of Windows Vista retail; OEM's will still be held to an 18 month of no HW changes, 12 months of no firmware changes and 6 months of no driver changes. Which goes to say (as I know you are quite aware) that time is really becoming critical. It will be very difficult for us (Via and S3G) to guarantee that systems and devices are "Windows Vista PC Ready" In Q1 06 if we do not understand what the criteria is, as it pertains to Aero\Express. (Areas such as Auto Low Frame Buffer for discrete, also touch the High end UMA systems)

In addition to this, I am still unclear where the "To go" tier fits into the Logo process.

As always, your help is much appreciated,

Joe

-----Original Message-----
**From:** Richard Russell (RGR)
**Sent:** Wednesday, August 24, 2005 6:29 PM
**To:** Joe McCann (S3 Graphics); Padmanand Warrier; Jeff Meissner; Raghu Ram
**Cc:** Kam VedBrat; Pablo Fernicola; Helena Li; Mike Wehrs
**Subject:** RE: WLP 0.6 Cklarification request

Hi Joe,

Let me close the loop with folks here and we'll get some answers to you shortly.

Best Regards
Richard.

---

**From:** Joe McCann (S3 Graphics)
**Sent:** Wednesday, August 24, 2005 3:55 PM
**To:** Padmanand Warrier; Jeff Meissner; Raghu Ram
**Cc:** Kam VedBrat; Richard Russell (RGR); Pablo Fernicola; Helena Li
**Subject:** RE: WLP 0.6 Cklarification request
**Importance:** High

Hello all,

After reviewing the latest WLP 3.0 Version .06 spec we still have a couple questions, which have of course been difficult to answer as WinSat continues to collect data that _may_ impact Windows Vista Logo tier performance

10/11/2007

MS-KELL 000000030697
CONFIDENTIAL

requirements.

(It is getting critical for us to get definitive answers ASAP for the following two long-outstanding questions)

1. Is there a performance requirement for LH "Standard" (aka AERO-Express/AERO-Standard)?
WLP 3.0 v0.6 does not have any (WinSAT) performance requirement except for "Premium". So it seems "Standard" level only requires LDDM and a DX9 core that supports certain feature set detailed in the WLP. However, in the WinSATTechDoc-R2.doc that came with WinSAT beta2, it says "The DWM assessment is targeted at assessing a system's ability to run Longhorn composite desktop, often refereed to as <u>AERO-Express</u>, AERO-Glass.

When last we spoke, there was not enough WinSat data yet to determine if there will really be much of a performance difference between running Aero-Express vs. Aero Glass, and that if you could do one that you could likely do the other. However, we do not want to assume that because we have Dx9 level HW with an LDDM driver that the system meets the WinSat performance criteria for the "Standard" Logo.

In short:
WLP: does not have a performance requirement for "Standard" logo but must simply be a DX9 GPU with an LDDM Driver.
WinSat: Despite being DX9 HW with an LDDM Driver, it may still disable DWM by default due to its system assessment of DWM ability. (We understand that the OEM may choose to ship WDM on\off for performance reasons, regardless of the default settings that Winsat will help the OS to determine).  (But we also want to consider retail Motherboards and retail installs of Windows Vista)

2. What are the WinSAT assessment parameters to test each category of the performance requirements for a Premium logo?
LH beta1, WinSAT beta3, and WLP 3 v0.6 are all out. What can one do to answer the question whether a platform can meet the performance required by assessment (DWM, D3D, MEM, DISK, CPU individually) outlined in the WLP for Premium level?

Perhaps we can take a short meeting if the questions are not understood.  Just as I am sure you are hearing a lot, IHV's being pushed aggressively about what our HW will and will not support and we need to be sure that we do not make feature promises that we cannot meet, and that we do not under market those that we do.

Thank you all for your time and any help that you can be,

Joe


-----Original Message-----
**From:** Padmanand Warrier
**Sent:** Thursday, August 18, 2005 3:41 PM
**To:** Jeff Meissner; Joe McCann (S3 Graphics); Raghu Ram
**Subject:** RE: WLP 0.6 Cklarification request

Joe –

To answer your questions

   a)  There is no diamond, there is no such tier.
   b)  If implemented can be implemented at either tier – Std or Premium (note that Silver and Gold are now known as these respectively. Again these are placeholders, the final tier levels will be determined closer to launch). In rare instances, certain requirements can only be implemented at Premium, these will be explicitly noted in the documentation
   c)  LDDM and Dx9 are requirements, yes.
   d)  We <u>do not</u> comment on "logoability" of specific parts
   e)  Please review the detailed requirements in the upcoming .6 requirements that will be posted in about a


10/11/2007

MS-KELL 000000030698
CONFIDENTIAL

week to the WHDC public site, and if you have further questions, please email to the "hwlogo" alias

Regards
Padmanand

---

**From:** Jeff Meissner
**Sent:** Thursday, August 18, 2005 3:20 PM
**To:** Joe McCann (S3 Graphics); Padmanand Warrier; Raghu Ram
**Subject:** RE: WLP 0.6 Cklarification request

Adding a few more folks to the thread. Note that Diamond is NOT a logo level.

Jeffme

---

**From:** Joe McCann (S3 Graphics)
**Sent:** Thursday, August 18, 2005 2:56 PM
**To:** Jeff Meissner
**Subject:** WLP 0.6 Cklarification request

Hello jeff, I am not sure who all to run this by so I am hoping that you can help me to circulate this question if you don't already know the answer.

*According to WLP3 v0.6, there are only two logo levels - Standard (used to be Silver) and Premium (aka Gold). (There is no Diamond-equivalent with the exception of a few "if implemented" categories such as Security, MCE, etc).

*All Logo levels require LDDM and DX9 (exempted only for ultra-lite notebook until 6/30/2007).

*According to a LH update in Taiwan around mid June, OEM's had the choice to run "Classic" or "ToGo" as long as the platform had been logo'ed - meaning the bar for logo stays the same.

 If the above is true, (and if 915G is out), it is not logoable (unless there are no performance requirement for Standard). At least this appears to be the case from WLP3 perspective, but WinSAT specifically calls out Silver, Gold, and Diamond.  Can we get a clarification regarding "Diamond" as a Logo Level?  I believe that the WLP is the more accurate source and that the 915 will not be Logoable but please confirm.

Thank you for your help,

Joe

MS-KELL 000000030699
CONFIDENTIAL

May 18, 2006
http://www.internetnews.com/ent-news/article.php/3607406
Tone: 3
Quotes:

- For home users, there will be three versions: Vista Home Basic, Vista Home Premium and Vista Home Ultimate, according to Greg Amrofell, product manager for Windows client software at Microsoft. ... "The overall story we're trying to convey is there's no reason to wait until Vista launches to buy a PC now or start evaluating your PC for an upgrade," said Amrofell. "We're providing the tools and guidance that we hope will simplify the process of choosing a PC that's right for you and provides the experience you need." ... Since IT managers will not want to run from one computer to the next in their network running the Upgrade Advisor, Microsoft has a Technet site with guidance for managers with many machines to consider, according to Amrofell. ... "This is the first time we've released an OS that truly scales with the hardware," said Amrofell. "The idea that you could get a great Vista experience on a $300 PC and an even better experience on a $3,000 PC is fairly new. Windows has always scaled with memory, now we're adding capabilities around graphics as well." Amrofell said that estimates from analysis are that fully half of PCs shipping today are going to be able to take advantage of Aero.
- **Michael Silver,** senior analyst with Gartner Group, thinks it's less than that and doubts that many new PCs being bought today have 1GB of memory. Gartner expects Vista will not be deployed in significant numbers until 2008, so even a 2005 computer, which would be relatively modern, would be three years old at that point and too close to the end of its useful life, and not worth upgrading, said Silver. He also said the graphics requirement would be problematic, since so many business PCs come with integrated graphics, like the Intel 915 chip, which is not meant for something like Aero. Not that it matters. "For most business users, the Vista Aero experience is not necessary," said Silver. "There are some features, like redraw and stability that will benefit everyone, but for the most part it's eye candy. For your standard Word/Excel/Powerpoint experience, Aero isn't that important."

NewsFactor Network
What You'll Need To Run Windows Vista
By Walaika K. Haskins
May 19, 2006
http://www.newsfactor.com/news/What-You-ll-Need-To-Run-Windows-
Vista/story.xhtml?story_id=103003BBB6WE
Tone: 4
Quotes:

- Earlier this year, industry observers had warned that the requirements for running Vista would make the OS unattainable by all but the owners of the most high-end computers. The actual requirements, however, are far below what many had anticipated they would be, causing bloggers, analysts, and other industry observers to express a great deal of surprise.
- **Paul Jackson,** an analyst at Forrester Research, said that even if consumers have relatively new PCs, they likely will need to upgrade unless they were specifically designed for the advanced Vista features.
  "To be fair, they will still be able to run the Basic or Ultimate Home editions fairly happily," he said. "It's just that some of the whiz-bang effects won't be quite as good."

TechWeb
 Windows System Reqs. 1990-2006: More For Less
By Gregg Keizer
May 19, 2006
http://www.techweb.com/wire/188100630
Tone: 3
Quotes:

MS-KELL 000000036587
CONFIDENTIAL

| From: | Mark Croft |
| --- | --- |
| Sent: | Wednesday, November 30, 2005 10:33 AM |
| To: | Rajesh Srinivasan |
| Subject: | FW: please review and let me know if you agree and I'll send <eom> |

**Attachments:** Long Live Vista Capable

fyi

---

**From:** Mark Croft
**Sent:** Wednesday, November 30, 2005 9:52 AM
**To:** Brad Goldberg
**Cc:** Kevin Eagan
**Subject:** FW: please review and let me know if you agree and I'll send <eom>

Brad,

Some feedback for you & Kevin as the most senior people involved:
I do not like the tone from Jim here here. I don't want to turn this into a public email mud slinging thread with Jim and team, but here are a few comments from my POV:

Note:

• We asked them before they went out to restrict their tour to just Logo and avoid the inevitable barrage of questions on Capable. They did not follow that course, but did not have people with them to handle the Q&A and context around Capable. Small wonder they came back with issues. This was entirely avoidable.

• We have had the WDEG Logo team (Jim/Padamand) make changes on their own to the Capable PC program materials. Rajesh caught this & tried to fix before they went out on last tour

• We advised that this Logo tour was poor timing at the overall OEM disclosure level – we had a Logo & Capable PC session in Vista Wave 4 which just ended in September and we start Wave 5 end of January which will also have both programs featured as final POR updates.

• I have had feedback about WDEG's behavior from people in your team who are usually very tolerant, where I understand there has been unnecessary abruptness and lack of teamwork.

Mark

---

**From:** Jim Hebert
**Sent:** Wednesday, November 30, 2005 9:29 AM
**To:** Brad Goldberg; Rajesh Srinivasan
**Cc:** Padmanand Warrier; Raghu Ram; Scott Herrboldt; Mark Croft; Harish Naidu; Dave Wascha; Dave Block
**Subject:** FW: please review and let me know if you agree and I'll send <eom>

Brad,

From all the reports I've received, the Logo tour has been quite successful to date.

With one exception, the messages are being succinctly communicated and accepted, and even appreciated by the OEMs (Dell, for example).

The exception is the Vista Capable program, wherein, I am told, the correct program name (Vista Capable, per the attached mail from Brad and I) is not used consistently, the messaging is murky at best, requiring the road tour folks to learn to tap dance in real time.

The tour goes to Asia next (they leave on Sunday the 27th), where I expect they will be creamed if the Vista Capable messaging continues to be AWOL/murky/made up in real time.

Rajesh,

11/1/2007

MS-KELL 000000040314
CONFIDENTIAL

You have made it clear that you own the Vista Capable program and hence the messaging for same. If this is the case, I'd like to see the messaging that the Logo team should use when communicating the Vista Capable story by eod on Thursday, so that decks can be adjusted as needed to reflect the message you'd like to communicate. Thanks. Any questions, I can be reached at 206 999-0127.
Hebert

---

**From:** Brad Goldberg
**Sent:** Wednesday, 09 November, 2005 18:56
**To:** Jim Hebert
**Subject:** FW: please review and let me know if you agree and I'll send <eom>

i added my comments in line. I think we agree on the concept .. can we take lead in determining the execution and implementation based on feedback from the experts who know the retail channel etc? I feel good about your plans here and that no one wants to oversell.

brad


some additional context i gathered from the team on why we don't want to go down the path you suggested with a detailed doc for customers.



*   Customers may not have any context from phrases like "Aero Glass or Windows Defender or Sideshow" The average consumer would not know whether (s)he needs Aero-Glass or Windows Defender or not. Retail sales person cannot explain what Aero Glass is or what it will do for them four – six months prior to Vista launch.
*   Today users buying tuner-less MCE systems aren't calling us to complain that they can't watch live TV on their PCs.
*   It is taking us incredibly long time to explain to OEMs the benefits and value prop of each feature/scenario. How can we communicate this to an end-user in a document, when vast majority of customers can't understand what an OS does for them?
*   I do not see any benefit of providing such a list to customers, when they are in the store buying a PC, not an OS. Trying to "educate" customers about features of an OS that is not available may very well confuse them and may cause them to delay their purchase – the exact opposite of what we want to see.
*   Less than 5% of customers typically upgrade OS. Let's not confuse the masses for the sake of providing clarity to "enthusiasts."



Based on the constant feedback from our partners to keep the messaging simple, I think the best thing is to say "A Windows Vista capable PC will upgrade and run the equivalent version of Windows Vista."

---

**From:** Jim Hebert
**Sent:** Thursday, November 03, 2005 3:14 PM
**To:** Brad Goldberg
**Subject:** please review and let me know if you agree and I'll send <eom>

11/1/2007

MS-KELL 000000040315
CONFIDENTIAL

**To:**    Padmanand Warrier; Raghu Ram; Rajesh Srinivasan; Scott Herrboldt; Mark Croft

**Cc:**    Brad Goldberg; Harish Naldu; Dave Wascha

**Subject:** Long Live Vista Capable

Hi folks,
Brad and I spent some time on the phone earlier this week discussing the Vista Ready POR confusion.
It was really helpful for me and I volunteered to write this mail **from both of us** to anyone who needs to know.
If you're seeing this, then Brad has reviewed and it, along with **his comments,** it accurately reproduces the
salient parts of our conversation.
So the new POR is as follows.  Please take any issues up with either Brad or myself.

1)    The Vista Ready program should be called Vista Capable. **(bg:  yes)**
2)    Vista Capable is an XP program – not a Vista program. **(bg: yes)**
3)    The XP machines the can run the Vista bits will have a modified XP logo that also mentions that you can run
the Vista bits on it. **(bg:  yes)**
4)    Two necessary and required pieces of information must be conveyed to a Vista Capable purchaser
a.    A What-Vista-Features-are-Supported-by-this-Machine document that details specifically what type of Vista
experience/features the purchaser will get. **(bg:  not practical to do this.  we don't have specs for all model
numbers and there is no way someone like dell would do this.  instead we are going to focus our
messaging on common features that are not hw dependent and adjust expectations by communicating
that the machine is capable vs. ready.**
b.    A What-Vista-Features-are-not-Supported-by-this-Machine document that details specifically what type of
Vista experience/features the purchaser will get. **bg:  again not practical. when vista capable starts in japan
in april each oem might not know every feature that hw will support in the final build.  again we don't want
to oversell but we can't force this doc to be communicated**
5)    This information must be included everywhere hardware requirements for a Vista Capable machine are
documented – decks, web, training, etc.. **(again not practical for reasons above)**
6)    There is no marketing budget associated with this program. **(bg:  correct)**

11/1/2007

MS-KELL 000000040316
CONFIDENTIAL

From:     Jennifer Yi

Sent:     Monday, February 27, 2006 9:23 PM

To:       Julie Zlotnick

Cc:       Debbie Uttecht (Kelly Services Inc); Steven Leonard; DeAnna Paddleford

Subject:  FW: Wal-Mart Feeback regarding OEM

FYI

From: Steve Schiro
Sent: Monday, February 27, 2006 10:57 AM
To: Robin Leonard (BRADSHAW); Gerrit Bergsma
Cc: Tom Henningsgard; Mitch Koch; Bill Mannion; Jennifer Yi
Subject: RE: Wal-Mart Feeback regarding OEM

This feedback has been consistent from all retailers around the world. We should not let consumers or retailers have to decipher what windows Vista capable means. The question that consumers want answered is do I need Home Basic or Home Premium and what machines will they run on.

From: Robin Leonard (BRADSHAW)
Sent: Friday, February 24, 2006 10:42 AM
To: Gerrit Bergsma
Cc: Tom Henningsgard; Steve Schiro; Mitch Koch; Bill Mannion; Jennifer Yi
Subject: RE: Wal-Mart Feeback regarding OEM

Just a quick update to this mail; Wal-Mart has gone to HP and asked them to try and affect their production lines for the Spring assortment as much as possible and pull the logo from the base unit.

Robin

From: Robin Leonard (BRADSHAW)
Sent: Thursday, February 23, 2006 6:45 PM
To: Gerrit Bergsma
Cc: Tom Henningsgard; Steve Schiro; Mitch Koch; Bill Mannion; Jennifer Yi
Subject: Wal-Mart Feeback regarding OEM
Importance: High

Gerrit,

Wal-Mart was very vocal today regarding the Windows Vista Capable messaging. They are extremely disappointed in the fact that the standards were lowered and feel like customer confusion will ensue. They would like to see Microsoft reconsider the program and allow for the use of 2 different logos; one that is strictly a Windows Vista Home Basic Capable, and the other Windows Vista Capable. They also went so far as to say that they wished that Windows Home Basic was not even in the sku line up. They would totally support the higher ASP, but feel that competitors will be offering Windows Vista Home Basic machines and as such they need to support that for their opening price point.

Doug Degn (EVP-Electronics) spoke about how we could be creating the biggest nightmare by giving editors the opportunity to simply say **don't buy a Windows Vista Capable machine because you can't trust the logo.** They realize that with the April 1 date that several machines are currently being built and that the Windows Vista

10/30/2007

MS-KELL 000000040427
CONFIDENTIAL

Capable logo is being applied but feel there is still time to rethink this decision and give the OEM's the opportunity to use a second logo.

Please give this some consideration; it would be a lot less costly to do the right thing for the customer now than to spend dollars on the back end trying to fix the problem.

Robin



10/30/2007

MS—KELL 000000040428
CONFIDENTIAL

**From:** DeAnna Paddleford

**Sent:** Thursday, March 23, 2006 1:51 PM

**To:** Debbie Uttecht (Kelly Services Inc); Jennifer Yi

**Subject:** FW: Quick & Dirty notes from OD PC

FYI

**From:** Steven Leonard
**Sent:** Wednesday, March 22, 2006 5:26 PM
**To:** Troy Nelson
**Cc:** Brenda Moretto; DeAnna Paddleford; Gina Schoeben; Jeff Mahaffa (Corestaff); Joy Kasel; Mark Farris; Robert Rutledge; Wil Johnson
**Subject:** RE: Quick & Dirty notes from OD PC

<Adding the PC team>

There is a kick-off meeting scheduled for next Tuesday with David Berett and the appropriate Windows PG folks to discuss the "Designed for Windows Vista" program. This relates to software and hardware/peripherals specifically designed for Windows Vista. I'll send the team an update as soon as I have some actionable information.

**From:** Troy Nelson
**Sent:** Wednesday, March 22, 2006 5:10 PM
**To:** Steven Leonard
**Subject:** RE: Quick & Dirty notes from OD PC

Did you ever hear anything back on this?

**Troy M. Nelson | Microsoft Entertainment and Devices Division** | Retail Sales Account
Executive | Office: 425.703.4064 | Cell: 206.890.5020 | Fax 425.708.0239

**From:** Steven Leonard
**Sent:** Tuesday, February 07, 2006 11:37 AM
**To:** Mark Croft
**Cc:** Troy Nelson
**Subject:** FW: Quick & Dirty notes from OD PC

Hi Mark!

Are you aware of a Windows Vista Capable logo for peripherals?  This question came up in a Windows Vista disclosure meeting with Office Depot.

**From:** Troy Nelson
**Sent:** Wednesday, February 01, 2006 12:53 PM
**To:** Steven Leonard
**Cc:** Joy Kasel; Jennifer Yi
**Subject:** Quick & Dirty notes from OD PC

Steven — good feedback below on key / sensitive Vista issues related to BTS.

Vista Notes

10/30/2007

MS-KELL 000000040446
CONFIDENTIAL

- Need clarification on shelf embargo Apr 1 & Ad embargo June 1.
o   If products is set week of Mar 27 for Apr 3 POG, is that allowed?
o   What about calling out Vista Readiness on CTS in 'buried' pages?
- Once we start the Vista buzz, need a end user plan / program to sustain the Jul – Sep sales
o   Tech Guarantee 30 days only won't work – will crush BTS PC Sales
o   Interested in the idea kicking around of offering discounts
- Jenyl mentioned the idea of offering Vista Ultimate for half price to BTS PC purchasers who buy Vista Capable PCs
- Angela would like us to consider a tiered structure where today's Premium OS PC purchaser (Media Ctr, Tablet, Pro) will be offered a better deal that the PC w/ XP Home during BTS for Vista upgrading – to recognize the fact that they were buying a higher end (more expensive) PC.
- Home Basic – strong concerns over this
o   We created confusion with Home vs Pro with XP launch. Channel was looking forward to the next major OS release to make it better. Concerned that we made it more confusing not less. They pointed out that Apple has 1 OS, not multiple.
o   Home Basic will not possess the major feature sets that MS is focusing on, such as Aero & Flip. Concerned that we advertise "Vista" with these features, but there will be cust dissatisfaction & returns when they buy Home Basic & don't get those featuers
o   They would have preferred that MS not have a Home Basic. They see this Vista variant as selling down. But since we are releasing it & they know their competitors will carry it, they will be forced to assort to maintain competitive offering.
o   Heard that we were considering a star rating system – not keen on this idea.
- 32bit vs 64bit. OEM's saying that 64bit will be more mainstream with the release of Vista. Concerns over compatibility with peripherals (monitors, printers, input devices, cameras, etc) with these 64bit systems. In the larger meeting, we were not well versed on this topic & definitely need to circle back.
o   Related – will there be a Vista Capable logo program for peripherals?
- What's in the different flavors of Vista – will definitely want to have that readily available as merchandising in store (SW & PC areas), web, etc. Showed a good example that Acer did – click this hyperlink, then click the blue button mid-way down the: http://www.officedepot.com/ddSKU.do?level=SK&id=243744&&An=browse


Pro Vista / Pre BT
- Tablet
o   2nd Tablet assortment in MS FY06 highly unlikely
o   Display – Krista & Joy should touch base ASAP to go thru the open Frank Mayer questions. Krista said she'll call Joy directly. Joy, if you don't hear from her by noon tomorrow (Thrs), can you call her?   (561) 438-4577
o   Angela would like to quickly proceed with testing & have full chain implemented early April. If we can get thru testing really quickly, is this a doable thing?  Would prefer to have Mosaic execute these.
- Media Center
o   Q4 assortment: 12 MCE's (mix LP & DT), 8 are tuner upgradeable
o   OD has interest in in-line messaging for tuner upgradeable, and in-line messaging for notebook
- Pro4 – will maintain 2 XP Pro notebooks into Q4 (LiNovo)
- Reporting. Channel Advisor – will not process in the short term – willing to examine again in a couple months. 1st reason they called out – HP is the primary user and HP is not OD's #1 OEM (Tosh is), and they get all the other CA offered services thru other sources today. Will start reporting sales – store and CTO, on a monthly basis, starting February
- Ad plans – OD will start sharing ad plans for rest of Jan-Mar, as well as Apr – Jun. Expect those to be communicated soon (have to wait until next week for Apr-Jun).


10/30/2007

MS-KELL 000000040447
CONFIDENTIAL