Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DIANNE L. KELLEY and KENNETH HANSEN,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION, a Washington Corporation,<br><br>Defendant. | NO. C07-0475 MJP<br><br>SUPPLEMENTAL DECLARATION OF JEFFREY M. THOMAS IN OPPOSITION TO MICROSOFT'S MOTION TO STAY PROCEEDINGS<br><br><u>CLASS ACTION</u><br><br>*Noted on Motion Calendar*:<br>March 21, 2008 |

I, Jeffrey M. Thomas, declare as follows:

1. *Identity and Competency.* I am an attorney with the law firm of Gordon Tilden Thomas & Cordell, LLP. Together with Keller Rohrback, LLP, we represent the plaintiffs.

2. *Plaintiffs' Answer to Microsoft's Petition for Permission to Appeal.* As mentioned in my Declaration in Opposition to Microsoft's Motion to Stay, plaintiffs are opposing Microsoft's attempt at interlocutory appeal of the Court's decision on choice of law and class certification, and that we would file with this Court a copy of our opposition linked to the papers on Microsoft's motion for a stay. *See* Dkt. No. 137 ¶ 2. To this end, attached as **Exhibit A** is a true and correct copy of plaintiffs' Answer to Petition for Permission to Appeal, as filed with the Ninth Circuit Court of Appeals today.
SUPPLEMENTAL DECLARATION OF JEFFREY M. THOMAS IN OPPOSITION TO MICROSOFT'S MOTION TO STAY PROCEEDINGS - 1
No. C07-0475 MJP

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed this 18th day of March, 2008, at Seattle, Washington.

_____
Jeffrey M. Thomas

SUPPLEMENTAL DECLARATION OF JEFFREY M. THOMAS IN OPPOSITION TO MICROSOFT'S MOTION TO STAY PROCEEDINGS - 2
No. C07-0475 MJP

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following.

Counsel for Defendant Microsoft Corporation

Stephen M. Rummage, WSBA #11168
Cassandra L. Kinkead, WSBA #22845
Charles S. Wright, WSBA #31940
Davis Wright Tremaine LLP
1201 Third Avenue Suite 2200
Seattle, Washington 98101-3045
steverummage@dwt.com
cassandrakinkead@dwt.com
charleswright@dwt.com

Counsel for Defendant Microsoft Corporation – Admitted Pro Hac Vice

Charles B. Casper
Montgomery, McCracken, Walker & Rhoads
123 South Broad Street
Philadelphia, PA  19109
ccasper@mmwr.com

*/s/ Jacqueline Lucien*
Jacqueline Lucien, Legal Secretary
Gordon Tilden Thomas & Cordell LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA  98154-1007
Telephone:  (206) 467-6477
Facsimile:  (206) 467-6292
Email:  jlucien@gordontilden.com

SUPPLEMENTAL DECLARATION OF JEFFREY M. THOMAS IN OPPOSITION TO MICROSOFT'S MOTION TO STAY PROCEEDINGS - 3
No. C07-0475 MJP

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA  98154
Phone (206) 467-6477
Fax (206) 467-6292