# Exhibit H

Kelley v. Microsoft
Privilege Log: PWC Documents

| PRIVILEGE NO. | DATE | PRIVILEGE CLAIM | PRIVILEGE SUMMARY | AUTHOR | TO | CC | CUSTODIAN |
|---|---|---|---|---|---|---|---|
| _PWC-K000001-_PWC-K000001 | 11/7/2007 | Attorney-Client Privileged / Work Product | Portion of memo discussing information to be compiled at the request of Legal re: Kelley 30(b)(6) topics. Produced as _PWC-K000000000273 | Ottem, Diane - PriceWaterhouseCoopers | | | Price Waterhouse Coopers, (PWC) |
| _PWC-K000002-_PWC-K000016 | 6/26/2008 | Attorney-Client Privileged / Work Product | Portions of memo marked Attorney-Client Privileged discussing legal advice, discussing information requested by Legal and discussing issues for review by Legal re: Kelley litigation. Produced as _PWC-K000000000274-288 | Griffith, Kathryn - PriceWaterhouseCoopers | | | Price Waterhouse Coopers, (PWC) |
| _PWC-K000017-_PWC-K000024 | 11/16/2007 | Attorney-Client Privileged / Work Product | Portion of memo marked Attorney-Client Privileged discussing legal advice re: Moline Affidavit. Produced as _PWC-K000000000289-296 | Griffith, Kathryn - PriceWaterhouseCoopers | | | Price Waterhouse Coopers, (PWC) |
| P PWC-K000032-P PWC-K000033 | 6/25/2008 | Attorney-Client Privileged / Work Product | Email thread discussing and attaching backup data for response to Plaintiffs' 30(b)(6) deposition notice marked Work Product and Attorney-Client Privileged | Hucul, Bob - PriceWaterhouseCoopers | Casper, Chuck - Montgomery McCracken - Outside Counsel | Norman, Linda - Microsoft (LCA) - Attorney; Hutton, Brian - Microsoft (LCA); Kinkead, Cassandra - Davis Wright Tremaine - Outside Counsel; Moline, Robert - PriceWaterhouseCoopers | Price Waterhouse Coopers, (PWC) |
| P PWC-K000034-P PWC-K000052 | 6/25/2008 | Attorne-Client Privileged / Work Product | Draft backup of estimates used to respond to Plaintiffs' 30(b)(6) deposition notice marked Work Product and Attorney-Client Privileged | PriceWaterhouseCoopers | | | Price Waterhouse Coopers, (PWC) |
| P PWC-K000062-P PWC-K000062 | 6/4/2008 | Work Product | Notes used in preparation for deposition marked Work Product | Griffith, Kathryn - PriceWaterhouseCoopers | | | Price Waterhouse Coopers, (PWC) |
| P PWC-K000063-P PWC-K000070 | 11/19/2007 | Attorney-Client Privileged / Work Product | Email thread discussing declaration of R. Moline for opposition to Plaintiffs' Motion for Class Certification marked Work Product and Attorney-Client Privileged. Draft declaration of R. Moline marked Work Product | Griffith, Kathryn - PriceWaterhouseCoopers | Banks, Joe - Microsoft (LCA); Casper, Chuck - Montgomery McCracken - Outside Counsel; Hutton, Bryan - Microsoft (LCA); Norman, Linda - Microsoft (LCA) - Attorney | Donahue, Frank - Microsoft; Kwon, Grace - PriceWaterhouseCoopers; Moline, Robert - PriceWaterhouseCoopers; Rummage, Steve - Davis Wright Tremaine - Outside Counsel; Torres, Vincent - PriceWaterhouseCoopers | Price Waterhouse Coopers, (PWC) |
| P PWC-K000071-P PWC-K000209 | 7/23/2008 | Attorney-Client Privilege / Work Product | Email thread discussing data not used to respond to Plaintiffs' 30(b)(6) deposition notice or for the preparation of the declaration of Robert Moline marked Work Product | Griffith, Kathryn - PriceWaterhouseCoopers | Casper, Chuck - Montgomery McCracken - Outside Counsel; Hutton, Bryan - Microsoft (LCA) | Moline, Robert - PriceWaterhouseCoopers; Ryan, Patrick - Montgomery McCracken - Outside Counsel | Price Waterhouse Coopers, (PWC) |
| P PWC-K000071-P PWC-K000209 | 7/23/2008 | Work Product | Data used in defense of case and not for declaration of R. Moline or Microsoft's response to Plaintiffs' 30(b)(6) deposition notice marked Work Product | Griffith, Kathryn - PriceWaterhouseCoopers | | | Price Waterhouse Coopers, (PWC) |
| P PWC-K000234-P PWC-K000235 | 6/24/2008 | Work Product | Draft backup of estimates used to respond to Plaintiffs' 30(b)(6) deposition notice marked Work Product | PriceWaterhouseCoopers | | | Price Waterhouse Coopers, (PWC) |
| P PWC-K000236-P PWC-K000237 | 8/14/2008 | Attorney-Client Privileged / Work Product | Draft response to Plaintiffs' 30(b)(6) deposition notice marked Work Product and Attorney-Client Privileged | Griffith, Kathryn - PriceWaterhouseCoopers | | | Price Waterhouse Coopers, (PWC) |
| P PWC-K000238-P PWC-K000238 | 6/23/2008 | Attorney-Client Privileged / Work Product | Email thread discussing response to Plaintiffs' 30(b)(6) deposition notice marked Work Product and Attorney-Client Privileged | Moline, Robert - PriceWaterhouseCoopers; Microsoft Legal | Casper, Chuck - Montgomery McCracken - Outside Counsel | Norman, Linda - Microsoft (LCA) - Attorney; Hutton, Brian - Microsoft (LCA); Kinkead, Cassandra - Davis Wright Tremaine - Outside Counsel | Price Waterhouse Coopers, (PWC) |

Page 1 of 3

Kelley v. Microsoft
Privilege Log: PWC Documents

| PRIVILEGE NO. | DATE | PRIVILEGE CLAIM | PRIVILEGE SUMMARY | AUTHOR | TO | CC | CUSTODIAN |
|---|---|---|---|---|---|---|---|
| P PWC-K000304- P PWC-K000320 | 7/16/2007 | Attorney-Client Privileged / Work Product | Email thread discussing Microsoft's response to Plaintiffs' Requests for Admission marked Work Product and Attorney-Client Privileged. Data used to respond to Plaintiffs' Requests for Admission marked Work Product | Ottem, Diane - PriceWaterhouseCoopers | Casper, Chuck - Montgomery McCracken - Outside Counsel | Banks, Joe - Microsoft (LCA); Griffith, Kathryn - PriceWaterhouseCoopers; Hutton, Bryan - Microsoft (LCA); Kinkead, Cassandra - Davis Wright Tremaine - Outside Counsel; Moline, Robert - PriceWaterhouseCoopers; Ryan, Patrick - Montgomery McCracken - Outside Counsel; Rummage, Steve - Davis Wright Tremaine - Outside Counsel | Price Waterhouse Coopers, (PWC) |
| P PWC-K000386- P PWC-K000387 | 6/23/2008 | Attorney-Client Privileged / Work Product | Draft response to Plaintiffs' 30(b)(6) deposition notice marked Work Product and Attorney-Client Privileged | Griffith, Kathryn - PriceWaterhouseCoopers; Moline, Robert - PriceWaterhouseCoopers | | | Price Waterhouse Coopers, (PWC) |
| P PWC-K009987- P PWC-K009988 | 7/23/2008 | Work Product | Draft search terms marked Work Product | Griffith, Kathryn - PriceWaterhouseCoopers | | | Price Waterhouse Coopers, (PWC) |
| P PWC-K015047- P PWC-K015048 | 8/14/2008 | Attorney-Client Privileged / Work Product | Draft response to Plaintiffs' 30(b)(6) deposition notice marked Work Product and Attorney-Client Privileged | Griffith, Kathryn - PriceWaterhouseCoopers; Microsoft Legal | | | Price Waterhouse Coopers, (PWC) |
| P PWC-K015049- P PWC-K015049 | 6/26/2008 | Attorney-Client Privileged / Work Product | Email attaching calculations used to support response to Plaintiffs' 30(b)(6) deposition notice marked Work Product and Attorney-Client Privileged | Hucul, Bob - PriceWaterhouseCoopers | Ryan, Patrick - Montgomery McCracken - Outside Counsel | Norman, Linda - Microsoft (LCA) - Attorney; Hutton, Brian - Microsoft (LCA); Casper, Chuck - Montgomery McCracken Outside Counsel | Price Waterhouse Coopers, (PWC) |
| P PWC-K015057- P PWC-K015065 | 11/16/2007 | Work Product | Draft calculations used to support declaration of R. Moline in opposition to Plaintiffs' Motion for Class Certification marked Work Product | Griffith, Kathryn - PriceWaterhouseCoopers | | | Price Waterhouse Coopers, (PWC) |
| P PWC-K015069- P PWC-K015070 | 11/00/2007 | Attorney-Client Privileged / Work Product | Draft declaration of Mike Leonard marked Work Product | Leonard, Mike - Microsoft; Davis Wright Tremaine - Outside Counsel | | | Price Waterhouse Coopers, (PWC) |
| P PWC-K015147- P PWC-K015148 | 6/25/2008 | Attorney-Client Privileged / Work Product | Email thread discussing response to Plaintiffs' 30(b)(6) deposition notice marked Work Product and Attorney-Client Privileged | Hucul, Bob - PriceWaterhouseCoopers | Casper, Chuck - Montgomery McCracken - Outside Counsel | Norman, Linda - Microsoft (LCA) - Attorney; Hutton, Brian - Microsoft (LCA); Kinkead, Cassandra - Davis Wright Tremaine - Outside Counsel; Moline, Robert - PriceWaterhouseCoopers | Price Waterhouse Coopers, (PWC) |
| P PWC-K015168- P PWC-K015169 | 7/30/2008 | Attorney-Client Privileged / Work Product | Draft response to Plaintiffs' 30(b)(6) deposition notice marked Work Product and Attorney-Client Privileged | Griffith, Kathryn - PriceWaterhouseCoopers | | | Price Waterhouse Coopers, (PWC) |
| P PWC-K015219- P PWC-K015220 | 6/19/2008 | Attorney-Client Privileged / Work Product | Email thread discussing response to Plaintiffs' 30(b)(6) deposition notice marked Work Product and Attorney-Client Privileged | Hucul, Bob - PriceWaterhouseCoopers | Casper, Chuck - Montgomery McCracken - Outside Counsel | Griffith, Kathryn - PriceWaterhouseCoopers | Price Waterhouse Coopers, (PWC) |
| P PWC-K015224- P PWC-K015225 | 4/2/2008 | Attorney-Client Privileged / Work Product | Notes from meeting with Frank Donahue regarding work to do in defense of case marked Work Product and Attorney-Client Privileged | Marvin, Robert - PriceWaterhouseCoopers | | | Price Waterhouse Coopers, (PWC) |

Kelley v. Microsoft
Privilege Log: PWC Documents

| PRIVILEGE NO. | DATE | PRIVILEGE CLAIM | PRIVILEGE SUMMARY | AUTHOR | TO | CC | CUSTODIAN |
|---|---|---|---|---|---|---|---|
| P PWC-K015307- P PWC-K015309 | 7/28/2008 | Work Product | Notes re deposition of Katie Griffith marked Work Product | Griffith, Kathryn - PriceWaterhouseCoopers | | | Price Waterhouse Coopers, (PWC) |
| P PWC-K022028- P PWC-K022033 | 6/26/2008 | Work Product | Draft calculations used to respond to Plaintiffs' 30(b)(6) deposition notice marked Work Product | Hucul, Bob - PriceWaterhouseCoopers | | | Price Waterhouse Coopers, (PWC) |
| P PWC-K022034- P PWC-K022034 | 6/19/2008 | Attorney-Client Privileged / Work Product | Email thread discussing response to Plaintiffs' 30(b)(6) deposition notice marked Work Product and Attorney-Client Privileged | Hucul, Bob - PriceWaterhouseCoopers | Casper, Chuck - Montgomery McCracken - Outside Counsel | Norman, Linda - Microsoft (LCA) - Attorney; Hutton, Brian - Microsoft (LCA); Kinkead, Cassandra - Davis Wright Tremaine - Outside Counsel; Moline, Robert - PriceWaterhouseCoopers | Price Waterhouse Coopers, (PWC) |
| P PWC-K022035- P PWC-K022042 | 11/19/2007 | Attorney-Client Privileged / Work Product | Email thread discussing declaration of Robert Moline marked Work Product and Attorney-Client Privileged. Produced as PWC-K 00000028984-91 | Griffith, Kathryn - PriceWaterhouseCoopers | Banks, Joe - Microsoft (LCA); Casper, Chuck - Montgomery McCracken - Outside Counsel; Norman, Linda - Microsoft (LCA) - Attorney; Hutton, Brian - Microsoft (LCA) | Kwon, Grace - PriceWaterhouseCoopers; Moline, Robert - PriceWaterhouseCoopers; Steve - Davis Wright Tremaine - Outside Counsel; Torres, Vincent - PriceWaterhouseCoopers | Price Waterhouse Coopers, (PWC) |
| P PWC-K022043- P PWC-K022116 | 7/30/2008 | Attorney-Client Privileged / Work Product | Email thread discussing declaration of Robert Moline marked Work Product and Attorney-Client Privileged and draft response to Plaintiffs' 30(b)(6) deposition notice marked Work Product. Draft responses to Plaintiffs' 30(b)(6) deposition notice marked Work Product and Attorney-Client Privileged. Produced as PWC-K 00000028992-29065 | Griffith, Kathryn - PriceWaterhouseCoopers | Casper, Chuck - Montgomery McCracken - Outside Counsel | Hutton, Bryan - Microsoft (LCA); Moline, Robert - PriceWaterhouseCoopers; Ryan, Patrick - Montgomery McCracken - Outside Counsel | Price Waterhouse Coopers, (PWC) |
| P PWC-K022117- P PWC-K022126 | 7/30/2008 | Attorney-Client Privileged / Work Product | Email thread discussing response to Plaintiffs' 30(b)(6) deposition notice marked Work Product and Attorney-Client Privileged. Produced as PWC-K 00000029066-75 | Griffith, Kathryn - PriceWaterhouseCoopers | Casper, Chuck - Montgomery McCracken - Outside Counsel | Hutton, Bryan - Microsoft (LCA); Moline, Robert - PriceWaterhouseCoopers; Ryan, Patrick - Montgomery McCracken - Outside Counsel | Price Waterhouse Coopers, (PWC) |
| P PWC-K022127- P PWC-K022128 | 7/30/2008 | Attorney-Client Privileged / Work Product | Email thread discussing calculations used to respond to Plaintiffs' 30(b)(6) deposition notice marked Work Product and Attorney-Client Privileged. Produced as PWC-K 00000029076-77 | Hutton, Bryan - Microsoft (LCA) | Griffith, Kathryn - PriceWaterhouseCoopers | Banks, Joe - Microsoft (LCA); Casper, Chuck - Montgomery McCracken - Outside Counsel | Price Waterhouse Coopers, (PWC) |
| P PWC-K022129- P PWC-K022140 | 7/28/2008 | Attorney-Client Privileged / Work Product | Email discussing Plaintiffs' 30(b)(6) deposition notice marked Work Product and Attorney-Client Privileged. Produced as PWC-K 00000029078-89 | Hutton, Bryan - Microsoft (LCA) | Griffith, Kathryn - PriceWaterhouseCoopers | Banks, Joe - Microsoft (LCA); Casper, Chuck - Montgomery McCracken - Outside Counsel | Price Waterhouse Coopers, (PWC) |