# Exhibit D

## Filed Under Seal

Page 1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DIANNE L. KELLEY and KENNETH          )
HANSEN,                               )
                                      )
            Plaintiffs,               )
                                      )    C07-0475 MJP
      vs.                             )
                                      )
MICROSOFT CORPORATION, a              )
Washington Corporation,               )
                                      )
            Defendant.                )

30(B)(6) DEPOSITION UPON ORAL EXAMINATION OF

MICROSOFT CORPORATION

KATHRYN GRIFFITH

(CONTAINS CONFIDENTIAL TESTIMONY SUBJECT

TO PROTECTIVE ORDER)

9:04 A.M.

JUNE 10, 2008

1201 THIRD AVENUE, SUITE 3200

SEATTLE, WASHINGTON

REPORTED BY:  CONNIE L. HOLTON, CCR 2975

**Page 22 of 55**

30(b)(6) MICROSOFT (CONFIDENTIAL)

Page 16

1   of your understanding that Mr. Casper is your lawyer

2   here today comes from Mr. Casper; is that right?

3        A.  No.  It comes from my understanding of the

4   content of the engagement letter, as well as past

5   practices.  On my team there have been other

6   PricewaterhouseCoopers employees deposed as 30(b)(6)

7   witness on behalf of Microsoft.

8        Q.  And is it standard in those cases for the

9   Microsoft lawyers to tell the Pricewaterhouse employees

10  that the Microsoft lawyers are the lawyers for

11  Pricewaterhouse during those depositions?

12       A.  For the deponent.  That the attorneys would be

13  representing the deponent, yes.

14       Q.  Who do you report to?

15       A.  I report to Robert Moline.

16       Q.  And what -- spelling, please.

17       A.  R-O-B-E-R-T M-O-L-I-N-E.

18       Q.  And what is Robert Moline's position?

19       A.  He's a partner within PricewaterhouseCoopers.

20       Q.  Are you a partner?

21       A.  I'm not.  I'm a manager.

22       Q.  And what is Mr. Moline's responsibility at

23  PricewaterhouseCoopers for the Microsoft work that you

24  do?

25       A.  He oversees the engagement.

Obien Mangio, LLC * www.yomreporting.com
520 Pike Street, Suite 1320 Seattle, Washington 98101 * (206) 622-6875 * 1(800) 831-6973

d40bc21c-2b94-4d33-87a7-3a74b923513b

30(b)(6) MICROSOFT (CONFIDENTIAL)

Page 17

1    Q.  Tell me what it means to oversee the
2  engagement?
3    A.  He assists in strategy on responding to
4  document requests.
5    Q.  Was Mr. Moline involved in the strategy that
6  was employed in responding to document requests in this
7  matter?
8    A.  Yes.
9    Q.  And tell me each and every thing that you
10  learned from Mr. Moline regarding his strategy for the
11  response to document requests in this matter.
12    A.  There are more conversations --
13    Q.  Tell me --
14    A.  -- on how to go about responding to each of
15  these requests.
16    Q.  Tell me what Mr. Moline told you.
17    A.  I don't recall.
18    Q.  Did you make any notes?
19    A.  With conversations with Mr. Moline?
20    Q.  Yes.
21    A.  I don't recall.
22    Q.  Tell me why Mr. Moline would be involved in
23  strategizing as to how to respond to our request for
24  production of documents.
25    A.  Because he is also heavily involved in the

)bien Mangio, LLC * www.yomreporting.com
520 Pike Street, Suite 1320 Seattle, Washington 98101 * (206) 622-6875 * 1(800) 831-6973
d40bc21c-2b94-4d33-87a7-3a74b923513b

30(b)(6) MICROSOFT (CONFIDENTIAL)

Page 18

1    Microsoft engagement.

2        Q.   Is it standard practice for the accountants at

3    PricewaterhouseCoopers to be involved in Microsoft's

4    strategy for response to request for production of

5    documents?

6        A.   I'm not an accountant.

7        Q.   Is it standard practice for employees of

8    PricewaterhouseCoopers to be involved in developing

9    strategy for the response to request for production of

10    documents?

11        A.   It's standard for a team of

12    PricewaterhouseCoopers' employees to evaluate the

13    documents that Microsoft has and be thoughtful about

14    what's available and what would be relevant.

15        Q.   I appreciate that information, ma'am.  It's

16    not quite the question that I asked.

17            The question is, Is it standard practice for

18    employees at PricewaterhouseCoopers to be involved in

19    the strategy behind Microsoft's response to request for

20    production of documents?

21            MR. CASPER:  Objection.  The question

22    was asked and answered.

23        Q.   (BY MR. SMART)  You can answer.

24        A.   I think that the way I answered that's how I

25    was characterizing strategy, in terms of understanding

bien Mangio, LLC * www.yomreporting.com
e 1320 Seattle, Washington 98101 * (206) 622-6875 * 1(800) 831-6973

d40bc21c-2b94-4d33-87a7-3a74b923513b

Page 19

1    what documents are available and which ones would be

2    relevant.

3        Q.  Answer the question I asked, if you would,

4    please, ma'am.

5            Is it standard practice for employees at

6    PricewaterhouseCoopers to be involved in Microsoft's

7    strategy for response to request for production of

8    documents?

9            MR. CASPER:  Objection.  The question is

10   vague and ambiguous, apparently, Mr. Smart, given your

11   use of the word strategy which appears to differ from

12   the witness's.  And the question has been asked and

13   answered.

14           MR. SMART:  As you know, you are not

15   entitled to make speaking objections, and I will warn

16   you this one time.  I would like an answer to my

17   question.  And so the witness has it fairly in front of

18   her, I would ask the court reporter to read it back.

19           (The reporter read back the last

20            question.)

21           MR. CASPER:  Same objection.

22       A.  And I would answer, given the -- my

23   understanding of the word strategy to mean understand

24   the documents that are available and help to educate

25   Microsoft's counsel about what is available and in what

Obien Mangio, LLC * www.yomreporting.com
Page 26 of 55        e 1320 Seattle, Washington 98101 * (206) 622-6875 * 1(800) 831-6973

d40bc21c-2b94-4d33-87a7-3a74b923513b

30(b)(6) MICROSOFT (CONFIDENTIAL)

Page 20

1  form and then to gather those documents, then, yes.

2      Q.  (BY MR. SMART)  Who decided not to bring any

3  documents here today?  Was that you, or was that

4  somebody else?

5      A.  I did not bring any documents.

6      Q.  Who decided that you would not bring documents

7  here today?  Was that you or somebody else?

8      A.  I decided based on discussions with others.

9      Q.  And what others did you discuss the subject of

10  whether or not to bring documents to the deposition

11  here today.

12          MR. CASPER:  I am going to object to the

13  question to the extent it seeks to invade the

14  attorney-client privilege and instruct the witness not

15  to answer with respect to any discussion that she had

16  with Microsoft's counsel.

17          MR. SMART:  Yeah.  I don't think that's

18  a proper objection.

19      Q.  (BY MR. SMART)  But so that the question is

20  fairly in front of you, Ms. Griffith, who did you

21  discuss the subject of whether or not to bring any

22  documents with you here to the deposition today?

23          MR. CASPER:  Same objection.

24      A.  I'm going to follow my attorney's advice.

25      Q.  (BY MR. SMART)  Well, did you discuss it with

30(b)(6) MICROSOFT (CONFIDENTIAL)

Page 91

1    Griffith.

2                    (Recess taken.)

3                    THE VIDEOGRAPHER:  We are back on

4    the record.  The time is now 11:29 a.m. in the

5    continuing deposition of Kathryn Griffith.

6        Q.  (BY MR. SMART)  Ms. Griffith, as I understand

7    it, you have been identified as the 30(b)(6) deponent

8    for Microsoft pursuant to Exhibit Number 1, which is

9    our notice, on the following categories:  1 through 5,

10   7 and 8, 10 through 15, and 21; am I right?

11       A.  Yes.

12       Q.  Okay.  Very good.  Now with respect to the

13   counts and compilations of Windows Vista Capable

14   computers sold in the U.S., is there a number that you

15   have determined for how many were sold during the class

16   period?

17                   MR. CASPER:  Mr. Smart, for the record,

18   could we clarify which topic you're referring to?

19                   MR. SMART:  Yes.  Number 1.

20       A.  And your question again?

21       Q.  (BY MR. SMART)  Have you determined where the

22   counts and compilations of Windows Vista Capable

23   computers are?

24       A.  No.

25       Q.  Is there anybody at Microsoft who has done so?

Obien Mangio, LLC * www.yomreporting.com
te 1320 Seattle, Washington 98101 * (206) 622-6875 * 1(800) 831-6973
d40bc21c-2b94-4d33-87a7-3a74b923513b

30(b)(6) MICROSOFT (CONFIDENTIAL)

257

1              REPORTER'S CERTIFICATE

2

3         I, CONNIE L. HOLTON, the undersigned Certified

4    Court Reporter and Notary Public, do hereby certify:

5         That the sworn testimony and/or proceedings, a

6    transcript of which is attached, was given before me at

7    the time and place stated therein; that any and/or all

8    witness(es) were duly sworn to testify to the truth;

9    that the sworn testimony and/or proceedings were by me

10   stenographically recorded and transcribed under my

11   supervision, to the best of my ability; that the

12   foregoing transcript contains a full, true, and

13   accurate record of all the sworn testimony and/or

14   proceedings given and occurring at the time and place

15   stated in the transcript; that I am in no way related

16   to any party to the matter, nor to any counsel, nor do

17   I have any financial interest in the event of the

18   cause.

19        WITNESS MY HAND AND SEAL 13th day of JUNE, 2008.

20

21   _Connie L. Holton_

22        CONNIE L. HOLTON
          Certified Court Reporter
23        CCR No. 2975
          Notary Public in and for the State
24        of Washington, residing in King
          County.  Commission expires 11-29-2011.

25

Yamaguchi Obien Mangio, LLC * www.yomreporting.com
Pike Street, Suite 1320 Seattle, Washington 98101 * (206) 622-6875 * 1(800) 831-6973