1

2

3

4

5

6

7

8

9

The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

11

12

13

14

15

DIANNE L. KELLEY et al.,

           Plaintiffs,

    v.

MICROSOFT CORPORATION, a Washington corporation,

           Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

No. C 07-475 MJP

DECLARATION OF STEPHEN M. RUMMAGE IN SUPPORT OF MOTION FOR PROTECTIVE ORDER

*Noted for Consideration:*
October 15, 2008

16    Stephen M. Rummage declares as follows:

17    1.    I am an attorney of record for defendant Microsoft Corporation in this action.

18    2.    On September 19, 2008, Plaintiffs' counsel wrote me and my co-counsel,

19    Charles Casper, and requested dates for the depositions of Steven A. Ballmer, Microsoft's

20    Chief Executive Officer, as well as for Jim Allchin, formerly Microsoft's Co-President,

21    Platform Products & Services; Will Poole, formerly Microsoft's Senior Vice President,

22    Windows Client Business; and Rajesh Srinivasan, a Microsoft employee who was, at the

23    relevant time, Senior Product Manager in the Windows Client Product Management Group.

24    Plaintiffs asked for available dates during the weeks of October 6 and October 13, 2008.

25    3.    We immediately contacted witnesses to determine their availability. On

26    September 23, 2008, I sent an email to Plaintiffs' counsel, advising that (a) we believed we

27    could make Mr. Allchin available for deposition on October 7, 2008; (b) we could make Mr.

RUMMAGE DECLARATION (C 07-475 MJP) — 1
DWT 11880680v2 0025936-000689

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

1   Poole available for deposition on October 10, 2008; and (c) we could make Mr. Srinivasan

2   available for deposition on October 16, 2008. (The depositions have now been confirmed for

3   those dates and will proceed.) In the same email, I told Plaintiffs' counsel that we wanted to

4   discuss their request for Mr. Ballmer's deposition.

5         4.     Before speaking with Plaintiffs' counsel, we reviewed the produced documents

6   to confirm our understanding that Mr. Ballmer had, at most, limited involvement with the

7   Windows Vista Capable Program. We also researched the law to understand the

8   circumstances under which courts require CEOs to appear for deposition.

9         5.     On September 25, 2008, I spoke with two of Plaintiffs' counsel, Will Smart of

10   the Keller Rohrback firm and Mark Wilner of the Gordon Tilden firm. In that conversation, I

11   tried to persuade Messrs. Smart and Wilner that Mr. Ballmer's deposition was unnecessary

12   and, under the case law, inappropriate. After briefly describing our understanding of the law,

13   I told them that Mr. Ballmer had no unique or superior personal knowledge of any disputed

14   facts, asked them to explain why they thought Mr. Ballmer's testimony was necessary, and

15   requested that Plaintiffs rethink their request to depose Mr. Ballmer. Mr. Smart responded by

16   telling me, in effect, that we did not need to discuss the matter further and asked me (at least

17   twice) to agree that Microsoft had no choice but to bring a motion for a protective order,

18   presumably because of Mr. Ballmer's position. Mr. Wilner, on the other hand, elaborated that

19   Plaintiffs believe Mr. Ballmer has unique knowledge that they could not get elsewhere. He

20   referred specifically to a phone call (which he did not identify) about which only Mr. Ballmer

21   could testify. I disagreed and told him that I was unaware of any relevant topic on which Mr.

22   Ballmer has unique knowledge.

23         6.     Several times during this conversation, Mr. Wilner asked me to provide dates

24   when Mr. Ballmer would be available if his deposition were to be ordered. I asked whether

25   Plaintiffs wanted a full day of deposition. They confirmed that they did. I told them that we

26   had been informed that Mr. Ballmer (not surprisingly) did not have a free day on his calendar

27   before the November 14, 2008, discovery cut-off.

RUMMAGE DECLARATION (C 07-475 MJP) — 2
DWT 11880680v2 0025936-000689

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

7.    At the conclusion of this conversation, I told Messrs. Smart and Wilner that it appeared we would need to bring this issue before the Court, either through a motion for a protective order or a joint Local Rule 37 submission.  Plaintiffs agreed with me that the Court would need to decide this dispute.

8.    On September 26, 2008, Plaintiffs served a deposition notice for Mr. Ballmer, noting his deposition for October 22, 2008, long before Mr. Ballmer has a free day on his calendar.  I am attaching a true and correct copy of that deposition notice as Exhibit A.

9.    I certify that the parties attempted in good faith to resolve this dispute during the telephone conversation described above but were unable to do so.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 3, 2008.

/s/ Stephen M. Rummage
Stephen M. Rummage

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 3, 2008, I electronically filed the foregoing

Declaration of Stephen M. Rummage in Support of Motion for Protective Order with the

Clerk of the Court using the CM/ECF system which will send notification of such filing to the

following:

| | |
|---|---|
| Jeffrey I. Tilden: | jtilden@gordontilden.com |
| Jeffrey M. Thomas: | jthomas@gordontilden.com |
| Michael Rosenberger: | mrosenberger@gordontilden.com |
| Mark A. Wilner: | mwilner@gordontilden.com |
| William C. Smart: | wsmart@kellerrohrback.com |
| Mark A. Griffin: | mgriffin@kellerrohrback.com |
| Ian S. Birk: | ibirk@kellerrohrback.com |

DATED this 3rd day of October, 2008.

Davis Wright Tremaine LLP
Attorneys for Defendant

By /s/ Stephen M. Rummage
Stephen M. Rummage, WSBA #11168
Davis Wright Tremaine LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Telephone: (206) 622-3150
Fax: (206) 757-7700
E-mail: steverummage@dwt.com

RUMMAGE DECLARATION (C 07-475 MJP) — 4
DWT 11880680v2 0025936-000689

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

# EXHIBIT A

1
2
3
4
5
6
7
8
9                                                          Honorable Marsha J. Pechman
10
11
12                        UNITED STATES DISTRICT COURT
13               WESTERN DISTRICT OF WASHINGTON AT SEATTLE
14
15  DIANNE L. KELLEY, KENNETH HANSEN,
16  JIM WALTERS, MATT MORALES,                   NO.  C07-0475 MJP
17  RUSSELL HALL, and DON SCHRODER,
18  individually and on behalf of others similarly   NOTICE OF DEPOSITION OF
19  situated,                                    STEVE BALLMER, BY
20                                               VIDEOTAPE
21                   Plaintiffs,
22                                               CLASS ACTION
23         v.
24
25  MICROSOFT CORPORATION, a Washington
26  Corporation,
27
28                   Defendant.
29
30
31  TO:         All Parties herein;
32
33  AND TO:     Their Attorneys of Record
34
35         YOU AND EACH OF YOU WILL PLEASE TAKE NOTICE that the testimony of
36
37  STEVE BALLMER, will be taken upon oral examination for all purposes permissible under the
38
39  Civil Rules, at the instance and request of Plaintiffs in the above-entitled action, before a Notary
40
41  Public, at the law offices of Gordon Tilden Thomas & Cordell LLP, 1001 Fourth Avenue, Suite
42
43  4000, Seattle, Washington 98154, or at some otherwise mutually agreed-upon place on
44
45

NOTICE OF DEPOSITION OF STEVE BALLMER, BY          GORDON TILDEN THOMAS & CORDELL LLP
VIDEOTAPE- 1                                        1001 Fourth Avenue, Suite 4000
No. C07-0475 MJP                                         Seattle, WA  98154
                                                      Phone (206) 467-6477
                                                       Fax (206) 467-6292

Wednesday, October 22, 2008, at 9:00 a.m., the said Oral Examination to be subject to

continuance or adjournment from time to time or place to place until completed.

DATED this __26th__ day of September, 2008.

GORDON TILDEN THOMAS & CORDELL LLP

By _____

Jeffrey I. Tilden, WSBA #12219
Jeffrey M. Thomas, WSBA #21175
Mark A. Wilner, WSBA #31550

KELLER ROHRBACK L.L.P.

By _____

William C. Smart, WSBA #8192
Ian S. Birk, WSBA #31431

Attorneys for Plaintiffs

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2008, I served the foregoing on counsel for Defendant via email.

<u>Counsel for Defendant Microsoft Corporation</u>

Stephen M. Rummage, WSBA #11168
Cassandra L. Kinkead, WSBA #22845
Charles S. Wright, WSBA #31940
Davis Wright Tremaine LLP
1201 Third Avenue Suite 2200
Seattle, Washington 98101-3045
steverummage@dwt.com
cassandrakinkead@dwt.com
charleswright@dwt.com

<u>Counsel for Defendant Microsoft Corporation – Admitted Pro Hac Vice</u>

Charles B. Casper
Montgomery, McCracken, Walker & Rhoads
123 South Broad Street
Philadelphia, PA 19109
ccasper@mmwr.com

Jacqueline Lucien, Legal Secretary

NOTICE OF DEPOSITION OF STEVE BALLMER, BY VIDEOTAPE- 3
No. C07-0475 MJP

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292