The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DIANNE L. KELLEY, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>MICROSOFT CORPORATION, a Washington Corporation,<br><br>    Defendant. | No. C07-00475 MJP<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE<br><br>CLERK'S ACTION REQUIRED |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal of this action with prejudice, and without fees or costs to any party.

Stipulation DATED this 16th day of December, 2011.

**GORDON TILDEN THOMAS & CORDELL LLP**

By  *s/Mark A. Wilner*_____
   Jeffrey I. Tilden, WSBA #12219
   Jeffrey M. Thomas, WSBA #21175
   Mark A. Wilner, WSBA #31550

**KELLER ROHRBACK L.L.P.**

By  *s/ William C. Smart*_____
   William C. Smart, WSBA #8192
   Ian S. Birk, WSBA #31431
   *Attorneys for Plaintiffs*

**DAVIS WRIGHT TREMAINE LLP**

By  *s/Charles S. Wright*_____
   Stephen M. Rummage, WSBA #11168
   Cassandra L. Kennan, WSBA #22845
   Charles S. Wright, WSBA #31940

**MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP**

By  *s/ Charles B. Casper*_____
   Charles B. Casper
   Admitted Pro Hac Vice
   *Attorneys for Defendant*

STIPULATION (CV07-00475 MJP) – 1

DWT 18715836v1 0025936-000689

## I. CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2011, I electronically filed the foregoing Stipulation of Dismissal with Prejudice with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Jeffrey I. Tilden: | jtilden@gordontilden.com |
| Jeffrey M. Thomas: | jthomas@gordontilden.com |
| Michael Rosenberger: | mrosenberger@gordontilden.com |
| Mark A. Wilner: | mwilner@gordontilden.com |
| William C. Smart: | wsmart@kellerrohrback.com |
| Mark A. Griffin: | mgriffin@kellerrohrback.com |
| Ian S. Birk: | ibirk@kellerrohrback.com |

DATED this 16th day of December, 2011.

Davis Wright Tremaine LLP
*Attorneys for Defendant Microsoft Corporation*

By */s/ Charles S. Wright*
Charles S. Wright, WSBA #31940
Davis Wright Tremaine LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Telephone: (206) 757-8175
Fax: (206) 757-7175
E-mail: charleswright@dwt.com

STIPULATION (CV07-00475 MJP) – 2

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

DWT 18715836v1 0025936-000689